Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | __April 6, 2018__ | X /s/ Ginger McComb |
| | | Signature of individual signing on behalf of debtor |
| | | |
| | | **Ginger McComb** |
| | | Printed name |
| | | |
| | | **President** |
| | | Position or relationship to debtor |

**Fill in this information to identify the case:**

Debtor name    **JIT Industries, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ALABAMA

Case number (if known)    **18-80892**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................................   $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................................   $    **319,153.74**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................................   $    **319,153.74**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................   $    **1,050,000.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$    **488,545.09**

4.   **Total liabilities** .........................................................................................
    Lines 2 + 3a + 3b     $    **1,538,545.09**

Case 18-80892-CRJ11    Doc 16    Filed 04/06/18    Entered 04/06/18 10:18:54    Desc Main
Document    Page 2 of 37

| Fill in this information to identify the case: |
| --- |

| Debtor name | **JIT Industries, Inc.** |
| --- | --- |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA |
| Case number *(if known)* | **18-80892** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Peoples Bank of Alabama** | **Checking** | | $344.18 |
| 3.2. | **Bank Independent** | **Checking** | | $563.35 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $907.53 |
| --- |

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ☑ Yes Fill in the information below.

11. **Accounts receivable**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| 11a. 90 days old or less: | 77,340.00 | - | 0.00 | = ... | $77,340.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 47,713.21 | - | 0.00 | = ... | $47,713.21 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$125,053.21

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** **See Attached List** | | $0.00 | | $105,000.00 |
| **20.** **Work in progress** **Work in progess** | | $0.00 | | $10,000.00 |

**21.**    **Finished goods, including goods held for resale**

**22.**    **Other inventory or supplies**

**23.**    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$115,000.00

**24.**    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

**26.**    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

�True No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 39. | **Office furniture**<br>**See attached list** | **$0.00** | | **$1,025.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**See attached list** | **$0.00** | | **$2,600.00** |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | **$3,625.00** |
| --- | --- | --- |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2010 Ford Transit Connect XLT** | **$0.00** | | **$8,500.00** |
| 47.2. | **Goose Neck Trailer** | **$0.00** | | **$1,000.00** |
| 47.3. | **1999 Dodge Ram 3500** | **$0.00** | | **$5,000.00** |

Case 18-80892-CRJ11    Doc 16    Filed 04/06/18    Entered 04/06/18 10:18:54    Desc Main
Document    Page 5 of 37

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    **See Attached List**                    $0.00                    $59,850.00

51. **Total of Part 8.**                                              | $74,350.00 |

    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

    ■ No. Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>**www.jitindustries.com** | $0.00 | | $18.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations**<br>**Customer Lists and Mailing Lists** | $0.00 | | $100.00 |
| 64. **Other intangibles, or intellectual property**<br>**Custom drawings used for each cylinder built over 15 years** | $0.00 | | $100.00 |
| 65. **Goodwill** | | | |

**66.**    **Total of Part 10.** | **$218.00**

Add lines 60 through 65. Copy the total to line 89.

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| **71.**   **Notes receivable**<br>Description (include name of obligor) |  |
| **72.**   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| **73.**   **Interests in insurance policies or annuities** |  |
| **74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Damage to debtor's reputation and credit; Breach of fiduciary duty as partner; Breach of fiduciary duty as receiver** | **Unknown** |

| Nature of claim | **Commercial Tort Claim** |
|---|---|
| Amount requested | **$0.00** |

**75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Partnership contributions**           **Unknown**

| Nature of claim |  |
|---|---|
| Amount requested | **$0.00** |

**76.**   **Trusts, equitable or future interests in property**

**77.**   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.**   **Total of Part 11.** | **$0.00**

Add lines 71 through 77. Copy the total to line 90.

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $907.53 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $125,053.21 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $115,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,625.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $74,350.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $218.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $319,153.74 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $319,153.74 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| INVENTORY/RAW MATERIALS | |
|---|---:|
| HEAD MATERIAL | $15,000.00 |
| PISTON MATERIAL | $10,000.00 |
| GLAND MATERIAL | $10,000.00 |
| SEAL MATERIAL | $20,000.00 |
| PRECISION BLOCKS | $5,000.00 |
| ROD CLEVIS | $2,000.00 |
| REUSABLE MATERIAL | $10,000.00 |
| WELDING ACCESSORIES | $5,000.00 |
| TIE ROD MATERIAL | $5,000.00 |
| ROD MATERIAL | $8,000.00 |
| BARREL MATERIAL | $10,000.00 |
| FLAT DUCTILE | $5,000.00 |
| FINISHED PARTS | $0.00 |

| Description | Interest | Market Value | Purchase Date |
|---|---|---|---|
| **OFFICE FURNITURE** | | | |
| Desk | own | $250 | |
| Office chairs | own | $250 | |
| Conference Table | own | $75 | |
| Conference Chairs | own | $50 | |
| Credenza | own | $50 | |
| Office Filing Cabinets | own | $250 | |
| Shreader | own | $100 | |
| | | | |
| **COMPUTER EQUIPMENT** | | | |
| Computer Server | own | $100 | 5/21/2013 |
| Laptop | own | $100 | 3/17/2012 |
| Compac PC | own | $100 | 6/10/2011 |
| External Hard Drive | own | $200 | 11/17/2011 |
| Computers | own | $600 | 2/12/2010 |
| Quickbooks Software | own | $500 | 5/19/2003 |
| Keyboards | own | $100 | 2/17/2002 |
| Computer Components | own | $100 | 2/17/2002 |
| Monitor | own | $500 | 1/15/1900 |
| Printer | own | $200 | |
| Telephones | own | $100 | |

| Description | Interest | Market Value | Purchase Date |
|---|---|---|---|
| **SHIPPING & ASSEMBY** | | | |
| Peerless Band | own | $1,000 | 10/3/2001 |
| Paint Sprayer | own | $50 | 10/3/2001 |
| Test Stand | own | $100 | 11/2/2001 |
| Instapak foam | own | NOT WORKING | 6/1/2005 |
| Engraver | own | NOT WORKING | 6/1/2006 |
| Rolling Carts | own | $250 | 6/1/2006 |
| Rolling Ladder | own | $100 | 2/1/2002 |
| Hand Trucks | own | $100 | 6/1/2003 |
| Forklift Extender | own | $50 | 4/1/2005 |
| Stabilizer Jacks | own | $50 | 3/1/2006 |
| | | | |
| **BUILDING EQUIPMENT** | | | |
| Overhead Crane | own | $3,000 | 10/15/2001 |
| Dock Plate | own | $500 | 1/8/2002 |
| Paint Booth | own | Added to Building | 1/14/2002 |
| Overhead Crane | own | $3,000 | 4/4/2002 |
| 1 Ton Crane | own | $3,000 | 5/1/2005 |
| Air Compressor | own | $1,000 | 5/1/2005 |
| | | | |
| **REPAIR** | | | |
| Cylinder Teardown Table | own | $5,000 | 1/1/2008 |
| Granite Surface Plate | own | $500 | 6/1/2009 |
| Ram Boxes | own | $1,000 | 1/2/1900 |
| | | | |
| **CABINETS & SHELVING** | | | |
| Welding Tables Cabinet | own | $50 | 5/1/2005 |
| Raw Material Rack | own | $250 | 5/1/2005 |
| Tool Holders | own | $1,000 | 3/23/2002 |
| Shop Filing Cabinets | own | $500 | 1/18/1900 |
| Pallet Shelving | own | $3,000 | |
| Tooling Cabinets | | $100 | |
| | | | |
| **MACHINERY EQUIPMENT** | | | |
| Hyd Power Unit | own | $250 | 11/4/2010 |
| Birmingham Lathe | own | $2,000 | 1/1/2008 |
| Cincinatti Lathe | own | $500 | 1/1/2003 |
| Birmingham DLEng Lathe | own | $5,000 | 1/6/2009 |
| 2001 HAAS Lathe | own | $5,000 | 2/21/2013 |
| Landis Thread | own | $2,000 | 10/10/2001 |
| HAAS CNC MILL | own | $10,000 | 4/1/2002 |
| Style 2 Mill | own | $1,000 | 1/1/2006 |
| Horizontal Boring Mill | own | $5,000 | 7/1/2007 |
| Enco Mill | own | $500 | 1/1/2008 |

| | | | |
|---|---|---|---|
| Squaring Mill | own | $500 | |
| Miller Welder | own | $500 | 8/1/2008 |
| Radial Drill | own | $500 | |
| Forklift | own | $1,000 | |

## TOOLING MISCELLANIOUS

| | | | |
|---|---|---|---|
| Tooling | own | $2,500 | 2/17/2002 |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** <br> Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

---

**2.1**   **Danny Overbee**

Creditor's Name

**c/o James Adams**
**402 Moulton Street E**
**Decatur, AL 35601**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Amount of claim: $350,000.00**    **Value of collateral: $0.00**

---

**2.2**   **People's Bank of Alabama**

Creditor's Name

**801 2nd Avenue SW**
**Cullman, AL 35055**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Lease on building located at 2201 Highway 31 South, Hartselle, AL 35640**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**Amount of claim: Unknown**    **Value of collateral: $0.00**

---

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **People's Bank of Alabama** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**d/b/a Probilling & Funding Service
P.O. Box 2222
Decatur, AL 35609**

**Accounts, accounts receivable, general intangibles and returned goods**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Phillip Hill** | Describe debtor's property that is subject to a lien | **$350,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**3155 Hurricane Road
New Market, AL 35761**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **Rod Hill** | Describe debtor's property that is subject to a lien | **$350,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**3155 Hurricane Road
New Market, AL 35761**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | JIT Industries, Inc. | Case number (if know) | 18-80892 |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

| | | | |
|---|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | | $1,050,000.00 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **G. Bartley Loftin III, Esq.**<br>**Bradley Arant Boult Cummings LLP**<br>**200 Clinton Avenue W., Ste. 900**<br>**Huntsville, AL 35801** | Line _2.1_ | |
| **G. Bartley Loftin III, Esq.**<br>**Bradley Arant Boult Cummings LLP**<br>**200 Clinton Avenue W., Ste. 900**<br>**Huntsville, AL 35801** | Line _2.5_ | |
| **G. Bartley Loftin III, Esq.**<br>**Bradley Arant Boult Cummings LLP**<br>**200 Clinton Avenue W., Ste. 900**<br>**Huntsville, AL 35801** | Line _2.4_ | |
| **Kevin D. Heard, Esq.**<br>**Heard Ary & Dauro LLC**<br>**303 Williams Avenue, Ste. 921**<br>**Huntsville, AL 35801** | Line _2.1_ | |
| **Kevin D. Heard, Esq.**<br>**Heard Ary & Dauro LLC**<br>**303 Williams Avenue, Ste. 921**<br>**Huntsville, AL 35801** | Line _2.5_ | |
| **Kevin D. Heard, Esq.**<br>**Heard Ary & Dauro LLC**<br>**303 Williams Avenue, Ste. 921**<br>**Huntsville, AL 35801** | Line _2.4_ | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Alabama Department of Revenue**<br>**Income Tax Division**<br>**P O Box 327460**<br>**Montgomery, AL 36132**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **2016 Taxes for JIT Military Sales**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **Unknown** |
| **3.2** Nonpriority creditor's name and mailing address<br>**American Express**<br>**c/o Charles Nick Parnell III**<br>**641 South Lawrence Street**<br>**Montgomery, AL 36102**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$365,477.70** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Capital One Visa**<br>**c/o Portfolio Recovery Associates, LLC**<br>**PO Box 12914**<br>**Norfolk, VA 23541**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$76,051.81** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Harrison Gammons & Rawlinson**<br>**2430 L and N Drive SW**<br>**Huntsville, AL 35801**<br><br>Date(s) debt was incurred  **07/10/17**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$47,015.58** |

| Debtor | JIT Industries, Inc. | Case number (if known) | 18-80892 |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _2016 Taxes for JIT Military Sales_

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 488,545.09 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 488,545.09 |

Case 18-80892-CRJ11    Doc 16    Filed 04/06/18    Entered 04/06/18 10:18:54    Desc Main
Document    Page 18 of 37

**Fill in this information to identify the case:**

Debtor name    **JIT Industries, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ALABAMA

Case number (if known)   **18-80892**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease on building located at 2201 Highway 31 South, Hartselle, AL 35640** | |
| State the term remaining | | |
| List the contract number of any government contract | | **People's Bank of Alabama**<br>**801 2nd Avenue SW**<br>**Cullman, AL 35055** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Lease on copier** | |
| State the term remaining | **4 months** | |
| List the contract number of any government contract | | **Xerox Corporation**<br>**P.O. Box 802555**<br>**Chicago, IL 60680** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **JIT Industries, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number (if known) **18-80892**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**       *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Danny Overbee** | **c/o James Adams**<br>**402 Moulton Street E**<br>**Decatur, AL 35601** | **American Express** | ☐ D ____<br>■ E/F **3.2**<br>☐ G ____ |
| 2.2 | **Danny Overbee** | **c/o James Adams**<br>**402 Moulton Street E**<br>**Decatur, AL 35601** | **Capital One Visa** | ☐ D ____<br>■ E/F **3.3**<br>☐ G ____ |
| 2.3 | **Danny Overbee** | **c/o James Adams**<br>**402 Moulton Street E**<br>**Decatur, AL 35601** | **Alabama Department of Revenue** | ☐ D ____<br>■ E/F **3.1**<br>☐ G ____ |
| 2.4 | **Danny Overbee** | **c/o James Adams**<br>**402 Moulton Street E**<br>**Decatur, AL 35601** | **Internal Revenue Service** | ☐ D ____<br>■ E/F **3.5**<br>☐ G ____ |

Case 18-80892-CRJ11    Doc 16    Filed 04/06/18    Entered 04/06/18 10:18:54    Desc Main
Document    Page 20 of 37

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.5 | Danny Overbee | c/o James Adams<br>402 Moulton Street E<br>Decatur, AL 35601 | Phillip Hill | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | Danny Overbee | c/o James Adams<br>402 Moulton Street E<br>Decatur, AL 35601 | Rod Hill | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Ginger McComb | 106 Lansdowne Drive<br>Madison, AL 35758 | Harrison Gammons &<br>Rawlinson | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.8 | JIT Military Sales | 26670 Success Drive SW<br>Madison, AL 35756 | American Express | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.9 | JIT Military Sales | 26670 Success Drive SW<br>Madison, AL 35756 | Capital One Visa | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.10 | JIT Military Sales | 26670 Success Road SW<br>Madison, AL 35756 | Alabama Department<br>of Revenue | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.11 | JIT Military Sales | 26670 Success Drive SW<br>Madison, AL 35756 | Internal Revenue<br>Service | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.12 | Matthew<br>McComb | 106 Lansdowne Drive<br>Madison, AL 35758 | Harrison Gammons &<br>Rawlinson | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

2.13 | **Philip Hill** | 3155 Hurricane Road<br>New Market, AL 35761 | **Capital One Visa** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____

2.14 | **Philip Hill** | 3155 Hurricane Road<br>New Market, AL 35761 | **Alabama Department<br>of Revenue** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____

2.15 | **Philip Hill** | 3155 Hurricane Road<br>New Market, AL 35761 | **Internal Revenue<br>Service** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____

2.16 | **Phillip Hill** | 3155 Hurricane Road<br>New Market, AL 35761 | **American Express** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____

2.17 | **Phillip Hill** | 3155 Hurricane Road<br>New Market, AL 35761 | **Danny Overbee** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____

2.18 | **Phillip Hill** | 3155 Hurricane Road<br>New Market, AL 35761 | **Rod Hill** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____

2.19 | **Rod Hill** | 3155 Hurricane Road<br>New Market, AL 35761 | **American Express** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____

2.20 | **Rod Hill** | 3155 Hurricane Road<br>New Market, AL 35761 | **Capital One Visa** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____

Case 18-80892-CRJ11   Doc 16   Filed 04/06/18   Entered 04/06/18 10:18:54   Desc Main
Document      Page 22 of 37

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|

| 2.21 | **Rod Hill** | 3155 Hurricane Road<br>New Market, AL 35761 | **Alabama Department of Revenue** | ☐ D _____<br>■ E/F   **3.1**<br>☐ G _____ |
| 2.22 | **Rod Hill** | 3155 Hurricane Road<br>New Market, AL 35761 | **Internal Revenue Service** | ☐ D _____<br>■ E/F   **3.5**<br>☐ G _____ |
| 2.23 | **Rod Hill** | 3155 Hurricane Road<br>New Market, AL 35761 | **Danny Overbee** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | **Rod Hill** | 3155 Hurricane Road<br>New Market, AL 35761 | **Phillip Hill** | ■ D   **2.4**<br>☐ E/F _____<br>☐ G _____ |

Case 18-80892-CRJ11    Doc 16    Filed 04/06/18    Entered 04/06/18 10:18:54    Desc Main
Document      Page 23 of 37

Fill in this information to identify the case:

Debtor name  **JIT Industries, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ALABAMA

Case number (if known)  **18-80892**

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $269,664.00 |
| **For prior year:** From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | $1,613,976.00 |
| **For year before that:** From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | $1,624,626.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2018** to **Filing Date** | **None** | $0.00 |
| **For prior year:** From **1/01/2017** to **12/31/2017** | **Refund for Overpayment on Insurance** | $84,523.85 |
| **For year before that:** From **1/01/2016** to **12/31/2016** | **Lawsuit Settlement** | $682,536.00 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **All trade creditors & taxing authorities** | | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other **All trade creditors and taxing authorities having been paid in the ordinary course of business** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **People's Bank of Alabama 801 2nd Avenue SW Cullman, AL 35055** | **2201 Highway 31 South, Hartselle, AL 35640** | **9/01/17** | **$565,000.00** |
| **JIT Military Sales 26670 Success Drive Madison, AL 35756** | **10% owner of partnership** | **4/18/17** | **Unknown** |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

Case 18-80892-CRJ11    Doc 16    Filed 04/06/18    Entered 04/06/18 10:18:54    Desc Main
Document      Page 25 of 37

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Rod Hill, et al v. JIT Industries, Inc., et al CV-2017-901539** | **Wantoness** | **Circuit Court of Madison County, Alabama 100 Northside Square Huntsville, AL 35801** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Phillip Hill, et al v. JIT Industries, Inc., et al CV-2014-902496** | **Dissolution of Partnership** | **Circuit Court of Madison County, Alabama 100 Northside Square Huntsville, AL 35801** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **American Express Bank FSB v. Matthew A. McComb, et al CV-2017-901933** | **Collection** | **Circuit Court of Madison County, Alabama 100 Northside Square Huntsville, AL 35801** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☐ None

| Custodian's name and Address | Describe the property **Cash, inventory, & accounts receivable** | Value |
|---|---|---|
| **Phillip Hill 3155 Hurricane Road New Market, AL 35761** | | $339,145.66 |
| | Case title **Phillip Hill, et al v JIT Industries Inc** Case number **CV-2014-902496** Date of order or assignment **July 26, 2017** | Court name and address **Circuit Court of Madison County 100 Northside Square Huntsville, AL 35801** |

| Custodian's name and Address | Describe the property **Cash, inventory, & accounts receivable** | Value |
|---|---|---|
| **Rod Hill 3155 Hurricane Road New Market, AL 35761** | | $339,145.66 |
| | Case title **Phillip Hill, et al v JIT Industries Inc** Case number **CV-2014-902496** Date of order or assignment **July 26, 2017** | Court name and address **Circuit Court of Madison County 100 Northside Square Huntsville, AL 35801** |

| Custodian's name and Address | Describe the property **Cash, inventory, & accounts receivable** | Value |
|---|---|---|
| **Danny Overbee c/o James Adams 402 Moulton Street E Decatur, AL 35601** | | $339,145.66 |
| | Case title **Phillip Hill, et al v JIT Industries Inc** Case number **CV-2014-902496** Date of order or assignment **July 26, 2017** | Court name and address **Circuit Court of Madison County 100 Northside Square Huntsville, AL 35801** |

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

**Part 5:**   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:**   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **Sparkman, Shepard & Morris, PC**<br>**P O Box 19045**<br>**Huntsville, AL 35801** | | | **$10,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:**   Previous Locations

Case 18-80892-CRJ11    Doc 16    Filed 04/06/18    Entered 04/06/18 10:18:54    Desc Main
Document    Page 27 of 37

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **JIT Military Sales**<br>**26670 Success Drive**<br>**Madison, AL 35756** | **2009 - 2017** |

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.

☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.

■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Eplan Services, JIT Industries, Inc. 401K** | EIN: **63-1277267** |

Has the plan been terminated?

■ No
☐ Yes

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **People's Bank of Alabama**<br>**801 2nd Avenue SW**<br>**Cullman, AL 35055** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **Unknown** |
| 18.2. | **People's Bank of Alabama**<br>**801 2nd Avenue SW**<br>**Cullman, AL 35055** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Sweep Account** | | **Unknown** |
| 18.3. | **People's Bank of Alabama**<br>**801 2nd Avenue SW**<br>**Cullman, AL 35055** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Payroll Account** | | **Unknown** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

_Environmental law_ means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

_Site_ means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
| --- | --- |

25.  **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |
| 25.1. **JIT Military Sales**<br>**26670 Success Drive**<br>**Madison, AL 35756** | **Distribution** | EIN:<br><br>From-To  **02/09 - 04/17** |

26.  **Books, records, and financial statements**
     26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1. **Carla Jarrett**<br>**Hartselle, AL 35640** | **05/16 - 05/17** |
| 26a.2. **Brad Vest**<br>**Hartselle, AL 35640** | **012/15 - 05/17** |
| 26a.3. **Wear Howell Strickland Quin & Law**<br>**ATTN: Joseph Wynn**<br>**1323 Stratford Road SE**<br>**Decatur, AL 35603** | **2009 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Wear Howell Strickland Quinn & Law** **ATTN: Josephy Wynn** **1323 Stratford Road SE** **Decatur, AL 35603** | **2009 - Present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. | **People's Bank of Alabama** **801 2nd Avenue SW** **Cullman, AL 35055** | **2010 - Present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3. | **Family Security Credit Union** **2204 Family Security Place SW** **Decatur, AL 35603** | **2017** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Phillip Hill, Rod Hill, & Danny Overbee** **c/o Kevin Heard, Esq.** **303 Williams Avenue** **Suite 921** **Huntsville, AL 35801** | **Hearing was set for March 22, 2018 seeking order from court in case number CV-2014-902496** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **People's Bank of Alabama** **801 2nd Avenue SW** **Cullman, AL 35055** |
| 26d.2. | **Wear Howell Strickland Quinn & Law** **1323 Stratford Road SE** **Decatur, AL 35601** |
| 26d.3. | **Family Security Credit Union** **2204 Family Security Place SW** **Decatur, AL 35603** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Case 18-80892-CRJ11    Doc 16    Filed 04/06/18    Entered 04/06/18 10:18:54    Desc Main Document    Page 31 of 37

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Ginger McComb | 106 Lansdowne Drive<br>Madison, AL 35758 | President | 51% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Matthew McComb | 106 Lansdowne Drive<br>Madison, AL 35758 | Secretary | 49% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | Marvin Gillespie<br>275 County Road 514<br>Trinity, AL 35673 | $1,800.00 | 08/18 - 09/18 | Compensation - $15.00 hourly for 120 hours worked |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __April 6, 2018__

__/s/ Ginger McComb__                 __Ginger McComb__
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    __President__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Alabama

In re    **JIT Industries, Inc.**                  Case No.    **18-80892**

Debtor(s)           Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ginger McComb**<br>**106 Lansdowne Drive**<br>**Madison, AL 35758** | | **51%** | **Ownership** |
| **Matthew McComb**<br>**106 Lansdowne Drive**<br>**Madison, AL 35758** | | **49%** | **Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 6, 2018**                  Signature    **/s/ Ginger McComb**

                                                          **Ginger McComb**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**

**Northern District of Alabama**

In re     **JIT Industries, Inc.**        Case No.    **18-80892**

                    Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 6, 2018**            **/s/ Ginger McComb**

                                     **Ginger McComb**/**President**

                                     Signer/Title

Danny Overbee
c/o James Adams
402 Moulton Street E
Decatur, AL 35601

Danny Overbee
c/o James Adams
402 Moulton Street E
Decatur, AL 35601

JIT Military Sales
26670 Success Drive SW
Madison, AL 35756

People's Bank of Alabama
801 2nd Avenue SW
Cullman, AL 35055

Danny Overbee
c/o James Adams
402 Moulton Street E
Decatur, AL 35601

JIT Military Sales
26670 Success Road SW
Madison, AL 35756

People's Bank of Alabama
d/b/a Probilling & Funding Service
P.O. Box 2222
Decatur, AL 35609

Danny Overbee
c/o James Adams
402 Moulton Street E
Decatur, AL 35601

JIT Military Sales
26670 Success Drive SW
Madison, AL 35756

Phillip Hill
3155 Hurricane Road
New Market, AL 35761

Danny Overbee
c/o James Adams
402 Moulton Street E
Decatur, AL 35601

Matthew McComb
106 Lansdowne Drive
Madison, AL 35758

Rod Hill
3155 Hurricane Road
New Market, AL 35761

Danny Overbee
c/o James Adams
402 Moulton Street E
Decatur, AL 35601

People's Bank of Alabama
801 2nd Avenue SW
Cullman, AL 35055

Alabama Department of Revenue
Income Tax Division
P O Box 327460
Montgomery, AL 36132

Ginger McComb
106 Lansdowne Drive
Madison, AL 35758

Philip Hill
3155 Hurricane Road
New Market, AL 35761

American Express
c/o Charles Nick Parnell III
641 South Lawrence Street
Montgomery, AL 36102

Harrison Gammons & Rawlinson
2430 L and N Drive SW
Huntsville, AL 35801

Philip Hill
3155 Hurricane Road
New Market, AL 35761

Capital One Visa
c/o Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA 23541

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Philip Hill
3155 Hurricane Road
New Market, AL 35761

Danny Overbee
c/o James Adams
402 Moulton Street E
Decatur, AL 35601

JIT Military Sales
26670 Success Drive SW
Madison, AL 35756

Phillip Hill
3155 Hurricane Road
New Market, AL 35761

Phillip Hill
3155 Hurricane Road
New Market, AL 35761

G. Bartley Loftin III, Esq.
Bradley Arant Boult Cummings LLP
200 Clinton Avenue W., Ste. 900
Huntsville, AL 35801

Phillip Hill
3155 Hurricane Road
New Market, AL 35761

G. Bartley Loftin III, Esq.
Bradley Arant Boult Cummings LLP
200 Clinton Avenue W., Ste. 900
Huntsville, AL 35801

Rod Hill
3155 Hurricane Road
New Market, AL 35761

G. Bartley Loftin III, Esq.
Bradley Arant Boult Cummings LLP
200 Clinton Avenue W., Ste. 900
Huntsville, AL 35801

Rod Hill
3155 Hurricane Road
New Market, AL 35761

Kevin D. Heard, Esq.
Heard Ary & Dauro LLC
303 Williams Avenue, Ste. 921
Huntsville, AL 35801

Rod Hill
3155 Hurricane Road
New Market, AL 35761

Kevin D. Heard, Esq.
Heard Ary & Dauro LLC
303 Williams Avenue, Ste. 921
Huntsville, AL 35801

Rod Hill
3155 Hurricane Road
New Market, AL 35761

Kevin D. Heard, Esq.
Heard Ary & Dauro LLC
303 Williams Avenue, Ste. 921
Huntsville, AL 35801

Rod Hill
3155 Hurricane Road
New Market, AL 35761

Rod Hill
3155 Hurricane Road
New Market, AL 35761

Xerox Corporation
P.O. Box 802555
Chicago, IL 60680