UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: | } |
| JIT INDUSTRIES, INC. | } CASE NO. 18-80892-CRJ-11 |
| | } |
| | } CHAPTER 11 |
| Debtor | } |

**ORDER SETTING DEADLINE TO FILE CHAPTER 11 PLAN AND DISCLOSURE STATEMENT AND SETTING BAR DATE FOR FILING CLAIMS**

On April 9, 2018, a Status Conference was held in this case pursuant to 11 U.S.C. § 105(d) to discuss the expeditious and economical resolution of this case, including scheduling deadlines. Appearing at the hearing were Tazewell T. Shepard, IV, Esq., counsel for Debtor; Kevin Heard, Esq., counsel for JIT Military Sales; and Richard Blythe, Esq., counsel for the Bankruptcy Administrator.

At the Status Conference, discussion was had regarding the procedural status of the case, and suggestions were solicited regarding a realistic, reasonable deadline for the Debtor to file a Disclosure Statement and Plan, and a reasonable bar date for filing claims. Based upon the foregoing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Pursuant to Bankruptcy Rule 3016(b), the deadline to file the Debtor's Chapter 11 Plan and Disclosure Statement is fixed as **Monday, September 10, 2018**, by **5:00 p.m., CDT**.

2. Pursuant to Bankruptcy Rule 3003(c), the deadline for all creditors to file a Proof of Claim is **Thursday, August 9, 2018**, by **5:00 p.m., CDT.**

3. Counsel for the Debtor is directed to immediately give notice of the Claims Bar Date by mailing a copy of this Order to the Debtor, all creditors, governmental units, Richard Blythe for the Bankruptcy Administrator's office, and all parties requesting notice.

Dated this the 10th day of April, 2018.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge