## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

In re:  JIT Industries, Inc.          )       Case No.:  18-80892-CRJ-11
      EIN: xx-xxx7267          )
                               )
      Debtor.                  )       CHAPTER 11

## DEBTOR'S  NOTICE OF AMENDMENT OF SCHEDULES

      **COMES NOW** the Debtor in the above styled matter and hereby files amended Schedule F, Summary of Assets and Liabilities, and Verification of Creditor Matrix consisting of 45 pages, by substituting the attached amended schedules for those originally filed, pursuant to Fed. R. Bankruptcy P. 1009.  The specific changes are as follows:

      **Schedule F has been amended**

-to add creditor A-Z Office Resource, Inc., 113 Jetplex Circle, Madison, AL 35758 for unknown account balance (disputed)

-to add creditor AAR Manufacturing, Inc. dba AAR Mobility Systems, 1100 N. Wood Dale Road, Wood Dale, IL 60191 for unknown account balance (disputed)

-to add creditor ACT Fastening Solutions, 245 Suffolk Lane, Gardner, MA 01440 for unknown account balance (disputed)

-to add creditor Adept Fasteners, 28709 Industry Drive, Valencia, CA 91355 for unknown account balance (disputed)

-to add creditor Aero Products, 551 N. 40th Street, Show Low, AZ 85901 for unknown account balance (disputed)

-to add creditor Aero-Glen International, LLC, 1160 Mustang Drive, Suite 300, DFW International Airport, TX 75261 for unknown account balance (disputed)

-to add creditor Aircraft Hardware West, 2180 Temple Avenue, Long Beach, CA 90804 for account balance of $2,171.00 (disputed)

-to add creditor Aircraft Spruce, 225 Airport Circle, Corona, CA 92880 for unknown account balance (disputed)

-to add creditor Airgas South, Inc., 621 Finley Island Road, Decatur, AL 35601 for account balance of $1,400.45 (disputed)

-to add creditor Align Aerospace, 21123 Nordhoff Street, Chatsworth, CA 91311 for unknown account balance (disputed)

-to add creditor All Data Resource, 2892 Prairie Drive, Lewis Center, OH 43035 for unknown account balance (disputed)

-to add creditor Allied Electronics, 7151 Jack Newell Boulevard S., Forth Worth, TX 76118 for unknown account balance (disputed)

-to add creditor Allied Wire & Cable, 101 Kestrel Drive, Collegeville, PA 19426 for account balance of $1,061.40 (disputed)

-to add creditor Amazon, 410 Terry Avenue N., Seattle, WA 98109 for unknown account balance (disputed)

-to add creditor American Ring & Tool Company, 30450 Bruce Industrial Parkway, Solon, OH 44139 for unknown account balance (disputed)

-to add creditor Andrews Tool Company, Inc., 2026 W. Pioneer Parkway, #B10, Pantego, TX 76013 for account balance of $3,646.75 (disputed)

-to add creditor Apex Industrial Supply, LLC, 1401 Air Wing Road, San Diego, CA 92154 for account balance of $1,108.56 (disputed)

-to add creditor Arlington International Aviation Products, 7321 Commercial Boulevard E., Arlington, TX 76001 for account balance of $1,634.00 (disputed)

-to add creditor Astral Air Parts, 192 Van Riper Avenue, Elmwood Park, NJ 07407 for unknown account balance (disputed)

-to add creditor Athens Utilities, 1806 Wilkinson Street, Athens, AL 35611 for account balance of $609.67 (disputed)

-to add creditor Atlanta Air Exchange, 1146 Uniform Road, Griffin, GA 30224 for unknown account balance (disputed)

-to add creditor Automation Direct, P.O. Box 402417, Atlanta, GA 30384-2417 for account balance of $530.00 (disputed)

-to add creditor Aviall, P.O. Box 619048, Dallas, TX 75261-9148 for unknown account balance (disputed)

-to add creditor B&B Specialities, 4321 E. La Palma Avenue, Anaheim, CA 92807 for account balance of $600.00 (disputed)

-to add creditor Bailey Hydraulics, 2527 Westcott Boulevard, Knoxville, TN 37931 for unknown account balance (disputed)

-to add creditor Baldor, 5711 R.S. Boreham Jr Street, P.O. Box 2400, Fort Smith, AR 72901 for unknown account balance

-to add creditor Bell Memphis, 1650 Channel Avenue, Memphis, TN 38103 for account balance of $1,212.50 (disputed)

-to add creditor Benchmark Connector Corp., 4501 N.W. 103 Avenue, Sunrise, FL 33351-7981 for unknown account balance (disputed)

-to add creditor Blue Cross and Blue Shield of Alabama, P.O. Box 360387, Birmingham, AL 35236-03874 for account balance of $9,862.29 (disputed)

-to add creditor Blue Sky Industries, 595 Monterey Pass Road, Monterey Park, ,CA 91754-2416 for unknown account balance (disputed)

-to add creditor Brownells, Inc., 200 South Front Street, Montezuma, IA 50171 for unknown account balance (disputed)

-to add creditor BW Elliott Manufacturing, 11 Beckwith Avenue, Binghamton, NY 13901 for account balance of $24,485.39 (disputed)

-to add creditor C.H. Robinson Worldwide, Inc. and Subsidiaries, 14701 Charlson Road, Eden Prairie, MN 55347-5076 for unknown account balance (disputed)

-to add creditor Cavanaugh Government Group, 8432 Beloit Avenue, Bridgeview, IL 60455 for account balance of $1,156.80 (disputed)

-to add creditor CBT Corporation, 1200 S. Powell Road, #A, Independence, MO 64057 for unknown account balance (disputed)

-to add creditor CDW, 75 Tri-State International, Lincolnshire, IL 60069 for account balance of $1,843.59 (disputed)

-to add creditor Chemsol, 5320 E. 25th Street, Indianapolis, IN 46218 for unknown account balance (disputed)

-to add creditor Cook's Pest Control, 2007 Southpark Boulevard SW, Huntsville, AL 35803 for unknown account balance (disputed)

-to add creditor DB Roberts, 1060 N. Batavia Street, Unit E, Orange, CA 92867 for unknown account balance (disputed)

-to add creditor Denco Aerospace, Inc., 2605 Central Avenue, Grand Prairie, TX 75050 for unknown account balance (disputed)

-to add creditor Denray Machine, Inc., 10775 Lawrence, #1140, Mount Vernon, MO 65712 for account balance of $7,056.00 (disputed)

-to add creditor Dialogic Fasteners, 3161 State Road, Bensalem, PA 19020 for account balance of $2,055.00 (disputed)

-to add creditor Digikey Corporation, 701 Brooks Avenue South, P.O. Box 677, Thief River Falls, MN 56701-0677 for unknown account balance (disputed)

-to add creditor Dixie Air Parts Supply, Inc., 2048 West Malone Avenue, San Antonio, TX 78225 for unknown account balance (disputed)

-to add creditor DMS Aircraft, 3838 Commerce Parkway, Miramar, FL 33025 for unknown account balance (disputed)

-to add creditor DPSI, 1801 Stanley Road, Suite 301, Greensboro, NC 27407 for unknown account balance (disputed)

-to add creditor ECAS, Inc., 2990 Technology Drive, Rochester Hills, MI 48309 for unknown account balance (disputed)

-to add creditor Electro Enterprises, P.O. Box 11456, Oklahoma City, OK 73136 for account balance of $918.54 (disputed)

-to add creditor Enfasco, 1675 Hylton Road, Pennsauken Township, NJ 08110 for account balance of $515.83 (disputed)

-to add creditor Fastenal, 2001 Theurer Boulevard, Winona, MN 55987 for unknown account balance (disputed)

-to add creditor Fastener Technology Corp., 7415 Fulton Avenue, North Hollywood, CA 91605 for account balance of $5,945.00 (disputed)

-to add creditor FedEx, FedEx Corp. Revenue Services, 3965 Airways, Module G, Memphis, TN 38116 for account balance of $1,794.81 (disputed)

-to add creditor FedEx Freight, FedEx Customer Relations, 3875 Airways, Module H3, Department 4634, Memphis, TN 38116 for account balance of $570.43 (disputed)

-to add creditor Fisher Scientific, 300 Industry Drive, Pittsburgh, PA 15275 for unknown account balance (disputed)

-to add creditor FJ Young, address unknown, for account balance of $671.88 (disputed)

-to add creditor Flight Shop, Inc., P.O. Box 602, Brigham City, UT 84302 for unknown account balance (disputed)

-to add creditor Graco Supply, 1001 Miller Avenue, Fort Worth, TX 76105 for unknown account balance (disputed)

-to add creditor Grainger Industrial, 1912 Jordan Lane NW, Huntsville, AL 35816 for unknown account balance (disputed)

-to add creditor Groves Industrial, 7301 Pinemont Drive, Houston, TX 77040 for unknown account balance (disputed)

-to add creditor Grumen Manufacturing, Inc., 4081 Ryan Road, Suite 101, Gurnee, IL 60031 for unknown account balance (disputed)

-to add creditor HC Pacific, 5536 Ontario Mills Parkway, Ontario, CA 91764 for account balance of $5,922.24 (disputed)

-to add creditor Hentzen Coatings, Inc., 6937 West Mill Road, Milwaukee, WI 53218-1225 for unknown account balance (disputed)

-to add creditor Herber Aircraft, 1401 East Franklin Avenue, El Segundo, CA 90245-4307 for unknown account balance (disputed)

-to add creditor Hercules Sealing Products, 1016 N. Belcher Road, Clearwater, FL 33765 for unknown account balance (disputed)

-to add creditor Heritage Propane, 7206 Governors West Road NW, Huntsville, AL 35806 for unknown account balance (disputed)

-to add creditor Hobson Manufacturing, 6758 Eton Avenue, Canoga Park, CA 91303 for account balance of $564.83 (disputed)

-to add creditor Howco Distributing, 6025 E. 18th Street, Vancouver, WA 98661 for account balance of $1,957.33 (disputed)

-to add creditor ICC, 900 Montclair Road, Birmingham, AL 35213 for unknown account balance (disputed)

-to add creditor Industrial Forge, 1725 US-1, Alma, GA 31510 for account balance of $1,160.00 (disputed)

-to add creditor Inland Technology, Inc., 401 E/ 27th Street, Tacoma, WA 98421 for account balance of $9,761.83 (disputed)

-to add creditor Integration, LLC, 2009 Westmeade Street SW, Decatur, AL 35601 for account balance of $2,360.00 (disputed)

-to add creditor Jacob Bridges. Address unknown, for unknown account balance (disputed)

-to add creditor Jacobsen, 1710 Marvin Griffin Road, Augusta, GA 30906 for unknown account balance (disputed)

-to add creditor Jeff Bourland, 107 Bibb Drive, Madison, AL 35758 for account balance of $1,330.00 (disputed)

-to add creditor Jewell Instruments, LLC, 850 Perimeter Road, Manchester, NH 03103 for account balance of $7,992.00 (disputed)

-to add creditor Johnstone Supply, 11632 NE Ainsworth Circle, Portland, OR 97220 for unknown account balance (disputed)

-to add creditor Kaman Industrial, 1 Vision Way, Bloomfield, CT 06002 for unknown account balance (disputed)

-to add creditor Kampi Components Co., Inc., 88 Canal Road, Fairless Hills, PA 19030 for account balance of $9,762.50 (disputed)

-to add creditor Kapco Global, 3120 Enterprise Street, Brea, CA 92821 for unknown account balance (disputed)

-to add creditor KLX Aerospace Solutions, 117 East Rose Avenue, Foley, AL 36535 for account balance of $19,510.97 (disputed)

-to add creditor Koncentra USA Corp., 13551 SW 135 Avenue, Warehouse 302, Miami, FL 33186 for unknown account balance (disputed)

-to add creditor L-Com Global Connectivity, 50 High Street, West Mill, 3rd Floor, Suite 30, North Andover, MA 01845 for unknown account balance (disputed)

-to add creditor Lee Aerospace Products, 9323 E. 34th Street N., Witchita, KS 67226 for unknown account balance (disputed)

-to add creditor MM Reif Ltd., 850 Albany Street, P.O. Box 191490, Roxbury, MA 02119 for unknown account balance (disputed)

-to add creditor Marco Manufacturing, 55 Page Park Drive, P.O. Box 3733, Poughkeepsie, NY 12603 for unknown account balance (disputed)

-to add creditor Matthews Industries, Inc., 23 2nd Street, Decatur, AL 35601 for account balance of $1,108.96 (disputed)

-to add creditor McMaster Carr, P.O. Box 740100, Atlanta, GA 30374-0100 for account balance of $3,716.37 (disputed)

-to add creditor MEG Technologies, 15381 Assembly Lane, Huntington Beach, CA 92649  for unknown account balance (disputed)

-to add creditor Metropolitan Aircraft Parts, Inc., 172 Cabot Street, West Babylon, NY 11704 for unknown account balance (disputed)

-to add creditor Mouser, 1000 North Main Street, Mansfield, TX 76063 for unknown account balance (disputed)

-to add creditor MSC Industrial, 114 Celtic Drive, Madison, AL 35758 for account balance of $1,798.041 (disputed)

-to add creditor Myriad Supply, 22 W. 19th Street, New York, NY 10011 for account balance of 790.00 (disputed)

-to add creditor N! Critical Technologies, Inc., 211 N. Parker Drive, Janesville, WI 53545 for account balance of $1,006.50 (disputed)

-to add creditor Newark Electronics, 33190 Collection Center Drive, Chicago, IL 60693-0331 for account balance of $1,412.89 (disputed)

-to add creditor Northern Tool & Equipment, 7252 Governors W., Huntsville, AL 35806 for account balance of $577.97 (disputed)

-to add creditor Nova Electric Division, 100 School Street, Bergenfield, NJ 07621 for account balance of $8,000.00 (disputed)

-to add creditor Office Environments, 200 West Side Square, #53, Huntsville, AL 35801 for account balance of $29,488.00 (disputed)

-to add creditor Oil States Industries, 7701 S. Cooper Street, Arlington, TX 76001 for unknown account balance (disputed)

-to add creditor Ortman Fluid Power, 1400 N. 30th Street, Suite 20, Quincy, IL 62301 for unknown account balance (disputed)

-to add creditor Peerless Aerospace, 141 Executive Boulevard, Farmingdale, NY 11735 for account balance of $5,539.28 (disputed)

-to add creditor Pioneer Industries, 111 Kero Road, Carlstadt, NJ 07072 for unknown account balance (disputed)

-to add creditor Poly Paint Co., 337 Summit Drive, Corte Madera, CA 94925 for account balance of $648.00 (disputed)

-to add creditor PRC Desoto, PPG Aerospace, 12780 San Fernando Road, Sylmar, CA 91342 for account balance of $889.25 (disputed)

-to add creditor Premium Assignment Corporation, 3522 Thomasville Road, #400, Tallahassee, FL 32309 for account balance of $843.78 (disputed)

-to add creditor Professional Security Systems, 2106 West Ferry Way, Suite C, Huntsville, AL 35801 for unknown account balance (disputed)

-to add creditor Pyramid Industrial, 3158 Highway 20 W., Building #7, Decatur, AL 35601 for unknown account balance (disputed)

-to add creditor Quality Socket Screw Corporation, 7290 Worth Avenue, Englewood, FL 34224 for account balance of $2,314.00 (disputed)

-to add creditor Rapid Rivet, 121 Toledo Street, Farmingdale, NY 11735 for account balance of $505.69 (disputed)

-to add creditor REFA International, Inc., 400 W. Fork Drive, Arlington, TX 76012 for account balance of $573.00 (disputed)

-to add creditor Robertson Fuel Systems, 800 W. Carver Road, Suite 101, Tempe, AZ 85284 for account balance of $105,184.00 (disputed)

-to add creditor Rockeywoods, 106 W. 4th Street, Loveland, CO 80537-5523 for unknown account balance (disputed)

-to add creditor RS Hughes, 1162 Sonora Court, Sunnyvale, CA 94086 for account balance of $507.98 (disputed)

-to add creditor Sandstorm Products, P.O. Box 547, 224 South Main Street, Port Byron, IL 61275 for unknown account balance (disputed)

-to add creditor Sandy Valley Fasteners, 528 Broadway Street, Paintsville, KY 41240 for unknown account balance (disputed)

-to add creditor Sierra Pacific, 63 Laxalt Drive, Carson City, NV 89706 for unknown account balance (disputed)

-to add creditor Softbox Systems, 350 Frontage Road, Greenville, SC 29611 for account balance of $5,640.00 (disputed)

-to add creditor Southeastern Freight Lines, 6630 Swancott Road, Madison, AL 35756 for unknown account balance (disputed)

-to add creditor Specaero, 5740 Nicolle Street, Ventura, CA 93003 for account balance of $711.40 (disputed)

-to add creditor Spectrum Manufacturing & Sales, Inc., 1951 Hampshire Road, Columbus, OH 43221 for account balance of $1,830.00 (disputed)

-to add creditor Star Stainless, 2825 Northwoods Parkway, Norcross, GA 30071 for account balance of $1,813.18 (disputed)

-to add creditor Starwares, 2606 Aviation Parkway, Grand Prairie, TX 75052-8911 for unknown account balance (disputed)

-to add creditor Superior Washer & Gasket Corp., 170 Adams Avenue, Hauppauge, NY 11788 for unknown account balance (disputed)

-to add creditor TAB Hardware, 2880 E. Hill Street, Long Beach, CA 90804 for account balance of $9,842.50 (disputed)

-to add creditor Textron Systems (Marine and Land Systems), 1010 Gause Boulevard, Shreveport, LA 71101 for unknown account balance (disputed)

-to add creditor The Builders Supply, 1400 Marshall Street, Shreveport, LA 71101 for unknown account balance (disputed)

-to add creditor TMS Equipment, 101 Arielle Way, Whitefish, MT 59937 for unknown account balance (disputed)

-to add creditor Tormach, 1071 Uniek Drive, Waunakee, WI 53597 for account balance of $1,473.17 (disputed)

-to add creditor Turner Supply Company, 401 33rd Street N., Birmingham, AL 35222 for account balance of $1,040.81 (disputed)

-to add creditor U.S. Air Tool Company, 60 Fleetwood Court, Ronkonkoma, NY 11779-6907 for unknown account balance (disputed)

-to add creditor Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158 for unknown account balance (disputed)

-to add creditor Umpco, Inc., 7100 Lampson Avenue, P.O. Box 5158, Garden Grove, CA 92841 for unknown account balance (disputed)

-to add creditor Unical Defense, Inc., 680 South Lemon Avenue, Suite A, City of Industry, CA 91789 for unknown account balance (disputed)

-to add creditor United Static Control Products, Inc., 4301 32nd Street W., Bradenton, FL 34205 for account balance of $724.39 (disputed)

-to add creditor UPS, 55 Glenlake Parkway NE, Atlanta, GA 30328 for account balance of $3,055.93 (disputed)

-to add creditor Versitron, 83 Albe Drive, #C, Newark, DE 19702 for account balance of $724.00 (disputed)

-to add creditor Wells Fargo Financial Leasing, 800 Walnut Street, MAC F0005-055, Des Moines, IA 50309 for account balance of $14,169.54 (disputed)

-to add creditor Wencor, LLC, c/o Daniels Newman & Armstrong, 2729 Eva Court, Bethleham, GA 30620-7639 for account balance of $2,677.63 (disputed)

-to add creditor Wencor West, Inc., 416 Dividend Drive, Peachtree City, GA 30269 for account balance of $22,283.05 (disputed)

-to add creditor Wesco Aircraft, 24911 Avenue Stanford, Valencia, CA 91355 for account balance of $22,283.05 (disputed)

-to add creditor Windstream fka Deltacom, c/o McCarthy Burgess & Wolff, 26000 Cannon Road, Cleveland, OH 44146 for account balance of $8,433.00(disputed)

-to add creditor Wiremasters, 1788 North Point Road, Columbia, TN 38401 for account balance of $1,820.27 (disputed)

-to add creditor Yostvises, 388 West 24th Street, Holland, MI 49423 for unknown account balance (disputed)

-to add creditor Zoro Tools, 909 Asbury Drive, Buffalo Grove, IL 60089 for account balance of $3,022.51 (disputed)

Respectfully submitted, this 8th day of May, 2018.


/s/ Tazewell T. Shepard IV
Tazewell T. Shepard III
Kevin M. Morris
Tazewell T. Shepard IV
*Attorneys for Debtor-in-Possession*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P. O. Box 19045
Huntsville, AL  35804
Tel: 256/512-9924
Fax: 256/512-9837

**I DECLARE UNDER PENALTY OF PERJURY THAT THE ATTACHED AMENDED SCHEDULE F IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.**

Dated: __May 8, 2018__          __/s/ Ginger McComb__
                                 Ginger McComb


## CERTIFICATE OF SERVICE

This is to certify that I have this 8th day of May, 2018 served the foregoing upon all listed creditors found on the attached Clerk's Certified Matrix and upon the following persons by electronic service through the Court's CM/ECF system and/or by depositing said copies in the US Mail in properly addressed envelopes with adequate postage thereon:

Richard Blythe, Esq.
Office of the Bankruptcy Administrator
P.O. Box 3045
Decatur, AL 35602

A-Z Office Resource, Inc.
113 Jetplex Circle
Madison, AL 35758

AAR Manfacturing, Inc.
dba Mobility Systems
1100 N. Wood Dale Road
Wood Dale, IL 60191

ACT Fastening Solutions
245 Suffolk Lane
Gardner, MA 01440

Adept Fasteners
28709 Industry Drive
Valencia, CA 91355

Aero Products
551 N. 40th Street
Show Low, AZ 85901

Aero-Glen International, LLC
1160 Mustang Drive Ste. 300
DFW International Airport, TX 75261

Aircraft Hardware West
2180 Temple Avenue
Long Beach, CA 90804

Aircraft Spruce
225 Airport Circle
Corona, CA 92880

Airgas South, Inc.
621 Finley Island Road
Decatur, AL 35601

Align Aerospace
21123 Nordhoff Street
Chatsworth, CA 91311

All Data Resource
2892 Prairie Drive
Lewis Center, OH 43035

Allied Electronics
7151 Jack Newell Boulevard S.
Fort Worth, TX 76118

Allied Wire & Cable
101 Kestrel Drive
Collegeville, PA 19426

Amazon
410 Terry Avenue N.
Seattle, WA 98109

American Ring & Tool Company
30450 Bruce Industrial Parkway
Solon, OH 44139

Andrews Tool Company, Inc.
2026 W. Pioneer Parkway, #B10
Pantego, TX 76013

Apex Industrial Supply, LLC
1401 Air Wing Road
San Diego, CA 92154

Arlington International
Aviation Products
74321 Commercial Boulevard E.
Arlington, TX 76001

Astral Air Parts
192 Van Riper Avenue
Elmwood Park, NJ 07407

Athens Utilities
1806 Wilkinson Street
Athens, AL 35611

Atlanta Air Exchange
1146 Uniform Road
Griffin, GA 30224

Automation Direct
P.O. Box 402417
Atlanta, GA 30384-2417

Aviall
P.O. Box 619048
Dallas, TX 75261-9048

B&B Specialties
4321 E. La Palma Avenue
Anaheim, CA 92807

Bailey Hydraulics
2527 Westcott Boulevard
Knoxville, TN 37931

Baldor
5711 R.S. Boreham Jr Street
P.O. Box 2400
Fort Smith, AR 72901

Bell Memphis
1650 Channel Avenue
Memphis, TN 38103

Benchmark Connector Corp.
4501 N.W. 103 Avenue
Sunrise, FL 33351-7981

Blue Cross and Blue Shield of Alabama
P.O. Box 360387
Birmingham, AL 35236-0387

Blue Sky Industries
595 Monterey Pass Road
Monterey Park, CA 91754-2416

Brownells, Inc.
200 South Front Street
Montezuma, IA 50171

BW Elliott Manufacturing
11 Beckwith Avenue
Binghampton, NY 13901

C.H. Robinson Worldwide, Inc. and Subsidiaries
14701 Charlson Road
Eden Prairie, MN 55347-5076

Cavanaugh Government Group
8432 Beloit Avenue
Bridgeview, IL 60455

CBT Corporation
1200 S. Powell Road, #A
Independence, MO 64057

CDW
75 Tri-State International
Lincolnshire, IL 60069

Chemsol
5320 E. 25th Street
Indianapolis, IN 46218

Cook's Pest Control
2007 Southpark Boulevard SW
Huntsville, AL 35803

DB Roberts
1060 N. Batavia Street, Unit E
Orange, CA 92867

Denco Aerospace, Inc.
2605 Central Avenue
Grand Prairie, TX 75050

Denray Machine, Inc.
10775 Lawrence, #1140
Mount Vernon, MO 65712

Dialogic Fasteners
3161 State Road
Bensalem, PA 19020

Digikey Corporation
701 Brooks Avenue South
P.O. Box 677
Thief River Falls, MN 56701-0677

Dixie Air Parts Supply, Inc.
2048 West Malone Avenue
San Antonio, TX 78225

DMS Aircraft
3838 Commerce Parkway
Miramar, FL 33025

DPSI
1801 Stanley Road, Ste. 301
Greensboro, NC 27407

ECAS, Inc.
2990 Technology Drive
Rochester Hills, MI 48309

Electro Enterprises
P.O. Box 11456
Oklahoma City, OK 73136

Enfasco
1675 Hylton Road
Pennsauken Township, NJ 08110

Fastenal
2001 Theurer Boulevard
Winona, MN 55987

Fastener Technology Corp.
7415 Fulton Avenue
North Hollywood, CA 91605

FedEx
FedEx Corp. Revenue Services
3965 Airways, Module G
Memphis, TN 38116

FedEx Freight
FedEx Customer Relations
3875 Airways, Module H3, Dept. 4634
Memphis, TN 38116

Fisher Scientific
300 Industry Drive
Pittsburgh, PA 15275

Flight Shop, Inc.
P.O. Box 602
Brigham City, UT 84302

Graco Supply
1001 Miller Avenue
Fort Worth, TX 76105

Grainger Industrial
1912 Jordan Lane NW
Huntsville, AL 35816

Groves Industrial
7301 Pinemont Drive
Houston, TX 77040

HC Pacific
5536 Ontario Mills Parkway
Ontario, CA 91764

Herber Aircraft
1401 East Franklin Avenue
El Segundo, CA 90245-4307

Heritage Propane
7206 Governors West Road NW
Huntsville, AL 35806

Howco Distributing
6025 E. 18th Street
Vancouver, WA 98661

Industrial Forge
1725 IUS-1
Alma, GA 31510

Integration, LLC
2009 Westmeade Street SW
Decatur, AL 35601

Jacobsen
1710 Marvin Griffin Road
August, GA 30906

Jewell Instruments, LLC
850 Perimeter Road
Manchester, NH 03103

Kaman Industrial
1 Vision Way
Bloomfield, CT 06002

Kapco Global
3120 Enterprise Street
Brea, CA 92821

Grumen Manufacturing, Inc.
4081 Ryan Road, Ste. 101
Gurnee, IL 60031

Hentzen Coatings, Inc.
6937 West Mill Road
Milwaukee, WI 53218-1225

Hercules Sealing Products
1016 N. Belcher Road
Clearwater, FL 33765

Hobson Manufacturing
6758 Eton Avenue
Canoga Park, CA 91303

ICC
900 Montclair Road
Birmingham, AL 35213

Inland Technology, Inc.
401 E. 27th Street
Tacoma, WA 98421

Jacob Bridges
Address Unknown

Jeff Bourland
107 Bibb Drive
Madison, AL 35758

Johnstone Supply
11632 NE Ainsworth Circle
Portland, OR 97220

Kampi Components Co., Inc.
88 Canal Road
Fairless Hills, PA 19030

KLX Aerospace Solutions
117 East Rose Avenue
Foley, AL 36535

Koncentra USA Corp.
13551 SW 135 Avenue
Warehouse 302
Miami, FL 33186

Lee Aerospace Products
9323 E. 34th Street N.
Witchita, KS 67226

Marco Manufacturing
55 Page Park Drive
P.O. Box 3733
Poughkeepsie, NY 12603

McMaster Carr
P.O. Box 740100
Atlanta, GA 30374-0100

Metropolitan Aircraft Parts, Inc.
172 Cabot Street
West Babylon, NY 11704

MSC Industrial
114 Celtic Drive
Madison, AL 35758

N! Critical Technologies, Inc.
211 N. Parker Drive
Janesville, WI 53545

Northern Tool & Equipment
7252 Governors W.
Huntsville, AL 35806

Office Environments
200 West Side Square, #53
Huntsville, AL 35801

Ortman Fluid Power
1400 N. 30th Street, Ste. 20
Quincy, IL 62301

L-Com Global Connectivity
50 High Street
West Mill, 3rd Floor, Ste. 30
North Andover, MA 01845

MM Reif Ltd.
850 Albany Street
P.O. Box 191490
Roxbury, MA 02119

Matthews Industries, Inc.
23 2nd Street
Decatur, AL 35601

MEG Technologies
15381 Assembly Lane
Huntington Beach, CA 92649

Mouser
1000 North Main Street
Mansfield, TX 76063

Myriad Supply
22 W. 19th Street
New York, NY 10011

Newark Electronics
33190 Collection Center Drive
Chicago, IL 60693-0331

Nova Electric Division
100 School Street
Bergenfield, NJ 07621

Oil States Industries
7701 S. Cooper Street
Arlington, TX 76001

Peerless Aerospace
141 Executive Boulevard
Farmingdale, NY 11735

Pioneer Industries
111 Kero Road
Carlstadt, NJ 07072

Poly Paint Co.
337 Summit Drive
Corte Madera, CA 94925

PRC Desoto
PPG Aerospace
12780 San Fernando Road
Sylmar, CA 91342

Premium Assignment Corporation
3522 Thomasville Road, #400
Tallahassee, FL 32309

Professional Security Systems
2106 West Ferry Way, Ste. C
Huntsville, AL 35801

Pyramid Industrial
3158 Highway 20 W., Bldg. #7
Decatur, AL 35601

Quality Socket Screw Corporation
7290 Worth Avenue
Englewood, FL 34224

Rapid Rivet
121 Toledo Street
Farmingdale, NY 11735

REFA International, Inc.
400 W. Fork Drive
Arlington, TX 76012

FJ Young
Address Unknown

Robertson Fuel Systems
800 W. Carver Road, Ste. 101
Tempe, AZ 85284

Rockywoods
106 W.4th Street
Loveland, CO 80537-5523

RS Hughes
1162 Sonora Court
Sunnyvale, CA 94086

Sandstrom Products
P.O. Box 547
224 South Main Street
Port Bryon, IL 61275

Sandy Valley Fasteners
528 Broadway Street
Paintsville, KY 41240

Sierra Pacific
63 Laxalt Drive
Carson City, NV 89706

Softbox Systems
350 Frontage Road
Greenville, SC 29611

Southeastern Freight Lines
6630 Swancott Road
Madison, AL 35756

Specaero
5740 Nicolle Street
Ventura, CA 93003

Spectrum Manufacturing & Sales, Inc.
1951 Hampshire Road
Columbus, OH 43221

Star Stainless
2825 Northwoods Parkway
Norcross, GA 30071

Starwares
2606 Aviation Parkway
Grand Prairie, TX 75052-8911

Superior Washer & Gasket Corp.
170 Adams Avenue
Hauppauge, NY 11788

Textron Systems
(Marine and Land Systems)
1010 Gause Boulevard
Slidell, LA 70458

TMS Equipment
101 Arielle Way
Whitefish, MT 59937

Turner Supply Company
401 33rd Street N.
Birmingham, AL 35222

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

Unical Defense, Inc.
680 South Lemon Avenue, Ste. A
City of Industry, CA 91789

UPS
55 Glenlake Parkway NE
Atlanta, GA 30328

Wells Fargo Financial Leasing
800 Walnut Street
MAC F0005-055
Des Moines, IA 50309

Wencor West, Inc.
416 Dividend Drive
Peachtree City, GA 30269

Windstream fka Deltacom
c/o McCarthy Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146

TAB Hardware
2880 E. Hill Street
Long Beach, CA 90804

The Builders Supply
1400 Marshall Street
Shreveport, LA 71101

Tormach
1071 Uniek Drive
Waunakee, WI 53597

U.S. Air Tool Company
60 Fleetwood Court
Ronkonkoma, NY 1179-6907

Umpco, Inc.
7100 Lampson Avenue
P.O. Box 5158
Garden Grove, CA 92841

United Static Control Products, Inc.
4301 32nd Street W.
Bradenton, FL 34205

Versitron
83 Albe Drive, #C
Newark, DE 19702

Wencor, LLC
c/o Daniels Newman & Armstrong
2729 Eva Court
Bethleham, GA 30620-7639

Wesco Aircraft
24911 Avenue Stanford
Valencia, CA 91355

Wiremasters
1788 North Point Road
Columbia, TN 38401

Yostvises
388 West 24th Street
Holland, MI 49423

Zoro Tools
909 Asbury Drive
Buffalo Grove, IL 60089


/s/*Tazewell T. Shepard IV*
Tazewell Shepard IV

Fill in this information to identify the case:

Debtor name      **JIT Industries, Inc.**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF ALABAMA

Case number (if known)      **18-80892**

■ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................................    $ _____ **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*..............................................................................................    $ _____ **319,153.74**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................................    $ _____ **319,153.74**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ **1,050,000.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................    $ _____ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.........................    +$ _____ **863,882.14**

4.    **Total liabilities** ..........................................................................................................
    Lines 2 + 3a + 3b                                                                                    $    **1,913,882.14**

☑ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **A-Z Office Resource, Inc.**<br>**113 Jetplex Circle**<br>**Madison, AL 35758** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **AAR Manufacturing, Inc.**<br>**dba AAR Mobility Systems**<br>**1100 N. Wood Dale Road**<br>**Wood Dale, IL 60191** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **ACT Fastening Solutions**<br>**245 Suffolk Lane**<br>**Gardner, MA 01440** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Adept Fasteners**<br>**28709 Industry Drive**<br>**Valencia, CA 91355** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Aero Products**<br>**551 N. 40th Street**<br>**Show Low, AZ 85901** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aero-Glen International, LLC**
**1160 Mustang Drive**
**Suite 300**
**DFW International Airport, TX 75261**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,171.00 |
|---|---|---|---|

**Aircraft Hardware West**
**2180 Temple Avenue**
**Long Beach, CA 90804**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aircraft Spruce**
**225 Airport Circle**
**Corona, CA 92880**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.45 |
|---|---|---|---|

**Airgas South, Inc.**
**621 Finley Island Road**
**Decatur, AL 35601**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alabama Department of Revenue**
**Income Tax Division**
**P O Box 327460**
**Montgomery, AL 36132**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: 2016 Taxes for JIT Military Sales

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Align Aerospace**
**21123 Nordhoff Street**
**Chatsworth, CA 91311**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**All Data Resource**
**2892 Prairie Drive**
**Lewis Center, OH 43035**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allied Electronics**
**7151 Jack Newell Boulevard S.**
**Fort Worth, TX 76118**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 18-80892-CRJ11    Doc 36    Filed 05/08/18    Entered 05/08/18 11:37:54    Desc Main
Document    Page 18 of 44

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,061.40 |
|------|--------|--------|----------|
| | **Allied Wire & Cable**<br>**101 Kestrel Drive**<br>**Collegeville, PA 19426** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------|--------|----------|
| | **Amazon**<br>**410 Terry Avenue N.**<br>**Seattle, WA 98109** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $365,477.70 |
|------|--------|--------|----------|
| | **American Express**<br>**c/o Charles Nick Parnell III**<br>**641 South Lawrence Street**<br>**Montgomery, AL 36102** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------|--------|----------|
| | **American Ring & Tool Company**<br>**30450 Bruce Industrial Parkway**<br>**Solon, OH 44139** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,646.75 |
|------|--------|--------|----------|
| | **Andrews Tool Company, Inc.**<br>**2026 W. Pioneer Parkway**<br>**#B10**<br>**Pantego, TX 76013** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,108.56 |
|------|--------|--------|----------|
| | **Apex Industrial Supply, LLC**<br>**1401 Air Wing Road**<br>**San Diego, CA 92154** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,634.00 |
|------|--------|--------|----------|
| | **Arlington International Aviation Product**<br>**7321 Commercial Boulevard E.**<br>**Arlington, TX 76001** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------|--------|----------|
| | **Astral Air Parts**<br>**192 Van Riper Avenue**<br>**Elmwood Park, NJ 07407** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $609.67 |
|---|---|---|---|

**Athens Utilities**
1806 Wilkinson Street
Athens, AL 35611

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Atlanta Air Exchange**
1146 Uniform Road
Griffin, GA 30224

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $530.00 |
|---|---|---|---|

**Automation Direct**
P.O. Box 402417
Atlanta, GA 30384-2417

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aviall**
P.O. Box 619048
Dallas, TX 75261-9048

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**B&B Specialties**
4321 E. La Palma Avenue
Anaheim, CA 92807

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bailey Hydraulics**
2527 Westcott Boulevard
Knoxville, TN 37931

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Baldor**
5711 R.S. Boreham Jr Street
P.O. Box 2400
Fort Smith, AR 72901

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,212.50 |
|---|---|---|---|

**Bell Memphis**
1650 Channel Avenue
Memphis, TN 38103

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|------|------|------|------|
| | **Benchmark Connector Corp.**<br>**4501 N.W. 103 Avenue**<br>**Sunrise, FL 33351-7981** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,862.29** |
|------|------|------|------|
| | **Blue Cross and Blue Shield of Alabama**<br>**P.O Box 360387**<br>**Birmingham, AL 35236-0387** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|------|------|------|------|
| | **Blue Sky Industries**<br>**595 Monterey Pass Road**<br>**Monterey Park, CA 91754-2406** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|------|------|------|------|
| | **Brownells, Inc.**<br>**200 South Front Street**<br>**Montezuma, IA 50171** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24,485.39** |
|------|------|------|------|
| | **BW Elliott Manufacturing**<br>**11 Beckwith Avenue**<br>**Binghamton, NY 13901** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|------|------|------|------|
| | **C.H. Robinson Wolrdwide and Subsidiaries**<br>**14701 Charlson Road**<br>**Eden Prairie, MN 55347-5076** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$76,051.81** |
|------|------|------|------|
| | **Capital One Visa**<br>**c/o Portfolio Recovery Associates, LLC**<br>**PO Box 12914**<br>**Norfolk, VA 23541** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,156.80** |
|------|------|------|------|
| | **Cavanaugh Government Group**<br>**8432 Beloit Avenue**<br>**Bridgeview, IL 60455** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|------|------|------|
| | **CBT Corporation**<br>**1200 S. Powell Road**<br>**#A**<br>**Independence, MO 64057** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,843.59** |
|------|------|------|------|
| | **CDW**<br>**75 Tri-State International**<br>**Lincolnshire, IL 60069** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|------|------|------|
| | **Chemsol**<br>**5320 E. 25th Street**<br>**Indianapolis, IN 46218** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|------|------|------|
| | **Cook's Pest Control**<br>**2007 Southpark Boulevard SW**<br>**Huntsville, AL 35803** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|------|------|------|
| | **DB Roberts**<br>**1060 N. Batavia Street**<br>**Unit E**<br>**Orange, CA 92867** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|------|------|------|
| | **Denco Aerospace, Inc.**<br>**2605 Central Avenue**<br>**Grand Prairie, TX 75050** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,056.00** |
|------|------|------|------|
| | **Denray Machine, Inc.**<br>**10775 Lawrence**<br>**#1140**<br>**Mount Vernon, MO 65712** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,055.00** |
|------|------|------|------|
| | **Dialogic Fasteners**<br>**3161 State Road**<br>**Bensalem, PA 19020** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Digikey Corporation** | ☐ Contingent | |
| | **701 Brooks Avenue** | ☑ Unliquidated | |
| | **P.O. Box 677** | ☑ Disputed | |
| | **Thief River Falls, MN 56701-0677** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Dixie Air Parts Supply, Inc.** | ☐ Contingent | |
| | **2048 West Malone Avenue** | ☑ Unliquidated | |
| | **San Antonio, TX 78225** | ☑ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **DMS Aircraft** | ☐ Contingent | |
| | **3838 Commerce Parkway** | ☑ Unliquidated | |
| | **Miramar, FL 33025** | ☑ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **DPSI** | ☐ Contingent | |
| | **1801 Stanley Road** | ☑ Unliquidated | |
| | **Suite 301** | ☑ Disputed | |
| | **Greensboro, NC 27407** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **ECAS, Inc.** | ☐ Contingent | |
| | **2990 Technology Drive** | ☑ Unliquidated | |
| | **Rochester, MI 48309** | ☑ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$918.54** |
|---|---|---|---|
| | **Electro Enterprises** | ☐ Contingent | |
| | **P.O. Box 11456** | ☑ Unliquidated | |
| | **Oklahoma City, OK 73136** | ☑ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$515.83** |
|---|---|---|---|
| | **Enfasco** | ☐ Contingent | |
| | **1675 Hylton Road** | ☑ Unliquidated | |
| | **Pennsauken, NJ 08110** | ☑ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Fastenal** | ☐ Contingent | |
| | **2001 Theurer Boulevard** | ☐ Unliquidated | |
| | **Winona, MN 55987** | ☑ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,945.00 |

**Fastener Technology Corp.**
7415 Fulton Avenue
North Hollywood, CA 91605

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,794.81 |

**FedEx**
FedEx Corp. Revenue Services
3965 Airways, Module G
Memphis, TN 38116

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $570.43 |

**FedEx Freight**
FedEx Customer Relations
3875 Airways, Module H3, Dept. 4634
Memphis, TN 38116

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Fisher Scientific**
300 Industry Drive
Pittsburgh, PA 15275

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $671.88 |

**FJ Young**
Unknown

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Flight Shop, Inc.**
P.O. Box 602
Brigham City, UT 84302

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Graco Supply**
1001 Miller Avenue
Fort Worth, TX 76105

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Grainger Industrial**
1912 Jordan Lane NW
Huntsville, AL 35816

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

Case 18-80892-CRJ11    Doc 36    Filed 05/08/18    Entered 05/08/18 11:37:54    Desc Main
Document    Page 24 of 44

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Groves Industrial**<br>**7301 Pinemont Drive**<br>**Houston, TX 77040** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Grumen Manufacturing, Inc.**<br>**4081 Ryan Road**<br>**Suite 101**<br>**Gurnee, IL 60031** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,015.58 |
|---|---|---|---|
| | **Harrison Gammons & Rawlinson**<br>**2430 L and N Drive SW**<br>**Huntsville, AL 35801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  07/10/17 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,922.24 |
|---|---|---|---|
| | **HC Pacific**<br>**5536 Ontario Mills Parkway**<br>**Ontario, CA 91764** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Hentzen Coatings, Inc.**<br>**6937 West Mill Road**<br>**Milwaukee, WI 53218-1225** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Herber Aircraft**<br>**1401 East Franklin Avenue**<br>**El Segundo, CA 90245-4307** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Hercules Sealing Products**<br>**1016 N. Belcher Road**<br>**Clearwater, FL 33765** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Heritage Propane**<br>**7206 Governors West Road NW**<br>**Huntsville, AL 35806** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $564.83 |
|---|---|---|---|

**Hobson Manufacturing**
**6758 Eton Avenue**
**Canoga Park, CA 91303**

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,957.33 |
|---|---|---|---|

**Howco Distributing**
**6025 E. 18th Street**
**Vancouver, WA 98661**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**ICC**
**900 Montclair Road**
**Birmingham, AL 35213**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,160.00 |
|---|---|---|---|

**Industrial Forge**
**1725 US-1**
**Alma, GA 31510**

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,761.83 |
|---|---|---|---|

**Inland Technology, Inc.**
**401 E. 27th Street**
**Tacoma, WA 98421**

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,360.00 |
|---|---|---|---|

**Integration, LLC**
**2009 Westmeade Street SW**
**Decatur, AL 35601**

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **2016 Taxes for JIT Military Sales**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jacob Bridges**
**Unknown**

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Jacobsen** | ☐ Contingent | |
| | **1710 Marvin Griffin Road** | ☑ Unliquidated | |
| | **Augusta, GA 30906** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,330.00** |
| --- | --- | --- | --- |
| | **Jeff Bourland** | ☐ Contingent | |
| | **107 Bibb Drive** | ☑ Unliquidated | |
| | **Madison, AL 35758** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,992.00** |
| --- | --- | --- | --- |
| | **Jewell Instruments, LLC** | ☐ Contingent | |
| | **850 Perimeter Road** | ☐ Unliquidated | |
| | **Manchester, NH 03103** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Johnstone Supply** | ☐ Contingent | |
| | **11632 NE Ainsworth Circle** | ☑ Unliquidated | |
| | **Portland, OR 97220** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Kaman Industrial** | ☐ Contingent | |
| | **1 Vision Way** | ☑ Unliquidated | |
| | **Bloomfield, CT 06002** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,762.50** |
| --- | --- | --- | --- |
| | **Kampi Components Co., Inc.** | ☐ Contingent | |
| | **88 Canal Road** | ☑ Unliquidated | |
| | **Fairless Hills, PA 19030** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Kapco Global** | ☐ Contingent | |
| | **3120 Enterprise Street** | ☑ Unliquidated | |
| | **Brea, CA 92821** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,510.97** |
| --- | --- | --- | --- |
| | **KLX Aerospace Solutions** | ☐ Contingent | |
| | **117 East Rose Avenue** | ☑ Unliquidated | |
| | **Foley, AL 36535** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Koncentra USA Corp.**
**13551 SW 135 Avenue**
**Warehouse 302**
**Miami, FL 33186**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**L-Com Global Company**
**50 High Street**
**West Mill, 3rd Floor, Ste. 30**
**North Andover, MA 01845**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lee Aerospace Products**
**9323 E. 34th Street N.**
**Wichita, KS 67226**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Marco Manufacturing**
**55 Page Park Drive**
**P.O. Box 3733**
**Poughkeepsie, NY 12603**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,108.96** |
|---|---|---|---|

**Matthews Industries, Inc.**
**23 2nd Street**
**Decatur, AL 35601**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,716.37** |
|---|---|---|---|

**McMaster Carr**
**P.O. Box 740100**
**Atlanta, GA 30374-0100**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**MEG Technologies**
**15381 Assembly Lane**
**Huntington Beach, CA 92649**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Metropolitan Aircraft Parts, Inc.**
**172 Cabot Street**
**West Babylon, NY 11704**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|---|

**MM Reif Ltd.**
**850 Albany Street**
**P.O. Box 191490**
**Roxbury, MA 02119**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|---|

**Mouser**
**1000 North Main Street**
**Mansfield, TX 76063**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$1,798.41** |
|---|---|---|---|---|

**MSC Industrial**
**114 Celtic Drive**
**Madison, AL 35758**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$790.00** |
|---|---|---|---|---|

**Myriad Supply**
**22 W. 19th Street**
**New York, NY 10011**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$1,006.50** |
|---|---|---|---|---|

**N! Critical Technologies, Inc.**
**211 N. Parker Driver**
**Janesville, WI 53545**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$1,412.89** |
|---|---|---|---|---|

**Newark Electronics**
**33190 Collection Center Drive**
**Chicago, IL 60693-0331**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$577.97** |
|---|---|---|---|---|

**Northern Tool & Equipment**
**7252 Governors W.**
**Huntsville, AL 35806**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$8,000.00** |
|---|---|---|---|---|

**Nova Electric Division**
**100 School Street**
**Bergenfield, NJ 07621**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,488.00** |
|---|---|---|---|

**Office Enviornments**
200 West Side Square
#53
Huntsville, AL 35801

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Oil States Industries**
7701 S. Cooper Street
Arlington, TX 76001

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ortman Fluid Power**
1400 N. 30th Street
Suite 20
Quincy, IL 62301

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,539.28** |
|---|---|---|---|

**Peerless Aerospace**
141 Executive Boulevard
Farmingdale, NY 11735

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Pioneer Industries**
111 Kero Road
Carlstadt, NJ 07072

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$648.00** |
|---|---|---|---|

**Poly Paint Co.**
337 Summit Drive
Corte Madera, CA 94925

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$889.25** |
|---|---|---|---|

**PRC Desoto**
PPG Aerospace
12780 San Fernando Road
Sylmar, CA 91342

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$843.78** |
|---|---|---|---|

**Premium Assignment Corporation**
3522 Thomasville Road
#400
Tallahassee, FL 32309

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Professional Security Systems**
2106 West Ferry Way
Suite C
Huntsville, AL 35801

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Pyramid Industrial**
3158 Highway 20 W.
Building #7
Decatur, AL 35601

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,314.00** |
|---|---|---|---|

**Quality Socket Screw Corporation**
7290 Worth Avenue
Englewood, FL 34224

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$505.69** |
|---|---|---|---|

**Rapid Rivet**
121 Toledo Street
Farmingdale, NY 11735

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$573.00** |
|---|---|---|---|

**REFA International, Inc.**
400 W. Fork Drive
Arlington, TX 76012

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$105,184.00** |
|---|---|---|---|

**Robertson Fuel Systems**
800 W. Carver Road
Suite 101
Tempe, AZ 85284

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| | Name | | |

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Rockywoods** | ☐ Contingent | |
| | **106 W. 4th Street** | ☑ Unliquidated | |
| | **Loveland, CO 80537** | ☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$507.98** |
|---|---|---|---|
| | **RS Hughes** | ☐ Contingent | |
| | **1162 Sonora Court** | ☑ Unliquidated | |
| | **Sunnyvale, CA 94086** | ☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Sandstrom Products** | ☐ Contingent | |
| | **P.O. Box 547** | ☑ Unliquidated | |
| | **224 South Main Street** | ☑ Disputed | |
| | **Port Byron, IL 61275** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Sandy Valley Fasteners** | ☐ Contingent | |
| | **528 Broadway Street** | ☑ Unliquidated | |
| | **Paintsville, KY 41240** | ☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Sierra Pacific** | ☐ Contingent | |
| | **63 Laxalt Drive** | ☑ Unliquidated | |
| | **Carson City, NV 89706** | ☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,640.00** |
|---|---|---|---|
| | **Softbox Systems** | ☐ Contingent | |
| | **350 Frontage Road** | ☑ Unliquidated | |
| | **Greenville, SC 29611** | ☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Southeastern Freight Lines** | ☐ Contingent | |
| | **6630 Swancott Road** | ☐ Unliquidated | |
| | **Madison, AL 35756** | ☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$711.40** |
|---|---|---|---|
| | **Spacaero** | ☐ Contingent | |
| | **5740 Nicolle Street** | ☑ Unliquidated | |
| | **Ventura, CA 93003** | ☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,830.00 |
|---|---|---|---|

**Spectrum Manufacturing & Sales, Inc.**
**1951 Hampshire Road**
**Columbus, OH 43221**

- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? [x] No [ ] Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,813.18 |
|---|---|---|---|

**Star Stainless**
**2825 Northwoods Parkway**
**Norcross, GA 30071**

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? [x] No [ ] Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Starwares**
**2606 Aviation Parkway**
**Grand Prairie, TX 75052-8911**

- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? [x] No [ ] Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Superior Washer & Gasket Corp.**
**170 Adams Avenue**
**Hauppauge, NY 11788**

- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? [x] No [ ] Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,842.50 |
|---|---|---|---|

**TAB Hardware**
**2880 E. Hill Street**
**Long Beach, CA 90804**

- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? [x] No [ ] Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Textron Systems (Marine & Land Systems)**
**1010 Gause Boulevard**
**Slidell, LA 70458**

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? [x] No [ ] Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**The Builders Supply**
**1400 Marshall Street**
**Shreveport, LA 71101**

- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? [x] No [ ] Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TMS Equipment**
**101 Arielle Way**
**Whitefish, MT 59937**

- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? [x] No [ ] Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,473.17 |

**Tormach**
**1071 Uniek Drive**
**Waunakee, WI 53597**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,040.81 |

**Turner Supply Company**
**401 33rd Street N.**
**Birmingham, AL 35222**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**U.S. Air Tool Company**
**60 Fleetwood Court**
**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Uline**
**12575 Uline Drive**
**Pleasant Prairie, WI 53158**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Umpco, Inc.**
**7100 Lampson Avenue**
**P.O. Box 5158**
**Garden Grove, CA 92841**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Unical Defense, Inc.**
**680 South Lemon Avenue**
**Suite A**
**City of Industry, CA 91789**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $724.39 |

**United Static Control Products, Inc.**
**4301 32nd Street W.**
**Bradenton, FL 34205**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,055.93 |

**UPS**
**55 Glenlake Parkway NE**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $724.00 |
|---|---|---|---|

**Versitron**
**83 Albe Drive**
**#C**
**Newark, DE 19702**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,169.54 |
|---|---|---|---|

**Wells Fargo Financial Leasing**
**800 Walnut Street**
**MAC F0005-055**
**Des Moines, IA 50309**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **2539**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wencor West, Inc.**
**416 Dividend Drive**
**Peachtree City, GA 30269**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,677.63 |
|---|---|---|---|

**Wencor, LLC**
**c/o Daniels Newman & Armstrong**
**2729 Eva Court**
**Bethlehem, GA 30620-7639**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,283.05 |
|---|---|---|---|

**Wesco Aircraft**
**24911 Avenue Stanford**
**Valencia, CA 91355**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,433.00 |
|---|---|---|---|

**Windstream fka Deltacom**
**c/o McCarthy Burgess & Wolff**
**26000 Cannon Road**
**Cleveland, OH 44146**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,820.27 |
|---|---|---|---|

**Wiremasters**
**1788 North Point Road**
**Columbia, TN 38401**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **JIT Industries, Inc.** | Case number (if known) | **18-80892** |
|---|---|---|---|

| | Name | | |

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Yostvises**
**388 West 24th Street**
**Holland, MI 49423**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,022.51** |
|---|---|---|---|

**Zoro Tools**
**909 Asbury Drive**
**Buffalo Grove, IL 60089**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Deanna Cords**<br>**800 Walnut Street**<br>**MAC F0005-055**<br>**Des Moines, IA 50309** | Line **3.141**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 863,882.14 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 863,882.14 |

In re    **JIT Industries, Inc.**                 Case No.    **18-80892**

                          Debtor(s)             Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May  8, 2018**                    **/s/ Ginger McComb**

                                          **Ginger McComb**/**President**

                                          Signer/Title

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Danny Overbee
c/o James Adams
402 Moulton Street E
Decatur, AL 35601

Aero Products
551 N. 40th Street
Show Low, AZ 85901

Allied Wire & Cable
101 Kestrel Drive
Collegeville, PA 19426

People's Bank of Alabama
801 2nd Avenue SW
Cullman, AL 35055

Aero-Glen International, LLC
1160 Mustang Drive
Suite 300
DFW International Airport, TX 75261

Amazon
410 Terry Avenue N.
Seattle, WA 98109

People's Bank of Alabama
d/b/a Probilling & Funding Service
P.O. Box 2222
Decatur, AL 35609

Aircraft Hardware West
2180 Temple Avenue
Long Beach, CA 90804

American Express
c/o Charles Nick Parnell III
641 South Lawrence Street
Montgomery, AL 36102

Phillip Hill
3155 Hurricane Road
New Market, AL 35761

Aircraft Spruce
225 Airport Circle
Corona, CA 92880

American Ring & Tool Company
30450 Bruce Industrial Parkway
Solon, OH 44139

Rod Hill
3155 Hurricane Road
New Market, AL 35761

Airgas South, Inc.
621 Finley Island Road
Decatur, AL 35601

Andrews Tool Company, Inc.
2026 W. Pioneer Parkway
#B10
Pantego, TX 76013

A-Z Office Resource, Inc.
113 Jetplex Circle
Madison, AL 35758

Alabama Department of Revenue
Income Tax Division
P O Box 327460
Montgomery, AL 36132

Apex Industrial Supply, LLC
1401 Air Wing Road
San Diego, CA 92154

AAR Manufacturing, Inc.
dba AAR Mobility Systems
1100 N. Wood Dale Road
Wood Dale, IL 60191

Align Aerospace
21123 Nordhoff Street
Chatsworth, CA 91311

Arlington International Aviation Pro
7321 Commercial Boulevard E.
Arlington, TX 76001

ACT Fastening Solutions
245 Suffolk Lane
Gardner, MA 01440

All Data Resource
2892 Prairie Drive
Lewis Center, OH 43035

Astral Air Parts
192 Van Riper Avenue
Elmwood Park, NJ 07407

Adept Fasteners
28709 Industry Drive
Valencia, CA 91355

Allied Electronics
7151 Jack Newell Boulevard S.
Fort Worth, TX 76118

Athens Utilities
1806 Wilkinson Street
Athens, AL 35611

Atlanta Air Exchange
1146 Uniform Road
Griffin, GA 30224

Blue Sky Industries
595 Monterey Pass Road
Monterey Park, CA 91754-2406

Cook's Pest Control
2007 Southpark Boulevard SW
Huntsville, AL 35803

Automation Direct
P.O. Box 402417
Atlanta, GA 30384-2417

Brownells, Inc.
200 South Front Street
Montezuma, IA 50171

Danny Overbee
c/o James Adams
402 Moulton Street E
Decatur, AL 35601

Aviall
P.O. Box 619048
Dallas, TX 75261-9048

BW Elliott Manufacturing
11 Beckwith Avenue
Binghamton, NY 13901

Danny Overbee
c/o James Adams
402 Moulton Street E
Decatur, AL 35601

B&B Specialties
4321 E. La Palma Avenue
Anaheim, CA 92807

C.H. Robinson Wolrdwide and Subsidiaries
14701 Charlson Road
Eden Prairie, MN 55347-5076

Danny Overbee
c/o James Adams
402 Moulton Street E
Decatur, AL 35601

Bailey Hydraulics
2527 Westcott Boulevard
Knoxville, TN 37931

Capital One Visa
c/o Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA 23541

Danny Overbee
c/o James Adams
402 Moulton Street E
Decatur, AL 35601

Baldor
5711 R.S. Boreham Jr Street
P.O. Box 2400
Fort Smith, AR 72901

Cavanaugh Government Group
8432 Beloit Avenue
Bridgeview, IL 60455

Danny Overbee
c/o James Adams
402 Moulton Street E
Decatur, AL 35601

Bell Memphis
1650 Channel Avenue
Memphis, TN 38103

CBT Corporation
1200 S. Powell Road
#A
Independence, MO 64057

Danny Overbee
c/o James Adams
402 Moulton Street E
Decatur, AL 35601

Benchmark Connector Corp.
4501 N.W. 103 Avenue
Sunrise, FL 33351-7981

CDW
75 Tri-State International
Lincolnshire, IL 60069

DB Roberts
1060 N. Batavia Street
Unit E
Orange, CA 92867

Blue Cross and Blue Shield of Alabama
P.O Box 360387
Birmingham, AL 35236-0387

Chemsol
5320 E. 25th Street
Indianapolis, IN 46218

Denco Aerospace, Inc.
2605 Central Avenue
Grand Prairie, TX 75050

Denray Machine, Inc.
10775 Lawrence
#1140
Mount Vernon, MO 65712

Dialogic Fasteners
3161 State Road
Bensalem, PA 19020

Digikey Corporation
701 Brooks Avenue
P.O. Box 677
Thief River Falls, MN 56701-0677

Dixie Air Parts Supply, Inc.
2048 West Malone Avenue
San Antonio, TX 78225

DMS Aircraft
3838 Commerce Parkway
Miramar, FL 33025

DPSI
1801 Stanley Road
Suite 301
Greensboro, NC 27407

ECAS, Inc.
2990 Technology Drive
Rochester, MI 48309

Electro Enterprises
P.O. Box 11456
Oklahoma City, OK 73136

Enfasco
1675 Hylton Road
Pennsauken, NJ 08110

Fastenal
2001 Theurer Boulevard
Winona, MN 55987

Fastener Technology Corp.
7415 Fulton Avenue
North Hollywood, CA 91605

FedEx
FedEx Corp. Revenue Services
3965 Airways, Module G
Memphis, TN 38116

FedEx Freight
FedEx Customer Relations
3875 Airways, Module H3, Dept. 4634
Memphis, TN 38116

Fisher Scientific
300 Industry Drive
Pittsburgh, PA 15275

FJ Young
Unknown

Flight Shop, Inc.
P.O. Box 602
Brigham City, UT 84302

Ginger McComb
106 Lansdowne Drive
Madison, AL 35758

Graco Supply
1001 Miller Avenue
Fort Worth, TX 76105

Grainger Industrial
1912 Jordan Lane NW
Huntsville, AL 35816

Groves Industrial
7301 Pinemont Drive
Houston, TX 77040

Grumen Manufacturing, Inc.
4081 Ryan Road
Suite 101
Gurnee, IL 60031

Harrison Gammons & Rawlinson
2430 L and N Drive SW
Huntsville, AL 35801

HC Pacific
5536 Ontario Mills Parkway
Ontario, CA 91764

Hentzen Coatings, Inc.
6937 West Mill Road
Milwaukee, WI 53218-1225

Herber Aircraft
1401 East Franklin Avenue
El Segundo, CA 90245-4307

Hercules Sealing Products
1016 N. Belcher Road
Clearwater, FL 33765

Heritage Propane
7206 Governors West Road NW
Huntsville, AL 35806

Hobson Manufacturing
6758 Eton Avenue
Canoga Park, CA 91303

Jeff Bourland
107 Bibb Drive
Madison, AL 35758

Kapco Global
3120 Enterprise Street
Brea, CA 92821

Howco Distributing
6025 E. 18th Street
Vancouver, WA 98661

Jewell Instruments, LLC
850 Perimeter Road
Manchester, NH 03103

KLX Aerospace Solutions
117 East Rose Avenue
Foley, AL 36535

ICC
900 Montclair Road
Birmingham, AL 35213

JIT Military Sales
26670 Success Drive SW
Madison, AL 35756

Koncentra USA Corp.
13551 SW 135 Avenue
Warehouse 302
Miami, FL 33186

Industrial Forge
1725 US-1
Alma, GA 31510

JIT Military Sales
26670 Success Drive SW
Madison, AL 35756

L-Com Global Company
50 High Street
West Mill, 3rd Floor, Ste. 30
North Andover, MA 01845

Inland Technology, Inc.
401 E. 27th Street
Tacoma, WA 98421

JIT Military Sales
26670 Success Road SW
Madison, AL 35756

Lee Aerospace Products
9323 E. 34th Street N.
Wichita, KS 67226

Integration, LLC
2009 Westmeade Street SW
Decatur, AL 35601

JIT Military Sales
26670 Success Drive SW
Madison, AL 35756

Marco Manufacturing
55 Page Park Drive
P.O. Box 3733
Poughkeepsie, NY 12603

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Johnstone Supply
11632 NE Ainsworth Circle
Portland, OR 97220

Matthew McComb
106 Lansdowne Drive
Madison, AL 35758

Jacob Bridges
Unknown

Kaman Industrial
1 Vision Way
Bloomfield, CT 06002

Matthews Industries, Inc.
23 2nd Street
Decatur, AL 35601

Jacobsen
1710 Marvin Griffin Road
Augusta, GA 30906

Kampi Components Co., Inc.
88 Canal Road
Fairless Hills, PA 19030

McMaster Carr
P.O. Box 740100
Atlanta, GA 30374-0100

MEG Technologies
15381 Assembly Lane
Huntington Beach, CA 92649

Nova Electric Division
100 School Street
Bergenfield, NJ 07621

Phillip Hill
3155 Hurricane Road
New Market, AL 35761

Metropolitan Aircraft Parts, Inc.
172 Cabot Street
West Babylon, NY 11704

Office Enviornments
200 West Side Square
#53
Huntsville, AL 35801

Phillip Hill
3155 Hurricane Road
New Market, AL 35761

MM Reif Ltd.
850 Albany Street
P.O. Box 191490
Roxbury, MA 02119

Oil States Industries
7701 S. Cooper Street
Arlington, TX 76001

Phillip Hill
3155 Hurricane Road
New Market, AL 35761

Mouser
1000 North Main Street
Mansfield, TX 76063

Ortman Fluid Power
1400 N. 30th Street
Suite 20
Quincy, IL 62301

Pioneer Industries
111 Kero Road
Carlstadt, NJ 07072

MSC Industrial
114 Celtic Drive
Madison, AL 35758

Peerless Aerospace
141 Executive Boulevard
Farmingdale, NY 11735

Poly Paint Co.
337 Summit Drive
Corte Madera, CA 94925

Myriad Supply
22 W. 19th Street
New York, NY 10011

People's Bank of Alabama
801 2nd Avenue SW
Cullman, AL 35055

PRC Desoto
PPG Aerospace
12780 San Fernando Road
Sylmar, CA 91342

N! Critical Technologies, Inc.
211 N. Parker Driver
Janesville, WI 53545

Philip Hill
3155 Hurricane Road
New Market, AL 35761

Premium Assignment Corporation
3522 Thomasville Road
#400
Tallahassee, FL 32309

Newark Electronics
33190 Collection Center Drive
Chicago, IL 60693-0331

Philip Hill
3155 Hurricane Road
New Market, AL 35761

Professional Security Systems
2106 West Ferry Way
Suite C
Huntsville, AL 35801

Northern Tool & Equipment
7252 Governors W.
Huntsville, AL 35806

Philip Hill
3155 Hurricane Road
New Market, AL 35761

Pyramid Industrial
3158 Highway 20 W.
Building #7
Decatur, AL 35601

Quality Socket Screw Corporation
7290 Worth Avenue
Englewood, FL 34224

Rod Hill
3155 Hurricane Road
New Market, AL 35761

Spectrum Manufacturing & Sales, In
1951 Hampshire Road
Columbus, OH 43221

Rapid Rivet
121 Toledo Street
Farmingdale, NY 11735

Rod Hill
3155 Hurricane Road
New Market, AL 35761

Star Stainless
2825 Northwoods Parkway
Norcross, GA 30071

REFA International, Inc.
400 W. Fork Drive
Arlington, TX 76012

RS Hughes
1162 Sonora Court
Sunnyvale, CA 94086

Starwares
2606 Aviation Parkway
Grand Prairie, TX 75052-8911

Robertson Fuel Systems
800 W. Carver Road
Suite 101
Tempe, AZ 85284

Sandstrom Products
P.O. Box 547
224 South Main Street
Port Byron, IL 61275

Superior Washer & Gasket Corp.
170 Adams Avenue
Hauppauge, NY 11788

Rockywoods
106 W. 4th Street
Loveland, CO 80537

Sandy Valley Fasteners
528 Broadway Street
Paintsville, KY 41240

TAB Hardware
2880 E. Hill Street
Long Beach, CA 90804

Rod Hill
3155 Hurricane Road
New Market, AL 35761

Sierra Pacific
63 Laxalt Drive
Carson City, NV 89706

Textron Systems (Marine & Land S
1010 Gause Boulevard
Slidell, LA 70458

Rod Hill
3155 Hurricane Road
New Market, AL 35761

Softbox Systems
350 Frontage Road
Greenville, SC 29611

The Builders Supply
1400 Marshall Street
Shreveport, LA 71101

Rod Hill
3155 Hurricane Road
New Market, AL 35761

Southeastern Freight Lines
6630 Swancott Road
Madison, AL 35756

TMS Equipment
101 Arielle Way
Whitefish, MT 59937

Rod Hill
3155 Hurricane Road
New Market, AL 35761

Spacaero
5740 Nicolle Street
Ventura, CA 93003

Tormach
1071 Uniek Drive
Waunakee, WI 53597

Turner Supply Company
401 33rd Street N.
Birmingham, AL 35222

Wencor West, Inc.
416 Dividend Drive
Peachtree City, GA 30269

G. Bartley Loftin III, Esq.
Bradley Arant Boult Cummings LLP
200 Clinton Avenue W., Ste. 900
Huntsville, AL 35801

U.S. Air Tool Company
60 Fleetwood Court
Ronkonkoma, NY 11779

Wencor, LLC
c/o Daniels Newman & Armstrong
2729 Eva Court
Bethlehem, GA 30620-7639

G. Bartley Loftin III, Esq.
Bradley Arant Boult Cummings LLP
200 Clinton Avenue W., Ste. 900
Huntsville, AL 35801

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

Wesco Aircraft
24911 Avenue
Valencia, CA 91355

G. Bartley Loftin III, Esq.
Bradley Arant Boult Cummings LLP
200 Clinton Avenue W., Ste. 900
Huntsville, AL 35801

Umpco, Inc.
7100 Lampson Avenue
P.O. Box 5158
Garden Grove, CA 92841

Windstream fka Deltacom
c/o McCarthy Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146

Kevin D. Heard, Esq.
Heard Ary & Dauro LLC
303 Williams Avenue, Ste. 921
Huntsville, AL 35801

Unical Defense, Inc.
680 South Lemon Avenue
Suite A
City of Industry, CA 91789

Wiremasters
1788 North Point Road
Columbia, TN 38401

Kevin D. Heard, Esq.
Heard Ary & Dauro LLC
303 Williams Avenue, Ste. 921
Huntsville, AL 35801

United Static Control Products, Inc.
4301 32nd Street W.
Bradenton, FL 34205

Xerox Corporation
P.O. Box 802555
Chicago, IL 60680

Kevin D. Heard, Esq.
Heard Ary & Dauro LLC
303 Williams Avenue, Ste. 921
Huntsville, AL 35801

UPS
55 Glenlake Parkway NE
Atlanta, GA 30328

Yostvises
388 West 24th Street
Holland, MI 49423

Versitron
83 Albe Drive
#C
Newark, DE 19702

Zoro Tools
909 Asbury Drive
Buffalo Grove, IL 60089

Wells Fargo Financial Leasing
800 Walnut Street
MAC F0005-055
Des Moines, IA 50309

Deanna Cords
800 Walnut Street
MAC F0005-055
Des Moines, IA 50309