## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: *JLT Industries Inc* CASE NO. *18-80892-* MONTH ENDING: *4-30*
*CRJ11*

Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month

### BUSINESS DEBTOR'S AFFIRMATIONS

1. YES___ NO _X_ All post petition business taxes have been paid/deposited and the deposit slips are attached.

   YES___ NO _X_ All post petition individual taxes have been paid and the deposit slips are attached.

   If you answered "No" to the above, list the types of taxes that are now due and owing.

   | TYPE OF TAX | AMOUNT |
   | --- | --- |
   | *S-Corp 2017 Inc* | $ *undetermined / filed ext. Oct 2018* |
   | | $ |
   | | $ |
   | | $ |

2. YES _X_ NO___ Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

   If no, enter: TYPE_____not in force.

   TYPE_____not in force.

3. YES _X_ NO___ New books and records were opened and are being maintained daily.

4. YES _X_ NO___ Copies of all banks statements and reconciliations are attached.

5. YES _X_ NO___ I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES _X_ NO___ All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE *5-15-18*

*Ginger McComb*
RESPONSIBLE PARTY

Phone No. *256-345-1262*

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT Industries Inc.    CASE NO. 18-80892    MONTH ENDING: 4-30

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual (Circle One) -Cash |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.  CASH ON HAND (Beginning) 907.53

B.  RECEIPTS:

Accounts Receivable from
Form BA-02(A)-Line II(C)  138,773.72

Cash Sales  0

Loan Proceeds
from_____  0

Sale of Property  0
(Not in ordinary
course of business)

Other_____

_____

C.  TOTAL RECEIPTS  138,773.72
(Total of B)

D.  BUSINESS DISBURSEMENTS
FROM FORM BA-02(B)  132,918.30

E.  SURPLUS OR DEFICIT  5,855.42
(C minus D)

F.  CASH ON HAND (End)  6,762.95
(A plus E)

1.  REVENUE FROM TOTAL
SALES  $167,737.44

2.  LESS COST OF THOSE
SALES  86,417.87
(Cost of materials,
Labor, etc.)

3.  EQUALS GROSS
PROFIT (1 minus 2)  81,319.57

4.  LESS OPERATING
EXPENSES  89,170.05

5.  EQUALS NET PROFIT
OPERATIONS
(3 minus 4)  7,749.52

6.  NON-OPERATING
INCOME/EXPENSES
(LIST SPECIFIC
INCOME/EXPENSES)

_____  0

_____

_____

7.  EQUALS NET PROFIT
OR NET LOSS  $7,749.52
(5 plus or minus 6)

*** Please itemize Cost of Sales
and Expenses on a separate
sheet of paper.***

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE  5-15-18

_Ginger McComb_
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _JII Industries, Inc._    CASE NO.: _16-80892_    MONTH ENDING: _4-30_

Attach to Business Form BA-02

## BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

X I.    **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.    **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

A.    Amount collected this month on accounts
receivable charged and paid this month.          $ _40,069.31_

B.    Amount collected this month on accounts
receivable charged in prior months
and paid this month.          $ _98,704.41_

C.    TOTAL collected this month on accounts
receivable.          $ _138,773.72_

III.    **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | $ | | | | $ |
| _see_ | | | | | |
| _attachment_ | | | | | |
| _Pending A/R_ | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $ | | | | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF

DATE _5-15-18_          _Hinger McComb_
          RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: ___ITT Industries, Inc.___   CASE NO. ___18-80892___   MONTH ENDING: ___4-30___

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | | |
|---|---|---|
| ACCOUNTING FEES............................................ | $ | 284.91 |
| ADVERTISING................................................ | | 3948.96 |
| AUTOMOBILES/VEHICLES (repairs & maintenance)............ | | 1391.71 |
| COMMISSIONS/CONTRACT LABOR.................................. | | 7592.63 |
| INSURANCE (TOTAL)......................................... | | 5606.69 |
|    AUTO | $ 178.60 | |
|    LIABILITY | — | |
|    LIFE | — | |
|    MEDICAL | 2563.61 | |
|    CASUALTY | — | |
|    FIRE & THEFT | | |
|    WORKMAN'S COMP. | 1094.12 | |
|    OTHER _Property + Gen_ | 1770.36 | |
| INTEREST PAID............................................. | | 730.94 |
| INVENTORY PURCHASED........................................ | | 11,859.69 |
| LEGAL FEES................................................ | | 650.00 |
| POSTAGE _+ shipping_...................................... | | 4376.06 |
| RENT/LEASE PAYMENTS ON REAL ESTATE......................... | | 3500.00 |
| REPAIRS & MAINTENANCE...................................... | | |
| SALARIES/WAGES PAID........................................ | | 46,707.78 |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]............... | | -0- |
| SUPPLIES (TOTAL).......................................... | | 1,596.93 |
|    OFFICE _+ Printing_ | $ 567.87 | |
|    OPERATING _Tooling + Shop_ | 1,028.61 | |
| TRAVEL & ENTERTAINMENT..................................... | | (advertizing) |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]................. | | 29,246.91 |
| UNSECURED LOAN PAYMENTS.................................... | | |
| UTILITIES (TOTAL)......................................... | | 425.59 |
|    ELECTRICITY _Charter_ | $ 109.98 | _Hartselle Utilities_ |
|    GAS | — | |
|    TELEPHONE | 93.87 | - _Verizon_ |
|    WATER | | |
|    OTHER _Internet_ | 221.74 | |
| OTHER BUSINESS DISBURSEMENTS | | |
| (Specify) | $ | |
| TOTAL BUSINESS DISBURSEMENTS............................ | $ | 132,918.30 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE ___5-15-18___          _Ginger McComb_
                           RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: *J/T Industries Inc*     CASE NO. *18-80892*     MONTH ENDING: *4-30*

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month.
   (Check, if true.)

2. __X__ No secured loan payments have been paid during this month.
   (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| Rod Hill | judgement | | | | |
| Phillip Hill | judgement | | | | |
| Danny Overbee | judgement | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE  *5-15-18*                                    *King McComb*
                                              RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: J.J.T Industries, Inc    CASE NO.: 18-80892    MONTH ENDING: 4-30

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | Fed LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| 3-30-18 | 30,697.78 | 4,648 | 4,648 | 1004.51 | 4261.56 |
| 4-15-18 | 20,862.25 | 3,147.60 | 3,167.60 | 641.50 | 2073.35 |
| 4-30-18 | 21,505 | 3,265.90 | 3265.90 | 830 | 2642.39 |
| | | | | | |
| | | | | | |
| TOTAL | 73,065.03 | 11,081.50 | 11,081.50 | 2476.01 | 8,977.30 |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| 3-30-18 | | 28.33 | 28.33 | 231.30 |
| 4-15-18 | | 18.78 | 18.78 | 138.47 |
| 4-30-18 | | 12.65 | 12.65 | 136.21 |
| | | | | |
| | | | | |
| TOTAL | | 59.76 | 59.76 | 505.98 |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| 3-30-18 | Use (fee) | 300.00 | | | |
| | | | | | |
| | | | | | |
| TOTAL | | 300.00 | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE: 5-15-18                    Ginger McComb
                                RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(D)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JTT Industries, Inc.    CASE NO.: 18-80892    MONTH ENDING: 4-30

### BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Peoples Bank | check - 3640 | 1,709.05 | 4-30 | Pre |
| Bank Independent | check - 4641 | 13,379.03 | 4-30 | Pre |
| | | | | |
| | | | | |

### GROSS PAYROLL
#### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1    (Name) Ginger McComb Pres. | $ | 15,000 |
| Officer #2    (Name) Matthew McComb Sec. | $ | 15,000 |
| Other Officer    (Name) — | $ | |
| Employees (Number) 7 (without officers) | $ | 31,707.78 (not gross) |
| Employees (Relatives) | $ | |
| Name | $ | |
| Name | $ | |

### INVENTORY (IF APPLICABLE)

| | | |
|---|---|---|
| Inventory - Beginning of Month (COST) | $ | 100,177.78 |
| Inventory - Purchased this Month - CASH | $ | 0 |
| Inventory - Purchased this Month - CREDIT | $ | 19,452.33 |
| Inventory - End of Month (COST) | $ | 109,138.59 |

### PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

X   A. No payments on pre-petition debts have been made this month.
___ B. The following payments have been made this month to unsecured
         creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 5-15-18                    Ginger McComb
                               RESPONSIBLE PARTY

**United States Bankruptcy Court - Northern District of Alabama**

CASE NAME: _IHT Industries, Inc._  CASE NO.: _10-80892_   MONTH ENDING: _4-30_

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

_____ A.   All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

** OR **

_X_ B.   Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| | | | | | |
| see attachment Accts Payable | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _5-15-18_       _Dwight McComb_
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _JIT Industries, Inc._   CASE NO.: _18-80892_   MONTH ENDING: _4-30_

### File for Each Quarter
### BUSINESS DEBTOR'S BALANCE SHEET

**I.   ASSETS**

Current:
| | | |
|---|---|---|
| Cash | $ | _see attached_ |
| Inventory | $ | _Bal. Sheet_ |
| Accounts Receivable | $ | |
| Other | $ | |
| Total Current Assets        (a) | $ | |

Fixed:
| | | |
|---|---|---|
| Property & Equipment | $ | |
| Accumulated Depreciation | $ < | > |
| Other | $ | |
| Total Fixed Assets          (b) | $ | |

| | | |
|---|---|---|
| Total Assets          (a + b) = (c) | $ | |

**II. LIABILITIES**

Current:
| | | |
|---|---|---|
| Post Chapter 11 Payables | $ | |
| Taxes Payable | $ | |
| Accrued Professional Fees | $ | |
| Accrued Expenses | $ | |
| Notes Payable | $ | |
| Current Portion Long Term Debt | $ | |
| Other | $ | |
| Total Current Liabilities (d) | $ | |

Long Term Debt:
| | | |
|---|---|---|
| Pre-Chapter 11 Payables | $ | |
| Notes & Loans Payable | $ | |
| Less Current Portion | $ < | > |
| Other | $ | |
| Total Long Term Debt      (e) | $ | |
| Total Liabilities        (d + e) = (f) | $ | |

STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH
| | | |
|---|---|---|
| Capital Stock                    (g) | $ | |
| Retained Earnings (Deficit) (h) | $ | |
| Current Surplus (Deficit)   (i) | $ | |
| Total Liabilities & Stockholder Equity/Net Worth    (f) + (g) + (h) + (i) | $ | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _4-15-18_                          _Kimga McComb_
                                        RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-04**

United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _TIT Industries Inc._   CASE NO. _18-80892_   MONTH ENDING: _4-30_

**File for Each Quarter
by the 15th of the Month Following the End of the Quarter**

## BUSINESS DEBTOR'S QUARTERLY INCOME STATEMENT

```
TOTAL REVENUE (SALES)                     (a)  $  See attached
   Cost of Sales:                                   P + L
              Materials           $_____
              Labor               $_____
              Purchased Services  $_____
       Total Cost of Sales              (b)  $_____
       Gross Profit            (a - b) = (c)  $_____

OPERATING EXPENSES
              Management Salary             $_____
              Other Salary Expense          $_____
              Payroll Expenses              $_____
              Outside Services & Contractors $_____
              Supplies (office & operating) $_____
              Repairs & Maintenance         $_____
              Advertising                   $_____
              Auto Expense                  $_____
              Delivery                      $_____
              Accounting & Legal            $_____
              Rent                          $_____
              Telephone                     $_____
              Travel & Entertainment        $_____
              Utilities                     $_____
              Insurance                     $_____
              Taxes real estate, property, etc.) $_____
              Interest                      $_____
              Depreciation                  $_____
              Other Operating Expenses (describe) $_____
       _____              $_____
       _____              $_____
       Total Operating Expenses:       (d)  $_____

       Net Profit/(Loss) from Operations (c - d)=(e) $_____

       Non-Operating Income/Expenses $_____
       _____       $_____
       _____       $_____
       Total                        (f)  $_____

       Net Profit/(Loss)       (e - f) $_____
```

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE _5-15-18_                    _Hugh McComb_
                                  RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-04**

# JIT Industries, Inc.
## A/R Aging Summary
### As of April 30, 2018

| Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|
| 913.17 | 0.00 | 0.00 | 0.00 | 0.00 | 913.17 |
| 0.00 | 786.72 | 0.00 | 0.00 | 0.00 | 786.72 |
| 3,001.06 | 0.00 | 0.00 | 0.00 | 0.00 | 3,001.06 |
| 0.00 | 0.00 | 0.00 | 0.00 | 7,380.37 | 7,380.37 |
| 0.00 | 258.56 | 0.00 | 0.00 | 600.61 | 859.17 |
| 0.00 | 0.00 | 0.00 | 0.00 | 14,900.64 | 14,900.64 |
| 0.00 | 0.00 | 0.00 | 0.00 | 833.94 | 833.94 |
| 5,155.71 | 2,882.84 | 0.00 | 0.00 | 587.70 | 8,626.25 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 390.98 | 390.98 |
| 502.70 | 0.00 | 0.00 | 0.00 | 0.00 | 502.70 |
| 40,593.75 | 0.00 | 0.00 | 0.00 | 0.00 | 40,593.75 |
| 0.00 | 0.00 | 0.00 | 0.00 | 14,071.00 | 14,071.00 |
| 0.00 | 21,986.54 | 0.00 | 0.00 | 0.00 | 21,986.54 |
| 4,878.00 | 0.00 | 0.00 | 0.00 | 180.00 | 5,058.00 |
| 0.00 | 0.00 | -886.56 | 0.00 | 0.00 | -886.56 |
| 0.00 | 0.00 | 0.00 | 0.00 | 1,797.73 | 1,797.73 |
| 2,244.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,244.00 |
| 9,161.36 | 0.00 | 0.00 | 0.00 | 0.00 | 9,161.36 |
| 4,404.25 | 0.00 | 0.00 | 0.00 | 0.00 | 4,404.25 |
| 0.00 | 0.00 | 0.00 | 0.00 | 3,093.23 | 3,093.23 |
| 874.13 | 193.65 | 0.00 | 0.00 | 0.00 | 1,067.78 |
| 1,019.54 | 0.00 | 0.00 | 0.00 | 0.00 | 1,019.54 |
| 0.00 | 2,423.10 | 0.00 | 0.00 | 0.00 | 2,423.10 |
| 4,619.60 | 368.00 | 0.00 | 0.00 | 0.00 | 4,987.60 |
| 0.00 | 0.00 | 0.00 | 0.00 | 966.40 | 966.40 |
| 0.00 | 0.00 | 50.00 | 0.00 | 0.00 | 50.00 |
| 616.53 | 0.00 | 0.00 | 0.00 | 0.00 | 616.53 |

*Circle items need to be removed. Very old debt*

# JIT Industries, Inc.
## A/R Aging Summary
### As of April 30, 2018

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| | 87.00 | 0.00 | 0.00 | 0.00 | 0.00 | 87.00 |
| | 728.68 | 0.00 | 1,267.42 | 278.53 | -40.71 | 2,233.92 |
| | 35,072.80 | 6,227.85 | 4,283.94 | 0.00 | 0.00 | 45,584.59 |
| | 5,310.02 | 0.00 | 0.00 | 0.00 | 0.00 | 5,310.02 |
| | 529.21 | 0.00 | 0.00 | 0.00 | 0.00 | 529.21 |
| | 643.77 | 167.05 | 351.97 | 0.00 | 0.00 | 1,162.79 |
| | 0.00 | 416.75 | 0.00 | 0.00 | 620.72 | 1,037.47 |
| | 6,812.60 | 0.00 | 0.00 | 0.00 | 0.00 | 6,812.60 |
| | 138.64 | 0.00 | 0.00 | 0.00 | 0.00 | 138.64 |
| | 0.00 | 498.92 | 127.30 | 0.00 | 123.60 | 749.82 |
| | 0.00 | 4,435.31 | 0.00 | 0.00 | 0.00 | 4,435.31 |
| | 2,275.31 | 0.00 | 0.00 | 0.00 | 0.00 | 2,275.31 |
| TOTAL | 129,581.83 | 40,645.29 | 5,194.07 | 278.53 | 45,506.21 | 221,205.93 |

# JIT Industries, Inc.
## A/P Aging Summary
### As of April 30, 2018

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| | 326.00 | 0.00 | 0.00 | 0.00 | 0.00 | 326.00 |
| | 39.19 | 0.00 | 0.00 | 0.00 | 0.00 | 39.19 |
| | 9,552.62 | 0.00 | 0.00 | 0.00 | 0.00 | 9,552.62 |
| | 820.33 | 0.00 | 0.00 | 0.00 | 0.00 | 820.33 |
| | 590.00 | 0.00 | 0.00 | 0.00 | 0.00 | 590.00 |
| | 10.80 | 0.00 | 0.00 | 0.00 | 0.00 | 10.80 |
| | 3,381.10 | 0.00 | 0.00 | 0.00 | 0.00 | 3,381.10 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 47,015.58 | 47,015.58 |
| | 1,816.85 | 397.52 | 0.00 | 0.00 | 0.00 | 2,214.37 |
| | 100.56 | 0.00 | 0.00 | 0.00 | 0.00 | 100.56 |
| | 0.00 | 0.00 | 0.00 | 0.00 | -10.92 | -10.92 |
| | 560.00 | 0.00 | 0.00 | 0.00 | 0.00 | 560.00 |
| | 1,633.05 | 1,062.75 | -165.75 | 0.00 | -494.90 | 2,035.15 |
| | 1,752.74 | 71.92 | 0.00 | 0.00 | 0.00 | 1,824.66 |
| | 640.39 | 0.00 | 0.00 | 0.00 | 0.00 | 640.39 |
| | 1,332.00 | 3,967.52 | 0.00 | 0.00 | 0.00 | 5,299.52 |
| | 0.00 | 0.00 | 0.00 | 0.00 | -0.43 | -0.43 |
| | 87.20 | 0.00 | 0.00 | 0.00 | 0.00 | 87.20 |
| | 581.59 | 0.00 | 0.00 | 0.00 | 0.00 | 581.59 |
| | 0.00 | 7,000.00 | 0.00 | 0.00 | 0.00 | 7,000.00 |
| **TOTAL** | 23,224.42 | 12,499.71 | -165.75 | 0.00 | 46,509.33 | 82,067.71 |

Case 18-80892-CRJ11    Doc 39    Filed 05/16/18    Entered 05/16/18 12:51:24    Desc Main
Document      Page 13 of 22

# JIT Industries, Inc.
## Reconciliation Summary
### 10001 · New Account, Period Ending 04/30/2018

|  | Apr 30, 18 |
|---|---|
| Beginning Balance |  | 24,490.59 |
| **Cleared Transactions** |  |
| Checks and Payments - 42 items | -102,270.94 |
| Deposits and Credits - 11 items | 91,159.38 |
| **Total Cleared Transactions** | -11,111.56 |
| **Cleared Balance** |  | 13,379.03 |
| **Uncleared Transactions** |  |
| Checks and Payments - 5 items | -10,015.31 |
| Deposits and Credits - 3 items | 2,697.16 |
| **Total Uncleared Transactions** | -7,318.15 |
| Register Balance as of 04/30/2018 |  | 6,060.88 |
| Ending Balance |  | 6,060.88 |

Case 18-80892-CRJ11    Doc 39    Filed 05/16/18    Entered 05/16/18 12:51:24    Desc Main
Document    Page 14 of 22



# BANK INDEPENDENT®

## Radically Original™

256-386-5000 | 877-865-5050 | bibank.com   Member FDIC



www.bibank.com



```
                              Date  4/30/18      Page   1
                              Account
                              No. Checks          42
```

JIT Industries Inc
Debtor in Possession
PO Box 2023
Madison AL 35758-5414

## A C C O U N T   S U M M A R Y

| Account Number | Type of Account | Current Balance | Checks |
|---|---|---|---|
| ▓▓▓▓ | Small Business Checking | 13,379.03 | 42 |

## C H E C K I N G   A C C O U N T

**Refer your family and friends to Bank Independent and earn up to $500!**
**Learn more and register at referlive.com/bibank.com.**

```
Small Business Checking          No. Checks                42
Account Number                   Statement Dates  4/02/18 thru  4/30/18
Previous Balance      24,490.59  Days in the statement period      29
     9 Deposits/Credits  91,159.38  Average Ledger           22,925.42
    57 Checks/Debits    102,270.94  Average Collected        22,925.42
Service Charge              .00
Interest Paid               .00
Current Balance      13,379.03
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees year to date | $.00 | $.00 |
| Return item fees year to date | $.00 | $72.00 |

## D E P O S I T S   A N D   A D D I T I O N S

| Date | Description | Amount |
|---|---|---|
| 4/02 | Deposit | 26,163.24 |



# BANK ⅢⅢ INDEPENDENT®

## Radically Original™

256·386·5000 | 877·865·5050 | bibank.com    Member FDIC

www.bibank.com

Date  4/30/18        Page        2
Account
No. Checks                    42

Small Business Checking        3294641  (Continued)

| Date | DEPOSITS AND ADDITIONS Description | Amount |
|------|-------------|-----------|
| 4/09 | Deposit | 23,945.77 |
| 4/10 | Deposit | 2,900.00 |
| 4/16 | Deposit | 8,649.43 |
| 4/17 | Deposit | 2,100.00 |
| 4/20 | Deposit | 15,137.64 |
| 4/24 | Deposit | 4,909.98 |
| 4/26 | Deposit | 2,557.85 |
| 4/30 | Deposit | 4,795.47 |

| Date | WITHDRAWALS AND DEDUCTIONS Description | Amount |
|------|-------------|-----------|
| 4/03 | 401k Contr I EPLAN SVCS PAD PPD | 4,000.00- |
| 4/03 | Bank to Ba JIT Industries, CCD   35758 | 2,100.00- |
| 4/04 | CORP COLL   EPLAN CCD   128493 | 250.00- |
| 4/06 | ACH PMT    AMEX EPAYMENT WEB | 16,158.07- |
| 4/06 | Bank to Ba JIT Industries, CCD   35758 | 2,900.00- |
| 4/06 | Bank to Ba JIT Industries, CCD   0000000 | 154.60- |
| 4/09 | Bank to Ba JIT Industries, CCD   35758 | 5,063.11- |
| 4/10 | PREM PMT   BCBS OF AL CCD   20880999 | 3,229.65- |
| 4/10 | INVOICE    PAYCHEX EIB CCD   X75779300000142 | 284.91- |
| 4/10 | CHECKPYMNT SOUTHEASTERN FRE CHECK # 1209 | 258.56- |
| 4/11 | ACH PMT    AMEX EPAYMENT WEB | 2,900.00- |
| 4/13 | TAXES     PAYCHEX TPS CCD   75837600009645X | 6,041.71- |
| 4/13 | CHARTER CO CHARTER COMMUNIC CCD   0210155566  SPA | 109.98- |
| 4/16 | 401k Contr I EPLAN SVCS PAD PPD | 4,000.00- |
| 4/17 | UPS BILL   U. P. S. CCD   180900000R36A03 | 384.26- |
| 4/17 | UPS BILL   U. P. S. CCD   180830000R36A03 | 338.15- |
| 4/17 | CHECK/ACC. DELUXE CHECK PPD | 24.10- |
| 4/23 | Bank to Ba JIT Industries, CCD   35758 | 3,577.50- |



**BANK INDEPENDENT®**

Radically Original™

256-386-5000 | 877-865-5050 | bibank.com    Member FDIC

www.bibank.com

Small Business Checking        3294641    (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
| 4/23 | ACH PMT    AMEX EPAYMENT WEB | 3,175.24- |
| 4/23 | Bank to Ba JIT Industries, CCD  35758 | 157.51- |
| 4/23 | Bank to Ba JIT Industries, CCD  35758 | 157.00- |
| 4/30 | Maintenance Fee | 25.00- |
| 4/30 | Account Analysis Charge | 32.10- |
| 4/30 | TAXES    PAYCHEX TPS CCD  7601490001089OX | 6,889.12- |

## SUMMARY BY CHECK NUMBER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 4/17 | 1174 | 129.87 | 4/13 | 1220 | 2,852.15 |
| 4/13 | 1178* | 285.08 | 4/16 | 1221 | 420.65 |
| 4/16 | 1192* | 293.75 | 4/13 | 1222 | 1,451.22 |
| 4/12 | 1203* | 300.00 | 4/12 | 1223 | 3,497.65 |
| 4/03 | 1204 | 5,803.84 | 4/17 | 1224 | 3,497.65 |
| 4/02 | 1205 | 150.00 | 4/17 | 1225 | 573.37 |
| 4/09 | 1206 | 2,590.50 | 4/23 | 1229* | 650.00 |
| 4/10 | 1209* | -See above- | 4/24 | 1230 | 2,356.90 |
| 4/09 | 1210 | 301.25 | 4/23 | 1231 | 116.54 |
| 4/16 | 1211 | 528.21 | 4/25 | 1232 | 66.53 |
| 4/16 | 1212 | 1,019.33 | 4/24 | 1233 | 2,771.20 |
| 4/12 | 1213 | 562.08 | 4/24 | 1234 | 1,432.24 |
| 4/16 | 1215* | 293.75 | 4/26 | 1235 | 131.76 |
| 4/12 | 1216 | 793.36 | 4/30 | 1236 | 848.25 |
| 4/13 | 1217 | 831.12 | 4/30 | 1237 | 1,544.41 |
| 4/12 | 1218 | 481.71 | 4/30 | 1238 | 584.24 |
| 4/12 | 1219 | 1,503.10 | 4/30 | 1239 | 1,398.66 |

* Denotes missing check numbers

## DAILY BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/02 | 50,503.83 | 4/11 | 31,355.11 | 4/23 | 19,196.14 |
| 4/03 | 38,599.99 | 4/12 | 24,217.21 | 4/24 | 17,545.78 |
| 4/04 | 38,349.99 | 4/13 | 12,645.95 | 4/25 | 17,479.25 |
| 4/06 | 19,137.32 | 4/16 | 14,739.69 | 4/26 | 19,905.34 |
| 4/09 | 35,128.23 | 4/17 | 11,892.29 | 4/30 | 13,379.03 |
| 4/10 | 34,255.11 | 4/20 | 27,029.93 | | |

END OF STATEMENT

10:14 AM
05/01/18

# JIT Industries, Inc.
## Reconciliation Summary
### 10000 · Peoples Bank of Alabama, Period Ending 04/30/2018

|  | Apr 30, 18 |
|---|---|
| **Beginning Balance** | 344.18 |
| **Cleared Transactions** | |
| Checks and Payments - 3 items | -3,765.12 |
| Deposits and Credits - 5 items | 5,129.99 |
| **Total Cleared Transactions** | 1,364.87 |
| **Cleared Balance** | 1,709.05 |
| **Uncleared Transactions** | |
| Checks and Payments - 2 items | -1,274.53 |
| **Total Uncleared Transactions** | -1,274.53 |
| **Register Balance as of 04/30/2018** | 434.52 |
| **Ending Balance** | 434.52 |

*Creditor Bank Account Having Trouble Closing due to action on Subcategory account.*

Case 18-80892-CRJ11    Doc 39    Filed 05/16/18    Entered 05/16/18 12:51:24    Desc Main
Document    Page 18 of 22


**PEOPLES BANK**
**of ALABAMA**
IN GOD WE TRUST

Date  4/30/18

JIT INDUSTRIES INC
OPERATING ACCOUNT
PO BOX 2023
MADISON AL 35758-5414

PEOPLES BANK OF ALABAMA WILL NEVER CONTACT YOU VIA PHONE OR E-MAIL FOR PERSONAL
OR ACCOUNT INFORMATION. SAFEGUARD YOUR PERSONAL INFORMATION SUCH AS YOUR
ACCOUNT NUMBER, DEBIT CARD NUMBER AND ALL PIN NUMBERS.

---- CHECKING ACCOUNT ----

```
BUSINESS CHECKING                          Number of Enclosures                1
Account Number                             Statement Dates  4/02/18 thru 4/30/18
Previous Balance                344.18     Days in the statement period       29
     4 Deposits/Credits       5,129.99     Average Ledger               2,706.43
     3 Checks/Debits          3,765.12     Average Collected            2,640.91
Service Charge                     .00
Interest Paid                      .00
Ending Balance                1,709.05
```

------------------------------------------------------------------------------

**** DEPOSITS AND ADDITIONS ****

```
4/03     BKCD STLMT TSYS/TRANSFIRST               1,892.42
         1752598308        18/04/03
         ID#-39300980304892
         TRACE#-061100600930044
4/03     REGULAR DEPOSIT                          2,100.00
4/17     BKCD STLMT TSYS/TRANSFIRST                 511.35
         1752598308        18/04/17
         ID#-39300980304892
         TRACE#-061100601070039
4/30     SUPPL INV  UBE MACHINERY IN                626.22
         1383072353    \EFFDAT  PPD
```

------------------------------------------------------------------------------

**** DEBITS AND WITHDRAWALS ****

```
4/10     DISCOUNT   TSYS/TRANSFIRST                  47.00-
         1752598308        18/04/10
         ID#-39300980304892
         TRACE#-061100609551035
4/10     XEROX INVC XEROX CORP.                     218.12-
         1160468020        18/04/10
         ID#-1695743
         TRACE#-043305133820102
4/18     Transfer to G/L                         3,500.00-
         Acct No.      383010
```

------------------------------------------------------------------------------

**** DAILY BALANCE INFORMATION ****

```
4/02        344.18   4/03            4,336.60   4/10         4,071.48
```

Date 4/30/18

JIT INDUSTRIES INC
OPERATING ACCOUNT
PO BOX 2023
MADISON AL 35758

BUSINESS CHECKING                    ▓▓▓▓▓▓ (Continued)

**** DAILY BALANCE INFORMATION ****

4/17          4,582.83    4/18         1,082.83   4/30            1,709.05

# JIT Industries, Inc.
# Balance Sheet
### As of April 30, 2018

|  | Apr 30, 18 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10000 · Peoples Bank of Alabama | 434.52 |
| 10001 · BANK INDEPENDENT | 6,060.88 |
| **Total Checking/Savings** | 6,495.40 |
| **Accounts Receivable** | |
| 12000 · Accounts Receivable | 221,669.08 |
| **Total Accounts Receivable** | 221,669.08 |
| **Other Current Assets** | |
| 13250 · Undeposited Funds | -626.22 |
| 13500 · Inventory Asset | 98,837.05 |
| 13900 · Due from Invision | 67,181.00 |
| **Total Other Current Assets** | 165,391.83 |
| **Total Current Assets** | 393,556.31 |
| **Fixed Assets** | |
| 14100 · Furniture and Fixtures | 22,430.33 |
| 14300 · Leasehold Improvements | 33,035.96 |
| 14400 · Machinery & Equipment | 308,321.85 |
| 14500 · Transportation Equipment | 14,500.00 |
| 14900 · Accumulated Depreciation | -371,563.62 |
| **Total Fixed Assets** | 6,724.52 |
| **TOTAL ASSETS** | **400,280.83** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 82,067.71 |
| **Total Accounts Payable** | 82,067.71 |
| **Credit Cards** | |
| 20150 · Corporate Credit Card | 312.32 |
| 20155 · AMERCIAN EXPRESS | 8,392.94 |
| **Total Credit Cards** | 8,705.26 |
| **Other Current Liabilities** | |
| 22000 · Other Payroll Liabilities | 666.04 |
| 22900 · ACCRUED SETTLEMENT | 1,100,000.00 |
| 23000 · Sales Tax Payable | -3,279.35 |
| 26000 · Unearned Revenue | 345.60 |
| **Total Other Current Liabilities** | 1,097,732.29 |
| **Total Current Liabilities** | 1,188,505.26 |
| **Total Liabilities** | 1,188,505.26 |
| **Equity** | |
| 40000 · Capital Stock | 1,000.00 |
| 41000 · Additional Paid in Capital | 100,673.04 |
| 45000 · Retained Earnings | -983,651.68 |
| Net Income | 93,754.21 |
| **Total Equity** | -788,224.43 |
| **TOTAL LIABILITIES & EQUITY** | **400,280.83** |

# JIT Industries, Inc.
# Profit & Loss
## March 23 through April 30, 2018

|  | Mar 23 - Apr 30, 18 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 55000 · Sales | 163,761.11 |
| 56000 · Shipping & Freight Fee Income | 4,522.81 |
| 58000 · Terms Discount | -546.48 |
| **Total Income** | 167,737.44 |
| **Cost of Goods Sold** | |
| 51100 · Freight and Shipping Costs | 4,000.92 |
| 60000 · Direct Costs | 36,839.54 |
| 61500 · Cost of Goods Sold | 45,577.41 |
| **Total COGS** | 86,417.87 |
| **Gross Profit** | 81,319.57 |
| **Expense** | |
| 68000 · MFG/Shop Operating Costs | 1,355.65 |
| 70000 · ALL SALARY & WAGES | 61,707.78 |
| 71825 · Fuel | 1,391.71 |
| 72550 · Bank Charges | 730.94 |
| 72650 · Dues & Subscriptions | 221.74 |
| 72675 · Insurance - General | 5,606.69 |
| 72725 · Legal & Professional Services | 934.91 |
| 73000 · Business Development | 3,948.96 |
| 74000 · Facilities | 4,271.67 |
| **Total Expense** | 80,170.05 |
| **Net Ordinary Income** | 1,149.52 |
| **Net Income** | 1,149.52 |

Case 18-80892-CRJ11    Doc 39    Filed 05/16/18    Entered 05/16/18 12:51:24    Desc Main
Document    Page 22 of 22