## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: *JLT Industries*    CASE NO.: *18-80892-CRJ11*    MONTH ENDING: *5-31*

Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES___ NO _X_  All post petition business taxes have been paid/deposited and the deposit slips are attached.

    YES___ NO _X_  All post petition individual taxes have been paid and the deposit slips are attached.

    If you answered "No" to the above, list the types of taxes that are now due and owing.

    | TYPE OF TAX | AMOUNT |
    |---|---|
    | *S-Corp 2017 inc* | $ *undetermined / extension filed* |
    | | $ |
    | | $ |
    | | $ |

2. YES _X_ NO___  Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

    If no, enter:  TYPE_____not in force.

    TYPE_____not in force.

3. YES _✓_ NO___  New books and records were opened and are being maintained daily.

4. YES _X_ NO___  Copies of all banks statements and reconciliations are attached.

5. YES _✓_ NO___  I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES _X_ NO___  All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE: *6-14-18*    *Hugh McComb*
RESPONSIBLE PARTY

Phone No.: *256-345-1262*
**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _JIT Industries_    CASE NO.: _18-80892_    MONTH ENDING: _5-31_

_CRJ11_

**Attach Business Forms BA-02(A-D)**

### BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual  (**Circle One**)  -Cash |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.  CASH ON HAND (Beginning) _7,888.65_

B.  RECEIPTS:

Accounts Receivable from Form BA-02(A)-Line II(C) _129,444.33_

Cash Sales _-0-_

Loan Proceeds from _____ _-0-_

Sale of Property _-0-_
(Not in ordinary course of business)

Other_____ _____

_____ _____

C.  TOTAL RECEIPTS _129,444.33_
(Total of B)

D.  BUSINESS DISBURSEMENTS FROM FORM BA-02(B) _90,601.25_

E.  SURPLUS OR DEFICIT _38,843.08_
(C minus D)

F.  CASH ON HAND (End) _46,731.73_
(A plus E)

INCOME STATEMENT:

1.  REVENUE FROM TOTAL SALES   $ _101,858.51_

2.  LESS COST OF THOSE SALES _29,032.76_
(Cost of materials, Labor, etc.)

3.  EQUALS GROSS PROFIT (1 minus 2) _70,825.75_

4.  LESS OPERATING EXPENSES _55,864.72_

5.  EQUALS NET PROFIT OPERATIONS (3 minus 4) _16,961.03_

6.  NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

_1,400.00_

_____ _____

_____ _____

_____ _____

7.  EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6)   $ _15,561.03_

*** Please itemize Cost of Sales and Expenses on a separate sheet of paper.**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _6-14-18_

_[signature]_
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

**United States Bankruptcy Court - Northern District of Alabama**

CASE NAME: *AIT Industries*    CASE NO.: *18-80891-*    MONTH ENDING: *5-31*
*CRJ11.*

Attach to Business Form BA-02
## BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

___I.   NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II.   COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

    A.   Amount collected this month on accounts
       receivable charged and paid this month.    $ *119,213.93*

    B.   Amount collected this month on accounts
       receivable charged in prior months
       and paid this month.    $ *10,230.40*

    C.   TOTAL collected this month on accounts
       receivable.    $ *129,444.33*

III.   PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | $ | | | | $ |
| *✱ See attached* | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $ | | | | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE *6-14-18*    *Ginger Melton*
                          RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02 (A)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: *WT Industries*  CASE NO. *IB-80892-CRVII*  MONTH ENDING: *5-31*

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | | |
|---|---|---|
| ACCOUNTING FEES | $ | — |
| ADVERTISING | | *1,400.00* |
| AUTOMOBILES/VEHICLES (repairs & maintenance) | | |
| COMMISSIONS/CONTRACT LABOR | | *6,916.70* |
| INSURANCE (TOTAL) | | |
| AUTO | $ *357.24* | |
| LIABILITY | *220.70* | |
| LIFE | | |
| MEDICAL | *6,459.30* | |
| CASUALTY | *454.48* | |
| FIRE & THEFT | | |
| WORKMAN'S COMP. | *547.06* | |
| OTHER | *210.00* | |
| INTEREST PAID | | *307.08* |
| INVENTORY PURCHASED | | *30,037.74* |
| LEGAL FEES | | *2,782.02* |
| POSTAGE *& Shipping* | | *4,364.45* |
| RENT/LEASE PAYMENTS ON REAL ESTATE | | *2500.00* |
| REPAIRS & MAINTENANCE | | *90.00* |
| SALARIES/WAGES PAID | | *35,736.97* |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)] | | |
| SUPPLIES (TOTAL) | | *1,086.45* |
| OFFICE | $ *482.02* | |
| OPERATING | *604.43* | |
| TRAVEL & ENTERTAINMENT | | *2,228.81* |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)] | | — |
| UNSECURED LOAN PAYMENTS | | |
| UTILITIES (TOTAL) | | *2,251.09* |
| ELECTRICITY | $ *1527.29* | |
| GAS | | |
| TELEPHONE | *723.80* | |
| WATER | | |
| OTHER | | |
| OTHER BUSINESS DISBURSEMENTS (Specify) | | $ |
| TOTAL BUSINESS DISBURSEMENTS | | $ *90,601.25* |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE *6-14-18*                                     *[signature]*
                                        RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02 (B)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _V/T Industries_   CASE NO.: _1B 80892 -_   MONTH ENDING: _5-31_
_CR·V11_

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. ____ Secured loan payments as described below have been paid this month (Check, if true.)

2. _X_ No secured loan payments have been paid during this month. (Check, if true.)

3. ____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| Rod Hill | Judgement | | | | |
| Phillip Hill | Judgement | | | | |
| Danny Overbee | Judgement | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _6-14-18_                              _Gregory McConl_
                                           RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: *WT Industries*   CASE NO.: *B 80892 - CRV11*   MONTH ENDING: *5-31*

Attach to Business Form BA-02
### BUSINESS DEBTOR'S TAX PAYMENTS

**A. WITHHELD TAXES FOR EACH PAYROLL PERIOD**

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

**B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD**

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

**C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)**

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _____          RESPONSIBLE PARTY _____

Bankruptcy Administrator Form - Business BA-02(D)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: *HT Industries*    CASE NO.: *18-80892-*    MONTH ENDING: *5-31*
*CRJ11*

### BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| *Peoples Bank* | *ck - 3640* | *1,569.82* | *5-31* | *Pre (trying to close)* |
| *Bank Independent* | *ck - 4641* | *30,561.88* | *5-31* | *Pre* |
| | | | | |
| | | | | |

### GROSS PAYROLL
(Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1 (Name) *Ginger McComb* | $ *10,000* | |
| Officer #2 (Name) *Matthew McComb* | $ *10,000* | |
| Other Officer (Name) _____ | $ _____ | |
| Employees (Number) *8 (without owners)* | $ *28,823.13* | |
| Employees (Relatives) _____ | $ _____ | |
| Name _____ | $ *0* | |
| Name _____ | $ _____ | |

### INVENTORY (IF APPLICABLE) *please see note*

| | |
|---|---|
| Inventory - Beginning of Month (COST)    ＊ | $ *bellow* ＊ |
| Inventory - Purchased this Month - CASH | $ _____ |
| Inventory - Purchased this Month - CREDIT | $ _____ |
| Inventory - End of Month (COST) | $ _____ |

### PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

*X* A. No payments on pre-petition debts have been made this month.
___ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE *5-15-18*          *Ginger McComb*
                              RESPONSIBLE PARTY

＊*Inventory numbers are fluid in the manufacturing process and thus difficult to track, and so we customarily have only done an annual inventory review.* ＊

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: *LHT Industries*   CASE NO. *18-80892-*   MONTH ENDING: *5-31*

*CRV11*

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

_____ A.   All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

### ** OR **

__X__ B.   Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| | | | | | |
| *See* | | | | | |
| *attached* | | | | | |
| *Accts Payable* | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _6-14-18_                              _Duncan McComb_

                                          RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: *HT Industries*   CASE NO: *18-80892 -*   MONTH ENDING: *5-31*
*CRJ 11*

**File for Each Quarter**
## BUSINESS DEBTOR'S BALANCE SHEET

**I.  ASSETS**

| | | |
|---|---|---|
| Current: | Cash | $ *See attached* |
| | Inventory | $ *Bal. Sheet* |
| | Accounts Receivable | $_____ |
| | Other | $_____ |
| | Total Current Assets        (a) | $_____ |
| | | |
| Fixed: | Property & Equipment | $_____ |
| | Accumulated Depreciation | $< _____ > |
| | Other | $_____ |
| | Total Fixed Assets          (b) | $_____ |
| | | |
| Total Assets | (a + b) = (c) | $_____ |

**II. LIABILITIES**

| | | |
|---|---|---|
| Current: | Post Chapter 11 Payables | $_____ |
| | Taxes Payable | $_____ |
| | Accrued Professional Fees | $_____ |
| | Accrued Expenses | $_____ |
| | Notes Payable | $_____ |
| | Current Portion Long Term Debt | $_____ |
| | Other | $_____ |
| | Total Current Liabilities (d) | $_____ |
| | | |
| Long Term Debt: | Pre-Chapter 11 Payables | $_____ |
| | Notes & Loans Payable | $_____ |
| | Less Current Portion | $< _____ > |
| | Other | $_____ |
| | Total Long Term Debt      (e) | $_____ |
| Total Liabilities | (d + e) = (f) | $_____ |

| | | |
|---|---|---|
| STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH | | |
| | Capital Stock            (g) | $_____ |
| | Retained Earnings (Deficit) (h) | $_____ |
| | Current Surplus (Deficit)  (i) | $_____ |
| Total Liabilities & Stockholder | | |
| Equity/Net Worth | (f) + (g) + (h) + (i) | $_____ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE _____

RESPONSIBLE PARTY _____

**Bankruptcy Administrator Form - Business BA-04**

United States Bankruptcy Court - Northern District of Alabama

CASE NAME: *VLT Industries*     CASE NO.: *18-80892*     MONTH ENDING: *5-31*
*CRJ VII*

**File for Each Quarter**
**by the 15th of the Month Following the End of the Quarter**

**BUSINESS DEBTOR'S QUARTERLY INCOME STATEMENT**

TOTAL REVENUE (SALES)                          (a)  $ *See attached*
  Cost of Sales:                                         *P+L*
        Materials                  $_____
        Labor                      $_____
        Purchased Services         $_____
    Total Cost of Sales                    (b)  $_____
  Gross Profit                       (a - b) = (c)  $_____

OPERATING EXPENSES
    Management Salary                          $_____
    Other Salary Expense                       $_____
    Payroll Expenses                           $_____
    Outside Services & Contractors             $_____
    Supplies (office & operating)              $_____
    Repairs & Maintenance                      $_____
    Advertising                                $_____
    Auto Expense                               $_____
    Delivery                                   $_____
    Accounting & Legal                         $_____
    Rent                                       $_____
    Telephone                                  $_____
    Travel & Entertainment                     $_____
    Utilities                                  $_____
    Insurance                                  $_____
    Taxes real estate, property, etc.)         $_____
    Interest                                   $_____
    Depreciation                               $_____
    Other Operating Expenses (describe)        $_____
    _____           $_____
                                               $_____
  Total Operating Expenses:                  (d)  $_____

  Net Profit/(Loss) from Operations (c - d)=(e)  $_____

  Non-Operating Income/Expenses  $_____
  _____  $_____
                                    $_____
  Total                                      (f)  $_____

  Net Profit/(Loss)                      (e - f)  $_____

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE: *6-14-18*

*Hincrease McComb*
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-04**

# JIT Industries, Inc.
## A/R Aging Summary
### As of May 31, 2018

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| | 2,815.13 | 0.00 | 0.00 | 0.00 | 0.00 | 2,815.13 |
| | 13,129.75 | 0.00 | 0.00 | 0.00 | 0.00 | 13,129.75 |
| | 996.00 | 0.00 | 0.00 | 0.00 | 0.00 | 996.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 7,380.37 | 7,380.37 |
| | 0.00 | 0.00 | 258.56 | 0.00 | 600.61 | 859.17 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 14,900.64 | 14,900.64 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 833.94 | 833.94 |
| | 2,006.40 | 5,155.71 | 1,094.00 | 0.00 | 587.70 | 8,843.81 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 390.98 | 390.98 |
| | 18,603.68 | 0.00 | 0.00 | 0.00 | 0.00 | 18,603.68 |
| | 0.00 | 0.00 | 16,346.00 | 0.00 | 0.00 | 16,346.00 |
| | 4,938.73 | 0.00 | 0.00 | 0.00 | 180.00 | 5,118.73 |
| | 0.00 | 0.00 | 0.00 | -886.56 | 0.00 | -886.56 |
| | 0.00 | 2,244.00 | 0.00 | 0.00 | 0.00 | 2,244.00 |
| | 132.60 | 0.00 | 0.00 | 0.00 | 0.00 | 132.60 |
| | 680.51 | 0.00 | 0.00 | 0.00 | 0.00 | 680.51 |
| | 6,054.63 | 459.26 | 0.00 | 0.00 | 0.00 | 6,513.89 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 3,093.23 | 3,093.23 |
| | 0.00 | 0.00 | 193.65 | 0.00 | 0.00 | 193.65 |
| | 0.00 | 1,019.54 | 0.00 | 0.00 | 0.00 | 1,019.54 |
| | 0.00 | 0.00 | 1,240.22 | 0.00 | 0.00 | 1,240.22 |
| | 1,057.56 | 4,497.20 | 0.00 | 0.00 | 0.00 | 5,554.76 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 966.40 | 966.40 |
| | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | 50.00 |
| | 0.00 | 3,038.80 | 542.68 | 0.00 | -40.71 | 3,540.77 |
| | 23,328.92 | 27,520.40 | 749.10 | 0.00 | 0.00 | 51,598.42 |
| | 0.00 | 5,310.02 | 0.00 | 0.00 | 0.00 | 5,310.02 |
| | 2,382.32 | 0.00 | 167.05 | 0.00 | 0.00 | 2,549.37 |
| | 0.00 | 0.00 | 416.75 | 0.00 | 620.72 | 1,037.47 |
| | 0.00 | 475.00 | 0.00 | 0.00 | 0.00 | 475.00 |
| | 278.40 | 0.00 | 0.00 | 0.00 | 0.00 | 278.40 |
| | 1,486.70 | 138.64 | 0.00 | 0.00 | 0.00 | 1,625.34 |
| | 190.95 | 0.00 | 0.00 | 0.00 | 123.60 | 314.55 |
| | 285.04 | 0.00 | 0.00 | 0.00 | 0.00 | 285.04 |
| | 6,781.72 | 0.00 | 0.00 | 0.00 | 0.00 | 6,781.72 |
| | 3,266.80 | 0.00 | 0.00 | 0.00 | 0.00 | 3,266.80 |
| | 7,303.75 | 0.00 | 0.00 | 0.00 | 0.00 | 7,303.75 |
| **TOTAL** | **95,719.59** | **49,858.57** | **21,008.01** | **-836.56** | **29,637.48** | **195,387.09** |

Case 18-80892-CRJ11    Doc 50    Filed 06/15/18    Entered 06/15/18 09:36:10    Desc Main
Document      Page 11 of 25

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 05/15/18: $5,681.34**

## TRANSACTION SUMMARY

**SUMMARY BY TRANSACTION TYPE -**

| | |
|---|---:|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 1,852.09 |
| TOTAL NEGOTIABLE CHECKS | 3,829.25 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | 5,681.34 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 159.26 |
| CASH REQUIRED FOR CHECK DATE 05/15/18 | 5,840.60 |

## TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER -** *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---:|---:|
| 05/16/18 | BANK INDEPENDENT | xxxxxxx4641 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 323.50 | |
| | | | | Medicare | 75.66 | |
| | | | | Fed Income Tax | 785.64 | |
| | | | | AL Income Tax | 203.69 | |
| | | | | **Total Withholdings** | **1,388.49** | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 323.50 | |
| | | | | Medicare | 75.66 | |
| | | | | Fed Unemploy | 6.60 | |
| | | | | AL Unemploy | 57.01 | |
| | | | | AL Emp Sec Asm | 0.83 | |
| | | | | **Total Liabilities** | **463.60** | 1,852.09 |
| | | | | **EFT FOR 05/16/18** | | **1,852.09** |
| | | | | **TOTAL EFT** | | **1,852.09** |

**NEGOTIABLE CHECKS -** *Check amounts will be debited when payees cash checks. Funds must be available on check date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---:|---:|
| 05/15/18 | BANK INDEPENDENT | xxxxxxx4641 | Payroll | Check Amounts | 3,829.25 | |
| | | | | **TOTAL NEGOTIABLE CHECKS** | | **3,829.25** |

0041 1808-1414  JIT Industries Inc
Run Date 05/15/18  01:50 PM

Period Start - End Date    04/23/18 - 05/06/18
Check Date                05/15/18

Cash Requirements
Page 1 of 2
CASHREQ

Case 18-80892-CRJ11    Doc 50    Filed 06/15/18    Entered 06/15/18 09:36:10    Desc Main
Document      Page 12 of 25

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS  &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 05/15/18: $5,681.34**

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES -** *Paychex does not remit these funds. You must ensure accurate and timely payment of applicable items.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 05/15/18 | Refer to your records for account information | | Payroll | Employee Deductions | | |
| | | | | Health Ins Pretax | 159.26 | |
| | | | | Total Deductions | 159.26 | |

**TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** 159.26

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF -** *This information serves as a record of payment.*

| DUE DATE | PRODUCT | DESCRIPTION | | |
|---|---|---|---|---|
| 05/18/18 | Taxpay® | FED IT PMT Group | 7,051.08 | REPLACEMENT |

0041 1808-1414  JIT Industries Inc
Run Date 05/15/18  01:50 PM

Period Start - End Date    04/23/18 - 05/06/18
Check Date                05/15/18

Cash Requirements
Page 2 of 2
CASHREQ

Case 18-80892-CRJ11    Doc 50    Filed 06/15/18    Entered 06/15/18 09:36:10    Desc Main
Document      Page 13 of 25

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 05/15/18: $21,340.70**

## TRANSACTION SUMMARY

**SUMMARY BY TRANSACTION TYPE -**

| | |
|---|---|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 6,369.89 |
| TOTAL NEGOTIABLE CHECKS | 14,970.81 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | **21,340.70** |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 1,359.26 |
| CASH REQUIRED FOR CHECK DATE 05/15/18 | 22,699.96 |

## TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER -** *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| | | | | | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---|---|
| **TRANS. DATE** | **BANK NAME** | **ACCOUNT NUMBER** | **PRODUCT** | **DESCRIPTION** | | |
| 05/15/18 | BANK INDEPENDENT | xxxxxxx4641 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 1,280.23 | |
| | | | | Medicare | 299.41 | |
| | | | | Fed Income Tax | 2,307.82 | |
| | | | | AL Income Tax | 790.72 | |
| | | | | **Total Withholdings** | **4,678.18** | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 1,280.24 | |
| | | | | Medicare | 299.42 | |
| | | | | Fed Unemploy | 9.72 | |
| | | | | AL Unemploy | 100.86 | |
| | | | | AL Emp Sec Asm | 1.47 | |
| | | | | **Total Liabilities** | **1,691.71** | 6,369.89 |
| | | | | | **EFT FOR 05/15/18** | 6,369.89 |
| | | | | | **TOTAL EFT** | 6,369.89 |

**NEGOTIABLE CHECKS -** *Check amounts will be debited when payees cash checks. Funds must be available on check date.*

| | | | | | TOTAL |
|---|---|---|---|---|---|
| **TRANS. DATE** | **BANK NAME** | **ACCOUNT NUMBER** | **PRODUCT** | **DESCRIPTION** | |
| 05/15/18 | BANK INDEPENDENT | xxxxxxx4641 | Payroll | Check Amounts | 14,970.81 |
| | | | | **TOTAL NEGOTIABLE CHECKS** | **14,970.81** |

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES -** *Paychex does not remit these funds. You must ensure accurate and timely payment of applicable items.*

| | | | | | TOTAL |
|---|---|---|---|---|---|
| **TRANS. DATE** | **BANK NAME** | **ACCOUNT NUMBER** | **PRODUCT** | **DESCRIPTION** | |
| 05/15/18 | Refer to your records for account information | | Payroll | Employee Deductions | |
| | | | | 401K AdvSel EE Pre | 1,000.00 |

0041 1808-1414  JIT Industries Inc
Run Date 05/14/18  04:51 PM

Period Start - End Date    04/23/18 - 05/06/18
Check Date                05/15/18

Cash Requirements
Page 1 of 2
CASHREQ

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 05/15/18: $21,340.70**

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES (cont.)** - *Paychex does not remit these funds. You must ensure accurate and timely payment of applicable items.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 05/15/18 | Refer to your records for account Information | | Payroll | Employee Deductions (cont.) | | |
| | | | | Health Ins Pretax | 159.26 | |
| | | | | **Total Deductions** | **1,159.26** | |
| | | | | Other Items | | |
| | | | | 401k ER | 200.00 | |
| | | | | **TOTAL OTHER ITEMS** | **200.00** | |
| | | | | **TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** | | **1,359.26** |

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF** - *This information serves as a record of payment.*

| DUE DATE | PRODUCT | DESCRIPTION | |
|---|---|---|---|
| 05/18/18 | Taxpay® | FED IT PMT Group | 5,467.12 |

0041 1808-1414   JIT Industries Inc
Run Date 05/14/18  04 51 PM

Period Start - End Date   04/23/18 - 05/06/18
Check Date                05/15/18

Cash Requirements
Page 2 of 2
CASHREQ

Case 18-80892-CRJ11    Doc 50    Filed 06/15/18    Entered 06/15/18 09:36:10    Desc Main
Document      Page 15 of 25

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS  &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 05/31/18: $24,123.99**

## TRANSACTION SUMMARY

| SUMMARY BY TRANSACTION TYPE - | | |
|---|---|---:|
| | TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 7,187.14 |
| | TOTAL NEGOTIABLE CHECKS | 16,936.85 |
| | CASH REQUIRED FOR  NEGOTIABLE CHECKS &/OR EFT | 24,123.99 |
| | TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 318.52 |
| | CASH REQUIRED FOR CHECK DATE 05/31/18 | 24,442.51 |

## TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER -** *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---:|---:|
| 05/31/18 | BANK INDEPENDENT | xxxxxxx4641 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 1,383.81 | |
| | | | | Medicare | 323.63 | |
| | | | | Fed Income Tax | 2,794.97 | |
| | | | | AL Income Tax | 880.10 | |
| | | | | Total Withholdings | 5,382.51 | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 1,383.81 | |
| | | | | Medicare | 323.64 | |
| | | | | Fed Unemploy | 12.15 | |
| | | | | AL Unemploy | 83.81 | |
| | | | | AL Emp Sec Asm | 1.22 | |
| | | | | Total Liabilities | 1,804.63 | 7,187.14 |
| | | | | | EFT FOR 05/31/18 | 7,187.14 |
| | | | | | TOTAL EFT | 7,187.14 |

**NEGOTIABLE CHECKS -** *Check amounts will be debited when payees cash checks. Funds must be available on check date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---:|---:|
| 05/31/18 | BANK INDEPENDENT | xxxxxxx4641 | Payroll | Check Amounts | 16,936.85 | |
| | | | | TOTAL  NEGOTIABLE CHECKS | | 16,936.85 |

0041 1808-1414  JIT Industries Inc
Run Date 05/29/18  05:43 PM

Period Start - End Date    05/07/18 - 05/22/18
Check Date                 05/31/18

Cash Requirements
Page 1 of 2
CASHREQ

Case 18-80892-CRJ11    Doc 50    Filed 06/15/18    Entered 06/15/18 09:36:10    Desc Main
Document    Page 16 of 25

0041 1808-1414  JIT Industries Inc

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS  &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 05/31/18: $24,123.99**

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** - *Paychex does not remit these funds. You must ensure accurate and timely payment of applicable items.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 05/31/18 | Refer to your records for account Information | | Payroll | Employee Deductions | | |
| | | | | Health Ins Pretax | 318.52 | |
| | | | | **Total Deductions** | 318.52 | |
| | | | | **TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** | | **318.52** |

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF** - *This information serves as a record of payment.*

| DUE DATE | PRODUCT | DESCRIPTION | |
|---|---|---|---|
| 06/05/18 | Taxpay® | FED IT PMT Group | 6,209.86 |
| 06/15/18 | Taxpay® | AL Income Tax | 1,874.51 |

0041 1808-1414  JIT Industries Inc
Run Date 05/29/18  05:43 PM

Period Start - End Date      05/07/18 - 05/22/18
Check Date                         05/31/18

Cash Requirements
Page 2 of 2
CASHREQ

Case 18-80892-CRJ11    Doc 50    Filed 06/15/18    Entered 06/15/18 09:36:10    Desc Main
Document      Page 17 of 25

# JIT Industries, Inc.
## A/P Aging Summary
### As of May 31, 2018

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| ABROSTATF (c-corp) | 176.00 | 0.00 | 0.00 | 0.00 | 0.00 | 176.00 |
| ████████████ (INC) | 3,080.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,080.00 |
| ████████████████ (Inc.) | 128.00 | 0.00 | 0.00 | 128.00 | 0.00 | 256.00 |
| ████████████████████ | 560.00 | 0.00 | 0.00 | 0.00 | 0.00 | 560.00 |
| ██████ MACHINE | 800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 |
| █████████████████ | 656.50 | 0.00 | 0.00 | 0.00 | 0.00 | 656.50 |
| ████████████████████████████ | 0.00 | 0.00 | 0.00 | 0.00 | 47,015.58 | 47,015.58 |
| ██████████████ | 0.00 | -1,099.97 | 0.00 | 0.00 | 0.00 | -1,099.97 |
| ███████████ | 250.26 | 0.00 | 0.00 | 0.00 | 0.00 | 250.26 |
| ███████████████ | 110.49 | 2.48 | 0.00 | 0.00 | 0.00 | 112.97 |
| ████████████████████ SERVICE | 90.00 | 0.00 | 0.00 | 0.00 | 0.00 | 90.00 |
| JO██████████████ | 0.00 | 0.00 | 0.00 | 0.00 | -10.92 | -10.92 |
| ██████████ | 5,718.12 | 0.00 | 0.00 | -165.75 | -494.90 | 5,057.47 |
| MISC VENDOR | 572.00 | 0.00 | 0.00 | 0.00 | 0.00 | 572.00 |
| ███ MANUFACTURING | 2,624.80 | 0.00 | 0.00 | 0.00 | 0.00 | 2,624.80 |
| ███████ INC | 0.00 | 293.99 | 0.00 | 0.00 | -369.53 | -75.54 |
| ████████ | 419.27 | 0.00 | 0.00 | 0.00 | 0.00 | 419.27 |
| █████████████████ | 450.00 | 0.00 | 0.00 | 0.00 | 0.00 | 450.00 |
| ███ ENTERPRISES INC. | 279.48 | 0.00 | 0.00 | 0.00 | 0.00 | 279.48 |
| ██████ (KREENT) (c-corp) | 0.00 | 0.00 | 0.00 | 0.00 | -0.43 | -0.43 |
| ████ INDUSTRIES | -487.82 | 0.00 | 0.00 | 0.00 | 0.00 | -487.82 |
| U██ | 2,082.82 | 0.00 | 0.00 | 0.00 | 0.00 | 2,082.82 |
| ████████████████ ENTERPRISES INC | 10,625.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,625.00 |
| XP███████ (INC) | 276.88 | 0.00 | 0.00 | 0.00 | 0.00 | 276.88 |
| **TOTAL** | **28,411.80** | **-803.50** | **0.00** | **-37.75** | **46,139.80** | **73,710.35** |

Case 18-80892-CRJ11    Doc 50    Filed 06/15/18    Entered 06/15/18 09:36:10    Desc Main
Document      Page 18 of 25

# JIT Industries, Inc.
## Balance Sheet
### As of May 31, 2018

|  | May 31, 18 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10000 · Peoples Bank of Alabama | 2,107.61 |
| 10001 · BANK INDEPENDENT | 22,140.33 |
| **Total Checking/Savings** | 24,247.94 |
| **Accounts Receivable** | |
| 12000 · Accounts Receivable | 195,850.24 |
| **Total Accounts Receivable** | 195,850.24 |
| **Other Current Assets** | |
| 13250 · Undeposited Funds | -2,509.59 |
| 13500 · Inventory Asset | 127,156.04 |
| 13900 · Due from Invision | 67,181.00 |
| **Total Other Current Assets** | 191,827.45 |
| **Total Current Assets** | 411,925.63 |
| **Fixed Assets** | |
| 14100 · Furniture and Fixtures | 22,430.33 |
| 14300 · Leasehold Improvements | 33,035.96 |
| 14400 · Machinery & Equipment | 308,321.85 |
| 14500 · Transportation Equipment | 14,500.00 |
| 14900 · Accumulated Depreciation | -371,563.62 |
| **Total Fixed Assets** | 6,724.52 |
| **TOTAL ASSETS** | **418,650.15** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 73,710.35 |
| **Total Accounts Payable** | 73,710.35 |
| **Credit Cards** | |
| 20150 · Corporate Credit Card | 312.32 |
| 20155 · AMERCIAN EXPRESS | 23,039.13 |
| **Total Credit Cards** | 23,351.45 |
| **Other Current Liabilities** | |
| 22000 · Other Payroll Liabilities | -2,166.04 |
| 22900 · ACCRUED SETTLEMENT | 1,100,000.00 |
| 23000 · Sales Tax Payable | -3,212.84 |
| 26000 · Unearned Revenue | 345.60 |
| **Total Other Current Liabilities** | 1,094,966.72 |
| **Total Current Liabilities** | 1,192,028.52 |
| **Total Liabilities** | 1,192,028.52 |
| **Equity** | |
| 40000 · Capital Stock | 1,000.00 |
| 41000 · Additional Paid in Capital | 100,673.04 |
| 45000 · Retained Earnings | -983,651.68 |
| Net Income | 108,600.27 |
| **Total Equity** | -773,378.37 |
| **TOTAL LIABILITIES & EQUITY** | **418,650.15** |

Case 18-80892-CRJ11   Doc 50   Filed 06/15/18   Entered 06/15/18 09:36:10   Desc Main
Document   Page 19 of 25

# JIT Industries, Inc.
# Profit & Loss
## May 2018

|  | May 18 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 55000 · Sales | 97,166.07 |
| 56000 · Shipping & Freight Fee Income | 5,591.46 |
| 58000 · Terms Discount | -899.02 |
| **Total Income** | 101,858.51 |
| **Cost of Goods Sold** | |
| 51100 · Freight and Shipping Costs | 4,364.45 |
| 60000 · Direct Costs | 22,730.08 |
| 61500 · Cost of Goods Sold | 1,938.23 |
| **Total COGS** | 29,032.76 |
| **Gross Profit** | 72,825.75 |
| **Expense** | |
| 67001 · Vendor Sales Tax | 0.23 |
| 68000 · MFG/Shop Operating Costs | 604.43 |
| 70000 · ALL SALARY & WAGES | 35,736.91 |
| 71825 · Fuel | 1,065.43 |
| 72550 · Bank Charges | 207.08 |
| 72675 · Insurance - General | 6,916.70 |
| 72725 · Legal & Professional Services | 2,782.02 |
| 73000 · Business Development | 2,228.81 |
| 74000 · Facilities | 6,323.11 |
| **Total Expense** | 55,864.72 |
| **Net Ordinary Income** | 16,961.03 |
| **Other Income/Expense** | |
| **Other Income** | |
| 80000 · Other Income | -1,400.00 |
| **Total Other Income** | -1,400.00 |
| **Net Other Income** | -1,400.00 |
| **Net Income** | 15,561.03 |

Case 18-80892-CRJ11    Doc 50    Filed 06/15/18    Entered 06/15/18 09:36:10    Desc Main
Document      Page 20 of 25

# BANK ☐ INDEPENDENT ®

## Radically Original ™

256·386·5000 | 877·865·5050 | bibank.com      Member FDIC

www.bibank.com

JIT Industries Inc
Debtor in Possession
PO Box 2023
Madison AL 35758-5414

## A C C O U N T   S U M M A R Y

| Account Number | Type of Account | Current Balance | Checks |
|---|---|---|---|
| ▉4641 | Small Business Checking | 30,561.88 | 46 |

## C H E C K I N G   A C C O U N T

Refer your family and friends to Bank Independent and earn up to $500!
Learn more and register at referlive.com/bibank.com.

| | | | |
|---|---|---|---|
| Small Business Checking | | No. Checks | 46 |
| Account Number | 3294641 | Statement Dates   5/01/18 thru  5/31/18 | |
| Previous Balance | 13,379.03 | Days in the statement period | 31 |
| 9 Deposits/Credits | 129,444.33 | Average Ledger | 44,459.63 |
| 65 Checks/Debits | 112,261.48 | Average Collected | 44,459.63 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 30,561.88 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees year to date | $.00 | $.00 |
| Return item fees year to date | $.00 | $72.00 |

## D E P O S I T S   A N D   A D D I T I O N S

| Date | Description | Amount |
|---|---|---|
| 5/03 | Deposit | 35,576.62 |



Date   5/31/18     Page    2  
Account       ▬▬4641  
No. Checks       46

Small Business Checking    ▬4641   (Continued)

### D E P O S I T S   A N D   A D D I T I O N S

| Date | Description | Amount |
|------|-------------|--------|
| 5/08 | Deposit | 20,236.96 |
| 5/08 | Deposit | 10,260.57 |
| 5/18 | BKCD STLMT TSYS/TRANSFIRST<br>CCD   39300980304892 | 8,319.47 |
| 5/21 | Deposit | 30,339.86 |
| 5/23 | BKCD STLMT TSYS/TRANSFIRST<br>CCD   39300980304892 | 278.53 |
| 5/24 | Deposit | 15,197.34 |
| 5/29 | Deposit | 6,196.18 |
| 5/31 | BKCD STLMT TSYS/TRANSFIRST<br>CCD   39300980304892 | 3,038.80 |

### W I T H D R A W A L S   A N D   D E D U C T I O N S

| Date | Description | Amount |
|------|-------------|--------|
| 5/01 | 401k Contr I EPLAN SVCS PAD<br>PPD | 500.00− |
| 5/02 | XEROX INVC XEROX CORP.<br>CTX   1705028 | 220.03− |
| 5/03 | UPS BILL   U. P. S.<br>CCD   180970000R36A03 | 266.80− |
| 5/03 | UPS BILL   U. P. S.<br>CCD   181040000R36A03 | 96.34− |
| 5/04 | Bank to Ba JIT Industries,<br>CCD   0000000 | 7,000.00− |
| 5/04 | Bank to Ba JIT Industries,<br>CCD   35758 | 1,667.60− |
| 5/04 | Bank to Ba JIT Industries,<br>CCD   35758 | 745.31− |
| 5/04 | Bank to Ba JIT Industries,<br>CCD   35758 | 144.00− |
| 5/07 | Bank to Ba JIT Industries,<br>CCD   35758 | 5,189.48− |
| 5/11 | ACH PMT     AMEX EPAYMENT<br>CCD   A9928 | 279.31− |
| 5/14 | CHARTER CO CHARTER COMMUNIC<br>CCD   0210155566   SPA | 109.98− |
| 5/15 | TAXES      PAYCHEX TPS<br>CCD   76293000004823X | 6,369.89− |
| 5/16 | TAXES      PAYCHEX TPS<br>CCD   76317800002318X | 1,852.09− |
| 5/16 | 401k Contr I EPLAN SVCS PAD<br>PPD | 1,000.00− |
| 5/23 | PREM PMT   BCBS OF AL<br>CCD   20880999 | 6,459.30− |
| 5/23 | Bank to Ba JIT Industries,<br>CCD   35758 | 2,993.96− |



BANK INDEPENDENT ®

Radically Original ™

256-386-5000 | 877-865-5050 | bibank.com    Member FDIC

www.bibank.com

Small Business Checking        4641  (Continued)

## W I T H D R A W A L S   A N D   D E D U C T I O N S

| Date | Description | Amount |
|------|-------------|--------|
| 5/23 | Bank to Ba JIT Industries, CCD  35758 | 672.00- |
| 5/24 | UPS BILL   U. P. S. CCD   181180000R36A03 | 128.26- |
| 5/24 | UPS BILL   U. P. S. CCD   181110000R36A03 | 90.19- |
| 5/29 | Bank to Ba JIT Industries, CCD  35758 | 1,003.43- |
| 5/30 | Bank to Ba JIT Industries, CCD  35758 | 11,257.14- |
| 5/30 | Bank to Ba JIT Industries, CCD  35758 | 993.63- |
| 5/31 | Maintenance Fee | 25.00- |
| 5/31 | Account Analysis Charge | 42.85- |
| 5/31 | TAXES      PAYCHEX TPS CCD   76532600009846X | 7,187.14- |

## S U M M A R Y   B Y   C H E C K   N U M B E R

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 5/21 | 1185 | 96.00 | 5/16 | 1259 | 1,079.91 |
| 5/08 | 1214* | 118.13 | 5/15 | 1260 | 2,749.34 |
| 5/04 | 1240* | 3,464.23 | 5/25 | 1261 | 187.50 |
| 5/01 | 1241 | 323.33 | 5/29 | 1263* | 170.00 |
| 5/01 | 1242 | 2,852.15 | 5/25 | 1265* | 100.56 |
| 5/01 | 1243 | 1,227.50 | 5/25 | 1266 | 87.20 |
| 5/03 | 1245* | 85.76 | 5/29 | 1267 | 494.13 |
| 5/04 | 1246 | 1,289.31 | 5/25 | 1268 | 1,789.48 |
| 5/07 | 1247 | 560.00 | 5/30 | 1269 | 1,099.97 |
| 5/29 | 1248 | 1,392.35 | 5/29 | 1270 | 300.00 |
| 5/21 | 1249 | 3,500.00 | 5/30 | 1273* | 823.20 |
| 5/15 | 1250 | 1,400.00 | 5/30 | 1274 | 3,497.65 |
| 5/15 | 1251 | 1,309.08 | 5/30 | 1275 | 3,834.73 |
| 5/15 | 1252 | 1,826.98 | 5/31 | 1276 | 2,749.35 |
| 5/15 | 1253 | 763.93 | 5/30 | 1277 | 482.00 |
| 5/15 | 1254 | 2,026.05 | 5/30 | 1278 | 1,444.23 |
| 5/22 | 1255 | 2,775.65 | 5/30 | 1279 | 1,439.00 |
| 5/22 | 1256 | 3,834.73 | 5/30 | 1280 | 1,228.29 |
| 5/16 | 1257 | 506.40 | 5/30 | 1282* | 606.64 |
| 5/17 | 1258 | 1,927.99 | 5/30 | 1283 | 525.00 |

* Denotes missing check numbers

## D A I L Y   B A L A N C E

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | 8,476.05 | 5/03 | 43,383.74 | 5/07 | 23,323.81 |
| 5/02 | 8,256.02 | 5/04 | 29,073.29 | 5/08 | 53,703.21 |

# BANK ⚏ INDEPENDENT®

## Radically Original™

256-386-5000 | 877-865-5050 | bibank.com    Member FDIC

www.bibank.com

Small Business Checking              ████4641   (Continued)

### DAILY BALANCE

| Date  | Balance    | Date  | Balance    | Date  | Balance    |
|-------|------------|-------|------------|-------|------------|
| 5/11  | 53,423.90  | 5/18  | 38,821.73  | 5/25  | 61,515.70  |
| 5/14  | 53,313.92  | 5/21  | 65,565.59  | 5/29  | 64,758.90  |
| 5/15  | 36,868.65  | 5/22  | 58,955.21  | 5/30  | 37,527.42  |
| 5/16  | 32,430.25  | 5/23  | 49,108.48  | 5/31  | 30,561.88  |
| 5/17  | 30,502.26  | 5/24  | 64,087.37  |       |            |

_____ E N D  O F  S T A T E M E N T _____


# PEOPLES BANK
## of ALABAMA
### IN GOD WE TRUST

Date   5/31/18


JIT INDUSTRIES INC
OPERATING ACCOUNT
PO BOX 2023
MADISON AL 35758-5414


Effective 7/1/2018, we will no longer issue reward points in the MyEasyRewards
program unless you are a current paying subscriber of the MyRewards Gold or
Platinum Debit Card. Points remain valid for redemption thru certificate expiration

#### ---- CHECKING ACCOUNT ----

```
BUSINESS CHECKING                       Number of Enclosures               0
Account Number              ▮▮▮3640     Statement Dates  5/01/18 thru  5/31/18
Previous Balance           1,709.05     Days in the statement period      31
     Deposits/Credits           .00     Average Ledger              1,610.24
  1 Checks/Debits            139.23      Average Collected           1,610.24
Service Charge                   .00
Interest Paid                    .00
Ending Balance             1,569.82
```

----------------------------------------------------------------------------

#### **** DEBITS AND WITHDRAWALS ****

```
 5/10    DISCOUNT   TSYS/TRANSFIRST                      139.23-
         ▮▮▮▮8308         18/05/10
         ID#-39300980304892
         TRACE#-061100602781960
```

----------------------------------------------------------------------------

#### **** DAILY BALANCE INFORMATION ****

```
 5/01           1,709.05   5/10           1,569.82
```

Member FDIC
Deposits insured to $250,000    NOTICE: SEE REVERSED SIDE FOR IMPORTANT INFORMATION