**United States Bankruptcy Court - Northern District of Alabama**

CASE NAME: *4 T Industries*     CASE NO. *18 80892*     MONTH ENDING: *6-30*
                                                         *CRJ11*

Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES___ NO _X_  All post petition business taxes have been paid/deposited and the deposit slips are attached.

   YES___ NO _X_  All post petition individual taxes have been paid and the deposit slips are attached.

   If you answered "No" to the above, list the types of taxes that are now due and owing.

   | TYPE OF TAX | AMOUNT |
   |---|---|
   | *S-Corp 2017* | $ *undetermined / extension* |
   | *Personal 2017* | $ *undetermined / extension* |
   | | $ |
   | | $ |

2. YES _X_ NO___  Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

   If no, enter:     TYPE_____not in force.

                     TYPE_____not in force.

3. YES _X_ NO___  New books and records were opened and are being maintained daily.

4. YES _X_ NO___  Copies of **all** banks statements and reconciliations are attached.

5. YES _X_ NO___  I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES _X_ NO___  All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE: *6-30-18*                    _____
                                           RESPONSIBLE PARTY

Phone No. *256 345-1262*
          **Bankruptcy Administrator Form – Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME *HT Industries*    CASE NO.: *13-80892*    MONTH ENDING: *6-30*
*CRJ11*

Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | —Accrual— (Circle One) —Cash |
| CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month. | 1. REVENUE FROM TOTAL SALES $ *149,611.92* |
| A. CASH ON HAND (Beginning) *33,131.70*  *using bank bal. added* | 2. LESS COST OF THOSE SALES *18,705.44* (Cost of materials, Labor, etc.) |
| B. RECEIPTS: | |
| Accounts Receivable from Form BA-02(A)-Line II(C) *136,081.03* | 3. EQUALS GROSS PROFIT (1 minus 2) *130,906.48* |
| Cash Sales *0* | 4. LESS OPERATING EXPENSES *64,403.58* |
| Loan Proceeds from_____ *0* | 5. EQUALS NET PROFIT OPERATIONS (3 minus 4) *66,502.90* |
| Sale of Property *0* (Not in ordinary course of business) | 6. NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES) |
| Other_____ | |
| | |
| C. TOTAL RECEIPTS *136,081.03* (Total of B) | |
| D. BUSINESS DISBURSEMENTS FROM FORM BA-02(B) *55,547.50* | |
| E. SURPLUS OR DEFICIT *80,533.53* (C minus D) | 7. EQUALS NET PROFIT OR NET LOSS $ *66,502.90* (5 plus or minus 6) |
| F. CASH ON HAND (End) *112,665.23* (A plus E) | * Please itemize Cost of Sales and Expenses on a separate sheet of paper. |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE *6-30-18*    *Haige McComb*
RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: *J.T. Industries*    CASE NO.: *18-80892-*    MONTH ENDING: *6-30*
*CRJ11*

### Attach to Business Form BA-02
### BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.   **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.   **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

    A.   Amount collected this month on accounts
      receivable charged and paid this month.    $ *35,763.71*

    B.   Amount collected this month on accounts
      receivable charged in prior months
      and paid this month.    $ *100,317.32*

    C.   TOTAL collected this month on accounts
      receivable.    $ *136,081.03*

III.   **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | $ | | | | $ |
| *see attached* | | | | | |
| *pending A/R* | | | | | |
| *\*circle item's need to be removed.* | | | | | |
| *very old debt* | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $ | | | | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE *6-30-18*       *Ginger McComb*
                          RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(A)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: *J.T. Industries*   CASE NO. *18-80892*   MONTH ENDING: *6-30*
*CRJ11*

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | | |
|---|---|---|
| ACCOUNTING FEES | $ | 345.67 |
| ADVERTISING | | |
| AUTOMOBILES/VEHICLES (repairs & maintenance) | | 743.66 |
| COMMISSIONS/CONTRACT LABOR | | |
| INSURANCE (TOTAL) | | 3879.97 |
|   AUTO | $ | |
|   LIABILITY | | |
|   LIFE | | |
|   MEDICAL | 2,563.61 | |
|   CASUALTY | | |
|   FIRE & THEFT | | |
|   WORKMAN'S COMP | 547.06 | |
|   OTHER *Prop General* | 769.30 | |
| INTEREST PAID...*Bank charges* | | 675.62 |
| INVENTORY PURCHASED | | |
| LEGAL FEES | | 14,688.94 |
| POSTAGE | | |
| RENT/LEASE PAYMENTS ON REAL ESTATE | | 3500.00 |
| REPAIRS & MAINTENANCE | | 2,541.25 |
| SALARIES/WAGES PAID | | 22,553.50 |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)] | | 1892.63 |
| SUPPLIES (TOTAL) | | |
|   OFFICE | $ 713.74 | |
|   OPERATING | 1,174.89 | |
| TRAVEL & ENTERTAINMENT | | 910.49 |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)] | | 1.16 |
| UNSECURED LOAN PAYMENTS | | |
| UTILITIES (TOTAL) | | 3457.67 |
|   ELECTRICITY | $ 2514.61 | |
|   GAS | | |
|   TELEPHONE | 773.56 | |
|   WATER | | |
|   OTHER *mi* | 163.50 | |
| OTHER BUSINESS DISBURSEMENTS (Specify) *Bad Debt* | $ | 450.94 |
| TOTAL BUSINESS DISBURSEMENTS | $ | 55,547.50 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE: *6-30-18*                    *[signature]* McComb
                                   RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _VIT_      CASE NO.: _18-80892_  MONTH ENDING: _6·30_

_CRJ11_

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. ____ Secured loan payments as described below have been paid this month (Check, if true.)

2. _X_ No secured loan payments have been paid during this month. (Check, if true.)

3. ____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| Rod Hill | judgement | | | | |
| Phillip Hill | judgement | | | | |
| Danny Owrbee | judgement | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE _6-30-18_          _Virgo McConl_

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _Art-124_         CASE NO. : _18-80892-_   MONTH ENDING: _6-30_
_CRJ11_

**Attach to Business Form BA-02**
### BUSINESS DEBTOR'S TAX PAYMENTS

#### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| See attached | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

#### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

#### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| 7-14-18 | Sales Tax | 1.16 | 7-14-18 | Sales | 1.16 |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE   _6-30-18_                          _George Nelson_
                                          RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(D)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: 4/7 Ind.          CASE NO. 18-80892 MONTH ENDING: 6-30
BA-11

### BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Peoples | check # 3640 | 1,759.61 | 6-30 | Pre |
| ← still unable to close | account! | | 6-30 | Pre |
| Bank Ind | check #4641 | 61,753.65 | | |

### GROSS PAYROLL
(Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1  (Name) Ginger McComb | $ | 10,000 |
| Officer #2  (Name) Matthew McComb | $ | 10,000 |
| Other Officer  (Name) — | $ | |
| Employees (Number) 8 | $ | 22,553.50 |
| Employees (Relatives) none | $ | |
| Name | $ | |
| Name | $ | |

### INVENTORY (IF APPLICABLE)

Inventory - Beginning of Month (COST)        $
Inventory - Purchased this Month - CASH      $ See
Inventory - Purchased this Month - CREDIT    $
Inventory - End of Month (COST)              $ below

### PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

X  A. No payments on pre-petition debts have been made this month.
___ B. The following payments have been made this month to unsecured
      creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE  6-30          _Ginger McComb_
                    RESPONSIBLE PARTY

* inventory numbers are fluid in manufacturing process, thus difficult to track & so we customarily do an annual review

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _I T Industries_  CASE NO.: _B-80892_  MONTH ENDING: _6-30_
_CR311_

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

_____ A.  All operating expenses since the beginning of this case have been paid. Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

_X_ B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
|  | $ | $ | $ | $ |  |
| see attached | | | | | |
| Accts Payable | | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
| **TOTALS** | $ | $ | $ | $ |  |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _6-30_                        _Hugh McCool_
                                   RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03 (A)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _WT Ind_        CASE NO. _B-80892_    MONTH ENDING: _6-30_
                                        _CRJ11_

### File for Each Quarter
### BUSINESS DEBTOR'S BALANCE SHEET

**I.  ASSETS**

                                                    *see attached*
                                                    *B/S*
| | | |
|---|---|---|
| Current: | Cash | $_____ |
| | Inventory | $_____ |
| | Accounts Receivable | $_____ |
| | Other | $_____ |
| | Total Current Assets      (a) | $_____ |
| | | |
| Fixed: | Property & Equipment | $_____ |
| | Accumulated Depreciation | $< _____ > |
| | Other | $_____ |
| | Total Fixed Assets        (b) | $_____ |
| | | |
| Total Assets | (a + b) = (c) | $_____ |

**II. LIABILITIES**

| | | |
|---|---|---|
| Current: | Post Chapter 11 Payables | $_____ |
| | Taxes Payable | $_____ |
| | Accrued Professional Fees | $_____ |
| | Accrued Expenses | $_____ |
| | Notes Payable | $_____ |
| | Current Portion Long Term Debt | $_____ |
| | Other | $_____ |
| | Total Current Liabilities (d) | $_____ |
| | | |
| Long Term Debt: | Pre-Chapter 11 Payables | $_____ |
| | Notes & Loans Payable | $_____ |
| | Less Current Portion | $< _____ > |
| | Other | $_____ |
| | Total Long Term Debt      (e) | $_____ |
| Total Liabilities | (d + e) = (f) | $_____ |

STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH
| | | |
|---|---|---|
| | Capital Stock          (g) | $_____ |
| | Retained Earnings (Deficit) (h) | $_____ |
| | Current Surplus (Deficit)  (i) | $_____ |
| Total Liabilities & Stockholder | | |
| Equity/Net Worth | (f) + (g) + (h) + (i) | $_____ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE _6-30-18_                         _____
                                        RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-04

---

### United States Bankruptcy Court – Northern District of Alabama

CASE NAME: _A J Ind_          CASE NO: _B 80892_          MONTH ENDING: _6-30_
_2011_

**File for Each Quarter**
by the 15th of the Month Following the End of the Quarter

### BUSINESS DEBTOR'S QUARTERLY INCOME STATEMENT

| | | | |
|---|---|---|---|
| TOTAL REVENUE (SALES) | | (a) $ | _See attached_ |
| Cost of Sales: | | | _P&L_ |
|     Materials | $_____ | | |
|     Labor | $_____ | | |
|     Purchased Services | $_____ | | |
|   Total Cost of Sales | | (b) $ | |
|   Gross Profit | (a – b) = | (c) $ | |

OPERATING EXPENSES

| | |
|---|---|
|     Management Salary | $_____ |
|     Other Salary Expense | $_____ |
|     Payroll Expenses | $_____ |
|     Outside Services & Contractors | $_____ |
|     Supplies (office & operating) | $_____ |
|     Repairs & Maintenance | $_____ |
|     Advertising | $_____ |
|     Auto Expense | $_____ |
|     Delivery | $_____ |
|     Accounting & Legal | $_____ |
|     Rent | $_____ |
|     Telephone | $_____ |
|     Travel & Entertainment | $_____ |
|     Utilities | $_____ |
|     Insurance | $_____ |
|     Taxes real estate, property, etc.) | $_____ |
|     Interest | $_____ |
|     Depreciation | $_____ |
|     Other Operating Expenses (describe) | $_____ |
|     _____ | $_____ |
|     _____ | $_____ |

| | | |
|---|---|---|
| Total Operating Expenses: | (d) $ | |
| Net Profit/(Loss) from Operations | (c – d)=(e) $ | |
| Non-Operating Income/Expenses | $_____ | |
| _____ | $_____ | |
| _____ | $_____ | |
| Total | (f) $ | |
| Net Profit/(Loss) | (e – f) $ | |

---

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _6-30-18_          _Inge McCord_
                        RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-04**

# JIT Industries, Inc.
## A/R Aging Summary
### As of June 30, 2018

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| | 3,066.46 | 0.00 | 0.00 | 0.00 | 0.00 | 3,066.46 |
| | 36,251.01 | 8,896.88 | 0.00 | 0.00 | 0.00 | 45,147.89 |
| | 5,122.75 | 0.00 | 0.00 | 0.00 | 0.00 | 5,122.75 |
| | 758.75 | 0.00 | 0.00 | 0.00 | 0.00 | 758.75 |
| | 3,085.01 | 498.00 | 0.00 | 0.00 | 0.00 | 3,583.01 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 7,380.37 | 7,380.37 |
| | 0.00 | 0.00 | 0.00 | 258.56 | 600.61 | 859.17 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 14,900.64 | 14,900.64 |
| | 168.33 | 0.00 | 0.00 | 0.00 | 0.00 | 168.33 |
| | 0.00 | 2,006.40 | 1,825.80 | 0.00 | 587.70 | 4,419.90 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 390.98 | 390.98 |
| | 4,926.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,926.00 |
| | 0.00 | 0.00 | 0.00 | 16,346.00 | 0.00 | 16,346.00 |
| | 1,277.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,277.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | -886.56 | -886.56 |
| | 4,301.44 | 0.00 | 2,244.00 | 0.00 | 0.00 | 6,545.44 |
| | 0.00 | 105.00 | 0.00 | 0.00 | 0.00 | 105.00 |
| | 0.00 | 1,621.34 | 0.00 | 0.00 | 0.00 | 1,621.34 |
| | 7,330.35 | 3,903.80 | 0.00 | 0.00 | 0.00 | 11,234.15 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 3,093.23 | 3,093.23 |
| | 2,843.40 | 0.00 | 0.00 | 0.00 | 0.00 | 2,843.40 |
| | 1,004.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,004.00 |
| | 0.00 | 0.00 | 0.00 | 193.65 | 0.00 | 193.65 |
| | 0.00 | 0.00 | 998.40 | 0.00 | 0.00 | 998.40 |
| | 2,280.54 | 0.00 | 0.00 | 0.00 | 0.00 | 2,280.54 |
| | 2,085.28 | 0.00 | 0.00 | 0.00 | 0.00 | 2,085.28 |
| | 0.00 | 255.53 | 0.00 | 0.00 | 0.00 | 255.53 |
| | 0.00 | 0.00 | 0.00 | 0.00 | -491.65 | -491.65 |
| | 36,662.98 | 3,364.70 | 0.00 | 749.10 | 0.00 | 40,776.78 |
| | 6,226.79 | 0.00 | 0.00 | 0.00 | 0.00 | 6,226.79 |
| | 642.76 | 1,484.04 | 0.00 | 167.05 | 0.00 | 2,293.85 |
| | 3,788.65 | 0.00 | 0.00 | 416.75 | 0.00 | 4,205.40 |
| | 4,176.04 | 0.00 | 0.00 | 0.00 | 0.00 | 4,176.04 |
| | 0.00 | -220.00 | 0.00 | 0.00 | 0.00 | -220.00 |
| | 136.12 | 0.00 | 0.00 | 0.00 | 0.00 | 136.12 |
| | 612.00 | 1,486.70 | 0.00 | 0.00 | 0.00 | 2,098.70 |
| | 0.00 | 190.95 | 0.00 | 0.00 | 123.60 | 314.55 |
| | 3,266.80 | 0.00 | 0.00 | 0.00 | 0.00 | 3,266.80 |
| | 3,708.80 | 0.00 | 0.00 | 0.00 | 0.00 | 3,708.80 |
| **TOTAL** | 133,721.26 | 23,593.34 | 5,068.20 | 18,131.11 | 25,698.92 | 206,212.83 |

Case 18-80892-CRJ11    Doc 58    Filed 07/16/18    Entered 07/16/18 11:15:49    Desc Main
Document    Page 11 of 28

0041 1808-1414 JIT Industries Inc

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 06/15/18: $20,976.42**

## TRANSACTION SUMMARY

| SUMMARY BY TRANSACTION TYPE - | | |
|---|---|---|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | | 6,287.03 |
| TOTAL NEGOTIABLE CHECKS | | 14,689.39 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | | 20,976.42 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | | 2,018.52 |
| CASH REQUIRED FOR CHECK DATE 06/15/18 | | 22,994.94 |

## TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER -** *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---|---|
| 06/15/18 | BANK INDEPENDENT | xxxxxxx4641 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 1,288.54 | |
| | | | | Medicare | 301.35 | |
| | | | | Fed Income Tax | 2,247.51 | |
| | | | | AL Income Tax | 755.94 | |
| | | | | **Total Withholdings** | **4,593.34** | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 1,288.53 | |
| | | | | Medicare | 301.36 | |
| | | | | Fed Unemploy | 12.97 | |
| | | | | AL Unemploy | 89.53 | |
| | | | | AL Emp Sec Asm | 1.30 | |
| | | | | **Total Liabilities** | **1,693.69** | 6,287.03 |
| | | | | **EFT FOR 06/15/18** | | **6,287.03** |
| | | | | **TOTAL EFT** | | **6,287.03** |

**NEGOTIABLE CHECKS -** *Check amounts will be debited when payees cash checks. Funds must be available on check date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 06/15/18 | BANK INDEPENDENT | xxxxxxx4641 | Payroll | Check Amounts | 14,689.39 | |
| | | | | **TOTAL NEGOTIABLE CHECKS** | | **14,689.39** |

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES -** *Paychex does not remit these funds. You must ensure accurate and timely payment of applicable items.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 06/15/18 | Refer to your records for account information | | Payroll | Employee Deductions | | |
| | | | | 401K AdvSel EE Pre | 1,500.00 | |

0041 1808-1414 JIT Industries Inc
Run Date 06/14/18 03:12PM

Period Start - End Date 05/23/18 - 06/06/18
Check Date 06/15/18

Cash Requirements
Page 1 of 2
CASHREQ

Case 18-80892-CRJ11    Doc 58    Filed 07/16/18    Entered 07/16/18 11:15:49    Desc Main
Document    Page 12 of 28

0041 1808-1414  JIT Industries Inc

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS  &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 06/15/18: $20,976.42**

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** (cont.) - *Paychex does not remit these funds. You must ensure accurate and timely payment of applicable items.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 06/15/18 | Refer to your records for account information | | Payroll | Employee Deductions (cont.) | | |
| | | | | Health Ins Pretax | 318.52 | |
| | | | | **Total Deductions** | **1,818.52** | |
| | | | | Other Items | | |
| | | | | 401k ER | 200.00 | |
| | | | | **TOTAL OTHER ITEMS** | **200.00** | |

**TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** .................... **2,018.52**

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF -** *This information serves as a record of payment.*

| DUE DATE | PRODUCT | DESCRIPTION | |
|---|---|---|---|
| 06/20/18 | Taxpay® | FED IT PMT Group | 5,427.29 |

0041 1808-1414  JIT Industries Inc
Run Date 06/14/18  03:12PM

Period Start - End Date     05/23/18 - 06/06/18
Check Date                          06/15/18

Cash Requirements
Page 2 of 2
CASHREQ

Case 18-80892-CRJ11    Doc 58    Filed 07/16/18    Entered 07/16/18 11:15:49    Desc Main
Document        Page 13 of 28

0041 1808-1414  JIT Industries Inc

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 06/29/18: $22,236.54**

## TRANSACTION SUMMARY

| SUMMARY BY TRANSACTION TYPE - | |
|---|---|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 6,688.00 |
| TOTAL NEGOTIABLE CHECKS | 15,548.54 |
| CASH REQUIRED FOR  NEGOTIABLE CHECKS &/OR EFT | 22,236.54 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 2,018.52 |
| CASH REQUIRED FOR CHECK DATE 06/29/18 | 24,255.06 |

## TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER** - *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| | | | | | | BANK DRAFT AMOUNTS |
|---|---|---|---|---|---|---|
| **TRANS. DATE** | **BANK NAME** | **ACCOUNT NUMBER** | **PRODUCT** | **DESCRIPTION** | | **& OTHER TOTALS** |
| 06/29/18 | BANK INDEPENDENT | xxxxxxx4641 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 1,361.10 | |
| | | | | Medicare | 318.34 | |
| | | | | Fed Income Tax | 2,421.81 | |
| | | | | AL Income Tax | 803.44 | |
| | | | | Total Withholdings | 4,904.69 | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 1,361.10 | |
| | | | | Medicare | 318.34 | |
| | | | | Fed Unemploy | 11.42 | |
| | | | | AL Unemploy | 91.13 | |
| | | | | AL Emp Sec Asm | 1.32 | |
| | | | | Total Liabilities | 1,783.31 | 6,688.00 |
| | | | | | | |
| | | | | EFT FOR 06/29/18 | | 6,688.00 |
| | | | | TOTAL EFT | | 6,688.00 |

**NEGOTIABLE CHECKS** - *Check amounts will be debited when payees cash checks. Funds must be available on check date.*

| | | | | | | TOTAL |
|---|---|---|---|---|---|---|
| **TRANS. DATE** | **BANK NAME** | **ACCOUNT NUMBER** | **PRODUCT** | **DESCRIPTION** | | |
| 06/29/18 | BANK INDEPENDENT | xxxxxxx4641 | Payroll | Check Amounts | 15,548.54 | |
| | | | | TOTAL  NEGOTIABLE CHECKS | | 15,548.54 |

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** - *Paychex does not remit these funds. You must ensure accurate and timely payment of applicable items.*

| | | | | | | TOTAL |
|---|---|---|---|---|---|---|
| **TRANS. DATE** | **BANK NAME** | **ACCOUNT NUMBER** | **PRODUCT** | **DESCRIPTION** | | |
| 06/29/18 | Refer to your records for account information | | Payroll | Employee Deductions | | |
| | | | | 401K AdvSel EE Pre | 1,500.00 | |

0041 1808-1414  JIT Industries Inc
Run Date 06/28/18  09:21 AM

Period Start - End Date    06/07/18 - 06/22/18
Check Date                 06/29/18

Cash Requirements
Page 1 of 2
CASHREQ

0041 1808-1414  JIT Industries Inc

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 06/29/18: $22,236.54**

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES (cont.)** - *Paychex does not remit these funds. You must ensure accurate and timely payment of applicable items.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 06/29/18 | Refer to your records for account information | | Payroll | Employee Deductions (cont.) | | |
| | | | | Health Ins Pretax | 318.52 | |
| | | | | **Total Deductions** | 1,818.52 | |
| | | | | Other Items | | |
| | | | | 401k ER | 200.00 | |
| | | | | **TOTAL OTHER ITEMS** | 200.00 | |

**TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** ............................................ **2,018.52**

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF** - *This information serves as a record of payment.*

| DUE DATE | PRODUCT | DESCRIPTION | |
|---|---|---|---|
| 07/05/18 | Taxpay® | FED IT PMT Group | 5,780.69 |

0041 1808-1414  JIT Industries Inc
Run Date 06/28/18  09:21 AM

Period Start - End Date    06/07/18 - 06/22/18
Check Date    06/29/18

Cash Requirements
Page 2 of 2
CASHREQ

# JIT Industries, Inc.
## A/P Aging Summary
### As of June 30, 2018

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| | 0.00 | 128.00 | 0.00 | 0.00 | 0.00 | 128.00 |
| | 0.00 | -213.75 | 0.00 | 0.00 | 0.00 | -213.75 |
| | 3,229.65 | 0.00 | 0.00 | 0.00 | 0.00 | 3,229.65 |
| | 0.00 | -109.98 | 0.00 | 0.00 | 0.00 | -109.98 |
| | 8,835.74 | 536.00 | 0.00 | 0.00 | 0.00 | 9,371.74 |
| | 1,601.00 | 331.00 | 0.00 | 0.00 | 0.00 | 1,932.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 47,015.58 | 47,015.58 |
| | 1,729.67 | 346.55 | 0.00 | 0.00 | 0.00 | 2,076.22 |
| | 0.00 | 0.00 | 2.48 | 0.00 | 0.00 | 2.48 |
| | 523.25 | 0.00 | 0.00 | 0.00 | 0.00 | 523.25 |
| | 0.00 | 0.00 | 0.00 | 0.00 | -10.92 | -10.92 |
| | 2,900.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,900.00 |
| | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| | 1,838.70 | 375.10 | 0.00 | 0.00 | -660.65 | 1,553.15 |
| | 375.00 | 0.00 | 0.00 | 0.00 | 0.00 | 375.00 |
| | 0.00 | -513.18 | 0.00 | 0.00 | 0.00 | -513.18 |
| | 5,883.35 | 0.00 | 0.00 | 0.00 | 0.00 | 5,883.35 |
| | 0.00 | -293.99 | 0.00 | 0.00 | -369.53 | -663.52 |
| | 1,140.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,140.00 |
| | 42.00 | 0.00 | 0.00 | 0.00 | 0.00 | 42.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | -0.43 | -0.43 |
| | 0.00 | 11,977.72 | 0.00 | 0.00 | 0.00 | 11,977.72 |
| | 792.31 | 0.00 | 0.00 | 0.00 | 0.00 | 792.31 |
| | 0.00 | 180.00 | 0.00 | 0.00 | 0.00 | 180.00 |
| | 1,516.00 | 7,000.00 | 0.00 | 0.00 | 0.00 | 8,516.00 |
| **TOTAL** | **30,556.67** | **19,743.47** | **2.48** | **0.00** | **45,974.05** | **96,276.67** |

Case 18-80892-CRJ11    Doc 58    Filed 07/16/18    Entered 07/16/18 11:15:49    Desc Main
Document      Page 16 of 28

# JIT Industries, Inc.
## Reconciliation Detail
### 10000 · Peoples Bank of Alabama, Period Ending 06/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 1,569.82 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 Items** | | | | | | |
| General Journal | 06/30/2018 | 18 0714 | | X | -0.77 | -0.77 |
| General Journal | 06/30/2018 | 18 0714 | | X | -0.39 | -1.16 |
| Total Checks and Payments | | | | | -1.16 | -1.16 |
| **Deposits and Credits - 1 Item** | | | | | | |
| Deposit | 06/29/2018 | | | X | 190.95 | 190.95 |
| Total Deposits and Credits | | | | | 190.95 | 190.95 |
| Total Cleared Transactions | | | | | 189.79 | 189.79 |
| **Cleared Balance** | | | | | 189.79 | 1,759.61 |
| **Uncleared Transactions** | | | | | | |
| **Deposits and Credits - 1 Item** | | | | | | |
| General Journal | 01/01/2018 | BANK ... | | | 537.79 | 537.79 |
| Total Deposits and Credits | | | | | 537.79 | 537.79 |
| Total Uncleared Transactions | | | | | 537.79 | 537.79 |
| Register Balance as of 06/30/2018 | | | | | 727.58 | 2,297.40 |
| **Ending Balance** | | | | | 727.58 | 2,297.40 |

*needs Removed* (handwritten, pointing to 537.79)

*✳ not able to close account*

*✳ vendors & customers use through auto service; even though I try to stop them*

# JIT Industries, Inc.
## Reconciliation Detail
### 10001 · BANK INDEPENDENT, Period Ending 06/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 30,561.88 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 53 items** | | | | | | |
| Check | 04/30/2018 | 1244 | SCOT INDUSTRIES | X | -1,418.66 | -1,418.66 |
| Bill Pmt -Check | 05/21/2018 | 1262 | GLOBAL AEROSPA... | X | -2,028.66 | -3,447.32 |
| Bill Pmt -Check | 05/29/2018 | 1272 | SPARKMAN SHEP... | X | -1,958.82 | -5,406.14 |
| Bill Pmt -Check | 05/29/2018 | 1286 | GLOBAL AEROSPA... | X | -1,352.44 | -6,758.58 |
| Bill Pmt -Check | 05/29/2018 | 1284 | | X | -156.00 | -6,914.58 |
| Check | 05/29/2018 | 1271 | MISC CUSTOMER | X | -150.00 | -7,064.58 |
| Bill Pmt -Check | 05/29/2018 | 1285 | AHP Montgomery/Ai... | X | -39.19 | -7,103.77 |
| General Journal | 05/31/2018 | 18 05... | | X | -829.96 | -7,933.73 |
| Bill Pmt -Check | 05/31/2018 | 1226 | SCOT INDUSTRIES | X | -487.82 | -8,421.55 |
| Bill Pmt -Check | 06/06/2018 | 1287 | | X | -250.00 | -8,671.55 |
| Bill Pmt -Check | 06/08/2018 | ACH | WORLEY MACHIN... | X | -3,625.00 | -12,296.55 |
| Bill Pmt -Check | 06/08/2018 | 1291 | ANNISTON PLATIN... | X | -3,080.00 | -15,376.55 |
| Bill Pmt -Check | 06/08/2018 | ACH | MACH III INC | X | -2,974.50 | -18,351.05 |
| Check | 06/08/2018 | 1288 | | X | -2,967.00 | -21,318.05 |
| Bill Pmt -Check | 06/08/2018 | 1296 | MTI MANUFACTUR... | X | -2,624.80 | -23,942.85 |
| Bill Pmt -Check | 06/08/2018 | ACH | COMMERCIAL FLUI... | X | -2,549.60 | -26,492.45 |
| Bill Pmt -Check | 06/08/2018 | eft | UPS | X | -1,883.01 | -28,375.46 |
| Bill Pmt -Check | 06/08/2018 | ACH | CRESAP MACHINE | X | -800.00 | -29,175.46 |
| Bill Pmt -Check | 06/08/2018 | 1298 | | X | -572.00 | -29,747.46 |
| Bill Pmt -Check | 06/08/2018 | ACH | PENINSULAR | X | -419.27 | -30,166.73 |
| Bill Pmt -Check | 06/08/2018 | 1292 | BALLEW'S SANITA... | X | -384.00 | -30,550.73 |
| Bill Pmt -Check | 06/08/2018 | 1297 | | X | -293.99 | -30,844.72 |
| Bill Pmt -Check | 06/08/2018 | ACH | RRP ENTERPRISE... | X | -279.48 | -31,124.20 |
| Bill Pmt -Check | 06/08/2018 | 1295 | XPO Logistics (INC) | X | -276.88 | -31,401.08 |
| Bill Pmt -Check | 06/08/2018 | 1290 | AEROSTAR (c-corp) | X | -176.00 | -31,577.08 |
| Bill Pmt -Check | 06/08/2018 | 1293 | HOLSTON GASES | X | -110.49 | -31,687.57 |
| Bill Pmt -Check | 06/08/2018 | 1294 | HOWELL ELECTRI... | X | -90.00 | -31,777.57 |
| Check | 06/08/2018 | 1289 | MISC VENDOR | X | -87.50 | -31,865.07 |
| Credit Card Credit | 06/11/2018 | AUTO... | | X | -370.97 | -32,236.04 |
| Check | 06/11/2018 | EFT | TSYS formally TRA... | X | -367.42 | -32,603.46 |
| Bill Pmt -Check | 06/13/2018 | eft | XEROX CORPORA... | X | -223.77 | -32,827.23 |
| Bill Pmt -Check | 06/13/2018 | EFT | UPS | X | -199.81 | -33,027.04 |
| Check | 06/13/2018 | 1299 | MISC CUSTOMER | X | -150.00 | -33,177.04 |
| Bill Pmt -Check | 06/13/2018 | ACH | CHARTER (Spectrum) | X | -109.98 | -33,287.02 |
| Check | 06/14/2018 | 1300 | PEOPLES BANK O... | X | -3,500.00 | -36,787.02 |
| General Journal | 06/15/2018 | 18 0615 | | X | -14,689.39 | -51,476.41 |
| General Journal | 06/15/2018 | 18 0615 | | X | -6,287.03 | -57,763.44 |
| Bill Pmt -Check | 06/15/2018 | ACH | MACH III INC | X | -2,743.62 | -60,507.06 |
| General Journal | 06/15/2018 | 18 0615 | | X | -1,500.00 | -62,007.06 |
| Bill Pmt -Check | 06/15/2018 | 1313 | SENTRY INSURAN... | X | -1,316.36 | -63,323.42 |
| Bill Pmt -Check | 06/15/2018 | ACH | PRECISION PLATI... | X | -450.00 | -63,773.42 |
| Bill Pmt -Check | 06/15/2018 | ACH | CUTTING EDE MA... | X | -325.50 | -64,098.92 |
| Bill Pmt -Check | 06/18/2018 | 1312 | PAYCHEX, INC | X | -639.66 | -64,738.58 |
| Bill Pmt -Check | 06/19/2018 | 1317 | SPARKMAN SHEP... | X | -10,589.50 | -75,328.08 |
| Check | 06/19/2018 | 1319 | GINGER G MCCOMB | X | -8,240.19 | -83,568.27 |
| Bill Pmt -Check | 06/19/2018 | 1318 | SPARKMAN SHEP... | X | -2,623.22 | -86,191.49 |
| Bill Pmt -Check | 06/20/2018 | 1320 | MISC VENDOR | X | -546.75 | -86,738.24 |
| Bill Pmt -Check | 06/27/2018 | ACH | COMMERCIAL FLUI... | X | -3,346.33 | -90,084.57 |
| Check | 06/28/2018 | 1335 | | X | -100.00 | -90,184.57 |
| General Journal | 06/29/2018 | 18 0629 | | X | -7,864.11 | -98,048.68 |
| Check | 06/29/2018 | ach | BD CYLINDER PRO... | X | -213.75 | -98,262.43 |
| Check | 06/29/2018 | | | X | -81.30 | -98,343.73 |
| General Journal | 07/29/2018 | 18 06... | | X | -6,688.00 | -105,031.73 |
| **Total Checks and Payments** | | | | | -105,031.73 | -105,031.73 |

Case 18-80892-CRJ11   Doc 58   Filed 07/16/18   Entered 07/16/18 11:15:49   Desc Main
Document      Page 18 of 28

# JIT Industries, Inc.
## Reconciliation Detail
### 10001 · BANK INDEPENDENT, Period Ending 06/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Deposits and Credits - 11 Items** | | | | | | |
| Deposit | 06/05/2018 | | | X | 55,855.12 | 55,855.12 |
| Deposit | 06/06/2018 | | | X | 50.00 | 55,905.12 |
| Deposit | 06/12/2018 | | | X | 1,017.68 | 56,922.80 |
| Deposit | 06/13/2018 | | | X | 1,248.45 | 58,171.25 |
| Deposit | 06/15/2018 | | | X | 11,736.18 | 69,907.43 |
| Deposit | 06/19/2018 | | | X | 333.42 | 70,240.85 |
| Deposit | 06/22/2018 | | | X | 0.00 | 70,240.85 |
| Deposit | 06/26/2018 | | | X | 23,877.33 | 94,118.18 |
| Deposit | 06/26/2018 | | | X | 35,454.87 | 129,573.05 |
| Deposit | 06/28/2018 | | | X | 6,650.45 | 136,223.50 |
| Bill Pmt -Check | 07/06/2018 | 1365 | ALABAMA DEPART... | X | 0.00 | 136,223.50 |
| Total Deposits and Credits | | | | | 136,223.50 | 136,223.50 |
| Total Cleared Transactions | | | | | 31,191.77 | 31,191.77 |
| Cleared Balance | | | | | 31,191.77 | 61,753.65 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 8 Items** | | | | | | |
| Bill Pmt -Check | 06/18/2018 | 1227 | SCOT INDUSTRIES | | -757.61 | -757.61 |
| Bill Pmt -Check | 06/20/2018 | 1314 | SCOT INDUSTRIES | | -437.31 | -1,194.92 |
| Bill Pmt -Check | 06/20/2018 | 1322 | ALABAMA DEPART... | | -50.00 | -1,244.92 |
| Check | 06/27/2018 | 1323 | | | -250.00 | -1,494.92 |
| Credit Card Credit | 06/29/2018 | | GINGER G MCCOMB | | -20,812.57 | -22,307.49 |
| Bill Pmt -Check | 06/29/2018 | 1321 | HARTSELLE UTILIT... | | -1,158.64 | -23,466.13 |
| Bill Pmt -Check | 06/29/2018 | 1315 | SCOT INDUSTRIES | | -1,147.57 | -24,613.70 |
| Check | 06/29/2018 | 1331 | MISC VENDOR | | -76.90 | -24,690.60 |
| Total Checks and Payments | | | | | -24,690.60 | -24,690.60 |
| Total Uncleared Transactions | | | | | -24,690.60 | -24,690.60 |
| Register Balance as of 06/30/2018 | | | | | 6,501.17 | 37,063.05 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 33 Items** | | | | | | |
| Bill Pmt -Check | 07/06/2018 | | SPARKMAN SHEP... | | -11,977.72 | -11,977.72 |
| Bill Pmt -Check | 07/06/2018 | ACH | WORLEY MACHIN... | | -7,000.00 | -18,977.72 |
| Bill Pmt -Check | 07/06/2018 | EFT | BLUECROSS BLUE... | | -3,229.65 | -22,207.37 |
| Bill Pmt -Check | 07/06/2018 | 1362 | JUST-RITE | | -2,900.00 | -25,107.37 |
| Bill Pmt -Check | 07/06/2018 | ACH | CUTTING EDE MA... | | -1,179.00 | -26,286.37 |
| Bill Pmt -Check | 07/06/2018 | 1367 | PRECISION PLATI... | | -1,140.00 | -27,426.37 |
| Check | 07/06/2018 | 1339 | MISC VENDOR | | -893.00 | -28,319.37 |
| Bill Pmt -Check | 07/06/2018 | ACH | HERCULES INC | | -806.29 | -29,125.66 |
| Bill Pmt -Check | 07/06/2018 | ACH | MACH III INC | | -699.45 | -29,825.11 |
| Bill Pmt -Check | 07/06/2018 | 1364 | HOWELL ELECTRI... | | -523.25 | -30,348.36 |
| Bill Pmt -Check | 07/06/2018 | EFT | UPS | | -508.98 | -30,857.34 |
| Bill Pmt -Check | 07/06/2018 | To Print | MISC VENDOR | | -375.00 | -31,232.34 |
| Bill Pmt -Check | 07/06/2018 | 1363 | XPO Logistics (INC) | | -183.30 | -31,415.64 |
| Bill Pmt -Check | 07/06/2018 | 1366 | BALLEW'S SANITA... | | -128.00 | -31,543.64 |
| Check | 07/06/2018 | 1340 | MISC VENDOR | | -20.00 | -31,563.64 |
| Check | 07/09/2018 | 1316 | SCOT INDUSTRIES | | -2,631.11 | -34,194.75 |
| Check | 07/09/2018 | 1341 | SCOT INDUSTRIES | | -2,159.93 | -36,354.68 |
| Bill Pmt -Check | 07/09/2018 | EFT | UPS | | -283.33 | -36,638.01 |
| Check | 07/12/2018 | 1378 | PEOPLES BANK O... | | -3,500.00 | -40,138.01 |
| Bill Pmt -Check | 07/12/2018 | 1347 | MISC VENDOR | | -250.00 | -40,388.01 |
| General Journal | 07/13/2018 | 18 0713 | | | -9,574.39 | -49,962.40 |
| Check | 07/13/2018 | 1377 | MARCIA ST. LOUIS | | -4,272.29 | -54,234.69 |
| Check | 07/13/2018 | 1374 | MATTHEW A MCC... | | -3,834.73 | -58,069.42 |
| Check | 07/13/2018 | 1373 | GINGER G MCCOMB | | -3,497.65 | -61,567.07 |
| Check | 07/13/2018 | 1376 | MARCIA ST. LOUIS | | -2,964.52 | -64,531.59 |
| Check | 07/13/2018 | 1371 | MICHAEL K HOGAN | | -1,624.02 | -66,155.61 |
| Check | 07/13/2018 | 1369 | TIMOTHY DAVIDSON | | -1,409.84 | -67,565.45 |
| Check | 07/13/2018 | 1368 | JIMMY J CHAMBERS | | -997.36 | -68,562.81 |
| Check | 07/13/2018 | 1372 | RANDY C KELLEY | | -659.62 | -69,222.43 |
| Check | 07/13/2018 | 1370 | EDDIE R HENDERS... | | -635.13 | -69,857.56 |
| Check | 07/13/2018 | 1375 | BOBBY G SCOTT | | -490.14 | -70,347.70 |

Case 18-80892-CRJ11    Doc 58    Filed 07/16/18    Entered 07/16/18 11:15:49    Desc Main
Document      Page 19 of 28

# JIT Industries, Inc.
## Reconciliation Detail
### 10001 · BANK INDEPENDENT, Period Ending 06/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Check | 07/13/2018 | ach | BD CYLINDER PRO... | | -42.60 | -70,390.30 |
| General Journal | 07/29/2018 | 18 06... | | | -7,684.43 | -78,074.73 |
| | Total Checks and Payments | | | | -78,074.73 | -78,074.73 |
| | **Deposits and Credits - 6 Items** | | | | | |
| Deposit | 07/02/2018 | | | | 1,000.00 | 1,000.00 |
| Deposit | 07/03/2018 | | | | 38,601.41 | 39,601.41 |
| Deposit | 07/05/2018 | | | | 1,208.28 | 40,809.69 |
| Deposit | 07/09/2018 | | | | 11,260.72 | 52,070.41 |
| Deposit | 07/12/2018 | | | | 877.00 | 52,947.41 |
| Deposit | 07/12/2018 | | | | 31,139.21 | 84,086.62 |
| | Total Deposits and Credits | | | | 84,086.62 | 84,086.62 |
| | Total New Transactions | | | | 6,011.89 | 6,011.89 |
| **Ending Balance** | | | | | **12,513.06** | **43,074.94** |

Case 18-80892-CRJ11   Doc 58   Filed 07/16/18   Entered 07/16/18 11:15:49   Desc Main
Document   Page 20 of 28

# JIT Industries, Inc.
# Balance Sheet
## As of June 30, 2018

|  | Jun 30, 18 |
|---|---|
| **ASSETS** |  |
| **Current Assets** |  |
| **Checking/Savings** |  |
| 10000 · Peoples Bank of Alabama | 2,297.40 |
| 10001 · BANK INDEPENDENT | 43,751.05 |
| **Total Checking/Savings** | 46,048.45 |
| **Accounts Receivable** |  |
| 12000 · Accounts Receivable | 206,675.98 |
| **Total Accounts Receivable** | 206,675.98 |
| **Other Current Assets** |  |
| 13250 · Undeposited Funds | -190.95 |
| 13500 · Inventory Asset | 163,158.75 |
| 13900 · Due from Invision | 67,181.00 |
| **Total Other Current Assets** | 230,148.80 |
| **Total Current Assets** | 482,873.23 |
| **Fixed Assets** |  |
| 14100 · Furniture and Fixtures | 22,430.33 |
| 14300 · Leasehold Improvements | 33,035.96 |
| 14400 · Machinery & Equipment | 308,321.85 |
| 14500 · Transportation Equipment | 14,500.00 |
| 14900 · Accumulated Depreciation | -371,563.62 |
| **Total Fixed Assets** | 6,724.52 |
| **TOTAL ASSETS** | **489,597.75** |
| **LIABILITIES & EQUITY** |  |
| **Liabilities** |  |
| **Current Liabilities** |  |
| **Accounts Payable** |  |
| 20000 · Accounts Payable | 96,276.67 |
| **Total Accounts Payable** | 96,276.67 |
| **Credit Cards** |  |
| 20150 · Corporate Credit Card | 312.32 |
| 20155 · AMERCIAN EXPRESS | 7,019.10 |
| **Total Credit Cards** | 7,331.42 |
| **Other Current Liabilities** |  |
| 22000 · Other Payroll Liabilities | -4,332.08 |
| 22900 · ACCRUED SETTLEMENT | 1,100,000.00 |
| 23000 · Sales Tax Payable | -3,148.41 |
| 26000 · Unearned Revenue | 345.60 |
| **Total Other Current Liabilities** | 1,092,865.11 |
| **Total Current Liabilities** | 1,196,473.20 |
| **Total Liabilities** | 1,196,473.20 |
| **Equity** |  |
| 40000 · Capital Stock | 1,000.00 |
| 41000 · Additional Paid in Capital | 100,673.04 |
| 45000 · Retained Earnings | -983,651.68 |
| Net Income | 175,103.19 |
| **Total Equity** | -706,875.45 |
| **TOTAL LIABILITIES & EQUITY** | **489,597.75** |

Case 18-80892-CRJ11    Doc 58    Filed 07/16/18    Entered 07/16/18 11:15:49    Desc Main
Document      Page 21 of 28

# JIT Industries, Inc.
# Profit & Loss
## June 2018

|  | Jun 18 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| 55000 · Sales | 142,501.69 |
| 56000 · Shipping & Freight Fee Income | 7,810.90 |
| 58000 · Terms Discount | -700.67 |
| **Total Income** | 149,611.92 |
| **Cost of Goods Sold** |  |
| 51100 · Freight and Shipping Costs | 4,639.10 |
| 60000 · Direct Costs | 9,672.38 |
| 61500 · Cost of Goods Sold | 4,393.96 |
| **Total COGS** | 18,705.44 |
| **Gross Profit** | 130,906.48 |
| **Expense** |  |
| 68000 · MFG/Shop Operating Costs | 1,174.89 |
| 70000 · ALL SALARY & WAGES | 22,553.50 |
| 71825 · Fuel | 743.66 |
| 72550 · Bank Charges | 675.62 |
| 72650 · Dues & Subscriptions | 163.50 |
| 72675 · Insurance - General | 3,546.55 |
| 72725 · Legal & Professional Services | 25,536.11 |
| 72775 · Taxes & Licenses (NON PAYROLL) | 1.16 |
| 72851 · Bad Debt/ Recover | 450.94 |
| 73000 · Business Development | 910.49 |
| 74000 · Facilities | 8,647.16 |
| **Total Expense** | 64,403.58 |
| **Net Ordinary Income** | 66,502.90 |
| **Net Income** | 66,502.90 |

Case 18-80892-CRJ11    Doc 58    Filed 07/16/18    Entered 07/16/18 11:15:49    Desc Main
Document      Page 22 of 28



# BANK INDEPENDENT®

## Radically Original™

256-386-5000 | 877-865-5050 | bibank.com    Member FDIC

www.bibank.com

```
                                Date  6/29/18        Page      1
                                Account              ████4641
                                No. Checks                    53
```

JIT Industries Inc
Debtor in Possession
PO Box 2023
Madison AL 35758-5414

### A C C O U N T   S U M M A R Y

| Account Number | Type of Account | Current Balance | Checks |
|---|---|---|---|
| ████4641 | Small Business Checking | 61,753.65 | 53 |

### C H E C K I N G   A C C O U N T

**Refer your family and friends to Bank Independent and earn up to $500!**
**Learn more and register at referlive.com/bibank.com.**

```
Small Business Checking              No. Checks                     53
Account Number            ████4641   Statement Dates  6/01/18 thru 7/01/18
Previous Balance         30,561.88   Days in the statement period      31
   9 Deposits/Credits   136,223.50   Average Ledger              56,594.62
  71 Checks/Debits      105,031.73   Average Collected           56,594.62
Service Charge                 .00
Interest Paid                  .00
Current Balance          61,753.65
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees year to date | $.00 | $.00 |
| Return item fees year to date | $.00 | $72.00 |

### D E P O S I T S   A N D   A D D I T I O N S

| Date | Description | Amount |
|---|---|---|
| 6/05 | Deposit | 55,855.12 |



# BANK INDEPENDENT®

## Radically Original™

256-386-5000 | 877-865-5050 | bibank.com    Member FDIC

www.bibank.com

Date  6/29/18    Page    2
Account     ████4641
No. Checks      53

Small Business Checking     ████4641   (Continued)

## DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|------|-------------|--------|
| 6/06 | ACHPYMTS   IVXP DECATUR<br>CCD | 50.00 |
| 6/12 | BKCD STLMT TSYS/TRANSFIRST<br>CCD   39300980304892 | 1,017.68 |
| 6/13 | Deposit | 1,248.45 |
| 6/15 | Deposit | 11,736.18 |
| 6/19 | Deposit | 333.42 |
| 6/22 | Deposit | 35,454.87 |
| 6/26 | Deposit | 23,877.33 |
| 6/28 | BKCD STLMT TSYS/TRANSFIRST<br>CCD   39300980304892 | 6,650.45 |

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
| 6/11 | ACH PMT    AMEX EPAYMENT<br>CCD   A1512 | 370.97- |
| 6/11 | DISCOUNT    TSYS/TRANSFIRST<br>CCD   39300980304892 | 367.64- |
| 6/12 | Bank to Ba JIT Industries,<br>CCD   0000000 | 3,625.00- |
| 6/12 | Bank to Ba JIT Industries,<br>CCD   0000000 | 2,974.50- |
| 6/12 | Bank to Ba JIT Industries,<br>CCD   0000000 | 2,549.60- |
| 6/12 | Bank to Ba JIT Industries,<br>CCD   35758 | 800.00- |
| 6/12 | Bank to Ba JIT Industries,<br>CCD   35758 | 419.27- |
| 6/12 | Bank to Ba JIT Industries,<br>CCD   0000000 | 279.48- |
| 6/13 | UPS BILL   U. P. S.<br>CCD   181320000R36A03 | 1,087.45- |
| 6/13 | UPS BILL   U. P. S.<br>CCD   181250000R36A03 | 539.25- |
| 6/13 | UPS BILL   U. P. S.<br>CCD   181390000R36A03 | 256.31- |
| 6/13 | CHARTER CO CHARTER COMMUNIC<br>CCD   0210155566  SPA | 109.98- |
| 6/15 | TAXES    PAYCHEX TPS<br>CCD   76762100009045X | 6,287.03- |
| 6/15 | XEROX INVC XEROX CORP.<br>CTX   1719978 | 223.77- |
| 6/18 | Bank to Ba JIT Industries,<br>CCD   0000000 | 2,743.62- |
| 6/18 | 401k Contr I EPLAN SVCS PAD<br>PPD | 1,500.00- |

Case 18-80892-CRJ11    Doc 58    Filed 07/16/18    Entered 07/16/18 11:15:49    Desc Main<br>Document     Page 24 of 28

# BANK IIIII INDEPENDENT®

## Radically Original™

256-386-5000 | 877-865-5050 | bibank.com    Member FDIC

www.bibank.com

Small Business Checking                4641   (Continued)

### W I T H D R A W A L S   A N D   D E D U C T I O N S

| Date | Description | Amount |
|------|-------------|--------|
| 6/18 | Bank to Ba JIT Industries, CCD  35758 | 450.00- |
| 6/18 | Bank to Ba JIT Industries, CCD  35758 | 325.50- |
| 6/18 | UPS BILL    U. P. S. CCD  181460000R36A03 | 199.81- |
| 6/20 | Withdrawal | 8.00-DR |
| 6/29 | Maintenance Fee | 25.00- |
| 6/29 | Account Analysis Charge | 48.30- |
| 6/29 | TAXES     PAYCHEX TPS CCD  7955100008363X | 6,688.00- |
| 6/29 | Bank to Ba JIT Industries, CCD  0000000 | 3,346.33- |
| 6/29 | Bank to Ba JIT Industries, CCD  35758 | 213.75- |

### S U M M A R Y   B Y   C H E C K   N U M B E R

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 6/14 | 1226 | 487.82 | 6/15 | 1301 | 896.31 |
| 6/04 | 1244* | 1,418.66 | 6/22 | 1303* | 300.94 |
| 6/05 | 1262* | 2,028.66 | 6/15 | 1304 | 649.36 |
| 6/25 | 1271* | 150.00 | 6/15 | 1305 | 1,520.19 |
| 6/04 | 1272 | 1,958.82 | 6/15 | 1306 | 654.11 |
| 6/01 | 1281* | 829.96 | 6/18 | 1307 | 2,412.90 |
| 6/12 | 1284* | 156.00 | 6/18 | 1308 | 3,834.73 |
| 6/05 | 1285 | 39.19 | 6/18 | 1309 | 416.50 |
| 6/05 | 1286 | 1,352.44 | 6/15 | 1310 | 1,255.01 |
| 6/07 | 1287 | 250.00 | 6/15 | 1311 | 2,749.34 |
| 6/11 | 1288 | 2,967.00 | 6/19 | 1312 | 639.66 |
| 6/14 | 1289 | 87.50 | 6/18 | 1313 | 1,316.36 |
| 6/12 | 1290 | 176.00 | 6/15 | 1317* | 10,589.50 |
| 6/12 | 1291 | 3,080.00 | 6/22 | 1318 | 2,623.22 |
| 6/20 | 1292 | 384.00 | 6/20 | 1319 | 8,240.19 |
| 6/12 | 1293 | 110.49 | 6/22 | 1320 | 546.75 |
| 6/13 | 1294 | 90.00 | 6/29 | 1324* | 848.25 |
| 6/12 | 1295 | 276.88 | 6/29 | 1326* | 547.78 |
| 6/12 | 1296 | 2,624.80 | 6/29 | 1327 | 1,429.05 |
| 6/13 | 1297 | 293.99 | 6/29 | 1328 | 559.17 |
| 6/21 | 1298 | 572.00 | 6/29 | 1330* | 1,514.27 |
| 6/25 | 1299 | 150.00 | 6/29 | 1332* | 2,965.59 |
| 6/21 | 1300 | 3,500.00 | 6/29 | 1335* | 100.00 |

* Denotes missing check numbers

# BANK IIIIII INDEPENDENT®

## Radically Original™

256-386-5000 | 877-865-5050 | bibank.com    Member FDIC

www.bibank.com

Small Business Checking              4641  (Continued)

### DAILY BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 6/01 | 29,731.92 | 6/13 | 57,701.01 | 6/22 | 49,811.36 |
| 6/04 | 26,354.44 | 6/14 | 57,125.69 | 6/25 | 49,511.36 |
| 6/05 | 78,789.27 | 6/15 | 54,626.75 | 6/26 | 73,388.69 |
| 6/06 | 78,839.27 | 6/18 | 41,427.33 | 6/28 | 80,039.14 |
| 6/07 | 78,589.27 | 6/19 | 41,121.09 | 6/29 | 61,753.65 |
| 6/11 | 74,883.88 | 6/20 | 32,488.90 | | |
| 6/12 | 58,829.54 | 6/21 | 28,416.90 | | |

_____ **E N D  O F  S T A T E M E N T** _____



**PEOPLES BANK**
of **ALABAMA**
IN GOD WE TRUST

Date   6/29/18

JIT INDUSTRIES INC
OPERATING ACCOUNT
PO BOX 2023
MADISON AL 35758-5414

Effective 7/1/2018, we will no longer issue reward points in the MyEasyRewards
program unless you are a current paying subscriber of the MyRewards Gold or
Platinum Debit Card. Points remain valid for redemption thru certificate expiration

---- CHECKING ACCOUNT ----

| | | | |
|---|---|---|---|
| BUSINESS CHECKING | | Number of Enclosures | 0 |
| Account Number | ████3640 | Statement Dates   6/01/18 thru 7/01/18 | |
| Previous Balance | 1,569.82 | Days in the statement period | 31 |
| 1 Deposits/Credits | 190.95 | Average Ledger | 1,587.88 |
| 2 Checks/Debits | 1.16 | Average Collected | 1,587.88 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 1,759.61 | | |

---

**\*\*\*\* DEPOSITS AND ADDITIONS \*\*\*\***

| | | |
|---|---|---|
| 6/29 | SUPPL INV  UBE MACHINERY IN | 190.95 |
| | ████2353   \EFFDAT   PPD | |

---

**\*\*\*\* DEBITS AND WITHDRAWALS \*\*\*\***

| | | |
|---|---|---|
| 6/21 | Alabama.go AL ONESPOT TAX | .39- |
| | 2621862182      18/06/21 | |
| | ID#-20181180536 | |
| | TRACE#-091000012375145 | |
| 6/21 | DIRECT DBT   AL-DEPT OF REV | .77- |
| | ADORCCD000      18/06/21 | |
| | ID#-     702030464 | |
| | TRACE#-062001183896542 | |

---

**\*\*\*\* DAILY BALANCE INFORMATION \*\*\*\***

| | | | | | |
|---|---|---|---|---|---|
| 6/01 | 1,569.82 | 6/21 | 1,568.66 | 6/29 | 1,759.61 |

Phone: (256)737-7000 or (877)788-0288 • www.peoplesbankal.com    Member FDIC
Deposits Insured to $250,000    NOTICE: SEE REVERSED SIDE FOR IMPORTANT INFORMATION

**Electronic Transfers**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Write us at 1912 Cherokee Ave SW Cullman AL 35055 or call toll free at 1-877-788-0288 if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

Your inquiry must include:

1. Your name and account number.
2. A description of the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. The dollar amount of the suspected error.

We will investigate your inquiry and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error; so that you will have use of the money during the time it takes for us to complete our investigation. If you are to receive preauthorized deposits to your account, you can also call the telephone number indicated within this statement to find out whether or not the transfer occurred.

**IN CASE OF ERRORS**

Write us at 1912 Cherokee Ave SW Cullman AL 35055 or call toll free at 1-877-788-0288 within 60 days after the statement was mailed to you. Your inquiry must include:

1. Your name and account number.
2. The dollar amount of the suspected error.
3. A description of the error and why (to the extent you can explain) you believe it is an error.

You remain obligated to pay the parts of your bill not in dispute, but you do not have to pay an amount in dispute during the time the bank is resolving the dispute. During the same time, the bank may not take any action to collect the disputed amounts or report disputed amounts as delinquent.

This is a summary of your rights; a full statement of your rights and the bank's responsibilities under the Federal Fair Credit Billing Act will be sent to you upon request or in response to a billing error notice.