**United States Bankruptcy Court - Northern District of Alabama**

CASE NAME: JIT INDUSTRIES, INC     CASE NO.: 18-80892-CRJ-11     MONTH ENDING: _7-31_

Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES___ NO _X_  All post petition business taxes have been paid/deposited and the deposit slips are attached.

   YES___ NO _X_  All post petition individual taxes have been paid and the deposit slips are attached.

   If you answered "No" to the above, list the types of taxes that are now due and owing.

   | TYPE OF TAX | | AMOUNT |
   |---|---|---|
   | S-corp 2017 | $ | extension filed |
   | Personal 2017 | $ | extension filed |
   | | $ | |
   | | $ | |

2. YES _X_ NO___  Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

   If no, enter:      TYPE_____not in force.

   TYPE_____not in force.

3. YES _x_ NO___  New books and records were opened and are being maintained daily.

4. YES _X_ NO___  Copies of **all** banks statements and reconciliations are attached.

5. YES _X_ NO___  I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES _X_ NO___  All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE _8-13-18_

RESPONSIBLE PARTY

Phone No.: _256-345-1262_

Bankruptcy Administrator Form - Business BA-01

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME:  JIT INDUSTRIES, INC    CASE NO.: 18-80892-CRJ-11    MONTH ENDING: _7 - 31_

Attach Business Forms BA-02(A-D)
### BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual  **(Circle One)**  -Cash |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.  CASH ON HAND (Beginning) _61,073.57_

B.  RECEIPTS:

Accounts Receivable from
Form BA-02(A)-Line II(C)  _149,000.71_

Cash Sales  _-0-_

Loan Proceeds
from_____  _-0-_

Sale of Property  _-0-_
(Not in ordinary
course of business)

Other_____

C.  TOTAL RECEIPTS  _149,000.71_
(Total of B)

D.  BUSINESS DISBURSEMENTS
FROM FORM BA-02(B)  _73,226.63_

E.  SURPLUS OR DEFICIT  _75,774.08_
(C minus D)

F.  CASH ON HAND (End)  _136,847.65_
(A plus E) _* see attached_

1.  REVENUE FROM TOTAL
SALES  $ _162,279.32_

2.  LESS COST OF THOSE
SALES  _29,452.98_
(Cost of materials,
Labor, etc.)

3.  EQUALS GROSS
PROFIT (1 minus 2)  _132,826.34_

4.  LESS OPERATING
EXPENSES  _73,226.63_

5.  EQUALS NET PROFIT
OPERATIONS
(3 minus 4)  _59,599.71_

6.  NON-OPERATING
INCOME/EXPENSES
(LIST SPECIFIC
INCOME/EXPENSES)

_____
_____
_____

7.  EQUALS NET PROFIT
OR NET LOSS  $ _59,599.71_
(5 plus or minus 6)

**\* Please itemize Cost of Sales
and Expenses on a separate
sheet of paper.**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE _8-13-18_                          _Huey McComb_
                                         RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC          CASE NO.: 18-80892-CRJ-11          MONTH ENDING: 7-31

Attach to Business Form BA-02

# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.   NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II.   COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

A.   Amount collected this month on accounts
     receivable charged and paid this month.          $ 45,303.21

B.   Amount collected this month on accounts
     receivable charged in prior months
     and paid this month.                             $ 103,697.50

C.   TOTAL collected this month on accounts
     receivable.                                      $ 149,000.71

III.   PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | $ | | | | $ |
| see attached pending A/R | | | | | |
| | | | | | |
| * circle items very old debt | | | | | |
| need to be removed | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTALS | $ | | | | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF

DATE: 8-15-18                         _Ginger McComb_
                                      RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(A)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC     CASE NO.: 18-80892-CRJ-11     MONTH ENDING: *7 31*

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | | |
|---|---|---|
| ACCOUNTING FEES............................................. | $ | |
| ADVERTISING.................................................. | | |
| AUTOMOBILES/VEHICLES (repairs & maintenance) *fuel* | | 896.48 |
| COMMISSIONS/CONTRACT LABOR.................................. | | |
| INSURANCE (TOTAL)........................................... | | 2,648.44 |
|     AUTO | $ -115.92 | |
|     LIABILITY | 220.70 | |
|     LIFE | | |
|     MEDICAL | 1,332.08 | |
|     ~~CASUALTY~~ *Umbrella* | 200.00 | |
|     FIRE & THEFT | | |
|     WORKMAN'S COMP. | 547.06 | |
|     OTHER *Property* | 464.52 | |
| INTEREST PAID............................... *Bank Charges* | | 433.33 |
| INVENTORY PURCHASED......................................... | | |
| LEGAL FEES.................................................. | | 3365.00 |
| POSTAGE..................................................... | | |
| RENT/LEASE PAYMENTS ON REAL ESTATE.......................... | | 3500.00 |
| REPAIRS & MAINTENANCE....................................... | | |
| SALARIES/WAGES PAID......................................... | | 52,544.49 |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]................. | | 2,269.50 |
| SUPPLIES (TOTAL)............................................ | | |
|     OFFICE *+ printing* | $ 318.84 | |
|     OPERATING *tooling, shop, shipping* | 1950.66 | 2,191.20 |
| TRAVEL & ENTERTAINMENT...................................... | | |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)] ~~3953.20+1.59~~ | | 3953.79 |
| UNSECURED LOAN PAYMENTS..................................... | | |
| UTILITIES (TOTAL)........................................... | | 1,420.40 |
|     ELECTRICITY | $ | |
|     GAS | | |
|     TELEPHONE *+internet* | 1,420.40 | |
|     WATER | | |
|     OTHER *1* | | |
| OTHER BUSINESS DISBURSEMENTS | | |
| (Specify) | $ | |
| TOTAL BUSINESS DISBURSEMENTS................................ | $ | 73,226.63 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE: *8-13-18*                    *Jim McComb*
                              RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(B)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC          CASE NO.: 18-80892-CRJ-11     MONTH ENDING: *7-31*

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month.
   (Check, if true.)

2. __X__ No secured loan payments have been paid during this month.
   (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| Rod Hill   Judgment | | | | | |
| Phillip Hill   judgment | | | | | |
| Danny Overbee  judgement | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE 7 15 18 _____          _____
                                      RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC          CASE NO.: 18-80892-CRJ-11     MONTH ENDING: 1-31

Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| see attached | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE: 7-18-18                                    _____
                                                    RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(D)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC   CASE NO.: 18-80892-CRJ-11   MONTH ENDING: 7-31

### BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Peoples * | *xx 36-10 | 1759.61 | 7-31 | Pre |
| * unable to close the account | | | | |
| Bank Ind. | *xx 4641 | 59,313.96 | 7-31 | Pre |

### GROSS PAYROLL
(Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1 (Name) Ginger McComb | $ 10,000 | |
| Officer #2 (Name) Matthe McComb | $ 10,000 | |
| Other Officer (Name) _____ | $ _____ | |
| Employees (Number) 9 | $ _____ | |
| Employees (Relatives) none | $ _____ | |
| Name _____ | $ _____ | |
| Name _____ | $ _____ | |

### INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $ See below |
| Inventory - Purchased this Month - CASH | $ _____ |
| Inventory - Purchased this Month - CREDIT | $ _____ |
| Inventory - End of Month (COST) | $ _____ |

### PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

X A. No payments on pre-petition debts have been made this month.
___ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 7-13-18        Ginger McComb
RESPONSIBLE PARTY

* inventory numbers are fluid in manufacturing process, this makes inventory difficult to track. Customarily only an annual review is done.

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC      CASE NO.: 18-80892-CRJ-11    MONTH ENDING: 7-31

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

_____ A. All operating expenses since the beginning of this case have been paid. Therefore there are no post-petition accounts payable.

**** OR ****

✓ B. Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| see attached accts payable | $ | $ | $ | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 7-13

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC    CASE NO.: 18-80892-CRJ-11    MONTH ENDING: *7-31*

### File for Each Quarter
### BUSINESS DEBTOR'S BALANCE SHEET

**I.  ASSETS**

Current:
| | | |
|---|---|---|
| Cash | $ | *see attached* |
| Inventory | $ | *B/S* |
| Accounts Receivable | $ | |
| Other | $ | |
| Total Current Assets    (a) | $ | |

Fixed:
| | | |
|---|---|---|
| Property & Equipment | $ | |
| Accumulated Depreciation | $ < | > |
| Other | $ | |
| Total Fixed Assets    (b) | $ | |

Total Assets    (a + b) = (c)    $_____

**II. LIABILITIES**

Current:
| | |
|---|---|
| Post Chapter 11 Payables | $ |
| Taxes Payable | $ |
| Accrued Professional Fees | $ |
| Accrued Expenses | $ |
| Notes Payable | $ |
| Current Portion Long Term Debt | $ |
| Other | $ |
| Total Current Liabilities (d) | $ |

Long Term Debt:
| | | |
|---|---|---|
| Pre-Chapter 11 Payables | $ | |
| Notes & Loans Payable | $ | |
| Less Current Portion | $ < | > |
| Other | $ | |
| Total Long Term Debt    (e) | $ | |

Total Liabilities    (d + e) = (f)    $_____

STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH
| | |
|---|---|
| Capital Stock    (g) | $ |
| Retained Earnings (Deficit) (h) | $ |
| Current Surplus (Deficit) (i) | $ |

Total Liabilities & Stockholder
Equity/Net Worth    (f) + (g) + (h) + (i) $_____

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE  *7-13-18*                      *Ginger McConst*
                                     RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-04

**United States Bankruptcy Court – Northern District of Alabama**

CASE NAME: JIT INDUSTRIES, INC        CASE NO.: 18-80892-CRJ 11      MONTH ENDING: *7-31*

**File for Each Quarter**
**by the 15th of the Month Following the End of the Quarter**

**BUSINESS DEBTOR'S QUARTERLY INCOME STATEMENT**

```
TOTAL REVENUE (SALES)                        (a)  $  see attached
    Cost of Sales:                                       P&L
                Materials          $_____
                Labor              $_____
                Purchased Services $_____
        Total Cost of Sales            (b)  $_____
        Gross Profit       (a – b) = (c)  $_____

OPERATING EXPENSES
                Management Salary                 $_____
                Other Salary Expense              $_____
                Payroll Expenses                  $_____
                Outside Services & Contractors    $_____
                Supplies (office & operating)     $_____
                Repairs & Maintenance             $_____
                Advertising                       $_____
                Auto Expense                      $_____
                Delivery                          $_____
                Accounting & Legal                $_____
                Rent                              $_____
                Telephone                         $_____
                Travel & Entertainment            $_____
                Utilities                         $_____
                Insurance                         $_____
                Taxes real estate, property, etc.) $_____
                Interest                          $_____
                Depreciation                      $_____
                Other Operating Expenses (describe) $_____
                _____      $_____
                _____      $_____
        Total Operating Expenses:          (d)  $_____

        Net Profit/(Loss) from Operations (c – d)=(e)  $_____

        Non-Operating Income/Expenses  $_____
        _____   $_____
                                       $_____
        Total                          (f)  $_____

        Net Profit/(Loss)        (e – f)  $_____
```

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE *7-13-18*                                 _____
                                               RESPONSIBLE PARTY

**Bankruptcy Administrator Form – Business BA-04**

# JIT Industries, Inc.
## A/R Aging Summary
### As of July 31, 2018

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| | 526.66 | 0.00 | 0.00 | 0.00 | 0.00 | 526.66 |
| | 0.00 | 2,540.76 | 0.00 | 0.00 | 0.00 | 2,540.76 |
| | 35,100.83 | 3,123.32 | 8,896.88 | 0.00 | 0.00 | 47,121.03 |
| | 132.91 | 0.00 | 0.00 | 0.00 | 0.00 | 132.91 |
| | 117.60 | 0.00 | 0.00 | 0.00 | 0.00 | 117.60 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 7,380.37 | 7,380.37 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 859.17 | 859.17 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 14,900.64 | 14,900.64 |
| | 2,675.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,675.00 |
| | 2,051.92 | 0.00 | 0.00 | 0.00 | 0.00 | 2,051.92 |
| | 2,641.34 | 0.00 | 2,006.40 | 0.00 | 0.00 | 4,647.74 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 390.98 | 390.98 |
| | 185.00 | 0.00 | 0.00 | 0.00 | 0.00 | 185.00 |
| | 1,544.92 | 0.00 | 0.00 | 0.00 | 0.00 | 1,544.92 |
| | 8,123.73 | 0.00 | 0.00 | 0.00 | 0.00 | 8,123.73 |
| | 0.00 | 4,926.00 | 0.00 | 0.00 | 0.00 | 4,926.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 16,346.00 | 16,346.00 |
| | 391.00 | 0.00 | 0.00 | 0.00 | 0.00 | 391.00 |
| | 3,314.80 | 0.00 | 0.00 | 0.00 | 0.00 | 3,314.80 |
| | 0.00 | 676.60 | 0.00 | 0.00 | 0.00 | 676.60 |
| | 0.00 | -0.88 | 0.00 | 0.00 | 0.00 | -0.88 |
| | 22,811.28 | 4,184.43 | 0.00 | 0.00 | 0.00 | 26,995.71 |
| | 1,803.16 | 0.00 | 0.00 | 0.00 | 0.00 | 1,803.16 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 3,093.23 | 3,093.23 |
| | 2,843.40 | 0.00 | 0.00 | 0.00 | 0.00 | 2,843.40 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 193.65 | 193.65 |
| | 1,360.25 | 0.00 | 0.00 | 0.00 | 0.00 | 1,360.25 |
| | 4,890.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,890.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | -491.65 | -491.65 |
| | 39,390.70 | 0.00 | 0.00 | 0.00 | 0.00 | 39,390.70 |
| | 3,156.92 | 0.00 | 0.00 | 0.00 | 0.00 | 3,156.92 |
| | 2,103.70 | 0.00 | 0.00 | 0.00 | 0.00 | 2,103.70 |
| | 1,258.63 | 0.00 | 527.00 | 0.00 | 0.00 | 1,785.63 |
| | 0.00 | 3,584.68 | 0.00 | 0.00 | 0.00 | 3,584.68 |
| | 5,063.80 | 2,065.90 | 0.00 | 0.00 | 0.00 | 7,129.70 |
| | 0.00 | 0.00 | -220.00 | 0.00 | 0.00 | -220.00 |
| | 1,970.20 | 0.00 | 0.00 | 0.00 | 0.00 | 1,970.20 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 123.60 | 123.60 |
| | 1,044.90 | 0.00 | 0.00 | 0.00 | 0.00 | 1,044.90 |
| | 706.40 | 0.00 | 0.00 | 0.00 | 0.00 | 706.40 |
| **TOTAL** | 145,209.05 | 21,100.81 | 11,210.28 | 0.00 | 42,795.99 | 220,316.13 |

*$600.61* (handwritten annotation)

Page 1

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS  &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 07/13/18: $29,959.69**

## TRANSACTION SUMMARY

**SUMMARY BY TRANSACTION TYPE -**

| | |
|---|---:|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 9,574.39 |
| TOTAL NEGOTIABLE CHECKS | 20,385.30 |
| CASH REQUIRED FOR  NEGOTIABLE CHECKS &/OR EFT | 29,959.69 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 318.52 |
| CASH REQUIRED FOR CHECK DATE 07/13/18 | 30,278.21 |

## TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER -** *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---:|---:|
| 07/13/18 | BANK INDEPENDENT | xxxxxxx4641 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 1,719.49 | |
| | | | | Medicare | 402.12 | |
| | | | | Fed Income Tax | 4,143.12 | |
| | | | | AL Income Tax | 1,083.85 | |
| | | | | **Total Withholdings** | 7,348.58 | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 1,719.50 | |
| | | | | Medicare | 402.14 | |
| | | | | Fed Unemploy | 9.67 | |
| | | | | AL Unemploy | 93.16 | |
| | | | | AL Emp Sec Asm | 1.34 | |
| | | | | **Total Liabilities** | 2,225.81 | 9,574.39 |
| | | | | **EFT FOR 07/13/18** | | 9,574.39 |
| | | | | **TOTAL EFT** | | 9,574.39 |

**NEGOTIABLE CHECKS -** *Check amounts will be debited when payees cash checks. Funds must be available on check date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---:|---:|
| 07/13/18 | BANK INDEPENDENT | xxxxxxx4641 | Payroll | Check Amounts | 20,385.30 | |
| | | | | **TOTAL  NEGOTIABLE CHECKS** | | 20,385.30 |

0041 1808-1414  JIT Industries Inc
Run Date 07/11/18  04:26 PM

Period Start - End Date      06/23/18 - 07/06/18
Check Date                        07/13/18

Cash Requirements
Page 1 of 2
CASHREQ

Case 18-80892-CRJ11    Doc 71    Filed 08/15/18    Entered 08/15/18 10:39:50    Desc Main
Document      Page 12 of 27

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS  &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 07/13/18: $29,959.69**

---

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** - *Paychex does not remit these funds. You must ensure accurate and timely payment of applicable items.*

| TRANS. DATE | BANK NAME          ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|
| 07/13/18 | Refer to your records for account information | Payroll | Employee Deductions | | |
| | | | Health Ins Pretax | 318.52 | |
| | | | Total Deductions | 318.52 | |
| | | **TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** | | / | **318.52** |

---

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF** - *This information serves as a record of payment.*

| DUE DATE | PRODUCT | DESCRIPTION | |
|---|---|---|---|
| 07/18/18 | Taxpay® | FED IT PMT Group | 8,386.37 |

---

0041 1808-1414  JIT Industries Inc
Run Date 07/11/18 04:26 PM

Period Start - End Date   06/23/18 - 07/06/18
Check Date   07/13/18

Cash Requirements
Page 2 of 2
CASHREQ

Case 18-80892-CRJ11    Doc 71    Filed 08/15/18    Entered 08/15/18 10:39:50    Desc Main
Document    Page 13 of 27

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 07/31/18: $22,261.21**

---

## TRANSACTION SUMMARY

**SUMMARY BY TRANSACTION TYPE -**

| | |
|---|---:|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 6,870.24 |
| TOTAL NEGOTIABLE CHECKS | 15,390.97 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | 22,261.21 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 1,518.52 |
| CASH REQUIRED FOR CHECK DATE 07/31/18 | 23,779.73 |

---

## TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER -** *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---:|---:|
| 07/31/18 | BANK INDEPENDENT | xxxxxxx4641 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 1,335.09 | |
| | | | | Medicare | 312.26 | |
| | | | | Fed Income Tax | 2,690.04 | |
| | | | | AL Income Tax | 805.46 | |
| | | | | Total Withholdings | 5,142.85 | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 1,335.10 | |
| | | | | Medicare | 312.24 | |
| | | | | Fed Unemploy | 9.67 | |
| | | | | AL Unemploy | 69.38 | |
| | | | | AL Emp Sec Asm | 1.00 | |
| | | | | Total Liabilities | 1,727.39 | 6,870.24 |
| | | | | EFT FOR 07/31/18 | | 6,870.24 |
| | | | | TOTAL EFT | | 6,870.24 |

---

**NEGOTIABLE CHECKS -** *Check amounts will be debited when payees cash checks. Funds must be available on check date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---:|---:|
| 07/31/18 | BANK INDEPENDENT | xxxxxxx4641 | Payroll | Check Amounts | 15,390.97 | |
| | | | | TOTAL NEGOTIABLE CHECKS | | 15,390.97 |

---

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES -** *Paychex does not remit these funds. You must ensure accurate and timely payment of applicable items.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---:|---:|
| 07/31/18 | Refer to your records for account information | | Payroll | Employee Deductions | | |
| | | | | 401K AdvSel EE Pre | 1,000.00 | |

---

0041 1808-1414  JIT Industries Inc
Run Date 07/30/18  02:09 PM

Period Start - End Date  07/07/18 - 07/22/18
Check Date  07/31/18

Cash Requirements
Page 1 of 2
CASHREQ

Case 18-80892-CRJ11    Doc 71    Filed 08/15/18    Entered 08/15/18 10:39:50    Desc Main
Document      Page 14 of 27

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 07/31/18: $22,261.21**

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES (cont.)** - *Paychex does not remit these funds. You must ensure accurate and timely payment of applicable items.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 07/31/18 | Refer to your records for account information | | Payroll | Employee Deductions (cont.) | | |
| | | | | Health Ins Pretax | 318.52 | |
| | | | | **Total Deductions** | 1,318.52 | |
| | | | | Other Items | | |
| | | | | 401k ER | 200.00 | |
| | | | | **TOTAL OTHER ITEMS** | 200.00 | |
| | | | | **TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** | | 1,518.52 |

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF** - *This information serves as a record of payment.*

| DUE DATE | PRODUCT | DESCRIPTION | |
|---|---|---|---|
| 08/03/18 | Taxpay® | FED IT PMT Group | 5,984.73 |
| 08/15/18 | Taxpay® | AL Income Tax | 1,889.31 |

0041 1808-1414  JIT Industries Inc
Run Date 07/30/18  02:09 PM

Period Start - End Date   07/07/18 - 07/22/18
Check Date                      07/31/18

Cash Requirements
Page 2 of 2
CASHREQ

Case 18-80892-CRJ11    Doc 71    Filed 08/15/18    Entered 08/15/18 10:39:50    Desc Main
Document      Page 15 of 27

# JIT Industries, Inc.
## A/P Aging Summary
### As of July 31, 2018

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| | 0.00 | 207.75 | -213.75 | 0.00 | 0.00 | -6.00 |
| | 4,080.00 | 3,131.55 | 0.00 | 0.00 | 0.00 | 7,211.55 |
| | 2,477.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,477.00 |
| | 3,168.00 | 551.00 | 0.00 | 0.00 | 0.00 | 3,719.00 |
| | 1,040.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,040.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 47,015.58 | 47,015.58 |
| | 0.00 | -1,064.61 | 0.00 | 0.00 | 0.00 | -1,064.61 |
| | 439.13 | 0.00 | 0.00 | 0.00 | 0.00 | 439.13 |
| | 77.70 | 0.00 | 0.00 | 0.00 | 0.00 | 77.70 |
| | 190.55 | 0.00 | 0.00 | 0.00 | 0.00 | 190.55 |
| | 0.00 | 6,057.48 | 0.00 | 0.00 | 0.00 | 6,057.48 |
| | 0.00 | 0.00 | 0.00 | 0.00 | -10.92 | -10.92 |
| | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| | 0.00 | 764.15 | 375.10 | 0.00 | -285.55 | 853.70 |
| | 0.00 | 12,241.90 | 0.00 | 0.00 | 0.00 | 12,241.90 |
| | 0.00 | 0.00 | -293.99 | 0.00 | -369.53 | -663.52 |
| | 0.00 | 168.77 | 0.00 | 0.00 | 0.00 | 168.77 |
| | 22,120.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22,120.00 |
| | 0.00 | -153.08 | 0.00 | 0.00 | 0.00 | -153.08 |
| | 169.50 | 0.00 | 0.00 | 0.00 | 0.00 | 169.50 |
| | 0.00 | 0.00 | 0.00 | 0.00 | -0.43 | -0.43 |
| | 0.00 | -297.12 | 0.00 | 0.00 | 0.00 | -297.12 |
| | 659.91 | 0.00 | 0.00 | 0.00 | 0.00 | 659.91 |
| | 1,490.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,490.00 |
| | 0.00 | 0.00 | 180.00 | 0.00 | 0.00 | 180.00 |
| | 7,660.00 | 1,516.00 | 0.00 | 0.00 | 0.00 | 9,176.00 |
| | 715.16 | 0.00 | 0.00 | 0.00 | 0.00 | 715.16 |
| TOTAL | 44,586.95 | 23,123.79 | 47.36 | 0.00 | 46,349.15 | 114,107.25 |

Case 18-80892-CRJ11    Doc 71    Filed 08/15/18    Entered 08/15/18 10:39:50    Desc Main
Document      Page 16 of 27

# JIT Industries, Inc.
## Reconciliation Detail
### 10000 · Peoples Bank of Alabama, Period Ending 07/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 1,759.61 |
| Cleared Balance | | | | | | 1,759.61 |
| **Uncleared Transactions** | | | | | | |
| **Deposits and Credits - 1 Item** | | | | | | |
| General Journal | 01/01/2018 | BANK ... | | | 537.79 | 537.79 |
| Total Deposits and Credits | | | | | 537.79 | 537.79 |
| Total Uncleared Transactions | | | | | 537.79 | 537.79 |
| Register Balance as of 07/31/2018 | | | | | 537.79 | 2,297.40 |
| **Ending Balance** | | | | | **537.79** | **2,297.40** |

\* old journal entry
can't close this account
w/o instructions for
the Military Sales Account

Case 18-80892-CRJ11    Doc 71    Filed 08/15/18    Entered 08/15/18 10:39:50    Desc Main
Document    Page 17 of 27



# PEOPLES BANK
of ALABAMA
IN GOD WE TRUST

Date   7/31/18

JIT INDUSTRIES INC
OPERATING ACCOUNT
PO BOX 2023
MADISON AL 35758-5414

Effective 7/1/2018, we will no longer issue reward points in the MyEasyRewards
program unless you are a current paying subscriber of the MyRewards Gold or
Platinum Debit Card. Points remain valid for redemption thru certificate expiration

## ---- CHECKING ACCOUNT ----

```
BUSINESS CHECKING                    Number of Enclosures              0
Account Number           ███████43640 Statement Dates   7/02/18 thru 7/31/18
Previous Balance          1,759.61   Days in the statement period    30
     Deposits/Credits          .00   Average Ledger             1,759.61
     Checks/Debits             .00   Average Collected          1,759.61
Service Charge                  .00
Interest Paid                   .00
Ending Balance            1,759.61
```

--------------------------------------------------------------------------------

## **** DAILY BALANCE INFORMATION ****

```
7/02          1,759.61
```

Phone: (256)737-7000 or (877)788-0288 • www.peoplesbankal.com    Member FDIC    NOTICE: SEE REVERSED SIDE FOR IMPORTANT INFORMATION
Deposits Insured to $250,000

# JIT Industries, Inc.
## Reconciliation Detail
### 10001 · BANK INDEPENDENT, Period Ending 07/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 61,753.65 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 80 Items** | | | | | | |
| Bill Pmt -Check | 06/18/2018 | 1227 | SCOT INDUSTRIES | X | -757.61 | -757.61 |
| Bill Pmt -Check | 06/20/2018 | 1314 | SCOT INDUSTRIES | X | -437.31 | -1,194.92 |
| Bill Pmt -Check | 06/20/2018 | 1322 | ALABAMA DEPART... | X | -50.00 | -1,244.92 |
| Check | 06/27/2018 | 1323 | | X | -250.00 | -1,494.92 |
| Credit Card Credit | 06/29/2018 | 1336 | GINGER G MCCOMB | X | -20,812.57 | -22,307.49 |
| General Journal | 06/29/2018 | 18 06... | | X | -7,684.43 | -29,991.92 |
| General Journal | 06/29/2018 | 18 06... | | X | -1,500.00 | -31,491.92 |
| Bill Pmt -Check | 06/29/2018 | 1321 | HARTSELLE UTILIT... | X | -1,158.64 | -32,650.56 |
| Check | 07/02/2018 | ACH 7... | | X | -76.90 | -32,727.46 |
| Bill Pmt -Check | 07/03/2018 | EFT | EPLAN SERVICES | X | -250.00 | -32,977.46 |
| Bill Pmt -Check | 07/06/2018 | 1338 | SPARKMAN SHEP... | X | -11,977.72 | -44,955.18 |
| Bill Pmt -Check | 07/06/2018 | ACH | WORLEY MACHIN... | X | -7,000.00 | -51,955.18 |
| Bill Pmt -Check | 07/06/2018 | EFT | BLUECROSS BLUE... | X | -3,229.65 | -55,184.83 |
| Bill Pmt -Check | 07/06/2018 | 1362 | JUST-RITE | X | -2,900.00 | -58,084.83 |
| Bill Pmt -Check | 07/06/2018 | ACH | CUTTING EDE MA... | X | -1,179.00 | -59,263.83 |
| Bill Pmt -Check | 07/06/2018 | 1367 | PRECISION PLATI... | X | -1,140.00 | -60,403.83 |
| Bill Pmt -Check | 07/06/2018 | ACH | HERCULES INC | X | -806.29 | -61,210.12 |
| Check | 07/06/2018 | 1339 | MISC VENDOR | X | -803.00 | -62,013.12 |
| Bill Pmt -Check | 07/06/2018 | ACH | MACH III INC | X | -699.45 | -62,712.57 |
| Bill Pmt -Check | 07/06/2018 | 1364 | HOWELL ELECTRI... | X | -523.25 | -63,235.82 |
| Bill Pmt -Check | 07/06/2018 | EFT | UPS | X | -508.98 | -63,744.80 |
| Bill Pmt -Check | 07/06/2018 | 1363 | XPO Logistics (INC) | X | -183.30 | -63,928.10 |
| Bill Pmt -Check | 07/06/2018 | 1366 | BALLEW'S SANITA... | X | -128.00 | -64,056.10 |
| Check | 07/06/2018 | 1340 | MISC VENDOR | X | -20.00 | -64,076.10 |
| Check | 07/09/2018 | 1316 | SCOT INDUSTRIES | X | -2,631.11 | -66,707.21 |
| Bill Pmt -Check | 07/09/2018 | EFT | UPS | X | -283.33 | -66,990.54 |
| Bill Pmt -Check | 07/10/2018 | 1315 | SCOT INDUSTRIES | X | -1,147.74 | -68,138.28 |
| Check | 07/10/2018 | EFT | TSYS formally TRA... | X | -109.95 | -68,248.23 |
| Check | 07/11/2018 | 1343 | MISC VENDOR | X | -250.00 | -68,498.23 |
| Check | 07/11/2018 | 1345 | MISC VENDOR | X | -61.07 | -68,559.30 |
| Check | 07/11/2018 | DEBIT | | X | -29.60 | -68,588.90 |
| Check | 07/11/2018 | DEBIT... | MISC VENDOR | X | -27.96 | -68,616.86 |
| Check | 07/12/2018 | 1378 | PEOPLES BANK O... | X | -3,500.00 | -72,116.86 |
| Bill Pmt -Check | 07/12/2018 | 1347 | MISC VENDOR | X | -250.00 | -72,366.86 |
| Check | 07/12/2018 | 1346 | MISC VENDOR | X | -175.00 | -72,541.86 |
| General Journal | 07/13/2018 | 18 0713 | | X | -9,574.39 | -82,116.25 |
| Check | 07/13/2018 | 1377 | MARCIA ST. LOUIS | X | -4,272.29 | -86,388.54 |
| Check | 07/13/2018 | 1374 | MATTHEW A MCC... | X | -3,834.73 | -90,223.27 |
| Check | 07/13/2018 | 1373 | GINGER G MCCOMB | X | -3,497.65 | -93,720.92 |
| Check | 07/13/2018 | 1376 | MARCIA ST. LOUIS | X | -2,964.52 | -96,685.44 |
| Check | 07/13/2018 | 1371 | MICHAEL K HOGAN | X | -1,624.02 | -98,309.46 |
| Check | 07/13/2018 | 1369 | TIMOTHY DAVIDSON | X | -1,409.84 | -99,719.30 |
| Check | 07/13/2018 | 1368 | JIMMY J CHAMBERS | X | -997.36 | -100,716.66 |
| Check | 07/13/2018 | 1372 | RANDY C KELLEY | X | -659.62 | -101,376.28 |
| Check | 07/13/2018 | 1370 | EDDIE R HENDERS... | X | -635.13 | -102,011.41 |
| Check | 07/13/2018 | 1375 | BOBBY G SCOTT | X | -490.14 | -102,501.55 |
| Check | 07/13/2018 | ach | BD CYLINDER PRO... | X | -42.60 | -102,544.15 |
| Bill Pmt -Check | 07/16/2018 | ACH | COMMERCIAL FLUI... | X | -8,835.74 | -111,379.89 |
| Bill Pmt -Check | 07/16/2018 | 1383 | SENTRY INSURAN... | X | -1,316.36 | -112,696.25 |
| Bill Pmt -Check | 07/16/2018 | ACH | HERCULES INC | X | -1,269.93 | -113,966.18 |
| Bill Pmt -Check | 07/16/2018 | 1380 | HARTSELLE UTILIT... | X | -1,064.61 | -115,030.79 |
| Check | 07/16/2018 | 1379 | CULLMAN CASTIN... | X | -886.56 | -115,917.35 |
| Bill Pmt -Check | 07/16/2018 | EFT | XEROX CORPORA... | X | -220.05 | -116,137.40 |
| Bill Pmt -Check | 07/16/2018 | 1382 | CUTTING EDE MA... | X | -202.00 | -116,339.40 |
| Bill Pmt -Check | 07/16/2018 | 1381 | HOLSTON GASES | X | -116.64 | -116,456.04 |
| Bill Pmt -Check | 07/16/2018 | EFT | CHARTER (Spectrum) | X | -109.98 | -116,566.02 |
| Check | 07/18/2018 | ACH 7... | CUTTING EDE MA... | X | -202.00 | -116,768.02 |
| Check | 07/23/2018 | 1385 | GINGER G MCCOMB | X | -3,232.83 | -120,000.85 |
| Check | 07/23/2018 | 1387 | SPARKMAN SHEP... | X | -1,625.00 | -121,625.85 |
| Bill Pmt -Check | 07/23/2018 | 1352 | SCOT INDUSTRIES | X | -445.15 | -122,071.00 |
| General Journal | 07/23/2018 | 18 0723 | | X | -4.59 | -122,075.59 |
| Bill Pmt -Check | 07/24/2018 | 1386 | MISC VENDOR | X | -787.50 | -122,863.09 |
| Bill Pmt -Check | 07/26/2018 | 1342 | MISC VENDOR | X | -1,500.00 | -124,363.09 |
| Bill Pmt -Check | 07/27/2018 | ACH | HERCULES INC | X | -1,810.08 | -126,173.17 |
| Bill Pmt -Check | 07/27/2018 | 1390 | KGS STEEL | X | -1,013.50 | -127,186.67 |

Case 18-80892-CRJ11    Doc 71    Filed 08/15/18    Entered 08/15/18 10:39:50    Desc Main
Document    Page 19 of 27

# JIT Industries, Inc.
# Reconciliation Detail
## 10001 · BANK INDEPENDENT, Period Ending 07/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 07/27/2018 | ach | CRESAP MACHINE | X | -800.00 | -127,986.67 |
| Bill Pmt -Check | 07/27/2018 | 1388 | XPO Logistics (INC) | X | -621.88 | -128,608.55 |
| Bill Pmt -Check | 07/27/2018 | ach | CUTTING EDE MA... | X | -315.00 | -128,923.55 |
| Check | 07/27/2018 | DEBIT | MISC VENDOR | X | -13.98 | -128,937.53 |
| Check | 07/29/2018 | | | X | -86.00 | -129,023.53 |
| Bill Pmt -Check | 07/30/2018 | EFT | MISC VENDOR | X | -215.84 | -129,239.37 |
| General Journal | 07/31/2018 | 18 0731 | | X | -6,870.24 | -136,109.61 |
| Bill Pmt -Check | 07/31/2018 | EFT | MISC VENDOR | X | -5,487.48 | -141,597.09 |
| Check | 07/31/2018 | 1399 | MARCIA ST. LOUIS | X | -2,964.52 | -144,561.61 |
| Check | 07/31/2018 | 1394 | MICHAEL K HOGAN | X | -2,165.58 | -146,727.19 |
| Check | 07/31/2018 | 1392 | TIMOTHY DAVIDSON | X | -1,840.44 | -148,567.63 |
| Check | 07/31/2018 | 1391 | JIMMY J CHAMBERS | X | -1,283.00 | -149,850.63 |
| Check | 07/31/2018 | 1393 | EDDIE R HENDERS... | X | -794.20 | -150,644.83 |
| Check | 07/31/2018 | 1395 | RANDY C KELLEY | X | -755.43 | -151,400.26 |
| Check | 07/31/2018 | DEBIT... | MISC VENDOR | X | -40.18 | -151,440.44 |
| | | | **Total Checks and Payments** | | **-151,440.44** | **-151,440.44** |
| | | | **Deposits and Credits - 15 items** | | | |
| Bill Pmt -Check | 06/29/2018 | 1315 | SCOT INDUSTRIES | X | 0.00 | 0.00 |
| Bill Pmt -Check | 07/02/2018 | | SCOT INDUSTRIES | X | 0.00 | 0.00 |
| Deposit | 07/02/2018 | | | X | 1,000.00 | 1,000.00 |
| Deposit | 07/03/2018 | | | X | 38,601.41 | 39,601.41 |
| Deposit | 07/05/2018 | | | X | 1,208.28 | 40,809.69 |
| Deposit | 07/09/2018 | | | X | 11,260.72 | 52,070.41 |
| Deposit | 07/12/2018 | | | X | 877.00 | 52,947.41 |
| Deposit | 07/12/2018 | | | X | 31,139.21 | 84,086.62 |
| Bill Pmt -Check | 07/16/2018 | | MACH III INC | X | 0.00 | 84,086.62 |
| Deposit | 07/16/2018 | | | X | 207.65 | 84,294.27 |
| Deposit | 07/16/2018 | | | X | 6,633.69 | 90,927.96 |
| Deposit | 07/23/2018 | | | X | 586.37 | 91,514.33 |
| Deposit | 07/23/2018 | | | X | 19,166.77 | 110,681.10 |
| Deposit | 07/24/2018 | | | X | 2,096.34 | 112,777.44 |
| Deposit | 07/31/2018 | | | X | 36,223.31 | 149,000.75 |
| | | | **Total Deposits and Credits** | | **149,000.75** | **149,000.75** |
| | | | **Total Cleared Transactions** | | **-2,439.69** | **-2,439.69** |
| | | | **Cleared Balance** | | **-2,439.69** | **59,313.96** |
| | | | **Uncleared Transactions** | | | |
| | | | **Checks and Payments - 10 items** | | | |
| Bill Pmt -Check | 07/06/2018 | To Print | MISC VENDOR | | -375.00 | -375.00 |
| Check | 07/07/2018 | DEBIT... | MISC VENDOR | | -20.24 | -395.24 |
| Bill Pmt -Check | 07/09/2018 | 1341 | SCOT INDUSTRIES | | -2,159.93 | -2,555.17 |
| Check | 07/18/2018 | 1351 | MISC VENDOR | | -35.00 | -2,590.17 |
| Check | 07/18/2018 | 1350 | MISC VENDOR | | -35.00 | -2,625.17 |
| Bill Pmt -Check | 07/27/2018 | 1389 | MTI MANUFACTUR... | | -5,883.35 | -8,508.52 |
| Bill Pmt -Check | 07/30/2018 | 1349 | SCOT INDUSTRIES | | -1,504.05 | -10,012.57 |
| Check | 07/31/2018 | 1397 | MATTHEW A MCC... | | -3,834.73 | -13,847.30 |
| Check | 07/31/2018 | 1396 | GINGER G MCCOMB | | -2,775.65 | -16,622.95 |
| Check | 07/31/2018 | 1398 | BOBBY G SCOTT | | -832.61 | -17,455.56 |
| | | | **Total Checks and Payments** | | **-17,455.56** | **-17,455.56** |
| | | | **Total Uncleared Transactions** | | **-17,455.56** | **-17,455.56** |
| | | | **Register Balance as of 07/31/2018** | | **-19,895.25** | **41,858.40** |

Case 18-80892-CRJ11    Doc 71    Filed 08/15/18    Entered 08/15/18 10:39:50    Desc Main
Document      Page 20 of 27

# JIT Industries, Inc.
## Reconciliation Detail
### 10001 · BANK INDEPENDENT, Period Ending 07/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **New Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| Bill Pmt -Check | 08/01/2018 | EFT | BLUECROSS BLUE... | | -3,229.65 | -3,229.65 |
| Bill Pmt -Check | 08/01/2018 | EFT | UPS | | -659.91 | -3,889.56 |
| Check | 08/01/2018 | DEBIT | | | -46.91 | -3,936.47 |
| Check | 08/05/2018 | DEBIT | | | -27.23 | -3,963.70 |
| Bill Pmt -Check | 08/08/2018 | 1353 | JMS METALS | | -2,492.00 | -6,455.70 |
| Bill Pmt -Check | 08/08/2018 | 1348 | SCOT INDUSTRIES | | -2,282.20 | -8,737.90 |
| Total Checks and Payments | | | | | -8,737.90 | -8,737.90 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 08/07/2018 | | | | 11,073.22 | 11,073.22 |
| Total Deposits and Credits | | | | | 11,073.22 | 11,073.22 |
| Total New Transactions | | | | | 2,335.32 | 2,335.32 |
| **Ending Balance** | | | | | **-17,559.93** | **44,193.72** |

Case 18-80892-CRJ11    Doc 71    Filed 08/15/18    Entered 08/15/18 10:39:50    Desc Main
Document      Page 21 of 27



BANK INDEPENDENT®

Radically Original™

256-386-5000 | 877-865-5050 | bibank.com    Member FDIC

www.bibank.com

Date 7/31/18        Page    1
Account
No. Checks                        4641
                                  61

JIT Industries Inc
Debtor in Possession
PO Box 2023
Madison AL 35758-5414

## ACCOUNT SUMMARY

| Account Number | Type of Account | Current Balance | Checks |
|---|---|---|---|
| 4641 | Small Business Checking | 59,313.96 | 61 |

## CHECKING ACCOUNT

Refer your family and friends to Bank Independent and earn up to $500!
Learn more and register at referlive.com/bibank.com.

| | | | |
|---|---|---|---|
| Small Business Checking | | No. Checks | 61 |
| Account Number | 3294641 | Statement Dates 7/02/18 thru 7/31/18 | |
| Previous Balance | 61,753.65 | Days in the statement period | 30 |
| 12 Deposits/Credits | 149,000.75 | Average Ledger | 61,060.49 |
| 88 Checks/Debits | 151,440.44 | Average Collected | 61,060.49 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 59,313.96 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees year to date | $.00 | $.00 |
| Return item fees year to date | $.00 | $72.00 |

## DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|---|---|---|



BANK INDEPENDENT®

Radically Original™

256-386-5000 | 877-865-5050 | bibank.com   Member FDIC

www.bibank.com

Small Business Checking        4641   (Continued)

## DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|------|-------------|--------|
| 7/02 | BKCD STLMT TSYS/TRANSFIRST CCD  39300980304892 | 1,000.00 |
| 7/03 | Deposit | 38,601.41 |
| 7/05 | ACHPYMTS    IVXP DECATUR CCD | 1,208.28 |
| 7/09 | Deposit | 11,260.72 |
| 7/12 | ACHPYMTS    IV XYLENES & PTA CCD | 877.00 |
| 7/12 | Deposit | 31,139.21 |
| 7/16 | BKCD STLMT TSYS/TRANSFIRST CCD  39300980304892 | 207.65 |
| 7/16 | Deposit | 6,633.69 |
| 7/23 | BKCD STLMT TSYS/TRANSFIRST CCD  39300980304892 | 586.37 |
| 7/23 | Deposit | 19,166.77 |
| 7/24 | Deposit | 2,096.34 |
| 7/31 | Deposit | 36,223.31 |

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
| 7/02 | 401k Contr I EPLAN SVCS PAD PPD | 1,500.00- |
| 7/02 | WEB PMTS    Tech Checks, Inc WEB | 76.90- |
| 7/02 | Bank to Ba JIT Industries, CCD  35758 | 42.60- |
| 7/03 | CORP COLL   EPLAN CCD  128493 | 250.00- |
| 7/10 | Bank to Ba JIT Industries, CCD  35758 | 7,000.00- |
| 7/10 | PREM PMT   BCBS OF AL CCD  20880999 | 3,229.65- |
| 7/10 | Bank to Ba JIT Industries, CCD  35758 | 1,179.00- |
| 7/10 | Bank to Ba JIT Industries, CCD  35758 | 806.29- |
| 7/10 | Bank to Ba JIT Industries, CCD  35758 | 699.45- |
| 7/10 | DISCOUNT   TSYS/TRANSFIRST CCD  39300980304892 | 109.95- |
| 7/11 | Withdrawal | 8.00-DR |
| 7/11 | POS DEB 0827 07/11/18 00365620 WM SUPERCE Wal-Mart Super Cen HARTSELLE    AL C#0120 | 29.60- |
| 7/11 | POS DEB 0915 07/11/18 09126428 LOWE S  30 | 27.96- |



# BANK INDEPENDENT®

## Radically Original™

256-386-5000 | 877-865-5050 | bibank.com    Member FDIC

www.bibank.com

Small Business Checking          4641   (Continued)

| Date | Description | Amount |
|------|-------------|--------|
|  | 1087 HIGHWAY 31 NW | |
|  | HARTSELLE     AL C#0120 | |
| 7/11 | UPS BILL    U. P. S. | 271.22- |
|  | CCD   18160000R36A03 | |
| 7/11 | UPS BILL    U. P. S. | 237.76- |
|  | CCD   18153000R36A03 | |
| 7/12 | UPS BILL    U. P. S. | 194.06- |
|  | CCD   18167000R36A03 | |
| 7/12 | UPS BILL    U. P. S. | 89.27- |
|  | CCD   18174000R36A03 | |
| 7/13 | TAXES    PAYCHEX TPS | 9,574.39- |
|  | CCD   77119700027904X | |
| 7/16 | CHARTER CO CHARTER COMMUNIC | 109.98- |
|  | CCD   0210155566   SPA | |
| 7/17 | Bank to Ba JIT Industries, | 1,269.93- |
|  | CCD   35758 | |
| 7/18 | Bank to Ba JIT Industries, | 8,835.74- |
|  | CCD   35758 | |
| 7/18 | Bank to Ba JIT Industries, | 202.00- |
|  | CCD   35758 | |
| 7/23 | XEROX INVC XEROX CORP. | 220.05- |
|  | CTX   1731976 | |
| 7/23 | DIRECT DBT   AL-DEPT OF REV | 3.06- |
|  | CCD   999461504 | |
| 7/23 | Alabama.go AL ONESPOT TAX | 1.53- |
|  | CCD   20181342922 | |
| 7/27 | POS DEB 0951 07/27/18 09624265 | 13.98- |
|  | LOWE S  30 | |
|  | 1087 HIGHWAY 31 NW | |
|  | HARTSELLE     AL C#0120 | |
| 7/30 | Bank to Ba JIT Industries, | 1,810.08- |
|  | CCD   35758 | |
| 7/30 | Bank to Ba JIT Industries, | 215.84- |
|  | CCD   0000000 | |
| 7/31 | Maintenance Fee | 25.00- |
| 7/31 | Account Analysis Charge | 53.00- |
| 7/31 | DBT CRD 1028 07/31/18 13047500 | 40.18- |
|  | WAL-MART | |
|  | 1201 HWY 31 N.W | |
|  | HARTSELLE     AL C#0120 | |
| 7/31 | TAXES    PAYCHEX TPS | 6,870.24- |
|  | CCD   77373900004119X | |
| 7/31 | Bank to Ba JIT Industries, | 5,487.48- |
|  | CCD   35758 | |
| 7/31 | Bank to Ba JIT Industries, | 800.00- |
|  | CCD   35758 | |
| 7/31 | Bank to Ba JIT Industries, | 315.00- |
|  | CCD   0000000 | |

 

# BANK INDEPENDENT®

## Radically Original™

256-386-5000 | 877-865-5050 | bibank.com    Member FDIC

Small Business Checking          ████4641  (Continued)

## SUMMARY BY CHECK NUMBER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 7/02 | 1227 | 757.61 | 7/13 | 1369 | 1,409.84 |
| 7/02 | 1314* | 437.31 | 7/13 | 1370 | 635.13 |
| 7/10 | 1315 | 1,147.74 | 7/13 | 1371 | 1,624.02 |
| 7/10 | 1316 | 2,631.11 | 7/13 | 1372 | 659.62 |
| 7/03 | 1321* | 1,158.64 | 7/13 | 1373 | 3,497.65 |
| 7/03 | 1322 | 50.00 | 7/13 | 1374 | 3,834.73 |
| 7/23 | 1323 | 250.00 | 7/16 | 1375 | 490.14 |
| 7/02 | 1325* | 800.47 | 7/13 | 1376 | 2,964.52 |
| 7/02 | 1329* | 636.33 | 7/16 | 1377 | 4,272.29 |
| 7/03 | 1333* | 2,412.90 | 7/19 | 1378 | 3,500.00 |
| 7/03 | 1334 | 3,834.73 | 7/23 | 1379 | 886.56 |
| 7/11 | 1336* | 20,812.57 | 7/23 | 1380 | 1,064.61 |
| 7/10 | 1338* | 11,977.72 | 7/23 | 1381 | 116.64 |
| 7/09 | 1339 | 803.00 | 7/23 | 1382 | 202.00 |
| 7/06 | 1340 | 20.00 | 7/23 | 1383 | 1,316.36 |
| 7/25 | 1342* | 1,500.00 | 7/24 | 1385* | 3,232.83 |
| 7/13 | 1343 | 250.00 | 7/25 | 1386 | 787.50 |
| 7/13 | 1345* | 61.07 | 7/25 | 1387 | 1,625.00 |
| 7/23 | 1346 | 175.00 | 7/31 | 1388 | 621.88 |
| 7/16 | 1347 | 250.00 | 7/31 | 1390* | 1,013.50 |
| 7/30 | 1352* | 445.15 | 7/31 | 1391 | 1,283.00 |
| 7/09 | 1362* | 2,900.00 | 7/31 | 1392 | 1,840.44 |
| 7/10 | 1363 | 183.30 | 7/31 | 1393 | 794.20 |
| 7/12 | 1364 | 523.25 | 7/31 | 1394 | 2,165.58 |
| 7/12 | 1366* | 128.00 | 7/31 | 1395 | 755.43 |
| 7/10 | 1367 | 1,140.00 | 7/31 | 1399* | 2,964.52 |
| 7/16 | 1368 | 997.36 | | | |

* Denotes missing check numbers

## DAILY BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/02 | 58,502.43 | 7/12 | 78,257.13 | 7/24 | 54,517.65 |
| 7/03 | 89,397.57 | 7/13 | 53,222.91 | 7/25 | 50,605.15 |
| 7/05 | 90,605.85 | 7/16 | 53,944.48 | 7/27 | 50,591.17 |
| 7/06 | 90,585.85 | 7/17 | 52,674.55 | 7/30 | 48,120.10 |
| 7/09 | 98,143.57 | 7/18 | 43,636.81 | 7/31 | 59,313.96 |
| 7/10 | 68,039.36 | 7/19 | 40,136.81 | | |
| 7/11 | 46,652.25 | 7/23 | 55,654.14 | | |

———————————— E N D   O F   S T A T E M E N T ————————————

**JIT Industries, Inc.**
**Balance Sheet**
**As of July 31, 2018**

|  | Jul 31, 18 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10000 · Peoples Bank of Alabama | 2,297.40 |
| 10001 · BANK INDEPENDENT | 41,858.40 |
| **Total Checking/Savings** | 44,155.80 |
| **Accounts Receivable** | |
| 12000 · Accounts Receivable | 220,779.28 |
| **Total Accounts Receivable** | 220,779.28 |
| **Other Current Assets** | |
| 13500 · Inventory Asset | 228,679.41 |
| 13900 · Due from Invision | 67,181.00 |
| **Total Other Current Assets** | 295,860.41 |
| **Total Current Assets** | 560,795.49 |
| **Fixed Assets** | |
| 14100 · Furniture and Fixtures | 22,430.33 |
| 14300 · Leasehold Improvements | 33,035.96 |
| 14440 · Machinery & Equipment | 308,321.85 |
| 14500 · Transportation Equipment | 14,500.00 |
| 14900 · Accumulated Depreciation | -371,563.62 |
| **Total Fixed Assets** | 6,724.52 |
| **TOTAL ASSETS** | 567,520.01 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 114,107.25 |
| **Total Accounts Payable** | 114,107.25 |
| **Credit Cards** | |
| 20150 · Corporate Credit Card | 312.32 |
| 20155 · AMERCIAN EXPRESS | 19,444.85 |
| **Total Credit Cards** | 19,757.17 |
| **Other Current Liabilities** | |
| 21000 · Payroll Tax LIABILITY | 784.56 |
| 22000 · Other Payroll Liabilities | -2,862.96 |
| 22900 · ACCRUED SETTLEMENT | 1,100,000.00 |
| 23000 · Sales Tax Payable | -3,187.14 |
| 26000 · Unearned Revenue | 345.60 |
| **Total Other Current Liabilities** | 1,095,080.06 |
| **Total Current Liabilities** | 1,228,944.48 |
| **Total Liabilities** | 1,228,944.48 |
| **Equity** | |
| 40000 · Capital Stock | 1,000.00 |
| 41000 · Additional Paid in Capital | 100,673.04 |
| 45000 · Retained Earnings | -983,651.68 |
| Net Income | 220,554.17 |
| **Total Equity** | -661,424.47 |
| **TOTAL LIABILITIES & EQUITY** | 567,520.01 |

Case 18-80892-CRJ11    Doc 71    Filed 08/15/18    Entered 08/15/18 10:39:50    Desc Main
Document      Page 26 of 27

# JIT Industries, Inc.
## Profit & Loss
### July 2018

|  | Jul 18 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 55000 · Sales | 156,684.52 |
| 56000 · Shipping & Freight Fee Income | 6,262.13 |
| 57000 · Finance Charge Income | 20.26 |
| 58000 · Terms Discount | -687.59 |
| **Total Income** | 162,279.32 |
| **Cost of Goods Sold** | |
| 51100 · Freight and Shipping Costs | 6,378.10 |
| 60000 · Direct Costs | 7,396.50 |
| 61500 · Cost of Goods Sold | 15,678.38 |
| **Total COGS** | 29,452.98 |
| **Gross Profit** | 132,826.34 |
| **Expense** | |
| 66000 · Payroll Tax Expenses | 3,953.20 |
| 68000 · MFG/Shop Operating Costs | 1,950.66 |
| 70000 · ALL SALARY & WAGES | 52,544.49 |
| 71825 · Fuel | 896.48 |
| 72550 · Bank Charges | 433.33 |
| 72675 · Insurance - General | 2,648.44 |
| 72725 · Legal & Professional Services | 3,365.00 |
| 72775 · Taxes & Licenses (NON PAYROLL) | 4.59 |
| 73000 · Business Development | 2,191.20 |
| 74000 · Facilities | 5,239.24 |
| **Total Expense** | 73,226.63 |
| **Net Ordinary Income** | 59,599.71 |
| **Other Income/Expense** | |
| **Other Expense** | |
| 9999999 · Adjustment account | -202.00 |
| **Total Other Expense** | -202.00 |
| **Net Other Income** | 202.00 |
| **Net Income** | 59,801.71 |

Case 18-80892-CRJ11    Doc 71    Filed 08/15/18    Entered 08/15/18 10:39:50    Desc Main
Document      Page 27 of 27