UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: } | |
| JIT INDUSTRIES, INC. } | CASE NO. 18-80892-CRJ-11 |
| } | |
| } | CHAPTER 11 |
| Debtor } | |

**ORDER EXTENDING DEADLINE TO FILE
CHAPTER 11 PLAN AND DISCLOSURE STATEMENT**

Before the Court is the Debtor's Motion to Vacate Deadline to File a Disclosure Statement and Chapter 11 Plan of Reorganization and Set Matter for Status Conference in Sixty Days. On April 10, 2018, the Court entered an Order Setting Deadline to File Chapter 11 Plan and Disclosure Statement and Setting Bar Date for Filing Claims, fixing September 10, 2018 as the deadline to file the Debtor's Chapter 11 Plan and Disclosure Statement.

The Debtor seeks an Order vacating the deadline based upon pending litigation in which the Debtor is involved and requests, instead, that the Court schedule this case for Status Conference in sixty days. Because a Chapter 11 Plan can be filed notwithstanding threatened or pending litigation, the Court will extend the deadline to file the Debtor's Chapter 11 Plan and Disclosure Statement but will not schedule a Status Conference in this matter.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the deadline to file the Debtor's Chapter 11 Plan and Disclosure Statement is extended to **Friday, November 9, 2018**, by **5:00 p.m., CDT**.

Dated this the 5th day of September, 2018.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge