United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC CASE NO.: 18-80892-CRJ-11 MONTH ENDING: 8-31

Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES X NO___ All post petition business taxes have been paid/deposited and the deposit slips are attached.

   YES X NO___ All post petition individual taxes have been paid and the deposit slips are attached.

   If you answered "No" to the above, list the types of taxes that are now due and owing.

| TYPE OF TAX | AMOUNT |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

2. YES X NO___ Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

   If no, enter: TYPE________________ not in force.

   TYPE________________ not in force.

3. YES X NO___ New books and records were opened and are being maintained daily.

4. YES X NO___ Copies of **all** banks statements and reconciliations are attached.

5. YES X NO___ I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES X NO___ All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE 9-17-18

[signature]
RESPONSIBLE PARTY

Phone No. 256-345-1262

Bankruptcy Administrator Form - Business BA-01

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** JIT INDUSTRIES, INC **CASE NO.:** 18-80892-CRJ-11 **MONTH ENDING:** 8-31

**Attach Business Forms BA-02(A-D)**
**BUSINESS DEBTOR'S**

| CASH RECEIPTS & DISBURSEMENTS | | INCOME STATEMENT -Accrual (Circle One) -Cash | |
|---|---|---|---|
| CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month. | | 1. REVENUE FROM TOTAL SALES | $133,123.83 |
| A. CASH ON HAND (Beginning) | 61,073.57 | 2. LESS COST OF THOSE SALES (Cost of materials, Labor, etc.) | 49,281.78 |
| B. RECEIPTS: | | | |
| Accounts Receivable from Form BA-02(A)-Line II(C) | 111,816.73 | 3. EQUALS GROSS PROFIT (1 minus 2) | 83,842.05 |
| Cash Sales | | 4. LESS OPERATING EXPENSES | 76,197.39 |
| Loan Proceeds from____ | — | 5. EQUALS NET PROFIT OPERATIONS (3 minus 4) | 7,644.66 |
| Sale of Property (Not in ordinary course of business) | — | 6. NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES) | |
| Other____ | — | | |
| C. TOTAL RECEIPTS (Total of B) | 111,816.73 | | |
| D. BUSINESS DISBURSEMENTS FROM FORM BA-02(B) | 76,197.39 | | |
| E. SURPLUS OR DEFICIT (C minus D) | 35,619.34 | 7. EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6) | $7,644.66 |
| F. CASH ON HAND (End) (A plus E) | 96,692.91 | *** Please itemize Cost of Sales and Expenses on a separate sheet of paper.** | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE 9-17-18 Ginger McCord
RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02

CHAPTER 11 OPERATING ORDER FORM 11/00 **BUSINESS BA-02 (A)**

**United States Bankruptcy Court - Northern District of Alabama**

**CASE NAME:** JIT INDUSTRIES, INC **CASE NO.:** 18-80892-CRJ-11 **MONTH ENDING:** 8-31

**Attach to Business Form BA-02**

# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__ I. **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II. **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

A. Amount collected this month on accounts receivable charged and paid this month. $ 8,387.26

B. Amount collected this month on accounts receivable charged in prior months and paid this month. $ 103,429.47

C. TOTAL collected this month on accounts receivable. $ 111,816.73

III. **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | $ | | | | $ |
| See attached pending A/R | | | | | |
| * circle items very old debt | | | | | |
| needs to be removed | | | | | |
| * $92,166.66 is a liability as a | | | | | |
| progress billing for a job | | | | | |
| **TOTALS** | $ | | | | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE 9-17-18 [signature] Angus McCord

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02 (A)

CHAPTER 11 OPERATING ORDER FORM 11/00 **BUSINESS BA-02 (B)**

**United States Bankruptcy Court - Northern District of Alabama**

**CASE NAME:** JIT INDUSTRIES, INC **CASE NO.:** 18-80892-CRJ-11 **MONTH ENDING:** 8-31

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | | |
|---|---|---|
| ACCOUNTING FEES | | $ |
| ADVERTISING | | |
| AUTOMOBILES/VEHICLES (repairs & maintenance) fuel | | 842.65 |
| COMMISSIONS/CONTRACT LABOR | | |
| INSURANCE (TOTAL) | | 3908.97 |
| AUTO | $ | |
| LIABILITY | | |
| LIFE | | |
| MEDICAL | 2592.61 | |
| CASUALTY | | |
| FIRE & THEFT | | |
| WORKMAN'S COMP. | | |
| OTHER total | 1316.36 | |
| INTEREST PAID Bank charges | | 510.16 |
| INVENTORY PURCHASED | | |
| LEGAL FEES | | 11,919.79 |
| POSTAGE | | |
| RENT/LEASE PAYMENTS ON REAL ESTATE | | 3,500.00 |
| REPAIRS & MAINTENANCE lawn | | 553.44 |
| SALARIES/WAGES PAID | | 44,926.18 |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)] | | |
| SUPPLIES (TOTAL) | | 3,337.54 |
| OFFICE | $ 274.54 | |
| OPERATING tooling, shop, ship | 3063.00 | |
| TRAVEL & ENTERTAINMENT | | 54.41 |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)] | | 3,523.98 |
| UNSECURED LOAN PAYMENTS | | |
| UTILITIES (TOTAL) | | 3,120.27 |
| ELECTRICITY | $ 2574.78 | |
| GAS | | |
| TELEPHONE + internet | 545.49 | |
| WATER | | |
| OTHER | | |
| OTHER BUSINESS DISBURSEMENTS (Specify) | | $ |
| **TOTAL BUSINESS DISBURSEMENTS** | | $ 76,197.39 |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE: 9-17-18

Ginger McComb
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02 (B)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC CASE NO.: 18-80892-CRJ-11 MONTH ENDING: 8-31

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## ALL SECURED CREDITORS MUST BE LISTED BELOW

1. ______ Secured loan payments as described below have been paid this month (Check, if true.)

2. X No secured loan payments have been paid during this month. (Check, if true.)

3. ______ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| Rod Hill | Judgement | | | | |
| | | | | | |
| Phillip Hill | Judgement | | | | |
| | | | | | |
| Danny Overbee | Judgement | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 9-17-18

George McCord
RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

**United States Bankruptcy Court - Northern District of Alabama**

CASE NAME: JIT INDUSTRIES, INC CASE NO.: 18-80892-CRJ11 MONTH ENDING: 8-31

Attach to Business Form BA-02

## BUSINESS DEBTOR'S TAX PAYMENTS

**A. WITHHELD TAXES FOR EACH PAYROLL PERIOD**

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| see | attached | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

**B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD**

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

**C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)**

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| 8-15 | Payroll | 1661.35 | total $ | 3,523.98 | |
| 8-30 | Payroll | 1862.63 | | | |
| 8 | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE: 9-17-18

[signature]
RESPONSIBLE PARTY

CHAPTER 11 OPERATING ORDER FORM 11/00 **BUSINESS BA-03**

**United States Bankruptcy Court - Northern District of Alabama**

**CASE NAME:** JIT INDUSTRIES, INC **CASE NO.:** 18-80892-CRJ-11 **MONTH ENDING:** 8-31

**BUSINESS DEBTOR'S BANK ACCOUNTS**

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Peoples | * 3640 | $1759.61 | 8-31 | Pre |
| * unable to close account | | | | |
| Bank Ind. | * 4641 | $111,025.28 | 8-31 | Pre |
| | | | | |

**GROSS PAYROLL**
(Wages, Salaries, Commissions, Bonuses, Etc.)

Officer #1 (Name) Ginger McComb $ 10,000
Officer #2 (Name) Matthew McComb $ 10,000

Other Officer (Name) ______ $ ______

Employees (Number) 9 $ ______

Employees (Relatives) none $ ______

Name ______ $ ______

Name ______ $ ______

**INVENTORY (IF APPLICABLE)**

Inventory - Beginning of Month (COST) $ see below
Inventory - Purchased this Month - CASH $ ______
Inventory - Purchased this Month - CREDIT $ ______

Inventory - End of Month (COST) $ ______

**PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS**

X A. No payments on pre-petition debts have been made this month.
___ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 9-17-18 Ginger McComb
RESPONSIBLE PARTY

* inventory numbers are fluid in manufacturing process, this makes inventory difficult to track. Customarily only an annual review is done

CHAPTER 11 OPERATING ORDER FORM 11/00 **BUSINESS BA-03(A)**

**United States Bankruptcy Court - Northern District of Alabama**

**CASE NAME:** JIT INDUSTRIES, INC **CASE NO.** 18-80892-CRJ-11 **MONTH ENDING:** 8-31

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

_____ A. All operating expenses since the beginning of this case have been paid. Therefore there are no post-petition accounts payable.

**** OR ****

_✓_ B. Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| see attached | | | $ | $ | $ |
| accts payable | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 2018-9-17

Ginger McComb
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

**United States Bankruptcy Court - Northern District of Alabama**

**CASE NAME:** JIT INDUSTRIES, INC **CASE NO.:** 18-80892-CRJ11 **MONTH ENDING:** 8-31

**File for Each Quarter**

# BUSINESS DEBTOR'S BALANCE SHEET

## I. ASSETS

| | | | |
|---|---|---|---|
| **Current:** | Cash | | $ See attached |
| | Inventory | | $ |
| | Accounts Receivable | | $ |
| | Other | | $ |
| | Total Current Assets | (a) | $ |
| **Fixed:** | Property & Equipment | | $ |
| | Accumulated Depreciation | | $ < > |
| | Other | | $ |
| | Total Fixed Assets | (b) | $ |
| **Total Assets** | | (a + b) = (c) | $ |

## II. LIABILITIES

| | | | |
|---|---|---|---|
| **Current:** | Post Chapter 11 Payables | | $ |
| | Taxes Payable | | $ |
| | Accrued Professional Fees | | $ |
| | Accrued Expenses | | $ |
| | Notes Payable | | $ |
| | Current Portion Long Term Debt | | $ |
| | Other | | $ |
| | Total Current Liabilities | (d) | $ |
| **Long Term Debt:** | Pre-Chapter 11 Payables | | $ |
| | Notes & Loans Payable | | $ |
| | Less Current Portion | | $ < > |
| | Other | | $ |
| | Total Long Term Debt | (e) | $ |
| **Total Liabilities** | | (d + e) = (f) | $ |

**STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH**

| | | | |
|---|---|---|---|
| | Capital Stock | (g) | $ |
| | Retained Earnings (Deficit) | (h) | $ |
| | Current Surplus (Deficit) | (i) | $ |
| **Total Liabilities & Stockholder Equity/Net Worth** | | (f) + (g) + (h) + (i) | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 9-17-18

Ginger McComb
RESPONSIBLE PARTY

United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** JIT INDUSTRIES, INC **CASE NO.:** 18-80892-CRJ-11 **MONTH ENDING:** 8-31

**File for Each Quarter**
**by the 15th of the Month Following the End of the Quarter**

## BUSINESS DEBTOR'S QUARTERLY INCOME STATEMENT

| | | |
|---|---|---|
| TOTAL REVENUE (SALES) | (a) | $ See attached |
| Cost of Sales: | | |
| Materials | $ | |
| Labor | $ | |
| Purchased Services | $ | |
| Total Cost of Sales | (b) | $ |
| Gross Profit | (a - b) = (c) | $ |

OPERATING EXPENSES

| | |
|---|---|
| Management Salary | $ |
| Other Salary Expense | $ |
| Payroll Expenses | $ |
| Outside Services & Contractors | $ |
| Supplies (office & operating) | $ |
| Repairs & Maintenance | $ |
| Advertising | $ |
| Auto Expense | $ |
| Delivery | $ |
| Accounting & Legal | $ |
| Rent | $ |
| Telephone | $ |
| Travel & Entertainment | $ |
| Utilities | $ |
| Insurance | $ |
| Taxes real estate, property, etc.) | $ |
| Interest | $ |
| Depreciation | $ |
| Other Operating Expenses (describe) | $ |
| | $ |
| | $ |
| Total Operating Expenses: (d) | $ |
| Net Profit/(Loss) from Operations (c - d)=(e) | $ |

| | | |
|---|---|---|
| Non-Operating Income/Expenses | $ | |
| | $ | |
| | $ | |
| Total | (f) | $ |
| Net Profit/(Loss) | (e - f) | $ |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 9-17-18

Ginger McComb
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-04**

4:38 PM

09/19/18

# JIT Industries, Inc.
## A/R Aging Summary
### As of August 31, 2018

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| | 2,752.53 | 0.00 | 0.00 | 0.00 | 0.00 | 2,752.53 |
| | 1,456.88 | 19,923.94 | 0.00 | 0.00 | 0.00 | 21,380.82 |
| | 541.86 | 0.00 | 0.00 | 0.00 | 0.00 | 541.86 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 7,380.37 | 7,380.37 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 859.17 | 859.17 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 14,900.64 | 14,900.64 |
| | 154.00 | 0.00 | 0.00 | 0.00 | 0.00 | 154.00 |
| | 0.00 | 1,612.55 | 0.00 | 0.00 | 0.00 | 1,612.55 |
| | 1,562.10 | 2,641.34 | 0.00 | 0.00 | 0.00 | 4,203.44 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 390.98 | 390.98 |
| | 0.00 | 185.00 | 0.00 | 0.00 | 0.00 | 185.00 |
| | 9,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,800.00 |
| | 684.60 | 0.00 | 0.00 | 0.00 | 0.00 | 684.60 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 16,346.00 | 16,346.00 |
| | 6,168.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,168.00 |
| | 2,483.90 | 0.00 | 0.00 | 0.00 | 0.00 | 2,483.90 |
| | 1,075.80 | 0.00 | 0.00 | 0.00 | 0.00 | 1,075.80 |
| | 2,215.22 | 0.00 | 0.00 | 0.00 | 0.00 | 2,215.22 |
| | 703.60 | 0.00 | 0.00 | 0.00 | 0.00 | 703.60 |
| | 14,570.40 | 0.00 | -0.88 | 0.00 | 0.00 | 14,569.52 |
| | 10,455.56 | 6,289.01 | 0.00 | 0.00 | 0.00 | 16,744.57 |
| | 3,286.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,286.00 |
| | 1,071.02 | 0.00 | 0.00 | 0.00 | 0.00 | 1,071.02 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 3,093.23 | 3,093.23 |
| | 9,823.20 | 0.00 | 0.00 | 0.00 | 0.00 | 9,823.20 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 193.65 | 193.65 |
| | 1,249.72 | 0.00 | 0.00 | 0.00 | 0.00 | 1,249.72 |
| | 886.80 | 1,360.25 | 0.00 | 0.00 | 0.00 | 2,247.05 |
| | 2,540.00 | 2,350.00 | 0.00 | 0.00 | 0.00 | 4,890.00 |
| | 993.99 | 0.00 | 0.00 | 0.00 | 0.00 | 993.99 |
| | 0.00 | 0.00 | 0.00 | 0.00 | -491.65 | -491.65 |
| | 36,124.90 | 3,311.00 | 0.00 | 0.00 | 0.00 | 39,435.90 |
| | 235.59 | 3,156.92 | 0.00 | 0.00 | 0.00 | 3,392.51 |
| | 5,844.40 | 0.00 | 0.00 | 0.00 | 0.00 | 5,844.40 |
| | 0.00 | 2,103.70 | 0.00 | 0.00 | 0.00 | 2,103.70 |
| | 394.68 | 0.00 | 0.00 | 0.00 | 0.00 | 394.68 |
| | 5,115.36 | 0.00 | 3,584.68 | 0.00 | 0.00 | 8,700.04 |
| | 0.00 | 5,063.80 | 0.00 | 0.00 | 0.00 | 5,063.80 |
| | 0.00 | 0.00 | 0.00 | -220.00 | 0.00 | -220.00 |
| | 7,177.50 | 0.00 | 0.00 | 0.00 | 0.00 | 7,177.50 |
| | 305.20 | 0.00 | 0.00 | 0.00 | 0.00 | 305.20 |
| | 476.80 | 1,970.20 | 0.00 | 0.00 | 0.00 | 2,447.00 |
| | 86.25 | 0.00 | 0.00 | 0.00 | 123.60 | 209.85 |
| | 0.00 | 0.00 | 1,044.90 | 0.00 | 0.00 | 1,044.90 |
| | 327.80 | 0.00 | 0.00 | 0.00 | 0.00 | 327.80 |
| | 8,364.91 | 0.00 | 0.00 | 0.00 | 0.00 | 8,364.91 |
| TOTAL | 138,928.57 | 49,967.71 | 4,628.70 | -220.00 | 42,795.99 | 236,100.97 |

$600.61

Case 18-80892-CRJ11 Doc 81 Filed 09/20/18 Entered 09/20/18 14:19:28 Desc Main Document Page 11 of 28

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 08/15/18: $21,356.66**

## TRANSACTION SUMMARY

**SUMMARY BY TRANSACTION TYPE -**

| | |
|---|---|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 6,595.23 |
| TOTAL NEGOTIABLE CHECKS | 14,761.43 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | 21,356.66 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 1,677.78 |
| CASH REQUIRED FOR CHECK DATE 08/15/18 | 23,034.44 |

## TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER -** *Your financial institution will initiate transfer to Paychex* ***at or after 12:01 A.M.*** *on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---|---|
| 08/15/18 | BANK INDEPENDENT | xxxxxxx4641 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 1,283.12 | |
| | | | | Medicare | 300.08 | |
| | | | | Fed Income Tax | 2,581.77 | |
| | | | | AL Income Tax | 768.91 | |
| | | | | **Total Withholdings** | **4,933.88** | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 1,283.12 | |
| | | | | Medicare | 300.08 | |
| | | | | Fed Unemploy | 8.93 | |
| | | | | AL Unemploy | 68.23 | |
| | | | | AL Emp Sec Asm | 0.99 | |
| | | | | **Total Liabilities** | **1,661.35** | 6,595.23 |
| | | | | | **EFT FOR 08/15/18** | **6,595.23** |
| | | | | | **TOTAL EFT** | **6,595.23** |

**NEGOTIABLE CHECKS** - *Check amounts will be debited when payees cash checks. Funds must be available on check date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 08/15/18 | BANK INDEPENDENT | xxxxxxx4641 | Payroll | Check Amounts | 14,761.43 | |
| | | | | | **TOTAL NEGOTIABLE CHECKS** | **14,761.43** |

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** - *Paychex does not remit these funds. You must ensure accurate and timely payment of applicable items.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 08/15/18 | Refer to your records for account Information | | Payroll | Employee Deductions | | |
| | | | | 401K AdvSel EE Pre | 1,000.00 | |

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 08/15/18: $21,356.66**

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES (cont.)** - *Paychex does not remit these funds. You must ensure accurate and timely payment of applicable items.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 08/15/18 | Refer to your records for account Information | | Payroll | Employee Deductions (cont.) | | |
| | | | | Health Ins Pretax | 477.78 | |
| | | | | **Total Deductions** | **1,477.78** | |
| | | | | Other Items | | |
| | | | | 401k ER | 200.00 | |
| | | | | **TOTAL OTHER ITEMS** | **200.00** | |
| | | | | **TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** | | **1,677.78** |

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF** - *This information serves as a record of payment.*

| DUE DATE | PRODUCT | DESCRIPTION | |
|---|---|---|---|
| 08/22/18 | Taxpay® | FED IT PMT Group | 5,748.17 |

Case 18-80892-CRJ11 Doc 81 Filed 09/20/18 Entered 09/20/18 14:19:28 Desc Main Document Page 13 of 28

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 08/31/18: $24,137.94**

## TRANSACTION SUMMARY

**SUMMARY BY TRANSACTION TYPE -**

| | |
|---|---|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 7,559.88 |
| TOTAL NEGOTIABLE CHECKS | 16,578.06 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | **24,137.94** |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 1,677.78 |
| CASH REQUIRED FOR CHECK DATE 08/31/18 | 25,815.72 |

## TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER** - *Your financial institution will initiate transfer to Paychex* ***at or after 12:01 A.M.*** *on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---|---|
| 08/31/18 | BANK INDEPENDENT | xxxxxxx4641 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 1,443.06 | |
| | | | | Medicare | 337.51 | |
| | | | | Fed Income Tax | 3,035.58 | |
| | | | | AL Income Tax | 881.10 | |
| | | | | **Total Withholdings** | **5,697.25** | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 1,443.07 | |
| | | | | Medicare | 337.50 | |
| | | | | Fed Unemploy | 9.42 | |
| | | | | AL Unemploy | 71.60 | |
| | | | | AL Emp Sec Asm | 1.04 | |
| | | | | **Total Liabilities** | **1,862.63** | **7,559.88** |
| | | | | | **EFT FOR 08/31/18** | **7,559.88** |
| | | | | | **TOTAL EFT** | **7,559.88** |

**NEGOTIABLE CHECKS** - *Check amounts will be debited when payees cash checks. Funds must be available on check date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 08/31/18 | BANK INDEPENDENT | xxxxxxx4641 | Payroll | Check Amounts | 16,578.06 | |
| | | | | **TOTAL NEGOTIABLE CHECKS** | | **16,578.06** |

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** - *Paychex does not remit these funds. You must ensure accurate and timely payment of applicable items.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 08/31/18 | Refer to your records for account Information | | Payroll | Employee Deductions | | |
| | | | | 401K AdvSel EE Pre | 1,000.00 | |

Case 18-80892-CRJ11 Doc 81 Filed 09/20/18 Entered 09/20/18 14:19:28 Desc Main Document Page 14 of 28

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 08/31/18: $24,137.94**

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES (cont.)** - *Paychex does not remit these funds. You must ensure accurate and timely payment of applicable items.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 08/31/18 | Refer to your records for account Information | | Payroll | Employee Deductions (cont.) | | |
| | | | | Health Ins Pretax | 477.78 | |
| | | | | **Total Deductions** | **1,477.78** | |
| | | | | Other Items | | |
| | | | | 401k ER | 200.00 | |
| | | | | **TOTAL OTHER ITEMS** | **200.00** | |
| | | | | **TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** | | **1,677.78** |

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF** - *This information serves as a record of payment.*

| DUE DATE | PRODUCT | DESCRIPTION | |
|---|---|---|---|
| 09/06/18 | Taxpay® | FED IT PMT Group | 6,596.72 |
| 09/15/18 | Taxpay® | AL Income Tax | 1,650.01 |

# JIT Industries, Inc.
## A/P Aging Summary
### As of August 31, 2018

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| | 5,053.80 | 0.00 | 0.00 | 0.00 | 0.00 | 5,053.80 |
| | 21,872.00 | 3,520.00 | 0.00 | 0.00 | 0.00 | 25,392.00 |
| | 0.00 | 1,699.58 | 0.00 | 0.00 | 0.00 | 1,699.58 |
| | 3,617.50 | 899.00 | 0.00 | 0.00 | 0.00 | 4,516.50 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 47,015.58 | 47,015.58 |
| | 1,232.82 | 632.11 | 0.00 | 0.00 | 0.00 | 1,864.93 |
| | 416.86 | 179.94 | 0.00 | 0.00 | 0.00 | 596.80 |
| | 0.00 | 0.00 | 0.00 | 0.00 | -10.92 | -10.92 |
| | 0.00 | 300.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| | 4,961.82 | 0.00 | 0.00 | 375.10 | -285.55 | 5,051.37 |
| | 0.00 | 1,494.00 | 0.00 | 0.00 | 0.00 | 1,494.00 |
| | 276.45 | 0.00 | 0.00 | 0.00 | 0.00 | 276.45 |
| | 0.00 | 2,680.26 | 0.00 | 0.00 | 0.00 | 2,680.26 |
| | 867.60 | 0.00 | 0.00 | 0.00 | 0.00 | 867.60 |
| | 0.00 | 0.00 | 0.00 | -293.99 | -369.53 | -663.52 |
| | 0.00 | 168.77 | 0.00 | 0.00 | 0.00 | 168.77 |
| | 340.00 | 0.00 | 0.00 | 0.00 | 0.00 | 340.00 |
| | 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,185.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | -0.43 | -0.43 |
| | 2,485.45 | -4,636.24 | 0.00 | 0.00 | 0.00 | -2,150.79 |
| | 0.00 | 11,919.79 | 0.00 | 0.00 | 0.00 | 11,919.79 |
| | 460.86 | 0.00 | 0.00 | 0.00 | 0.00 | 460.86 |
| | 44.27 | 2,007.24 | 0.00 | 0.00 | 0.00 | 2,051.51 |
| | 0.00 | 0.00 | 1,490.00 | 0.00 | 0.00 | 1,490.00 |
| | 11,135.55 | 13,187.74 | 0.00 | 0.00 | 0.00 | 24,323.29 |
| | 1,711.48 | 0.00 | 0.00 | 0.00 | 0.00 | 1,711.48 |
| **TOTAL** | **55,661.46** | **34,052.19** | **1,490.00** | **81.11** | **46,349.15** | **137,633.91** |

# JIT Industries, Inc.
## Reconciliation Summary
### 10001 · BANK INDEPENDENT, Period Ending 08/31/2018

| | | Aug 31, 18 |
|---|---|---|
| **Beginning Balance** | | 59,313.96 |
| **Cleared Transactions** | | |
| **Checks and Payments - 74 items** | -159,062.26 | |
| **Deposits and Credits - 23 items** | 210,773.58 | |
| **Total Cleared Transactions** | 51,711.32 | |
| **Cleared Balance** | | **111,025.28** |
| **Uncleared Transactions** | | |
| **Checks and Payments - 10 items** | -8,532.30 | |
| **Total Uncleared Transactions** | -8,532.30 | |
| **Register Balance as of 08/31/2018** | | **102,492.98** |
| **New Transactions** | | |
| **Checks and Payments - 37 items** | -113,958.87 | |
| **Deposits and Credits - 8 items** | 76,186.18 | |
| **Total New Transactions** | -37,772.69 | |
| **Ending Balance** | | **64,720.29** |

4:17 PM

08/16/18

JIT Industries, Inc.

## Reconciliation Detail

10001 · BANK INDEPENDENT, Period Ending 06/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 59,313.09 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 74 Items** | | | | | | |
| Check | 07/15/2018 | 1351 | MISC VENDOR | X | -35.00 | -35.00 |
| Check | 07/16/2018 | 1350 | MISC VENDOR | X | -35.00 | -70.00 |
| Bill Pmt -Check | 07/27/2018 | 1368 | MTI MANUFACTURI. | X | -6,843.35 | -6,913.35 |
| Bill Pmt -Check | 07/30/2018 | 1346 | SCOT INDUSTRIES | X | -1,504.05 | -7,487.40 |
| Check | 07/31/2018 | 1387 | MATTHEW A MCC... | X | -3,804.73 | -11,292.13 |
| Check | 07/31/2018 | 1395 | GINGER G MCCOMB | X | -2,775.65 | -14,067.78 |
| General Journal | 07/31/2018 | 18.0731 | | X | -1,000.00 | -15,067.78 |
| Check | 07/31/2018 | 1399 | BOBBY G SCOTT | X | -832.81 | -15,900.59 |
| General Journal | 06/01/2018 | 18.0601 | | X | -7,792.64 | -23,693.23 |
| Bill Pmt -Check | 06/01/2018 | EFT | BLUECROSS BLUE | X | -3,229.05 | -26,922.28 |
| Bill Pmt -Check | 06/01/2018 | EFT | UPS | X | -969.91 | -27,892.79 |
| Check | 06/01/2018 | DEBIT | | X | -27.00 | -27,919.79 |
| Check | 06/06/2018 | DEBIT | | X | -27.23 | -27,937.89 |
| Bill Pmt -Check | 06/06/2018 | 1348 | SCOT INDUSTRIES | X | -2,292.20 | -29,920.18 |
| Bill Pmt -Check | 06/06/2018 | 1353 | JMS METALS | X | -220.00 | -30,140.18 |
| Check | 06/09/2018 | DEBIT | MISC VENDOR | X | -43.16 | -30,183.34 |
| Check | 06/09/2018 | DEBIT | MISC VENDOR | X | -13.01 | -30,196.35 |
| Check | 06/09/2018 | DEBIT | FASTENAL PARTS | X | -8.28 | -30,204.63 |
| Bill Pmt -Check | 06/10/2018 | ACH | WORLEY MACHIN... | X | -6,326.00 | -36,530.63 |
| Bill Pmt -Check | 06/10/2018 | ACH | CONTRACTOR SE | X | -2,477.00 | -39,007.63 |
| Check | 06/10/2018 | 1400 | LEE MCCOMB | X | -440.00 | -39,447.63 |
| Check | 06/13/2018 | 1366 | MISC VENDOR | X | -180.00 | -39,627.63 |
| Bill Pmt -Check | 06/14/2018 | ACH | ADVANCED HEAT | X | -6,263.35 | -45,890.98 |
| Check | 06/14/2018 | 1401 | GINGER G MCCOMB | X | -142.15 | -46,033.13 |
| Bill Pmt -Check | 06/15/2018 | ACH | PRECISION GRINDI | X | -22,120.00 | -68,153.13 |
| General Journal | 06/15/2018 | 18.0615 | | X | -6,595.23 | -72,748.36 |
| Check | 06/15/2018 | 1408 | MATTHEW A MCC | X | -3,834.73 | -76,583.09 |
| Bill Pmt -Check | 06/15/2018 | 1420 | COMMERCIAL FLUI.. | X | -3,691.55 | -80,274.64 |
| Bill Pmt -Check | 06/15/2018 | ach | CUTTING EDE MAC... | X | -3,072.00 | -83,346.64 |
| Check | 06/15/2018 | 1410 | MARCIA ST. LOUIS | X | -2,964.52 | -86,311.16 |
| Check | 06/15/2018 | 1407 | GINGER G MCCOMB | X | -2,775.65 | -89,086.81 |
| Check | 06/15/2018 | 1403 | TIMOTHY DAVIDSON | X | -1,423.30 | -90,510.11 |
| Check | 06/15/2018 | 1405 | MICHAEL K HOGAN | X | -1,236.37 | -91,746.48 |
| General Journal | 06/15/2018 | 18.0615 | | X | -1,000.00 | -92,746.48 |
| Check | 06/15/2018 | 1402 | JIMMY J CHAMBERS | X | -861.35 | -93,607.83 |
| Bill Pmt -Check | 06/15/2018 | ACH | MACH III INC | X | -784.15 | -94,391.98 |
| Check | 06/15/2018 | 1405 | RANDY C KELLEY | X | -772.36 | -95,164.34 |
| Bill Pmt -Check | 06/15/2018 | 1419 | XPO Logistics (NC) | X | -719.16 | -95,883.50 |
| Check | 06/15/2018 | 1404 | EDDIE R HENDERS | X | -472.45 | -96,355.95 |
| Check | 06/15/2018 | 1406 | BOBBY G SCOTT | X | -466.73 | -96,822.68 |
| Bill Pmt -Check | 06/16/2018 | ACH | BO CYLINDER PRO.. | X | -267.40 | -97,090.08 |
| Check | 06/16/2018 | 1367 | MISC VENDOR | X | -250.00 | -97,340.08 |
| Bill Pmt -Check | 06/16/2018 | ACH | XEROX CORPORA | X | -217.96 | -97,558.04 |
| Bill Pmt -Check | 06/16/2018 | 1418 | HOWELL ELECTRI | X | -180.56 | -97,738.60 |
| Check | 06/16/2018 | EFT | TSYS formerly TRA | X | -111.41 | -97,850.01 |
| Bill Pmt -Check | 06/18/2018 | EFT | CHARTER (Spectrum) | X | -109.96 | -97,959.97 |
| Bill Pmt -Check | 06/18/2018 | 1364 | ITS - INDUSTRIAL T | X | -1,800.40 | -99,760.37 |
| Check | 06/20/2018 | 1369 | MISC VENDOR | X | -600.00 | -100,360.37 |
| Credit Card Credit | 06/21/2018 | JULY | GINGER G MCCOMB | X | -13,999.13 | -114,359.50 |
| Bill Pmt -Check | 06/23/2018 | ach | ITS - INDUSTRIAL T | X | -6,427.78 | -120,787.28 |
| Check | 06/23/2018 | 1425 | PEOPLES BANK O | X | -3,500.00 | -124,287.28 |
| Bill Pmt -Check | 06/23/2018 | 1430 | SENTRY INSURAN | X | -1,318.36 | -125,605.64 |
| Bill Pmt -Check | 06/23/2018 | 1426 | HARTSELLE UTILITI | X | -1,144.19 | -126,749.83 |
| Bill Pmt -Check | 06/23/2018 | ACH | DURA-BAR METAL | X | -1,040.00 | -127,789.83 |
| Bill Pmt -Check | 06/23/2018 | ACH | HERCULES INC | X | -870.12 | -128,659.95 |
| Bill Pmt -Check | 06/23/2018 | 1429 | WILSON MACHINE | X | -180.00 | -128,839.95 |
| Bill Pmt -Check | 06/23/2018 | ach | RRF ENTERPRISE | X | -109.50 | -128,949.45 |
| Check | 06/26/2018 | ACH | BO CYLINDER PRO | X | -769.40 | -129,718.85 |
| Bill Pmt -Check | 06/26/2018 | 1421 | JMS METALS | X | -725.60 | -130,444.45 |
| Check | 06/28/2018 | 1358 | SCOT INDUSTRIES | X | -4,006.24 | -134,450.69 |
| Check | 06/28/2018 | 1435 | RANDY C KELLEY | X | -60.00 | -134,510.69 |
| Bill Pmt -Check | 06/29/2018 | ACH | ORTMAN FLUID PO. | X | -44.96 | -134,555.65 |
| General Journal | 06/30/2018 | 18.0630 | | X | -7,659.88 | -142,215.53 |
| Check | 06/30/2018 | 1441 | MATTHEW A MCC | X | -3,834.73 | -146,050.26 |
| Check | 06/30/2018 | 1443 | MARCIA ST LOUIS | X | -2,964.52 | -149,014.78 |
| Check | 06/30/2018 | 1440 | GINGER G MCCOMB | X | -2,775.65 | -151,790.43 |
| Check | 06/30/2018 | 1438 | MICHAEL K HOGAN | X | -1,397.83 | -153,188.26 |
| Check | 06/30/2018 | 1436 | TIMOTHY DAVIDSON | X | -1,816.01 | -155,004.27 |
| Check | 06/30/2018 | 1442 | BOBBY G SCOTT | X | -1,043.14 | -156,047.41 |
| Check | 06/30/2018 | 1434 | JIMMY J CHAMBERS | X | -921.70 | -156,969.11 |
| Check | 06/30/2018 | 1439 | RANDY C KELLEY | X | -758.81 | -157,727.92 |
| Check | 06/30/2018 | 1437 | EDDIE R HENDERS. | X | -602.77 | -158,330.69 |
| Check | 06/30/2018 | 1433 | FEDEX FREIGHT | X | -130.71 | -158,461.40 |
| Check | 06/29/2018 | | | X | -600.86 | -159,062.26 |
| **Total Checks and Payments** | | | | | -159,062.26 | -159,062.26 |
| **Deposits and Credits - 23 Items** | | | | | | |
| Bill Pmt -Check | 07/06/2018 | | MISC VENDOR | X | 0.00 | 0.00 |
| Deposit | 06/01/2018 | | | X | 526.66 | 526.66 |
| Deposit | 06/01/2018 | | | X | 2,675.00 | 3,201.66 |
| General Journal | 06/01/2018 | 18.0601 | | X | 6,790.19 | 9,991.85 |
| Deposit | 06/06/2018 | | | X | 876.60 | 10,868.45 |
| Deposit | 06/07/2018 | | | X | 11,073.22 | 21,741.67 |
| Deposit | 06/13/2018 | | | X | 13,173.29 | 34,914.96 |
| Deposit | 06/15/2018 | | | X | 9,889.88 | 44,804.84 |
| Deposit | 06/18/2018 | | | X | 1,864.28 | 46,669.12 |
| Deposit | 06/20/2018 | | | X | 0.00 | 46,669.12 |
| Deposit | 06/20/2018 | | | X | 18,261.20 | 64,930.32 |
| Check | 06/21/2018 | 1422 | GINGER G MCCOMB | X | 0.00 | 64,930.32 |
| Deposit | 06/21/2018 | | | X | 6,000.00 | 70,930.32 |
| Bill Pmt -Check | 06/23/2018 | ACH | CUTTING EDE MAC | X | 0.00 | 70,930.32 |
| Bill Pmt -Check | 06/23/2018 | | SCOT INDUSTRIES | X | 0.00 | 70,930.32 |
| Deposit | 06/23/2018 | | | X | 18,923.94 | 89,854.26 |
| Deposit | 06/27/2018 | | | X | 4,926.00 | 94,780.26 |
| Deposit | 06/26/2018 | | | X | 21,866.74 | 116,646.00 |
| Deposit | 06/28/2018 | | | X | 1,960.92 | 118,606.92 |
| Deposit | 06/28/2018 | | | X | 92,166.66 | 210,773.58 |
| Check | 06/30/2018 | 1436 | TIMOTHY DAVIDSON | X | 0.00 | 210,773.58 |
| Check | 06/30/2018 | 1432 | SCOT INDUSTRIES | X | 0.00 | 210,773.58 |
| Bill Pmt -Check | 06/31/2018 | | BO CYLINDER PRO. | X | 0.00 | 210,773.58 |
| **Total Deposits and Credits** | | | | | 210,773.58 | 210,773.58 |
| **Total Cleared Transactions** | | | | | 51,711.32 | 51,711.32 |
| **Cleared Balance** | | | | | 51,711.32 | 111,025.26 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 10 Items** | | | | | | |
| Check | 07/07/2018 | DEBIT | MISC VENDOR | | -20.24 | -20.24 |
| Bill Pmt -Check | 07/08/2018 | 1341 | SCOT INDUSTRIES | | -2,159.93 | -2,180.17 |
| Check | 06/01/2018 | DEBIT | | | -46.91 | -2,227.08 |
| Check | 06/14/2018 | 1423 | | | -262.50 | -2,489.58 |
| Check | 06/23/2018 | 1424 | SCOT INDUSTRIES | | -3,606.89 | -6,096.47 |
| Bill Pmt -Check | 06/23/2018 | 1427 | BALLEW'S SANITA. | | -256.00 | -6,352.47 |
| Bill Pmt -Check | 06/30/2018 | 1300 | SCOT INDUSTRIES | | -881.60 | -7,234.07 |
| Check | 06/30/2018 | 1444 | | | -120.00 | -7,354.07 |
| Check | 06/31/2018 | 1477 | | | -1,087.50 | -8,441.57 |
| Check | 06/31/2018 | 1478 | | | -90.73 | -8,532.30 |
| **Total Checks and Payments** | | | | | -8,532.30 | -8,532.30 |
| **Total Uncleared Transactions** | | | | | -8,532.30 | -8,532.30 |
| **Register Balance as of 06/31/2018** | | | | | 43,179.02 | 102,492.96 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 37 Items** | | | | | | |
| Bill Pmt -Check | 08/01/2018 | ACH | WORLEY MACHIN. | | -13,187.74 | -13,187.74 |
| Bill Pmt -Check | 08/01/2018 | ACH | COMMERCIAL FLUI | | -3,520.00 | -16,707.74 |
| Bill Pmt -Check | 08/01/2018 | ACH | HERCULES INC | | -578.24 | -17,285.98 |
| Bill Pmt -Check | 08/01/2018 | 1447 | KGS STEEL | | -300.00 | -17,585.98 |
| Bill Pmt -Check | 08/01/2018 | 1446 | HOLSTON GASES | | -182.42 | -17,768.40 |
| Bill Pmt -Check | 08/03/2018 | ACH | MSC INC | | -276.45 | -18,044.85 |
| Bill Pmt -Check | 08/06/2018 | 1451 | SCOT INDUSTRIES | | -1,873.44 | -19,918.29 |
| Check | 08/06/2018 | ACH | BO CYLINDER PRO. | | -884.96 | -20,803.25 |
| Check | 08/06/2018 | DEBIT | MISC VENDOR | | -19.03 | -20,822.28 |
| Check | 08/08/2018 | 1449 | LAWNMORE TRAI | | -1,295.00 | -21,917.28 |
| Bill Pmt -Check | 08/10/2018 | 1448 | SCOT INDUSTRIES | | -784.01 | -22,701.29 |
| Bill Pmt -Check | 08/11/2018 | EFT | BLUECROSS BLUE | | -4,761.55 | -27,462.84 |
| Bill Pmt -Check | 08/11/2018 | 1453 | CUTTING EDE MAC | | -4,516.50 | -31,979.34 |
| Bill Pmt -Check | 08/11/2018 | ACH | MACH III INC | | -3,796.32 | -35,775.66 |
| Check | 08/11/2018 | 1461 | INTERNAL REVEN. | | -3,170.00 | -38,945.66 |
| Bill Pmt -Check | 08/11/2018 | 1464 | XPO Logistics (NC) | | -3,032.65 | -41,978.31 |
| Bill Pmt -Check | 08/11/2018 | ACH | HERCULES INC | | -1,962.42 | -43,940.73 |
| Bill Pmt -Check | 08/11/2018 | 1452 | CRESAP MACHINE | | -1,999.58 | -45,940.31 |
| Check | 08/11/2018 | 1460 | | | -1,500.00 | -47,440.31 |
| Bill Pmt -Check | 08/11/2018 | | MISC VENDOR | | -1,434.00 | -48,874.31 |
| Bill Pmt -Check | 08/11/2018 | ACH | PRECISION PLATIN. | | -1,185.00 | -50,059.31 |
| Bill Pmt -Check | 08/11/2018 | ACH | PENINSULAR | | -168.77 | -50,228.08 |
| Check | 08/13/2018 | 1467 | MATTHEW A MCC... | | -3,834.73 | -53,702.81 |
| Check | 08/13/2018 | 1469 | MARCIA ST LOUIS | | -2,964.53 | -56,727.34 |
| Check | 08/13/2018 | 1466 | GINGER G MCCOMB | | -3,775.65 | -59,502.99 |
| Check | 08/13/2018 | 1463 | MICHAEL K HOGAN | | -1,898.12 | -61,401.11 |
| Check | 08/13/2018 | 1481 | TIMOTHY DAVIDSON | | -1,816.76 | -63,216.87 |
| Check | 08/13/2018 | 1468 | BOBBY G SCOTT | | -1,063.25 | -64,280.12 |
| Check | 08/13/2018 | 1460 | JIMMY J CHAMBERS | | -793.37 | -65,073.49 |
| Check | 08/13/2018 | 1470 | MARCIA ST LOUIS | | -717.00 | -65,790.49 |
| Check | 08/13/2018 | 1471 | CATHY DAVENPORT | | -500.00 | -66,290.49 |
| Check | 08/13/2018 | 1462 | EDDIE R HENDERS. | | -378.55 | -66,669.04 |
| Check | 08/13/2018 | 1454 | RANDY C KELLEY | | -337.22 | -67,006.26 |
| Check | 08/17/2018 | 1473 | STEPHEN R KILPA... | | -581.25 | -67,587.51 |
| Bill Pmt -Check | 08/18/2018 | 1474 | SENTRY INSURAN | | -1,318.36 | -68,905.87 |
| Check | 08/18/2018 | | GINGER G MCCOMB | | -45,000.00 | -113,905.87 |
| Check | 08/18/2018 | 1475 | HALBROOKS WEL. | | -60.00 | -113,965.87 |
| **Total Checks and Payments** | | | | | -113,965.87 | -113,965.87 |
| **Deposits and Credits - 8 Items** | | | | | | |
| Deposit | 08/01/2018 | | | | 437.86 | 437.86 |
| Deposit | 08/04/2018 | | | | 1,970.20 | 2,408.06 |
| Deposit | 08/06/2018 | | | | 6,789.20 | 9,197.26 |
| Deposit | 08/06/2018 | | | | 10,565.18 | 19,762.44 |
| Bill Pmt -Check | 08/08/2018 | | BO CYLINDER PRO | | 0.00 | 19,762.44 |
| Bill Pmt -Check | 08/11/2018 | 1464 | JMS METALS | | 0.00 | 19,762.44 |
| Deposit | 08/11/2018 | | | | 26,431.23 | 46,193.67 |
| Deposit | 08/18/2018 | | | | 29,992.50 | 76,186.18 |
| **Total Deposits and Credits** | | | | | 76,186.18 | 76,186.18 |
| **Total New Transactions** | | | | | -37,779.69 | -37,779.69 |
| **Ending Balance** | | | | | 5,399.33 | 64,713.27 |

Case 18-80892-CRJ11 Doc 81 Filed 09/20/18 Entered 09/20/18 14:19:28 Desc Main Document Page 18 of 28

1:20 PM
09/04/18

# JIT Industries, Inc.
## Reconciliation Detail
### 10000 · Peoples Bank of Alabama, Period Ending 08/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 1,759.61 |
| Cleared Balance | | | | | | 1,759.61 |
| **Uncleared Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| General Journal | 01/01/2018 | BANK ... | | | 537.79 | 537.79 |
| Total Deposits and Credits | | | | | 537.79 | 537.79 |
| Total Uncleared Transactions | | | | | 537.79 | 537.79 |
| Register Balance as of 08/31/2018 | | | | | 537.79 | 2,297.40 |
| **Ending Balance** | | | | | **537.79** | **2,297.40** |

Case 18-80892-CRJ11 Doc 81 Filed 09/20/18 Entered 09/20/18 14:19:28 Desc Main Document Page 19 of 28

JIT Industries Inc
Debtor in Possession
PO Box 2023
Madison AL 35758-5414

ACCOUNT SUMMARY

| Account Number | Type of Account | Current Balance | Checks |
|---|---|---|---|
| ████4641 | Small Business Checking | 111,025.28 | 57 |

CHECKING ACCOUNT

Refer your family and friends to Bank Independent and earn up to $500!
Learn more and register at referlive.com/bibank.com.

| | | | |
|---|---|---|---|
| Small Business Checking | | No. Checks | 57 |
| Account Number | 3294641 | Statement Dates | 8/01/18 thru 9/03/18 |
| Previous Balance | 59,313.96 | Days in the statement period | 34 |
| 17 Deposits/Credits | 226,177.46 | Average Ledger | 51,847.91 |
| 81 Checks/Debits | 174,466.14 | Average Collected | 51,847.91 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 111,025.28 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees year to date | $.00 | $.00 |
| Return item fees year to date | $.00 | $72.00 |

DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|---|---|---|

Small Business Checking ████4641 (Continued) $210,773.58

DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|---|---|---|
| 8/01 | TAXES PAYCHEX TPS CCD 77391200002999X | 6,790.19 |
| 8/02 | BKCD STLMT TSYS/TRANSFIRST CCD 39300980304892 | 526.66 |
| 8/03 | BKCD STLMT TSYS/TRANSFIRST CCD 39300980304892 | 2,675.00 |
| 8/06 | CORP PAY ELECTRIFIL CORP CCD JIT | 676.60 |
| 8/07 | Deposit | 11,073.22 |
| 8/13 | Deposit | 13,173.29 |
| 8/15 | Deposit | 9,889.88 |
| 8/16 | Deposit | 1,864.28 |
| 8/21 | Deposit | 18,261.20 |
| 8/21 | Deposit | 6,000.00 |
| 8/23 | Deposit | 18,923.94 |
| 8/23 | Deposit | ~~14,504.88~~ Flushes from Outfit |
| 8/27 | Bank to Ba JIT Industries, CCD 35601 | ~~899.00~~ |
| 8/27 | Deposit | 4,926.00 |
| 8/29 | Deposit | 92,166.66 |
| 8/29 | Deposit | 21,865.74 |
| 8/29 | Deposit | 1,960.92 |

WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 8/01 | POS DEB 1127 08/01/18 11948898 LOWE S 30 1087 HIGHWAY 31 NW HARTSELLE AL C#0120 | 27.96- |
| 8/01 | TAXES PAYCHEX TPS CCD 77386300002516X | 7,792.84- |
| 8/01 | 401k Contr I EPLAN SVCS PAD PPD | 1,000.00- |
| 8/02 | PREM PMT BCBS OF AL CCD 20880999 | 3,229.65- |
| 8/06 | POS DEB 1137 08/05/18 11408798 LOWE S 30 1087 HIGHWAY 31 NW HARTSELLE AL C#0120 | 27.23- |
| 8/06 | UPS BILL U. P. S. CCD 182090000R36A03 | 274.12- |
| 8/06 | UPS BILL U. P. S. CCD 181810000R36A03 | 166.33- |
| 8/06 | UPS BILL U. P. S. CCD 181880000R36A03 | 108.01- |
| 8/06 | UPS BILL U. P. S. CCD 181950000R36A03 | 57.25- |

$659.91

Small Business Checking ████4641 (Continued)

W I T H D R A W A L S A N D D E D U C T I O N S

| Date | Description | Amount |
|---|---|---|
| 8/06 | UPS BILL U. P. S.<br>CCD 182020000R36A03 | 54.20- |
| 8/09 | DBT CRD 1108 08/09/18 00395832<br>WM SUPERCE<br>Wal-Mart Super Cen<br>HARTSELLE AL C#0120 | 43.16- |
| 8/10 | DBT CRD 0000 08/09/18 29282385<br>LOWES 030<br>1087 HIGHWAY 31 NW<br>HARTSELLE AL C#0120 | 13.01- |
| 8/10 | DBT CRD 0000 08/09/18 01657642<br>FASTENAL C<br>2603 HWY 31 SW<br>HARTSELLE AL C#0120 | 8.28- |
| 8/10 | DISCOUNT TSYS/TRANSFIRST<br>CCD 39300980304892 | 111.41- |
| 8/13 | Bank to Ba JIT Industries,<br>CCD 35758 | 5,326.00- |
| 8/13 | Bank to Ba JIT Industries,<br>CCD 35758 | 2,477.00- |
| 8/15 | TAXES PAYCHEX TPS<br>CCD 77583900004222X | 6,595.23- |
| 8/15 | Bank to Ba JIT Industries,<br>CCD 35758 | 5,263.35- |
| 8/15 | CHARTER CO CHARTER COMMUNIC<br>CCD 0210155566 SPA | 109.98- |
| 8/16 | Bank to Ba JIT Industries,<br>CCD 35758 | 22,120.00- |
| 8/16 | Bank to Ba JIT Industries,<br>CCD 35758 | 3,022.00- |
| 8/16 | Bank to Ba JIT Industries,<br>CCD 0000000 | 764.15- |
| 8/16 | Bank to Ba JIT Industries,<br>CCD 35758 | 267.40- |
| 8/16 | XEROX INVC XEROX CORP.<br>CTX 1739783 | 217.89- |
| 8/17 | 401k Contr I EPLAN SVCS PAD<br>PPD | 1,000.00- |
| 8/23 | ACH PMT AMEX EPAYMENT<br>WEB | 13,899.13- |
| 8/24 | Bank to Ba JIT Industries,<br>CCD 35758 | 6,527.78- |
| 8/24 | Bank to Ba JIT Industries,<br>CCD 35758 | 1,040.00- |
| 8/24 | Bank to Ba JIT Industries,<br>CCD 35758 | ~~899.00~~ |
| 8/24 | Bank to Ba JIT Industries,<br>CCD 35758 | 870.12- |

Small Business Checking ████4641 (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 8/24 | Bank to Ba JIT Industries,<br>CCD 35758 | 169.50- |
| 8/29 | DBT CRD 0000 08/28/18 01920001<br>ORTMAN FLU<br>1400 M 30TH STREET<br>609-3978594 IL C#0120 | 44.99- |
| 8/29 | Bank to Ba JIT Industries,<br>CCD 35758 | 769.40- |
| 8/31 | Maintenance Fee | 25.00- |
| 8/31 | Account Analysis Charge | 68.90- |
| 8/31 | TAXES PAYCHEX TPS<br>CCD 77806200007545X | 7,559.88- |

93.90

## SUMMARY BY CHECK NUMBER

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 8/17 | 1348 | 2,282.20 | 8/17 | 1409 | 465.73 |
| 8/17 | 1349 | 1,504.05 | 8/15 | 1410 | 2,964.52 |
| 8/27 | 1350 | 35.00 | 8/21 | 1418* | 190.55 |
| 8/02 | 1351 | 35.00 | 8/20 | 1419 | 715.16 |
| 8/03 | 1353* | 220.00 | 8/23 | 1420 | 3,691.55 |
| 8/20 | 1354 | 1,866.49 | 8/30 | 1421 | 225.63 |
| 8/10 | 1355 | 160.00 | 8/22 | 1422 | 14,504.88 |
| 8/15 | 1357* | 250.00 | 8/31 | 1425* | 3,500.00 |
| 8/29 | 1358 | 4,636.24 | 8/27 | 1426 | 1,316.36 |
| 8/23 | 1359 | 600.00 | 8/28 | 1428* | 1,144.19 |
| 8/01 | 1389* | 5,883.35 | 8/28 | 1429 | 180.00 |
| 8/01 | 1396* | 2,775.65 | 8/29 | 1430 | 60.00 |
| 8/01 | 1397 | 3,834.73 | 8/31 | 1433* | 130.71 |
| 8/01 | 1398 | 832.61 | 8/30 | 1434 | 921.70 |
| 8/10 | 1400* | 460.00 | 8/30 | 1436* | 1,818.01 |
| 8/16 | 1401 | 142.15 | 8/30 | 1437 | 502.77 |
| 8/16 | 1402 | 861.35 | 8/30 | 1438 | 1,957.93 |
| 8/17 | 1403 | 1,423.30 | 8/30 | 1439 | 759.61 |
| 8/15 | 1404 | 472.40 | 8/31 | 1440 | 2,775.65 |
| 8/15 | 1405 | 1,235.37 | 8/31 | 1441 | 3,834.73 |
| 8/15 | 1406 | 728.38 | 8/30 | 1442 | 1,043.14 |
| 8/16 | 1407 | 2,775.65 | 8/30 | 1443 | 2,964.52 |
| 8/16 | 1408 | 3,834.73 | | | |

* Denotes missing check numbers

## DAILY BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/01 | 43,957.01 | 8/06 | 43,663.48 | 8/10 | 53,940.84 |
| 8/02 | 41,219.02 | 8/07 | 54,736.70 | 8/13 | 59,311.13 |
| 8/03 | 43,674.02 | 8/09 | 54,693.54 | 8/15 | 51,581.78 |

Small Business Checking ████4641 (Continued)

DAILY BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/16 | 19,440.74 | 8/22 | 19,749.58 | 8/28 | 28,630.77 |
| 8/17 | 12,765.46 | 8/23 | 34,987.72 | 8/29 | 139,113.46 |
| 8/20 | 10,183.81 | 8/24 | 25,481.32 | 8/30 | 128,920.15 |
| 8/21 | 34,254.46 | 8/27 | 29,954.96 | 8/31 | 111,025.28 |

END OF STATEMENT

# JIT Industries, Inc.
## Reconciliation Summary
### 10000 · Peoples Bank of Alabama, Period Ending 08/31/2018

| | | Aug 31, 18 |
|---|---|---|
| **Beginning Balance** | | 1,759.61 |
| **Cleared Balance** | | 1,759.61 |
| **Uncleared Transactions** | | |
| **Deposits and Credits - 1 item** | 537.79 → Remove? | |
| **Total Uncleared Transactions** | 537.79 | |
| **Register Balance as of 08/31/2018** | | **2,297.40** |
| **Ending Balance** | | 2,297.40 |



Page 1 of 1

PEOPLES BANK
of ALABAMA
IN GOD WE TRUST

Date 7/31/18

JIT INDUSTRIES INC
OPERATING ACCOUNT
PO BOX 2023
MADISON AL 35758-5414

Effective 7/1/2018, we will no longer issue reward points in the MyEasyRewards program unless you are a current paying subscriber of the MyRewards Gold or Platinum Debit Card. Points remain valid for redemption thru certificate expiration

---- CHECKING ACCOUNT ----

| BUSINESS CHECKING | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | [redacted]3640 | Statement Dates 7/02/18 thru | 7/31/18 |
| Previous Balance | 1,759.61 | Days in the statement period | 30 |
| Deposits/Credits | .00 | Average Ledger | 1,759.61 |
| Checks/Debits | .00 | Average Collected | 1,759.61 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 1,759.61 | | |

---

**** DAILY BALANCE INFORMATION ****

| 7/02 | 1,759.61 |
|---|---|

Phone: (256)737-7000 or (877)788-0288 • www.peoplesbankal.com Member FDIC Deposits Insured to $250,000 NOTICE: SEE REVERSED SIDE FOR IMPORTANT INFORMATION

# JIT Industries, Inc.
## Balance Sheet
### As of August 31, 2018

| | Aug 31, 18 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10000 · Peoples Bank of Alabama | 2,297.40 |
| 10001 · BANK INDEPENDENT | 110,234.05 |
| **Total Checking/Savings** | 112,531.45 |
| **Accounts Receivable** | |
| 12000 · Accounts Receivable | 236,564.12 |
| **Total Accounts Receivable** | 236,564.12 |
| **Other Current Assets** | |
| 13250 · Undeposited Funds | 437.85 |
| 13500 · Inventory Asset | 294,089.48 |
| 13900 · Due from Invision | 67,181.00 |
| **Total Other Current Assets** | 361,708.33 |
| **Total Current Assets** | 710,803.90 |
| **Fixed Assets** | |
| 14100 · Furniture and Fixtures | 22,430.33 |
| 14300 · Leasehold Improvements | 33,035.96 |
| 14400 · Machinery & Equipment | 314,321.85 |
| 14500 · Transportation Equipment | 14,500.00 |
| 14900 · Accumulated Depreciation | -371,563.62 |
| **Total Fixed Assets** | 12,724.52 |
| **TOTAL ASSETS** | **723,528.42** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 142,270.15 |
| **Total Accounts Payable** | 142,270.15 |
| **Credit Cards** | |
| 20150 · Corporate Credit Card | 312.32 |
| 20155 · AMERCIAN EXPRESS | 51,791.44 |
| **Total Credit Cards** | 52,103.76 |
| **Other Current Liabilities** | |
| 21000 · Payroll Tax LIABILITY | 784.56 |
| 22000 · Other Payroll Liabilities | -544.44 |
| 22900 · ACCRUED SETTLEMENT | 1,100,000.00 |
| 23000 · Sales Tax Payable | -2,932.18 |
| 26000 · Unearned Revenue | 345.60 |
| 27000 · Customer Prepayment | 87,266.66 |
| **Total Other Current Liabilities** | 1,184,920.20 |
| **Total Current Liabilities** | 1,379,294.11 |
| **Total Liabilities** | 1,379,294.11 |
| **Equity** | |
| 40000 · Capital Stock | 1,000.00 |
| 41000 · Additional Paid In Capital | 100,673.04 |
| 45000 · Retained Earnings | -983,651.68 |
| Net Income | 226,212.95 |
| **Total Equity** | -655,765.69 |
| **TOTAL LIABILITIES & EQUITY** | **723,528.42** |

# JIT Industries, Inc.
## Profit & Loss
### August 2018

| | Aug 18 |
|---|---|
| Ordinary Income/Expense | |
| Income | |
| 55000 · Sales | 129,109.21 |
| 56000 · Shipping & Freight Fee Income | 4,294.44 |
| 58000 · Terms Discount | -279.82 |
| Total Income | 133,123.83 |
| Cost of Goods Sold | |
| 51100 · Freight and Shipping Costs | 10,163.59 |
| 60000 · Direct Costs | 17,511.17 |
| 61500 · Cost of Goods Sold | 21,607.02 |
| Total COGS | 49,281.78 |
| Gross Profit | 83,842.05 |
| Expense | |
| 66000 · Payroll Tax Expenses | 3,523.98 |
| 68000 · MFG/Shop Operating Costs | 3,063.00 |
| 70000 · ALL SALARY & WAGES | 44,926.18 |
| 71825 · Fuel | 842.65 |
| 72550 · Bank Charges | 510.16 |
| 72675 · Insurance - General | 3,908.97 |
| 72725 · Legal & Professional Services | 11,919.79 |
| 73000 · Business Development | 54.41 |
| 74000 · Facilities | 7,448.25 |
| Total Expense | 76,197.39 |
| Net Ordinary Income | 7,644.66 |
| Net Income | 7,644.66 |