**Van−002** [Notice of Hearing] (Rev. 05/14)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 18−80892−CRJ11 |
| JIT Industries, Inc. | Chapter 11 |
| EIN: 63−1277267 | |
| Debtor(s) | |

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

*91* − Second Application for Compensation of Interim Professional Fees and Expenses for Tazewell Taylor Shepard IV, Debtor's Attorney, Period: 6/1/2018 to 8/31/2018, Fee: $25,165.00, Expenses: $667.94. Filed by Attorney Tazewell Taylor Shepard IV (Shepard, Tazewell)

**Date:** Monday, November 5, 2018        **Time:** 02:30 PM

**Location:** Federal Building, Cain St Entrance, 3rd Floor Courtroom, Decatur, AL 35601

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated:  October 3, 2018                                By:

                                                                            Joseph E. Bulgarella, Clerk
                                                                            United States Bankruptcy Court

bng