# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| In re: JIT Industries, Inc. | ) | Case No.: 18-80892-CRJ-11 |
| EIN: xx-xxx7267 | ) | |
| | ) | |
| Debtor. | ) | CHAPTER 11 |

## DEBTOR'S NOTICE OF AMENDMENT OF SCHEDULES

**COMES NOW** the Debtor in the above styled matter and hereby files amended Schedule A/B and Summary of Assets and Liabilities consisting of 11 pages, by substituting the attached amended schedule for those originally filed, pursuant to Fed. R. Bankruptcy P. 1009. The specific changes are as follows:

**Schedule A/B Property has been modified**
-to show amended value of Debtor's raw materials
-to show that the property listed in Part 5 has been appraised by a professional within the last year
-to show amended value of Debtor's office furniture
-to show amended value of Debtor's Goose Neck Trailer
-to show amended value of Debtor's other machinery

/s/*Tazewell T. Shepard*
Tazewell T. Shepard

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, AL 35804
Tel: (256) 512-9924
Fax: (256) 512-9938

**I DECLARE UNDER PENALTY OF PERJURY THAT THE ATTACHED AMENDED SCHEDULES ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.**

Dated: October 10, 2018        */s/ Ginger McComb*
                               Ginger McComb

## CERTIFICATE OF SERVICE

This is to certify that I have this 10th day of October served the foregoing upon all listed creditors found on the attached Clerk's Certified Matrix; upon all those persons requesting notice in this case, and upon the following listed persons by electronic service through the Court's CM/ECF system and/or by depositing said copies in the U. S. Mail in properly addressed envelopes with adequate postage thereon:

Richard Blythe, Esquire
Office of the Bankruptcy Administrator
P. O. Box 3045
Decatur, AL 35602

/s/*Tazewell T. Shepard*
Tazewell Shepard

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................  $  **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................................  $  **221,278.74**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................................  $  **221,278.74**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................  $  **1,050,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................................  $  **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................  +$  **863,882.14**

4. **Total liabilities** .................................................................................................................................
   Lines 2 + 3a + 3b  $  **1,913,882.14**

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | Peoples Bank of Alabama | Checking | | $344.18 |
   | 3.2. | Bank Independent | Checking | | $563.35 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** $907.53
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

| | | | | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 77,340.00<br>face amount | - | 0.00<br>doubtful or uncollectible accounts | = .... | $77,340.00 |
| 11b. Over 90 days old: | 47,713.21<br>face amount | - | 0.00<br>doubtful or uncollectible accounts | =.... | $47,713.21 |

12. **Total of Part 3.**  $125,053.21

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:  Investments**

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:  Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>Raw Materials | | $0.00 | | $4,000.00 |
| 20. | **Work in progress**<br>Work in progess | | $0.00 | | $10,000.00 |

21.  **Finished goods, including goods held for resale**

22.  **Other inventory or supplies**

23.  **Total of Part 5.**  $14,000.00

     Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ☐ No
     ■ Yes

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Desks, Chairs, Conference Table, Cradenza, Filing Cabinets, Shredder | $0.00 | | $5,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** See attached list | $0.00 | | $2,600.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                   $7,600.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2010 Ford Transit Connect XLT** | $0.00 | | $8,500.00 |
| 47.2. **Goose Neck Trailer** | $0.00 | | $4,000.00 |
| 47.3. **1999 Dodge Ram 3500** | $0.00 | | $5,000.00 |

| Debtor | JIT Industries, Inc. | Case number (If known) 18-80892 |
|---|---|---|
| | Name | |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    **Various Shipping & Assembly Items, Cranes, Air Compressors, Various Repair Equipment, Cabinets & Shelving, Lathes, Mills, Drill, Welder, Forklift, Various Machinery, & Various Tools** — $0.00 — $56,000.00

51. **Total of Part 8.** — **$73,500.00**

    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ■ No. Go to Part 10.
    ☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www.jitindustries.com | $0.00 | | $18.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Customer Lists and Mailing Lists | $0.00 | | $100.00 |
| 64. **Other intangibles, or intellectual property** Custom drawings used for each cylinder built over 15 years | $0.00 | | $100.00 |

65. **Goodwill**

66. **Total of Part 10.**                                                                        **$218.00**

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    - ■ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ■ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    - ☐ No.  Go to Part 12.
    - ■ Yes Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|
    | 71. **Notes receivable**<br>Description (include name of obligor) | |
    | 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
    | 73. **Interests in insurance policies or annuities** | |
    | 74. **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Damage to debtor's reputation and credit; Breach of fiduciary duty as partner; Breach of fiduciary duty as receiver**<br>Nature of claim     **Commercial Tort Claim**<br>Amount requested                 $0.00 | **Unknown** |
    | 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Partnership contributions**<br>Nature of claim<br>Amount requested                 $0.00 | **Unknown** |
    | 76. **Trusts, equitable or future interests in property** | |
    | 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

78. **Total of Part 11.**                                                                        **$0.00**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

Debtor  **JIT Industries, Inc.**
Name

Case number *(If known)* **18-80892**

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $907.53 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $125,053.21 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $14,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,600.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $73,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $218.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $221,278.74 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $221,278.74 |

| Description | Interest | Market Value | Purchase Date |
|---|---|---|---|
| COMPUTER EQUIPMENT | | | |
| Computer Server | own | $100 | 5/21/2013 |
| Laptop | own | $100 | 3/17/2012 |
| Compac PC | own | $100 | 6/10/2011 |
| External Hard Drive | own | $200 | 11/17/2011 |
| Computers | own | $600 | 2/12/2010 |
| Quickbooks Software | own | $500 | 5/19/2003 |
| Keyboards | own | $100 | 2/17/2002 |
| Computer Components | own | $100 | 2/17/2002 |
| Monitor | own | $500 | 1/15/1900 |
| Printer | own | $200 | |
| Telephones | own | $100 | |