# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | } | |
| JIT INDUSTRIES, INC. | } | CASE NO. 18-80892-CRJ-11 |
| EIN:  XX-XXX7267 | } | |
| | } | CHAPTER 11 |
| Debtor(s). | } | |

## ORDER ON AMERICAN EXPRESS'S MOTION TO ESTABLISH ITS CLAIM AS ALLOWED AND PERMIT A LATE-FILED CLAIM

On October 16, 2018, American Express National Bank ("American Express") filed a Motion to Establish Its Claim as Allowed and to Permit a Late-Filed Claim, ECF No. 98, in the Debtor's underlying Bankruptcy Case to which the Debtor filed a Response, ECF No. 102.

On October 17, 2018, the Adversary Proceeding filed by the Debtor against American Express and other Defendants, styled *JIT Industries, Inc. v. Wells Fargo Financial Leasing Inc., et al.,* 18-80069-CRJ-11, came before the Court on American Express's Motion to Establish its Claim as Allowed and to Permit a Late-Filed Claim, ECF No. 95; Response filed by JIT Industries, Inc., ECF No. 98; and on other related matters.  Following the hearing in the Adversary Proceeding, the Court entered an Order Requiring Briefs, ECF No. 108, requiring counsel for both parties to file Briefs regarding the late-filed proof of claim issue.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that no action will be taken at this time on the pending Motion filed by American Express to Establish Its Claim as Allowed and to Permit a Late-Filed Claim and Response filed by the Debtor in the underlying Bankruptcy Case as the issues were addressed during the hearing in the related Adversary Proceeding and are currently under submission awaiting briefs.

Dated this the 22nd day of October, 2018.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge