# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: JIT Industries, Inc. | ) | Case No.: 18-80892-CRJ-11 |
| | ) | |
| | ) | |
| Debtor. | ) | CHAPTER 11 |

## ORDER ON DEBTOR'S OBJECTION TO PROOF OF CLAIM 9-1

This matter came before the Court for hearing upon the Debtor's Objection to Proof of Claim 9-1, Motion to Determine Value of Property Subject to Creditors' Judgment Lien, and Motion to Determine Amount of Secured Creditors' Claim (the "Objection") filed on August 27, 2018 (Doc. 72). After proper notice, a hearing was held on November 5, 2018 with an appearance by Tazewell T. Shepard IV on behalf of the Debtor, Kevin C. Gray on behalf of Rod Hill, Phillip Hill, and Danny Overbee (the "Creditors"), and Richard M. Blythe on behalf of the Bankruptcy Administrator.

Counsel for the Debtor and counsel for the Creditors informed the Court that they had reached a consensual resolution to the Objection. Upon consideration by the Court, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that Creditors' Proof of Claim 9-1 is hereby bifurcated as follows: $100,000.00 of the claim amount is secured by all property of the Debtor as of the bankruptcy petition date subject to the Creditors' pre-bankruptcy judgment lien; all remaining sums listed as owed to the Creditors in Proof of Claim 9-1 are hereby rendered unsecured.

Dated this the 9th day of November, 2018.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Prepared by:
Tazewell T. Shepard IV
Attorney for the Debtor


Approved by:
Kevin C Gray
Attorney for the Creditors