# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | | |
|---|---|---|---|
| In re: | JIT Industries, Inc. | ) | Case No.: 18-80892-CRJ-11 |
| | EIN: xx-xxx7267 | ) | |
| | | ) | |
| | Debtor. | ) | CHAPTER 11 |

## APPLICATION FOR ALLOWANCE AND PAYMENT
## OF ADMINISTRATIVE EXPENSE CLAIM

COMES NOW Ginger McComb and Matthew McComb ("McCombs" or "Movant"), principals of Debtor JIT Industries, Inc. and interested parties in this matter, who file this Application for Allowance and Payment of Administrative Expense Claim pursuant to 11 U.S.C. § 503(b). In support, the McCombs state the following:

1.      On March 23, 2018 (the "Petition Date"), JIT Industries, Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2.      This Court has jurisdiction to hear and finally decide this matter pursuant to 28 U.S.C. §§ 1334 and 157(b). Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409(a).

3.      This Court has the power to grant the relief requested herein pursuant to 11 U.S.C. §§ 503 and 105.

## STATEMENT OF FACTS

*First Lawsuit*

4.      The McCombs are the only two principals of Debtor.

5.      Debtor is a Native American Woman-Owned Small Business.

6.      On December 16, 2014, Phillip Hill and Rod Hill filed a complaint in the Circuit Court of Madison County, Alabama against Debtor and the McCombs (the "First Lawsuit").

7.      The allegations of the First Lawsuit, in essence, were that the McCombs authorized "sweeps" out of one or more bank accounts at People's Bank and used those funds to reduce a line of credit Debtor maintained at People's Bank. The plaintiffs in the First Lawsuit alleged that those sweeps were unlawful because the funds in those accounts were actually owned by JIT Military Sales ("Military Sales"). The McCombs argued that Military Sales was not a separate legal entity but instead was a division of the Debtor and operated under the corporate umbrella of Debtor, and that the sweeps were therefore proper.

8.     In April of 2017, a jury found in favor of the plaintiffs in the First Lawsuit.  In addition, the Court entered an Order declaring Military Sales to be an Alabama general partnership and ordering that Kevin Heard be appointed as a Receiver to take control of Military Sales and dissolve the partnership.

*Second Lawsuit*

9.     Five months later, on September 11, 2017, Mr. Heard, representing the same plaintiffs as in the First Lawsuit as well as Military Sales, filed a complaint in the Circuit Court of Madison County, Alabama (the "Second Lawsuit").

10.    The allegations of the Second Complaint were almost identical in spirit as those of the First Complaint: that the McCombs (working in concert with People's Bank) unlawfully authorized the same "sweeps" at issue in the First Lawsuit out of accounts owned by Military Sales which were used to Debtor's benefit.

11.    Importantly, in the Second Lawsuit the McCombs were sued solely in their capacities as officers and/or directors of the Debtor.

12.    In defense of the Second Lawsuit, the McCombs filed a 12(b)(6) Motion to Dismiss on the basis of res *judicata*, arguing it was tantamount to a re-litigation of the First Lawsuit.  The Court in the Second Lawsuit denied that motion until discovery could be conducted.

13.    Subsequent thereto, the parties to the Second Lawsuit have reached a mediated settlement.  Debtor's attorneys in this action have filed a motion seeking this Court's approval of that settlement [DOC 120].

14.    In defending themselves in the Second Lawsuit, the McCombs have incurred $46,670.84 in reasonable attorneys' fees (incurred after Debtor's bankruptcy petition was filed in this action) (the "McComb Attorneys' Fees") to date.  The McComb Attorneys' Fees include fees and costs to the law firms of Lanier Ford Shaver & Payne and Campbell Guin.  Copies of invoices from both firms are attached hereto as Exhibit A.

15.    Pursuant to Ala. Code § 10A-2-8.52, when a director of an Alabama corporation is sued in such capacity, the company is obligated to indemnify said director who is "successful, on the merits or otherwise, in the defense of any proceeding, or of any claim, issue or matter in the proceeding, where he or she was a party because he or she is or was a director of the corporation…."

16.    The McCombs were directors of Debtor and acted only within and in accordance with their capacities as directors of the Debtor.  The McComb Attorneys' Fees were incurred in the successful resolution of the Second Lawsuit.

17.    If the McCombs did not assert a vigorous defense in the Second Lawsuit, they would likely have suffered another monetary judgment against them, a judgment they would not be able to satisfy.

2

18.     Moreover, due to the fact that the McCombs were forced to (they argue) re-litigate in the Second Lawsuit the same issues decided in the First Lawsuit, the McCombs have largely exhausted their personal resources in order to defend themselves in the Second Lawsuit. Again, the McCombs point out that they were sued in their capacity as officers and/or directors of Debtor in the Second Lawsuit, not for actions allegedly taken outside that capacity.

19.     Without an order from this Court finding that the McCombs' Attorneys' Fees are an administrative expense and ordering payment of that claim, each of the McCombs is likely to be forced to seek bankruptcy relief individually.

20.     Debtor is a Native American Woman-Owned Small Business due to the fact that Ginger McComb owns and controls at least 51% of Debtor. If Mrs. McComb files for bankruptcy protection, it is possible that Debtor could lose its status as a Native American Woman-Owned Small Business due to the U.S. Small Business Administration's concerns over such a filing by Mrs. McComb.

21.     Moreover, such a bankruptcy action by one or both of Debtor's principals quite likely would negatively impact Debtor's ability to win future contract awards from governmental agencies. This is due to the fact that when a government agency awards contracts, the agency is allowed to (and often does) consider the financial condition and history of the potential awardee's principals. Where one or more of those principals has filed bankruptcy, the Agency is likely to consider the company unable to perform under the subject contract and decline to award the contract to the company.

22.     The ramifications of the Debtor's inability to be awarded future contracts (and possibly Debtor's inability to retain current government agency contracts) are hard to overstate; put simply, in that event Debtor's reorganization efforts would likely fail, and quickly.

23.     Thus, due to my Firm's defense of the McCombs in the Second Lawsuit, the Debtor's estate has benefited by avoiding either a default judgment or monetary judgment/verdict that the McCombs would not be able to pay.

## LEGAL ARGUMENT

24.     Bankruptcy Code § 503(b)(1)(f) provides that "[a]fter notice and hearing, there shall be allowed administrative expenses," including "the actual necessary costs and expenses of preserving the estate."

25.     For a claim to qualify as an administrative expense, "an expenditure must have occurred, or an obligation must have been incurred, post-petition." *In re New WEI, Inc.*, No. 15-02741-TOM-7, 2018 WL 54542681 at 3 (Bankr. N.D. Ala. Jan. 25, 2018) (citing *In re Hackney*, 351 B.R. 179, 184 (Bankr. N.D. Ala. 2006)).

26.     In addition, "[t]he expenses must confer a 'concrete benefit to the debtor's estate'...." *In re New WEI, Inc.*, at 3 (citing *In re Faber*, 477 B.R. 912 (Bankr. M.D. Fla 2012)).

3

27.     Whether an expense confers an actual benefit to the debtor's estate "must be determined on a case-by-case basis." *Ford Motor Credit Co. v Dobbins*, 35 F.3d 860, 869 (4th Cir. 1994).

28.     The McCombs submit that the McComb Attorneys' Fees meet the test to qualify as a § 503(b) administrative expense.

29.     The McComb Attorneys' Fees were incurred post-petition. Moreover, the work performed that gives rise to the McComb Attorneys' Fees benefitted the Debtor's estate by preventing a default judgment and by preventing an award of damages against the McCombs that the McCombs would not have been able to pay. Either of those outcomes could have led to the bankruptcy filing by each of the McCombs, which in turn would quite likely have led to irreparable damage to Debtor by virtue of the fact that government agencies would not award future contracts to Debtor.

30.     Despite the benefit the work comprising the McComb Attorneys' Fees confers upon Debtor's estate, the McCombs are not able to pay the McComb Attorneys' fees and are likely to file bankruptcy if forced to pay those fees themselves. This would also negatively impact Debtor's reorganization due to the fact that government agencies will not award contracts to companies whose principals have filed bankruptcy.

WHEREFORE, because the McCombs were sued in the Second Lawsuit in their capacity as officers and/or directors, because Debtor is obligated by statute to indemnify the McCombs in the Second Lawsuit, and because the work giving rise to the McComb Attorneys' Fees conferred a concrete benefit to Debtor's estate, the McCombs respectfully request that this Court enter an Order:

(i)     confirming and allowing the McComb Attorneys' Fees as a post-petition administrative expense claim in the amount of $46,670.84;

(ii)    ordering the payment of said post-petition administrative claim along with other approved administrative expenses; and

(iii)   providing the McCombs with such additional and/or alternative relief as this Court deems just and proper.

This ____ day of December 2018.

Respectfully submitted,

Lanier Ford Shaver & Payne, P.C.

/s/ Tracy A. Marion
Tracy A. Marion (MAR218)

Attorneys for Ginger McComb and

4

Matthew McComb
2101 W. Clinton Avenue, Suite 102
Huntsville, AL 35805
Phone: (256) 535-1100
Facsimile: (256) 533-9322
tam@lanierford.com

Case 18-80892-CRJ11    Doc 126    Filed 12/14/18    Entered 12/14/18 11:16:30    Desc
Main Document    Page 5 of 53

Exhibit A

# Lanier Ford Shaver & Payne, PC

# Invoices

# Lanier Ford Shaver & Payne P.C.

P.O. BOX 2087
Huntsville, AL  35804

(256) 535-1100
EIN: 63-0978839

Date: May 9, 2018
File Number: MCC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
Invoice No: 223553
Bill Empl:  AMS

Mr. Matthew A. McComb
ATTN: Ms. Marcia St. Louis
106 Landsdowne Drive
Madison, AL  35758

New charges and disbursements:

| | |
|---|---|
| Professional services: | $1,227.50 |
| Disbursements: | $0.00 |
| Total new charges and disbursements: | $1,227.50 |
| Retainer/credit applied: | $1,227.50 |
| **Current balance due within thirty (30) days:** | **$0.00** |
| **Balance Remaining in Trust** | **$0.00** |

# Lanier Ford Shaver & Payne P.C.

P.O. BOX 2087
Huntsville, AL  35804

(256) 535-1100
EIN: 63-0978839

McComb, Matthew A.

File Number: MCC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

RE:  Hill v. McComb (fraud & breach of fiduciary duty)

May 9, 2018

Page:  1

Invoice No: 223553

| Date | Description of Services Rendered | Timekeeper | Hours |
|------|-----------------------------------|------------|-------|
| 04/11/18 | Telephone conference with M. St. Louis regarding facts underlying matter; reveiwed and analyzed complaint | CGB | 0.70 |
| 04/23/18 | Meeting with Marcia St. Louis; draft of NOA and filing of same | AMS | 1.00 |
| 04/29/18 | Review of Pleadings; File review for Status | AMS | 1.00 |
| 04/30/18 | Review of Pleadings;  Telephone correspondence with Counsel for People's Bank; misc. matters | AMS | 2.00 |

Timekeeper Summary

| | Rate | Hours | Fees |
|------|------|-------|------|
| C. Gregory  Burgess | $325.00 | 0.70 | $227.50 |
| Andy M Sieja | $250.00 | 4.00 | $1,000.00 |
| Total Hours/Fee: | | 4.70 | $1,227.50 |

Total new charges and disbursements: $1,227.50

Retainer/credit applied: $1,227.50

**Current balance due within thirty (30) days:** **$0.00**

**PLEASE INCLUDE INVOICE NUMBER TO ENSURE PROPER CREDIT.**

# Lanier Ford Shaver & Payne P.C.

P.O. BOX 2087
Huntsville, AL 35804

(256) 535-1100
EIN: 63-0978839

Date: June 8, 2018
File Number: MCC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
Invoice No: 224391
Bill Empl: AMS

Mr. Matthew A. McComb
ATTN: Ms. Marcia St. Louis
106 Landsdowne Drive
Madison, AL 35758

New charges and disbursements:

| | |
|---|---|
| Professional services: | $5,925.00 |
| Disbursements: | $75.40 |
| Total new charges and disbursements: | $6,000.40 |
| Retainer/credit applied: | $6,000.40 |

**Current balance due within thirty (30) days:**     **$0.00**

**Balance Remaining in Trust**     **$0.00**

# Lanier Ford Shaver & Payne P.C.

P.O. BOX 2087
Huntsville, AL 35804

(256) 535-1100
EIN: 63-0978839

McComb, Matthew A.

June 8, 2018

File Number: MCC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

Page: 1

RE: Hill v. McComb (fraud & breach of fiduciary duty)

Invoice No: 224391

| Date | Description of Services Rendered | Timekeeper | Hours |
|------|----------------------------------|------------|-------|
| 05/02/18 | Review of Prior Pleadings; Research issues re: Res Judicata; begin draft of Motion to Dismiss | AMS | 3.50 |
| 05/04/18 | Interoffice conference with AMS regarding upcoming hearing on motions to dismiss | CGB | 0.20 |
| 05/08/18 | Review of Motion to Dismiss filed by JIT Industries; telephone correspondence with Cason Kirby; email correspondence to CGB | AMS | 0.50 |
| 05/09/18 | Review of Response to Motion to Dismiss; Meeting with CGB regarding hearing; overview of argument | AMS | 1.50 |
| 05/09/18 | Prepared for hearing on motion to dismiss, including review of trial transcript, plaintiff's response, and case law cited in same; interoffice conference with AMS regarding same | CGB | 2.90 |
| 05/10/18 | Continued preparation for hearing, including review of trial transcript and case law; attended and represented client's interest at hearing before Judge A. Austin; meeting with counsel for co-defendants regarding case | CGB | 3.80 |
| 05/10/18 | Prep for Motion hearing; meeting with CGB; travel to and from and attendance of hearing | AMS | 3.00 |
| 05/14/18 | Telephone conference with J. Burchfield regarding position on continuance of trial; received and reviewed emails from E. Mathews regarding same | CGB | 0.30 |
| 05/15/18 | Received and reviewed order denying motion to dismiss; interoffice conference with AMS regarding same | CGB | 0.20 |
| 05/15/18 | Telephone correspondence with Marcia St. Louis regarding status and strategy moving forward; telephone correspondence with Ed Gillespie regarding Motion to Continue and Answer; misc. matters | AMS | 1.00 |
| 05/17/18 | Meeting with clients regarding status of case and strategy forward; prep for meeting with clients | AMS | 1.25 |
| 05/17/18 | Meeting with G. McComb, M. McComb, M. St. | CGB | 1.10 |

**PLEASE INCLUDE INVOICE NUMBER TO ENSURE PROPER CREDIT.**

# Lanier Ford Shaver & Payne P.C.

P.O. BOX 2087
Huntsville, AL 35804

(256) 535-1100
EIN: 63-0978839

McComb, Matthew A.

File Number: MCC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

RE: Hill v. McComb (fraud & breach of fiduciary duty)

June 8, 2018

Page: 2

Invoice No: 224391

|  |  |  |  |
|---|---|---|---|
|  | Louis, and AMS regarding litigation and strategy moving forward |  |  |
| 05/29/18 | Assessed need to respond to complaint in light of Court's ruling on motion to dismiss; interoffice conference with ANS regarding same | CGB | 0.20 |
| 05/30/18 | Review of Answer for Affirmative Defenses; | AMS | 0.25 |
| 05/31/18 | Meeting with CGB re Motion to Dismiss and misc. strategy | AMS | 1.00 |
| 05/31/18 | Telephone conference with B. Loftin regarding potential settlement; interoffice conference with AMS regarding same | CGB | 0.30 |

Timekeeper Summary

|  | Rate | Hours | Fees |
|---|---|---|---|
| C. Gregory Burgess | $325.00 | 9.00 | $2,925.00 |
| Andy M Sieja | $250.00 | 12.00 | $3,000.00 |
|  |  | 21.00 | $5,925.00 |
| Total Hours/Fee: |  |  |  |

Costs Advanced

| Date | Description |  |  |
|---|---|---|---|
| 05/01/18 | Westlaw Research |  | $9.26 |
| 05/03/18 | Westlaw Research |  | $38.36 |
| 05/10/18 | Westlaw Research |  | $27.78 |
| Total Costs Advanced: |  |  | $75.40 |

| Total new charges and disbursements: | $6,000.40 |
|---|---|
| Retainer/credit applied: | $6,000.40 |
| **Current balance due within thirty (30) days:** | **$0.00** |

**PLEASE INCLUDE INVOICE NUMBER TO ENSURE PROPER CREDIT.**

# Lanier Ford Shaver & Payne P.C.

P.O. BOX 2087
Huntsville, AL  35804

(256) 535-1100
EIN: 63-0978839

Date: July  9, 2018
File Number: MCC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
Invoice No: 225009
Bill Empl:  AMS

Mr. Matthew A. McComb
ATTN: Ms. Marcia St. Louis
106 Landsdowne Drive
Madison, AL  35758

New charges and disbursements:

| | |
|---|---|
| Professional services: | $32.50 |
| Disbursements: | $0.00 |
| Total new charges and disbursements: | $32.50 |

| | |
|---|---|
| **Current balance due within thirty (30) days:** | **$32.50** |
| **Balance Remaining in Trust** | **$0.00** |

# Lanier Ford Shaver & Payne P.C.

P.O. BOX 2087
Huntsville, AL 35804

(256) 535-1100
EIN: 63-0978839

McComb, Matthew A.

July 9, 2018

File Number: MCC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

Page: 1

RE: Hill v. McComb (fraud & breach of fiduciary duty)

Invoice No: 225009

| Date | Description of Services Rendered | Timekeeper | Hours |
|------|----------------------------------|------------|-------|
| 06/27/18 | Emails from and to C. Kirby regarding withdrawal and representation of G. McComb | CGB | 0.10 |

Timekeeper Summary

| | Rate | Hours | Fees |
|---|------|-------|------|
| C. Gregory Burgess | $325.00 | 0.10 | $32.50 |
| Total Hours/Fee: | | 0.10 | $32.50 |

Total new charges and disbursements: $32.50

**Current balance due within thirty (30) days:** **$32.50**

**PLEASE INCLUDE INVOICE NUMBER TO ENSURE PROPER CREDIT.**

# Lanier Ford Shaver & Payne P.C.

P.O. BOX 2087
Huntsville, AL 35804

(256) 535-1100
EIN: 63-0978839

Mr. Matthew A. McComb
ATTN: Ms. Marcia St. Louis
106 Landsdowne Drive
Madison, AL 35758

Date: August 15, 2018
File Number: MCC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
Invoice No: 225939
Bill Empl: AMS

| | |
|---|---:|
| Outstanding Balance Forward: | $32.50 |
| New charges and disbursements: | |
| Professional services: | $1,177.50 |
| Disbursements: | $0.00 |
| Total new charges and disbursements: | $1,177.50 |
| **Current balance due within thirty (30) days:** | **$1,210.00** |
| **Balance Remaining in Trust** | **$0.00** |

# Lanier Ford Shaver & Payne P.C.

P.O. BOX 2087
Huntsville, AL 35804

(256) 535-1100
EIN: 63-0978839

McComb, Matthew A.

File Number: MCC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

RE: Hill v. McComb (fraud & breach of fiduciary duty)

August 15, 2018

Page: 1

Invoice No: 225939

| Date | Description of Services Rendered | Timekeeper | Hours |
|------|----------------------------------|------------|-------|
| 07/05/18 | Received, reviewed, and analyzed People's Bank's motion for summary judgment/brief; interoffice conference with AMS regarding same | CGB | 0.80 |
| 07/05/18 | Status review of McComb matter for Motion for Summary Judgment review and response | AMS | 0.50 |
| 07/11/18 | Continued review of Motion for Summary Judgment; Consult with CGB | AMS | 1.50 |
| 07/11/18 | Interoffice conference with AMS regarding People's Bank's motion for summary judgment, impact on clients, and strategy moving forward; telephone conference with B. Loftin regarding potential workout with plaintiffs | CGB | 0.70 |
| 07/12/18 | Interoffice conference with AMS regarding potential resolution of case | CGB | 0.20 |
| 07/23/18 | Telephone correspondence with Marcia St. Louis regarding global resolution; email correspondence with CGB regarding status of global resolution; strategy conference | AMS | 0.50 |

## Timekeeper Summary

| | Rate | Hours | Fees |
|---|------|-------|------|
| C. Gregory Burgess | $325.00 | 1.70 | $552.50 |
| Andy M Sieja | $250.00 | 2.50 | $625.00 |
| Total Hours/Fee: | | 4.20 | $1,177.50 |

Total new charges and disbursements: $1,177.50

**PLEASE INCLUDE INVOICE NUMBER TO ENSURE PROPER CREDIT.**

# Lanier Ford Shaver & Payne P.C.

P.O. BOX 2087
Huntsville, AL  35804

(256) 535-1100
EIN: 63-0978839

McComb, Matthew A.

File Number: MCC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
RE:  Hill v. McComb (fraud & breach of fiduciary duty)

**Current balance due within thirty (30) days:**                                      **$1,210.00**

**PLEASE INCLUDE INVOICE NUMBER TO ENSURE PROPER CREDIT.**

# Lanier Ford Shaver & Payne P.C.

P.O. BOX 2087
Huntsville, AL 35804

(256) 535-1100
EIN: 63-0978839

Mr. Matthew A. McComb
ATTN: Ms. Marcia St. Louis
106 Landsdowne Drive
Madison, AL 35758

Date: September 10, 2018
File Number: MCC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
Invoice No: 226555
Bill Empl: AMS

New charges and disbursements:

| | |
|---|---|
| Professional services: | $3,435.00 |
| Disbursements: | $0.00 |
| Total new charges and disbursements: | $3,435.00 |

| | |
|---|---|
| **Current balance due within thirty (30) days:** | **$3,435.00** |
| **Balance Remaining in Trust** | **$0.00** |

# Lanier Ford Shaver & Payne P.C.

P.O. BOX 2087
Huntsville, AL 35804

(256) 535-1100
EIN: 63-0978839

McComb, Matthew A.

File Number: MCC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

RE: Hill v. McComb (fraud & breach of fiduciary duty)

September 10, 2018

Page: 1

Invoice No: 226555

| Date | Description of Services Rendered | Timekeeper | Hours |
|---|---|---|---|
| 08/03/18 | Communications and emails with K. Heard regarding need for deposition of G. McComb and requesting continuance of hearing on People's Bank's motion for summary judgment | CGB | 0.40 |
| 08/03/18 | Email correspondence with Kevin Heard and CGB regarding depositions and continuance | AMS | 0.20 |
| 08/06/18 | Emails from E. Matthews and K. Heard regarding discovery issue and possible rescheduling of summary judgment hearing; communications with K. Heard regarding same | CGB | 0.30 |
| 08/07/18 | Communications and telephone conference with K. Heard regarding deposition of G. McComb and position on admissibly of prior testimony; interoffice conference with AMS regarding same and recent communications with B. Loftin on potential resolution | CGB | 0.60 |
| 08/15/18 | Review of MSJ and Response for Hearing | AMS | 2.00 |
| 08/16/18 | Attendance of hearing; meeting with CGB to brief on hearing | AMS | 2.50 |
| 08/20/18 | Review of Orders from Judge Austin | AMS | 0.25 |
| 08/21/18 | Telephone conference with K. Heard, G. Gillespie, and E. Matthews regarding deposition and mediation scheduling; telephone conference with K. Heard regarding same; emails from and to K. Heard regarding same; interoffice conference with AMS regarding same | CGB | 0.90 |
| 08/22/18 | Emails from and to G. Gillespie and K. Heard regarding proposed deposition and mediation schedule; interoffice conference with AMS regarding same | CGB | 0.60 |
| 08/22/18 | Meeting with CGB regarding Discovery/Deposition status; email correspondence | AMS | 0.50 |
| 08/23/18 | Telephone correspondence with Marcia St. Louis; meeting with CGB | AMS | 0.75 |

**PLEASE INCLUDE INVOICE NUMBER TO ENSURE PROPER CREDIT.**

# Lanier Ford Shaver & Payne P.C.

P.O. BOX 2087
Huntsville, AL 35804

(256) 535-1100
EIN: 63-0978839

McComb, Matthew A.

September 10, 2018

File Number: MCC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

Page: 2

RE: Hill v. McComb (fraud & breach of fiduciary duty)

Invoice No: 226555

| | | | |
|---|---|---|---|
| 08/23/18 | Interoffice conference with AMS regarding discovery issues; emails and telephone conference with K. Heard regarding same | CGB | 0.70 |
| 08/24/18 | Telephone conference and emails with G. Gillespie regarding discovery and mediation issues; emails from and to K. Heard regarding same; interoffice conference with AMS regarding same | CGB | 0.80 |
| 08/27/18 | Emails from G. Gillespie and K. Heard regarding discovery and mediation issues; interoffice conference with AMS regarding same | CGB | 0.30 |
| 08/28/18 | Received and reviewed notices of deposition for K. Robertson, Military Sales, P. Hill, R. Hill, and D. Overbee; emails from and to G. Gillespie and K. Heard regarding same; interoffice conference with AMS regarding discovery issues | CGB | 0.70 |
| 08/29/18 | Emails from and to M. St. Louis regarding case; planned for discovery | CGB | 0.30 |
| 08/31/18 | Email from and to K. Heard regarding discovery issues | CGB | 0.20 |

Timekeeper Summary

| | Rate | Hours | Fees |
|---|---|---|---|
| C. Gregory Burgess | $325.00 | 5.80 | $1,885.00 |
| Andy M Sieja | $250.00 | 6.20 | $1,550.00 |
| Total Hours/Fee: | | 12.00 | $3,435.00 |

Total new charges and disbursements: $3,435.00

**Current balance due within thirty (30) days:** **$3,435.00**

**PLEASE INCLUDE INVOICE NUMBER TO ENSURE PROPER CREDIT.**

# Lanier Ford Shaver & Payne P.C.

P.O. BOX 2087
Huntsville, AL 35804

(256) 535-1100
EIN: 63-0978839

Date: October 4, 2018
File Number: MCC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
Invoice No: 227375
Bill Empl: AMS

Mr. Matthew A. McComb
ATTN: Ms. Marcia St. Louis
106 Landsdowne Drive
Madison, AL 35758

| | |
|---|---|
| Outstanding Balance Forward: | $3,435.00 |
| New charges and disbursements: | |
| Professional services: | $17,067.50 |
| Disbursements: | $0.00 |
| Total new charges and disbursements: | $17,067.50 |
| **Current balance due within thirty (30) days:** | **$20,502.50** |
| **Balance Remaining in Trust** | **$0.00** |

# Lanier Ford Shaver & Payne P.C.

P.O. BOX 2087
Huntsville, AL 35804

(256) 535-1100
EIN: 63-0978839

McComb, Matthew A.

October 4, 2018

Page: 1

Invoice No: 227375

File Number: MCC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

RE: Hill v. McComb (fraud & breach of fiduciary duty)

| Date | Description of Services Rendered | Timekeeper | Hours |
|------|-------------------------------|------------|-------|
| 09/04/18 | Emails from and to G. Gillespie and K. Heard regarding discovery issues | CGB | 0.30 |
| 09/04/18 | Testimony review; email correspondence with client and Ellen Matthews; discovery review for settlement negotiations | AMS | 1.00 |
| 09/05/18 | Review of testimony; email correspondence; telephone correspondence with Marcia St. Louis; meeting with CGB regarding Settlement | AMS | 1.00 |
| 09/05/18 | Emails from and to G. Gillespie and K. Heard regarding upcoming depositions | CGB | 0.60 |
| 09/06/18 | Emails and telephone conference with G. Gillespie regarding upcoming depositions and related issues; emails and telephone conference with K. Heard regarding same; telephone call to B. Loftin regarding potential resolution; interoffice conference with A. Siega regarding deposition preparation | CGB | 1.60 |
| 09/06/18 | Email correspondence; telephone correspondence with client | AMS | 0.50 |
| 09/06/18 | Telephone call with Ginger McComb and Marcia St. Louis; Telephone correspondence with Ty Shepard; email correspondence regarding moving deposition dates; review of Complaint and comparison to current complaint (research claims/causes of action for purposes of res judicata defense); review of trial transcripts and depositions transcripts | AMS | 5.00 |
| 09/07/18 | Prep for and meeting with client; deposition prep | AMS | 3.00 |
| 09/07/18 | Meeting with G. McComb, M.S. Louis, and AMS to prepare for upcoming depositions and discuss facts and strategy; emails from and to G. Gillespie and K. Heard regarding upcoming depositions | CGB | 1.70 |
| 09/09/18 | Memorandum Preparation to CGB regarding Depositions to be held on 9/12-9/14; | AMS | 3.00 |
| 09/10/18 | Telephone correspondence with Matt McComb and CGB regarding Depositions; misc. email | AMS | 1.50 |

**PLEASE INCLUDE INVOICE NUMBER TO ENSURE PROPER CREDIT.**

# Lanier Ford Shaver & Payne P.C.

P.O. BOX 2087
Huntsville, AL 35804

(256) 535-1100
EIN: 63-0978839

McComb, Matthew A.

File Number: MCC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

RE: Hill v. McComb (fraud & breach of fiduciary duty)

| | | | |
|---|---|---|---|
| | correspondence regarding Depositions | | |
| 09/10/18 | Review and compilation of documents in preparation of upcoming depositions of Phillip Hill, Rod Hill, Danny Overbee, Matt McComb, and Ginger McComb, and corporate representative | KD | 3.10 |
| 09/11/18 | Telephone correspondence with CGB regarding depositions; review and revisions to memorandum | AMS | 1.00 |
| 09/11/18 | Prepared for upcoming depositions, including review of R. Hill's prior deposition testimony and K. Robertson's prior trial testimony; interoffice conferences with AMS regarding same; emails from and to M.S. Louis regarding deposition of K. Robertson | CGB | 3.10 |
| 09/12/18 | Prepared for upcoming depositions; attended and represented clients' interests at deposition of R. Hill; meetings with M.S. Louis, G. McComb, and T. Shepard | CGB | 8.10 |
| 09/13/18 | Attended and represented clients' interests at depositions of R. Hill and P. Hill; meetings with M.S. Louis, G. McComb, and T. Shepard regarding same; worked on joint motion to continue; meeting G. Gillespie regarding discovery issues; communications with G. McComb regarding same; telephone conference with M. McComb regarding same | CGB | 10.30 |
| 09/13/18 | Email correspondence with CGB regarding Deposition Status | AMS | 0.25 |
| 09/13/18 | Telephone call to Judge A. Austin's office, telephone conference with clerk's office, and review of Court's website for information regarding trial dockets of Judge A. Austin | KD | 0.30 |
| 09/14/18 | Preparation of email communications from Kevin Robertson for production | KD | 0.50 |
| 09/14/18 | Telephone conference with Judge Austin's judicial assistant regarding motion to continue; received and reviewed order granting same; meetings with G. Gillespie and K. Heard regarding scheduling and discovery issues; attended and represented client's interests at deposition of K. Robertson; reviewed document production by K. Robertson; meeting with | CGB | 8.10 |

**PLEASE INCLUDE INVOICE NUMBER TO ENSURE PROPER CREDIT.**

McComb, Matthew A.

File Number: MCC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

RE: Hill v. McComb (fraud & breach of fiduciary duty)

| Date | Description | Initials | Hours |
|---|---|---|---|
| | G. McComb and M. St. Louis regarding same | | |
| 09/15/18 | Telephone correspondence with CGB regarding deposition status and scheduling of new depositions; briefing on status of case overall | AMS | 0.25 |
| 09/17/18 | Meeting with CGB regarding depositions and process going forward; Consult with TAM regarding filing Application for Payment of Attorneys Fees and status update. | AMS | 1.25 |
| 09/17/18 | Emails from and to G. Gillespie, K. Heard, and M.S. Louis regarding mediation; interoffice conference with AMS regarding deposition testimony and other discovery issues | CGB | 0.80 |
| 09/17/18 | Prepared documents produced by Keith Robertson to be sent to Marcia St. Louis | KD | 0.20 |
| 09/18/18 | Emails to and from M.S. Louis regarding discovery issues; emails to and from G. Gillespie and K. Heard regarding same; telephone conference with K. Heard regarding discovery and settlement issues | CGB | 1.20 |
| 09/19/18 | Emails to and from G. Gillespie regarding deposition of D. Frost; emails to and from M.S. Louis regarding same; email from T. Sheppard regarding discovery and settlement issues | CGB | 0.70 |
| 09/20/18 | Emails from and to G. Gillesie regarding deposition of D. Overbee; telephone conference with K. Heard regarding same | CGB | 0.30 |
| 09/24/18 | Telephone call from K. Heard regarding deposition of D. Overbee; emails to and from M.S. Louis regarding same | CGB | 0.50 |
| 09/25/18 | Emails from and to M.S. Louis and G. Gilespie regarding deposition and mediation scheduling | CGB | 0.30 |

**PLEASE INCLUDE INVOICE NUMBER TO ENSURE PROPER CREDIT.**

# Lanier Ford Shaver & Payne P.C.

P.O. BOX 2087
Huntsville, AL 35804

(256) 535-1100
EIN: 63-0978839

McComb, Matthew A.

File Number: MCC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

RE: Hill v. McComb (fraud & breach of fiduciary duty)

October 4, 2018

Page: 4

Invoice No: 227375

### Timekeeper Summary

|  | Rate | Hours | Fees |
|---|---|---|---|
| C. Gregory Burgess | $325.00 | 37.60 | $12,220.00 |
| Andy M Sieja | $250.00 | 17.75 | $4,437.50 |
| Kathy DiGiorgio | $100.00 | 4.10 | $410.00 |
| Total Hours/Fee: | | 59.45 | $17,067.50 |

Total new charges and disbursements: $17,067.50

**Current balance due within thirty (30) days:** **$20,502.50**

**PLEASE INCLUDE INVOICE NUMBER TO ENSURE PROPER CREDIT.**

# Lanier Ford Shaver & Payne P.C.

P.O. BOX 2087
Huntsville, AL  35804

(256) 535-1100
EIN: 63-0978839

Mr. Matthew A. McComb
ATTN: Ms. Marcia St. Louis
106 Landsdowne Drive
Madison, AL  35758

Date: November  1, 2018
File Number: MCC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
Invoice No: 227750
Bill Empl:  AMS

| | |
|---|---|
| Outstanding Balance Forward: | $17,067.50 |
| New charges and disbursements: | |
| Professional services: | $6,052.50 |
| Disbursements: | $172.58 |
| Total new charges and disbursements: | $6,225.08 |
| **Current balance due within thirty (30) days:** | **$23,292.58** |
| **Balance Remaining in Trust** | **$0.00** |

# Lanier Ford Shaver & Payne P.C.

P.O. BOX 2087
Huntsville, AL  35804

(256) 535-1100
EIN: 63-0978839

McComb, Matthew A.

File Number: MCC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

RE:  Hill v. McComb (fraud & breach of fiduciary duty)

November  1, 2018

Page:  1

Invoice No: 227750

| Date | Description of Services Rendered | Timekeeper | Hours |
|------|----------------------------------|------------|-------|
| 10/01/18 | Email correspondence;  meeting with CGB regarding Depositions and Mediation schedules | AMS | 0.30 |
| 10/04/18 | Meeting with Tracy Marion and Greg Burgess regarding relief from stay and authority to pay fees from Bankruptcy Estate | AMS | 1.00 |
| 10/04/18 | Inrteroffice conference with TAM and AMS regarding seeking Bankruptcy Court approval for JIT's payment of McCombs' attorneys' fees | CGB | 0.50 |
| 10/05/18 | Meeting with TAM and CGB regarding trial and bankruptcy strategy | AMS | 0.50 |
| 10/08/18 | Telephone conference with G. Gillespie regarding discovery issue and upcoming mediation; received and reviewed letter from D. Sparks regarding upcoming mediation; emails to and from M.S. Louis regarding same | CGB | 0.70 |
| 10/09/18 | Telephone conference with M.S. Louis regarding status of litigation and upcoming mediation; telephone conference with M.S. Louis and G. McComb regarding same; interoffice conference with AMS regarding same, including plan for mediation position statement; emails to and from M.S. Louis regarding mediation | CGB | 0.90 |
| 10/09/18 | Briefing from CGB re Mediation and Mediation Statement; | AMS | 0.75 |
| 10/12/18 | Meeting with TAM regarding status of Bankruptcy Petition; | AMS | 0.10 |
| 10/16/18 | Meeting with TAM regarding Bankruptcy Petition and Meeting with CGB regarding Mediation Statement | AMS | 0.75 |
| 10/16/18 | Interoffice conference with TAM and AMS regarding motion for approval of fees in Bankruptcy Court | CGB | 0.60 |
| 10/24/18 | Reviewed and edited confidential mediation position statement | CGB | 0.50 |
| 10/24/18 | Draft of Mediation Statement | AMS | 1.00 |

**PLEASE INCLUDE INVOICE NUMBER TO ENSURE PROPER CREDIT.**

# Lanier Ford Shaver & Payne P.C.

P.O. BOX 2087
Huntsville, AL 35804

(256) 535-1100
EIN: 63-0978839

McComb, Matthew A.

| Date | Description | | |
|------|-------------|---|---|
| 10/25/18 | Revisions to Mediation Statement; email correspondence with TAM regarding Bankruptcy Motion filing | AMS | 0.40 |
| 10/29/18 | Travel to and from and attendance of mediation | AMS | 14.00 |
| 10/30/18 | Telephone correspondence and email correspondence with Taze Shepherd and Marcia St. Louis; email correspondence with Dan Sparks; review of Motion; brief to CGB as to Mediation | AMS | 1.25 |

## Timekeeper Summary

| | Rate | Hours | Fees |
|---|------|-------|------|
| C. Gregory Burgess | $325.00 | 3.20 | $1,040.00 |
| Andy M Sieja | $250.00 | 20.05 | $5,012.50 |
| | | 23.25 | $6,052.50 |
| Total Hours/Fee: | | | |

## Costs Advanced

| Date | Description | |
|------|-------------|---|
| 10/26/18 | Compass Bank Visa, 9-12 meal expense | $51.53 |
| 10/26/18 | Compass Bank Visa, 9-13 meal expense | $76.65 |
| 10/26/18 | Compass Bank Visa, 9/14 meal expense | $44.40 |
| Total Costs Advanced: | | $172.58 |

| | |
|---|---|
| Outstanding Previous Balance: | 17,067.50 |
| Less Payments or Credits: | 0.00 |
| Outstanding Balance Forward: | 17,067.50 |
| Total new charges and disbursements: | $6,225.08 |

**PLEASE INCLUDE INVOICE NUMBER TO ENSURE PROPER CREDIT.**

# Lanier Ford Shaver & Payne P.C.

P.O. BOX 2087
Huntsville, AL 35804

(256) 535-1100
EIN: 63-0978839

McComb, Matthew A.

File Number: MCC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

RE: Hill v. McComb (fraud & breach of fiduciary duty)

November 1, 2018

Page: 3

Invoice No: 227750

**Current balance due within thirty (30) days:**      **$23,292.58**

**PLEASE INCLUDE INVOICE NUMBER TO ENSURE PROPER CREDIT.**

# Lanier Ford Shaver & Payne P.C.

P.O. BOX 2087
Huntsville, AL  35804

(256) 535-1100
EIN: 63-0978839

Mr. Matthew A. McComb
ATTN: Ms. Marcia St. Louis
106 Landsdowne Drive
Madison, AL  35758

Date: December  12, 2018
File Number: MCC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
Invoice No: 229011
Bill Empl:  AMS

| | |
|---|---:|
| Outstanding Balance Forward: | $23,292.58 |
| New charges and disbursements: | |
| Professional services: | $2,675.00 |
| Disbursements: | $129.54 |
| Total new charges and disbursements: | $2,804.54 |

| | |
|---|---:|
| **Current balance due within thirty (30) days:** | **$26,097.12** |
| **Balance Remaining in Trust** | **$0.00** |

# Lanier Ford Shaver & Payne P.C.

P.O. BOX 2087
Huntsville, AL 35804

(256) 535-1100
EIN: 63-0978839

McComb, Matthew A.

December 12, 2018

File Number: MCC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

Page: 1

RE: Hill v. McComb (fraud & breach of fiduciary duty)

Invoice No: 229011

| Date | Description of Services Rendered | Timekeeper | Hours |
|------|----------------------------------|------------|-------|
| 10/04/18 | Research U.S. federal bankruptcy statutes and case law preference addressing whether payment of attorneys fees for officers and directors of a company in chapter 11 reorganization may be properly considered as administrative expenses under bankruptcy statutes; meeting with Any Sieja and Greg Burgess. | TAM | 2.50 |
| 10/10/18 | Research bankruptcy case law addressing administrative priority of legal fees in SBA-related lcases. | TAM | 2.70 |
| 10/12/18 | Research Government Accountability Office and Court of Federal Claims cases addressing solvency or financial history of principals of small business as an element of consideration in agency contract award process. | TAM | 2.00 |
| 10/16/18 | Conference with Greg Burgess and Andy Sieja to discuss background of case. | TAM | 0.50 |
| 11/07/18 | Review of Settlement Agreement; email correspondence with Taze Shepard; Gerald Gillespe, and Marcia St. Louis. | AMS | 1.00 |
| 11/09/18 | Final review of settlement agreement; telephone correspondence with Taze Shepard; email correspondence to Gerald Gillespe | AMS | 0.50 |
| 11/12/18 | Review of Settlement Agreement; telephone correspondence with Taze Shepard; consult with CGB; email correspondence with Marcia St. Louis and Taze Shepard; misc. matters | AMS | 1.00 |
| 11/20/18 | Review of Revised Settlement Agreement; email correspondence | AMS | 0.25 |
| 11/26/18 | Final review of Settlement Agreement; Email correspondence with Taze Sheperd; Email correspondence with clients | AMS | 0.25 |

**PLEASE INCLUDE INVOICE NUMBER TO ENSURE PROPER CREDIT.**

# Lanier Ford Shaver & Payne P.C.

P.O. BOX 2087
Huntsville, AL 35804

(256) 535-1100
EIN: 63-0978839

McComb, Matthew A.

December 12, 2018

File Number: MCC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

Page: 2

RE: Hill v. McComb (fraud & breach of fiduciary duty)

Invoice No: 229011

## Timekeeper Summary

|  | Rate | Hours | Fees |
|---|---|---|---|
| Andy M Sieja | $250.00 | 3.00 | $750.00 |
| Tracy A Marion | $250.00 | 7.70 | $1,925.00 |
| Total Hours/Fee: | | 10.70 | $2,675.00 |

## Costs Advanced

| Date | Description | | |
|---|---|---|---|
| 11/01/18 | Andrew M. Sieja - Mileage and Parking Reimbursement | | $129.54 |
| | Total Costs Advanced: | | $129.54 |

|  |  |
|---|---|
| Outstanding Previous Balance: | 23,292.58 |
| Less Payments or Credits: | 0.00 |
| Outstanding Balance Forward: | 23,292.58 |
| Total new charges and disbursements: | $2,804.54 |
| **Current balance due within thirty (30) days:** | **$26,097.12** |

**PLEASE INCLUDE INVOICE NUMBER TO ENSURE PROPER CREDIT.**

# Campbell | Guin

## Invoices

# CAMPBELL | GUIN

Financial Center · 505 20th Street North, Suite 1600 · Birmingham, Alabama 35203
Telephone (205) 224-0750 · Facsimile (205) 383-2640
Federal Tax ID No.: 63-1188612
www.campbellguin.com

Ginger McComb
106 Landsdowne Drive
Madison, AL 35758

April 26, 2018
Client:     MCCGIN
Matter:        16001
Invoice #:     103957

Page:            1

RE:  16394 Phillip Hill, et al. v. Ginger McComb, et al
     Breach of Contract, Conversion

For Professional Services Rendered Through April 25, 2018

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| 3/2/2018 | CMK | Receive telephone call from Ginger McComb. | 0.10 | $350.00 | $35.00 |
| 3/26/2018 | CMK | Review suggestion of bankruptcy for JIT Industries; draft follow-up email to Ty Shepard, bankruptcy counsel; receive and review show cause order from court regarding dismissal of action as to JIT Industries; work on follow up. | 0.30 | $350.00 | $105.00 |
| 3/26/2018 | CMK | Receive, read, and respond to email from Ty Shepard, bankruptcy counsel. | 0.10 | $350.00 | $35.00 |
| 3/27/2018 | CMK | Prepare for and attend conference call with Taz Shepard and Ty Shepard, JIT bankruptcy counsel, regarding status of litigation. | 0.20 | $350.00 | $70.00 |
| 3/28/2018 | CMK | Receive, read, and respond to email from Taze Shepard regarding bankruptcy-related filings. | 0.10 | $350.00 | $35.00 |
| 3/28/2018 | CMK | Prepare for and place follow-up telephone call to Marcia St. Louis (left voice message). | 0.10 | $350.00 | $35.00 |
| 3/31/2018 | CMK | Draft response email to Taze Shepard regarding ████████████████ . | 0.10 | $350.00 | $35.00 |
| 3/31/2018 | CMK | Work on follow up related to representation of Matt McComb; draft follow-up email to Marcia St. Louis. | 0.20 | $350.00 | $70.00 |
| 4/3/2018 | CMK | Receive, read, and respond to email from Ginger McComb. | 0.10 | $350.00 | $35.00 |
| 4/6/2018 | CMK | Review plaintiff's discovery requests to Ginger McComb; determine proper and objectionable requests; prepare interrogatory verification page; draft follow-up email to Ginger McComb. | 0.70 | $350.00 | $245.00 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| 4/6/2018 | CMK | Prepare for and place telephone call to Greg Burgess (left voice message); receive, read, and respond to follow-up email from Marcia St. Louis. | 0.20 | $350.00 | $70.00 |
| 4/6/2018 | CMK | Receive voice message from Greg Burgess. | 0.10 | $350.00 | $35.00 |
| 4/6/2018 | CMK | Draft follow-up email to Greg Burgess regarding details of litigation. | 0.20 | $350.00 | $70.00 |
| 4/6/2018 | CMK | Draft email to Kevin Heard regarding discovery extension for Matt McComb. | 0.10 | $350.00 | $35.00 |
| 4/7/2018 | CMK | Draft update email to Marcia St. Louis. | 0.10 | $350.00 | $35.00 |
| 4/7/2018 | CMK | Draft motion to withdraw as counsel for JIT Industries; draft follow-up internal email. | 0.30 | $350.00 | $105.00 |
| 4/7/2018 | CMK | Work on securing copy of plaintiff's discovery responses. | 0.10 | $350.00 | $35.00 |
| 4/9/2018 | CMK | Receive and review email from Ginger McComb regarding ███████; draft Ginger McComb responses to plaintiffs' consolidated discovery requests; work on follow up. | 0.80 | $350.00 | $280.00 |
| 4/9/2018 | CMK | Draft follow-up email to Ginger McComb regarding ███████. | 0.10 | $350.00 | $35.00 |
| 4/9/2018 | CMK | Draft email to Kevin Heard serving Ginger McComb discovery responses. | 0.10 | $350.00 | $35.00 |
| 4/9/2018 | SDC | Finalize and file motions to withdraw. | 0.40 | $185.00 | $74.00 |
| 4/10/2018 | CMK | Receive and review electronic notice of filing of motion to withdraw as counsel for JIT Industries. | 0.10 | $350.00 | $35.00 |
| 4/10/2018 | CMK | Receive and review court order granting motion to withdraw as counsel. | 0.10 | $350.00 | $35.00 |
| 4/10/2018 | CMK | Receive and read email from Ellen Matthews, counsel for Peoples Bank, regarding document production. | 0.10 | $350.00 | $35.00 |
| 4/10/2018 | CMK | Receive, read, and respond to email from Ginger McComb regarding interrogatory verification page. | 0.10 | $350.00 | $35.00 |
| 4/10/2018 | CMK | Update service draft of discovery responses with Ginger McComb verification page; draft follow-up email to plaintiffs' counsel. | 0.10 | $350.00 | $35.00 |
| 4/10/2018 | CMK | Receive and read email from Marcia St. Louis regarding ███████; draft follow-up email to Greg Burgess; draft response email to Marcia St. Louis. | 0.10 | $350.00 | $35.00 |

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| 4/10/2018 | CMK | Receive, read, and respond to response email from Greg Burgess; prepare for and place follow-up telephone call with Marcia St. Louis; draft follow-up email to Greg Burgess and Marcia St. Louis. | 0.20 | $350.00 | $70.00 |
| 4/10/2018 | SDC | Download and index production. | 3.00 | $185.00 | $555.00 |
| 4/11/2018 | SDC | Prepare and file notice of service of discovery; finish production index. | 2.10 | $185.00 | $388.50 |
| 4/12/2018 | CMK | Receive and read email from Ellen Matthews, counsel for Peoples Bank; review draft motion for entry of protective order; review draft proposed protective order; draft response email to Ellen Matthews. | 0.40 | $350.00 | $140.00 |
| 4/14/2018 | CMK | Receive, read, and respond to email from Marcia St. Louis regarding ███████████████. | 0.20 | $350.00 | $70.00 |
| 4/14/2018 | CMK | Receive and review suggested revisions to proposed protective order from Kevin Heard. | 0.10 | $350.00 | $35.00 |
| 4/14/2018 | CMK | Receive, read, and respond to email from Ellen Matthews. | 0.10 | $350.00 | $35.00 |
| 4/21/2018 | CMK | Receive and read email from Kevin Heard regarding continuance. | 0.10 | $350.00 | $35.00 |
| 4/21/2018 | CMK | Receive and read follow-up email from Marcia St. Louis regarding trial transcript; receive and read response email from Andy Sieja. | 0.10 | $350.00 | $35.00 |
| 4/21/2018 | CMK | Receive voice message from Ginger McComb; receive, read, and respond to email from Ginger McComb. | 0.10 | $350.00 | $35.00 |
| 4/22/2018 | CMK | Draft motion to withdraw as counsel for Matt McComb; draft follow-up email to Marcia St. Louis; draft follow-up email to Greg Burgess and Andy Sieja. | 0.50 | $350.00 | $175.00 |
| 4/22/2018 | CMK | Receive, read, and respond to response email from Greg Burgess. | 0.10 | $350.00 | $35.00 |
| 4/23/2018 | CMK | Prepare for and place telephone call to Kevin Heard. | 0.10 | $350.00 | $35.00 |
| 4/23/2018 | CMK | Draft follow-up email to Kevin McComb; receive, read, and respond to email from Marcia St. Louis. | 0.10 | $350.00 | $35.00 |
| 4/23/2018 | CMK | Receive and read email from Andy Siaja regarding appearance for Matt McComb; review filed version of notice of appearance; draft response email to Andy Siaja. | 0.10 | $350.00 | $35.00 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 4/23/2018 | CMK | Revise and finalize motion to withdraw as counsel for Matt McComb; draft follow-up internal email regarding filing of motion. | 0.20 | $350.00 | $70.00 |
| 4/23/2018 | CMK | Prepare for and place telephone call to Ellen Matthews regarding joint defense privilege agreement (left voice message). | 0.10 | $350.00 | $35.00 |
| 4/23/2018 | CMK | Receive return telephone call from Kevin Heard regarding continuance; draft update email to Ginger McComb and Marcia St. Louis. | 0.10 | $350.00 | $35.00 |
| 4/24/2018 | CMK | Receive and review Hill motion to continue 4/27 hearing; draft update email to Ginger McComb. | 0.20 | $350.00 | $70.00 |
| 4/24/2018 | CMK | Receive, read, and respond to email from Ellen Matthews regarding joint defense privilege agreement. | 0.10 | $350.00 | $35.00 |
| 4/24/2018 | CMK | Receive multiple court orders on pending procedural motions; draft update email to Ginger McComb. | 0.10 | $350.00 | $35.00 |
| 4/24/2018 | CMK | Receive and review court order continuing hearing; work on follow up; draft update email to Ginger McComb. | 0.20 | $350.00 | $70.00 |
| 4/24/2018 | CMK | Draft follow-up email to Ellen Matthews. | 0.10 | $350.00 | $35.00 |
| 4/25/2018 | CMK | Receive, read, and respond to email from Kevin Heard regarding withdrawal as counsel. | 0.10 | $350.00 | $35.00 |
| 4/25/2018 | CMK | Conference call with Gerald Gillespy, counsel for Peoples Bank, regarding defense strategy. | 0.30 | $350.00 | $105.00 |

| | | Total Professional Services | 13.90 | | $3,957.50 |
|--|--|--|--|--|--|
| | | *Less Courtesy Discount* | | | ($796.00) |
| | | Total Professional Services Due | | | $3,161.50 |

| | |
|---|---|
| Total Professional Services | $3,957.50 |
| *Less Courtesy Discount* | ($796.00) |
| Total Professional Services Due | $3,161.50 |
| Total Current Charges | $3,161.50 |
| Previous Balance | $475.75 |
| PAY THIS AMOUNT | $3,637.25 |

# CAMPBELL | GUIN

Financial Center · 505 20th Street North, Suite 1600 · Birmingham, Alabama 35203
Telephone (205) 224-0750 · Facsimile (205) 383-2640
Federal Tax ID No.: 63-1188612
www.campbellguin.com

Ginger McComb
106 Landsdowne Drive
Madison, AL 35758

|  |  |
|---|---|
| May 29, 2018 | |
| Client: | MCCGIN |
| Matter: | 16001 |
| Invoice #: | 104164 |
| | |
| Page: | 1 |

RE: 16394 Phillip Hill, et al. v. Ginger McComb, et al
Breach of Contract, Conversion

For Professional Services Rendered Through May 28, 2018

SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/3/2018 | CMK | Confirm correction of clerk's error in counsel designation for Ginger McComb on electronic court database. | 0.10 | $350.00 | $35.00 |
| 5/3/2018 | CMK | Receive, read, and respond to update email from Marcia St. Louis regarding ▓▓▓▓. | 0.10 | $350.00 | $35.00 |
| 5/3/2018 | CMK | Receive, read, and respond to update email from Marcia St. Louis regarding ▓▓▓▓. | 0.10 | $350.00 | $35.00 |
| 5/8/2018 | CMK | Receive, read, and respond to email from Marcia St. Louis regarding ▓▓▓▓. | 0.10 | $350.00 | $35.00 |
| 5/8/2018 | CMK | Receive telephone call from Andy Sieja. | 0.10 | $350.00 | $35.00 |
| 5/9/2018 | CMK | Review and analyze motion to dismiss; review and analyze Hill response in opposition to motion to dismiss; work on preparations for hearing. | 1.30 | $350.00 | $455.00 |
| 5/9/2018 | CMK | Review and analyze motion to dismiss; review and analyze Hill repsonse in opposition to motion to dismiss; work on preparations for hearing. | 1.10 | $350.00 | $385.00 |
| 5/10/2018 | CMK | Work on preparations for hearing on motion to dismiss. | 1.20 | $350.00 | $420.00 |
| 5/10/2018 | CMK | Receive telephone call from Ginger McComb. | 0.10 | $350.00 | $35.00 |
| 5/10/2018 | CMK | Travel to and attend hearing with Hon. Austin on motion to dismiss; follow-up meeting with all defense counsel; follow-up telephone call with Ginger McComb; return travel from Madison County Courthouse. | 6.60 | $350.00 | $2,310.00 |

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| 5/14/2018 | CMK | Receive telephone call from Jake Burchfield, counsel for Peoples Bank. | 0.10 | $350.00 | $35.00 |
| 5/14/2018 | SDC | Index production. | 3.00 | $185.00 | $555.00 |
| 5/15/2018 | CMK | Receive and read email correspondence among defense counsel regarding continuance of trial setting; draft response email to Gerald Gilespy, counsel for Peoples Bank. | 0.10 | $350.00 | $35.00 |
| 5/15/2018 | CMK | Receive telephone call from Gerald Gillespy. | 0.20 | $350.00 | $70.00 |
| 5/15/2018 | CMK | Receive and review court order; draft update email to Ginger McComb. | 0.10 | $350.00 | $35.00 |
| 5/15/2018 | SDC | Work on production index. | 0.60 | $185.00 | $111.00 |
| 5/16/2018 | CMK | Receive and review Peoples Bank motion to continue trial; receive and review court order resetting trial; draft update email to Ginger McComb. | 0.30 | $350.00 | $105.00 |
| | | Total Professional Services | 15.20 | | $4,726.00 |

## PERSON RECAP

| Person | | Hours | Rate | Amount |
|--------|--|-------|------|--------|
| CMK | Cason M. Kirby | 11.60 | $350.00 | $4,060.00 |
| SDC | Susan D. Carew | 3.60 | $185.00 | $666.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|------------------------------|--------|
| 5/9/2018 | Computer Research | $8.00 |
| 5/10/2018 | Cason Kirby- Travel, meals, mileage- Mileage to and from Madison Count Courthouse | $178.64 |
| 5/10/2018 | Cason Kirby- Travel, meals, mileage- Dinner on return trip from hearing | $9.70 |
| | Total Disbursements | $196.34 |

| | | |
|---|---|---|
| Total Services | $4,726.00 | |
| Total Disbursements | $196.34 | |
| Total Current Charges | | $4,922.34 |
| Previous Balance | | $3,637.25 |
| PAY THIS AMOUNT | | $8,559.59 |

# CAMPBELL | GUIN

Financial Center · 505 20th Street North, Suite 1600 · Birmingham, Alabama 35203
Telephone (205) 224-0750 · Facsimile (205) 383-2640
Federal Tax ID No.: 63-1188612
www.campbellguin.com

Ginger McComb
106 Landsdowne Drive
Madison, AL 35758

June 18, 2018
Client:  MCCGIN
Matter:  16001
Invoice #:  104276

Page:   1

RE: 16394 Phillip Hill, et al. v. Ginger McComb, et al
   Breach of Contract, Conversion

For Professional Services Rendered Through June 15, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| 6/7/2018 | CMK | Receive voice message from Ginger McComb. | 0.10 | $350.00 | $35.00 |
| 6/8/2018 | CMK | Prepare for and place return telephone call to Ginger McComb. | 0.10 | $350.00 | $35.00 |
| | | Total Professional Services | 0.20 | | $70.00 |

## PERSON RECAP

| Person | | Hours | Rate | Amount |
|--------|--|-------|------|--------|
| CMK | Cason M. Kirby | 0.20 | $350.00 | $70.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|----------------------------|--------|
| 6/8/2018 | Computer Research | $1.98 |
| | Total Disbursements | $1.98 |

| | |
|---|---|
| Total Services | $70.00 |
| Total Disbursements | $1.98 |
| Total Current Charges | $71.98 |
| Previous Balance | $8,559.59 |
| Current Late Fee | $7.14 |
| **PAY THIS AMOUNT** | **$8,638.71** |

# CAMPBELL | GUIN

Financial Center ·505 20th Street North, Suite 1600 ·Birmingham, Alabama 35203
Telephone (205) 224-0750 ·Facsimile (205) 383-2640
Federal Tax ID No.: 63-1188612
www.campbellguin.com

Ginger McComb
106 Landsdowne Drive
Madison, AL 35758

July 16, 2018
Client:    MCCGIN
Matter:    16001
Invoice #:  104466

Page:      1

RE: 16394 Phillip Hill, et al. v. Ginger McComb, et al
Breach of Contract, Conversion

For Professional Services Rendered Through July 16, 2018

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| 6/25/2018 | CMK | Assemble updated account statement; draft letter to Ginger McComb regarding ██████ ████. | 0.50 | $350.00 | $175.00 |
| 6/25/2018 | CMK | Draft motion to withdraw as counsel for Ginger McComb. | 0.20 | $350.00 | $70.00 |
| 6/27/2018 | CMK | Prepare for and place telephone call to Ginger McComb; draft follow-up email and text message. | 0.10 | $350.00 | $35.00 |
| 6/27/2018 | CMK | Work on motion to withdraw as counsel for Ginger McComb; draft follow-up email to Greg Burgess; draft follow-up internal email regarding ██████. | 0.20 | $350.00 | $70.00 |
| 6/27/2018 | CMK | Receive and read email correspondence from Ellen Matthews regarding document production. | 0.10 | $350.00 | $35.00 |
| 6/27/2018 | CMK | Receive, read, and respond to response email from Greg Burgess regarding withdrawal; draft follow-up internal email. | 0.10 | $350.00 | $35.00 |
| 6/28/2018 | CMK | Prepare for and place telephone call to Ellen Matthews (left voice message). | 0.10 | $350.00 | $35.00 |
| 6/28/2018 | SDC | Finalize and file motions to withdraw. | 0.50 | $185.00 | $92.50 |
| | | Total Professional Services | 1.80 | | $547.50 |

## PERSON RECAP

| Person | Hours | Rate | Amount |
|--------|-------|------|--------|

## PERSON RECAP

| Person |                  | Hours | Rate     | Amount   |
|--------|------------------|-------|----------|----------|
| CMK    | Cason M. Kirby   | 1.30  | $350.00  | $455.00  |
| SDC    | Susan D. Carew   | 0.50  | $185.00  | $92.50   |

|                        |          |             |
|------------------------|----------|-------------|
| Total Services         | $547.50  |             |
| Total Current Charges  |          | $547.50     |
| Previous Balance       |          | $8,638.71   |
| *Less Payments*        |          | ($3,637.25) |
| PAY THIS AMOUNT        |          | $5,548.96   |

## CERTIFICATE OF SERVICE

I hereby certify that on December 14th, 2018, a copy of the foregoing **Application For Allowance And Payment Of Administrative Expense Claim** was filed with the Court via the CM/ECF system, and that all registered CM/ECF participants and parties will be served electronically through the court's ECF System and/or the Bankruptcy Noticing Center at the email addresses registered with the court. I hereby further certify that on December 14th, 2018 a copy of the foregoing **Application For Allowance And Payment Of Administrative Expense Claim** was served upon the parties and attorneys at the following addresses, including those listed in the attached creditors' matrix, by depositing same in the United States Mail, postage prepaid and properly addressed:

| | |
|---|---|
| JIT Industries, Inc.<br>P.O. Box 2023<br>Madison, AL 35758 | Kevin M. Morris<br>Tazewell Taylor Shepard, IV<br>Sparkman, Shepard & Morris P.C.<br>P.O. Box 19045<br>Huntsville, AL 35804 |
| Tazewell Shepard<br>Tazewell Shepard, P.C.<br>P.O. Box 19045<br>Huntsville, AL 35804 | Kevin D. Heard<br>Heard, Ary & Dauro, LLC<br>303 Williams Avenue<br>Park Plaza, Suite 921<br>Huntsville, AL 35801 |
| Joe A. Joseph<br>James P. Roberts<br>Burr & Forman LLP<br>420 20th Street North, Suite 3400<br>Birmingham, AL 35203 | Kevin C. Gray<br>Bradley Arant Boult Cummings LLP<br>200 Clinton Avenue West, Suite 900<br>Huntsville, AL 35801 |

and via email to:
Richard Blythe on behalf of the United States Bankruptcy Administrator
Richard_Blythe@alnba.uscourts.gov, courtmaildec@alnba.uscourts.gov

Lanier Ford Shaver & Payne, P.C.

/s/ Tracy A. Marion
Tracy A. Marion (MAR218)

Label Matrix for local noticing
1126-8
Case 18-80892-CRJ11
NORTHERN DISTRICT OF ALABAMA
Decatur
Fri Dec 14 10:18:18 CST 2018

*Alabama Department of Revenue
Income Tax Division
P O Box 327460
Montgomery, AL 36132-7460

*American Express
c/o Charles Nick Parnell III
641 South Lawrence Street
Montgomery, AL 36104-5809

*Capital One Visa
c/o Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA 23541-0914

*Harrison Gammons & Rawlinson
2430 L and N Drive SW
Huntsville, AL 35801-5326

*Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

A-Z Office Rsource, Inc.
113 Jetplex Circle
Madison, AL 35758-8906

AAR Manufacturing, Inc.
dba Mobility Systems
1100 N. Wood Dale Road
Wood Dale, IL 60191-1060

ACT Fastening Solutions
245 Suffolk Lane
Gardner, MA 01440-1761

Adept Fasteners
28709 Industry Drive
Valencia, CA 91355-5414

Aero Products
551 N. 40th Street
Show Low, AZ 85901-9578

Aero-Glen International, LLC
1160 Mustang Drive, Ste. 300
DFW International Airport, TX 75261

Aircraft Hardware West
2180 Temple Avenue
Long Beach, CA 90804-1020

Aircraft Spruce
225 Airport Circle
Corona, CA 92880-2527

Airgas South, Inc.
621 Finley Island Road
Decatur, AL 35601-7568

Align Aerospace
21123 Nordhoff Street
Chatsworth, CA 91311-5816

All Data Resource
2892 Prairie Drive
Lewis Center, OH 43035-8768

Allied Electronics
7151 Jack Newell Boulevard S.
Fort Worth, TX 76118-7037

Allied Wire & Cable
101 Kestrel Drive
Collegeville, PA 19426-2061

Amazon
410 Terry Avenue N.
Seattle, WA 98109-5210

American Ring & Tool Company
30450 Bruce Industrial Parkway
Solon, OH 44139-3940

Andrews Tool Company, Inc.
2026 W. Pioneer Parkway, #810
Pantego, TX 76013-6042

Apex Industrial Supply, LLC
1401 Air Wing Road
San Diego, CA 92154-7705

Arlington International Aviation Products
7321 Commerical Boulevard E.
Arlington, TX 76001-7149

Astral Air Parts
192 Van Riper Avenue
Elmwood Park, NJ 07407-2610

Athens Utilities
1806 Wilkinson Street
Athens, AL 35611-1890

Atlanta Air Exchange
1146 Uniform Road
Griffin, GA 30224-4765

Automation Direct
P.O. Box 402417
Atlanta, GA 30384-2417

Aviall
P.O. Box 619048
Dallas, TX 75261-9048

B&B Specialties
4321 E. La Palma Avenue
Anaheim, CA 92807-1887

BW Elliott Manufacturing
11 Beckwith Avenue
Binghamton, NY 13901-1726

Bailey Hydraulics
2527 Westcott Boulevard
Knoxville, TN 37931-3112

Baldor
5711 R.S. Boreham Jr Street
P.O. Box 2400
Fort Smith, AR 72902-2400

Bell Memphis
1650 Channel Avenue
Memphis, TN 38103

Benchmark Connector Corp.
4501 N.W. 103 Avenue
Sunrise, FL 33351-7936

Blue Cross & Blue Shield of Alabama
c/o Burr & Forman LLP
420 North 20th Street
3100 Wachovia Tower
Birmingham, AL 35203-5206

Blue Cross and Blue Shield of Alabama
P.O. Box 360387
Birmingham, AL 35236-0387

Blue Sky Industries
595 Monterey Pass Road
Monterey Park, CA 91754-2416

Richard Blythe
BA Decatur
P O Box 3045
Decatur, AL 35602-3045

Richard M Blythe
United States Bankruptcy Administrator
PO Box 3045
Decatur, AL 35602-3045

Brownells, Inc.
200 South Front Street
Montezuma, IA 50171-1184

C.H. Robinson Worldwide, Inc. and Subsidiari
14701 Charlson Road
Eden Prairie, MN 55347-5076

CBT Corporation
1200 S. Powell Road, #A
Independence, MO 64057-2771

CDW
75 Tri-State International
Lincolnshire, IL 60069-4420

Cavanaugh Government Group
8432 Beloit Avenue
Bridgeview, IL 60455-1774

Chemsol
5320 E. 25th Street
Indianapolis, IN 46218-3965

Cook's Pest Control
2007 Southpark Boulevard SW
Huntsville, AL 35803-4436

Daniel Culps
Fowler Auction and Real Estate Service
8719 Hwy53
Toney, AL 35773

DB Roberts
1060 N. Batavia Street, Unit E
Orange, CA 92867-5543

DMS Aircraft
3838 Commerce Parkway
Miramar, FL 33025

DPSI
1801 Stanley Road, Ste. 301
Greensboro, NC 27407-2644

Danny Overbee
c/o James Adams
402 Moulton Street E
Decatur, AL 35601-3002

Deanna Cords
800 Walnut Street
MAC 0005-055
Des Moines, IA 50309-3605

Denco Aerospace, Inc.
2605 Central Avenue
Grand Prairie, TX 75050-6231

Denray Machine, Inc.
10775 Lawrence, #1140
Mount Vernon, MO 65712-7205

Dialogic Fasteners
3161 State Road
Bensalem, PA 19020-6545

Digikey Corporation
701 Brooks Avenue S.
P.O. Box 677
Thief River Falls, MN 56701-0677

Dixie Air Parts Supply, Inc.
2048 West Malone Avenue
San Antonio, TX 78225-2018

ECAS, Inc.
2990 Technology Drive
Rochester Hills, MI 48309-3588

Electro Enterprises
P.O. Box 11456
Oklahoma City, OK 73136-0456

Enfasco
1675 Hylton Road
Pennsauken Township, NJ 08110-1313

Fastenal
2001 Theurer Boulevard
Winona, MN 55987-9902

Fastener Technology Corp.
7415 Fulton Avenue
North Hollywood, CA 91605-4116

FedEx
FedEx Corp. Revenue Services
3965 Airways, Module G
Memphis, TN 38116

FedEx Freight
FedEx Customer Relations
3875 Airways, Module H3, Dept. 4634
Memphis, TN 38116

Fisher Scientific
300 Industry Drive
Pittsburgh, PA 15275-1001

Flight Shop, Inc.
P.O. Box 602
Brigham City, UT 84302-0602

Ginger McComb
106 Lansdowne Drive
Madison, AL 35758-7629

Graco Supply
1001 Miller Avenue
Fort Worth, TX 76105-1798

Grainger Industrial
1912 Jordan Lane NW
Huntsville, AL 35816-1542

Kevin C Gray
Bradley Arant Boult Cummings LLP
200 Clinton Avenue W
Suite 900
Huntsville, AL 35801-4900

Groves Industrial
7301 Pinemont Drive
Houston, TX 77040-6607

Grumen Manufacturing, Inc.
4081 Ryan Road, Ste. 101
Gurnee, IL 60031-1267

HC Pacific
5536 Ontario Mills Parkway
Ontario, CA 91764-5145

Michael A. Harrison
Key, Greer, Frawley, Key & Harrison
PO Box 360345
Birmingham, AL 35236-0345

Kevin D. Heard
Heard, Ary & Dauro, LLC
303 Williams Avenue SW
Park Plaza Suite 921
Huntsville, AL 35801-6012

Hentzen Coatings, Inc.
6937 West Mill Road
Milwaukee, WI 53218-1225

Herber Aircraft
1401 East Franklin Avenue
El Segundo, CA 90245-4307

Hercules Sealing Products
1016 N. Belcher Road
Clearwater, FL 33765-2100

Heritage Propane
7206 Governors West Road NW
Huntsville, AL 35806-2051

Phillip Hill
c/o Kevin C. Gray
200 Clinton Avenue West
Suite 900
Huntsville, AL 35801-4933

Rod Hill
c/o Kevin C. Gray
200 Clinton Avenue West
Suite 900
Huntsville, AL 35801-4933

Hobson Manufacturing
6758 Eton Avenue
Canoga Park, CA 91303-2813

Howco Distributing
6025 E. 18th Street
Vancouver, WA 98661-6843

ICC
900 Montclair Road
Birmingham, AL 35213-1206

Industrial Forge
1725 US-1
Alma, GA 31510

Inland Technology, Inc.
401 E. 27th Street
Tacoma, WA 98421-1203

Integration, LLC
2009 Westmeade Street SW
Decatur, AL 35601-4629

JIT Industries, Inc.
P.O. Box 2023
Madison, AL 35758-5414

JIT Military Sales
26670 Success Drive SW
Madison, AL 35756-4638

JIT Military Sales
26670 Success Road SW
Madison, AL 35756-4638

Jacobsen
1710 Marvin Griffin Road
August, GA 30906-3810

Jeff Bourland
107 Bibb Drive
Madison, AL 35758-1063

Jewell Instruments, LLC
850 Perimeter Road
Manchester, NH 03103-3324

Johnstone Supply
11632 NE Ainsworth Circle
Portland, OR 97220-9016

Joe A. Joseph
BURR & FORMAN LLP
420 20th Street North, Suite 3400
Birmingham, AL 35203-3284

KLX Aerospace Solutions
117 East Rose Avenue
Foley, AL 36535-2755

Kaman Industrial
1 Vision Way
Bloomfield, CT 06002-5321

Kampi Componenets Co., Inc.
88 Canal Road
Fairless Hills, PA 19030-4302

Kapco Global
3120 Enterprise Street
Brea, CA 92821-6236

Koncentra USA Corp.
13551 SW 135 Avenue, Warehouse 302
Miami, FL 33186-8114

L-Com Global Connectivity
50 High Street
West Mill, 3rd Floor, Ste. 30
North Andover, MA 01845-2620

Lee Aerospace Products
9323 E. 34th Street N.
Witchita, KS 67226-2621

MEG Technologies
15381 Assembly Lane
Huntington Beach, CA 92649-1302

MM Reif Ltd.
850 Albany Street
P.O. Box 191490
Roxbury, MA 02119-0029

MSC Industrial
114 Celtic Drive
Madison, AL 35758-1800

MSC Industrial Supply
75 Maxess road
Melville, NY 11747-3151

Marco Manufacturing
55 Page Park Drive
P.O. Box 3733
Poughkeepsie, NY 12603-0733

Matthew McComb
106 Lansdowne Drive
Madison, AL 35758-7629

Matthews Industries, Inc.
23 2nd Street
Decatur, AL 35601-2861

McMaster Carr
P.O. Box 740100
Atlanta, GA 30374-0100

Metropolitan Aircraft Parts, Inc.
172 Cabot Street
West Babylon, NY 11704-1144

Kevin M Morris
Sparkman, Shepard & Morris P.C.
P O Box 19045
Huntsville, AL 35804-9045

Mouser
1000 North Main Street
Mansfield, TX 76063-1514

Lynne M. Murphy
P O Box 14198, Ben Franklin Station
Washington, DC 20044-4198

Myriad Supply
22 W. 19th Street
New York, NY 10011-4204

N! Critical Technologies, Inc.
211 N. Parker Drive
Janesville, WI 53545-3021

Newark Electronics
33190 Collection Center Drive
Chicago, IL 60693-0331

Northern Tool & Equipment
7252 Governors W.
Huntsville, AL 35806-2051

Nova Electric Division
100 School Street
Bergenfield, NJ 07621-2915

Office Environments
200 West Side Square, #53
Huntsville, AL 35801-4816

Oil States Industries
7701 S. Cooper Street
Arlington, TX 76001-7015

Ortman Fluid Power
1400 N. 30th Street, Ste. 20
Quincy, IL 62301-3476

Danny Overbee
c/o Kevin C. Gray
200 Clinton Avenue West
Suite 900
Huntsville, AL 35801-4933

PRC Desoto
PPG Aerospace
12780 San Fernando Road
Sylmar, CA 91342-3728

Peerless Aerospace
141 Executive Boulevard
Farmingdale, NY 11735-4721

Philip Hill
3155 Hurricane Road
New Market, AL 35761-8253

Pioneer Industries
111 Kero Road
Carlstadt, NJ 07072-2601

Poly Paint Co.
337 Summit Drive
Corte Madera, CA 94925-1343

Premium Assignment Corporation
3522 Thomasville Road, #400
Tallahassee, FL 32309-3488

Professional Security Systems
2106 West Ferry Way, Ste. C
Huntsville, AL 35801-5347

Pyramid Industrial
3158 Highway 20 W., Bldg. #7
Decatur, AL 35601-7908

(p)QUALITY SOCKET SCREW CORPORATION
2790 WORTH AVENUE
ENGLEWOOD FL 34224-9159

REFA International, Inc.
400 W. Fork Drive
Arlington, TX 76012-3449

RS Hughes
1162 Sonora Court
Sunnyvale, CA 94086-5378

Rapid Rivet
121 Toledo Street
Farmingdale, NY 11735-6624

James Phillip Roberts
Burr & Forman LLP
420 20th St N
Suite 3400
Birmingham, AL 35203-3284

Robertson Fuel Systems
800 W. Carver Road, Ste. 101
Tempe, AZ 85284-5264

Rockywoods
106 W. 4th Street
Loveland, CO 80537-5523

Rod Hill
3155 Hurricane Road
New Market, AL 35761-8253

Sandstrom Products
P.O Box 547
224 South Main Street
Port Byron, IL 61275-9501

Sandy Valley Fasteners
528 Broadway Street
Paintsville, KY 41240-1390

Secretary of the Treasury
1500 Pennsylvania Ave., NW
Washington, DC 20220-0001

Tazewell Shepard
Tazewell Shepard, P.C.
PO BOX 19045
HUNTSVILLE, AL 35804-9045

Tazewell Taylor Shepard IV
Sparkman, Shepard & Morris, P.C.
P.O. Box 19045
Huntsville, AL 35804-9045

Sierra Pacific
63 Laxalt Drive
Carson City, NV 89706-6731

(c)SOFTBOX SYSTEMS
400 PARK COMMERCE RD
GREENVILLE SC  29611-7953

Southeastern Freight Lines
6630 Swancott Road
Madison, AL 35756-4629

Specaero
5740 Nicolle Street
Ventura, CA 93003-7612

Spectrum Manufacturing & Sales, Inc.
1951 Hampshire Road
Columbus, OH 43221-4116

Spectrum Mfg. & Sales, Inc.
1951 Hampshire Rd.
Columbus, OH 43221-4116

Star Stainless
2825 Northwoods Parkway
Norcross, GA 30071-1535

Starwares
2606 Aviation Parkway
Grand Prairie, TX 75052-8911

Steering Committee
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036-6745

Superior Washer & Gaset Corp.
170 Adams Avenue
Hauppauge, NY 11788-3612

TAB Hardware
2880 E. Hill Street
Long Beach, CA 90804-1010

TMS Equipment
101 Arielle Way
Whitefish, MT 59937-7817

Textron Systems (Marine & Land Systems)
1010 Gause Boulevard
Slidell, LA 70458-2950

The Builders Supply
1400 Marshall Street
Shreveport, LA 71101-3940

The City of Huntsville
c/o Stuart M. Maples
Maples Law Firm, PC
200 Clinton Ave. W.
Ste. 1000
Huntsville, AL 35801-4919

Tormach
1071 Uniek Drive
Waunakee, WI 53597-9588

Turner Supply Company
401 33rd Street N.
Birmingham, AL 35222-1252

U.S. Air Tool Company
60 Fleetwood Court
Ronkonkoma, NY 11779-6907

U.S. Securities and Exchange Commission
Regional Director, Branch of Reorganizat
Atlanta Regional Office, Suite 900
950 East Paces Ferry Road
Atlanta, GA 30326-1180

UPS
55 Glenlake Parkway NE
Atlanta, GA 30328-3474

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158-3686

Umpco, Inc.
7100 Lampson Avenue
P.O. Box 5158
Garden Grove, CA 92846-0158

Unical Defense, Inc.
680 South Lemon Avenue, Ste. A
City of Industry, CA 91789-2934

United States Attorney
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, AL 35203-2101

United States Bankruptcy Administrator
Northern District of Alabama
1800 Fifth Avenue North
Birmingham, AL 35203-2111

United States of America
U.S. Department of Justice, Tax Division
P.O. Box 14198, Ben Franklin Station
Washington, DC 20044-4198

United Static Control Products, Inc.
4301 32nd Street W.
Bradenton, FL 34205-2795

Versitron
83 Albe Drive, #C
Newark, DE 19702-1374

Wells Fargo Financial Leasing
800 Walnut Street
MAC 0005-055
Des Moines, IA 50309-3605

Wells Fargo Financial Leasing, Inc.
800 Walnut Street
MAC F0005-055
Des Moines, IA 50309-3605

Wencor West, Inc.
416 Dividend Drive
Peachtree City, GA 30269-1906

Wencor, LLC
c/o Daniels Newman & Armstrong
2729 Eva Court
Bethleham, GA 30620-7639

Wesco Aircraft
24911 Avenue Stanford
Valencia, CA 91355-1281

Windstream fka Deltacom
c/o McCarthy Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146-1807

Wiremasters
1788 North Point Road
Columbia, TN 38401-0213

Yostvises
388 West 24th Street
Holland, MI 49423-4037

Zoro Tools
909 Asbury Drive
Buffalo Grove, IL 60089-4525

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Quality Socket Screw Corporation
7290 Worth Avenue
Englewood, FL 34224

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Softbox Systems
350 Frontage Road
Greenville, SC 29611

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)American Express National Bank successor b

(d)Cavanaugh Government Group, LLC
8432 Beloit Avenue
Bridgeview, IL 60455-1774

(u)FJ Young
Address Unknown

(d)Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

(d)JIT Military Sales
26670 Success Drive SW
Madison, AL 35756-4638

(u)Jacob Bridges
Address Unknown

End of Label Matrix
Mailable recipients   181
Bypassed recipients     6
Total                 187