# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

In the Matter of: }
JIT Industries, Inc. } CASE NO. 18-80892-CRJ-11
TAX ID/EIN: XX-XXX7267 } CHAPTER 11
 }
    Debtor. }

### ORDER APPROVING SECOND AMENDED DISCLOSURE STATEMENT DATED DECEMBER 27, 2018; SCHEDULING CONFIRMATION HEARING; FIXING TIME FOR OBJECTING TO CONFIRMATION AND TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN

This case came before the Court on December 17, 2018 for hearing on the Debtor's First Amended Disclosure Statement dated November 12, 2018. Appearing at the hearing, were Tazewell T. Shepard, IV, Esq., counsel for the Debtor; Kevin Heard, Esq., counsel for JIT Military Sales; Kevin Gray, Esq., counsel for Rod Hill, Philip Hill and Danny Overbee; and Richard Blythe, Esq., counsel for the Bankruptcy Administrator. During the hearing, the Court directed counsel for the Debtor to file a revised Amended Disclosure Statement on or before January 4, 2019, addressing certain concerns raised by the Court regarding the sufficiency of the information included in the First Amended Disclosure Statement.

The Court now finds that the Debtor's Second Amended Disclosure Statement filed on December 27, 2018, contains adequate information regarding the Debtor's Plan of Reorganization as required under 11 U.S.C. § 1125.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1.     The Second Amended Disclosure Statement is hereby **APPROVED**.

2.      Pursuant to Rule 3017(c), a hearing on Confirmation of the Plan will be held on **Monday, February 4, 2019, at 2:30 p.m.** before the Honorable Clifton R. Jessup, Jr. at the **Seybourn H. Lynne Federal Building, 400 Well Street, Cain Street Entrance, 3rd Floor Courtroom, Decatur, Alabama 35601.**

3.      Pursuant to Bankruptcy Rule 3017(d), the Debtor shall transmit by first class mail on or before **Monday, December 31, 2018**: (i) a copy of the Debtor's First Amended Plan of Reorganization, the Second Amended Disclosure Statement, and this Order to all creditors; and (ii) a ballot to all creditors entitled to vote on the Plan.

4.      Pursuant to Bankruptcy Rule 3017(c), **Wednesday, January 30, 2019** by **5:00 p.m., CDT** is fixed as the deadline by which the holders of claims and interests against the Debtor must file ballots accepting or rejecting the Plan.

5.      Pursuant to Bankruptcy Rule 3020(b)(1), **Wednesday, January 30, 2019** by **5:00 p.m., CDT** is fixed as the last day by which creditors and parties in interest must file any objections to confirmation of the Plan.

6.      The Debtor must tabulate all acceptances and rejections of the Plan and file a **Ballot Summary** with the Court on or before **Friday, February 1, 2019** by **12:00 p.m., Noon, CDT.**

7.      The Debtor must file a **Memorandum in Support of Confirmation** explaining pursuant to 11 U.S.C. § 1129 how the Plan of Reorganization satisfies the requirements for confirmation, including evidence of feasibility on or before **Friday, February 1, 2019** by **12:00 p.m., Noon, CDT.**

   **IT IS SO ORDERED** this the 28th day of December, 2018.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge