# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

In re: JIT Industries, Inc. ) Case No.: 18-80892-CRJ-11
      EIN: xx-xxx7267 )
       )
      Debtor. ) CHAPTER 11

## THIRD MOTION FOR APPROVAL OF INTERIM PROFESSIONAL FEES AND EXPENSES FOR CHAPTER 11 DEBTOR'S ATTORNEY

COMES NOW the duly appointed and acting Debtor-in-Possession in the above styled Chapter 11 case, and shows the Court as follows:

### General Background

1. On March 23, 2018 (the "Commencement Date"), the Debtor commenced with this Court a voluntary case under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

2. The Debtor continues to be authorized to operate the business as Debtor-in-Possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

3. On April 11, 2018, this Court approved the employment of Sparkman, Shepard & Morris, P.C. as Debtor's counsel. That day, this Court also entered an Order approving the Debtor's Motion to allow its attorneys to send monthly notices of attorney's fees and expenses incurred (the "Monthly Fee Notices") to the Debtor's 20 largest unsecured creditors, all parties requesting notice, any committees appointed in this matter, the Bankruptcy Administrator (the "Notice Parties").

4. This Court's order of April 12, 2018 also orders the Debtor's counsel to file with the Court, beginning on July 2, 2018, and serve upon the Notice Parties not more than once every 90 days an interim application for allowance of compensation and reimbursement of expenses, pursuant to 11 U.S.C. §331, of the amounts sought in the Monthly Fee Notices filed during such period (the "Interim Fee Application"). The Interim Fee Application must include a summary of the Monthly Fee Notices that are the subject of the request and any other information requested by the Court or required by the Local Rules.

### Relief Requested

5. The said professional currently employed by the Debtor has previously served Monthly Fee Notices for the months of September, October, and November 2018, with balances due on each as shown below:

September 2018     Compensation: $13,975.50 (80% paid) / Expenses: $413.96 (100% paid)
                   Total:  $14,389.46
                   Date of Notice:  October 5, 2018
                   Amount of fees held in trust pending Court approval: $2,795.10

October 2018       Compensation: $10,608.00 (80% paid) / Expenses: $4,736.95 (100% paid)
                   Total:  $15,344.95
                   Date of Notice:  November 14, 2018
                   Amount of fees held in trust pending Court approval: $2,121.60

November 2018      Compensation: $9,001.50 (80% paid) / Expenses: $429.71 (100% paid)
                   Total:  $9,431.21
                   Date of Notice:  December 11, 2018
                   Amount of fees held in trust pending Court approval: $1,800.30

6. No agreement exists between the attorney and any other person or entity whatsoever for the sharing of compensation or expenses in this case.

7. This application is brought under the provisions of Sections 327, 328, 330, 331 of the United States Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, the Debtor requests that the Court: enter an Order approving such compensation and expenses and authorizing the Debtor to pay same; and grant other and further relief as the Court deems just and proper.

Respectfully submitted this the 31st day of December 2018.

*/s/ Tazewell T. Shepard*
Tazewell T. Shepard III
Tazewell T. Shepard IV
*Attorneys to Debtor-in-Possession*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P. O. Box 19045
Huntsville, AL  35804
Tel: (256) 512-9924
Fax: (256) 512-9837

## CERTIFICATE OF SERVICE

This is to certify that I have this 31st day of December, 2018 served the foregoing document upon the Debtor's 20 largest unsecured creditors, Richard Blythe, Office of the Bankruptcy Administrator, P.O. Box 3045, Decatur, AL 35602 all persons requesting notice and the following listed persons by electronic service through the Court's CM/ECF system and/or by depositing said copies in the United States Mail in properly addressed envelopes with adequate postage thereon.

*/s/ Tazewell T. Shepard*
Tazewell T. Shepard