IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In re: )
)
    JIT INDUSTRIES, INC. )
    EIN: xx-xxx7267 ) Case No.: 18-80892-CRJ-11
)
    Debtor. ) CHAPTER 11
)

## BALLOT FOR ACCEPTING OR REJECTING PLAN

Filed By *Wellesley Bott*.

    THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAT ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS OR CLASSES REJECTING IT AND OTHERWISE SATISFIES THE REQUIREMENTS OF § 1129(B) OF THE CODE. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.

**[If holder of scheduled or filed claim]**

    The undersigned, as a creditor of the above-named debtors in the unpaid principal amount of  $ *1,662.58* .

**[If bondholder, debenture holder, or other debt security holder]**

    The undersigned, the holder of [*state unpaid principal amount*] $_____ of [*describe

*Property*] _____ of the above-named debtor, with a stated maturity date of

5 ⊠
1-7-2019

_____ [*if applicable registered in the name of* _____ ] [*if applicable*

*bearing serial number(s)* _____ ].

**[If equity security holder]**

    The undersigned, the holder of [*state number*] _____ shares of [ *describe type*] _____

_____ stock of the above named debtor, represented by Certificate(s) No. _____

[*or held in my/our brokerage Account No.* _____ at [*name of broker-dealer*] _____ .

**[Check One Box]**

☑ **Accepts**
☐ **Rejects**

    The amended plan for the reorganization proposed by the above-named debtors.

**[If more that one plan is to be voted on]**

☐ **Accepts**
☐ **Rejects**

    The plan for the reorganization of the above-named debtors proposed by n/a.

[*If more that one plan is accepted, the following may but need not be completed.*] The undersigned prefers the plans accepted in the following order.

[*Identify Plans*]

1. _____

2. _____

Dated: *January 4th 2019*

Print or type name: *WELLESLEY BOBB*

Signed: *Wellesley Bobb*

[if appropriate] By:_____

as:_____

Address:_____

      IN ORDER TO BE COUNTED, BALLOTS MUST BE SIGNED AND RETURNED SO THAT THEY ARE RECEIVED BY THE U.S. BANKRUPTCY COURT NO LATER THAN 4:30 P.M. CENTRAL STANDARD TIME ON THE DATE SET BY THE COURT (THE "VOTING DEADLINE"), TO:

                                         Clerk's Office
                                         U.S. Bankruptcy Court
                                         400 Well Street, NE # 222
                                         Decatur, AL 35601-1951

**Advisory Committee Note-1991 Amendment**

      This form is derived from former Official Form No. 30. The form has been amended to facilitate the voting of a debtor's shares held in "street name." The form may be adapted to designate the class in which each ballot is to be tabulated. It is intended that a separate ballot will be provided for each class in which a holder may vote.