# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

In re: JIT Industries, Inc. ) Case No.: 18-80892-CRJ-11
)
)
Debtor. ) CHAPTER 11

## ORDER APPROVING APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM FILED BY GINGER McCOMB AND MATTHEW McCOMB

This matter came before the Court on January 23, 2019 on the following:

RE: Doc #126 – Application for Administrative Expense Claim filed by Interested Parties Ginger McComb and Matthew McComb

Appearances at the hearing were made by Richard Blythe, Bankruptcy Administrator, Tazewell Shepard, IV, Counsel for Debtor, and Tracy A. Marion, Counsel for Ginger McComb and Matthew McComb.

The Court considered the pleading and it is therefore **ORDERED, ADJUDGED and DECREED** that the Application for Allowance and Payment of Administrative Expense Claim filed by Interested Parties Ginger McComb and Matthew McComb for $46,670.84 is hereby **APPROVED**.

Dated this the 29th day of January, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Agreed and Approved By:

**/s/ Tracy A. Marion**
Tracy A. Marion

**/s/ Tazewell Shepard, IV**
Tazewell Shepard, IV