## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC    CASE NO. : 18-80892-CRJ-11    MONTH ENDING: *3-31*

**Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15ᵗʰ of each month**

## BUSINESS DEBTOR'S AFFIRMATIONS

1.  YES _X_ NO ____  All post petition business taxes have been paid/deposited and the deposit slips are attached.

    YES _X_ NO ____  All post petition individual taxes have been paid and the deposit slips are attached.

    If you answered "No" to the above, list the types of taxes that are now due and owing.

    | TYPE OF TAX | | AMOUNT |
    |---|---|---|
    | _____ | $ | _____ |
    | _____ | $ | _____ |
    | _____ | $ | _____ |
    | _____ | $ | _____ |

2.  YES _X_ NO ____  Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

    If no, enter:    TYPE_____not in force.

    TYPE_____not in force.

3.  YES _X_ NO ____  New books and records were opened and are being maintained daily.

4.  YES _X_ NO ____  Copies of all banks statements and reconciliations are attached .

5.  YES _X_ NO ____  I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6.  YES _X_ NO ____  All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE *4-14-19*                                      _____
                                                    RESPONSIBLE PARTY

Phone No.:

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC        CASE NO.: 18-80892-CRJ11    MONTH ENDING: 3-31

Attach Business Forms BA-02(A-D)
### BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | –Accrual   **(Circle One)**   –Cash |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.  CASH ON HAND (Beginning) 130,413.59

B.  RECEIPTS:

Accounts Receivable from
Form BA-02(A)-Line II(C)  168,059.03

Cash Sales  _____

Loan Proceeds
from _____  _____

Sale of Property  _____
(Not in ordinary
course of business)

Other _____  _____

_____  _____

C.  TOTAL RECEIPTS  168,059.03
(Total of B)

D.  BUSINESS DISBURSEMENTS
FROM FORM BA-02(B)  74,469.72

E.  SURPLUS OR DEFICIT  30,515.64
(C minus D)

F.  CASH ON HAND (End)  160,929.83
(A plus E)

INCOME STATEMENT:

1.  REVENUE FROM TOTAL
SALES  $165,548.39

2.  LESS COST OF THOSE
SALES  57,941.94
(Cost of materials,
Labor, etc.)

3.  EQUALS GROSS
PROFIT (1 minus 2)  104,984.86

4.  LESS OPERATING
EXPENSES  74,469.22

5.  EQUALS NET PROFIT
OPERATIONS  30,515.64
(3 minus 4)

6.  NON-OPERATING
INCOME/EXPENSES
(LIST SPECIFIC
INCOME/EXPENSES)

_____  _____

_____  _____

_____  _____

7.  EQUALS NET PROFIT
OR NET LOSS  $30,515.64
(5 plus or minus 6)

*** Please itemize Cost of Sales
and Expenses on a separate
sheet of paper.**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE  8-14-19

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC        CASE NO.: 18-80892-CRJ-11    MONTH ENDING: 2-3-4

Attach to Business Form BA-02

## BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.  NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II.  COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

A.  Amount collected this month on accounts
    receivable charged and paid this month.          $ 40,403.73

B.  Amount collected this month on accounts
    receivable charged in prior months
    and paid this month.                             $ 127,655.30

C.  TOTAL collected this month on accounts
    receivable.                                      $ 168,059.03

III.  PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
|        | $         |            |            |         | $     |
| * see attached pending A/R circled items on old debt need to remove | | | | | |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
| **TOTALS** | $     |            |            |         | $     |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF

DATE: 4-14-19                         _Gina McCord_
                                      RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(A)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC          CASE NO.: 18-80892-CRJ-11          MONTH ENDING: 3-31

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | | |
|---|---|---|
| ACCOUNTING FEES | $ | 506.47 |
| ADVERTISING | | 3829.14 |
| AUTOMOBILES/VEHICLES (repairs & maintenance) | | 547.55 |
| COMMISSIONS/CONTRACT LABOR | | |
| INSURANCE (TOTAL) | | 6029.62 |
|    AUTO | $ 2,177.63 | |
|    LIABILITY | | |
|    LIFE | | |
|    MEDICAL | | |
|    CASUALTY | | |
|    FIRE & THEFT | | |
|    WORKMAN'S COMP. | | |
|    OTHER  Health | 3857.99 | |
| INTEREST PAID | | |
| INVENTORY PURCHASED | | |
| LEGAL FEES | | 0 — |
| POSTAGE | | |
| RENT/LEASE PAYMENTS ON REAL ESTATE | | 3500 — |
| REPAIRS & MAINTENANCE | | |
| SALARIES/WAGES PAID | | 42,714.45 |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)] | | 4013.02 |
| SUPPLIES (TOTAL) | | |
|    OFFICE | $ 423.11 | |
|    OPERATING | 2589.51 | |
| TRAVEL & ENTERTAINMENT | | |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)] | | 5380.79 |
| UNSECURED LOAN PAYMENTS | | |
| UTILITIES (TOTAL) | | |
|    ELECTRICITY | $ 737.98 | |
|    GAS | | |
|    TELEPHONE | 553.30 | |
|    WATER | 39.90 | |
|    OTHER | 109 — | |
| OTHER BUSINESS DISBURSEMENTS (Specify) | $ | |
| TOTAL BUSINESS DISBURSEMENTS | $ | 74,469.27 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE: 1-14-19          _Hugh McConit_
          RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(B)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC          CASE NO. : 18-80892-CRJ.11     MONTH ENDING: 3-34

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. ____ Secured loan payments as described below have been paid this month (Check, if true.)

2. ____ No secured loan payments have been paid during this month. (Check, if true.)

3. ____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| Rod Hill judgment | | | | | |
| Phillip Hill judgment | | | | | |
| Danny Overbee judgment | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE  4-14-19                              RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC    CASE NO.: 18-80892-CRJ-11    MONTH ENDING: *3-31*

Attach to Business Form BA-02
### BUSINESS DEBTOR'S TAX PAYMENTS

#### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| *✗* | *see attached payroll* | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | *6678.94* | | | | |

#### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

#### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | *702.75* | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE: *4-14-19*                    _____
                                   RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02 (D)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC    CASE NO. : 18-80892-CRJ-11    MONTH ENDING: 3-31

### BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Bank Ind # 4641 | | | | |
| | | | | |
| | | | | |
| | | | | |

### GROSS PAYROLL
(Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1 (Name) Ginger McComb | $ | |
| Officer #2 (Name) Matt McComb | $ | |
| Other Officer (Name) | $ | |
| Employees (Number) 13 | $ | |
| Employees (Relatives) 1 employee | $ | |
| Name Marvin Gillespie | $ 2,146.01 | |
| Name | $ | |

### INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $ * see below |
| Inventory - Purchased this Month - CASH | $ |
| Inventory - Purchased this Month - CREDIT | $ |
| Inventory - End of Month (COST) | $ |

### PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

____ A. No payments on pre-petition debts have been made this month.
____ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 4-14-19                                               RESPONSIBLE PARTY

* inventory is fluid in manufacturing adjustments are made accordingly

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC    CASE NO. 18-80892-CRJ-11    MONTH ENDING: 3-31

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

_____ A.   All operating expenses since the beginning of this case have
           been paid.  Therefore there are no post-petition accounts
           payable.

**\*\* OR \*\***

__X__ B.   Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
|  | $ | $ | $ | $ | $ |
|  | *see attached accounts payable | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
| **TOTALS** | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE  4-14-19                              RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-03(A)

**United States Bankruptcy Court - Northern District of Alabama**

CASE NAME: JIT INDUSTRIES, INC     CASE NO.: 18-80892-CRJ-11     MONTH ENDING: 3-31

**File for Each Quarter**
**BUSINESS DEBTOR'S BALANCE SHEET**

## I. ASSETS

Current:
- Cash                                           $ *x see attached*
- Inventory                                      $
- Accounts Receivable                            $
- Other                                          $
- Total Current Assets        (a)                $

Fixed:
- Property & Equipment                           $
- Accumulated Depreciation                       $ <                    >
- Other                                          $
- Total Fixed Assets          (b)                $

Total Assets                  (a + b) = (c)      $

## II. LIABILITIES

Current:
- Post Chapter 11 Payables                       $
- Taxes Payable                                  $
- Accrued Professional Fees                      $
- Accrued Expenses                               $
- Notes Payable                                  $
- Current Portion Long Term Debt                 $
- Other                                          $
- Total Current Liabilities (d)                  $

Long Term Debt:
- Pre-Chapter 11 Payables                        $
- Notes & Loans Payable                          $
- Less Current Portion                           $ <                    >
- Other                                          $
- Total Long Term Debt        (e)                $
- Total Liabilities           (d + e) = (f)      $

STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH
- Capital Stock               (g) $
- Retained Earnings (Deficit) (h) $
- Current Surplus (Deficit)   (i) $
- Total Liabilities & Stockholder
  Equity/Net Worth   (f) + (g) + (h) + (i) $

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 4-14-19                              _____
                                          RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-04**

CHAPTER 11 OPERATING ORDER FORM     11/00                    **BUSINESS BA-05**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JH INDUSTRIES, INC     CASE NO.: 18-80892-CRJ-11     MONTH ENDING: 3-31

### File for Each Quarter
### by the 15th of the Month Following the End of the Quarter
## BUSINESS DEBTOR'S QUARTERLY INCOME STATEMENT

TOTAL REVENUE (SALES)                              (a)  $  *see attached*
  Cost of Sales:
       Materials                              $ _____
       Labor                                  $ _____
       Purchased Services                     $ _____
    Total Cost of Sales                  (b)  $ _____
    Gross Profit               (a - b) = (c)  $ _____

OPERATING EXPENSES
        Management Salary                  $ _____
        Other Salary Expense               $ _____
        Payroll Expenses                   $ _____
        Outside Services & Contractors     $ _____
        Supplies (office & operating)      $ _____
        Repairs & Maintenance              $ _____
        Advertising                        $ _____
        Auto Expense                       $ _____
        Delivery                           $ _____
        Accounting & Legal                 $ _____
        Rent                               $ _____
        Telephone                          $ _____
        Travel & Entertainment             $ _____
        Utilities                          $ _____
        Insurance                          $ _____
        Taxes real estate, property, etc.) $ _____
        Interest                           $ _____
        Depreciation                       $ _____
        Other Operating Expenses (describe)$ _____
                                    $ _____
    Total Operating Expenses:            (d)  $ _____

    Net Profit/(Loss) from Operations (c - d)=(e)  $ _____

    Non-Operating Income/Expenses  $ _____
                            $ _____
                            $ _____
    Total                               (f)  $ _____

    Net Profit/(Loss)             (e - f)  $ _____

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.
DATE 4-14-19                              _____
                                          RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-04**

# JIT Industries, Inc.
## A/R Aging Summary
### As of March 31, 2019

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| F | 0.00 | 385.00 | 0.00 | 0.00 | 0.00 | 385.00 |
| | 558.01 | 0.00 | 0.00 | 0.00 | 0.00 | 558.01 |
| | 1,630.00 | 5,026.00 | 1,874.00 | 0.00 | 0.00 | 8,530.00 |
| | 219.00 | 0.00 | 654.00 | 0.00 | 0.00 | 873.00 |
| | 0.00 | 0.00 | 5,239.80 | 0.00 | 5,333.48 | 10,573.28 |
| | 40,768.85 | 34,390.22 | 27,594.86 | 4,463.62 | 8,014.47 | 115,232.02 |
| | 1,313.55 | 3,450.00 | 0.00 | 0.00 | 0.00 | 4,763.55 |
| | 2,213.10 | 0.00 | 0.00 | 0.00 | 0.00 | 2,213.10 |
| | 2,277.53 | 834.73 | 0.00 | 3,347.00 | 2,094.43 | 8,553.69 |
| | 6,659.78 | 0.00 | 0.00 | 0.00 | 0.00 | 6,659.78 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 7,380.37 | 7,380.37 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 859.17 | 859.17 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 14,900.64 | 14,900.64 |
| | 1,391.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,391.00 |
| MENOMONEE F | 6,897.16 | 0.00 | 0.00 | 0.00 | 0.00 | 6,897.16 |
| | 0.00 | 0.00 | 2,467.66 | 0.00 | 0.00 | 2,467.66 |
| | 0.00 | 0.00 | 0.00 | 2,560.80 | 0.00 | 2,560.80 |
| CORPORATE | 0.00 | 1,411.80 | 0.00 | 0.00 | 0.00 | 1,411.80 |
| | 371.25 | 0.00 | 0.00 | 0.00 | 0.00 | 371.25 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 390.98 | 390.98 |
| | 0.00 | 226.20 | 0.00 | 0.00 | 0.00 | 226.20 |
| | 0.00 | 662.97 | 0.00 | 0.00 | 0.00 | 662.97 |
| | 8,570.54 | 0.00 | 0.00 | 0.00 | 0.00 | 8,570.54 |
| | 2,607.00 | 780.00 | 3,272.00 | 0.00 | 0.00 | 6,659.00 |
| | 994.05 | 1,175.88 | 0.00 | 0.00 | 0.00 | 2,169.93 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 4,759.00 | 4,759.00 |
| R | 6,521.34 | 0.00 | 0.00 | 0.00 | 0.00 | 6,521.34 |
| | 0.00 | 0.00 | 0.00 | 0.00 | -0.88 | -0.88 |
| | 2,727.32 | 0.00 | 0.00 | 0.00 | 0.00 | 2,727.32 |
| | 259.00 | 0.00 | 0.00 | 0.00 | 0.00 | 259.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 3,093.23 | 3,093.23 |
| | 3,711.80 | 0.00 | 0.00 | 0.00 | 0.00 | 3,711.80 |
| | 1,634.34 | 0.00 | 0.00 | 0.00 | 1,316.90 | 2,951.24 |
| | 839.44 | 2,658.35 | 0.00 | 0.00 | 0.00 | 3,497.79 |
| | 401.00 | 2,228.60 | 0.00 | 0.00 | 0.00 | 2,629.60 |
| | 0.00 | 797.80 | 824.80 | 0.00 | 0.00 | 1,622.60 |

Case 18-80892-CRJ11    Doc 184    Filed 04/16/19    Entered 04/16/19 12:13:35    Desc
Main Document      Page 11 of 26

# JIT Industries, Inc.
## A/R Aging Summary
### As of March 31, 2019

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | 2,540.00 | 2,540.00 |
| | 620.00 | 0.00 | 0.00 | 0.00 | 0.00 | 620.00 |
| | 0.00 | 0.00 | 3,525.28 | 0.00 | 0.00 | 3,525.28 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 1,640.03 | 1,640.03 |
| | 0.00 | 1,803.58 | 0.00 | 0.00 | 43,032.95 | 44,836.53 |
| | 23,247.64 | 13,208.72 | 0.00 | 0.00 | 0.00 | 36,456.36 |
| | 1,519.20 | 0.00 | 0.00 | 0.00 | 0.00 | 1,519.20 |
| | 4,780.35 | 0.00 | 0.00 | 0.00 | 0.00 | 4,780.35 |
| | 264.19 | 12,046.19 | 0.00 | 0.00 | 0.00 | 12,310.38 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 2,103.70 | 2,103.70 |
| | 293.60 | 0.00 | 0.00 | 0.00 | 0.00 | 293.60 |
| | 0.00 | 143.17 | 0.00 | 0.00 | 6,667.67 | 6,810.84 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 1,640.00 | 1,640.00 |
| | 125.00 | 0.00 | 0.00 | 0.00 | 0.00 | 125.00 |
| | 0.00 | 522.00 | 17.00 | 0.00 | 0.00 | 539.00 |
| | 399.53 | 0.00 | 0.00 | 0.00 | 0.00 | 399.53 |
| | 4,660.68 | 0.00 | 0.00 | 0.00 | 0.00 | 4,660.68 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 683.82 | 683.82 |
| | 0.00 | 899.85 | 0.00 | 0.00 | 0.00 | 899.85 |
| | 255.00 | 0.00 | 0.00 | 0.00 | 123.60 | 378.60 |
| | 0.00 | 317.86 | 0.00 | 0.00 | 0.00 | 317.86 |
| | 3,014.78 | 0.00 | 0.00 | 0.00 | 0.00 | 3,014.78 |
| TOTAL | 131,745.03 | 82,968.92 | 45,469.40 | 10,371.42 | 106,573.56 | 377,128.33 |

Case 18-80892-CRJ11    Doc 184    Filed 04/16/19    Entered 04/16/19 12:13:35    Desc
Main Document      Page 12 of 26

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 03/14/19: $7,054.76**

## TRANSACTION SUMMARY

### SUMMARY BY TRANSACTION TYPE -

| | |
|---|---:|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 7,054.76 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | 7,054.76 |
| TOTAL MANUAL CHECKS/UPDATES | 15,471.62 |
| CASH REQUIRED BEFORE  REMAINING D / W / L | 22,526.38 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 3,387.62 |
| CASH REQUIRED FOR CHECK DATE 03/14/19 | 25,914.00 |

## TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER -** *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---:|---:|
| 03/13/19 | BANK INDEPENDENT | xxxxxxx4641 | Garnishment | Employee Deductions | | 142.15 |
| | | | | **EFT FOR 03/13/19** | 142.15 | **142.15** |
| 03/14/19 | BANK INDEPENDENT | xxxxxxx4641 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 1,446.79 | |
| | | | | Medicare | 338.36 | |
| | | | | Fed Income Tax | 2,224.80 | |
| | | | | AL Income Tax | 792.20 | |
| | | | | **Total Withholdings** | 4,802.15 | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 1,457.14 | |
| | | | | Medicare | 340.77 | |
| | | | | Fed Unemploy | 32.47 | |
| | | | | AL Unemploy | 276.12 | |
| | | | | AL Emp Sec Asm | 3.96 | |
| | | | | **Total Liabilities** | 2,110.46 | |
| | | | | **EFT FOR 03/14/19** | | 6,912.61 |
| | | | | | | 6,912.61 |
| | | | | **TOTAL EFT** | | 7,054.76 |

**MANUAL CHECKS/UPDATES -** *These amounts are for previously calculated checks that were issued by you. You may have already deducted these funds from your account.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | TOTAL |
|---|---|---|---|---|---:|
| 03/14/19 | Refer to your records for account information | | Payroll | Check Amounts | 15,471.62 |
| | | | | **TOTAL MANUAL CHECKS/UPDATES** | **15,471.62** |

0041 1808-1414  JIT Industries Inc
Run Date 03/12/19 07:08 PM

Period Start - End Date    02/24/19 - 03/09/19
Check Date                 03/14/19

Cash Requirements
Page 1 of 2
CASHREQ

Case 18-80892-CRJ11    Doc 184    Filed 04/16/19    Entered 04/16/19 12:13:35    Desc
Main Document      Page 13 of 26

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 03/14/19: $7,054.76**

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** - *Paychex does not remit these funds. You must ensure accurate and timely payment of applicable items.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 03/14/19 | Refer to your records for account information | | Payroll | Employee Deductions | | |
| | | | | 401K AdvSel EE Pre | 3,000.00 | |
| | | | | Garnishment Fee 2 | 3.00 | |
| | | | | Total Deductions | 3,003.00 | |
| | | | | Other Items | | |
| | | | | 401k ER | 384.62 | |
| | | | | TOTAL OTHER ITEMS | 384.62 | |

**TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES**       **3,387.62**

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF** - *This information serves as a record of payment.*

| DUE DATE | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|
| 03/20/19 | Taxpay® | FED IT PMT Group | | 5,807.86 |

0041 1808-1414  JIT Industries Inc
Run Date 03/12/19  07:08 PM

Period Start - End Date    02/24/19 - 03/09/19
Check Date                03/14/19

Cash Requirements
Page 2 of 2
CASHREQ

Case 18-80892-CRJ11    Doc 184    Filed 04/16/19    Entered 04/16/19 12:13:35    Desc
Main Document        Page 14 of 26

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 03/29/19: $7,773.80**

## TRANSACTION SUMMARY

**SUMMARY BY TRANSACTION TYPE -**

| | |
|---|---|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 7,773.80 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | 7,773.80 |
| TOTAL MANUAL CHECKS/UPDATES | 17,639.61 |
| CASH REQUIRED BEFORE REMAINING D / W /L | 25,413.41 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 1,387.62 |
| CASH REQUIRED FOR CHECK DATE 03/29/19 | 26,801.03 |

## TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER -** *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---|---|
| 04/01/19 | BANK INDEPENDENT | xxxxxxx4641 | Garnishment | Employee Deductions | | 142.15 |
| 04/01/19 | BANK INDEPENDENT | xxxxxxx4641 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 1,508.15 | |
| | | | | Medicare | 352.71 | |
| | | | | Fed Income Tax | 2,738.50 | |
| | | | | AL Income Tax | 911.41 | |
| | | | | **Total Withholdings** | **5,510.77** | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 1,504.53 | |
| | | | | Medicare | 351.86 | |
| | | | | Fed Unemploy | 29.32 | |
| | | | | AL Unemploy | 231.81 | |
| | | | | AL Emp Sec Asm | 3.36 | |
| | | | | **Total Liabilities** | **2,120.88** | |
| | | | | | | **7,631.65** |
| | | | | | **EFT FOR 04/01/19** | **7,773.80** |
| | | | | | **TOTAL EFT** | **7,773.80** |

**MANUAL CHECKS/UPDATES -** *These amounts are for previously calculated checks that were issued by you. You may have already deducted these funds from your account.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | TOTAL |
|---|---|---|---|---|---|
| 03/29/19 | Refer to your records for account information | | Payroll | Check Amounts | 17,639.61 |
| | | | | **TOTAL MANUAL CHECKS/UPDATES** | **17,639.61** |

Period Start - End Date 03/10/19 - 03/23/19
Check Date 03/29/19

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 03/29/19: $7,773.80**

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** - *Paychex does not remit these funds. You must ensure accurate and timely payment of applicable items.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 03/29/19 | Refer to your records for account information | | Payroll | Employee Deductions | | |
| | | | | 401K AdvSel EE Pre | 1,000.00 | |
| | | | | Garnishment Fee 2 | 3.00 | |
| | | | | Total Deductions | 1,003.00 | |
| | | | | Other Items | | |
| | | | | 401k ER | 384.62 | |
| | | | | TOTAL OTHER ITEMS | 384.62 | |

**TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES**     **1,387.62**

---

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF** - *This information serves as a record of payment.*

| DUE DATE | PRODUCT | DESCRIPTION | |
|---|---|---|---|
| 04/03/19 | Taxpay® | FED IT PMT Group | 6,455.75 |

Period Start - End Date    03/10/19 - 03/23/19
Check Date    03/29/19

Case 18-80892-CRJ11    Doc 184    Filed 04/16/19    Entered 04/16/19 12:13:35    Desc
Main Document     Page 16 of 26

# JIT Industries, Inc.
## Reconciliation Summary
### 10001 · BANK INDEPENDENT, Period Ending 03/31/2019

| | Mar 31, 19 | |
|---|---|---|
| **Beginning Balance** | | 53,584.43 |
|     Cleared Transactions | | |
|         Checks and Payments - 92 items | -90,992.58 | |
|         Deposits and Credits - 19 items | 167,821.74 | |
|     **Total Cleared Transactions** | 76,829.16 | |
| **Cleared Balance** | | 130,413.59 |
|     Uncleared Transactions | | |
|         Checks and Payments - 37 items | -46,734.63 | |
|     **Total Uncleared Transactions** | -46,734.63 | |
| **Register Balance as of 03/31/2019** | | 83,678.96 |
|     New Transactions | | |
|         Checks and Payments - 30 items | -32,411.25 | |
|         Deposits and Credits - 8 items | 65,240.13 | |
|     **Total New Transactions** | 32,828.88 | |
| **Ending Balance** | | 116,507.84 |

Case 18-80892-CRJ11    Doc 184    Filed 04/16/19    Entered 04/16/19 12:13:35    Desc
Main Document      Page 17 of 26

```
        JIT Industries Inc
        Debtor in Possession
        PO Box 2023
        Madison AL 35758-5414
```

## A C C O U N T   S U M M A R Y

| Account Number | Type of Account | Current Balance | Checks |
|---|---|---|---|
| ████4641 | Small Business Checking | 130,413.59 | 54 |

## C H E C K I N G   A C C O U N T

Refer your family and friends to Bank Independent and earn up to $500!
Learn more and register at referlive.com/bibank.com.

```
Small Business Checking              No. Checks                           54
Account Number            ████4641   Statement Dates  3/01/19 thru 3/31/19
Previous Balance         53,584.43   Days in the statement period        31
  16 Deposits/Credits   167,821.74   Average Ledger               82,423.97
  96 Checks/Debits       90,992.58   Average Collected            82,423.97
Service Charge                 .00
Interest Paid                  .00
Current Balance         130,413.59
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees year to date | $.00 | $.00 |
| Return item fees year to date | $.00 | $.00 |

## D E P O S I T S   A N D   A D D I T I O N S

| Date | Description | Amount |
|---|---|---|

Small Business Checking        ████4641   (Continued)

### D E P O S I T S   A N D   A D D I T I O N S

| Date | Description | Amount |
|------|-------------|--------|
| 3/05 | PAYMENTJNL CONTINENTAL CARB<br>PPD | 637.19 |
| 3/05 | Deposit | 29,042.00 |
| 3/08 | KS Service K & S Services<br>CCD   C3-29317 | 10,826.77 |
| 3/08 | EDI PYMNTS American Welding<br>CTX   000000000019177<br>ST*820*000000078<br>BPR*U*3391.78*C*ACH*CTX*01*121<br>000248*DA*4336896196*361169260 | 3,391.78 |
| 3/11 | DEPOSIT   MERCHANT BANKCD<br>CCD   496280481888 | 325.00 |
| 3/12 | Deposit | 30,899.09 |
| 3/15 | KS Service K & S Services<br>CCD   C3-29429 | 9,313.52 |
| 3/15 | PAYMENTJNL CONTINENTAL CARB<br>PPD | 5,391.70 |
| 3/15 | EDI PYMNTS American Welding<br>CTX   000000000019287<br>ST*820*000000083<br>BPR*U*3027.84*C*ACH*CTX*01*121<br>000248*DA*4336896196*361169260 | 3,027.84 |
| 3/22 | KS Service K & S Services<br>CCD   C3-29547 | 9,928.81 |
| 3/22 | EDI PYMNTS American Welding<br>CTX   000000000019390<br>ST*820*000000077<br>BPR*U*2968.97*C*ACH*CTX*01*121<br>000248*DA*4336896196*361169260 | 2,968.97 |
| 3/25 | MISC PAY CGVA TREAS 310<br>CCD   631277267700600 | 479.52 |
| 3/25 | DEPOSIT   MERCHANT BANKCD<br>CCD   496280481888 | 125.00 |
| 3/25 | Deposit | 40,207.99 |
| 3/25 | Deposit | 4,003.89 |
| 3/29 | KS SERVICE K & S Services<br>CCD   C3-29654 | 17,252.67 |

### W I T H D R A W A L S   A N D   D E D U C T I O N S

| Date | Description | Amount |
|------|-------------|--------|
| 3/01 | TAXES      PAYCHEX TPS<br>CCD   80812900007473X | 7,621.51- |
| 3/01 | GARNISH    PAYCHEX CGS<br>CCD   COL0083734898 | 142.15- |
| 3/04 | DBT CRD 0000 03/01/19 20994216<br>JMS RUSSEL | 501.40- |

Small Business Checking          ████4641  (Continued)

W I T H D R A W A L S   A N D   D E D U C T I O N S

| Date | Description | Amount |
|------|-------------|--------|
| | 25 COLLEGE PARK CV | |
| | JACKSON        TN C#0120 | |
| 3/04 | 401k Contr I EPLAN SVCS PAD | 3,000.00- |
| | PPD | |
| 3/04 | DEPOSIT    MERCHANT BANKCD | 127.80- |
| | CCD   496280481888 | |
| 3/07 | DBT CRD 0000 03/07/19 31990598 | 52.79- |
| | MSC | |
| | 75 Maxess Rd | |
| | 800-645-7270  NY C#0120 | |
| 3/08 | DBT CRD 0000 03/08/19 54813877 | 359.39- |
| | MSC | |
| | 75 Maxess Rd | |
| | 800-645-7270  NY C#0120 | |
| 3/11 | DBT CRD 0741 03/11/19 00871369 | 25.38- |
| | WM SUPERCE | |
| | Wal-Mart Super Cen | |
| | HARTSELLE     AL C#0120 | |
| 3/11 | DBT CRD 0000 03/08/19 01140739 | 14.62- |
| | FASTENAL C | |
| | 2603 HWY 31 SW | |
| | HARTSELLE     AL C#0120 | |
| 3/11 | DBT CRD 0000 03/08/19 01140736 | 6.58- |
| | FASTENAL C | |
| | 2603 HWY 31 SW | |
| | HARTSELLE     AL C#0120 | |
| 3/11 | INVOICE    PAYCHEX EIB | 86.00- |
| | CCD   X80819300012669 | |
| 3/11 | DISCOUNT    TSYS/TRANSFIRST | 42.00- |
| | CCD   39300980304892 | |
| 3/12 | DBT CRD 0000 03/12/19 42190511 | 58.36- |
| | MSC | |
| | 75 Maxess Rd | |
| | 800-645-7270  NY C#0120 | |
| 3/12 | Bank to Ba JIT Industries, | 2,311.85- |
| | CCD   35758 | |
| 3/12 | Bank to Ba JIT Industries, | 1,850.20- |
| | CCD   0000000 | |
| 3/12 | Bank to Ba JIT Industries, | 1,334.00- |
| | CCD   35758 | |
| 3/12 | Bank to Ba JIT Industries, | 1,256.62- |
| | CCD   35758 | |
| 3/13 | DBT CRD 0000 03/13/19 65092584 | 328.24- |
| | MSC | |
| | 75 Maxess Rd | |
| | 800-645-7270  NY C#0120 | |
| 3/13 | DBT CRD 1057 03/13/19 01554291 | 22.13- |
| | WAL Wal-Ma | |

Small Business Checking            ▓▓4641  (Continued)

W I T H D R A W A L S   A N D   D E D U C T I O N S  _____

| Date | Description | Amount |
|------|-------------|--------|
| | 1124 WAL-SAMS | |
| | HARTSELLE    AL C#0120 | |
| 3/13 | POS DEB 1104 03/13/19 93695900 | 52.07- |
| | OREILLY AU | |
| | 301 HIGHWAY 31 NW | |
| | HARTSELLE    AL C#0120 | |
| 3/13 | UPS BILL   U. P. S. | 398.47- |
| | CCD   190540000R36A03 | |
| 3/13 | UPS BILL   U. P. S. | 275.76- |
| | CCD   190400000R36A03 | |
| 3/13 | UPS BILL   U. P. S. | 259.05- |
| | CCD   190610000R36A03 | |
| 3/13 | UPS BILL   U. P. S. | 248.46- |
| | CCD   190470000R36A03 | |
| 3/13 | Bank to Ba JIT Industries, | 181.20- |
| | CCD   35758 | |
| 3/13 | GARNISH    PAYCHEX CGS | 142.15- |
| | CCD   COL0083974263 | |
| 3/14 | DBT CRD 2126 03/13/19 76215627 | 114.10- |
| | PETROLEUMS | |
| | 454 SOUTH MAIN ST | |
| | 5708221151    PA C#0120 | |
| 3/14 | TAXES     PAYCHEX TPS | 6,912.61- |
| | CCD   80975500003954X | |
| 3/15 | 401k Contr I EPLAN SVCS PAD | 3,000.00- |
| | PPD | |
| 3/15 | CHARTER CO CHARTER COMMUNIC | 109.98- |
| | CCD   0210155566  SPA | |
| 3/18 | DBT CRD 0000 03/15/19 01177161 | 25.63- |
| | FASTENAL C | |
| | 2603 HWY 31 SW | |
| | HARTSELLE    AL C#0120 | |
| 3/18 | Bank to Ba JIT Industries, | 194.50- |
| | CCD   0000000 | |
| 3/18 | DBT CRD 0000 03/17/19 70888654 | 141.67- |
| | VBS*VONAGE | |
| | 3200 Windy Hill Rd | |
| | 866-901-0242  GA C#0120 | |
| 3/19 | DBT CRD 0000 03/19/19 97417793 | 466.04- |
| | MSC | |
| | 75 Maxess Rd | |
| | 800-645-7270  NY C#0120 | |
| 3/20 | POS DEB 1441 03/20/19 14775414 | 21.07- |
| | LOWE S  30 | |
| | 1087 HIGHWAY 31 NW | |
| | HARTSELLE    AL C#0120 | |
| 3/21 | DBT CRD 0000 03/20/19 46706495 | 164.11- |
| | YATES INDU | |

Small Business Checking          ████4641   (Continued)

## W I T H D R A W A L S   A N D   D E D U C T I O N S

| Date | Description | Amount |
|------|-------------|--------|
| | 23050 E INDUSTRIAL | |
| | 586-778-7680  MI C#0120 | |
| 3/25 | Foreign Wire Transfer Fee | 40.00- |
| 3/25 | DBT CRD 0739 03/25/19 86877334 | 25.38- |
| | WAL Wal-Ma | |
| | 1124 WAL-SAMS | |
| | HARTSELLE      AL C#0120 | |
| 3/25 | Foreign Wire Transfer Debit | 1,854.00- |
| 3/27 | POS DEB 0807 03/27/19 00436275 | 34.69- |
| | TRACTOR SU | |
| | 800 HWY 31 SOUTHWE | |
| | HARTSELLE      AL C#0120 | |
| 3/27 | POS DEB 1220 03/27/19 00481311 | 17.42- |
| | TRACTOR SU | |
| | 800 HWY 31 SOUTHWE | |
| | HARTSELLE      AL C#0120 | |
| 3/28 | DBT CRD 1306 03/26/19 32595184 | 89.73- |
| | USHIP.COM | |
| | 205 E RIVERSIDE DR | |
| | AUSTIN        TX C#0120 | |
| 3/29 | Maintenance Fee | 25.00- |
| 3/29 | Account Analysis Charge | 31.80- |
| 3/29 | DBT CRD 1552 03/25/19 03321491 | 52.77- |
| | Walmart.co | |
| | Walmart.com | |
| | Bentonville   AR C#0120 | |
| 3/29 | POS DEB 1039 03/29/19 00845267 | 5.29- |
| | TRACTOR SU | |
| | 800 HWY 31 SOUTHWE | |
| | HARTSELLE      AL C#0120 | |

## S U M M A R Y   B Y   C H E C K   N U M B E R

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 3/01 | 1797 | 100.00 | 3/01 | 1814 | 507.37 |
| 3/05 | 1798 | 350.00 | 3/13 | 1815 | 100.00 |
| 3/18 | 1799 | 2,884.03 | 3/21 | 1817* | 640.46 |
| 3/05 | 1800 | 300.00 | 3/21 | 1818 | 2,081.64 |
| 3/01 | 1803* | 1,219.83 | 3/11 | 1820* | 430.00 |
| 3/04 | 1804 | 1,129.33 | 3/20 | 1821 | 175.00 |
| 3/01 | 1805 | 1,177.06 | 3/15 | 1822 | 332.70 |
| 3/05 | 1806 | 1,152.20 | 3/13 | 1823 | 2,043.60 |
| 3/05 | 1807 | 1,608.39 | 3/11 | 1825* | 1,499.95 |
| 3/01 | 1810* | 973.97 | 3/12 | 1826 | 1,582.80 |
| 3/04 | 1811 | 2,289.19 | 3/13 | 1828* | 3,164.05 |
| 3/04 | 1812 | 2,526.66 | 3/12 | 1829 | 30.00 |
| 3/04 | 1813 | 640.33 | 3/18 | 1830 | 21.15 |

* Denotes missing check numbers

Small Business Checking          ███4641  (Continued)

### S U M M A R Y   B Y   C H E C K   N U M B E R

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 3/18 | 1831 | 64.99 | 3/19 | 1843 | 2,526.67 |
| 3/25 | 1832 | 3,500.00 | 3/18 | 1844 | 567.42 |
| 3/29 | 1833 | 100.00 | 3/15 | 1845 | 655.48 |
| 3/18 | 1834 | 1,298.38 | 3/29 | 1851* | 400.00 |
| 3/18 | 1835 | 1,219.82 | 3/25 | 1854* | 1,000.00 |
| 3/18 | 1836 | 967.04 | 3/25 | 1855 | 341.90 |
| 3/18 | 1837 | 1,499.90 | 3/29 | 1857* | 100.00 |
| 3/18 | 1838 | 872.99 | 3/29 | 1859* | 1,219.84 |
| 3/15 | 1839 | 1,480.59 | 3/29 | 1862* | 909.00 |
| 3/15 | 1840 | 1,441.96 | 3/29 | 1863 | 1,950.33 |
| 3/15 | 1841 | 652.17 | 3/29 | 1864 | 1,489.80 |
| 3/19 | 1842 | 2,289.20 | 3/29 | 1865 | 1,461.42 |

* Denotes missing check numbers

### D A I L Y   B A L A N C E

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/01 | 41,842.54 | 3/13 | 85,183.35 | 3/22 | 82,992.89 |
| 3/04 | 31,627.83 | 3/14 | 78,156.64 | 3/25 | 121,048.01 |
| 3/05 | 57,896.43 | 3/15 | 88,216.82 | 3/27 | 120,995.90 |
| 3/07 | 57,843.64 | 3/18 | 78,459.30 | 3/28 | 120,906.17 |
| 3/08 | 71,702.80 | 3/19 | 73,177.39 | 3/29 | 130,413.59 |
| 3/11 | 69,923.27 | 3/20 | 72,981.32 | | |
| 3/12 | 92,398.53 | 3/21 | 70,095.11 | | |

### E N D   O F   S T A T E M E N T

# JIT Industries, Inc.
## A/P Aging Summary
### As of March 31, 2019

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| *[redacted]* | 0.00 | 528.00 | 0.00 | 97.50 | 0.00 | 625.50 |
| *[redacted]* | 2,201.78 | 0.00 | 0.00 | 0.00 | 0.00 | 2,201.78 |
| *[redacted]* | 0.00 | -298.30 | 0.00 | 0.00 | 0.00 | -298.30 |
| *[redacted]* | 174.31 | 0.00 | 20.12 | 0.00 | 0.00 | 194.43 |
| *[redacted]* | 60.81 | 0.00 | 0.00 | 0.00 | 0.00 | 60.81 |
| *[redacted]* | 0.00 | -1,894.00 | 0.00 | 0.00 | 0.00 | -1,894.00 |
| *[redacted]* | 2,149.53 | 0.00 | 0.00 | 0.00 | 0.00 | 2,149.53 |
| *[redacted]* | 0.00 | -7,592.50 | 0.00 | 0.00 | 0.00 | -7,592.50 |
| *[redacted]* | 891.75 | 632.00 | 0.00 | 0.00 | 0.00 | 1,523.75 |
| *[redacted]* | 0.00 | 0.00 | 0.00 | 0.00 | 47,015.58 | 47,015.58 |
| *[redacted]* | 389.26 | 0.00 | 0.00 | 0.00 | 0.00 | 389.26 |
| *[redacted]* | 157.79 | 0.00 | 0.00 | 0.00 | 0.00 | 157.79 |
| *[redacted]* | 0.00 | 441.46 | 0.00 | 0.00 | 0.00 | 441.46 |
| *[redacted]* | 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 |
| *[redacted]* | 0.00 | 0.00 | 0.00 | 0.00 | -10.92 | -10.92 |
| *[redacted]* | 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 |
| *[redacted]* | 2,148.48 | 0.00 | 0.00 | 0.00 | 0.00 | 2,148.48 |
| *[redacted]* | 0.00 | 0.00 | 125.91 | 0.00 | 0.00 | 125.91 |
| *[redacted]* | 6,352.40 | 0.00 | 0.00 | 0.00 | 0.00 | 6,352.40 |
| *[redacted]* | 0.00 | 2,036.08 | 0.00 | 0.00 | 0.00 | 2,036.08 |
| *[redacted]* | 86.00 | 0.00 | 0.00 | 0.00 | 0.00 | 86.00 |
| *[redacted]* | 433.44 | 0.00 | 0.00 | 0.00 | 0.00 | 433.44 |
| *[redacted]* | 286.61 | 0.00 | 0.00 | 0.00 | 0.00 | 286.61 |
| *[redacted]* | 0.00 | 0.00 | 0.00 | 0.00 | -0.43 | -0.43 |
| *[redacted]* | 0.00 | 0.00 | 0.00 | 0.00 | 159.25 | 159.25 |
| *[redacted]* | 0.00 | 400.00 | 0.00 | 0.00 | 0.00 | 400.00 |
| *[redacted]* | 583.12 | 0.00 | 0.00 | 0.00 | 0.00 | 583.12 |
| *[redacted]* | 0.00 | 2,177.63 | 0.00 | 0.00 | 0.00 | 2,177.63 |
| *[redacted]* | 74.97 | 0.00 | 0.00 | 0.00 | 0.00 | 74.97 |
| *[redacted]* | 540.00 | 0.00 | 0.00 | 0.00 | 0.00 | 540.00 |
| *[redacted]* | 0.00 | -127.80 | 0.00 | 0.00 | 0.00 | -127.80 |
| *[redacted]* | 368.32 | 425.14 | 0.00 | 0.00 | 0.00 | 793.46 |
| *[redacted]* | 0.00 | -89.73 | 0.00 | 0.00 | 0.00 | -89.73 |
| *[redacted]* | 0.00 | 223.11 | 0.00 | 0.00 | 0.00 | 223.11 |
| **TOTAL** | **17,178.57** | **-3,138.91** | **146.03** | **97.50** | **47,163.48** | **61,446.67** |

Case 18-80892-CRJ11    Doc 184    Filed 04/16/19    Entered 04/16/19 12:13:35    Desc
Main Document        Page 24 of 26

# JIT Industries, Inc.
## Profit & Loss
### March 2019

|  | Mar 19 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 55000 · Sales | 163,215.33 |
| 56000 · Shipping & Freight Fee Income | 2,692.62 |
| 57000 · Finance & Credit Card Income | 49.80 |
| 58000 · Terms Discount | -409.36 |
| **Total Income** | 165,548.39 |
| **Cost of Goods Sold** | |
| 51100 · Freight and Shipping Costs | 2,191.59 |
| 60000 · Direct Costs | 430.00 |
| 61500 · Cost of Goods Sold | 57,941.94 |
| **Total COGS** | 60,563.53 |
| **Gross Profit** | 104,984.86 |
| **Expense** | |
| 66000 · Payroll Tax Expenses | 6,678.04 |
| 68000 · MFG/Shop Operating Costs | 3,589.91 |
| 70000 · ALL SALARY & WAGES | 47,714.45 |
| 71825 · Fuel | 547.55 |
| 72525 · ACCOUNTANT / PAYROLL SERVICES | 23.85 |
| 72550 · FEE-BANK, LATE, CC Charges | 482.62 |
| 72675 · Insurance - General | 6,029.62 |
| 72725 · Legal & Professional Services | 8.00 |
| 72775 · Taxes & Licenses (NON PAYROLL) | 702.75 |
| 73000 · Business Development | 3,829.14 |
| 74000 · Facilities | 4,863.29 |
| **Total Expense** | 74,469.22 |
| **Net Ordinary Income** | 30,515.64 |
| **Net Income** | 30,515.64 |

Case 18-80892-CRJ11    Doc 184    Filed 04/16/19    Entered 04/16/19 12:13:35    Desc
Main Document      Page 25 of 26

# JIT Industries, Inc.
## Balance Sheet
### As of March 31, 2019

|  | Mar 31, 19 |
|---|---|
| **ASSETS** |  |
| **Current Assets** |  |
| **Checking/Savings** |  |
| 10001 · BANK INDEPENDENT | 83,678.96 |
| **Total Checking/Savings** | 83,678.96 |
| **Accounts Receivable** |  |
| 12000 · Accounts Receivable | 377,591.48 |
| **Total Accounts Receivable** | 377,591.48 |
| **Other Current Assets** |  |
| 13250 · Undeposited Funds | -17,252.67 |
| 13500 · Inventory Asset | 41,676.95 |
| 13900 · Due from Invision | 67,181.00 |
| **Total Other Current Assets** | 91,605.28 |
| **Total Current Assets** | 552,875.72 |
| **Fixed Assets** |  |
| 14100 · Furniture and Fixtures | 22,430.33 |
| 14300 · Leasehold Improvements | 33,035.96 |
| 14400 · Machinery & Equipment | 309,758.19 |
| 14500 · Transportation Equipment | 46,500.00 |
| 14900 · Accumulated Depreciation | -376,831.46 |
| **Total Fixed Assets** | 34,893.02 |
| **TOTAL ASSETS** | 587,768.74 |
| **LIABILITIES & EQUITY** |  |
| **Liabilities** |  |
| **Current Liabilities** |  |
| **Accounts Payable** |  |
| 20000 · Accounts Payable | 61,446.67 |
| **Total Accounts Payable** | 61,446.67 |
| **Credit Cards** |  |
| 20150 · Corporate Credit Card | 312.32 |
| 20155 · AMERCIAN EXPRESS | 32,844.52 |
| **Total Credit Cards** | 33,156.84 |
| **Other Current Liabilities** |  |
| 21000 · Payroll Tax LIABILITY | 795.31 |
| 22000 · Other Payroll Liabilities |  |
| 22600 · EPLAN SERVICES 401K | -3,500.00 |
| **Total 22000 · Other Payroll Liabilities** | -3,500.00 |
| 22900 · ACCRUED SETTLEMENT | 1,100,000.00 |
| 23000 · Sales Tax Payable | -2,675.67 |
| 26000 · Unearned Revenue | 345.60 |
| 27000 · Customer Prepayment | 6,154.40 |
| **Total Other Current Liabilities** | 1,101,119.64 |
| **Total Current Liabilities** | 1,195,723.15 |
| **Total Liabilities** | 1,195,723.15 |
| **Equity** |  |
| 40000 · Capital Stock | 1,000.00 |
| 41000 · Additional Paid in Capital | 100,673.04 |
| 45000 · Retained Earnings | -787,375.01 |
| Net Income | 77,747.56 |
| **Total Equity** | -607,954.41 |
| **TOTAL LIABILITIES & EQUITY** | 587,768.74 |