## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC        CASE NO.: 18-80892-CRJ-11        MONTH ENDING: 4/30

Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES ✗ NO ____    All post petition business taxes have been paid/deposited and the deposit
slips are attached.

   YES ✗ NO ____    All post petition individual taxes have been paid and the deposit slips are
attached.

   If you answered "No" to the above, list the types of taxes that are now due and owing.

| TYPE OF TAX | AMOUNT |
|-------------|--------|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

2. YES ✗ NO ____    Adequate insurance on all assets/property including fire, theft, liability, collision
and casualty and workman's compensation (if applicable) is currently in full force
and effect.

   If no, enter:    TYPE_____not in force.

                    TYPE_____not in force.

3. YES ✗ NO ____    New books and records were opened and are being maintained daily.

4. YES ✗ NO ____    Copies of all banks statements and reconciliations are attached.

5. YES ✗ NO ____    I have otherwise complied with all requirements of the Chapter 11
Operating Order.

6. YES ✗ NO ____    All financial statements filed with the Bankruptcy Clerk's Office are
prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF

DATE: 5-13-19                    _____
                                        RESPONS

Phone No.: _____    Bankruptcy Administrator Form - Busines

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC     CASE NO.: 18-80892-CRJ11     MONTH ENDING: 4-3

Attach Business Forms BA-02(A-D)
### BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual   (Circle One)   -Cash |

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month. | 1.   REVENUE FROM TOTAL SALES   $182,134.60 |
| A.   CASH ON HAND (Beginning) 23,998.98 | 2.   LESS COST OF THOSE SALES   80,858.58 (Cost of materials, Labor, etc.) |
| B.   RECEIPTS: | |
| Accounts Receivable from Form BA-02(A)-Line II(C)   116,017.06 | 3.   EQUALS GROSS PROFIT (1 minus 2)   101,276.08 |
| Cash Sales   — | 4.   LESS OPERATING EXPENSES   87,590.32 |
| Loan Proceeds from   — | 5.   EQUALS NET PROFIT OPERATIONS (3 minus 4)   13,685.76 |
| Sale of Property (Not in ordinary course of business)   — | 6.   NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES) |
| Other   — | |
| | — |
| C.   TOTAL RECEIPTS   116,017.06 (Total of B) | |
| D.   BUSINESS DISBURSEMENTS FROM FORM BA-02(B)   87,590.32 | |
| E.   SURPLUS OR DEFICIT   28,426.74 (C minus D) | 7.   EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6)   $13,685.76 |
| F.   CASH ON HAND (End)   52,425.72 (A plus E) | * Please itemize Cost of Sales and Expenses on a separate sheet of paper. |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE 5-13-19                                RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC          CASE NO.: 18-80892-CRJ-11     MONTH ENDING: 4-30

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.   NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II.   COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

  A.   Amount collected this month on accounts
       receivable charged and paid this month.              $ 2183.29

  B.   Amount collected this month on accounts
       receivable charged in prior months
       and paid this month.                                 $ 113,833.77

  C.   TOTAL collected this month on accounts
       receivable.                                          $ 114,017.06

III.   PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
|  | $ |  |  |  | $ |
|  |  |  |  |  |  |
| * see attached pending A/R |  |  |  |  |  |
| circled items are old |  |  |  |  |  |
| debt. |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTALS | $ |  |  |  | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF

DATE: 5-13-19                              _____
                                           RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(A)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC          CASE NO.: 18-80892-CRJ-11          MONTH ENDING: 4-30

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | | |
|---|---|---|
| ACCOUNTING FEES............................................. $ | | 2979.92 |
| ADVERTISING................................................. | | 3929.37 |
| AUTOMOBILES/VEHICLES (repairs & maintenance)............. | | 510.66 |
| COMMISSIONS/CONTRACT LABOR................................. | | |
| INSURANCE (TOTAL).......................................... | | 6029.62 |
|    AUTO | $ 2177.63 | |
|    LIABILITY | | |
|    LIFE | | |
|    MEDICAL | | |
|    CASUALTY | | |
|    FIRE & THEFT | | |
|    WORKMAN'S COMP | | |
|    OTHER  Health | 3851.99 | |
| INTEREST PAID.............................................. | | 702.95 |
| INVENTORY PURCHASED........................................ | | |
| LEGAL FEES................................................. | | 10,917.83 |
| POSTAGE.................................................... | | |
| RENT/LEASE PAYMENTS ON REAL ESTATE......................... | | 3500.00 |
| REPAIRS & MAINTENANCE...................................... | | 1207.90 |
| SALARIES/WAGES PAID........................................ | | 46,469.99 |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]............... | | |
| SUPPLIES (TOTAL)........................................... | | 3,601.65 |
|    OFFICE | $ 1165.97 | |
|    OPERATING | 2435.68 | |
| TRAVEL & ENTERTAINMENT..................................... | | |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]................... | | 3843.71 |
| UNSECURED LOAN PAYMENTS.................................... | | |
| UTILITIES (TOTAL).......................................... | | 3708.04 |
|    ELECTRICITY | $ 3112.63 | |
|    GAS | | |
|    TELEPHONE | 486.61 | |
|    WATER | | |
|    OTHER | 109. — | |
| OTHER BUSINESS DISBURSEMENTS  licenses  189.68 | | |
| (Specify) | $ | 189.68 |
| TOTAL BUSINESS DISBURSEMENTS............................. $ | | 87,590.32 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE  5-13-19

_____
RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(B)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC    CASE NO.: 18-80892-CRJ-11    MONTH ENDING: 4-30

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month.
   (Check, if true.)

2. _X_ No secured loan payments have been paid during this month.
   (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT DUE | AMOUNT PAID | BALANCE |
|---|---|---|---|---|---|
| Rod Hill | Judgment | | | | |
| Phillps Hill | Judgment | | | | |
| Danny Overbee | Judgment | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 5-13-19

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC    CASE NO.: 18-80892-CRJ-11    MONTH ENDING: 4-30

Attach to Business Form BA-02

## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| | | | | | |
| ✳ see attached payroll | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | 3,843.71 | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE  5-13-19                              _____
                                          RESPONSIBLE PARTY

Bankruptcy Administrator Form – Business BA-02(D)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC.     CASE NO.: 18-80892-CRJ 11     MONTH ENDING: *4-30*

### BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Bank Ind. | x 4641 | 23,998.98 | 4-30 | Pre |
| | | | | |
| | | | | |
| | | | | |

### GROSS PAYROLL
#### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1   (Name) *Gigin McComb* | $ | |
| Officer #2   (Name) *Matthew McComb* | $ | |
| Other Officer   (Name) _____ | $ | |
| Employees (Number) _____ *12* | $ | |
| Employees (Relatives) *1 employee* | $ | |
| Name *Marvin Gillespie* | $ *1,369.—* | |
| Name _____ | $ | |

### INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory – Beginning of Month (COST) | $ *see below* |
| Inventory – Purchased this Month – CASH | $ |
| Inventory – Purchased this Month – CREDIT | $ |
| Inventory – End of Month (COST) | $ |

### PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

____ A. No payments on pre-petition debts have been made this month.
____ B. The following payments have been made this month to unsecured
creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE *5-13-19*                     *Gigin McComb*
                                                  RESPONSIBLE PARTY

*x inventory is fluid in mfg, adjustments are made accordingly.*

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC          CASE NO.: 18-80892-CRJ-11     MONTH ENDING: 4-30

### BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

_____ A.  All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**** OR ****

_X_ B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|-------------|-----------|------------|------------|---------|-------|
|             |           | $          | $          | $       | $     |
| * see attached | | accounts payable. | | | |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
| **TOTALS**  |           | $          | $          | $       | $     |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 5-13-19                                    RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC    CASE NO.: 18-80892-CRJ-11    MONTH ENDING: 4 30

File for Each Quarter
## BUSINESS DEBTOR'S BALANCE SHEET

### I. ASSETS

| Current: | Cash | $ *see attached |
|---|---|---|
| | Inventory | $_____ |
| | Accounts Receivable | $_____ |
| | Other | $_____ |
| | Total Current Assets (a) | $_____ |

| Fixed: | Property & Equipment | $_____ |
|---|---|---|
| | Accumulated Depreciation | $<_____> |
| | Other | $_____ |
| | Total Fixed Assets (b) | $_____ |

**Total Assets**    (a + b) = (c)    $_____

### II. LIABILITIES

| Current: | Post Chapter 11 Payables | $_____ |
|---|---|---|
| | Taxes Payable | $_____ |
| | Accrued Professional Fees | $_____ |
| | Accrued Expenses | $_____ |
| | Notes Payable | $_____ |
| | Current Portion Long Term Debt | $_____ |
| | Other | $_____ |
| | Total Current Liabilities (d) | $_____ |

| Long Term Debt: | Pre-Chapter 11 Payables | $_____ |
|---|---|---|
| | Notes & Loans Payable | $_____ |
| | Less Current Portion | $<_____> |
| | Other | $_____ |
| | Total Long Term Debt (e) | $_____ |
| **Total Liabilities** | (d + e) = (f) | $_____ |

STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH

| | Capital Stock (g) | $_____ |
|---|---|---|
| | Retained Earnings (Deficit) (h) | $_____ |
| | Current Surplus (Deficit) (i) | $_____ |

Total Liabilities & Stockholder
Equity/Net Worth    (f) + (g) + (h) + (i)  $_____

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE  5-13-19

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-04

**United States Bankruptcy Court Northern District of Alabama**

CASE NAME: JIT INDUSTRIES, INC.        CASE NO.: 18-80892-CRJ-11        MONTH ENDING: 4-30

**File for Each Quarter**
**by the 15th of the Month Following the End of the Quarter**

**BUSINESS DEBTOR'S QUARTERLY INCOME STATEMENT**

TOTAL REVENUE (SALES)                        (a)  $ *see attached*
 Cost of Sales:
            Materials              $_____
            Labor                 $_____
            Purchased Services    $_____
   Total Cost of Sales                 (b)  $_____
   Gross Profit            (a - b) = (c)  $_____

OPERATING EXPENSES
            Management Salary               $_____
            Other Salary Expense            $_____
            Payroll Expenses                $_____
            Outside Services & Contractors  $_____
            Supplies (office & operating)   $_____
            Repairs & Maintenance           $_____
            Advertising                     $_____
            Auto Expense                    $_____
            Delivery                        $_____
            Accounting & Legal              $_____
            Rent                            $_____
            Telephone                       $_____
            Travel & Entertainment          $_____
            Utilities                       $_____
            Insurance                       $_____
            Taxes real estate, property, etc.)  $_____
            Interest                        $_____
            Depreciation                    $_____
            Other Operating Expenses (describe) $_____
            _____       $_____
            _____       $_____

   Total Operating Expenses:          (d)  $_____

   Net Profit/(Loss) from Operations (c - d) = (e)  $_____

   Non-Operating Income/Expenses  $_____
   _____      $_____
                                  $_____
   Total                          (f)  $_____

   Net Profit/(Loss)              (e - f)  $_____

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 5-13-19                                    _____
                                                 RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-04**

# JIT Industries, Inc.
## A/R Aging Summary
### As of April 30, 2019

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| | 0.00 | 184.83 | 0.00 | 0.00 | 0.00 | 184.83 |
| | 0.00 | 197.00 | 0.00 | 0.00 | 0.00 | 197.00 |
| | 0.00 | 0.00 | 385.00 | 0.00 | 0.00 | 385.00 |
| | 0.00 | 558.01 | 0.00 | 0.00 | 0.00 | 558.01 |
| | 1,086.40 | 0.00 | 0.00 | 0.00 | 0.00 | 1,086.40 |
| | 1,840.00 | 0.00 | 0.00 | 654.00 | 0.00 | 2,494.00 |
| | 0.00 | 0.00 | 0.00 | 5,239.80 | 5,333.48 | 10,573.28 |
| | 28,313.47 | 40,768.85 | 5,293.43 | 8,999.79 | 12,478.09 | 95,853.63 |
| | 668.50 | 1,313.55 | 0.00 | 0.00 | 0.00 | 1,982.05 |
| | 0.00 | 646.34 | 0.00 | 0.00 | 0.00 | 646.34 |
| | 8,728.22 | 2,277.53 | 834.73 | 0.00 | 5,441.43 | 17,281.91 |
| | 325.69 | 0.00 | 0.00 | 0.00 | 0.00 | 325.69 |
| | 4,821.76 | 6,659.78 | 0.00 | 0.00 | 0.00 | 11,481.54 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 7,380.37 | 7,380.37 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 859.17 | 859.17 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 14,900.64 | 14,900.64 |
| | 0.00 | 1,391.00 | 0.00 | 0.00 | 0.00 | 1,391.00 |
| | 1,015.58 | 6,897.16 | 0.00 | 0.00 | 0.00 | 7,912.74 |
| | 48.30 | 0.00 | 0.00 | 0.00 | 0.00 | 48.30 |
| | 3,542.00 | 0.00 | 0.00 | 2,467.66 | 0.00 | 6,009.66 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 2,560.80 | 2,560.80 |
| | 0.00 | 0.00 | 1,411.80 | 0.00 | 0.00 | 1,411.80 |
| | 0.00 | 371.25 | 0.00 | 0.00 | 0.00 | 371.25 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 390.98 | 390.98 |
| | 269.83 | 0.00 | 0.00 | 0.00 | 0.00 | 269.83 |
| | 9,943.30 | 5,245.00 | 0.00 | 0.00 | 0.00 | 15,188.30 |
| | 4,054.00 | 0.00 | 780.00 | 3,272.00 | 0.00 | 8,106.00 |
| | 145.14 | 0.00 | 0.00 | 0.00 | 0.00 | 145.14 |
| | 0.00 | -4,759.00 | 0.00 | 0.00 | 4,759.00 | 0.00 |
| | 5,048.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,048.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | -0.88 | -0.88 |
| | 11,405.56 | 2,727.32 | 0.00 | 0.00 | 0.00 | 14,132.88 |
| | 1,273.15 | 0.00 | 0.00 | 0.00 | 0.00 | 1,273.15 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 3,093.23 | 3,093.23 |
| | 3,711.80 | 0.00 | 0.00 | 0.00 | 0.00 | 3,711.80 |
| | 0.00 | 839.44 | 0.00 | 0.00 | 0.00 | 839.44 |
| | 816.30 | 941.00 | 0.00 | 0.00 | 0.00 | 1,757.30 |
| | 398.80 | 0.00 | 797.80 | 824.80 | 0.00 | 2,021.40 |

# JIT Industries, Inc.
## A/R Aging Summary
### As of April 30, 2019

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | 2,540.00 | 2,540.00 |
| | 0.00 | 310.00 | 0.00 | 0.00 | 0.00 | 310.00 |
| | 930.88 | 0.00 | 0.00 | 0.00 | 0.00 | 930.88 |
| | 0.00 | 0.00 | 0.00 | 3,525.28 | 0.00 | 3,525.28 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 1,640.03 | 1,640.03 |
| | 0.00 | 200.00 | 0.00 | 0.00 | 43,032.95 | 43,232.95 |
| | 32,557.01 | 4,844.01 | 3,538.73 | 0.00 | 0.00 | 40,939.75 |
| | 0.00 | 1,519.20 | 0.00 | 0.00 | 0.00 | 1,519.20 |
| | 0.00 | 264.19 | 0.00 | 0.00 | 0.00 | 264.19 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 2,103.70 | 2,103.70 |
| | 3,828.92 | 0.00 | 0.00 | 0.00 | 0.00 | 3,828.92 |
| | 0.00 | 0.00 | 143.17 | 0.00 | 4,509.27 | 4,652.44 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 1,640.00 | 1,640.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 683.82 | 683.82 |
| | 393.57 | 0.00 | 0.00 | 0.00 | 0.00 | 393.57 |
| | 524.00 | 0.00 | 0.00 | 0.00 | 123.60 | 647.60 |
| | 72,323.00 | 0.00 | 0.00 | 0.00 | 0.00 | 72,323.00 |
| | 0.00 | 0.00 | 317.86 | 0.00 | 0.00 | 317.86 |
| | 3,590.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,590.00 |
| TOTAL | 201,603.18 | 73,396.46 | 13,502.52 | 24,983.33 | 113,469.68 | 426,955.17 |

Case 18-80892-CRJ11    Doc 193    Filed 05/15/19    Entered 05/15/19 14:20:32    Desc
Main Document      Page 12 of 29

0041 1808-1414  JIT Industries Inc

# CASH REQUIREMENTS

## CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 04/11/19: $7,338.81

### TRANSACTION SUMMARY

SUMMARY BY TRANSACTION TYPE -

| | |
|---|---|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 7,338.81 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | 7,338.81 |
| TOTAL MANUAL CHECKS/UPDATES | 16,879.40 |
| CASH REQUIRED BEFORE REMAINING D / W / L | 24,218.21 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 1,387.62 |
| CASH REQUIRED FOR CHECK DATE 04/11/19 | 25,605.83 |

### TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER -** *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---|---|
| 04/10/19 | BANK INDEPENDENT | xxxxxxx4641 | Garnishment | Employee Deductions | 142.15 | 142.15 |
| | | | | **EFT FOR 04/10/19** | | **142.15** |
| 04/11/19 | BANK INDEPENDENT | xxxxxxx4641 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 1,444.59 | |
| | | | | Medicare | 337.85 | |
| | | | | Fed Income Tax | 2,566.63 | |
| | | | | AL Income Tax | 872.41 | |
| | | | | **Total Withholdings** | 5,221.48 | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 1,437.90 | |
| | | | | Medicare | 336.29 | |
| | | | | Fed Unemploy | 19.79 | |
| | | | | AL Unemploy | 178.61 | |
| | | | | AL Emp Sec Asm | 2.59 | |
| | | | | **Total Liabilities** | 1,975.18 | |
| | | | | **EFT FOR 04/11/19** | | **7,196.66** |
| | | | | **TOTAL EFT** | | **7,338.81** |

**MANUAL CHECKS/UPDATES -** *These amounts are for previously calculated checks that were issued by you. You may have already deducted these funds from your account.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | TOTAL |
|---|---|---|---|---|---|
| 04/11/19 | Refer to your records for account information | | Payroll | Check Amounts | 16,879.40 |
| | | | | **TOTAL MANUAL CHECKS/UPDATES** | **16,879.40** |

Period Start - End Date  03/24/19 - 04/06/19
Check Date  04/11/19

0041 1808-1414  JIT Industries Inc
Run Date 04/09/19 03:30 PM

0041 1808-1414 JIT Industries Inc

# CASH REQUIREMENTS

## CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 04/11/19: $7,338.81

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** - *Paychex does not remit these funds. You must ensure accurate and timely payment of applicable items.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 04/11/19 | Refer to your records for account information | | Payroll | Employee Deductions | | |
| | | | | 401K AdvSel EE Pre | 1,000.00 | |
| | | | | Garnishment Fee 2 | 3.00 | |
| | | | | Total Deductions | 1,003.00 | |
| | | | | Other Items | | |
| | | | | 401k ER | 384.62 | |
| | | | | TOTAL OTHER ITEMS | 384.62 | |

**TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES**  1,387.62

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF** - *This information serves as a record of payment.*

| DUE DATE | PRODUCT | DESCRIPTION | |
|---|---|---|---|
| 04/17/19 | Taxpay® | FED IT PMT Group | 6,123.26 |

0041 1808-1414  JIT Industries Inc
Run Date 04/09/19 03:30PM

Period Start - End Date   03/24/19 - 04/06/19
Check Date                04/11/19

Cash Requirements
Page 2 of 2
CASHREQ

Case 18-80892-CRJ11    Doc 193    Filed 05/15/19    Entered 05/15/19 14:20:32    Desc
Main Document    Page 14 of 29

# CASH REQUIREMENTS

0041 1808-1414  JIT Industries Inc

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 04/25/19: $6,870.53**

## TRANSACTION SUMMARY

| SUMMARY BY TRANSACTION TYPE - | |
|---|---|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 6,870.53 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | **6,870.53** |
| TOTAL MANUAL CHECKS/UPDATES | 15,582.42 |
| CASH REQUIRED BEFORE REMAINING D / W / L | 22,452.95 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 1,387.62 |
| CASH REQUIRED FOR CHECK DATE 04/25/19 | 23,840.57 |

## TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER** - *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---|---|
| 04/24/19 | BANK INDEPENDENT | xxxxxxx4641 | Garnishment | Employee Deductions | 142.15 | 142.15 |
| | | | | **EFT FOR 04/24/19** | | **142.15** |
| 04/25/19 | BANK INDEPENDENT | xxxxxxx4641 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 1,344.84 | |
| | | | | Medicare | 314.50 | |
| | | | | Fed Income Tax | 2,419.80 | |
| | | | | AL Income Tax | 803.29 | |
| | | | | **Total Withholdings** | **4,882.43** | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 1,344.84 | |
| | | | | Medicare | 312.18 | |
| | | | | Fed Unemploy | 23.20 | |
| | | | | AL Unemploy | 173.24 | |
| | | | | AL Emp Sec Asm | 2.52 | |
| | | | | **Total Liabilities** | **1,845.95** | |
| | | | | **EFT FOR 04/25/19** | | **6,728.38** |
| | | | | **TOTAL EFT** | | **6,870.53** |

**MANUAL CHECKS/UPDATES** - *These amounts are for previously calculated checks that were issued by you. You may have already deducted these funds from your account.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | Period Start - End Date | Check Date | TOTAL |
|---|---|---|---|---|---|---|---|
| 04/25/19 | Refer to your records for account information | | Payroll | Check Amounts | 04/07/19 - 04/20/19 | 04/25/19 | 15,582.42 |
| | | | | **TOTAL MANUAL CHECKS/UPDATES** | | | **15,582.42** |

0041 1808-1414  JIT Industries Inc
Run Date 04/23/19 05:40 PM

# CASH REQUIREMENTS

## CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 04/25/19: $6,870.53

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** - *Paychex does not remit these funds. You must ensure accurate and timely payment of applicable items.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 04/25/19 | Refer to your records for account information | | Payroll | Employee Deductions | | |
| | | | | 401K Adv/Sel EE Pre | 1,000.00 | |
| | | | | Garnishment Fee 2 | 3.00 | |
| | | | | Total Deductions | 1,003.00 | |
| | | | | Other Items | | |
| | | | | 401k ER | 384.62 | |
| | | | | TOTAL OTHER ITEMS | 384.62 | |

**TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** 1,387.62

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF** - *This information serves as a record of payment.*

| DUE DATE | PRODUCT | DESCRIPTION | |
|---|---|---|---|
| 05/01/19 | Taxpay® | FED IT PMT Group | 5,726.13 |
| 05/15/19 | Taxpay® | AL Income Tax | 1,675.70 |

0041 1808-1414  JIT Industries Inc
Run Date 04/23/19 05:40 PM

Period Start - End Date  04/07/19 - 04/20/19
Check Date  04/25/19

Cash Requirements
Page 2 of 2
CASHREQ

# CASH REQUIREMENTS

## CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 04/26/19: $436.32

### TRANSACTION SUMMARY

**SUMMARY BY TRANSACTION TYPE -**

| | | |
|---|---|---|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | | 436.32 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | | 436.32 |
| TOTAL MANUAL CHECKS/UPDATES | | 1,219.83 |
| CASH REQUIRED BEFORE REMAINING D / W / L | | 1,656.15 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | | 0.00 |
| CASH REQUIRED FOR CHECK DATE 04/26/19 | | 1,656.15 |

### TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER -** *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---|---|
| 04/29/19 | BANK INDEPENDENT | xxxxxxx4641 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 95.38 | |
| | | | | Medicare | 22.31 | |
| | | | | Fed Income Tax | 129.45 | |
| | | | | AL Income Tax | 71.49 | |
| | | | | Total Withholdings | 318.63 | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 95.38 | |
| | | | | Medicare | 22.31 | |
| | | | | Total Liabilities | 117.69 | 436.32 |
| | | | | EFT FOR 04/29/19 | | 436.32 |
| | | | | TOTAL EFT | | 436.32 |

**MANUAL CHECKS/UPDATES -** *These amounts are for previously calculated checks that were issued by you. You may have already deducted these funds from your account.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 04/26/19 | Refer to your records for account Information | | Payroll | Check Amounts | | 1,219.83 |
| | | | | TOTAL MANUAL CHECKS/UPDATES | | 1,219.83 |

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF -** *This information serves as a record of payment.*

| DUE DATE | PRODUCT | DESCRIPTION | | |
|---|---|---|---|---|
| 05/01/19 | Taxpay® | FED IT PMT Group | 6,090.96 | REPLACEMENT |
| 05/15/19 | Taxpay® | AL Income Tax | 1,747.19 | REPLACEMENT |

| | |
|---|---|
| Period Start - End Date | 04/07/19 - 04/20/19 |
| Check Date | 04/26/19 |

# CASH REQUIREMENTS

## CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 04/25/19: $-118.64

### TRANSACTION SUMMARY

**SUMMARY BY TRANSACTION TYPE -**

| | |
|---|---:|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | -118.64 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | -118.64 |
| TOTAL MANUAL CHECKS/UPDATES | 1,392.66 |
| TOTAL VOIDS | -1,443.63 |
| CASH REQUIRED BEFORE REMAINING D / W / L | -169.61 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 0.00 |
| CASH REQUIRED FOR CHECK DATE 04/25/19 | -169.61 |

### TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER -** *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---:|---:|
| 04/29/19 | BANK INDEPENDENT | xxxxxxx4641 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | -4.61 | |
| | | | | Medicare | -1.07 | |
| | | | | Fed Income Tax | -14.87 | |
| | | | | AL Income Tax | -2.98 | |
| | | | | **Total Withholdings** | -23.53 | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | -4.62 | |
| | | | | Medicare | -1.08 | |
| | | | | Fed Unemploy | -11.18 | |
| | | | | AL Unemploy | -77.11 | |
| | | | | AL Emp Sec Asm | -1.12 | |
| | | | | **Total Liabilities** | -95.11 | |
| | | | | **EFT FOR 04/29/19** | | -118.64 |
| | | | | **TOTAL EFT** | | -118.64 |
| | | | | | | -118.64 |

**MANUAL CHECKS/UPDATES -** *These amounts are for previously calculated checks that were issued by you. You may have already deducted these funds from your account.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---:|---:|
| 04/25/19 | Refer to your records for account information | | Payroll | Check Amounts | 1,392.66 | |
| | | | | **TOTAL MANUAL CHECKS/UPDATES** | | 1,392.66 |

Period Start - End Date  04/07/19 - 04/20/19
Check Date  04/25/19

# CASH REQUIREMENTS

0041 1808-1414  JIT Industries Inc

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 04/25/19: $-118.64**

**VOIDS** - Refer to your payroll journal for more information on these voided check amounts.

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 04/25/19 | Refer to your records for account information | | Payroll | Voided Check Amounts | | |
| | | | | Check/Check # Unknown | -1,443.63 | |
| | | | | Manual Checks | -1,443.63 | |
| | | | | **Voided Transactions Subtotal** | | -1,443.63 |
| | | | | **TOTAL VOIDS** | | -1,443.63 |

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF** - This information serves as a record of payment.

| DUE DATE | PRODUCT | DESCRIPTION | | |
|---|---|---|---|---|
| 05/01/19 | Taxpay® | FED IT PMT Group | 6,064.71 | REPLACEMENT |
| 05/15/19 | Taxpay® | AL Income Tax | 1,744.21 | REPLACEMENT |

0041 1808-1414  JIT Industries Inc
Run Date 04/26/19 02:46 PM

Period Start - End Date   04/07/19 - 04/20/19
Check Date                04/25/19

Cash Requirements
Page 2 of 2
CASHREQ

# BANK ▥ INDEPENDENT®

BIBANK.COM | MEMBER FDIC | ⌂ EQUAL HOUSING LENDER | 877.865.5050

─────┤ PO BOX 5000 | SHEFFIELD, AL 35660 ├─────

www.bibank.com

Date  4/30/19          Page    1
Account                        ▮4641
No. Checks                        84

JIT Industries Inc
Debtor in Possession
PO Box 2023
Madison AL 35758-5414

## A C C O U N T   S U M M A R Y

| Account Number | Type of Account | Current Balance | Checks |
|---|---|---|---|
| ▮4641 | Small Business Checking | 23,998.98 | 84 |

## C H E C K I N G   A C C O U N T

**Refer your family and friends to Bank Independent and earn up to $500!**
**Learn more and register at referlive.com/bibank.com.**

| | | | |
|---|---|---|---|
| Small Business Checking | | No. Checks | 84 |
| Account Number | ▮4641 | Statement Dates  4/01/19 thru  4/30/19 | |
| Previous Balance | 130,413.59 | Days in the statement period | 30 |
| 19 Deposits/Credits | 116,017.06 ✓ | Average Ledger | 114,978.10 |
| 137 Checks/Debits | 222,420.67 | Average Collected | 114,978.10 |
| Service Charge | 11.00 | | |
| Interest Paid | .00 | | |
| Current Balance | 23,998.98 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees year to date | $.00 | $.00 |
| Return item fees year to date | $.00 | $.00 |

## D E P O S I T S   A N D   A D D I T I O N S

| Date | Description | Amount |
|---|---|---|

# BANK █ INDEPENDENT®

BIBANK.COM | MEMBER FDIC | ⌂ EQUAL HOUSING LENDER | 877.865.5050

├─ PO BOX 5000 | SHEFFIELD, AL 35660 ─┤

www.bibank.com

Small Business Checking        ████4641  (Continued)

## DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|------|-------------|--------|
| 4/02 | 4/2 BPGAL  BUSCHE PERFORMAN<br>CCD   JIT CYLINDERS | 226.20 |
| 4/02 | Deposit | 12,046.19 |
| 4/02 | Deposit | 11,016.79 |
| 4/02 | Deposit | 111.79 |
| 4/05 | KS Service K & S Services<br>CCD   C3-29780 | 7,751.73 |
| 4/05 | EDI PYMNTS American Welding<br>CTX   000000000019823<br>ST*820*000000085\<br>BPR*U*2432*C*ACH*CTX*01*121000<br>248*DA*4336896196*3611692607** | 2,432.00 |
| 4/08 | PAYMENTS   RAINSVILLE<br>CCD   NA<br>DTM*TXT\ | 6,900.00 |
| 4/08 | Deposit | 21,426.91 |
| 4/08 | Deposit | 3,328.52 |
| 4/12 | KS SERVICE K & S Services<br>CCD   C3-29888 | 7,789.43 |
| 4/15 | DEPOSIT    MERCHANT BANKCD<br>CCD   496280481888 | 1,035.90 |
| 4/16 | Deposit | 11,007.83 |
| 4/16 | Deposit | 150.00 |
| 4/19 | KS SERVICE K & S Services<br>CCD   C3-30002 | 6,913.61 |
| 4/19 | EDI PYMNTS American Welding<br>CTX   000000000020052<br>ST*820*000000079\<br>BPR*U*893.54*C*ACH*CTX*01*1210<br>00248*DA*4336896196*3611692607 | 893.54 |
| 4/24 | Deposit | 13,117.16 |
| 4/26 | KS Service K & S Services<br>CCD   C3-30117 | 7,984.46 |
| 4/29 | SUPPL INV  UBE MACHINERY IN<br>PPD | 255.00 |
| 4/30 | PAYMENTS   RAINSVILLE<br>CCD   NA<br>DTM*TXT\ | 1,630.00 |

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
| 4/01 | DBT CRD 0000 03/30/19 41747640<br>METRO FLUI<br>44235 N. Groesbeck<br>586-493-7990  MI C#0120 | 136.20- |
| 4/01 | DBT CRD 0000 03/29/19 01142547<br>FASTENAL C | 25.67- |

# BANK ▥ INDEPENDENT®

**BIBANK.COM | MEMBER FDIC | ⌂ EQUAL HOUSING LENDER | 877.865.5050**

⊢ PO BOX 5000 | SHEFFIELD, AL 35660 ⊣

www.bibank.com

Small Business Checking          ●4641  (Continued)

## W I T H D R A W A L S  A N D  D E D U C T I O N S

| Date | Description | Amount |
|------|-------------|--------|
| | 2603 HWY 31 SW | |
| | HARTSELLE     AL C#0120 | |
| 4/01 | TAXES      PAYCHEX TPS | 7,631.65- |
| | CCD   81228200003506X | |
| 4/01 | GARNISH    PAYCHEX CGS | 142.15- |
| | CCD   COL0084355891 | |
| 4/01 | Bank to Ba JIT Industries, | 120.10- |
| | CCD   35758 | |
| 4/02 | 401k Contr I EPLAN SVCS PAD | 1,000.00- *500×2* |
| | PPD | |
| 4/02 | CORP COLL  EPLAN | 187.50- |
| | CCD   128493 | |
| 4/03 | DEPOSIT    MERCHANT BANKCD | 18.87- *Cordpoint* |
| | CCD   496280481888 | |
| 4/04 | PREM PMT   BCBS OF AL | 3,851.99- |
| | CCD   20880999 | |
| 4/05 | DBT CRD 0000 04/05/19 80157736 | 370.60- |
| | MSC | |
| | 75 Maxess Rd | |
| | 800-645-7270  NY C#0120 | |
| 4/05 | POS DEB 1423 04/05/19 14426668 | 10.32- |
| | LOWE S  30 | |
| | 1087 HIGHWAY 31 NW | |
| | HARTSELLE     AL C#0120 | |
| 4/08 | POS DEB 1002 04/07/19 10353061 | 13.67- |
| | LOWE S  30 | |
| | 1087 HIGHWAY 31 NW | |
| | HARTSELLE     AL C#0120 | |
| 4/08 | POS DEB 1213 04/06/19 00847808 | 10.88- |
| | TRACTOR SU | |
| | 800 HWY 31 SOUTHWE | |
| | HARTSELLE     AL C#0120 | |
| 4/10 | PREM PMT   BCBS OF AL | 3,851.99- |
| | CCD   20880999 | |
| 4/10 | GARNISH    PAYCHEX CGS | 142.15- |
| | CCD   COL0084503596 | |
| 4/10 | INVOICE    PAYCHEX EIB | 86.00- |
| | CCD   X81215100030450 | |
| 4/11 | TAXES      PAYCHEX TPS | 7,196.66- |
| | CCD   81362300006494X | |
| 4/11 | Bank to Ba JIT Industries, | 400.00- |
| | CCD   35758 | |
| 4/11 | UPS BILL   U. P. S. | 226.54- |
| | CCD   190750000R36A03 | |
| 4/11 | UPS BILL   U. P. S. | 212.22- |
| | CCD   190890000R36A03 | |
| 4/11 | UPS BILL   U. P. S. | 198.60- |
| | CCD   190680000R36A03 | |

# BANK IIII INDEPENDENT®

**BIBANK.COM | MEMBER FDIC | ⌂ EQUAL HOUSING LENDER | 877.865.5050**

⊢ PO BOX 5000 | SHEFFIELD, AL 35660 ⊣

www.bibank.com

Small Business Checking          4641  (Continued)

**W I T H D R A W A L S   A N D   D E D U C T I O N S**

| Date | Description | Amount |
|------|-------------|--------|
| 4/11 | UPS BILL    U.P.S.<br>CCD    190820000R36A03 | 156.10- |
| 4/11 | UPS BILL    U.P.S.<br>CCD    190960000R36A03 | 114.70- |
| 4/12 | POS DEB 1140 04/12/19 80388300<br>HOMETOWN M<br>412 SPARKMAN ST NW<br>HARTSELLE    AL C#0120 | 22.37- |
| 4/12 | 401kcontri I EPLAN SVCS PAD<br>PPD | 1,000.00-  500+2 |
| 4/12 | SIGONFILE Compuchecks.com<br>PPD | 106.89- |
| 4/12 | DIRECT DBT   AL-DEPT OF REV<br>CCD    98367104 | 53.80- |
| 4/12 | Alabama.go AL ONESPOT TAX<br>CCD   20193291260 | 52.19- |
| 4/12 | Alabama.go AL ONESPOT TAX<br>CCD   20193291586 | 51.89- |
| 4/12 | DIRECT DBT   AL-DEPT OF REV<br>CCD    1625634432 | 50.00- |
| 4/12 | DIRECT DBT   AL-DEPT OF REV<br>CCD    812086912 | 33.01- |
| 4/15 | DBT CRD 0358 04/12/19 78549046<br>RYERSON SO<br>7701 LINDSEY ROAD<br>5014903022    AR C#0120 | 1,595.56-  PO 133386 (STS) |
| 4/15 | DBT CRD 0000 04/11/19 75944235<br>AMALGA COM<br>10600 W MITCHELL S<br>W ALLIS    WI C#0120 | 663.38-  PO 133370 |
| 4/15 | DBT CRD 0000 04/12/19 10316353<br>AIRLINE HY<br>3557 PROGRESS DR<br>BENSALEM    PA C#0120 | 99.40-  PO 133382 |
| 4/15 | DBT CRD 0000 04/12/19 51193413<br>LOWES  030<br>1087 HIGHWAY 31 NW<br>HARTSELLE    AL C#0120 | 80.07- |
| 4/15 | CHARTER CO CHARTER COMMUNIC<br>CCD    0210155566  SPA | 109.98- |
| 4/16 | DBT CRD 0000 04/15/19 23468579<br>FLUID POWE<br>15 FLOUR MILL RD<br>717-846-9300  PA C#0120 | 240.54- |
| 4/16 | DBT CRD 0000 04/15/19 23468587<br>FLUID POWE<br>15 FLOUR MILL RD<br>717-846-9300  PA C#0120 | 81.14- |

# BANK ⊞⊞ INDEPENDENT®

BIBANK.COM | MEMBER FDIC | ⌂ EQUAL HOUSING LENDER | 877.865.5050

⊢ PO BOX 5000 | SHEFFIELD, AL 35660 ⊣

www.bibank.com

Date  4/30/19          Page     5
Account               ████4641
No. Checks                  84

Small Business Checking          ████4641  (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount | |
|------|-------------|--------|---|
| 4/18 | DBT CRD 0000 04/17/19 01271269<br>FASTENAL C<br>2603 HWY 31 SW<br>HARTSELLE    AL C#0120 | 6.47- | ✓ |
| 4/18 | Bank to Ba JIT Industries,<br>CCD    35758 | 10,979.76- | ✓ *PO# 13338B* |
| 4/18 | XEROX INVC XEROX CORP.<br>CTX   1821907 | 464.87- | ✓ |
| 4/18 | DBT CRD 0000 04/17/19 66889648<br>VBS*VONAGE<br>3200 Windy Hill Rd<br>866-901-0242  GA C#0120 | 141.67- | ✓ |
| 4/19 | DBT CRD 0000 04/19/19 93823279<br>MSC<br>75 Maxess Rd<br>800-645-7270  NY C#0120 | 243.49- | ✓ |
| 4/19 | POS DEB 1128 04/19/19 45359000<br>HOMETOWN M<br>412 SPARKMAN ST NW<br>HARTSELLE    AL C#0120 | 22.65- | ✓ |
| 4/22 | Withdrawal | 29,784.32-DR | *loanos casd* |
| 4/22 | POS DEB 1128 04/20/19 00443950<br>WM SUPERCE<br>Wal-Mart Super Cen<br>HARTSELLE    AL C#0120 | 60.34- | ✓ |
| 4/22 | DIRECT DBT  AL-DEPT OF REV<br>CCD   1031687808 | 3.06- | ✓ |
| 4/22 | DIRECT DBT  AL-DEPT OF REV<br>CCD   629913216 | 1.53- | ✓ |
| 4/22 | Alabama.go AL ONESPOT TAX<br>CCD   20193372718 | .77- | ✓ |
| 4/23 | DBT CRD 2136 04/22/19 00010044<br>ST LOUIS SCREW+BOLT  *SLSB LLC*<br>2000 ACCESS BLVD<br>3143897500   IL C#0120 | 704.55- | ✓ *PO 133403* |
| 4/24 | GARNISH   PAYCHEX CGS<br>CCD   COL0084777966 | 142.15- | ✓ |
| 4/25 | DBT CRD 0000 04/24/19 00730139<br>E M JORGEN<br>2030 W COMMERCE ST<br>214-741-1761  TX C#0120 | 1,073.60- | ✓ |
| 4/25 | TAXES     PAYCHEX TPS<br>CCD   81565100001854X | 6,728.38- | ✓ |
| 4/26 | DBT CRD 0730 04/26/19 12274929<br>WAL Wal-Ma<br>1124 WAL-SAMS<br>HARTSELLE    AL C#0120 | 29.60- | ✓ |
| 4/26 | 401kcontri I EPLAN SVCS PAD<br>PPD | 1,000.00- | ✓ |

# BANK IIIIII INDEPENDENT®

**BIBANK.COM** | **MEMBER FDIC** | ⌂ **EQUAL HOUSING LENDER** | **877.865.5050**

— PO BOX 5000 | SHEFFIELD, AL 35660 —

www.bibank.com

Small Business Checking    ▉4641  (Continued)

## W I T H D R A W A L S   A N D   D E D U C T I O N S

| Date | Description | Amount |
|------|-------------|--------|
| 4/26 | Bank to Ba JIT Industries,<br>CCD   35758 | 87.64- |
| 4/26 | Bank to Ba JIT Industries,<br>CCD   35758 | 72.00- |
| 4/29 | Returned Deposit Item Fee | 6.00- |
| 4/29 | Returned Deposit Item 1280 | 4,759.00- |
| 4/29 | TAXES      PAYCHEX TPS<br>CCD  81619200001345X | 317.68- |
| 4/30 | ACH Monthly Fee | 25.00- |
| 4/30 | Account Analysis Charge | 26.50- |
| 4/30 | Withdrawal | 45,225.00-DR |
| 4/30 | DBT CRD 0000 04/30/19 29973825<br>MSC<br>75 Maxess Rd<br>800-645-7270  NY C#0120 | 125.91- |
| 4/30 | Service Charge | 11.00-SC |

*Handwritten: "Ck Returned 4" next to 4/29 Returned Deposit Item 1280; "PO# 133414" and "62.50" next to withdrawal/DBT CRD*

## S U M M A R Y   B Y   C H E C K   N U M B E R

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 4/26 | 192 | 128.00 | 4/08 | 1892 | 120.58 |
| 4/12 | 1852* | 2,335.57 | 4/08 | 1893 | 109.15 |
| 4/12 | 1853 | 1,035.44 | 4/08 | 1894 | 609.86 |
| 4/12 | 1856* | 110.00 | 4/08 | 1895 | 345.32 |
| 4/01 | 1858* | 981.23 | 4/29 | 1897* | 685.07 |
| 4/01 | 1860* | 1,215.69 | 4/29 | 1898 | 1,927.51 |
| 4/01 | 1866* | 3,018.00 | 4/22 | 1899 | 200.00 |
| 4/01 | 1867 | 3,345.89 | 4/16 | 1900 | 1,587.32 |
| 4/01 | 1868 | 486.06 | 4/15 | 1901 | 2,177.63 |
| 4/02 | 1869 | 162.05 | 4/15 | 1902 | 2,193.00 |
| 4/04 | 1872* | 142.45 | 4/23 | 1903 | 350.00 |
| 4/10 | 1873 | 423.82 | 4/22 | 1905* | 100.00 |
| 4/08 | 1874 | 1,334.00 | 4/15 | 1906 | 1,111.51 |
| 4/09 | 1876* | 19.56 | 4/12 | 1907 | 1,219.82 |
| 4/08 | 1877 | 1,644.00 | 4/15 | 1908 | 927.16 |
| 4/10 | 1878 | 128.00 | 4/15 | 1909 | 1,199.67 |
| 4/05 | 1879 | 637.68 | 4/24 | 1910 | 595.75 |
| 4/08 | 1881* | 6,075.00 | 4/12 | 1911 | 1,520.46 |
| 4/08 | 1882 | 504.75 | 4/12 | 1912 | 1,388.12 |
| 4/09 | 1883 | 491.91 | 4/12 | 1913 | 1,429.30 |
| 4/05 | 1884 | 498.07 | 4/15 | 1914 | 3,018.01 |
| 4/08 | 1885 | 733.78 | 4/15 | 1915 | 3,345.90 |
| 4/05 | 1886 | 54.46 | 4/15 | 1916 | 799.71 |
| 4/09 | 1888* | 9,125.35 | 4/12 | 1917 | 323.99 |
| 4/08 | 1889 | 300.46 | 4/15 | 1918 | 200.00 |
| 4/05 | 1890 | 182.00 | 4/22 | 1919 | 1,286.73 |
| 4/09 | 1891 | 1,675.50 | 4/22 | 1920 | 1,950.00 |

* Denotes missing check numbers

# BANK IIIII INDEPENDENT®

**BIBANK.COM | MEMBER FDIC | ⌂ EQUAL HOUSING LENDER | 877.865.5050**

| PO BOX 5000 | SHEFFIELD, AL 35660 |

*www.bibank.com*

Small Business Checking          ⬛4641  (Continued)

## SUMMARY BY CHECK NUMBER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 4/25 | 1921 | 1,523.75 | 4/29 | 1940 | 581.34 |
| 4/18 | 1922 | 2,149.53 | 4/26 | 1941 | 1,524.26 |
| 4/17 | 1923 | 436.00 | 4/26 | 1943* | 1,418.57 |
| 4/24 | 1924 | 700.00 | 4/29 | 1944 | 3,018.02 |
| 4/25 | 1926* | 742.93 | 4/29 | 1945 | 3,345.91 |
| 4/25 | 1927 | 1,050.00 | 4/30 | 1946 | 395.63 |
| 4/29 | 1934* | 100.00 | 4/26 | 1947 | 605.47 |
| 4/29 | 1936* | 1,183.52 | 4/26 | 1949* | 1,392.66 |
| 4/29 | 1938* | 973.04 | 4/29 | 1950 | 350.00 |
| 4/29 | 1939 | 1,043.03 | | | |

\* Denotes missing check numbers

## DAILY BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/01 | 113,310.95 | 4/11 | 135,184.54 | 4/23 | 83,926.28 |
| 4/02 | 135,362.37 | 4/12 | 132,241.12 | 4/24 | 95,605.54 |
| 4/03 | 135,343.50 | 4/15 | 115,756.04 | 4/25 | 84,486.88 |
| 4/04 | 131,349.06 | 4/16 | 125,004.87 | 4/26 | 86,213.14 |
| 4/05 | 139,779.66 | 4/17 | 124,568.87 | 4/29 | 68,178.02 |
| 4/08 | 159,633.64 | 4/18 | 110,826.57 | 4/30 | 23,998.98 |
| 4/09 | 148,321.32 | 4/19 | 118,367.58 | | |
| 4/10 | 143,689.36 | 4/22 | 84,980.83 | | |

_____ E N D  O F  S T A T E M E N T _____

# JIT Industries, Inc.
## A/P Aging Summary
### As of April 30, 2019

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| | 141.23 | 871.83 | 0.00 | 0.00 | 0.00 | 1,013.06 |
| | 72.00 | -87.64 | 0.00 | 0.00 | 0.00 | -15.64 |
| | 2,782.87 | 0.00 | 20.12 | 0.00 | 0.00 | 2,802.99 |
| | 0.00 | 0.00 | -7,592.50 | 0.00 | 0.00 | -7,592.50 |
| | 322.00 | -1,334.00 | 0.00 | 0.00 | 0.00 | -1,012.00 |
| | -45,225.00 | 0.00 | 0.00 | 0.00 | 0.00 | -45,225.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 47,015.58 | 47,015.58 |
| | 2,579.35 | 0.00 | 0.00 | 0.00 | 0.00 | 2,579.35 |
| | 212.30 | 0.00 | 0.00 | 0.00 | 0.00 | 212.30 |
| | 0.00 | 0.00 | 0.00 | 0.00 | -10.92 | -10.92 |
| | 11,065.60 | 0.00 | 0.00 | 0.00 | 0.00 | 11,065.60 |
| | 12,241.90 | 0.00 | 0.00 | 0.00 | 0.00 | 12,241.90 |
| | 266.25 | 0.00 | 0.00 | 0.00 | 0.00 | 266.25 |
| | 0.00 | 0.00 | 0.00 | 0.00 | -0.43 | -0.43 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 159.25 | 159.25 |
| | 0.00 | 2,177.63 | 0.00 | 0.00 | 0.00 | 2,177.63 |
| | 1,281.98 | 0.00 | 0.00 | 0.00 | 0.00 | 1,281.98 |
| | 2,110.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,110.00 |
| | 6,315.67 | 0.00 | 0.00 | 0.00 | 0.00 | 6,315.67 |
| TOTAL | -5,833.85 | 1,627.82 | -7,572.38 | 0.00 | 47,163.48 | 35,385.07 |

Page 1

# JIT Industries, Inc.
# Balance Sheet
## As of April 30, 2019

|  | Apr 30, 19 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10001 · BANK INDEPENDENT | -7,762.96 |
| **Total Checking/Savings** | -7,762.96 |
| **Accounts Receivable** | |
| 12000 · Accounts Receivable | 427,418.32 |
| **Total Accounts Receivable** | 427,418.32 |
| **Other Current Assets** | |
| 13500 · Inventory Asset | 42,868.81 |
| 13900 · Due from Invision | 67,181.00 |
| **Total Other Current Assets** | 110,049.81 |
| **Total Current Assets** | 529,705.17 |
| **Fixed Assets** | |
| 14100 · Furniture and Fixtures | 22,430.33 |
| 14300 · Leasehold Improvements | 33,035.96 |
| 14400 · Machinery & Equipment | 309,758.19 |
| 14500 · Transportation Equipment | 46,500.00 |
| 14900 · Accumulated Depreciation | -376,831.46 |
| **Total Fixed Assets** | 34,893.02 |
| **TOTAL ASSETS** | 564,598.19 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 35,385.07 |
| **Total Accounts Payable** | 35,385.07 |
| **Credit Cards** | |
| 20150 · Corporate Credit Card | 312.32 |
| 20155 · AMERCIAN EXPRESS | 22,331.22 |
| **Total Credit Cards** | 22,643.54 |
| **Other Current Liabilities** | |
| 21000 · Payroll Tax LIABILITY | 795.31 |
| 22000 · Other Payroll Liabilities | -4,500.00 |
| 22900 · ACCRUED SETTLEMENT | 1,100,000.00 |
| 23000 · Sales Tax Payable | -2,647.61 |
| 26000 · Unearned Revenue | 345.60 |
| 27000 · Customer Prepayment | 6,154.40 |
| **Total Other Current Liabilities** | 1,100,147.70 |
| **Total Current Liabilities** | 1,158,176.31 |
| **Total Liabilities** | 1,158,176.31 |
| **Equity** | |
| 40000 · Capital Stock | 1,000.00 |
| 41000 · Additional Paid in Capital | 100,673.04 |
| 45000 · Retained Earnings | -787,375.01 |
| Net Income | 92,123.85 |
| **Total Equity** | -593,578.12 |
| **TOTAL LIABILITIES & EQUITY** | 564,598.19 |

Case 18-80892-CRJ11    Doc 193    Filed 05/15/19    Entered 05/15/19 14:20:32    Desc
Main Document    Page 28 of 29

# JIT Industries, Inc.
# Profit & Loss
### April 2019

|  | Apr 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 55000 · Sales | 178,077.16 |
| 56000 · Shipping & Freight Fee Income | 4,264.07 |
| 57000 · Finance & Credit Card Income | 14.33 |
| 58000 · Terms Discount | -220.90 |
| **Total Income** | 182,134.66 |
| **Cost of Goods Sold** | |
| 51100 · Freight and Shipping Costs | 4,610.15 |
| 61500 · Cost of Goods Sold | 76,248.43 |
| **Total COGS** | 80,858.58 |
| **Gross Profit** | 101,276.08 |
| **Expense** | |
| 66000 · Payroll Tax Expenses | 3,843.71 |
| 68000 · MFG/Shop Operating Costs | 2,435.68 |
| 70000 · ALL SALARY & WAGES | 46,469.99 |
| 71825 · Fuel | 510.66 |
| 72525 · ACCOUNTANT / PAYROLL SERVICES | 2,297.75 |
| 72550 · FEE-BANK, LATE, CC Charges | 1,385.12 |
| 72675 · Insurance - General | 6,029.62 |
| 72725 · Legal & Professional Services | 10,917.83 |
| 72775 · Taxes & Licenses (NON PAYROLL) | 189.68 |
| 73000 · Business Development | 3,929.37 |
| 74000 · Facilities | 9,580.91 |
| **Total Expense** | 87,590.32 |
| **Net Ordinary Income** | 13,685.76 |
| **Net Income** | 13,685.76 |

Case 18-80892-CRJ11    Doc 193    Filed 05/15/19    Entered 05/15/19 14:20:32    Desc
Main Document       Page 29 of 29