## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC    CASE NO. : 18-80892-CRJ-11    MONTH ENDING: 5-31

**Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month**

### BUSINESS DEBTOR'S AFFIRMATIONS

1. YES ✓ NO____ All post petition business taxes have been paid/deposited and the deposit slips are attached.

   YES ✓ NO____ All post petition individual taxes have been paid and the deposit slips are attached.

   If you answered "No" to the above, list the types of taxes that are now due and owing.

   | TYPE OF TAX | | AMOUNT |
   |---|---|---|
   | | $ | |
   | | $ | |
   | | $ | |
   | | $ | |

2. YES ✓ NO____ Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

   If no, enter:    TYPE_____not in force.

   TYPE_____not in force.

3. YES ✓ NO____ New books and records were opened and are being maintained daily.

4. YES ✓ NO____ Copies of all banks statements and reconciliations are attached.

5. YES ✓ NO____ I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES ✓ NO____ All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE:_____          _____
                                              RESPONSIBLE PARTY

Phone No.:_____

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: IUIT INDUSTRIES INC          CASE NO.: 18-80892-CRJ-11          MONTH ENDING: 5-31

Attach Business Forms BA-02 (A-D)
### BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | −Accrual    **(Circle One)**    −Cash |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.  CASH ON HAND (Beginning) 86,098.05

B.  RECEIPTS:

Accounts Receivable from
Form BA-02(A)-Line II(C)   222,019.73

Cash Sales   ―

Loan Proceeds from_____   ―

Sale of Property   ―
(Not in ordinary course of business)

Other_____   ―

C.  TOTAL RECEIPTS   222,019.73
(Total of B)

D.  BUSINESS DISBURSEMENTS
FROM FORM BA-02(B)   85,423.81

E.  SURPLUS OR DEFICIT   136,595.92
(C minus D)

F.  CASH ON HAND (End)   222,693.97
(A plus E)

**INCOME STATEMENT**

1.  REVENUE FROM TOTAL SALES   $154,047.00

2.  LESS COST OF THOSE SALES   73,931.76
(Cost of materials, Labor, etc.)

3.  EQUALS GROSS PROFIT (1 minus 2)   76,775.62

4.  LESS OPERATING EXPENSES   85,423.81

5.  EQUALS NET PROFIT OPERATIONS (3 minus 4)   −8,648.19

6.  NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

7.  EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6)   $−8,648.19

**\* Please itemize Cost of Sales and Expenses on a separate sheet of paper.**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE  6-13-19                          RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC.    CASE NO.: 18-80892-CRJ-11    MONTH ENDING: 5-31

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.    NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II.    COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

A.    Amount collected this month on accounts
receivable charged and paid this month.         $ 39,949.13

B.    Amount collected this month on accounts
receivable charged in prior months
and paid this month.                            $ 182,070.60

C.    TOTAL collected this month on accounts
receivable.                                     $ 222,019.73

III.   PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
|        | $         |            |            |         | $     |
| ✱ see attached pending A/R | | | | | |
| circled items are old debt | | | | | |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
| **TOTALS** | $     |            |            |         | $     |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF
DATE: 6-13-19                              _____
                                          RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(A)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC    CASE NO.: 18-80892-CRJ-11    MONTH ENDING: 5-31

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | | |
|---|---|---|
| ACCOUNTING FEES................................... | $ | 311.22 |
| ADVERTISING....................................... | | 3120.35 |
| AUTOMOBILES/VEHICLES (repairs & maintenance)...... | | 1061.27 |
| COMMISSIONS/CONTRACT LABOR........................ | | 8819.90 |
| INSURANCE (TOTAL)................................. | | 8285.65 |

| | | |
|---|---|---|
| AUTO | $ 8285.65 | |
| LIABILITY | | |
| LIFE | | |
| MEDICAL | 6534.27 | |
| CASUALTY | | |
| FIRE & THEFT | | |
| WORKMAN'S COMP. | | |
| OTHER | | |

| | | |
|---|---|---|
| INTEREST PAID.................................... | | 958.28 |
| INVENTORY PURCHASED.............................. | | 4582.00 |
| LEGAL FEES....................................... | | |
| POSTAGE.......................................... | | |
| RENT/LEASE PAYMENTS ON REAL ESTATE............... | | 3500.00 |
| REPAIRS & MAINTENANCE............................ | | 1237.44 |
| SALARIES/WAGES PAID.............................. | | 57,181.64 |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]...... | | |
| SUPPLIES (TOTAL)................................. | | |

| | | |
|---|---|---|
| OFFICE | $ 1187.54 | |
| OPERATING | 2977.84 | |

| | | |
|---|---|---|
| TRAVEL & ENTERTAINMENT........................... | | |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]......... | | 4284.68 |
| UNSECURED LOAN PAYMENTS.......................... | | |
| UTILITIES (TOTAL)................................ | | |

| | | |
|---|---|---|
| ELECTRICITY | $ 1323.99 | |
| GAS | 404.96 | |
| TELEPHONE | | |
| WATER | | |
| OTHER | 161.96 | |

| | | |
|---|---|---|
| OTHER BUSINESS DISBURSEMENTS | | |
| (Specify) | $ | 544.74 |
| TOTAL BUSINESS DISBURSEMENTS..................... | $ | 85,423.81 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE: 6-13-19

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(B)

**United States Bankruptcy Court - Northern District of Alabama**

CASE NAME: JIT INDUSTRIES, INC    CASE NO.: 18-80892-CRJ11    MONTH ENDING: 3-31

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## ALL SECURED CREDITORS MUST BE LISTED BELOW

1. _____ Secured loan payments as described below have been paid this month. (Check, if true.)

2. _X_ No secured loan payments have been paid during this month. (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| NAME OF CREDITOR | COLLATERAL | DATE PAID | AMOUNT DUE | AMOUNT PAID | |
|---|---|---|---|---|---|
| Rod Hill | Judgement | | | | |
| Phillips Hill | Judgement | | | | |
| Danney Overbee | Judgement | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _6-18-19_                    _____
                                RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

**BUSINESS BA-02(D)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JT INDUSTRIES INC     CASE NO.: 18-80892-CRJ-11     MONTH ENDING: 5-31

Attach to Business Form BA-02
### BUSINESS DEBTOR'S TAX PAYMENTS

#### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| * see attached payroll | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

#### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

#### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE: 06-13-19 _____     _____
RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(D)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC          CASE NO.: 18-80892-CRJ-11          MONTH ENDING: 5-31

### BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Bank Ind |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

### GROSS PAYROLL
#### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1   (Name) Gregg McComb | | $_____ |
| Officer #2   (Name) Matthew McComb | | $_____ |
| Other Officer   (Name)_____ | | $_____ |
| Employees (Number) ____12____ | | $_____ |
| Employees (Relatives) ____1____ | | $_____ |
| Name Darwin Gillespie | | $_____ |
| Name_____ | | $_____ |

### INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $_____ |
| Inventory - Purchased this Month - CASH | $_____ |
| Inventory - Purchased this Month - CREDIT | $_____ |
| Inventory - End of Month (COST) | $_____ |

### PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

____ A. No payments on pre-petition debts have been made this month.
____ B. The following payments have been made this month to unsecured
        creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 6-13-19                           Gregg McComb
                                    RESPONSIBLE PARTY

* inventory is fluid in mfg. adjustment are
  made accordingly.

**United States Bankruptcy Court - Northern District of Alabama**

CASE NAME: JIT INDUSTRIES, INC          CASE NO. 18-80892-CRJ-11          MONTH ENDING: 5-31

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

_____ A.  All operating expenses since the beginning of this case have
been paid.  Therefore there are no post-petition accounts
payable.

**\*\* OR \*\***

__X__ B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
|  |  | $ | $ | $ | $ |
| * see attached accounts payable |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** |  | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE: 6-13-19

                                        RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-03(A)

CHAPTER 11 OPERATING ORDER FORM    11/00                    **BUSINESS BA-04**

---

**United States Bankruptcy Court - Northern District of Alabama**

CASE NAME: JB INDUSTRIES, INC    CASE NO.: 18-80892-CRJ11    MONTH ENDING: 5-31

File for Each Quarter
**BUSINESS DEBTOR'S BALANCE SHEET**

---

**I.   ASSETS**

Current:              Cash                               $ *See attached
                      Inventory                          $_____
                      Accounts Receivable                $_____
                      Other                              $_____
                      Total Current Assets      (a)      $_____

Fixed:                Property & Equipment               $_____
                      Accumulated Depreciation           $ <_____>
                      Other                              $_____
                      Total Fixed Assets        (b)      $_____

Total Assets                          (a + b) = (c)      $_____


**II. LIABILITIES**

Current:              Post Chapter 11 Payables           $_____
                      Taxes Payable                      $_____
                      Accrued Professional Fees          $_____
                      Accrued Expenses                   $_____
                      Notes Payable                      $_____
                      Current Portion Long Term Debt     $_____
                      Other                              $_____
                      Total Current Liabilities (d)      $_____

Long Term Debt:       Pre-Chapter 11 Payables            $_____
                      Notes & Loans Payable              $_____
                      Less Current Portion               $ <_____>
                      Other                              $_____
                      Total Long Term Debt      (e)      $_____
Total Liabilities                     (d + e) = (f)      $_____

STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH
                      Capital Stock             (g) $_____
                      Retained Earnings (Deficit)(h) $_____
                      Current Surplus (Deficit) (i) $_____
Total Liabilities & Stockholder
Equity/Net Worth          (f) + (g) + (h) + (i) $_____

---

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF

DATE __12-13-19__                          _____
                                           RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-04

United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JH INDUSTRIES, INC.        CASE NO. 18-80892-CRJ-11        MONTH ENDING:

**File for Each Quarter**
**by the 15th of the Month Following the End of the Quarter**

**BUSINESS DEBTOR'S QUARTERLY INCOME STATEMENT**

```
TOTAL REVENUE (SALES)                        (a)  $*  see attached
   Cost of Sales:
              Materials             $
              Labor                 $
              Purchased Services    $
      Total Cost of Sales                (b)  $
      Gross Profit            (a - b) = (c)  $

OPERATING EXPENSES
              Management Salary           $
              Other Salary Expense        $
              Payroll Expenses            $
              Outside Services & Contractors  $
              Supplies (office & operating)   $
              Repairs & Maintenance       $
              Advertising                 $
              Auto Expense                $
              Delivery                    $
              Accounting & Legal          $
              Rent                        $
              Telephone                   $
              Travel & Entertainment      $
              Utilities                   $
              Insurance                   $
              Taxes real estate, property, etc.)  $
              Interest                    $
              Depreciation                $
              Other Operating Expenses (describe)  $
                                          $
                                          $
      Total Operating Expenses:      (d)  $

      Net Profit/(Loss) from Operations (c - d)=(e)  $

      Non-Operating Income/Expenses  $
                                     $
                                     $
      Total                          (f)  $

      Net Profit/(Loss)            (e - f)  $
```

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF

DATE                                      RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-04

# JIT Industries, Inc.
## A/R Aging Summary
### As of May 31, 2019

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| | 0.00 | 4,140.00 | 0.00 | 0.00 | 0.00 | 4,140.00 |
| | 613.72 | 0.00 | 0.00 | 0.00 | 0.00 | 613.72 |
| | 0.00 | 0.00 | 558.01 | 0.00 | 0.00 | 558.01 |
| | 1,442.35 | 0.00 | 0.00 | 0.00 | 0.00 | 1,442.35 |
| | 2,677.53 | 0.00 | 0.00 | 0.00 | 654.00 | 3,331.53 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 10,573.28 | 10,573.28 |
| | 39,774.15 | 28,313.47 | 1,263.40 | 1,920.00 | 966.64 | 72,237.66 |
| | 379.60 | 0.00 | 0.00 | 0.00 | 0.00 | 379.60 |
| | 0.00 | 0.00 | 646.34 | 0.00 | 0.00 | 646.34 |
| | 3,327.28 | 4,865.04 | 592.05 | 834.73 | 5,441.43 | 15,060.53 |
| | 4,721.00 | 980.80 | 0.00 | 0.00 | 0.00 | 5,701.80 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 7,380.37 | 7,380.37 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 859.17 | 859.17 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 14,900.64 | 14,900.64 |
| | 1,280.32 | 0.00 | 0.00 | 0.00 | 0.00 | 1,280.32 |
| | 1,069.90 | 0.00 | 0.00 | 0.00 | 2,560.80 | 3,630.70 |
| | 2,024.40 | 0.00 | 0.00 | 150.00 | 0.00 | 2,174.40 |
| | 656.12 | 0.00 | 0.00 | 0.00 | 0.00 | 656.12 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 390.98 | 390.98 |
| | 516.26 | 0.00 | 0.00 | 0.00 | 0.00 | 516.26 |
| | 635.98 | 0.00 | 0.00 | 0.00 | 0.00 | 635.98 |
| | 504.00 | 0.00 | 0.00 | 0.00 | 0.00 | 504.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 4,759.00 | 4,759.00 |
| | 3,749.46 | 0.00 | 0.00 | 0.00 | 0.00 | 3,749.46 |
| | 0.00 | 0.00 | 0.00 | 0.00 | -0.88 | -0.88 |
| | 11,648.96 | 0.00 | 0.00 | 0.00 | 0.00 | 11,648.96 |
| | 0.00 | 1,273.15 | 0.00 | 0.00 | 0.00 | 1,273.15 |
| | 1,095.82 | 0.00 | 0.00 | 0.00 | 0.00 | 1,095.82 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 3,093.23 | 3,093.23 |
| | 1,667.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1,667.50 |
| | 2,659.26 | 0.00 | 0.00 | 0.00 | 0.00 | 2,659.26 |
| | 0.00 | 0.00 | 0.00 | 797.80 | 824.80 | 1,622.60 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 2,540.00 | 2,540.00 |
| | 653.80 | 0.00 | 0.00 | 0.00 | 0.00 | 653.80 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 3,525.28 | 3,525.28 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 1,640.03 | 1,640.03 |
| | 4,591.78 | 0.00 | 0.00 | 0.00 | 0.00 | 4,591.78 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 43,032.95 | 43,032.95 |
| | 32,139.34 | 1,621.20 | 0.00 | 3,538.73 | 0.00 | 37,299.27 |
| | 0.00 | 0.00 | 1,519.20 | 0.00 | 0.00 | 1,519.20 |
| | 281.08 | 0.00 | 0.00 | 0.00 | 0.00 | 281.08 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 2,103.70 | 2,103.70 |
| | 1,340.74 | 0.00 | 0.00 | 0.00 | 0.00 | 1,340.74 |
| | 1,194.25 | 0.00 | 0.00 | 0.00 | 4,509.27 | 5,703.52 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 1,640.00 | 1,640.00 |
| | 0.00 | 524.00 | 0.00 | 0.00 | 123.60 | 647.60 |
| | 0.00 | 76,323.00 | 0.00 | 0.00 | 0.00 | 76,323.00 |
| | 0.00 | 0.00 | 0.00 | 317.86 | 0.00 | 317.86 |
| | 5,697.12 | 0.00 | 0.00 | 0.00 | 0.00 | 5,697.12 |
| **TOTAL** | **126,341.72** | **118,040.66** | **4,579.00** | **7,559.12** | **111,518.29** | **368,038.79** |

Page 1

# CASH REQUIREMENTS

## CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 05/09/19: $7,606.78

### TRANSACTION SUMMARY

| SUMMARY BY TRANSACTION TYPE - | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 7,606.78 | |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | 7,606.78 | |
| TOTAL MANUAL CHECKS/UPDATES | 17,388.38 | |
| CASH REQUIRED BEFORE REMAINING D / W / L | 24,995.16 | |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 1,387.62 | |
| CASH REQUIRED FOR CHECK DATE 05/09/19 | 26,382.78 | |

### TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER** - *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---|---|
| 05/08/19 | BANK INDEPENDENT | xxxxxxx4641 | Garnishment | Employee Deductions | 142.15 | 142.15 |
| | | | | **EFT FOR 05/08/19** | | **142.15** |
| 05/09/19 | BANK INDEPENDENT | xxxxxxx4641 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 1,484.97 | |
| | | | | Medicare | 347.31 | |
| | | | | Fed Income Tax | 2,777.76 | |
| | | | | AL Income Tax | 888.45 | |
| | | | | **Total Withholdings** | 5,498.49 | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 1,484.99 | |
| | | | | Medicare | 349.63 | |
| | | | | Fed Unemploy | 13.32 | |
| | | | | AL Unemploy | 106.66 | |
| | | | | AL Emp Sec Asm | 1.54 | |
| | | | | **Total Liabilities** | 1,966.14 | |
| | | | | **EFT FOR 05/09/19** | | **7,464.63** |
| | | | | **TOTAL EFT** | | **7,464.63** |
| | | | | | | **7,606.78** |

**MANUAL CHECKS/UPDATES** - *These amounts are for previously calculated checks that were issued by you. You may have already deducted these funds from your account.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 05/09/19 | Refer to your records for account information | | Payroll | Check Amounts | 17,388.38 | 17,388.38 |
| | | | Period Start - End Date | 04/21/19 - 05/04/19 | | |
| | | | Check Date | 05/09/19 | | |
| | | | | **TOTAL MANUAL CHECKS/UPDATES** | | **17,388.38** |

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 05/09/19: $7,606.78**

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** - *Paychex does not remit these funds. You must ensure accurate and timely payment of applicable items.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 05/09/19 | Refer to your records for account Information | | Payroll | Employee Deductions | | |
| | | | | 401K Adv/Sal EE Pre | 1,000.00 | |
| | | | | Garnishment Fee 2 | 3.00 | |
| | | | | **Total Deductions** | **1,003.00** | |
| | | | | Other Items | | |
| | | | | 401k ER | 384.62 | |
| | | | | **TOTAL OTHER ITEMS** | **384.62** | |

**TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES**  1,387.62

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF** - *This information serves as a record of payment.*

| DUE DATE | PRODUCT | DESCRIPTION | Period Start - End Date | Check Date | |
|---|---|---|---|---|---|
| 05/15/19 | Taxpay® | FED IT PMT Group | 04/21/19 - 05/04/19 | 05/09/19 | 6,454.66 |

# CASH REQUIREMENTS

## CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 05/23/19: $8,352.66

### TRANSACTION SUMMARY

**SUMMARY BY TRANSACTION TYPE -**

| | |
|---|---:|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 8,053.20 |
| TOTAL NEGOTIABLE CHECKS | 299.46 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | 8,352.66 |
| TOTAL MANUAL CHECKS/UPDATES | 19,912.50 |
| CASH REQUIRED BEFORE REMAINING D / W / L | 28,265.16 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 1,387.62 |
| CASH REQUIRED FOR CHECK DATE 05/23/19 | 29,652.78 |

### TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER -** *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---:|---:|
| 05/22/19 | BANK INDEPENDENT | xxxxxxx4641 | Garnishment | Employee Deductions | 142.15 | 142.15 |
| | | | | **EFT FOR 05/22/19** | | **142.15** |
| 05/23/19 | BANK INDEPENDENT | xxxxxxx4641 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 1,559.36 | |
| | | | | Medicare | 364.67 | |
| | | | | Fed Income Tax | 2,734.41 | |
| | | | | AL Income Tax | 934.07 | |
| | | | | Total Withholdings | 5,592.51 | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 1,782.40 | |
| | | | | Medicare | 416.86 | |
| | | | | Fed Unemploy | 11.55 | |
| | | | | AL Unemploy | 106.20 | |
| | | | | AL Emp Sec Asm | 1.53 | |
| | | | | Total Liabilities | 2,318.54 | |
| | | | | **EFT FOR 05/23/19** | | **7,911.05** |
| | | | | **TOTAL EFT** | | **7,911.05** |
| | | | | | | **8,053.20** |

**NEGOTIABLE CHECKS -** *Check amounts will be debited when payees cash checks. Funds must be available on check date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---:|
| 05/23/19 | BANK INDEPENDENT | xxxxxxx4641 | Payroll | Check Amounts | 299.46 | 299.46 |
| | | | | Period Start - End Date | 05/05/19 - 05/18/19 | |
| | | | | Check Date | 05/23/19 | |
| | | | | **TOTAL NEGOTIABLE CHECKS** | | **299.46** |

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 05/23/19: $8,352.66**

**MANUAL CHECKS/UPDATES** - *These amounts are for previously calculated checks that were issued by you. You may have already deducted these funds from your account.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 05/23/19 | Refer to your records for account information | | Payroll | Check Amounts | 19,912.50 | |
| | | | | **TOTAL MANUAL CHECKS/UPDATES** | | **19,912.50** |

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** - *Paychex does not remit these funds. You must ensure accurate and timely payment of applicable items.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 05/23/19 | Refer to your records for account information | | Payroll | Employee Deductions | | |
| | | | | 401K AdvSal EE Pre | 1,000.00 | |
| | | | | Garnishment Fee 2 | 3.00 | |
| | | | | **Total Deductions** | **1,003.00** | |
| | | | | Other Items | | |
| | | | | 401k ER | 384.62 | |
| | | | | **TOTAL OTHER ITEMS** | **384.62** | |
| | | | | **TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** | | **1,387.62** |

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF** - *This information serves as a record of payment.*

| DUE DATE | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|
| 05/30/19 | Taxpay® | FED IT PMT Group | 6,857.70 | |
| 06/15/19 | Taxpay® | AL Income Tax | 1,822.52 | |

0041 1808-1414  JIT Industries Inc
Run Date 05/21/19  06:43 PM

Period Start - End Date    05/05/19 - 05/18/19
Check Date                05/23/19

Cash Requirements
Page 2 of 2
CASHREQ

Case 18-80892-CRJ11    Doc 194    Filed 06/17/19    Entered 06/17/19 10:37:51    Desc
Main Document      Page 15 of 25

## JIT Industries, Inc.
## Reconciliation Summary
### 10001 · BANK INDEPENDENT, Period Ending 05/31/2019

|  | May 31, 19 |
|---|---|
| **Beginning Balance** | 23,998.98 |
| Cleared Transactions | |
| Checks and Payments - 111 items | -159,920.61 |
| Deposits and Credits - 31 items | 222,019.68 |
| **Total Cleared Transactions** | 62,099.07 |
| **Cleared Balance** | 86,098.05 |
| Uncleared Transactions | |
| Checks and Payments - 21 items | -29,486.27 |
| **Total Uncleared Transactions** | -29,486.27 |
| **Register Balance as of 05/31/2019** | 56,611.78 |
| New Transactions | |
| Checks and Payments - 21 items | -16,697.25 |
| Deposits and Credits - 7 items | 25,539.34 |
| **Total New Transactions** | 8,842.09 |
| **Ending Balance** | 65,453.87 |

# BANK █████ INDEPENDENT®

BIBANK.COM | MEMBER FDIC | ⌂ EQUAL HOUSING LENDER | 877.865.5050

PO BOX 5000 | SHEFFIELD, AL 35660

_www.bibank.com_

JIT Industries Inc
Debtor in Possession
PO Box 2023
Madison AL 35758-5414

## ACCOUNT SUMMARY

| Account Number | Type of Account | Current Balance | Checks |
|---|---|---|---|
| ████4641 | Small Business Checking | 86,098.05 | 74 |

## CHECKING ACCOUNT

**Refer your family and friends to Bank Independent and earn up to $500!**
**Learn more and register at referlive.com/bibank.com.**

| Small Business Checking | | | |
|---|---|---|---|
| Account Number | ████4641 | No. Checks | 74 |
| Previous Balance | 23,998.98 | Statement Dates 5/01/19 thru 6/02/19 | |
| 24 Deposits/Credits | 222,019.68 | Days in the statement period | 33 |
| 110 Checks/Debits | 159,893.11 | Average Ledger | 54,921.08 |
| Service Charge | 27.50 | Average Collected | 54,921.08 |
| Interest Paid | .00 | | |
| Current Balance | 86,098.05 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees year to date | $.00 | $.00 |
| Return item fees year to date | $.00 | $.00 |

## DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|---|---|---|
| 5/02 | Deposit | 15,454.37 |

# BANK INDEPENDENT®

**BIBANK.COM | MEMBER FDIC | ⌂ EQUAL HOUSING LENDER | 877.865.5050**

PO BOX 5000 | SHEFFIELD, AL 35660

www.bibank.com

Small Business Checking                    4641   (Continued)

## DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|------|-------------|--------|
| 5/03 | EDI PYMNTS American Welding<br>CTX    000000000020443<br>ST*820*000000121\<br>BPR*U*5245*C*ACH*CTX*01*121000<br>248*DA*4336896196*3611692607** | 5,245.00 |
| 5/03 | KS Service K & S Services<br>CCD   C3-30257 | 2,069.08 |
| 5/03 | Deposit | 9,708.00 |
| 5/06 | PAYMENTJNL CONTINENTAL CARB<br>PPD | 637.18 |
| 5/07 | Deposit | 12,962.44 |
| 5/10 | KS Service K & S Services<br>CCD   C3-30368 | 9,121.01 |
| 5/10 | 3/10 BFGAL BUSCHE PERFORMAN<br>CCD   JIT CYLINDERS | 269.83 |
| 5/10 | Deposit | 8,088.89 |
| 5/14 | Deposit | 32,933.16 |
| 5/17 | KS Service K & S Services<br>CCD   C3-30480 | 25,098.54 |
| 5/17 | EDI PYMNTS American Welding<br>CTX    000000000020673<br>ST*820*000000072\<br>BPR*U*393*C*ACH*CTX*01*1210002<br>48*DA*4336896196*3611692607**Q | 398.00 |
| 5/21 | PAYMENTJNL CONTINENTAL CARB<br>PPD | 1,685.48 |
| 5/21 | Deposit | 18,247.90 |
| 5/21 | Deposit | 399.57 |
| 5/21 | Deposit | 156.73 |
| 5/24 | EDI PYMNTS American Welding<br>CTX    000000000020787<br>ST*820*000000098\<br>BPR*U*9545.3*C*ACH*CTX*01*1210<br>00248*DA*4336896196*3611692607 | 9,545.30 |
| 5/24 | PAYMENTJNL CONTINENTAL CARB<br>PPD | 3,226.00 |
| 5/24 | KS SERVICE K & S Services<br>CCD   C3-30585 | 443.20 |
| 5/29 | Deposit | 19,502.94 |
| 5/31 | KS Service K & S Services<br>CCD   C3-30711 | 26,552.56 |
| 5/31 | EDI PYMNTS American Welding<br>CTX    000000000020871<br>ST*820*000000068\<br>BPR*U*15872.9*C*ACH*CTX*01*121<br>000248*DA*4336896196*3611692607 | 15,872.90 |
| 5/31 | PAYMENTS   RAINSVILLE<br>CCD   NA | 1,086.40 |

# BANK▥INDEPENDENT®

BIBANK.COM | MEMBER FDIC | ⌂EQUAL HOUSING LENDER | 877.885.5050

▸ PO BOX 5000 | SHEFFIELD, AL 35660 ◂

www.bibank.com

Small Business Checking          ■4641  (Continued)

## DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|------|-------------|--------|
|      | DTM*TXT\ |  |
| 5/31 | Deposit | 3,318.20 |

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
| 5/01 | Bank to Ba JIT Industries,<br>CCD   0000000 | 2,071.88- |
| 5/02 | UPS BILL   U. P. S.<br>CCD   191100000R36A03 | 269.67- |
| 5/02 | UPS BILL   U. P. S.<br>CCD   191030000R36A03 | 191.23- |
| 5/02 | UPS BILL   U. P. S.<br>CCD   191120000R36A03 | 185.80- |
| 5/03 | DEPOSIT   MERCHANT BANKCD<br>CCD   496280481888 | 54.67- |
| 5/07 | DBT CRD 0000 05/03/19 00000991<br>SOUTHERN H<br>521 ALLIANCE RD<br>BESSEMER    AL C#0120 | 1,540.78- |
| 5/07 | DBT CRD 0748 05/07/19 97595714<br>WAL Wal-Ma<br>1124 WAL-SAMS<br>HARTSELLE    AL C#0120 | 21.15- |
| 5/08 | DBT CRD 0000 05/07/19 04142620<br>FASTENAL C<br>2803 HIGHWAY 91 SW<br>HARTSELLE    AL C#0120 | 16.22- |
| 5/08 | GARNISH   PAYCHEX CGS<br>CCD   COL0085049380 | 142.15- |
| 5/09 | Foreign Wire Transfer Fee | 40.00- |
| 5/09 | TAXES      PAYCHEX TPS<br>CCD   817658000017 38X | 7,464.63- |
| 5/09 | Foreign Wire Transfer Debit | 10,401.12- |
| 5/10 | DBT CRD 0704 05/10/19 00192251<br>WM SUPERCE<br>Wal-Mart Super Cen<br>HARTSELLE    AL C#0120 | 16.92- |
| 5/10 | 401kcontri I EPLAN SVCS PAD<br>PPD | 1,000.00- |
| 5/10 | INVOICE    PAYCHEX EIB<br>CCD   X81631100007509 | 266.25- |
| 5/14 | DBT CRD 0353 05/13/19 80264646<br>RYERSON SO<br>7701 LINDSEY ROAD<br>5014903022    AR C#0120 | 1,217.90- |
| 5/15 | DBT CRD 1217 05/14/19 12206929<br>Walmart.co | 78.33- |

www.bibank.com

Date  5/31/19          Page      4
Account                          4641
No. Checks               74

Small Business Checking          4641  (Continued)

### WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
| | Walmart.com Bentonville  AR C#0120 | |
| 5/15 | Bank to Ba JIT Industries, CCD  35758 | 59.60- |
| 5/16 | DBT CRD 0000 05/16/19 99833920 MSC 75 Maxess Rd 800-645-7270  NY C#0120 | 122.04- |
| 5/16 | PREM PMT  BCBS OF AL CCD  20880999 | 6,534.27- |
| 5/16 | Ins Pmt    Sentry Insurance CCD  59506137 | 2,177.63- |
| 5/16 | Ins Pmt    Sentry Insurance CCD  59506137 | 2,177.63- |
| 5/17 | DBT CRD 0000 05/16/19 03700519 FASTENAL C 2603 HIGHWAY 31 SW HARTSELLE    AL #0120 | 43.99- |
| 5/17 | DBT CRD 0000 05/16/19 03700501 FASTENAL C 2603 HIGHWAY 31 SW HARTSELLE    AL #0120 | 4.88- |
| 5/20 | DBT CRD 0000 05/17/19 41411708 VBS*VONAGE 3200 Windy Hill Rd 866-901-0242  GA C#0120 | 137.06- |
| 5/21 | XEROX INVC XEROX CORP. CTX  18376622 | 216.00- |
| 5/21 | DIRECT DBT  AL-DEPT OF REV CCD     1410608768 | 57.62- |
| 5/21 | DIRECT DBT  AL-DEPT OF REV CCD     1605004928 | 32.81- |
| 5/21 | DIRECT DBT  AL-DEPT OF REV CCD     104230528 | 6.22- |
| 5/21 | DIRECT DBT  AL-DEPT OF REV CCD     1913335424 | 3.11- |
| 5/21 | Alabama.go AL ONESPOT TAX CCD  20193673312 | 1.56- |
| 5/22 | Bank to Ba JIT Industries, CCD  35758 | 343.70- |
| 5/22 | GARNISH    PAYCHEX CGS CCD  COL0085321195 | 142.15- |
| 5/22 | CHARTER CO CHARTER COMMUNIC CCD  0210155568  SPA | 109.98- |
| 5/23 | TAXES      PAYCHEX TPS CCD  81967400001677X | 7,911.05- |
| 5/24 | 401kcontri I EPLAN SVCS PAD PPD | 1,000.00- |

# BANK █████ INDEPENDENT®

BIBANK.COM | MEMBER FDIC | ⌂EQUAL HOUSING LENDER | 877.865.5050

⊢ PO BOX 5000 | SHEFFIELD, AL 35660 ⊣

*www.bibank.com*

Small Business Checking      ████4641  (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
| 5/24 | UPS BILL  U.P.S.<br>CCD  191380000R36A03 | 380.67- |
| 5/24 | UPS BILL  U.P.S.<br>CCD  191310000R36A03 | 325.80- |
| 5/24 | UPS BILL  U.P.S.<br>CCD  191240000R36A03 | 299.69- |
| 5/30 | Withdrawal | 12,800.55-DR |
| 5/30 | Withdrawal | 9,198.06-DR |
| 5/30 | Withdrawal | 4,891.32-DR |
| 5/30 | POS DEB 0919 05/30/19 26393400<br>OREILLY AU<br>301 HIGHWAY 31 NW,<br>HARTSELLE   AL C#0120 | 36.20- |
| 5/30 | Bank to Ba JIT Industries,<br>CCD  35758 | 6,315.67- |
| 5/30 | Bank to Ba JIT Industries,<br>CCD  0000000 | 3,150.48- |
| 5/30 | Bank to Ba JIT Industries,<br>CCD  0000000 | 2,110.00- |
| 5/31 | ACH Monthly Fee | 25.00- |
| 5/31 | Account Analysis Charge | 31.80- |
| 5/31 | DBT CRD 0000 05/31/19 27032978<br>MSC<br>75 Maxess Rd<br>800-645-7270  NY C#0120 | 98.52- |
| 5/31 | Service Charge | 27.50-SC |

## SUMMARY BY CHECK NUMBER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 5/20 | 1929 | 2,164.98 | 5/03 | 1964* | 6,352.40 |
| 5/20 | 1930 | 323.13 | 5/02 | 1965 | 192.54 |
| 5/21 | 1931 | 1,408.79 | 5/06 | 1966 | 433.44 |
| 5/03 | 1933* | 3,500.00 | 5/06 | 1967 | 176.00 |
| 5/01 | 1948* | 1,219.83 | 5/03 | 1968 | 3,020.00 |
| 5/01 | 1951* | 17.60 | 5/06 | 1969 | 286.61 |
| 5/03 | 1952 | 127.43 | 5/06 | 1970 | 583.12 |
| 5/02 | 1953 | 528.00 | 5/06 | 1971 | 74.97 |
| 5/08 | 1954 | 2,201.78 | 5/06 | 1973* | 151.17 |
| 5/03 | 1955 | 409.11 | 5/07 | 1974 | 544.74 |
| 5/06 | 1956 | 60.81 | 5/14 | 1978* | 100.00 |
| 5/06 | 1957 | 837.00 | 5/13 | 1979 | 1,288.89 |
| 5/14 | 1958 | 150.60 | 5/10 | 1980 | 1,512.72 |
| 5/02 | 1959 | 168.79 | 5/13 | 1981 | 1,452.12 |
| 5/06 | 1960 | 140.00 | 5/10 | 1983* | 1,604.79 |
| 5/02 | 1961 | 140.00 | 5/28 | 1984 | 528.06 |
| 5/07 | 1962 | 2,148.48 | 5/10 | 1985 | 1,589.48 |

* Denotes missing check numbers

**BANK INDEPENDENT**®

BIBANK.COM | MEMBER FDIC | ⌂ EQUAL HOUSING LENDER | 877.865.5050

▶ PO BOX 5000 | SHEFFIELD, AL 35660 ◀

www.bibank.com

Small Business Checking          ▬4641   (Continued)

## SUMMARY BY CHECK NUMBER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 5/10 | 1986 | 1,479.28 | 5/24 | 2007* | 1,066.57 |
| 5/13 | 1987 | 3,018.01 | 5/23 | 2008 | 299.46 |
| 5/13 | 1988 | 3,345.90 | 5/24 | 2009 | 1,219.82 |
| 5/14 | 1989 | 568.32 | 5/23 | 2010 | 2,249.01 |
| 5/13 | 1990 | 599.94 | 5/29 | 2011 | 1,247.14 |
| 5/10 | 1991 | 350.87 | 5/23 | 2013* | 1,644.65 |
| 5/14 | 1992 | 100.00 | 5/23 | 2014 | 1,426.01 |
| 5/10 | 1993 | 1,219.82 | 5/24 | 2015 | 1,568.59 |
| 5/23 | 1996* | 300.00 | 5/28 | 2016 | 3,018.01 |
| 5/30 | 1998* | 1,086.01 | 5/28 | 2017 | 3,345.90 |
| 5/24 | 1999 | 3,500.00 | 5/29 | 2019* | 587.75 |
| 5/30 | 2000 | 128.00 | 5/28 | 2020 | 493.83 |
| 5/24 | 2001 | 95.00 | 5/31 | 2025* | 212.30 |
| 5/24 | 2002 | 4,582.00 | | | |

* Denotes missing check numbers

## DAILY BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | 20,689.67 | 5/13 | 23,116.67 | 5/23 | 69,923.77 |
| 5/02 | 34,488.01 | 5/14 | 53,913.01 | 5/24 | 69,100.13 |
| 5/03 | 38,046.48 | 5/15 | 53,775.08 | 5/28 | 61,714.33 |
| 5/06 | 35,940.54 | 5/16 | 42,763.51 | 5/29 | 79,382.38 |
| 5/07 | 44,647.83 | 5/17 | 68,211.38 | 5/30 | 39,666.11 |
| 5/08 | 42,287.68 | 5/20 | 65,586.21 | 5/31 | 86,098.05 |
| 5/09 | 24,381.93 | 5/21 | 84,349.78 | | |
| 5/10 | 32,821.53 | 5/22 | 83,753.95 | | |

_____ **END OF STATEMENT** _____

# JIT Industries, Inc.
## A/P Aging Summary
### As of May 31, 2019

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| | 401.86 | 0.00 | 0.00 | 0.00 | 0.00 | 401.86 |
| | 1,348.50 | 2,122.50 | 0.00 | 0.00 | 0.00 | 3,471.00 |
| | 4,093.18 | 0.00 | 0.00 | 0.00 | 0.00 | 4,093.18 |
| | 0.00 | 0.00 | 0.00 | -7,592.50 | 0.00 | -7,592.50 |
| | 679.00 | 0.00 | -1,012.00 | 0.00 | 0.00 | -333.00 |
| | 370.00 | 0.00 | 0.00 | 0.00 | 0.00 | 370.00 |
| | -1,740.29 | 0.00 | 0.00 | 0.00 | 0.00 | -1,740.29 |
| | 0.00 | 0.00 | -45,225.00 | 0.00 | 0.00 | -45,225.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 47,015.58 | 47,015.58 |
| | 243.15 | 0.00 | 0.00 | 0.00 | 0.00 | 243.15 |
| | 87.64 | 0.00 | 0.00 | 0.00 | 0.00 | 87.64 |
| | 524.44 | 0.00 | 0.00 | 0.00 | 0.00 | 524.44 |
| | 0.00 | 0.00 | 0.00 | 0.00 | -10.92 | -10.92 |
| | 0.00 | -10,401.12 | 0.00 | 0.00 | 0.00 | -10,401.12 |
| | 335.00 | 0.00 | 0.00 | 0.00 | 0.00 | 335.00 |
| | 26.78 | 0.00 | 0.00 | 0.00 | 0.00 | 26.78 |
| | 0.00 | -17.51 | 0.00 | 0.00 | 0.00 | -17.51 |
| | -98.52 | 0.00 | 0.00 | 0.00 | 0.00 | -98.52 |
| | 1,538.03 | 0.00 | 0.00 | 0.00 | 0.00 | 1,538.03 |
| | 94.25 | 0.00 | 0.00 | 0.00 | 0.00 | 94.25 |
| | 601.65 | 0.00 | 0.00 | 0.00 | 0.00 | 601.65 |
| | 203.00 | 0.00 | 0.00 | 0.00 | 0.00 | 203.00 |
| | 18,100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,100.00 |
| | 725.00 | 0.00 | 0.00 | 0.00 | 0.00 | 725.00 |
| | 53.27 | 0.00 | 0.00 | 0.00 | 0.00 | 53.27 |
| | 0.00 | 0.00 | 0.00 | 0.00 | -0.43 | -0.43 |
| | 0.00 | -159.25 | 0.00 | 0.00 | 159.25 | 0.00 |
| | 74.97 | 0.00 | 0.00 | 0.00 | 0.00 | 74.97 |
| | 189.44 | 0.00 | 0.00 | 0.00 | 0.00 | 189.44 |
| | 8,385.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,385.00 |
| | 0.00 | 80.30 | 0.00 | 0.00 | 0.00 | 80.30 |
| **TOTAL** | 36,235.35 | -8,375.08 | -46,237.00 | -7,592.50 | 47,163.48 | 21,194.25 |

Page 1

# JIT Industries, Inc.
## Balance Sheet
### As of May 31, 2019

|  | May 31, 19 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10001 · BANK INDEPENDENT | 56,611.78 |
| **Total Checking/Savings** | 56,611.78 |
| **Accounts Receivable** | |
| 12000 · Accounts Receivable | 368,501.94 |
| **Total Accounts Receivable** | 368,501.94 |
| **Other Current Assets** | |
| 13500 · Inventory Asset | 42,709.56 |
| 13900 · Due from Invision | 67,181.00 |
| **Total Other Current Assets** | 109,890.56 |
| **Total Current Assets** | 535,004.28 |
| **Fixed Assets** | |
| 14100 · Furniture and Fixtures | 22,430.33 |
| 14300 · Leasehold Improvements | 33,035.96 |
| 14400 · Machinery & Equipment | 309,758.19 |
| 14500 · Transportation Equipment | 46,500.00 |
| 14900 · Accumulated Depreciation | -376,831.46 |
| **Total Fixed Assets** | 34,893.02 |
| **TOTAL ASSETS** | 569,897.30 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 21,194.25 |
| **Total Accounts Payable** | 21,194.25 |
| **Credit Cards** | |
| 20150 · Corporate Credit Card | 312.32 |
| 20155 · AMERCIAN EXPRESS | 34,256.85 |
| **Total Credit Cards** | 34,569.17 |
| **Other Current Liabilities** | |
| 21000 · Payroll Tax LIABILITY | 795.31 |
| 22000 · Other Payroll Liabilities | -4,500.00 |
| 22900 · ACCRUED SETTLEMENT | 1,100,000.00 |
| 23000 · Sales Tax Payable | -2,690.22 |
| 26000 · Unearned Revenue | 345.60 |
| 27000 · Customer Prepayment | 6,154.40 |
| **Total Other Current Liabilities** | 1,100,105.09 |
| **Total Current Liabilities** | 1,155,868.51 |
| **Total Liabilities** | 1,155,868.51 |
| **Equity** | |
| 40000 · Capital Stock | 1,000.00 |
| 41000 · Additional Paid in Capital | 100,673.04 |
| 45000 · Retained Earnings | -787,375.01 |
| Net Income | 99,730.76 |
| **Total Equity** | -585,971.21 |
| **TOTAL LIABILITIES & EQUITY** | 569,897.30 |

# JIT Industries, Inc.
# Profit & Loss
## May 2019

|  | May 19 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| 55000 · Sales | 150,751.08 |
| 56000 · Shipping & Freight Fee Income | 3,579.47 |
| 58000 · Terms Discount | -289.55 |
| 58010 · Returned Check Charges | 6.00 |
| **Total Income** | 154,047.00 |
| **Cost of Goods Sold** |  |
| 51100 · Freight and Shipping Costs | 3,339.62 |
| 61500 · Cost of Goods Sold | 73,931.76 |
| **Total COGS** | 77,271.38 |
| **Gross Profit** | 76,775.62 |
| **Expense** |  |
| 66000 · Payroll Tax Expenses | 4,284.68 |
| 68000 · MFG/Shop Operating Costs | 2,977.84 |
| 70000 · ALL SALARY & WAGES | 51,181.64 |
| 71825 · Fuel | 1,061.27 |
| 72525 · ACCOUNTANT / PAYROLL SERVICES | 88.25 |
| 72550 · FEE-BANK, LATE, CC Charges | 1,175.25 |
| 72675 · Insurance - General | 8,819.90 |
| 72725 · Legal & Professional Services | 4,582.00 |
| 72775 · Taxes & Licenses (NON PAYROLL) | 544.74 |
| 73000 · Business Development | 3,120.35 |
| 74000 · Facilities | 7,581.89 |
| 74660 · Bank Service Charges | 6.00 |
| **Total Expense** | 85,423.81 |
| **Net Ordinary Income** | -8,648.19 |
| **Net Income** | -8,648.19 |

Case 18-80892-CRJ11    Doc 194    Filed 06/17/19    Entered 06/17/19 10:37:51    Desc
Main Document        Page 25 of 25