**United States Bankruptcy Court - Northern District of Alabama**

CASE NAME: JIT INDUSTRIES, INC    CASE NO.: 18-80892-CRJ-11    MONTH ENDING: 8-31

Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month

### BUSINESS DEBTOR'S AFFIRMATIONS

1. YES _✓_ NO____ All post petition business taxes have been paid/deposited and the deposit slips are attached.

   YES _✗_ NO____ All post petition individual taxes have been paid and the deposit slips are attached.

   If you answered "No" to the above, list the types of taxes that are now due and owing.

   | TYPE OF TAX | | AMOUNT |
   |---|---|---|
   | _____ | $_____ | |
   | _____ | $_____ | |
   | _____ | $_____ | |
   | _____ | $_____ | |

2. YES _✗_ NO____ Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

   If no, enter:    TYPE_____ not in force.

                    TYPE_____ not in force.

3. YES _✓_ NO____ New books and records were opened and are being maintained daily.

4. YES _✗_ NO____ Copies of **all** banks statements and reconciliations are attached.

5. YES _✓_ NO____ I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES _✓_ NO____ All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE: 9-13-19                    _____
                                          RESPONSIBLE PARTY

Phone No.: 256-757-2548

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC          CASE NO.: 18-80892-CRJ-11          MONTH ENDING: 8-31

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | | |
|---|---|---|
| ACCOUNTING FEES.............................................$ | | 407.40 |
| ADVERTISING................................................. | | 3298.35 |
| AUTOMOBILES/VEHICLES (repairs & maintenance)............. | | 1381.25 |
| COMMISSIONS/CONTRACT LABOR............................ | | 2712.50 |
| INSURANCE (TOTAL)....................................... | | 7519.76 |
|    AUTO | $ | |
|    LIABILITY | | |
|    LIFE | | |
|    MEDICAL | | |
|    CASUALTY | | |
|    FIRE & THEFT | | |
|    WORKMAN'S COMP. | | |
|    OTHER | | |
| INTEREST PAID............................................. | | 971.14 |
| INVENTORY PURCHASED....................................... | | |
| LEGAL FEES................................................. | | 1259.75 |
| POSTAGE.................................................... | | |
| RENT/LEASE PAYMENTS ON REAL ESTATE....................... | | 3500.00 |
| REPAIRS & MAINTENANCE.................................... | | 2092.35 |
| SALARIES/WAGES PAID....................................... | | 74,083.63 |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]............. | | |
| SUPPLIES (TOTAL).......................................... | | 19,327.42 |
|    OFFICE | $ 847.64 | |
|    OPERATING | 18479.78 | |
| TRAVEL & ENTERTAINMENT.................................... | | |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]................. | | 13,949.54 |
| UNSECURED LOAN PAYMENTS................................... | | |
| UTILITIES (TOTAL)......................................... | | |
|    ELECTRICITY | $ 242.98 | |
|    GAS | | |
|    TELEPHONE | 433.91 | |
|    WATER | | |
|    OTHER | 62.68 | |
| OTHER BUSINESS DISBURSEMENTS (Specify) | off site job | $ 7,298.23 |
| TOTAL BUSINESS DISBURSEMENTS........................$ | | 138,540.89 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE: 9/13

_____
RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(B)

3 payrol periods this month
Plus an off site job in Panama City @ Navy
to replace tubing

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC     CASE NO.: 18-80892-CRJ11     MONTH ENDING: 8-31

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month. (Check, if true.)

2. _____ No secured loan payments have been paid during this month. (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT DUE | AMOUNT PAID | BALANCE |
|---|---|---|---|---|---|
| Phillip Hill | | | Judgement | | |
| Rod Hill | | | Judgement | | |
| Danna Overbee | | | Judgement | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE     9-13-19          _____
                          RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JTI INDUSTRIES, INC      CASE NO. : 18-80892 CRJ11      MONTH ENDING: 8-31

### Attach to Business Form BA-02
### BUSINESS DEBTOR'S TAX PAYMENTS

#### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| * | See attached payroll | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

#### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

#### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE: 9-13-19

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02 (D)

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** JIT INDUSTRIES, INC    **CASE NO.:** 18-80892-CRJ-11    **MONTH ENDING:**

### BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Bank Independent | * 4641 | 108,430.04 | 8-31 | Pree |
| | | | | |
| | | | | |

### GROSS PAYROLL
#### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1 (Name) Ginger McComb | $ | 14,423.07 |
| Officer #2 (Name) Matt McComb | $ | 14,423.07 |
| Other Officer (Name) | $ | |
| Employees (Number) 12 | $ | |
| Employees (Relatives) 1 | $ | |
| Name Marvin Gillespie | $ | 3170.36 |
| Name | $ | |

### INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $ |
| Inventory - Purchased this Month - CASH | $ |
| Inventory - Purchased this Month - CREDIT | $ |
| Inventory - End of Month (COST) | $ |

### PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

_____ A. No payments on pre-petition debts have been made this month.
_____ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _____

RESPONSIBLE PARTY

* inventory is fluid in manufacturing adjustments are made accordingly.

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC    CASE NO.: 18-80892-CRJ-11    MONTH ENDING: 8-31

### BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

_____ A.   All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

_X_ B.   Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| | | | | | |
| | *see attached | | | |
| | | | | | |
| negative numbers are either | | | | | |
| prepayments for material | | | | | |
| or credits from vendors | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 9-13-19

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-03(A)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME:  JB INDUSTRIES, INC       CASE NO.:  18-80892-CRJ-11      MONTH ENDING: *8-31*

### BUSINESS DEBTOR'S BALANCE SHEET
File for Each Quarter

**I.  ASSETS**

Current:
| | | |
|---|---|---|
| Cash | $ | *See attached* |
| Inventory | $ | |
| Accounts Receivable | $ | |
| Other | $ | |
| Total Current Assets        (a) | $ | |

Fixed:
| | | |
|---|---|---|
| Property & Equipment | $ | |
| Accumulated Depreciation | $ < | > |
| Other | $ | |
| Total Fixed Assets        (b) | $ | |

Total Assets        (a + b) = (c)        $_____

**II.  LIABILITIES**

Current:
| | | |
|---|---|---|
| Post Chapter 11 Payables | $ | |
| Taxes Payable | $ | |
| Accrued Professional Fees | $ | |
| Accrued Expenses | $ | |
| Notes Payable | $ | |
| Current Portion Long Term Debt | $ | |
| Other | $ | |
| Total Current Liabilities (d) | $ | |

Long Term Debt:
| | | |
|---|---|---|
| Pre-Chapter 11 Payables | $ | |
| Notes & Loans Payable | $ | |
| Less Current Portion | $ < | > |
| Other | $ | |
| Total Long Term Debt        (e) | $ | |

Total Liabilities        (d + e) = (f)        $_____

STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH
| | | |
|---|---|---|
| Capital Stock        (g) | $ | |
| Retained Earnings (Deficit) (h) | $ | |
| Current Surplus (Deficit)   (i) | $ | |

Total Liabilities & Stockholder
Equity/Net Worth        (f) + (g) + (h) + (i) $_____

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE  *7-13-19*                                    _____
                                                    RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-04

United States Bankruptcy Court – Northern District of Alabama

CASE NAME: JT INDUSTRIES, INC.    CASE NO.: 18-80892-CRJ-11    MONTH ENDING: 9-31

File for Each Quarter
by the 15th of the Month Following the End of the Quarter

**BUSINESS DEBTOR'S QUARTERLY INCOME STATEMENT**

| | | | | |
|---|---|---|---|---|
| TOTAL REVENUE (SALES) | | (a) | $ | _see attached_ |
| Cost of Sales: | | | | |
|     Materials | $ | | | |
|     Labor | $ | | | |
|     Purchased Services | $ | | | |
|     Total Cost of Sales | | (b) | $ | |
|     Gross Profit | (a – b) = | (c) | $ | |

OPERATING EXPENSES

| | | |
|---|---|---|
| Management Salary | $ | |
| Other Salary Expense | $ | |
| Payroll Expenses | $ | |
| Outside Services & Contractors | $ | |
| Supplies (office & operating) | $ | |
| Repairs & Maintenance | $ | |
| Advertising | $ | |
| Auto Expense | $ | |
| Delivery | $ | |
| Accounting & Legal | $ | |
| Rent | $ | |
| Telephone | $ | |
| Travel & Entertainment | $ | |
| Utilities | $ | |
| Insurance | $ | |
| Taxes real estate, property, etc.) | $ | |
| Interest | $ | |
| Depreciation | $ | |
| Other Operating Expenses (describe) | $ | |
| | $ | |
| | $ | |
| Total Operating Expenses: | (d) $ | |

Net Profit/(Loss) from Operations (c – d)=(e) $ _____

| | | |
|---|---|---|
| Non-Operating Income/Expenses | $ | |
| | $ | |
| | $ | |
| Total | (f) $ | |

Net Profit/(Loss)       (e – f) $ _____

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE: 9-13-19           _Nina McCoy_

RESPONSIBLE PARTY

Bankruptcy Administrator Form – Business BA-05

# JIT Industries, Inc.
## A/P Aging Summary
### As of August 31, 2019

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| | 0.00 | 841.88 | 0.00 | 0.00 | 0.00 | 841.88 |
| | 0.00 | 339.15 | 0.00 | 0.00 | 0.00 | 339.15 |
| | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 |
| | 1,353.31 | 0.00 | 0.00 | 0.00 | 0.00 | 1,353.31 |
| | 338.15 | 0.00 | 0.00 | 0.00 | 0.00 | 338.15 |
| | 98.00 | 0.00 | 0.00 | 0.00 | 0.00 | 98.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | -45,225.00 | -45,225.00 |
| HARRISON, GAMMONS & RAWLINSON | 0.00 | 0.00 | 0.00 | 0.00 | 47,015.58 | 47,015.58 |
| | 1,244.44 | 0.00 | 0.00 | 0.00 | 0.00 | 1,244.44 |
| | 93.24 | 0.00 | 0.00 | 0.00 | 0.00 | 93.24 |
| | 277.94 | 0.00 | 0.00 | 0.00 | 0.00 | 277.94 |
| | 0.00 | 0.00 | 0.00 | 0.00 | -10.92 | -10.92 |
| | 0.00 | -39,151.00 | 0.00 | 0.00 | 0.00 | -39,151.00 |
| | 2,418.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,418.00 |
| | 121.67 | 0.00 | 0.00 | 0.00 | 0.00 | 121.67 |
| | 106.03 | 0.00 | 0.00 | 0.00 | 0.00 | 106.03 |
| | 4,772.05 | 0.00 | 0.00 | 0.00 | 0.00 | 4,772.05 |
| | 176.23 | 0.00 | 0.00 | 0.00 | 0.00 | 176.23 |
| | 0.00 | 0.00 | -412.20 | 0.00 | 0.00 | -412.20 |
| | 226.90 | 0.00 | 0.00 | 0.00 | 0.00 | 226.90 |
| | 73.00 | 0.00 | 0.00 | 0.00 | 0.00 | 73.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | -0.43 | -0.43 |
| | 96.57 | 0.00 | 0.00 | 0.00 | 0.00 | 96.57 |
| | 0.00 | 4,713.60 | 0.00 | 0.00 | 0.00 | 4,713.60 |
| | 460.00 | 0.00 | 0.00 | 0.00 | 0.00 | 460.00 |
| | 560.17 | 0.00 | 0.00 | 0.00 | 0.00 | 560.17 |
| | 2,546.83 | 0.00 | 0.00 | 0.00 | 0.00 | 2,546.83 |
| TOTAL | 15,022.53 | -33,256.37 | -412.20 | 0.00 | 1,779.23 | -16,866.81 |

Case 18-80892-CRJ11    Doc 206    Filed 09/13/19    Entered 09/13/19 11:04:10    Desc
Main Document        Page 9 of 25

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: TUIT INDUSTRIES, INC    CASE NO.: 18-80892-CRJ11    MONTH ENDING: 8-31

Attach Business Forms BA-02(A-D)
### BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual **(Circle One)** -Cash |

| | | | |
|---|---|---|---|
| CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month. | 1. | REVENUE FROM TOTAL SALES | $171,845.76 |
| A. CASH ON HAND (Beginning) 108,430.94 | 2. | LESS COST OF THOSE SALES (Cost of materials, Labor, etc.) | 46,188.50 |
| B. RECEIPTS: | | | |
| Accounts Receivable from Form BA-02(A)-Line II(C) 234,077.39 | 3. | EQUALS GROSS PROFIT (1 minus 2) | 126,657.26 |
| Cash Sales _____ — | 4. | LESS OPERATING EXPENSES | 138,540.89 |
| Loan Proceeds from _____ — | 5. | EQUALS NET PROFIT OPERATIONS (3 minus 4) | -12,883.63 |
| Sale of Property _____ — (Not in ordinary course of business) | 6. | NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES) | |
| Other _____ — | | | — |
| _____ — | | | — |
| C. TOTAL RECEIPTS 234,077.39 (Total of B) | | _____ | — |
| D. BUSINESS DISBURSEMENTS FROM FORM BA-02(B) 138,540.89 | | _____ | — |
| E. SURPLUS OR DEFICIT 95,536.40 (C minus D) | 7. | EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6) | $-12,883.63 |
| F. CASH ON HAND (End) 203,966.47 (A plus E) | * *Please itemize Cost of Sales and Expenses on a separate sheet of paper.* | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE 9-13-19            _(signature)_
            RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** JIT INDUSTRIES, INC    **CASE NO. :** 18-80892-CRJ-11   **MONTH ENDING:** 8-31

### Attach to Business Form BA-02
### BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__ I. NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II. COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

A. Amount collected this month on accounts receivable charged and paid this month.    $ 45,234.59

B. Amount collected this month on accounts receivable charged in prior months and paid this month.    $ 188,842.70

C. TOTAL collected this month on accounts receivable.    $ 234,077.29

III. PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | $ | | | | $ |
| | | | | | |
| * see attached - | | | | | |
| | | | | | |
| * negative amounts are early | | | | | |
| payments made from | | | | | |
| customers or credits | | | | | |
| due. | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $ | | | | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE: 9-13-19

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(A)

# JIT Industries, Inc.
## Reconciliation Summary
### 10001 · BANK INDEPENDENT, Period Ending 08/31/2019

|  | Aug 31, 19 | |
|---|---|---|
| **Beginning Balance** |  | 43,010.59 |
| **Cleared Transactions** |  |  |
| Checks and Payments - 94 items | -168,657.82 |  |
| Deposits and Credits - 26 items | 234,077.27 |  |
| **Total Cleared Transactions** | 65,419.45 |  |
| **Cleared Balance** |  | **108,430.04** |
| **Uncleared Transactions** |  |  |
| Checks and Payments - 29 items | -31,313.80 |  |
| **Total Uncleared Transactions** | -31,313.80 |  |
| **Register Balance as of 08/31/2019** |  | **77,116.24** |
| **Ending Balance** |  | 77,116.24 |

Case 18-80892-CRJ11   Doc 206   Filed 09/13/19   Entered 09/13/19 11:04:10   Desc
Main Document      Page 12 of 25

# JIT Industries, Inc.
## Reconciliation Detail
### 10001 · BANK INDEPENDENT, Period Ending 08/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 43,010.59 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 94 items** | | | | | | |
| Check | 07/05/2019 | 2107 | JOSHUA B BRYANT | X | -588.26 | -588.26 |
| Check | 07/05/2019 | 2111 | MARVIN OR DIANN... | X | -209.13 | -797.39 |
| Check | 07/18/2019 | 2135 | ELIZABETH ABBOTT | X | -100.00 | -897.39 |
| Bill Pmt -Check | 07/19/2019 | 2103 | SCOT INDUSTRIES | X | -2,216.27 | -3,113.66 |
| Bill Pmt -Check | 07/25/2019 | 2163 | ULINE SHIPPING S... | X | -444.72 | -3,558.38 |
| Bill Pmt -Check | 07/25/2019 | 2121 | SCOT INDUSTRIES | X | -207.90 | -3,766.28 |
| Bill Pmt -Check | 07/25/2019 | 2159 | ESS COPUTERS INC | X | -75.00 | -3,841.28 |
| General Journal | 07/30/2019 | 19 0730 | | X | -7,044.81 | -10,886.09 |
| General Journal | 07/30/2019 | 19 0730 | | X | -1,069.66 | -11,955.75 |
| Check | 07/31/2019 | 2170 | PEOPLES BANK O... | X | -3,500.00 | -15,455.75 |
| Check | 08/02/2019 | 10307 | MATTHEW A MCC... | X | -3,345.90 | -18,801.65 |
| Check | 08/02/2019 | 10306 | GINGER G MCCOMB | X | -3,018.01 | -21,819.66 |
| Check | 08/02/2019 | 10305 | TIM R MASON | X | -1,793.59 | -23,613.25 |
| Check | 08/02/2019 | 10304 | STEPHEN R KILPA... | X | -1,430.00 | -25,043.25 |
| Check | 08/02/2019 | 10299 | CATHY DAVENPORT | X | -1,219.82 | -26,263.07 |
| Check | 08/02/2019 | 10303 | MICHAEL K HOGAN | X | -1,128.53 | -27,391.60 |
| Check | 08/02/2019 | 10301 | THOMAS H ENNIS | X | -1,047.77 | -28,439.37 |
| Check | 08/02/2019 | 10300 | TIMOTHY DAVIDSON | X | -791.45 | -29,230.82 |
| Check | 08/02/2019 | 10302 | MARVIN OR DIANN... | X | -617.35 | -29,848.17 |
| Check | 08/02/2019 | 10310 | AUSTIN C THOMPS... | X | -543.45 | -30,391.62 |
| Check | 08/02/2019 | 10298 | JOSHUA B BRYANT | X | -468.65 | -30,860.27 |
| Check | 08/02/2019 | 10309 | BOBBY G SCOTT | X | -378.62 | -31,238.89 |
| Check | 08/02/2019 | DEBIT... | FASTENAL HARTS... | X | -6.90 | -31,245.79 |
| Bill Pmt -Check | 08/04/2019 | EFT | CARDPOINTE | X | -63.19 | -31,308.98 |
| Check | 08/05/2019 | 2150 | LEE MCCOMB | X | -1,000.00 | -32,308.98 |
| Check | 08/05/2019 | 2161 | CC - Miscellaneous ... | X | -100.00 | -32,408.98 |
| Check | 08/06/2019 | 2164 | ELIZABETH ABBOTT | X | -100.00 | -32,508.98 |
| Check | 08/06/2019 | DEBIT... | FASTENAL HARTS... | X | -15.92 | -32,524.90 |
| Check | 08/07/2019 | 2165 | ANTHONY S ABBO... | X | -1,013.22 | -33,538.12 |
| General Journal | 08/07/2019 | 19 00... | BD CYLINDER PRO... | X | -850.10 | -34,388.22 |
| Check | 08/07/2019 | 2168 | JAMES M KILPATRIC | X | -712.50 | -35,100.72 |
| Bill Pmt -Check | 08/08/2019 | WIRE | MISC VENDOR | X | -8,425.87 | -43,526.59 |
| Check | 08/08/2019 | 2169 | US POSTAL SERVI... | X | -92.00 | -43,618.59 |
| Bill Pmt -Check | 08/08/2019 | EFT | MSC INC | X | -20.78 | -43,639.37 |
| Bill Pmt -Check | 08/12/2019 | 2166 | SCOT INDUSTRIES | X | -1,158.39 | -44,797.76 |
| Bill Pmt -Check | 08/12/2019 | EFT | XEROX CORPORA... | X | -452.99 | -45,250.75 |
| Bill Pmt -Check | 08/12/2019 | EFT | PAYCHEX, INC | X | -189.50 | -45,440.25 |
| Bill Pmt -Check | 08/13/2019 | EFT | UPS | X | -211.97 | -45,652.22 |
| Check | 08/14/2019 | DEBIT... | FASTENAL HARTS... | X | -17.90 | -45,670.12 |
| General Journal | 08/15/2019 | 19 0815 | | X | -7,888.61 | -53,558.73 |
| General Journal | 08/15/2019 | 19 0815 | | X | -1,065.21 | -54,623.94 |
| General Journal | 08/15/2019 | 19 0815 | | X | -142.15 | -54,766.09 |
| Check | 08/16/2019 | 2181 | MATTHEW A MCC... | X | -3,345.90 | -58,111.99 |
| Check | 08/16/2019 | 2180 | GINGER G MCCOMB | X | -3,018.01 | -61,130.00 |
| Check | 08/16/2019 | 2174 | THOMAS H ENNIS | X | -1,992.03 | -63,122.03 |
| Check | 08/16/2019 | 2178 | TIM R MASON | X | -1,788.25 | -64,910.28 |
| Bill Pmt -Check | 08/16/2019 | 2167 | MISC VENDOR | X | -1,728.00 | -66,638.28 |
| Check | 08/16/2019 | 2177 | STEPHEN R KILPA... | X | -1,433.98 | -68,072.26 |
| Check | 08/16/2019 | 2176 | MICHAEL K HOGAN | X | -1,417.94 | -69,490.20 |
| Check | 08/16/2019 | 2172 | CATHY DAVENPORT | X | -1,219.84 | -70,710.04 |
| Check | 08/16/2019 | 2175 | MARVIN OR DIANN... | X | -1,116.62 | -71,826.66 |
| Check | 08/16/2019 | 2173 | TIMOTHY DAVIDSON | X | -738.94 | -72,565.60 |
| Check | 08/16/2019 | 2171 | JOSHUA B BRYANT | X | -608.20 | -73,173.80 |
| Check | 08/16/2019 | 2183 | AUSTIN C THOMPS... | X | -571.00 | -73,744.80 |
| Check | 08/16/2019 | 2179 | BOBBY G SCOTT | X | -469.80 | -74,214.60 |
| Check | 08/16/2019 | 2182 | JEREMY TAYLOR | X | -355.00 | -74,569.60 |
| Bill Pmt -Check | 08/19/2019 | EFT | VONAGE | X | -145.06 | -74,714.66 |
| Check | 08/20/2019 | DEBIT... | FASTENAL HARTS... | X | -10.66 | -74,725.32 |
| General Journal | 08/21/2019 | 19 00... | | X | -2,371.75 | -77,097.07 |
| Check | 08/21/2019 | EFT | ALABAMA DEPART... | X | -53.42 | -77,150.49 |
| Bill Pmt -Check | 08/22/2019 | EFT | CHARTER (Spectrum) | X | -114.98 | -77,265.47 |
| Check | 08/22/2019 | 2188 | CATHY DAVENPORT | X | -15.40 | -77,280.87 |
| Check | 08/26/2019 | EFT | ALABAMA DEPART... | X | -60.88 | -77,341.75 |
| Bill Pmt -Check | 08/27/2019 | ACH | JAMES WALKER | X | -11,555.84 | -88,897.59 |
| Bill Pmt -Check | 08/27/2019 | EFT | BLUECROSS BLUE... | X | -5,251.13 | -94,148.72 |

Case 18-80892-CRJ11    Doc 206    Filed 09/13/19    Entered 09/13/19 11:04:10    Desc
Main Document        Page 13 of 25

# JIT Industries, Inc.
## Reconciliation Detail
### 10001 · BANK INDEPENDENT, Period Ending 08/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 08/27/2019 | 2149 | SCOT INDUSTRIES | X | -4,392.84 | -98,541.56 |
| Bill Pmt -Check | 08/27/2019 | ACH | HERCULES INC | X | -3,844.57 | -102,386.13 |
| Bill Pmt -Check | 08/27/2019 | 2210 | CONTRACTOR SE... | X | -3,119.88 | -105,506.01 |
| Bill Pmt -Check | 08/27/2019 | EFT | SENTRY INSURAN... | X | -2,268.63 | -107,774.64 |
| Bill Pmt -Check | 08/27/2019 | ACH | PRECISION PLATI... | X | -1,825.00 | -109,599.64 |
| Bill Pmt -Check | 08/27/2019 | ACH | CRESAP MACHINE | X | -1,600.00 | -111,199.64 |
| Bill Pmt -Check | 08/27/2019 | 2194 | SPARKMAN SHEP... | X | -1,259.75 | -112,459.39 |
| Bill Pmt -Check | 08/27/2019 | 2196 | KGS STEEL | X | -1,194.00 | -113,653.39 |
| Bill Pmt -Check | 08/27/2019 | EFT | UPS | X | -533.51 | -114,186.90 |
| Bill Pmt -Check | 08/27/2019 | EFT | UPS | X | -467.47 | -114,654.37 |
| Bill Pmt -Check | 08/27/2019 | EFT | UPS | X | -353.68 | -115,008.05 |
| Bill Pmt -Check | 08/27/2019 | 2197 | HOLSTON GASES | X | -266.19 | -115,274.24 |
| Bill Pmt -Check | 08/27/2019 | 2208 | POWER TOOL SUP... | X | -154.00 | -115,428.24 |
| Check | 08/27/2019 | 2193 | CHARLES T CREASY | X | -45.00 | -115,473.24 |
| Check | 08/29/2019 | 2218 | TIM R MASON | X | -2,034.69 | -117,507.93 |
| Check | 08/29/2019 | 2224 | STEPHEN R KILPA... | X | -1,485.82 | -118,993.75 |
| Check | 08/29/2019 | 2217 | MICHAEL K HOGAN | X | -1,248.94 | -120,242.69 |
| Check | 08/29/2019 | 2213 | CATHY DAVENPORT | X | -1,219.82 | -121,462.51 |
| Check | 08/29/2019 | 2221 | AUSTIN C THOMPS... | X | -915.13 | -122,377.64 |
| Check | 08/29/2019 | 2220 | JEREMY TAYLOR | X | -913.74 | -123,291.38 |
| Check | 08/29/2019 | 2214 | TIMOTHY DAVIDSON | X | -891.69 | -124,183.07 |
| Check | 08/29/2019 | 2212 | CHARLES T CREASY | X | -746.82 | -124,929.89 |
| Check | 08/29/2019 | 2184 | BILL CHISM | X | -700.00 | -125,629.89 |
| Check | 08/29/2019 | 2186 | BILL CHISM | X | -350.00 | -125,979.89 |
| Transfer | 08/30/2019 | | | X | -27,975.15 | -153,955.04 |
| General Journal | 08/30/2019 | 19 0830 | | X | -7,950.37 | -161,905.41 |
| Transfer | 08/30/2019 | | | X | -6,531.61 | -168,437.02 |
| General Journal | 08/30/2019 | 19 0830 | | X | -142.15 | -168,579.17 |
| Check | 09/30/2019 | | | X | -78.65 | -168,657.82 |

|  | | | Total Checks and Payments | | -168,657.82 | -168,657.82 |
|---|---|---|---|---|---|---|

| **Deposits and Credits - 26 items** | | | | | | |
|---|---|---|---|---|---|---|
| Deposit | 08/02/2019 | | | X | 997.19 | 997.19 |
| Deposit | 08/02/2019 | | | X | 10,806.26 | 11,803.45 |
| Deposit | 08/07/2019 | | | X | 429.24 | 12,232.69 |
| Deposit | 08/08/2019 | | | X | 151.17 | 12,383.86 |
| Deposit | 08/08/2019 | | | X | 997.36 | 13,381.22 |
| Deposit | 08/08/2019 | | | X | 16,408.77 | 29,789.99 |
| Deposit | 08/08/2019 | | | X | 30,253.78 | 60,043.77 |
| Deposit | 08/09/2019 | | | X | 709.00 | 60,752.77 |
| Deposit | 08/09/2019 | | | X | 7,547.97 | 68,300.74 |
| Deposit | 08/12/2019 | | | X | 582.72 | 68,883.46 |
| Deposit | 08/15/2019 | | | X | 450.00 | 69,333.46 |
| Deposit | 08/15/2019 | | | X | 23,127.39 | 92,460.85 |
| Deposit | 08/16/2019 | | | X | 2,188.91 | 94,649.76 |
| Deposit | 08/16/2019 | | | X | 4,008.29 | 98,658.05 |
| Deposit | 08/21/2019 | | | X | 258.72 | 98,916.77 |
| Deposit | 08/21/2019 | | | X | 454.00 | 99,370.77 |
| Deposit | 08/22/2019 | | | X | 55,315.89 | 154,686.66 |
| Deposit | 08/23/2019 | | | X | 755.53 | 155,442.19 |
| Deposit | 08/23/2019 | | | X | 6,739.70 | 162,181.89 |
| Deposit | 08/26/2019 | | | X | 33,547.63 | 195,729.52 |
| Deposit | 08/26/2019 | | | X | 36,141.97 | 231,871.49 |
| Deposit | 08/27/2019 | | | X | 911.20 | 232,782.69 |
| Deposit | 08/28/2019 | | | X | 118.58 | 232,901.27 |
| Bill Pmt -Check | 08/29/2019 | | BD CYLINDER PRO... | X | 0.00 | 232,901.27 |
| Deposit | 08/29/2019 | | | X | 472.70 | 233,373.97 |
| Deposit | 08/30/2019 | | | X | 703.30 | 234,077.27 |

|  | | | Total Deposits and Credits | | 234,077.27 | 234,077.27 |
|---|---|---|---|---|---|---|
|  | | | Total Cleared Transactions | | 65,419.45 | 65,419.45 |
|  | | | Cleared Balance | | 65,419.45 | 108,430.04 |

| **Uncleared Transactions** | | | | | | |
|---|---|---|---|---|---|---|
| **Checks and Payments - 29 items** | | | | | | |
| Check | 02/21/2019 | 1802 | ALABAMA CHILD S... | | -142.15 | -142.15 |

# JIT Industries, Inc.
## Reconciliation Detail
### 10001 · BANK INDEPENDENT, Period Ending 08/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 03/07/2019 | 1875 | MISC VENDOR | | -430.00 | -572.15 |
| Bill Pmt -Check | 03/29/2019 | 1887 | MISC VENDOR | | -60.00 | -632.15 |
| Bill Pmt -Check | 04/22/2019 | 1928 | SPARKMAN SHEP... | | -6,453.25 | -7,085.40 |
| Check | 05/21/2019 | 2003 | TIM R MASON | | -7.63 | -7,093.03 |
| Bill Pmt -Check | 08/19/2019 | 2185 | SCOT INDUSTRIES | | -217.50 | -7,310.53 |
| Bill Pmt -Check | 08/22/2019 | 2187 | SCOT INDUSTRIES | | -1,566.63 | -8,877.16 |
| Check | 08/22/2019 | 2189 | THOMAS H ENNIS | | -385.00 | -9,262.16 |
| Bill Pmt -Check | 08/27/2019 | 2204 | MTI MANUFACTUR... | | -4,123.78 | -13,385.94 |
| Bill Pmt -Check | 08/27/2019 | 2203 | HYDRAULEX/ MET... | | -1,326.34 | -14,712.28 |
| Bill Pmt -Check | 08/27/2019 | 2201 | DUTTON ELECTRI... | | -677.50 | -15,389.78 |
| Bill Pmt -Check | 08/27/2019 | 2207 | NUMATICS, INC AC... | | -673.53 | -16,063.31 |
| Bill Pmt -Check | 08/27/2019 | 2195 | BERTELKAMP AUT... | | -446.09 | -16,509.40 |
| Bill Pmt -Check | 08/27/2019 | 2200 | CUTTING EDE MA... | | -328.50 | -16,837.90 |
| Bill Pmt -Check | 08/27/2019 | 2199 | BALLEW'S SANITA... | | -128.00 | -16,965.90 |
| Bill Pmt -Check | 08/27/2019 | 2198 | AHP Montgomery/Ai... | | -95.98 | -17,061.88 |
| Bill Pmt -Check | 08/27/2019 | 2209 | HOWELL ELECTRI... | | -90.00 | -17,151.88 |
| Bill Pmt -Check | 08/27/2019 | 2202 | HALLITE | | -86.40 | -17,238.28 |
| Bill Pmt -Check | 08/27/2019 | 2206 | SHERWIN WILLIAMS | | -74.97 | -17,313.25 |
| Bill Pmt -Check | 08/27/2019 | 2205 | MSC INC | | -21.10 | -17,334.35 |
| Check | 08/29/2019 | 2223 | MATTHEW A MCC... | | -3,345.91 | -20,680.26 |
| Check | 08/29/2019 | 2222 | GINGER G MCCOMB | | -3,018.02 | -23,698.28 |
| Check | 08/29/2019 | 2215 | THOMAS H ENNIS | | -1,281.87 | -24,980.15 |
| Check | 08/29/2019 | 2216 | MARVIN OR DIANN... | | -981.01 | -25,961.16 |
| Check | 08/29/2019 | 2219 | BOBBY G SCOTT | | -591.82 | -26,552.98 |
| Check | 08/29/2019 | 2225 | ELIZABETH ABBOTT | | -200.00 | -26,752.98 |
| Check | 08/29/2019 | 2211 | JOSHUA B BRYANT | | -110.82 | -26,863.80 |
| Check | 08/30/2019 | 2227 | PEOPLES BANK O... | | -3,500.00 | -30,363.80 |
| Check | 08/30/2019 | 2226 | MISC VENDOR | | -950.00 | -31,313.80 |
| **Total Checks and Payments** | | | | | -31,313.80 | -31,313.80 |
| **Total Uncleared Transactions** | | | | | -31,313.80 | -31,313.80 |
| Register Balance as of 08/31/2019 | | | | | 34,105.65 | 77,116.24 |
| **Ending Balance** | | | | | **34,105.65** | **77,116.24** |

Case 18-80892-CRJ11   Doc 206   Filed 09/13/19   Entered 09/13/19 11:04:10   Desc
Main Document       Page 15 of 25

# JIT Industries, Inc.
## A/R Aging Summary
### As of August 31, 2019

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| *(name illegible)* | 8,958.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,958.00 |
| *(name illegible)* | 0.00 | 3,906.11 | 0.00 | 0.00 | 0.00 | 3,906.11 |
| *(name illegible)* | 1,436.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,436.00 |
| *(name illegible)* | 0.00 | 0.00 | 0.00 | 437.66 | 0.00 | 437.66 |
| *(name illegible)* | 0.00 | 0.00 | 619.71 | 0.00 | 0.00 | 619.71 |
| *(name illegible)* | 339.86 | 936.93 | 0.00 | 0.00 | 0.00 | 1,276.79 |
| *(name illegible)* | 0.00 | 0.00 | 0.00 | 0.00 | 10,573.28 | 10,573.28 |
| *(name illegible)* | 25,223.51 | 19,680.12 | 781.74 | 1,506.00 | 947.76 | 48,139.13 |
| *(name illegible)* | 1,219.09 | 0.00 | 0.00 | 0.00 | 0.00 | 1,219.09 |
| *(name illegible)* | 14,434.64 | 0.00 | 885.00 | 0.00 | 2,094.43 | 17,414.07 |
| *(name illegible)* | 553.04 | 0.00 | 0.00 | 0.00 | 0.00 | 553.04 |
| *(name illegible)* | 0.00 | 0.00 | 0.00 | 0.00 | 980.80 | 980.80 |
| *(name illegible)* | 169.62 | 0.00 | 0.00 | 0.00 | 0.00 | 169.62 |
| *(name illegible)* | 0.00 | 0.00 | 409.73 | 0.00 | 0.00 | 409.73 |
| *(name illegible)* | 370.51 | 516.51 | 0.00 | 0.00 | 0.00 | 887.02 |
| *(name illegible)* | 4,139.34 | 0.00 | 547.40 | 0.00 | 0.00 | 4,686.74 |
| *(name illegible)* | 0.00 | 1,805.31 | 0.00 | 0.00 | 0.00 | 1,805.31 |
| *(name illegible)* | 2,058.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,058.00 |
| *(name illegible)* | 7,038.20 | 0.00 | 0.00 | 0.00 | 0.00 | 7,038.20 |
| *(name illegible)* | 12,437.00 | 6,527.00 | 0.00 | 0.00 | 0.00 | 18,964.00 |
| *(name illegible)* | 720.00 | 0.00 | 0.00 | 0.00 | 0.00 | 720.00 |
| *(name illegible)* | 0.00 | 1,538.75 | 0.00 | 0.00 | 0.00 | 1,538.75 |
| *(name illegible)* | 14,415.35 | 0.00 | 0.00 | 0.00 | 0.00 | 14,415.35 |
| *(name illegible)* | 614.32 | 0.00 | 0.00 | 0.00 | 0.00 | 614.32 |
| *(name illegible)* | 820.96 | 0.00 | 0.00 | 0.00 | 0.00 | 820.96 |
| *(name illegible)* | 0.00 | 0.00 | 0.00 | 0.00 | -0.88 | -0.88 |
| *(name illegible)* | 6,400.94 | 15,036.52 | 0.00 | 0.00 | 0.00 | 21,437.46 |
| *(name illegible)* | 1,667.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1,667.50 |
| *(name illegible)* | 0.00 | 315.00 | 0.00 | 0.00 | 0.00 | 315.00 |
| *(name illegible)* | 682.17 | 452.73 | 0.00 | 0.00 | 0.00 | 1,134.90 |
| *(name illegible)* | 1,436.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,436.00 |
| *(name illegible)* | 2,660.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,660.00 |
| *(name illegible)* | 0.00 | 225.00 | 0.00 | 0.00 | 0.00 | 225.00 |
| *(name illegible)* | 0.00 | 50.00 | 0.00 | 0.00 | 43.60 | 93.60 |
| *(name illegible)* | 16,685.88 | 10,778.68 | -690.00 | 0.00 | 313.43 | 27,087.99 |
| *(name illegible)* | 4,544.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,544.00 |
| *(name illegible)* | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 1,000.00 |
| *(name illegible)* | 6,839.13 | 0.00 | 0.00 | 0.00 | 0.00 | 6,839.13 |
| *(name illegible)* | 312.42 | 0.00 | 0.00 | 43.16 | 924.59 | 1,280.17 |
| *(name illegible)* | 409.38 | 0.00 | 0.00 | 0.00 | 0.00 | 409.38 |
| *(name illegible)* | 8,311.92 | -119.40 | 0.00 | 0.00 | 0.00 | 8,192.52 |
| *(name illegible)* | 4,005.14 | 0.00 | 0.00 | 0.00 | 0.00 | 4,005.14 |
| **TOTAL** | 148,901.92 | 61,649.26 | 2,553.58 | 1,986.82 | 16,877.01 | 231,968.59 |

Case 18-80892-CRJ11   Doc 206   Filed 09/13/19   Entered 09/13/19 11:04:10   Desc
Main Document      Page 16 of 25

# JIT Industries, Inc.
## Balance Sheet
### As of August 31, 2019

|  | Aug 31, 19 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10001 · BANK INDEPENDENT | 77,194.89 |
| **Total Checking/Savings** | 77,194.89 |
| **Accounts Receivable** | |
| 12000 · Accounts Receivable | 232,488.74 |
| **Total Accounts Receivable** | 232,488.74 |
| **Other Current Assets** | |
| 13500 · Inventory Asset | 84,254.69 |
| 13900 · Due from Invision | 67,181.00 |
| **Total Other Current Assets** | 151,435.69 |
| **Total Current Assets** | 461,119.32 |
| **Fixed Assets** | |
| 14100 · Furniture and Fixtures | 22,430.33 |
| 14300 · Leasehold Improvements | 33,035.96 |
| 14400 · Machinery & Equipment | 309,758.19 |
| 14500 · Transportation Equipment | 46,500.00 |
| 14900 · Accumulated Depreciation | -376,831.46 |
| **Total Fixed Assets** | 34,893.02 |
| **TOTAL ASSETS** | **496,012.34** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | -16,866.81 |
| **Total Accounts Payable** | -16,866.81 |
| **Credit Cards** | |
| 20150 · Corporate Credit Card | 746.99 |
| 20155 · AMERCIAN EXPRESS | 6,840.22 |
| **Total Credit Cards** | 7,587.21 |
| **Other Current Liabilities** | |
| 21000 · Payroll Tax LIABILITY | |
| 22100 · Child Support WH | 142.15 |
| 21000 · Payroll Tax LIABILITY - Other | 27,665.45 |
| **Total 21000 · Payroll Tax LIABILITY** | 27,807.60 |
| 22000 · Other Payroll Liabilities | |
| 22600 · EPLAN SERVICES 401K | -2,306.81 |
| **Total 22000 · Other Payroll Liabilities** | -2,306.81 |
| 22900 · ACCRUED SETTLEMENT | 1,100,000.00 |
| 23000 · Sales Tax Payable | -2,739.67 |
| 26000 · Unearned Revenue | 345.60 |
| 27000 · Customer Prepayment | 6,154.40 |
| **Total Other Current Liabilities** | 1,129,261.12 |
| **Total Current Liabilities** | 1,119,981.52 |
| **Total Liabilities** | 1,119,981.52 |
| **Equity** | |
| 40000 · Capital Stock | 1,000.00 |

Case 18-80892-CRJ11    Doc 206    Filed 09/13/19    Entered 09/13/19 11:04:10    Desc
Main Document      Page 17 of 25

# JIT Industries, Inc.
## Balance Sheet
### As of August 31, 2019

|  | Aug 31, 19 |
|---|---|
| 41000 · Additional Paid in Capital | 100,673.04 |
| 45000 · Retained Earnings | -786,185.01 |
| Net Income | 60,542.79 |
| **Total Equity** | -623,969.18 |
| **TOTAL LIABILITIES & EQUITY** | 496,012.34 |

Case 18-80892-CRJ11    Doc 206    Filed 09/13/19    Entered 09/13/19 11:04:10    Desc
Main Document      Page 18 of 25

# JIT Industries, Inc.
# Profit & Loss
## August 2019

|  | Aug 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 50000 · Revenue | 491.65 |
| **55000 · Sales** | |
| 55150 · H-Series NFPA Cylinder | 51,290.94 |
| 55250 · A-Series NFPA Cylinder | 25,311.97 |
| 55450 · Accessories | 23,763.51 |
| 55700 · Repair Labor Sales | 67,637.77 |
| **Total 55000 · Sales** | 168,004.19 |
| 56000 · Shipping & Freight Fee Income | 3,357.64 |
| 57000 · Finance & Credit Card Income | |
| 57100 · Credit Card Courtesy | 88.19 |
| **Total 57000 · Finance & Credit Card Income** | 88.19 |
| 58000 · Terms Discount | -95.91 |
| **Total Income** | 171,845.76 |
| **Cost of Goods Sold** | |
| 51100 · Freight and Shipping Costs | 3,959.51 |
| 61500 · Cost of Goods Sold | 42,228.99 |
| **Total COGS** | 46,188.50 |
| **Gross Profit** | 125,657.26 |
| **Expense** | |
| 66000 · Payroll Tax Expenses | 13,949.54 |
| 68000 · MFG/Shop Operating Costs | |
| 68100 · Tooling | 1,538.78 |
| 68200 · Shop Supplies | 2,388.30 |
| 68300 · Shipping & Packaging Supplies | 14,552.70 |
| **Total 68000 · MFG/Shop Operating Costs** | 18,479.78 |
| 70000 · ALL SALARY & WAGES | 74,083.63 |
| 71825 · Fuel | 1,381.25 |
| 72525 · ACCOUNTANT / PAYROLL SERVICES | 407.40 |
| 72550 · FEE-BANK, LATE, CC Charges | 971.14 |
| 72600 · Contract/Casual Labor | 2,712.50 |
| 72675 · Insurance - General | 7,519.76 |
| 72725 · Legal & Professional Services | 1,259.75 |
| 73000 · Business Development | |
| 73200 · Meals | 900.72 |
| 73300 · Travel | 2,870.67 |
| 73000 · Business Development - Other | 6,825.19 |
| **Total 73000 · Business Development** | 10,596.58 |
| 74000 · Facilities | |
| 74100 · Office Supplies | 847.64 |
| 74300 · Internet Charges | 62.68 |
| 74350 · Rent | 3,500.00 |
| 74450 · Maintenance | 2,092.35 |
| 74600 · Telephone | 433.91 |
| 74650 · Utilities | 242.98 |
| **Total 74000 · Facilities** | 7,179.56 |
| **Total Expense** | 138,540.89 |
| **Net Ordinary Income** | -12,883.63 |

Case 18-80892-CRJ11    Doc 206    Filed 09/13/19    Entered 09/13/19 11:04:10    Desc
Main Document      Page 19 of 25

# JIT Industries, Inc.
## Profit & Loss
### August 2019

| | Aug 19 |
|---|---|
| **Net Income** | **-12,883.63** |

Case 18-80892-CRJ11   Doc 206   Filed 09/13/19   Entered 09/13/19 11:04:10   Desc
Main Document     Page 20 of 25

# BANK ▥ INDEPENDENT®

**BIBANK.COM** | MEMBER FDIC | ⌂ EQUAL HOUSING LENDER | 877.865.5050

| PO BOX 5000 | SHEFFIELD, AL 35660 |

www.bibank.com

```
                              Date   8/30/19        Page      1
                              Account                      4641
                              No. Checks                     68
```

```
        JIT Industries Inc
        Debtor in Possession
        PO Box 2023
        Madison AL 35758-5414
```

## A C C O U N T   S U M M A R Y

| Account Number | Type of Account | Current Balance | Checks |
|---|---|---|---|
| 4641 | Small Business Checking | 108,430.04 | 68 |

## C H E C K I N G   A C C O U N T

**Refer your family and friends to Bank Independent and earn up to $500!**
**Learn more and register at referlive.com/bibank.com.**

```
Small Business Checking              No. Checks                         68
Account Number            4641       Statement Dates  8/01/19 thru  9/02/19
Previous Balance        43,010.59    Days in the statement period        33
  25 Deposits/Credits  234,077.27    Average Ledger                89,090.49
  94 Checks/Debits     168,656.32    Average Collected             89,090.49
Service Charge               1.50
Interest Paid                 .00
Current Balance        108,430.04
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees year to date | $.00 | $.00 |
| Return item fees year to date | $.00 | $.00 |

## D E P O S I T S   A N D   A D D I T I O N S

| Date | Description | Amount |
|---|---|---|

# BANK 🏛 INDEPENDENT®

BIBANK.COM | MEMBER FDIC | ⌂ EQUAL HOUSING LENDER | 877.865.5050

| PO BOX 5000 | SHEFFIELD, AL 35660 |

www.bibank.com

Small Business Checking          ███4641  (Continued)

| Date | Description | Amount |
|------|-------------|--------|
| 8/02 | KS Service K & S Services<br>CCD   C3-31724 | 10,806.26 |
| 8/02 | EDI PYMNTS American Welding<br>CTX   000000000022479<br>ST*820*000000121\<br>BPR*U*997.19*C*ACH*CTX*01*1210<br>00248*DA*4336896196*361169260 7 | 997.19 |
| 8/07 | PAYMENTJNL CONTINENTAL CARB<br>PPD | 997.36 |
| 8/07 | Invoices   Controlled Fluid<br>CCD   000051 | 429.24 |
| 8/08 | Deposit | 30,253.78 |
| 8/08 | Deposit | 16,408.77 |
| 8/08 | Deposit | 151.17 |
| 8/09 | KS Service K & S Services<br>CCD   C3-31818 | 7,547.97 |
| 8/09 | DEPOSIT   MERCHANT BANKCD<br>CCD   496280481888 | 709.00 |
| 8/12 | DEPOSIT   MERCHANT BANKCD<br>CCD   496280481888 | 582.72 |
| 8/15 | PAYMENTS  RAINSVILLE<br>CCD   NA<br>DTM*TXT\ | 450.00 |
| 8/15 | Deposit | 23,127.39 |
| 8/16 | EDI PYMNTS American Welding<br>CTX   000000000022743<br>ST*820*000000084\<br>BPR*U*4008.29*C*ACH*CTX*01*121<br>000248*DA*4336896196*361169260 | 4,008.29 |
| 8/16 | DEPOSIT   MERCHANT BANKCD<br>CCD   496280481888 | 2,188.91 |
| 8/21 | DEPOSIT   MERCHANT BANKCD<br>CCD   496280481888 | 454.00 |
| 8/21 | Invoices   Controlled Fluid<br>CCD   000051 | 258.72 |
| 8/22 | Deposit | 55,315.89 |
| 8/23 | KS Service K & S Services<br>CCD   C3-32033 | 6,739.70 |
| 8/23 | PAYMENTJNL CONTINENTAL CARB<br>PPD | 755.53 |
| 8/26 | CNTRCT PMT COE<br>CCD   W912P918P0094<br>RMT*IV*27856*33547.63\<br>REF*CT*W912P918P0094*DO;NA\ | 33,547.63 |
| 8/27 | PAYMENTJNL CONTINENTAL CARB<br>PPD | 911.20 |
| 8/27 | Deposit | 36,141.97 |
| 8/28 | Invoices   Controlled Fluid<br>CCD   000051 | 118.58 |

# BANK ▥ INDEPENDENT®

BIBANK.COM | MEMBER FDIC | ⌂ EQUAL HOUSING LENDER | 877.865.5050

| PO BOX 5000 | SHEFFIELD, AL 35660 |

www.bibank.com

Small Business Checking              4641  (Continued)

## D E P O S I T S   A N D   A D D I T I O N S

| Date | Description | Amount |
|------|-------------|--------|
| 8/29 | PAYMENTS    RAINSVILLE<br>CCD    NA<br>DTM*TXT\ | 472.70 |
| 8/30 | KS Service K & S Services<br>CCD    C3-32222 | 703.30 |

## W I T H D R A W A L S   A N D   D E D U C T I O N S

| Date | Description | Amount |
|------|-------------|--------|
| 8/01 | TAXES      PAYCHEX TPS<br>CCD    8298460036471x | 7,044.81- |
| 8/02 | 401kcontri I EPLAN SVCS PAD<br>PPD | 1,069.66- |
| 8/05 | DBT CRD 0000 08/02/19 04125146<br>FASTENAL C<br>2603 HIGHWAY 31 SW<br>HARTSELLE    AL C#0120 | 6.90- |
| 8/05 | DEPOSIT    MERCHANT BANKCD<br>CCD    496280481888 | 63.19- |
| 8/07 | DBT CRD 0000 08/06/19 03433640<br>FASTENAL C<br>2603 HIGHWAY 31 SW<br>HARTSELLE    AL C#0120 | 15.92- |
| 8/08 | DBT CRD 0000 08/08/19 31344878<br>MSC<br>75 Maxess Rd<br>800-645-7270  NY C#0120 | 20.78- |
| 8/08 | ACH Offset Bank to Bank<br>CCD    1631277267 | 8,425.87- |
| 8/08 | ACH Offset Bank to Bank<br>CCD    1631277267 | 850.10- |
| 8/12 | INVOICE    PAYCHEX EIB<br>CCD    X83030000035324 | 189.50- |
| 8/13 | XEROX INVC XEROX CORP.<br>CTX    1859449 | 452.99- |
| 8/15 | DBT CRD 0000 08/14/19 35793330<br>FASTENAL C<br>2603 HIGHWAY 31 SW<br>HARTSELLE    AL C#0120 | 17.90- |
| 8/15 | UPS BILL    U. P. S.<br>CCD    192080000R36A03 | 211.97- |
| 8/16 | TAXES      PAYCHEX TPS<br>CCD    83212800005345X | 7,888.61- |
| 8/16 | GARNISH    PAYCHEX CGS<br>CCD    COL0086976165 | 142.15- |
| 8/19 | 401kcontri I EPLAN SVCS PAD<br>PPD | 1,065.21- |

*cmatthews @ bi bi bank.com*

www.bibank.com

|  |  |  |
|---|---|---|
| Date 8/30/19 | Page 4 |  |
| Account | 4641 |  |
| No. Checks | 68 |  |

Small Business Checking 4641 (Continued)

### W I T H D R A W A L S   A N D   D E D U C T I O N S

| Date | Description | Amount |
|---|---|---|
| 8/19 | DBT CRD 0000 08/17/19 59601062 | 145.06- |
|  | VBS*VONAGE |  |
|  | 3200 Windy Hill Rd |  |
|  | 866-901-0242  GA C#0120 |  |
| 8/21 | DBT CRD 0000 08/20/19 03384348 | 10.66- |
|  | FASTENAL C |  |
|  | 2603 HIGHWAY 31 SW |  |
|  | HARTSELLE     AL C#0120 |  |
| 8/21 | TAXES     PAYCHEX TPS | 2,371.75- *Audit Taxes* |
|  | CCD   83272200001280X |  |
| 8/22 | CHARTER CO CHARTER COMMUNIC | 114.98- |
|  | CCD   0210155566   SPA |  |
| 8/22 | DIRECT DBT   AL-DEPT OF REV | 60.88- |
|  | CCD       730103424 |  |
| 8/22 | Alabama.go AL ONESPOT TAX | 53.42- |
|  | CCD   20194508626 |  |
| 8/27 | PMX TEST   Paymode-X | .10- |
|  | CCD   F101341478 |  |
| 8/28 | PREM PMT   BCBS OF AL | 5,251.13- |
|  | CCD   20880999 |  |
| 8/28 | Ins Pmt   Sentry Insurance | 2,268.63- |
|  | CCD   66003231 |  |
| 8/29 | ACH Offset Bank to Bank | 18,825.41- |
|  | CCD   1631277267 |  |
| 8/30 | ACH Monthly Fee | 25.00- |
| 8/30 | Account Analysis Charge | 36.05- |
| 8/30 | Withdrawal | 27,975.15-DR |
| 8/30 | Withdrawal | 6,531.61-DR |
| 8/30 | Withdrawal | 16.00-DR |
| 8/30 | TAXES     PAYCHEX TPS | 7,950.37- |
|  | CCD   83411800008283X |  |
| 8/30 | UPS BILL   U. P. S. | 533.51- |
|  | CCD   192220000R36A03 |  |
| 8/30 | UPS BILL   U. P. S. | 467.45- |
|  | CCD   192150000R36A03 |  |
| 8/30 | UPS BILL   U. P. S. | 353.68- |
|  | CCD   192290000R36A03 |  |
| 8/30 | GARNISH   PAYCHEX CGS | 142.15- |
|  | CCD   COL0087246836 |  |
| 8/30 | Service Charge | 1.50-SC |

Handwritten notes: $3844.57 - Her; $825.- Kren; $1600.- Cresp; $11,555.84 - Vance work; + .10; + $62.55; + 16.00; 78.65

### S U M M A R Y   B Y   C H E C K   N U M B E R

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 8/01 | 2103 | 2,216.27 | 8/19 | 2121* | 207.90 |
| 8/09 | 2107* | 588.26 | 8/06 | 2135* | 100.00 |
| 8/07 | 2111* | 209.13 | 8/19 | 2149* | 4,392.84 |

* Denotes missing check numbers

**BANK INDEPENDENT®**

BIBANK.COM | MEMBER FDIC | ⌂ EQUAL HOUSING LENDER | 877.865.5050

PO BOX 5000 | SHEFFIELD, AL 35660

www.bibank.com

Date   8/30/19          Page      5
Account                    ●4641
No. Checks                    68

Small Business Checking          ●4641   (Continued)

## SUMMARY BY CHECK NUMBER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 8/05 | 2150 | 1,000.00 | 8/30 | 2193* | 45.00 |
| 8/01 | 2159* | 75.00 | 8/30 | 2194 | 1,259.75 |
| 8/12 | 2161* | 100.00 | 8/30 | 2196* | 1,194.00 |
| 8/01 | 2163* | 444.72 | 8/30 | 2197 | 266.19 |
| 8/06 | 2164 | 100.00 | 8/30 | 2208* | 154.00 |
| 8/07 | 2165 | 1,013.22 | 8/30 | 2210* | 3,119.88 |
| 8/19 | 2166 | 1,158.39 | 8/29 | 2212* | 746.82 |
| 8/30 | 2167 | 1,728.00 | 8/29 | 2213 | 1,219.82 |
| 8/07 | 2168 | 712.50 | 8/29 | 2214 | 891.69 |
| 8/16 | 2169 | 92.00 | 8/29 | 2217* | 1,248.94 |
| 8/12 | 2170 | 3,500.00 | 8/30 | 2218 | 2,034.69 |
| 8/23 | 2171 | 608.20 | 8/29 | 2220* | 913.74 |
| 8/16 | 2172 | 1,219.84 | 8/30 | 2221 | 915.13 |
| 8/15 | 2173 | 738.94 | 8/29 | 2224* | 1,485.82 |
| 8/19 | 2174 | 1,992.03 | 8/09 | 10298* | 468.65 |
| 8/30 | 2175 | 1,116.62 | 8/06 | 10299 | 1,219.82 |
| 8/15 | 2176 | 1,417.94 | 8/05 | 10300 | 791.45 |
| 8/16 | 2177 | 1,433.98 | 8/07 | 10301 | 1,047.77 |
| 8/16 | 2178 | 1,788.25 | 8/07 | 10302 | 617.35 |
| 8/15 | 2179 | 469.80 | 8/05 | 10303 | 1,128.53 |
| 8/23 | 2180 | 3,018.01 | 8/06 | 10304 | 1,430.00 |
| 8/23 | 2181 | 3,345.90 | 8/05 | 10305 | 1,793.59 |
| 8/16 | 2182 | 355.00 | 8/07 | 10306 | 3,018.01 |
| 8/19 | 2183 | 571.00 | 8/07 | 10307 | 3,345.90 |
| 8/19 | 2184 | 700.00 | 8/07 | 10309* | 378.62 |
| 8/26 | 2186* | 350.00 | 8/06 | 10310 | 543.45 |
| 8/29 | 2188* | 15.40 | | | |

* Denotes missing check numbers

## DAILY BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/01 | 33,229.79 | 8/12 | 68,365.08 | 8/23 | 125,617.91 |
| 8/02 | 43,963.58 | 8/13 | 67,912.09 | 8/26 | 158,815.54 |
| 8/05 | 39,179.92 | 8/15 | 88,632.93 | 8/27 | 195,868.61 |
| 8/06 | 35,408.03 | 8/16 | 81,910.30 | 8/28 | 188,467.43 |
| 8/07 | 26,854.83 | 8/19 | 71,677.87 | 8/29 | 163,592.49 |
| 8/08 | 64,371.80 | 8/21 | 70,008.18 | 8/30 | 108,430.04 |
| 8/09 | 71,571.86 | 8/22 | 125,094.79 | | |

## END OF STATEMENT

Case 18-80892-CRJ11    Doc 206    Filed 09/13/19    Entered 09/13/19 11:04:10    Desc
Main Document      Page 25 of 25