## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** JIT INDUSTRIES, INC    **CASE NO.:** 18-80892-CRJ-11    **MONTH ENDING** 9-30

### Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1.  YES ✓ NO____  All post petition business taxes have been paid/deposited and the deposit slips are attached.

    YES ✗ NO____  All post petition individual taxes have been paid and the deposit slips are attached.

    If you answered "No" to the above, list the types of taxes that are now due and owing.

    | TYPE OF TAX | AMOUNT |
    |---|---|
    | _____ | $ _____ |
    | _____ | $ _____ |
    | _____ | $ _____ |
    | _____ | $ _____ |

2.  YES ✗ NO____  Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

    If no, enter:    TYPE_____ not in force.

    TYPE_____ not in force.

3.  YES ✓ NO____  New books and records were opened and are being maintained daily.

4.  YES ✗ NO____  Copies of all banks statements and reconciliations are attached.

5.  YES ✓ NO____  I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6.  YES ✗ NO____  All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE: 10-14-19                    _Steve McComb_
                                  RESPONSIBLE PARTY

Phone No.: 256-787-2848

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: IJIT INDUSTRIES, INC    CASE NO.: 18-80892-CRJ11    MONTH ENDING: 9-30

### Attach Business Forms BA-02(A-D)
### BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | −Accrual   (Circle One)   −Cash |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A. CASH ON HAND (Beginning) 94,414.24

B. RECEIPTS:

Accounts Receivable from Form BA-02(A)-Line II(C) 119,374.56

Cash Sales _____

Loan Proceeds from _____

Sale of Property _____
(Not in ordinary course of business)

Other _____ _____

_____

C. TOTAL RECEIPTS 119,374.56
(Total of B)

D. BUSINESS DISBURSEMENTS FROM FORM BA-02(B) 94,442.75

E. SURPLUS OR DEFICIT 24,931.81
(C minus D)

F. CASH ON HAND (End) 119,346.05
(A plus E)

1. REVENUE FROM TOTAL SALES $234,980.10

2. LESS COST OF THOSE SALES 95,416.34
(Cost of materials, Labor, etc.)

3. EQUALS GROSS PROFIT (1 minus 2) 139,563.76

4. LESS OPERATING EXPENSES 94,442.75

5. EQUALS NET PROFIT OPERATIONS (3 minus 4) 45,121.01

6. NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

_____ _____

_____ _____

_____ _____

7. EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6) $43,121.01

\* *Please itemize Cost of Sales and Expenses on a separate sheet of paper.*

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE 10-14-19

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC          CASE NO.: 18-80892-CRJ-11          MONTH ENDING: 9-30

Attach to Business Form BA-02

## BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.  **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.  **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

    A.  Amount collected this month on accounts
        receivable charged and paid this month.                    $ 4,366.39

    B.  Amount collected this month on accounts
        receivable charged in prior months
        and paid this month.                                      $ 115,008.17

    C.  TOTAL collected this month on accounts
        receivable.                                               $ 119,374.56

III.  **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
|  | $ |  |  |  | $ |
|  |  | *see attached |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** | $ |  |  |  | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE: 10-14-19                              _____
                                            RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(A)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC    CASE NO. : 18-80892-CRJ11    MONTH ENDING: 9 30

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month. (Check, if true.)

2. __X__ No secured loan payments have been paid during this month. (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| Phillip Hill | Judgment | | | | |
| Rod Hill | Judgment | | | | |
| Danny Overbee | Judgment | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE 10-14-19              _RESPONSIBLE PARTY_

Bankruptcy Administrator Form - Business BA-02(C)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: IJT INDUSTRIES, INC          CASE NO.: 18-80892-CRJ-11     MONTH ENDING: 9-30

Attach to Business Form BA-02
### BUSINESS DEBTOR'S TAX PAYMENTS

#### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| | * see attached | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

#### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

#### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE: 10-24-19                          _____
                                        RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(D)

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** JIT INDUSTRIES, INC    **CASE NO.:** 18-80892-CRJ-11    **MONTH ENDING:** 9-30

### BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Bank Independent | # 4641 | 94,414.24 | 9-30 | Pre |
| | | | | |
| | | | | |

### GROSS PAYROLL
(Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1 (Name) Ginger McComb | $ | 9615.38 |
| Officer #2 (Name) Matt McComb | $ | 9615.38 |
| Other Officer (Name) | $ | |
| Employees (Number) 13 | $ | |
| Employees (Relatives) 1 | $ | |
| Name Marvin Gillespie | $ | 2710.25 |
| Name | $ | |

### INVENTORY (IF APPLICABLE)

| | | |
|---|---|---|
| Inventory - Beginning of Month (COST) | $ | |
| Inventory - Purchased this Month - CASH | $ | |
| Inventory - Purchased this Month - CREDIT | $ | |
| Inventory - End of Month (COST) | $ | |

### PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

___ A. No payments on pre-petition debts have been made this month.
___ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 10-14-19 _____ Ginger McComb _____
                                    RESPONSIBLE PARTY

Inventory fluctuates in manufacturing.
Adjustments are made accordingly.

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, NC          CASE NO. 18-80892-CRJ-11          MONTH ENDING: 9-30

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

_____ A. All operating expenses since the beginning of this case have been paid. Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

_X_ B. Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | |
| *see attached | | | | | |
| *negative numbers are either prepayments for material or credits from vendors | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $ | $ | $ | $ | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 10-14-19                          _____
                                        RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-03(A)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JD INDUSTRIES, INC.     CASE NO.: 18-80892-CRJ-11     MONTH ENDING: 9-30

#### File for Each Quarter
## BUSINESS DEBTOR'S BALANCE SHEET

**I.  ASSETS**

Current:

| | | |
|---|---|---|
| Cash | | $ *see attached* |
| Inventory | | $_____ |
| Accounts Receivable | | $_____ |
| Other | | $_____ |
| Total Current Assets | (a) | $_____ |

Fixed:

| | | |
|---|---|---|
| Property & Equipment | | $_____ |
| Accumulated Depreciation | | $ <_____> |
| Other | | $_____ |
| Total Fixed Assets | (b) | $_____ |

Total Assets         (a + b) = (c)     $_____

**II. LIABILITIES**

Current:

| | | |
|---|---|---|
| Post Chapter 11 Payables | | $_____ |
| Taxes Payable | | $_____ |
| Accrued Professional Fees | | $_____ |
| Accrued Expenses | | $_____ |
| Notes Payable | | $_____ |
| Current Portion Long Term Debt | | $_____ |
| Other | | $_____ |
| Total Current Liabilities | (d) | $_____ |

Long Term Debt:

| | | |
|---|---|---|
| Pre-Chapter 11 Payables | | $_____ |
| Notes & Loans Payable | | $_____ |
| Less Current Portion | | $ <_____> |
| Other | | $_____ |
| Total Long Term Debt | (e) | $_____ |

Total Liabilities         (d + e) = (f)     $_____

STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH

| | | |
|---|---|---|
| Capital Stock | (g) | $_____ |
| Retained Earnings (Deficit) | (h) | $_____ |
| Current Surplus (Deficit) | (i) | $_____ |

Total Liabilities & Stockholder
Equity/Net Worth         (f) + (g) + (h) + (i) $_____

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE 10-14-19                         _Steve McCord_
                                      RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-04

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JT INDUSTRIES, INC.    CASE NO.: 18-80892-CRJ11    MONTH ENDING: 9-30

### File for Each Quarter
### by the 15th of the Month Following the End of the Quarter

## BUSINESS DEBTOR'S QUARTERLY INCOME STATEMENT

```
TOTAL REVENUE (SALES)                         (a)  $  *see attached
   Cost of Sales:
              Materials              $_____
              Labor                  $_____
              Purchased Services     $_____
       Total Cost of Sales               (b)  $_____
       Gross Profit         (a - b) = (c)  $_____

OPERATING EXPENSES
              Management Salary                $_____
              Other Salary Expense             $_____
              Payroll Expenses                 $_____
              Outside Services & Contractors   $_____
              Supplies (office & operating)    $_____
              Repairs & Maintenance            $_____
              Advertising                      $_____
              Auto Expense                     $_____
              Delivery                         $_____
              Accounting & Legal               $_____
              Rent                             $_____
              Telephone                        $_____
              Travel & Entertainment           $_____
              Utilities                        $_____
              Insurance                        $_____
              Taxes real estate, property, etc.) $_____
              Interest                         $_____
              Depreciation                     $_____
              Other Operating Expenses (describe) $_____
              _____         $_____
              _____         $_____
       Total Operating Expenses:         (d)  $_____

       Net Profit/(Loss) from Operations (c - d)=(e)  $_____

       Non-Operating Income/Expenses  $_____
                                      $_____
       _____       $_____
       Total                          (f)  $_____

       Net Profit/(Loss)         (e - f)  $_____
```

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF

DATE 10-14-19                          _____
                                       RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-04

# JIT Industries, Inc.
## A/R Aging Summary
### As of September 30, 2019

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| | 19,666.60 | 0.00 | 0.00 | 0.00 | 0.00 | 19,666.60 |
| | 1,469.67 | 0.00 | 0.00 | 0.00 | 0.00 | 1,469.67 |
| | 2,220.00 | 8,958.00 | 0.00 | 0.00 | 0.00 | 11,178.00 |
| | 0.00 | 0.00 | 3,906.11 | 0.00 | 0.00 | 3,906.11 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 437.66 | 437.66 |
| | 0.00 | 0.00 | 0.00 | 619.71 | 0.00 | 619.71 |
| | 8,779.54 | 339.86 | 936.93 | 0.00 | 0.00 | 10,056.33 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 9,323.28 | 9,323.28 |
| | 44,597.35 | 25,223.51 | 381.83 | 781.74 | 2,453.76 | 73,438.19 |
| | 12,054.50 | 0.00 | 0.00 | 0.00 | 0.00 | 12,054.50 |
| | 2,645.60 | 1,219.09 | 0.00 | 0.00 | 0.00 | 3,864.69 |
| | 38,502.66 | 2,087.30 | 0.00 | 885.00 | 0.00 | 41,474.96 |
| | 237.21 | 0.00 | 0.00 | 0.00 | 0.00 | 237.21 |
| | 12,348.10 | 0.00 | 0.00 | 0.00 | 980.80 | 13,328.90 |
| | 322.20 | 0.00 | 0.00 | 0.00 | 0.00 | 322.20 |
| | 0.00 | 1,353.00 | 0.00 | 0.00 | 0.00 | 1,353.00 |
| | 0.00 | 370.51 | 0.00 | 0.00 | 0.00 | 370.51 |
| | 1,382.15 | 4,139.34 | 0.00 | 0.00 | 0.00 | 5,521.49 |
| | 0.00 | 0.00 | 1,805.31 | 0.00 | 0.00 | 1,805.31 |
| | 10,053.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,053.00 |
| | 0.00 | 12,437.00 | 0.00 | 0.00 | 0.00 | 12,437.00 |
| | 1,821.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,821.00 |
| | 902.48 | 0.00 | 1,538.75 | 0.00 | 0.00 | 2,441.23 |
| | 9,434.87 | 4,755.01 | 0.00 | 0.00 | 0.00 | 14,189.88 |
| | 0.00 | 0.00 | 0.00 | 0.00 | -0.88 | -0.88 |
| | 11,519.38 | 6,400.94 | 0.00 | 0.00 | 0.00 | 17,920.32 |
| | 1,692.45 | 0.00 | 0.00 | 0.00 | 0.00 | 1,692.45 |
| | 0.00 | 2,847.54 | 0.00 | 0.00 | 0.00 | 2,847.54 |
| | 0.00 | 966.62 | 0.00 | 0.00 | 0.00 | 966.62 |
| | 1,045.07 | 9,181.84 | 0.00 | 0.00 | 0.00 | 10,226.91 |
| | 4,900.20 | 0.00 | 0.00 | 0.00 | 0.00 | 4,900.20 |
| | 827.17 | 0.00 | 0.00 | 0.00 | 0.00 | 827.17 |
| | 0.00 | 2,077.50 | 0.00 | 0.00 | 0.00 | 2,077.50 |
| | 0.00 | 1,153.10 | 0.00 | 0.00 | 0.00 | 1,153.10 |
| | 797.31 | 0.00 | 0.00 | 0.00 | 0.00 | 797.31 |
| | 0.00 | 130.00 | 0.00 | 0.00 | 0.00 | 130.00 |
| | 2,000.00 | 1,687.25 | 50.00 | 0.00 | 43.60 | 3,780.85 |
| | 22,461.83 | 6,103.95 | 0.00 | -690.00 | 313.43 | 28,189.21 |
| | 0.00 | 4,544.00 | 0.00 | 0.00 | 0.00 | 4,544.00 |
| | 3,088.54 | 799.97 | 0.00 | 0.00 | 0.00 | 3,888.51 |
| | 0.00 | 409.38 | 0.00 | 0.00 | 0.00 | 409.38 |
| | 738.22 | 0.00 | 0.00 | 0.00 | 0.00 | 738.22 |
| | 2,373.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,373.00 |
| | 1,415.93 | 0.00 | 0.00 | 0.00 | 0.00 | 1,415.93 |
| | 184.46 | 0.00 | 0.00 | 0.00 | 0.00 | 184.46 |
| | 3,206.35 | 4,005.14 | 0.00 | 0.00 | 0.00 | 7,211.49 |
| **TOTAL** | **222,686.84** | **101,189.85** | **8,618.93** | **1,596.45** | **13,551.65** | **347,643.72** |

Case 18-80892-CRJ11    Doc 210    Filed 10/15/19    Entered 10/15/19 11:38:26    Desc
Main Document    Page 10 of 24

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 09/13/19: $26,318.59**

## TRANSACTION SUMMARY

| SUMMARY BY TRANSACTION TYPE - | |
|---|---|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 7,862.35 |
| TOTAL NEGOTIABLE CHECKS | 18,456.24 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | 26,318.59 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 1,453.64 |
| CASH REQUIRED FOR CHECK DATE 09/13/19 | 27,772.23 |

## TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER -** *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---|---|
| 09/13/19 | BANK INDEPENDENT | xxxxxx4641 | Garnishment | Employee Deductions | | 142.15 |
| 09/13/19 | BANK INDEPENDENT | xxxxxxx4641 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 1,575.98 | |
| | | | | Medicare | 368.58 | |
| | | | | Fed Income Tax | 2,694.62 | |
| | | | | AL Income Tax | 954.01 | |
| | | | | **Total Withholdings** | **5,593.19** | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 1,556.38 | |
| | | | | Medicare | 363.99 | |
| | | | | Fed Unemploy | 16.76 | |
| | | | | AL Unemploy | 188.21 | |
| | | | | AL Emp Sec Asm | 1.67 | |
| | | | | **Total Liabilities** | **2,127.01** | |
| | | | | | **EFT FOR 09/13/19** | 7,720.20 |
| | | | | | **TOTAL EFT** | 7,862.35 |

**NEGOTIABLE CHECKS -** *Check amounts will be debited when payees cash checks. Funds must be available on check date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | TOTAL |
|---|---|---|---|---|---|
| 09/13/19 | BANK INDEPENDENT | xxxxxx4641 | Payroll | Check Amounts | 18,456.24 |
| | | | | **TOTAL NEGOTIABLE CHECKS** | 18,456.24 |

Cash Requirements

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 09/13/19: $26,318.59**

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** - *Paychex does not remit these funds. You must ensure accurate and timely payment of applicable items.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 09/13/19 | Refer to your records for account Information | | Payroll | Employee Deductions | | |
| | | | | 401K AdvSel EE CUC | 66.02 | |
| | | | | 401K AdvSel EE Pre | 1,000.00 | |
| | | | | Garnishment Fee 2 | 3.00 | |
| | | | | **Total Deductions** | 1,069.02 | |
| | | | | Other Items | | |
| | | | | 401k ER | 384.62 | |
| | | | | **TOTAL OTHER ITEMS** | 384.62 | |
| | | | | **TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** | | 1,453.64 |

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF** - *This information serves as a record of payment.*

| DUE DATE | PRODUCT | DESCRIPTION | |
|---|---|---|---|
| 09/18/19 | Taxpay® | FED IT PMT Group | 6,559.55 |

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 09/26/19: $28,882.82**

## TRANSACTION SUMMARY

**SUMMARY BY TRANSACTION TYPE -**

| | |
|---|---|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 8,576.96 |
| TOTAL NEGOTIABLE CHECKS | 20,305.86 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | 28,882.82 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 1,471.05 |
| CASH REQUIRED FOR CHECK DATE 09/26/19 | 30,353.87 |

## TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER** - *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---|---|
| 09/25/19 | BANK INDEPENDENT | xxxxxx4641 | Garnishment | Employee Deductions | | 142.15 |
| | | | | | **EFT FOR 09/25/19** | **142.15** |
| 09/26/19 | BANK INDEPENDENT | xxxxxx4641 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 1,703.34 | |
| | | | | Medicare | 398.37 | |
| | | | | Fed Income Tax | 2,815.19 | |
| | | | | AL Income Tax | 1,022.25 | |
| | | | | **Total Withholdings** | **5,939.15** | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 1,703.37 | |
| | | | | Medicare | 398.37 | |
| | | | | Fed Unemploy | 31.89 | |
| | | | | AL Unemploy | 358.83 | |
| | | | | AL Emp Sec Asm | 3.20 | |
| | | | | **Total Liabilities** | **2,495.66** | |
| | | | | | **EFT FOR 09/26/19** | **8,434.81** |
| | | | | | | **8,434.81** |
| | | | | | **TOTAL EFT** | **8,576.96** |

**NEGOTIABLE CHECKS** - *Check amounts will be debited when payees cash checks. Funds must be available on check date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | TOTAL |
|---|---|---|---|---|---|
| 09/26/19 | BANK INDEPENDENT | xxxxxx4641 | Payroll | Check Amounts | 20,305.86 |
| | | | | **TOTAL NEGOTIABLE CHECKS** | **20,305.86** |

Cash Requirements

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 09/26/19: $28,882.82**

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** - *Paychex does not remit these funds. You must ensure accurate and timely payment of applicable items.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | |
|---|---|---|---|---|---|
| 09/26/19 | Refer to your records for account information | | Payroll | Employee Deductions | |
| | | | | 401K AdvSel EE CUC | 83.43 |
| | | | | 401K AdvSel EE Pre | 1,000.00 |
| | | | | Garnishment Fee 2 | 3.00 |
| | | | | Total Deductions | 1,086.43 |
| | | | | Other Items | |
| | | | | 401k ER | 384.62 |
| | | | | TOTAL OTHER ITEMS | 384.62 |

**TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES**  **1,471.05**

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF** - *This information serves as a record of payment.*

| DUE DATE | PRODUCT | DESCRIPTION | |
|---|---|---|---|
| 10/02/19 | Taxpay® | FED IT PMT Group | 7,018.64 |

TOTAL

# JIT Industries, Inc.
## Reconciliation Summary
### 10001 · BANK INDEPENDENT, Period Ending 09/30/2019

|  | Sep 30, 19 |  |
|---|---|---|
| **Beginning Balance** |  | 108,430.04 |
| Cleared Transactions |  |  |
| Checks and Payments - 107 items | -133,390.36 |  |
| Deposits and Credits - 30 items | 119,374.56 |  |
| **Total Cleared Transactions** | -14,015.80 |  |
| **Cleared Balance** |  | **94,414.24** |
| Uncleared Transactions |  |  |
| Checks and Payments - 13 items | -13,261.17 |  |
| **Total Uncleared Transactions** | -13,261.17 |  |
| **Register Balance as of 09/30/2019** |  | **81,153.07** |
| **Ending Balance** |  | 81,153.07 |

Date 9/30/19        Page ██46█
Account                    8
No. Checks

JIT Industries Inc
Debtor in Possession
PO Box 2023
Madison AL 35758-5414

A C C O U N T   S U M M A R Y

| Account Number | Type of Account | Current Balance | Chec |
|---|---|---|---|
| ██4641 | Small Business Checking | 94,414.24 | |

C H E C K I N G   A C C O U N T

Refer your family and friends to Bank Independent and earn up to $500!
Learn more and register at referlive.com/bibank.com.

Small Business Checking
| | | | |
|---|---|---|---|
| Account Number | ██4641 | No. Checks | 8 |
| Previous Balance | 108,430.04 | Statement Dates | 9/03/19 thru  9/30/1 |
| 24 Deposits/Credits | 119,374.56 | Days in the statement period | 2 |
| 106 Checks/Debits | 133,390.36 | Average Ledger | 122,237.3 |
| Service Charge | .00 | Average Collected | 122,237.3 |
| Interest Paid | .00 | | |
| Current Balance | 94,414.24 | | |

| | Total For This Period | Tota Year-to-Dat |
|---|---|---|
| Overdraft item fees year to date | $.00 | $.0 |
| Return item fees year to date | $.00 | $.0 |

D E P O S I T S   A N D   A D D I T I O N S

| Date | Description | Amount |
|---|---|---|

Small Business Checking              4641  (Continued)

## D E P O S I T S   A N D   A D D I T I O N S

| Date | Description | Amount |
|---|---|---|
| 9/04 | Invoices   Controlled Fluid CCD   000051 | 705.60 |
| 9/04 | DEPOSIT    MERCHANT BANKCD CCD   496280481838 | 250.00 |
| 9/05 | Deposit | 897.73 |
| 9/06 | PAYMENTJNL CONTINENTAL CARB PPD | 3,240.27 |
| 9/09 | DEPOSIT    MERCHANT BANKCD CCD   496280481888 | 250.00 |
| 9/10 | CORP PAY   ELECTRIFIL CORP CCD   JIT | 614.32 |
| 9/10 | Deposit | 31,401.81 |
| 9/12 | Deposit | 25,305.48 |
| 9/13 | PAYMENTJNL CONTINENTAL CARB PPD | 7,086.00 |
| 9/13 | KS Service K & S Services CCD   C3-32405 | 2,423.70 |
| 9/18 | DEPOSIT    MERCHANT BANKCD CCD   496280481888 | 1,152.33 |
| 9/18 | Invoices   Controlled Fluid CCD   000051 | 199.92 |
| 9/19 | Deposit | 11,124.46 |
| 9/19 | Deposit | 1,536.00 |
| 9/19 | Deposit | 184.80 |
| 9/20 | KS SERVICE K & S Services CCD   C3-32527 | 16,874.59 |
| 9/20 | EDI PYMNTS American Welding CTX   000000000023488 ST*820*000000094 BPR*U*7038.2*C*ACH*CTX*01*1210 00248*DA*4336896196*3611692607 | 7,038.20 |
| 9/20 | ACH PMTS   CMD CORPORATION PPD | 2,047.71 |
| 9/23 | DEPOSIT    MERCHANT BANKCD CCD   496280481888 | 250.00 |
| 9/25 | Invoices   CONTROLLED FLUID CCD   000051 | 689.92 |
| 9/27 | PAYMENTJNL CONTINENTAL CARB PPD | 5,014.19 |
| 9/27 | EDI PYMNTS American Welding CTX   000000000023590 ST*820*000000080 BPR*U*331.48*C*ACH*CTX*01*1210 00248*DA*4336896196*3611692607 | 331.48 |
| 9/30 | PAYMENTS   RAINSVILLE CCD   NA DTM*TXT | 506.05 |
| 9/30 | Deposit | 250.00 |

Small Business Checking            ██ 4641    (Continued)

## W I T H D R A W A L S   A N D   D E D U C T I O N S

| Date | Description | Amount |
|------|-------------|--------|
| 9/03 | 401kcontri I EPLAN SVCS PAD PPD | 1,078.17- |
| 9/03 | DEPOSIT    MERCHANT BANKCD CCD   496280481888 | 123.98- |
| 9/06 | DBT CRD 0000 09/05/19 34057893 MARCOS PIZ 1091 HIGHWAY 31 NW HARTSELLE    AL C#0120 | 73.94- |
| 9/06 | WEBPAYMENT HGRINDUSTRIALSUR WEB | 788.60- |
| 9/09 | DBT CRD 1748 09/06/19 05078880 Walmart.co Walmart.com Bentonville   AR C#0120 | 88.05- |
| 9/10 | DBT CRD 0000 09/09/19 03232406 FASTENAL C 2603 HIGHWAY 31 SW HARTSELLE    AL C#0120 | 3.82- |
| 9/10 | ACH Offset Bank to Bank CCD   1631277267 | 1,016.44- |
| 9/10 | INVOICE    PAYCHEX EIB CCD   X83417400025031 | 226.90- |
| 9/13 | TAXES    PAYCHEX TPS CCD   83602000003340X | 7,720.20- |
| 9/13 | GARNISH    PAYCHEX CGS CCD   COL0087520675 | 142.15- |
| 9/16 | DBT CRD 0144 09/13/19 68928681 HUNTSVILLE 4600 RESEARCH PARK 2568376767    AL C#0120 | 351.17- |
| 9/16 | 401kcontri I EPLAN SVCS PAD PPD | 1,066.02- |
| 9/18 | DBT CRD 0000 09/17/19 81447280 VBS*VONAGE 3200 Windy Hill Rd 866-901-0242 GA C#0120 | 145.06- |
| 9/20 | Ins Pmt    Sentry Insurance CCD   67428107 | 2,327.63- |
| 9/23 | CHARTER CO CHARTER COMMUNIC CCD   0210155566  SPA | 114.98- |
| 9/23 | DIRECT DBT   AL-DEPT OF REV CCD   745709952 | 30.38- |
| 9/25 | UPS BILL  U. P. S. CCD   192430000R36A03 | 378.68- |
| 9/25 | UPS BILL  U. P. S. CCD   192360000R36A03 | 181.49- |

*(handwritten notation next to 9/10 ACH Offset entry: 519  497.44)*

Small Business Checking          ▬4641  (Continued)

## W I T H D R A W A L S   A N D   D E D U C T I O N S

| Date | Description | Amount |
|------|-------------|--------|
| 9/25 | GARNISH    PAYCHEX CGS | 142.15- |
|      | CCD    COL0087757539 | |
| 9/25 | UPS BILL    U. P. S. | 83.06- |
|      | CCD    192500000R36A03 | |
| 9/26 | TAXES    PAYCHEX TPS | 8,434.81- |
|      | CCD    83756000006062X | |
| 9/27 | 401k Contr I EPLAN SVCS PAD | 1,083.43- |
|      | PPD | |
| 9/30 | ACH Monthly Fee | 25.00- |
| 9/30 | Account Analysis Charge | 10.30- |
| 9/30 | Withdrawal | 20,992.86-DR |

*(handwritten:)* 20,0945.03
+ 881.83
16.⁰⁰   20,976.86

## S U M M A R Y   B Y   C H E C K   N U M B E R

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 9/17 | 1928 | 6,453.25 | 9/17 | 2234 | 1,331. |
| 9/09 | 2185* | 217.50 | 9/18 | 2235 | 1,120. |
| 9/09 | 2187* | 1,566.63 | 9/13 | 2236 | 1,558. |
| 9/11 | 2189* | 385.00 | 9/13 | 2237 | 1,511. |
| 9/18 | 2190 | 584.14 | 9/13 | 2238 | 1,434. |
| 9/30 | 2191 | 1,840.27 | 9/12 | 2239 | 3,018. |
| 9/03 | 2195* | 446.09 | 9/12 | 2240 | 3,345. |
| 9/04 | 2198* | 95.98 | 9/16 | 2241 | 854. |
| 9/12 | 2199 | 128.00 | 9/13 | 2242 | 616. |
| 9/12 | 2200 | 328.50 | 9/16 | 2243 | 801. |
| 9/03 | 2201 | 677.50 | 9/16 | 2245* | 380. |
| 9/09 | 2202 | 86.40 | 9/19 | 2246 | 30. |
| 9/04 | 2204* | 4,123.78 | 9/30 | 2248* | 592. |
| 9/04 | 2205 | 21.10 | 9/25 | 2249 | 762. |
| 9/09 | 2206 | 74.97 | 9/23 | 2250 | 1,392. |
| 9/03 | 2207 | 673.53 | 9/30 | 2251 | 1,353. |
| 9/05 | 2209* | 90.00 | 9/25 | 2252 | 128. |
| 9/05 | 2211* | 110.82 | 9/30 | 2253 | 98. |
| 9/03 | 2215* | 1,281.87 | 9/25 | 2254 | 2,670. |
| 9/03 | 2216 | 981.01 | 9/26 | 2255 | 1,366. |
| 9/03 | 2219* | 591.82 | 9/23 | 2256 | 93. |
| 9/03 | 2222* | 3,018.02 | 9/25 | 2258* | 2,418. |
| 9/03 | 2223 | 3,345.91 | 9/23 | 2259 | 121. |
| 9/05 | 2225* | 200.00 | 9/25 | 2260 | 63. |
| 9/05 | 2226 | 950.00 | 9/27 | 2262* | 2,546. |
| 9/05 | 2227 | 3,500.00 | 9/30 | 2264* | 60. |
| 9/13 | 2228 | 400.00 | 9/30 | 2265 | 338. |
| 9/09 | 2229 | 43.59 | 9/27 | 2266 | 537. |
| 9/09 | 2230 | 125.00 | 9/26 | 2267 | 42. |
| 9/13 | 2231 | 800.76 | 9/27 | 2269* | 176. |
| 9/13 | 2232 | 1,219.83 | 9/30 | 2270 | 73. |
| 9/13 | 2233 | 748.52 | 9/27 | 2271 | 96. |

* Denotes missing check numbers

Small Business Checking            ⬛4641  (Continued)

S U M M A R Y   B Y   C H E C K   N U M B E R

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 9/27 | 2275* | 460.00 | 9/26 | 2285 | 1,505. |
| 9/26 | 2277* | 45.60 | 9/27 | 2286 | 1,648. |
| 9/26 | 2278 | 866.23 | 9/24 | 2287 | 3,018. |
| 9/27 | 2279 | 635.88 | 9/24 | 2288 | 3,345. |
| 9/26 | 2280 | 1,219.82 | 9/26 | 2289 | 712. |
| 9/27 | 2281 | 953.73 | 9/27 | 2290 | 382. |
| 9/30 | 2282 | 1,052.53 | 9/30 | 2291 | 879. |
| 9/30 | 2283 | 1,099.04 | 9/30 | 2292 | 1,571. |
| 9/26 | 2284 | 1,319.20 | | | |

* Denotes missing check numbers

D A I L Y   B A L A N C E

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 9/03 | 96,212.14 | 9/12 | 138,268.42 | 9/23 | 154,835.4 |
| 9/04 | 92,926.88 | 9/13 | 131,625.97 | 9/24 | 148,471.5 |
| 9/05 | 88,973.79 | 9/16 | 128,173.05 | 9/25 | 142,333.5 |
| 9/06 | 91,351.52 | 9/17 | 120,388.12 | 9/26 | 126,820.2 |
| 9/09 | 89,399.38 | 9/18 | 119,891.05 | 9/27 | 123,644.2 |
| 9/10 | 120,168.35 | 9/19 | 132,705.40 | 9/30 | 94,414.2 |
| 9/11 | 119,783.35 | 9/20 | 156,338.27 | | |

E N D   O F   S T A T E M E N T

# JIT Industries, Inc.
## A/P Aging Summary
### As of September 30, 2019

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| AIRGAS/Air Hydro Power | 69.27 | 0.00 | 0.00 | 0.00 | 0.00 | 69.27 |
| ALSTEC INDUSTRIAL LLC | 2,727.25 | 0.00 | 0.00 | 0.00 | 0.00 | 2,727.25 |
| BLUE CROSS BLUE SHIELD | 5,222.13 | 0.00 | 0.00 | 0.00 | 0.00 | 5,222.13 |
| BUEHMAN INDUSTRIES OF GA | 0.00 | 514.00 | 0.00 | 0.00 | 0.00 | 514.00 |
| COMFORT SPRING CORP | 0.00 | -590.40 | 0.00 | 0.00 | 0.00 | -590.40 |
| FARRAR MSTRS SERVICE | 2,562.29 | 0.00 | 0.00 | 0.00 | 0.00 | 2,562.29 |
| FASTCO PIPERG INC | 227.50 | 0.00 | 0.00 | 0.00 | 0.00 | 227.50 |
| FEDEX FREIGHT | 137.20 | 0.00 | 0.00 | 0.00 | 0.00 | 137.20 |
| HALLIB | 0.00 | 410.00 | 0.00 | 0.00 | -45,225.00 | -44,815.00 |
| HARRISON, GAMMONS & RAWLINSON | 0.00 | 0.00 | 0.00 | 0.00 | 47,015.58 | 47,015.58 |
| HERCULES INC | 810.28 | 468.23 | 0.00 | 0.00 | 0.00 | 1,278.51 |
| HUDSON GASES | 385.66 | 0.00 | 0.00 | 0.00 | 0.00 | 385.66 |
| HYDRADYNE/ MISTARIS USA SALES | 502.39 | 0.00 | 0.00 | 0.00 | 0.00 | 502.39 |
| JOE MICHEL EREMO | 0.00 | 0.00 | 0.00 | 0.00 | -10.92 | -10.92 |
| JW BIRGH | 0.00 | 0.00 | -39,151.00 | 0.00 | 0.00 | -39,151.00 |
| KEY STEEL | 263.00 | 0.00 | 0.00 | 0.00 | 0.00 | 263.00 |
| MACHINING | 502.88 | 0.00 | 0.00 | 0.00 | 0.00 | 502.88 |
| MCMASTER-CARR | 81.95 | 0.00 | 0.00 | 0.00 | 0.00 | 81.95 |
| MISC VENDOR | 0.00 | 164.00 | 0.00 | 0.00 | 0.00 | 164.00 |
| MTD MANUFACTURING | 1,939.60 | 0.00 | 0.00 | 0.00 | 0.00 | 1,939.60 |
| PAYCHEX INC | 0.00 | -43.90 | 0.00 | 0.00 | 0.00 | -43.90 |
| SAFETY-KLEEN (temp) | 0.00 | 0.00 | 0.00 | 0.00 | -0.43 | -0.43 |
| SANBORN EQUIPMENT COMPANY | 0.00 | 3,151.08 | 0.00 | 0.00 | 0.00 | 3,151.08 |
| SHERWIN WILLIAMS | 112.46 | 0.00 | 0.00 | 0.00 | 0.00 | 112.46 |
| SOUTHERN FLUID POWER | 0.00 | 0.00 | 4,713.60 | 0.00 | 0.00 | 4,713.60 |
| STAPLES | 207.28 | 0.00 | 0.00 | 0.00 | 0.00 | 207.28 |
| TRIDEX MACHINE | 2,412.50 | 0.00 | 0.00 | 0.00 | 0.00 | 2,412.50 |
| ULINE SHIPPING SUPPLY SPECIALISTS | 1,117.55 | 0.00 | 0.00 | 0.00 | 0.00 | 1,117.55 |
| UPS | 700.59 | 209.24 | 0.00 | 0.00 | 0.00 | 909.83 |
| UPS FREIGHT | 0.00 | 184.39 | 0.00 | 0.00 | 0.00 | 184.39 |
| WORLEY MACHINE ENTERPRISES INC | 2,132.64 | 0.00 | 0.00 | 0.00 | 0.00 | 2,132.64 |
| XEROX CORPORATION | 0.00 | 229.31 | 0.00 | 0.00 | 0.00 | 229.31 |
| **TOTAL** | **22,114.42** | **4,695.95** | **-34,437.40** | **0.00** | **1,779.23** | **-5,847.80** |

# JIT Industries, Inc.
# Balance Sheet
### As of September 30, 2019

|  | Sep 30, 19 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10001 · BANK INDEPENDENT | 102,950.83 |
| **Total Checking/Savings** | 102,950.83 |
| **Accounts Receivable** | |
| 12000 · Accounts Receivable | 348,163.87 |
| **Total Accounts Receivable** | 348,163.87 |
| **Other Current Assets** | |
| 13250 · Undeposited Funds | 250.00 |
| 13500 · Inventory Asset | 22,485.13 |
| 13900 · Due from Invision | 67,181.00 |
| **Total Other Current Assets** | 89,916.13 |
| **Total Current Assets** | 541,030.83 |
| **Fixed Assets** | |
| 14100 · Furniture and Fixtures | 22,430.33 |
| 14300 · Leasehold Improvements | 33,035.96 |
| 14400 · Machinery & Equipment | 309,758.19 |
| 14500 · Transportation Equipment | 46,500.00 |
| 14900 · Accumulated Depreciation | -376,831.46 |
| **Total Fixed Assets** | 34,893.02 |
| **TOTAL ASSETS** | **575,923.85** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | -5,847.80 |
| **Total Accounts Payable** | -5,847.80 |
| **Credit Cards** | |
| 20150 · Corporate Credit Card | 746.99 |
| 20155 · AMERCIAN EXPRESS | 30,639.37 |
| **Total Credit Cards** | 31,386.36 |
| **Other Current Liabilities** | |
| 21000 · Payroll Tax LIABILITY | |
| 22100 · Child Support WH | 142.15 |
| 21000 · Payroll Tax LIABILITY - Other | 27,665.45 |
| **Total 21000 · Payroll Tax LIABILITY** | 27,807.60 |
| 22000 · Other Payroll Liabilities | |
| 22600 · EPLAN SERVICES 401K | -3,384.98 |
| **Total 22000 · Other Payroll Liabilities** | -3,384.98 |
| 22900 · ACCRUED SETTLEMENT | 1,100,000.00 |
| 23000 · Sales Tax Payable | -2,635.26 |
| 26000 · Unearned Revenue | 345.60 |
| **Total Other Current Liabilities** | 1,122,132.96 |
| **Total Current Liabilities** | 1,147,671.52 |
| **Total Liabilities** | 1,147,671.52 |
| **Equity** | |
| 40000 · Capital Stock | 1,000.00 |
| 41000 · Additional Paid in Capital | 100,673.04 |
| 45000 · Retained Earnings | -786,185.01 |
| Net Income | 112,764.30 |
| **Total Equity** | -571,747.67 |
| **TOTAL LIABILITIES & EQUITY** | **575,923.85** |

Case 18-80892-CRJ11    Doc 210    Filed 10/15/19    Entered 10/15/19 11:38:26    Desc
Main Document    Page 22 of 24

# JIT Industries, Inc.
# Profit & Loss
### September 2019

|  | Sep 19 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| **55000 · Sales** |  |
| 55150 · H-Series NFPA Cylinder | 51,933.28 |
| 55250 · A-Series NFPA Cylinder | 41,733.02 |
| 55450 · Accessories | 20,705.90 |
| 55650 · Repair Parts Sales | 185.80 |
| 55700 · Repair Labor Sales | 114,910.82 |
| **Total 55000 · Sales** | 229,468.82 |
| 56000 · Shipping & Freight Fee Income | 5,637.53 |
| **57000 · Finance & Credit Card Income** |  |
| 57100 · Credit Card Courtesy | 33.56 |
| **Total 57000 · Finance & Credit Card Income** | 33.56 |
| 58000 · Terms Discount | -159.81 |
| **Total Income** | 234,980.10 |
| **Cost of Goods Sold** |  |
| 51100 · Freight and Shipping Costs | 5,231.53 |
| 61500 · Cost of Goods Sold | 90,184.81 |
| **Total COGS** | 95,416.34 |
| **Gross Profit** | 139,563.76 |
| **Expense** |  |
| 66000 · Payroll Tax Expenses | 4,622.67 |
| **68000 · MFG/Shop Operating Costs** |  |
| 68100 · Tooling | 976.05 |
| 68200 · Shop Supplies | 2,154.58 |
| 68300 · Shipping & Packaging Supplies | 474.90 |
| **Total 68000 · MFG/Shop Operating Costs** | 3,605.53 |
| 70000 · ALL SALARY & WAGES | 52,544.19 |
| 71825 · Fuel | 1,039.49 |
| 72525 · ACCOUNTANT / PAYROLL SERVICES | -49.90 |
| **72550 · FEE-BANK, LATE, CC Charges** |  |
| 72551 · Interest | 214.59 |
| 72550 · FEE-BANK, LATE, CC Charges - Other | 202.63 |
| **Total 72550 · FEE-BANK, LATE, CC Charges** | 417.22 |
| 72600 · Contract/Casual Labor | 811.90 |
| 72675 · Insurance - General | 7,549.76 |
| 72725 · Legal & Professional Services | 762.50 |
| **73000 · Business Development** |  |
| 73200 · Meals | 381.97 |
| 73300 · Travel | 622.31 |
| 73000 · Business Development - Other | 9,150.40 |
| **Total 73000 · Business Development** | 10,154.68 |
| **74000 · Facilities** |  |
| 74100 · Office Supplies | 1,031.09 |
| 74300 · Internet Charges | 68.13 |
| 74350 · Rent | 6,780.00 |
| 74450 · Maintenance | 352.50 |
| 74600 · Telephone | 433.91 |
| 74650 · Utilities | 4,319.08 |
| **Total 74000 · Facilities** | 12,984.71 |
| **Total Expense** | 94,442.75 |
| **Net Ordinary Income** | 45,121.01 |
| **Net Income** | **45,121.01** |

Case 18-80892-CRJ11    Doc 210    Filed 10/15/19    Entered 10/15/19 11:38:26    Desc
Main Document    Page 23 of 24

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC     CASE NO.: 18-80892-CRJ-11     MONTH ENDING: 9-30

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | | |
|---|---|---|
| ACCOUNTING FEES | $ | 549.907 |
| ADVERTISING | | 9,150.40 |
| AUTOMOBILES/VEHICLES (repairs & maintenance) | | 1039.49 |
| COMMISSIONS/CONTRACT LABOR | | 811.90 |
| INSURANCE (TOTAL) | | 7549.76 |
|    AUTO | $ | |
|    LIABILITY | | |
|    LIFE | | |
|    MEDICAL | | |
|    CASUALTY | | |
|    FIRE & THEFT | | |
|    WORKMAN'S COMP. | | |
|    OTHER | | |
| INTEREST PAID | | 417.22 |
| INVENTORY PURCHASED | | |
| LEGAL FEES | | 762.50 |
| POSTAGE | | |
| RENT/LEASE PAYMENTS ON REAL ESTATE | | 6,780.00 |
| REPAIRS & MAINTENANCE | | 352.50 |
| SALARIES/WAGES PAID | | 52,544.19 |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)] | | |
| SUPPLIES (TOTAL) | | 4636.62 |
|    OFFICE | $ | 1,031.09 |
|    OPERATING | | 3605.53 |
| TRAVEL & ENTERTAINMENT | | 1,004.28 |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)] | | 4,632.67 |
| UNSECURED LOAN PAYMENTS | | |
| UTILITIES (TOTAL) | | 4821.17 |
|    ELECTRICITY | $ | 4319.08 |
|    GAS | | |
|    TELEPHONE | | 433.91 |
|    WATER | | |
|    OTHER   Internet | | 68.13 |
| OTHER BUSINESS DISBURSEMENTS (Specify) | $ | |
| TOTAL BUSINESS DISBURSEMENTS | $ | 94,442.75 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE: 10-14-19

_____
RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(B)