Van–002 [Notice of Hearing] (Rev. 05/14)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 18–80892–CRJ11 |
| JIT Industries, Inc. | **Chapter** 11 |
| **EIN:** 63–1277267 | |
| **Debtor(s)** | |

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

*231* – Third Amended Disclosure Statement Filed by Debtor JIT Industries, Inc. (RE: related document(s)107 Disclosure Statement Filed by Debtor JIT Industries, Inc. (RE: related document(s)1 Chapter 11 Voluntary Petition Non–Individual. Fee Amount $1717 Filed by JIT Industries, Inc. Chapter 11 Plan due by 07/23/2018. Disclosure Statement due by 07/23/2018. Attorney Signature Exhibit B due 04/6/2018. Attorney Signature Page 2 due 04/6/2018. Debtor Signature re: Relief Availability due 04/6/2018. List of Equity Security Holders due 04/6/2018. Inventory of Property due 04/6/2018. Schedule A/B due 04/6/2018. Schedule C due 04/6/2018. Schedule D due 04/6/2018. Schedule E/F due 04/6/2018. Schedule G due 04/6/2018. Schedule H due 04/6/2018. Schedule I due 04/6/2018. Schedule J due 04/6/2018. Schedule J–2 due 04/6/2018. Schedules A/B–J due 04/6/2018. Statement of Financial Affairs due 04/6/2018. Summary of Assets and Liabilities due 04/6/2018.Chapter 11 Statement of Current Monthly Income Form 122B Due 04/6/2018 Incomplete Filings due by 04/6/2018.). (Attachments: # 1 Exhibit "A" Summary of Operating Reports # 2 Exhibit "B" Memorandum of Facts # 3 Exhibit "C" Claims Register # 4 Exhibit "D" Detailed Analysis # 5 Exhibit "E" Profit & Loss Statements # 6 Exhibit "F" Projected Profit & Loss Statements), 141 Disclosure Statement Second Amended Disclosure Statement Filed by Debtor JIT Industries, Inc..). (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Exhibit "C" # 4 Exhibit "D" # 5 Exhibit "E" # 6 Exhibit "F")(Shepard, Tazewell)

**Date:** Monday, January 27, 2020        **Time:** 10:00 AM

**Location:** Federal Building, Cain St Entrance, 3rd Floor Courtroom, Decatur, AL 35601

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non–evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated:  December 23, 2019                 By:

                                          Joseph E. Bulgarella, Clerk
                                          United States Bankruptcy Court

ksv