CHAPTER 11 OPERATING ORDER FORM    04/00              **BUSINESS BA-01**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC    CASE NO. : 18-80892-CRJ-11    MONTH ENDING: 10 31

**Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month**

### BUSINESS DEBTOR'S AFFIRMATIONS

1. YES ✗ NO____  All post petition business taxes have been paid/deposited and the deposit slips are attached.

   YES ✗ NO____  All post petition individual taxes have been paid and the deposit slips are attached.

   If you answered "No" to the above, list the types of taxes that are now due and owing.

   | TYPE OF TAX | AMOUNT |
   |---|---|
   | | $ |
   | | $ |
   | | $ |
   | | $ |

2. YES ✗ NO____  Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

   If no, enter:  TYPE_____not in force.

   TYPE_____not in force.

3. YES ✗ NO____  New books and records were opened and are being maintained daily.

4. YES ✗ NO____  Copies of all banks statements and reconciliations are attached.

5. YES ✗ NO____  I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES ✗ NO____  All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____              _____
Phone No._____         RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC    CASE NO.: 18-80892-CRJ-11    MONTH ENDING: _____

Attach Business Forms BA-02(A-D)
### BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT<br>-Accrual  (Circle One)  -Cash |
|---|---|
| CASH ON HAND (Beginning) is the same figure of cash on Hand (End) of last month. | 1. REVENUE FROM TOTAL SALES $ 183,933.76 |
| A. CASH ON HAND (Beginning) 248,757.45 | 2. LESS COST OF THOSE SALES 35,178.73 (Cost of materials, Labor, etc.) |
| B. RECEIPTS: | |
| Accounts Receivable from Form BA-02(A)-Line II(C) 369,771.52 | 3. EQUALS GROSS PROFIT (1 minus 2) 148,755.03 |
| Cash Sales _____ | 4. LESS OPERATING EXPENSES 99,358.36 |
| Loan Proceeds from _____ | 5. EQUALS NET PROFIT OPERATIONS (3 minus 4) 49,396.67 |
| Sale of Property (Not in ordinary course of business) | 6. NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES) |
| Other _____ | _____ |
| | _____ |
| C. TOTAL RECEIPTS 369,771.52 (Total of B) | _____ |
| D. BUSINESS DISBURSEMENTS FROM FORM BA-02(B) 99,358.36 | |
| E. SURPLUS OR DEFICIT 270,413.16 (C minus D) | 7. EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6) $ 49,396.67 |
| F. CASH ON HAND (End) 519,170.61 (A plus E) | * Please itemize Cost of Sales and Expenses on a separate sheet of paper. |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE _____    _____ RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC     CASE NO.: 18-80892-CRJ-11     MONTH ENDING: _____

Attach to Business Form BA-02

## BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I. **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II. **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

     A.   Amount collected this month on accounts receivable charged and paid this month.    $ 33,108.33

     B.   Amount collected this month on accounts receivable charged in prior months and paid this month.    $ 336,663.19

     C.   TOTAL collected this month on accounts receivable.    $ 369,771.50

III. **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | $ | | | | $ |
| | | | | | |
| | | see attached | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $ | | | | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _____

_____
RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(A)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC          CASE NO.: 18-80892-CRJ-11      MONTH ENDING: 10-31

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES.................................................$ _____
ADVERTISING...................................................... _____
AUTOMOBILES/VEHICLES (repairs & maintenance)..................... _____
COMMISSIONS/CONTRACT LABOR....................................... _____
INSURANCE (TOTAL)................................................ _____
    AUTO                    $ _____
    LIABILITY                 _____
    LIFE                      _____
    MEDICAL                   _____
    CASUALTY                  _____
    FIRE & THEFT              _____
    WORKMAN'S COMP.           _____
    OTHER _____     _____
INTEREST PAID.................................................... _____
INVENTORY PURCHASED............................................. _____
LEGAL FEES...................................................... _____
POSTAGE......................................................... _____
RENT/LEASE PAYMENTS ON REAL ESTATE.............................. _____
REPAIRS & MAINTENANCE........................................... _____
SALARIES/WAGES PAID............................................. _____
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]..................... _____
SUPPLIES (TOTAL)................................................ _____
    OFFICE                  $ _____
    OPERATING                 _____
TRAVEL & ENTERTAINMENT.......................................... _____
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]........................ _____
UNSECURED LOAN PAYMENTS......................................... _____
UTILITIES (TOTAL)............................................... _____
    ELECTRICITY             $ _____
    GAS                       _____
    TELEPHONE                 _____
    WATER                     _____
    OTHER _____     _____

OTHER BUSINESS DISBURSEMENTS   _____
(Specify)                      _____
                               _____          $ _____

TOTAL BUSINESS DISBURSEMENTS...................................$ _____
```

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE: 10-14                              _____
                                         RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(B)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC    CASE NO.: 18-80892-CRJ-11    MONTH ENDING: _10-31_

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# ALL SECURED CREDITORS MUST BE LISTED BELOW

1. _____ Secured loan payments as described below have been paid this month (Check, if true.)

2. _X_ No secured loan payments have been paid during this month. (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | Phillips Hill Judgment | | | | |
| | Rod Hill Judgment | | | | |
| | Danny Overbee Judgment | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE _____    RESPONSIBLE PARTY _____

Bankruptcy Administrator Form - Business BA-02(C)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: IJT INDUSTRIES, INC.          CASE NO.: 18-80892-CRJ11     MONTH ENDING: 10.31

### Attach to Business Form BA-02
### BUSINESS DEBTOR'S TAX PAYMENTS

#### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
| --- | --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| | | ✳ see attached | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

#### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
| --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

#### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
| --- | --- | --- | --- | --- | --- |
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| 10-14 | Property | 685.79 | | | |
| 10-14 | License | 303.00 | | | |
| 10-31 | Tag | 64.86 | | | |
| TOTAL | | 1053.65 | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE: 12-21-16                                     _Signature_
                                          RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(D)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC          CASE NO.: 18-80892-CRJ-11          MONTH ENDING: 10-31

### BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Bank Ind | #4641 | 248,757.45 | 10-31 | Pre |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

### GROSS PAYROLL
(Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1  (Name) Ginger | $ | 9615.38 |
| Officer #2  (Name) Matt | $ | 9615.38 |
| Other Officer (Name) | $ | |
| Employees (Number) 12 | $ | |
| Employees (Relatives) | $ | |
| Name Marvin Gillespie | $ | 2,751.89 |
| Name | $ | |

### INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $ |
| Inventory - Purchased this Month - CASH | $ |
| Inventory - Purchased this Month - CREDIT | $ |
| Inventory - End of Month (COST) | $ |

### PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

X   A. No payments on pre-petition debts have been made this month.
___ B. The following payments have been made this month to unsecured
        creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 12-16-19          Ginger McComb
                              RESPONSIBLE PARTY

In Mfg Inventory is fluid,
Adjustments are made accordingly.

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC        CASE NO.: 18-80892-CRJ-11    MONTH ENDING: 10-31

### BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

#### CHECK A or B

_____ A.  All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**** OR ****

__✓__ B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
|  | $ | $ | $ | $ | $ |
| See attached |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** | $ | $ | $ | $ |  |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _12-16-19_                                    _____
                                                  RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-03(A)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC     CASE NO.: 18-80892-CRJ-11     MONTH ENDING: *10-31*

### File for Each Quarter
## BUSINESS DEBTOR'S BALANCE SHEET

### I.  ASSETS

| | | |
|---|---|---|
| Current: | Cash | $ *see attached* |
| | Inventory | $ |
| | Accounts Receivable | $ |
| | Other | $ |
| | Total Current Assets        (a) | $ |
| | | |
| Fixed: | Property & Equipment | $ |
| | Accumulated Depreciation | $ < > |
| | Other | $ |
| | Total Fixed Assets          (b) | $ |
| | | |
| Total Assets | (a + b) = (c) | $ |

### II. LIABILITIES

| | | |
|---|---|---|
| Current: | Post Chapter 11 Payables | $ |
| | Taxes Payable | $ |
| | Accrued Professional Fees | $ |
| | Accrued Expenses | $ |
| | Notes Payable | $ |
| | Current Portion Long Term Debt | $ |
| | Other | $ |
| | Total Current Liabilities (d) | $ |
| | | |
| Long Term Debt: | Pre-Chapter 11 Payables | $ |
| | Notes & Loans Payable | $ |
| | Less Current Portion | $ < > |
| | Other | $ |
| | Total Long Term Debt      (e) | $ |
| Total Liabilities | (d + e) = (f) | $ |

STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH

| | | |
|---|---|---|
| | Capital Stock               (g) | $ |
| | Retained Earnings (Deficit) (h) | $ |
| | Current Surplus (Deficit)   (i) | $ |
| Total Liabilities & Stockholder | | |
| Equity/Net Worth | (f) + (g) + (h) + (i) | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE *10-16-19*

_____
RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-04

# JIT Industries, Inc.
## Profit & Loss
### October 2019

|  | Oct 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 55000 · Sales | 176,615.35 |
| 56000 · Shipping & Freight Fee Income | 7,834.41 |
| 57000 · Finance & Credit Card Income | 38.47 |
| 58000 · Terms Discount | -554.47 |
| **Total Income** | 183,933.76 |
| **Cost of Goods Sold** | |
| 51100 · Freight and Shipping Costs | 4,635.89 |
| 61500 · Cost of Goods Sold | 30,542.84 |
| **Total COGS** | 35,178.73 |
| **Gross Profit** | 148,755.03 |
| **Expense** | |
| 66000 · Payroll Tax Expenses | 4,565.46 |
| 68000 · MFG/Shop Operating Costs | 5,750.33 |
| 70000 · ALL SALARY & WAGES | 52,111.01 |
| 71825 · Fuel | 1,127.28 |
| 72525 · ACCOUNTANT / PAYROLL SERVICES | 711.00 |
| 72550 · FEE-BANK, LATE, CC Charges | 408.71 |
| 72650 · Dues & Subscriptions | 1,921.92 |
| 72675 · Insurance - General | 5,272.71 |
| 72725 · Legal & Professional Services | 6,798.75 |
| 72775 · Taxes & Licenses (NON PAYROLL) | 1,053.65 |
| 73000 · Business Development | 8,913.13 |
| 74000 · Facilities | 10,724.41 |
| **Total Expense** | 99,358.36 |
| **Net Ordinary Income** | 49,396.67 |
| **Net Income** | 49,396.67 |

Case 18-80892-CRJ11    Doc 239    Filed 01/22/20    Entered 01/22/20 11:34:49    Desc
Main Document        Page 10 of 19

# JIT Industries, Inc.
## Balance Sheet
### As of October 31, 2019

|  | Oct 31, 19 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10001 · BANK INDEPENDENT | 245,927.34 |
| **Total Checking/Savings** | 245,927.34 |
| **Accounts Receivable** | |
| 12000 · Accounts Receivable | 293,147.37 |
| **Total Accounts Receivable** | 293,147.37 |
| **Other Current Assets** | |
| 13500 · Inventory Asset | 22,485.13 |
| 13550 · PREPAID INVENTORY | 130,504.00 |
| 13900 · Due from Invision | 67,181.00 |
| **Total Other Current Assets** | 220,170.13 |
| **Total Current Assets** | 759,244.84 |
| **Fixed Assets** | |
| 14100 · Furniture and Fixtures | 22,430.33 |
| 14300 · Leasehold Improvements | 33,035.96 |
| 14400 · Machinery & Equipment | 309,758.19 |
| 14500 · Transportation Equipment | 46,500.00 |
| 14900 · Accumulated Depreciation | -376,831.46 |
| **Total Fixed Assets** | 34,893.02 |
| **TOTAL ASSETS** | **794,137.86** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 23,184.78 |
| **Total Accounts Payable** | 23,184.78 |
| **Credit Cards** | |
| 20150 · Corporate Credit Card | 312.32 |
| 20155 · AMERCIAN EXPRESS | 39,345.10 |
| **Total Credit Cards** | 39,657.42 |
| **Other Current Liabilities** | |
| 21000 · Payroll Tax LIABILITY | 27,676.73 |
| 22000 · Other Payroll Liabilities | -3,384.98 |
| 22900 · ACCRUED SETTLEMENT | 1,100,000.00 |
| 23000 · Sales Tax Payable | -2,641.65 |
| 26000 · Unearned Revenue | 345.60 |
| 27000 · Customer Prepayment | 129,500.00 |
| **Total Other Current Liabilities** | 1,251,495.70 |
| **Total Current Liabilities** | 1,314,337.90 |
| **Total Liabilities** | 1,314,337.90 |
| **Equity** | |
| 40000 · Capital Stock | 1,000.00 |
| 41000 · Additional Paid in Capital | 100,673.04 |
| 45000 · Retained Earnings | -786,185.01 |
| Net Income | 164,311.93 |
| **Total Equity** | -520,200.04 |
| **TOTAL LIABILITIES & EQUITY** | **794,137.86** |

Case 18-80892-CRJ11    Doc 239    Filed 01/22/20    Entered 01/22/20 11:34:49    Desc
Main Document    Page 11 of 19

# JIT Industries, Inc.
## A/R Aging Summary
### As of October 31, 2019

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| BULLOCH HYDRAULICS LLC | 0.00 | 449.00 | 0.00 | 0.00 | 0.00 | 449.00 |
| POWER MOTION & INDUSTRIAL SUPPLY INC | 5,960.00 | 1,469.67 | 0.00 | 0.00 | 0.00 | 7,429.67 |
| MAKO / INTEGRAL OILFIELD SOLUTIONS | 0.00 | 2,220.00 | 8,958.00 | 0.00 | 0.00 | 11,178.00 |
| PRATT HYDRAULICS, LLC | 0.00 | 0.00 | 0.00 | 3,906.11 | 0.00 | 3,906.11 |
| BEARING & POWER TRANSMISSION | 0.00 | 0.00 | 0.00 | 0.00 | 437.66 | 437.66 |
| RAINSVILLE TECHNOLOGY | 932.32 | 0.00 | 0.00 | 0.00 | 0.00 | 932.32 |
| DECATUR MAINTENANCE | 252.75 | 2,350.00 | 0.00 | 0.00 | 0.00 | 3,183.03 |
| HYDRAFAB HYDRAULICS | 0.00 | 0.00 | 0.00 | 0.00 | 8,323.28 | 8,323.28 |
| K & S SERVICES | -3,842.94 | 44,597.35 | 4,569.80 | 381.83 | 3,235.50 | 48,941.54 |
| KAMAN IND TECHNOLOGIES | 6,251.95 | 0.00 | 0.00 | 0.00 | 0.00 | 6,251.95 |
| REX LUMBER | 7,757.07 | 0.00 | 1,219.09 | 0.00 | 0.00 | 8,976.16 |
| CONTINENTAL CARBONIC PRODUCTS | 23,856.10 | 14,322.23 | 0.00 | 0.00 | 885.00 | 39,063.33 |
| BMH LLC | 384.25 | 0.00 | 0.00 | 0.00 | 0.00 | 384.25 |
| ALABAMA BEARING INC | 0.00 | 0.00 | 0.00 | 0.00 | 980.80 | 980.80 |
| AA FLUID POWER SERVICES, INC | 1,391.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,391.00 |
| ACV INC.    MENOMONEE F | 359.32 | 0.00 | 0.00 | 0.00 | 0.00 | 359.32 |
| APPLIED INDUSTRIAL TECH - CORPORATE | 2,539.40 | 1,382.15 | 4,139.34 | 0.00 | 0.00 | 8,060.89 |
| AUTOMATIC SCREW | 398.67 | 0.00 | 0.00 | 0.00 | 0.00 | 398.67 |
| BUSCHE ALABAMA | 270.87 | 0.00 | 0.00 | 0.00 | 0.00 | 270.87 |
| CHORE TIME | 323.04 | 0.00 | 0.00 | 0.00 | 0.00 | 323.04 |
| CO2/ NATIONAL WELDING | 8,863.82 | 0.00 | 0.00 | 0.00 | 0.00 | 8,863.82 |
| CONTROLLED FLUIDS, INC. | 469.00 | 1,964.00 | 0.00 | 0.00 | 0.00 | 2,433.00 |
| WPS-CROSBY SAWMILL MACHINES | 318.97 | 0.00 | 0.00 | 0.00 | 0.00 | 318.97 |
| CYLINDER PLUS - GROVETOWN | 0.00 | 902.48 | 0.00 | 1,538.75 | 0.00 | 2,441.23 |
| DIXON LUMBER | 2,661.60 | 3,566.21 | 0.00 | 0.00 | 0.00 | 6,227.81 |
| EFI AUTOMOTIVE | 799.74 | 0.00 | 0.00 | 0.00 | 0.00 | 799.74 |
| EMSCO, INC. | 0.00 | 0.00 | 0.00 | 0.00 | -0.88 | -0.88 |
| ENERGY HYDRAULICS | 8,871.54 | 0.00 | 905.05 | 0.00 | 0.00 | 9,776.59 |
| FALKVILLE WOOD TREATING | 3,386.98 | 0.00 | 0.00 | 0.00 | 0.00 | 3,386.98 |
| FIRST COAST HYD REPAIR | 0.00 | 0.00 | 2,847.54 | 0.00 | 0.00 | 2,847.54 |
| Huntington Hose & Hydraulics | 0.00 | 0.00 | 966.62 | 0.00 | 0.00 | 966.62 |
| HYDRADYNE LLC (HYDRAULICS - ALEXANDRIA) | 5,438.41 | 6,277.12 | 0.00 | 0.00 | 0.00 | 11,715.53 |
| HYDRAQUIP-HOUSTON | 1,534.83 | 4,900.20 | 0.00 | 0.00 | 0.00 | 6,435.03 |
| HYDRAULIC SERVICES - GREEN BAY | 850.07 | 1,296.70 | 0.00 | 0.00 | 0.00 | 2,146.77 |
| IBT INC-CORPORATE | 0.00 | 752.31 | 0.00 | 0.00 | 0.00 | 752.31 |
| INNOVATIVE PLASTICS, INC | 345.68 | 0.00 | 0.00 | 0.00 | 0.00 | 345.68 |
| JASPER LUMBER | 435.16 | 0.00 | 0.00 | 0.00 | 0.00 | 435.16 |
| MANSELL & ASSOCIATES | 6,074.08 | 0.00 | 0.00 | 0.00 | 0.00 | 6,074.08 |
| MISC CUSTOMER | 125.28 | 414.19 | 0.00 | 50.00 | 0.00 | 589.47 |
| MOTION IND - CORPORATE | 48,212.98 | 504.80 | 0.00 | 0.00 | 313.43 | 49,031.21 |
| OILQUIP, INC | 1,573.25 | 0.00 | 0.00 | 0.00 | 0.00 | 1,573.25 |
| QUALITY MILL SERVICE | 2,690.44 | 0.00 | 0.00 | 0.00 | 0.00 | 2,690.44 |
| SPARTAN HYDRAULICS | 760.50 | 0.00 | 0.00 | 0.00 | 0.00 | 760.50 |
| TRUE TEMPER SPORTS, INC. - AMORY | 3,532.50 | 738.22 | 0.00 | 0.00 | 0.00 | 4,270.72 |
| UBE MACHINERY, INC. | 64.00 | 0.00 | 0.00 | 0.00 | 0.00 | 64.00 |
| WEST ROCK | 2,824.31 | 1,397.42 | 0.00 | 0.00 | 0.00 | 4,221.73 |
| YOKOHAMA TIRE | 12,219.03 | 0.00 | 0.00 | 0.00 | 0.00 | 12,219.03 |
| TOTAL | 158,885.97 | 89,504.05 | 23,605.44 | 6,456.97 | 14,174.79 | 292,627.22 |

Case 18-80892-CRJ11    Doc 239    Filed 01/22/20    Entered 01/22/20 11:34:49    Desc
Main Document      Page 12 of 19

# JIT Industries, Inc.
## A/P Aging Summary
### As of October 31, 2019

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| BD CYLINDER PRODUCTS INC | 0.00 | -318.00 | 0.00 | 0.00 | 0.00 | -318.00 |
| COMMERCIAL FLUID POWER | 1,140.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,140.00 |
| DOMAIN LISTING | 228.00 | 0.00 | 0.00 | 0.00 | 0.00 | 228.00 |
| HALLITE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HARRISON, GAMMONS & RAWLINSON | 0.00 | 0.00 | 0.00 | 0.00 | -45,225.00 | -45,225.00 |
| HARTSELLE UTILITIES | 0.00 | 0.00 | 0.00 | 0.00 | 47,015.58 | 47,015.58 |
| HERCULES INC | -82.40 | 0.00 | 0.00 | 0.00 | 0.00 | -82.40 |
| HOLSTON GASES | 318.16 | 0.00 | 0.00 | 0.00 | 0.00 | 318.16 |
| HYDRAULEX/ METARIS USA SALES / | 121.55 | 0.00 | 0.00 | 0.00 | 0.00 | 121.55 |
| JOE WHEELER EMC | 952.51 | 0.00 | 1,326.34 | 0.00 | 0.00 | 2,278.85 |
| JW GROUP | 0.00 | 0.00 | 0.00 | 0.00 | -10.92 | -10.92 |
| MACH III INC | 130,504.00 | -91,353.00 | 0.00 | -39,151.00 | 0.00 | 0.00 |
| MISC VENDOR | 2,346.99 | 0.00 | 0.00 | 0.00 | 0.00 | 2,346.99 |
| MTI MANUFACTURING | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | 60.00 |
| PAYCHEX, INC | 5,174.35 | 0.00 | 0.00 | 0.00 | 0.00 | 5,174.35 |
| PENINSULAR | 346.50 | 0.00 | -43.90 | 0.00 | 0.00 | 302.60 |
| POWER TOOL SUPPLY & REPAIR | 1,332.72 | 0.00 | 0.00 | 0.00 | 0.00 | 1,332.72 |
| PRECISION PLATING INC | 244.00 | 0.00 | 0.00 | 0.00 | 0.00 | 244.00 |
| SAFETY-KLEEN (c-corp) | 1,680.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,680.00 |
| SOUTHERN FLUID POWER | 0.00 | 0.00 | 0.00 | 0.00 | -0.43 | -0.43 |
| STAPLES | 0.00 | 0.00 | 4,856.30 | 0.00 | 0.00 | 4,856.30 |
| TRINITY MACHINE | 0.00 | 0.00 | 7.29 | 0.00 | 0.00 | 7.29 |
| UPS | 955.00 | 0.00 | 0.00 | 0.00 | 0.00 | 955.00 |
| WEAR, HOWELL, STRICKLAND, QUINN & LAW LLC | 260.14 | 0.00 | 0.00 | 0.00 | 0.00 | 260.14 |
| | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| TOTAL | 146,021.52 | -91,671.00 | 6,146.03 | -39,151.00 | 1,839.23 | 23,184.78 |

Case 18-80892-CRJ11   Doc 239   Filed 01/22/20   Entered 01/22/20 11:34:49   Desc
Main Document      Page 13 of 19

# JIT Industries, Inc.
## Reconciliation Summary
### 10001 · BANK INDEPENDENT, Period Ending 10/31/2019

|  | Oct 31, 19 |
|---|---|
| **Beginning Balance** | 94,414.24 |
| Cleared Transactions |  |
| Checks and Payments - 96 items | -215,428.31 |
| Deposits and Credits - 36 items | 369,771.52 |
| **Total Cleared Transactions** | 154,343.21 |
| **Cleared Balance** | 248,757.45 |
| Uncleared Transactions |  |
| Checks and Payments - 27 items | -28,510.52 |
| **Total Uncleared Transactions** | -28,510.52 |
| **Register Balance as of 10/31/2019** | 220,246.93 |
| **Ending Balance** | 220,246.93 |

Case 18-80892-CRJ11    Doc 239    Filed 01/22/20    Entered 01/22/20 11:34:49    Desc
Main Document      Page 14 of 19

# BANK ☰ INDEPENDENT®

**BIBANK.COM | MEMBER FDIC | ⌂ EQUAL HOUSING LENDER | 877.865.5050**

----------| PO BOX 5000 | SHEFFIELD, AL 35660 |----------

| www.bibank.com |

JIT Industries Inc
Debtor in Possession
PO Box 2023
Madison AL 35758-5414

## A C C O U N T   S U M M A R Y

| Account Number | Type of Account | Current Balance | Checks |
|---|---|---|---|
| ●4641 | Small Business Checking | 248,757.45 | 68 |

## C H E C K I N G   A C C O U N T

**Refer your family and friends to Bank Independent and earn up to $500!**
**Learn more and register at referlive.com/bibank.com.**

| Small Business Checking | | No. Checks | 68 |
|---|---|---|---|
| Account Number | ●4641 | Statement Dates 10/01/19 thru 10/31/19 | |
| Previous Balance | 94,414.24 | Days in the statement period | 31 |
| 31 Deposits/Credits | 377,645.22 | Average Ledger | 181,211.68 |
| 97 Checks/Debits | 223,296.51 | Average Collected | 181,211.68 |
| Service Charge | 5.50 | | |
| Interest Paid | .00 | | |
| Current Balance | 248,757.45 | | |

*$ 369,771.52* (handwritten)

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees year to date | $.00 | $.00 |
| Return item fees year to date | $.00 | $.00 |

## D E P O S I T S   A N D   A D D I T I O N S

| Date | Description | Amount |
|---|---|---|

# BANK ☰ INDEPENDENT®

BIBANK.COM | MEMBER FDIC | ⌂ EQUAL HOUSING LENDER | 877.865.5050

-------------------| PO BOX 5000 | SHEFFIELD, AL 35660 |-------------------

www.bibank.com

Small Business Checking          ⬤4641   (Continued)

## DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|------|-------------|--------|
| 10/01 | PAYMENTJNL CONTINENTAL CARB PPD | 13,877.71 |
| 10/01 | DEPOSIT    MERCHANT BANKCD CCD   496280481888 | 250.00 |
| 10/02 | Invoices  Controlled Fluid CCD  000051 | 313.60 |
| 10/04 | EDI PYMNTS American Welding CTX   000000000024121 ST*820*000000103\ BPR*U*778*C*ACH*CTX*01*1210002 48*DA*4336896196*3611692607**0 | 778.00 |
| 10/04 | KS Service K & S Services CCD  C3-32792 | 564.87 |
| 10/04 | Deposit | 29,629.96 |
| 10/04 | Deposit | 24,923.83 |
| 10/07 | Deposit | 1,726.70 |
| 10/08 | PAYMENTJNL CONTINENTAL CARB PPD | 3,752.40 |
| 10/08 | DEPOSIT    MERCHANT BANKCD CCD   496280481888 | 250.00 |
| 10/11 | KS Service K & S Services CCD  C3-32916 | 17,657.62 |
| 10/15 | PAYMENT    GenuineParts PMD CCD  0000025593BOAPY | 2,059.56 |
| 10/15 | DEPOSIT    MERCHANT BANKCD CCD   496280481888 | 250.00 |
| 10/16 | Invoices  Controlled Fluid CCD  000051 | 3,381.00 |
| 10/18 | EDI PYMNTS American Welding CTX   000000000024356 ST*820*000000096\ BPR*U*9275*C*ACH*CTX*01*121000 248*DA*4336896196*3611692607** | 9,275.00 |
| 10/18 | PAYMENT    GenuineParts PMD CCD  0000025913BOAPY | 4,022.06 |
| 10/18 | KS Service K & S Services CCD  C3-33049 | 2,431.22 |
| 10/18 | Deposit | 64,850.00 |
| 10/22 | PAYMENTJNL CONTINENTAL CARB PPD | 8,637.62 |
| 10/22 | DEPOSIT    MERCHANT BANKCD CCD   496280481888 | 250.00 |
| 10/22 | Deposit | 93,154.17 |
| 10/22 | Deposit | 67,084.71 |
| 10/22 | Deposit | 9,259.75 |
| 10/24 | TAXES      PAYCHEX TPS CCD   84166400000404X | 7,873.70 |
| 10/25 | PAYMENTJNL CONTINENTAL CARB PPD | 5,005.87 |

$369,771.52

# BANK ☰ INDEPENDENT®

BIBANK.COM | MEMBER FDIC | ⌂ EQUAL HOUSING LENDER | 877.865.5050

⊢———————————| PO BOX 5000 | SHEFFIELD, AL 35660 |————————————⊣

www.bibank.com

Date 10/31/19    Page   3
Account        ████4641
No. Checks      68

Small Business Checking    ████4641  (Continued)

## DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|------|-------------|--------|
| 10/25 | PAYMENT GenuineParts PMD CCD 0000026381BOAPY | 1,517.62 |
| 10/25 | Invoices Controlled Fluid CCD 000051 | 356.72 |
| 10/28 | SUPPL INV UBE MACHINERY IN PPD | 2,373.00 |
| 10/28 | DEPOSIT MERCHANT BANKCD CCD 496280481888 | 517.94 |
| 10/31 | DEPOSIT MERCHANT BANKCD CCD 496280481888 | 171.13 |
| 10/31 | Deposit | 1,449.46 |

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
| 10/02 | DBT CRD 1354 10/01/19 DB3TK366 FASTENAL CO HARTSELLE AL C#0120 | 7.64- |
| 10/02 | CORP COLL EPLAN CCD 128493 | 187.50- |
| 10/03 | DEPOSIT MERCHANT BANKCD CCD 496280481888 | 93.42- |
| 10/07 | DBT CRD 1616 10/03/19 DBKMEI6B BRENNAN IND SOLON OH C#0120 | 565.40- |
| 10/07 | ACH Offset Bank to Bank CCD 1631277267 | 90.00- |
| 10/08 | XEROX INVC XEROX CORP. CTX 1878189 | 229.31- |
| 10/09 | UPS BILL U.P.S. CCD 192710000R36A03 | 461.05- |
| 10/09 | UPS BILL U.P.S. CCD 192640000R36A03 | 239.54- |
| 10/09 | UPS BILL U.P.S. CCD 192570000R36A03 | 209.24- |
| 10/09 | GARNISH PAYCHEX CGS CCD COL0088030453 | 142.15- |
| 10/10 | TAXES PAYCHEX TPS CCD 83953900007613X | 8,097.54- |
| 10/10 | INVOICE PAYCHEX EIB CCD X83826800016181 | 183.00- |
| 10/11 | 401kcontri I EPLAN SVCS PAD PPD | 1,091.13- |
| 10/15 | Foreign wire Transfer Fee | 40.00- |
| 10/15 | Foreign Wire Transfer Debit | 91,353.00- |
| 10/16 | ACH Offset Bank to Bank CCD 1631277267 | 176.50- |

# BANK █████ INDEPENDENT®

BIBANK.COM | MEMBER FDIC | ⌂ EQUAL HOUSING LENDER | 877.865.5050

PO BOX 5000 | SHEFFIELD, AL 35660

www.bibank.com

Small Business Checking        ████4641   (Continued)

## WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|------|-------------|--------|
| 10/17 | DBT CRD 1526 10/16/19 DBYUTP41<br>1000BULBS.C<br>800-624-4488  TX C#0120 | 73.69- |
| 10/18 | DBT CRD 0107 10/17/19 DBQKVVIC<br>VBS*VONAGE<br>866-901-0242  GA C#0120 | 144.08- |
| 10/21 | TAXES      PAYCHEX TPS<br>CCD    84097400039997X | 130.87- |
| 10/22 | ACH Offset Bank to Bank<br>CCD    1631277267 | 556.90- |
| 10/22 | CHARTER CO CHARTER COMMUNIC<br>CCD    0210155566  SPA | 114.98- |
| 10/22 | DIRECT DBT    AL-DEPT OF REV<br>CCD         771596672 | 85.42- |
| 10/22 | DIRECT DBT    AL-DEPT OF REV<br>CCD         342380928 | 46.72- |
| 10/22 | DIRECT DBT    AL-DEPT OF REV<br>CCD         311370112 | 16.31- |
| 10/22 | Alabama.go AL ONESPOT TAX<br>CCD    20194888576 | 7.29- |
| 10/24 | DBT CRD 1353 10/23/19 DBKRPRLI<br>MAGNALOY CO<br>989-3562187   MI C#0120 | 284.12- |
| 10/24 | TAXES      PAYCHEX TPS<br>CCD    84163100001344X | 7,873.70- |
| 10/24 | GARNISH    PAYCHEX CGS<br>CCD    COL0088314381 | 142.15- |
| 10/25 | DBT CRD 0952 10/24/19 DBVBIZNK<br>FASTENAL CO<br>HARTSELLE     AL C#0120 | 61.27- |
| 10/25 | TAXES      PAYCHEX TPS<br>CCD    84182500005978X | 7,842.32- |
| 10/28 | ACH Offset Bank to Bank<br>CCD    1631277267 | 3,155.88- |
| 10/28 | 401kcontri I EPLAN SVCS PAD<br>PPD | 1,068.45- |
| 10/29 | ACH Offset Bank to Bank<br>CCD    1631277267 | 253.60- |
| 10/29 | DBT CRD 0940 10/28/19 DBE5HOU4<br>INTUIT *QUI<br>833-830-9255  CA C#0120 | 1,921.92- |
| 10/30 | DBT CRD 0102 10/29/19 DB1RE4FP<br>VBS*VONAGE<br>866-901-0242 GA C#0120 | 3.63- |
| 10/31 | ACH Monthly Fee | 25.00- |
| 10/31 | Account Analysis Charge | 30.90- |
| 10/31 | Withdrawal | 24,270.47-DR |
| 10/31 | Service charge | 5.50-SC |

*(handwritten annotations: "BD  353.80  203.90  556.90", "BD  PO#133657", "$61.90", "240,883.75")*

# BANK ▥ INDEPENDENT®

BIBANK.COM | MEMBER FDIC | ⌂ EQUAL HOUSING LENDER | 877.865.5050

PO BOX 5000 | SHEFFIELD, AL 35660

Small Business Checking      ███4641  (Continued)



## SUMMARY BY CHECK NUMBER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 10/09 | 2003 | 7.63 | 10/10 | 2318 | 1,499.76 |
| 10/07 | 2244* | 100.00 | 10/11 | 2319 | 1,723.95 |
| 10/02 | 2257* | 277.94 | 10/15 | 2320 | |
| 10/01 | 2261* | | 10/15 | 2321 | |
| 10/01 | 2263* | 1,790.50 | | | |
| 10/01 | 2268* | | | | |
| 10/01 | 2276* | | | | |
| 10/04 | 2288* | | | | |

* Denotes missing check numbers

## DAILY BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/01 | 104,426.75 | 10/11 | 153,997.34 | 10/23 | 309,666.31 |
| 10/02 | 104,267.27 | 10/14 | 153,869.34 | 10/24 | 306,475.82 |
| 10/03 | 104,173.85 | 10/15 | 54,029.74 | 10/25 | 301,410.49 |
| 10/04 | 153,290.51 | 10/16 | 54,371.22 | 10/28 | 288,728.34 |
| 10/07 | 154,261.81 | 10/17 | 54,185.07 | 10/29 | 278,312.12 |
| 10/08 | 158,034.90 | 10/18 | 134,478.27 | 10/30 | 271,468.73 |
| 10/09 | 156,666.26 | 10/21 | 132,793.47 | 10/31 | 248,757.45 |
| 10/10 | 143,186.48 | 10/22 | 310,352.10 | | |

— END OF STATEMENT —