## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __JIT INDUSTRIES, INC__     CASE NO. : 18-80892-CRJ-11     MONTH ENDING: _10 - 30_

Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15ᵗʰ of each month

### BUSINESS DEBTOR'S AFFIRMATIONS

1.  YES _✓_ NO_____  All post petition business taxes have been paid/deposited and the deposit slips are attached.

    YES _✓_ NO_____  All post petition individual taxes have been paid and the deposit slips are attached.

    If you answered "No" to the above, list the types of taxes that are now due and owing.

    | TYPE OF TAX | AMOUNT |
    |-------------|--------|
    | _____ | $_____ |
    | _____ | $_____ |
    | _____ | $_____ |
    | _____ | $_____ |

2.  YES _✓_ NO_____  Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

    If no, enter:     TYPE_____ not in force.

                                TYPE_____ not in force.

3.  YES _✗_ NO_____  New books and records were opened and are being maintained daily.

4.  YES _✗_ NO_____  Copies of <u>all</u> banks statements and reconciliations are attached.

5.  YES _✓_ NO_____  I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6.  YES _✓_ NO_____  All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _12 - 18_          _____
                                       RESPONSIBLE PARTY

Phone No. _256-737-2548_

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: IJIT INDUSTRIES, INC     CASE NO.: 18-80892-CRJ-11     MONTH ENDING: 11-30

Attach Business Forms BA-02(A-D)
### BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual   (Circle One)   -Cash |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A. CASH ON HAND (Beginning) 211,391.57

B. RECEIPTS:

   Accounts Receivable from Form BA-02(A)-Line II(C) 211,276.18

   Cash Sales ____

   Loan Proceeds from ____

   Sale of Property (Not in ordinary course of business) ____

   Other Scrap 850.-

C. TOTAL RECEIPTS (Total of B) 212,126.18

D. BUSINESS DISBURSEMENTS FROM FORM BA-02(B) 97,214.35

E. SURPLUS OR DEFICIT (C minus D) 114,911.83

F. CASH ON HAND (End) (A plus E) 326,303.40

1. REVENUE FROM TOTAL SALES $332,009.48

2. LESS COST OF THOSE SALES (Cost of materials, Labor, etc.) 221,078.34

3. EQUALS GROSS PROFIT (1 minus 2) 110,931.14

4. LESS OPERATING EXPENSES 97,214.35

5. EQUALS NET PROFIT OPERATIONS (3 minus 4) 13,716.79

6. NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

   ____

7. EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6) $13,716.79

**\* Please itemize Cost of Sales and Expenses on a separate sheet of paper.**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE ____

_____ RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC          CASE NO.: 18-80892-CRJ-11    MONTH ENDING: 10-30

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.    **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.    **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

    A.    Amount collected this month on accounts
        receivable charged and paid this month.        $ 14,910.30

    B.    Amount collected this month on accounts
        receivable charged in prior months
        and paid this month.        $ 196,365.88

    C.    TOTAL collected this month on accounts
        receivable.        $ 211,276.18

III.    **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | $ | | | | $ |
| | | | | | |
| | *See attached* | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $ | | | | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF

DATE: 12-16-19                _McCord_
                                 RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02(A)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC          CASE NO.: 18-80892-CRJ-11        MONTH ENDING: 11-30

### BUSINESS DEBTORS ACTUAL DISBURSEMENTS

| | | |
|---|---|---|
| ACCOUNTING FEES | $ | 237.— |
| ADVERTISING | | 5072.87 |
| AUTOMOBILES/VEHICLES (repairs & maintenance) | | 2,011.40 |
| COMMISSIONS/CONTRACT LABOR | | 650.— |
| INSURANCE (TOTAL) | | 7465.09 |
| AUTO | $ | |
| LIABILITY | | |
| LIFE | | |
| MEDICAL | | |
| CASUALTY | | |
| FIRE & THEFT | | |
| WORKMAN'S COMP. | | |
| OTHER | | |
| INTEREST PAID | | 313.37 |
| INVENTORY PURCHASED | | |
| LEGAL FEES | | 880.20 |
| POSTAGE | | |
| RENT/LEASE PAYMENTS ON REAL ESTATE | | 6800.00 |
| REPAIRS & MAINTENANCE | | |
| SALARIES/WAGES PAID | | 55,729.02 |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)] | | |
| SUPPLIES (TOTAL) | | 7405.99 |
| OFFICE | $ | 1720.06 |
| OPERATING | | 5685.93 |
| TRAVEL & ENTERTAINMENT | | |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)] | | 8507.20 |
| UNSECURED LOAN PAYMENTS | | |
| UTILITIES (TOTAL) | | 2142.18 |
| ELECTRICITY | $ | 1450.95 |
| GAS | | |
| TELEPHONE | | 623.10 |
| WATER | | |
| OTHER   Internet | | 68.13 |
| | | |
| OTHER BUSINESS DISBURSEMENTS | | |
| (Specify) | $ | |
| | | |
| **TOTAL BUSINESS DISBURSEMENTS** | $ | 97,214.35 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE: 12-16-19                              _signature_
                                        RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02 (B)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC    CASE NO. : 18-80892-CRJ-11    MONTH ENDING: _11-30_

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month (Check, if true.)

2. _____ No secured loan payments have been paid during this month. (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| Phillips Hill judgment | | | | | |
| Rod Hill judgment | | | | | |
| Danny Overbee Judgment | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _12-16-19_    _____

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC.        CASE NO.: 18-80892-CRJ-11    MONTH ENDING: 11-30

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| | | *see attached | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE: 12-16-19                          _____
                                         RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(D)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC        CASE NO.: 18-80892-CRJ-11        MONTH ENDING: 11-30

### BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Bank Ind. | # 4641 | 211,391.57 | 11-30 | Pre |
| | | | | |
| | | | | |

### GROSS PAYROLL
(Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1    (Name) Ginger McComb | $ | 9615.38 |
| Officer #2    (Name) Matt McComb | $ | 9615.38 |
| Other Officer   (Name) — | $ | |
| Employees (Number) 13 – 15 | $ | |
| Employees (Relatives) | $ | |
| Name   Marvin Gillespie | $ | 2695.— |
| Name | $ | |

### INVENTORY (IF APPLICABLE)

| | | |
|---|---|---|
| Inventory - Beginning of Month (COST) | $ | * |
| Inventory - Purchased this Month - CASH | $ | |
| Inventory - Purchased this Month - CREDIT | $ | |
| Inventory - End of Month (COST) | $ | |

### PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

X  A. No payments on pre-petition debts have been made this month.
____ B. The following payments have been made this month to unsecured
       creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| * | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 12-10-19                          Ginger McComb
                                    RESPONSIBLE PARTY

* inventory fluctuates in manufacturing
adjustments are made accordingly

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC        CASE NO.: 18-80892-CRJ-11        MONTH ENDING: _10-30_

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

_____ A. All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

_✓_ B. Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
|  |  | $ | $ | $ | $ |
| *see attached* |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** |  | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _12-16-19_        _____
                              RESPONSIBLE PARTY

**United States Bankruptcy Court - Northern District of Alabama**

CASE NAME: JIT INDUSTRIES, INC    CASE NO.: 18-80892-CRJ-11    MONTH ENDING: 11-31

**File for Each Quarter**
**BUSINESS DEBTOR'S BALANCE SHEET**

## I. ASSETS

Current:
| | | |
|---|---|---|
| Cash | | $ *See attached* |
| Inventory | | $_____ |
| Accounts Receivable | | $_____ |
| Other | | $_____ |
| Total Current Assets | (a) | $_____ |

Fixed:
| | | |
|---|---|---|
| Property & Equipment | | $_____ |
| Accumulated Depreciation | | $< _____ > |
| Other | | $_____ |
| Total Fixed Assets | (b) | $_____ |

| | | |
|---|---|---|
| Total Assets | (a + b) = (c) | $_____ |

## II. LIABILITIES

Current:
| | | |
|---|---|---|
| Post Chapter 11 Payables | | $_____ |
| Taxes Payable | | $_____ |
| Accrued Professional Fees | | $_____ |
| Accrued Expenses | | $_____ |
| Notes Payable | | $_____ |
| Current Portion Long Term Debt | | $_____ |
| Other | | $_____ |
| Total Current Liabilities | (d) | $_____ |

Long Term Debt:
| | | |
|---|---|---|
| Pre-Chapter 11 Payables | | $_____ |
| Notes & Loans Payable | | $_____ |
| Less Current Portion | | $< _____ > |
| Other | | $_____ |
| Total Long Term Debt | (e) | $_____ |
| Total Liabilities | (d + e) = (f) | $_____ |

STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH
| | | |
|---|---|---|
| Capital Stock | (g) | $_____ |
| Retained Earnings (Deficit) | (h) | $_____ |
| Current Surplus (Deficit) | (i) | $_____ |
| Total Liabilities & Stockholder Equity/Net Worth | (f) + (g) + (h) + (i) | $_____ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 12-10-19

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-04

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JITINDUSTRIES, INC.       CASE NO.: 18-80892-CRJ-11       MONTH ENDING: _11-30_

### File for Each Quarter
### by the 15th of the Month Following the End of the Quarter

## BUSINESS DEBTOR'S QUARTERLY INCOME STATEMENT

TOTAL REVENUE (SALES)                          (a)  $ _See attached_
  Cost of Sales:
          Materials                    $_____
          Labor                        $_____
          Purchased Services           $_____
  Total Cost of Sales                          (b)  $_____
  Gross Profit                      (a - b) = (c)  $_____

OPERATING EXPENSES
          Management Salary                       $_____
          Other Salary Expense                    $_____
          Payroll Expenses                        $_____
          Outside Services & Contractors          $_____
          Supplies (office & operating)           $_____
          Repairs & Maintenance                   $_____
          Advertising                             $_____
          Auto Expense                            $_____
          Delivery                                $_____
          Accounting & Legal                      $_____
          Rent                                    $_____
          Telephone                               $_____
          Travel & Entertainment                  $_____
          Utilities                               $_____
          Insurance                               $_____
          Taxes real estate, property, etc.)      $_____
          Interest                                $_____
          Depreciation                            $_____
          Other Operating Expenses (describe)     $_____
  _____         $_____
  _____         $_____

  Total Operating Expenses:                    (d)  $_____

  Net Profit/(Loss) from Operations  (c - d)=(e)  $_____

  Non-Operating Income/Expenses  $_____
  _____ $_____
  _____ $_____
  Total                                        (f)  $_____

  Net Profit/(Loss)                        (e - f)  $_____

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE _12-16-19_                    _____
                                   RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-04

# JIT Industries, Inc.
## A/R Aging Summary
### As of November 30, 2019

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| MAKO INTEGRAL OILFIELD SOLUTIONS | 2,233.97 | 0.00 | 2,220.00 | 0.00 | 0.00 | 4,453.97 |
| FERRY HYDRAULICS LLC | 0.00 | 0.00 | 0.00 | 0.00 | 3,906.11 | 3,906.11 |
| SULPHUR HOSE & HYDRAULIC | 718.00 | 0.00 | 0.00 | 0.00 | 0.00 | 718.00 |
| HYDRAULIC SERVICE SOLUTIONS LLC | 4,121.12 | 0.00 | 0.00 | 0.00 | 0.00 | 4,121.12 |
| GULF TECH MAINTENANCE INC | 5,483.17 | 252.75 | 0.00 | 0.00 | 580.28 | 6,316.20 |
| KINEMATIC HYDRAULICS | 0.00 | 0.00 | 0.00 | 0.00 | 7,123.28 | 7,123.28 |
| C & C SERVICE | 24,189.47 | 436.15 | 4,226.89 | 0.00 | 365.00 | 29,217.51 |
| KAMAINE TECHNOLOGIES | 4,194.03 | 0.00 | 0.00 | 0.00 | 0.00 | 4,194.03 |
| REED LUMBER | 991.75 | 0.00 | 0.00 | 1,219.09 | 0.00 | 2,210.84 |
| CONTINENTAL CARBONIC PRODUCTS | 18,382.26 | 675.76 | 14,322.23 | 0.00 | 885.00 | 34,265.25 |
| SMI INC | 0.00 | 384.25 | 0.00 | 0.00 | 0.00 | 384.25 |
| ALABAMA BEARING INC | 1,863.50 | 0.00 | 0.00 | 0.00 | 980.80 | 2,844.30 |
| APPLIED INDUSTRIAL TECH - CORPORATE | 1,069.81 | 2,539.40 | 1,242.15 | 0.00 | 0.00 | 4,851.36 |
| SHORE TIME | 218.00 | 0.00 | 0.00 | 0.00 | 0.00 | 218.00 |
| 602 NATIONAL WELDING | 3,307.20 | 0.00 | 0.00 | 0.00 | 0.00 | 3,307.20 |
| ARDENT MILLS/CONAGRA | 509.18 | 0.00 | 0.00 | 0.00 | 0.00 | 509.18 |
| CONTROLLED FLUIDS INC | 216.00 | 0.00 | 0.00 | 0.00 | 0.00 | 216.00 |
| CONTROLLED MOTION SOL BURBANK CA | 55,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55,500.00 |
| WD SCROGGY SAWMILL MACHINES | 0.00 | 318.97 | 0.00 | 0.00 | 0.00 | 318.97 |
| GLENDER PLUS - GROVETOWN | 0.00 | 0.00 | 902.48 | 0.00 | 1,538.75 | 2,441.23 |
| DRIVE SYSTEMS | 121.50 | 0.00 | 0.00 | 0.00 | 0.00 | 121.50 |
| FLYCO CO CORP FLUID POWER GROUP | 1,462.10 | 0.00 | 0.00 | 0.00 | 0.00 | 1,462.10 |
| EMSCO INC | 0.00 | 0.00 | 0.00 | 0.00 | -0.88 | -0.88 |
| ENERGY HYDRAULICS | 16,598.28 | 8,871.54 | 0.00 | 905.05 | 0.00 | 26,374.87 |
| FLORIO HYDRAULICS INC | 845.90 | 0.00 | 0.00 | 0.00 | 0.00 | 845.90 |
| FAULKNER WOOD TREATING | 8,902.23 | 3,386.98 | 0.00 | 0.00 | 0.00 | 12,289.21 |
| HARRINGTON Hose & Hydraulics | 0.00 | 0.00 | 0.00 | 966.62 | 0.00 | 966.62 |
| STERLING FLT HYDRAULICS - ALEXANDRIA) | 5,367.70 | 6,561.75 | 1,284.55 | 0.00 | 0.00 | 13,214.00 |
| HI INC CORPORATE | 4,766.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,766.00 |
| JASPER LUMBER | 0.00 | 435.16 | 0.00 | 0.00 | 0.00 | 435.16 |
| MATHIS & ASSOCIATES | 0.00 | 6,074.08 | 0.00 | 0.00 | 0.00 | 6,074.08 |
| MCGRAW WILLIAMS INC | 0.00 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| MISC CUSTOMER | 60.00 | 750.83 | 248.52 | 0.00 | 50.00 | 1,109.35 |
| MOTION IND - CORPORATE | 41,288.33 | 0.00 | 0.00 | 0.00 | 313.43 | 41,601.76 |
| QUALITY MILL SERVICE | 6,593.83 | 508.09 | 0.00 | 0.00 | 0.00 | 7,101.92 |
| RENEGAR CONTROLS | 6,215.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,215.00 |
| SPARTAN HYDRAULICS | 0.00 | 342.50 | 0.00 | 0.00 | 0.00 | 342.50 |
| TRUE TIMBER SPORTS INC - (AMORY) | 3,286.08 | 3,532.50 | 59.76 | 0.00 | 0.00 | 6,878.34 |
| WESTROCK | 0.00 | 2,824.31 | 1,397.42 | 0.00 | 0.00 | 4,221.73 |
| YOKOHAMA TIRE | 2,341.15 | 11,925.95 | 0.00 | 0.00 | 0.00 | 14,267.10 |
| **TOTAL** | **220,845.56** | **49,870.97** | **25,904.00** | **3,090.76** | **15,741.77** | **315,453.06** |

Case 18-80892-CRJ11   Doc 240   Filed 01/22/20   Entered 01/22/20 11:36:39   Desc
Main Document      Page 11 of 22

# CASH REQUIREMENTS

## CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 11/07/19: $26,405.41

### TRANSACTION SUMMARY

**SUMMARY BY TRANSACTION TYPE -**

| | |
|---|---|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 7,808.20 |
| TOTAL NEGOTIABLE CHECKS | 18,597.21 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | 26,405.41 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 1,707.51 |
| CASH REQUIRED FOR CHECK DATE 11/07/19 | 28,112.92 |

### TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER -** *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---|
| 11/07/19 | BANK INDEPENDENT | xxxxxxx4641 | Garnishment | Employee Deductions | 142.15 |
| | | | | | 142.15 |
| 11/07/19 | BANK INDEPENDENT | xxxxxxx4641 | Taxpay® | Employee Withholdings | |
| | | | | Social Security | 1,577.83 |
| | | | | Medicare | 369.01 |
| | | | | Fed Income Tax | 2,587.84 |
| | | | | AL Income Tax | 965.09 |
| | | | | **Total Withholdings** | **5,499.77** |
| | | | | Employer Liabilities | |
| | | | | Social Security | 1,561.24 |
| | | | | Medicare | 365.12 |
| | | | | Fed Unemploy | 13.94 |
| | | | | AL Unemploy | 223.99 |
| | | | | AL Emp Sec Asm | 1.99 |
| | | | | **Total Liabilities** | **2,166.28** |
| | | | | | 7,666.05 |
| | | | | **EFT FOR 11/07/19** | **7,808.20** |
| | | | | **TOTAL EFT** | **7,808.20** |

**NEGOTIABLE CHECKS -** *Check amounts will be debited when payees cash checks. Funds must be available on check date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | TOTAL |
|---|---|---|---|---|---|
| 11/07/19 | BANK INDEPENDENT | xxxxxxx4641 | Payroll | Check Amounts | 18,597.21 |
| | | | | **TOTAL NEGOTIABLE CHECKS** | **18,597.21** |

| Period Start - End Date | 10/20/19 - 11/02/19 |
|---|---|
| Check Date | 11/07/19 |

Case 18-80892-CRJ11   Doc 240   Filed 01/22/20   Entered 01/22/20 11:36:39   Desc
Main Document      Page 12 of 22

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 11/07/19: $26,405.41**

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** - *Paychex does not remit these funds. You must ensure accurate and timely payment of applicable items.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | TOTAL |
|---|---|---|---|---|---|
| 11/07/19 | Refer to your records for account information | | Payroll | Employee Deductions | |
| | | | | 401K AdvSel EE CUC | 72.90 |
| | | | | 401K AdvSel EE Pre | 1,000.00 |
| | | | | Garnishment Fee 2 | 3.00 |
| | | | | Health Ins Pretax | 246.99 |
| | | | | **Total Deductions** | **1,322.89** |
| | | | | Other Items | |
| | | | | 401k ER | 384.62 |
| | | | | **TOTAL OTHER ITEMS** | **384.62** |

**TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES**     **1,707.51**

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF** - *This information serves as a record of payment.*

| DUE DATE | PRODUCT | DESCRIPTION | Period Start - End Date | Check Date | |
|---|---|---|---|---|---|
| 11/14/19 | Taxpay® | FED IT PMT Group | 10/20/19 - 11/02/19 | 11/07/19 | 6,461.04 |

# CASH REQUIREMENTS

## CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 11/21/19: $8,986.03

### TRANSACTION SUMMARY

**SUMMARY BY TRANSACTION TYPE -**

| | |
|---|---|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 8,986.03 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | 8,986.03 |
| TOTAL MANUAL CHECKS/UPDATES | 22,595.47 |
| CASH REQUIRED BEFORE REMAINING D / W / L | 31,581.50 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 1,722.09 |
| CASH REQUIRED FOR CHECK DATE 11/21/19 | 33,303.59 |

### TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER -** *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---|---|
| 11/22/19 | BANK INDEPENDENT | xxxxxx4641 | Garnishment | Employee Deductions | | 142.15 |
| 11/22/19 | BANK INDEPENDENT | xxxxxx4641 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 1,796.44 | |
| | | | | Medicare | 420.14 | |
| | | | | Fed Income Tax | 3,029.81 | |
| | | | | AL Income Tax | 1,094.53 | |
| | | | | Total Withholdings | 6,340.92 | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 1,944.55 | |
| | | | | Medicare | 454.77 | |
| | | | | Fed Unemploy | 8.41 | |
| | | | | AL Unemploy | 94.39 | |
| | | | | AL Emp Sec Asm | 0.84 | |
| | | | | Total Liabilities | 2,502.96 | |
| | | | | | | 8,843.88 |
| | | | | EFT FOR 11/22/19 | | 8,986.03 |
| | | | | **TOTAL EFT** | | **8,986.03** |

**MANUAL CHECKS/UPDATES -** *These amounts are for previously calculated checks that were issued by you. You may have already deducted these funds from your account.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | TOTAL |
|---|---|---|---|---|---|
| 11/21/19 | Refer to your records for account information | | Payroll | Check Amounts | 22,595.47 |
| | | | | **TOTAL MANUAL CHECKS/UPDATES** | **22,595.47** |

0041 1808-1414   JIT Industries Inc
Run Date 11/21/19  04:50PM

Period Start - End Date   11/03/19 - 11/17/19
Check Date                      11/21/19

Cash Requirements
Page 1 of 2
CASHREQ

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 11/21/19: $8,986.03**

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES -** *Paychex does not remit these funds. You must ensure accurate and timely payment of applicable items.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 11/21/19 | Refer to your records for account information | | Payroll | Employee Deductions | | |
| | | | | 401K AdvSel EE CUC | 87.48 | |
| | | | | 401K AdvSel EE Pre | 1,000.00 | |
| | | | | Garnishment Fee 2 | 3.00 | |
| | | | | Health Ins Pretax | 246.99 | |
| | | | | **Total Deductions** | **1,337.47** | |
| | | | | Other Items | | |
| | | | | 401k ER | 384.62 | |
| | | | | **TOTAL OTHER ITEMS** | **384.62** | |

**TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES**          **1,722.09**

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF -** *This information serves as a record of payment.*

| DUE DATE | PRODUCT | DESCRIPTION | Period Start - End Date | |
|---|---|---|---|---|
| 11/27/19 | Taxpay® | FED IT PMT Group | 11/03/19 - 11/17/19 | 7,645.71 |
| 12/15/19 | Taxpay® | AL Income Tax | 11/21/19 | 2,059.62 |

Check Date

# JIT Industries, Inc.
# Profit & Loss
## November 2019

|  | Nov 19 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 55000 · Sales | 323,606.22 |
| 56000 · Shipping & Freight Fee Income | 8,882.96 |
| 57000 · Finance & Credit Card Income | 10.43 |
| 58000 · Terms Discount | -490.13 |
| **Total Income** | 332,009.48 |
| **Cost of Goods Sold** | |
| 51100 · Freight and Shipping Costs | 10,489.21 |
| 60000 · Direct Costs | 35,597.07 |
| 61500 · Cost of Goods Sold | 174,992.06 |
| **Total COGS** | 221,078.34 |
| **Gross Profit** | 110,931.14 |
| **Expense** | |
| 66000 · Payroll Tax Expenses | 8,507.20 |
| 68000 · MFG/Shop Operating Costs | 5,685.93 |
| 70000 · ALL SALARY & WAGES | 55,729.03 |
| 71825 · Fuel | 1,475.07 |
| 72525 · ACCOUNTANT / PAYROLL SERVICES | 237.00 |
| 72550 · FEE-BANK, LATE, CC Charges | 313.37 |
| 72600 · Contract/Casual Labor | 650.00 |
| 72675 · Insurance - General | 7,465.09 |
| 72725 · Legal & Professional Services | 880.20 |
| 73000 · Business Development | 5,072.89 |
| 74000 · Facilities | 11,198.57 |
| **Total Expense** | 97,214.35 |
| **Net Ordinary Income** | 13,716.79 |
| **Other Income/Expense** | |
| **Other Income** | |
| 80000 · Other Income | 0.00 |
| **Total Other Income** | 0.00 |
| **Net Other Income** | 0.00 |
| **Net Income** | 13,716.79 |

Case 18-80892-CRJ11    Doc 240    Filed 01/22/20    Entered 01/22/20 11:36:39    Desc
Main Document    Page 16 of 22

# JIT Industries, Inc.
## Balance Sheet
### As of November 30, 2019

|  | Nov 30, 19 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10001 · BANK INDEPENDENT | 247,721.64 |
| **Total Checking/Savings** | 247,721.64 |
| **Accounts Receivable** | |
| 12000 · Accounts Receivable | 315,973.21 |
| **Total Accounts Receivable** | 315,973.21 |
| **Other Current Assets** | |
| 13500 · Inventory Asset | 22,821.13 |
| 13900 · Due from Invision | 67,181.00 |
| **Total Other Current Assets** | 90,002.13 |
| **Total Current Assets** | 653,696.98 |
| **Fixed Assets** | |
| 14100 · Furniture and Fixtures | 22,430.33 |
| 14300 · Leasehold Improvements | 33,035.96 |
| 14400 · Machinery & Equipment | 309,758.19 |
| 14500 · Transportation Equipment | 45,000.00 |
| 14900 · Accumulated Depreciation | -376,831.46 |
| **Total Fixed Assets** | 33,393.02 |
| **TOTAL ASSETS** | **687,090.00** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 55,742.97 |
| **Total Accounts Payable** | 55,742.97 |
| **Credit Cards** | |
| 20150 · Corporate Credit Card | 2,812.32 |
| 20155 · AMERCIAN EXPRESS | 9,500.54 |
| **Total Credit Cards** | 12,312.86 |
| **Other Current Liabilities** | |
| 21000 · Payroll Tax LIABILITY | 31,202.24 |
| 22000 · Other Payroll Liabilities | -3,457.88 |
| 22900 · ACCRUED SETTLEMENT | 1,100,000.00 |
| 23000 · Sales Tax Payable | -2,572.54 |
| 26000 · Unearned Revenue | 345.60 |
| **Total Other Current Liabilities** | 1,125,517.42 |
| **Total Current Liabilities** | 1,193,573.25 |
| **Total Liabilities** | 1,193,573.25 |
| **Equity** | |
| 40000 · Capital Stock | 1,000.00 |
| 41000 · Additional Paid in Capital | 100,673.04 |
| 45000 · Retained Earnings | -786,185.01 |
| Net Income | 178,028.72 |
| **Total Equity** | -506,483.25 |
| **TOTAL LIABILITIES & EQUITY** | **687,090.00** |

Case 18-80892-CRJ11    Doc 240    Filed 01/22/20    Entered 01/22/20 11:36:39    Desc
Main Document    Page 17 of 22

# JIT Industries, Inc.
## A/P Aging Summary
### As of November 30, 2019

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| 4IMPRINT | 0.00 | -2,079.56 | 0.00 | 0.00 | 0.00 | -2,079.56 |
| AERO INDUSTRIAL TOOL | 678.30 | 0.00 | 0.00 | 0.00 | 0.00 | 678.30 |
| AHF Montgomery/AirHydroPower | 2,705.40 | 0.00 | 0.00 | 0.00 | 0.00 | 2,705.40 |
| BAILEY INTERNATIONAL | 0.00 | 463.35 | 0.00 | 0.00 | 0.00 | 463.35 |
| BD CYLINDER PRODUCTS INC | 0.00 | 0.00 | -318.00 | 0.00 | 0.00 | -318.00 |
| BILCO CORP | 0.00 | 88.77 | 0.00 | 0.00 | 0.00 | 88.77 |
| COMMERCIAL FLUID POWER | 180.00 | 0.00 | 0.00 | 0.00 | 0.00 | 180.00 |
| DOMAIN LISTING | 0.00 | 228.00 | 0.00 | 0.00 | 0.00 | 228.00 |
| ESS COPUTERS INC | 75.00 | 0.00 | 0.00 | 0.00 | 0.00 | 75.00 |
| HAT LIFE | 0.00 | 0.00 | 0.00 | 0.00 | -45,225.00 | -45,225.00 |
| HARRISON GAMMONS & RAWLINSON | 0.00 | 0.00 | 0.00 | 0.00 | 47,015.58 | 47,015.58 |
| HARTSELLE UTILITIES | 1,125.57 | 0.00 | 0.00 | 0.00 | 0.00 | 1,125.57 |
| HERCULES INC | 2,850.25 | -38.92 | 0.00 | 0.00 | 0.00 | 2,811.33 |
| HGR INDUSTRIAL SURPLUS INC | 0.00 | -2,802.00 | 0.00 | 0.00 | 0.00 | -2,802.00 |
| HOLSTON GASES | 169.17 | 0.00 | 0.00 | 0.00 | 0.00 | 169.17 |
| HYDRAPAK | 78.72 | 0.00 | 0.00 | 0.00 | 0.00 | 78.72 |
| INMOTION HOSTING INC. | 0.00 | -30.84 | 0.00 | 0.00 | 0.00 | -30.84 |
| INTEGRATED ORE INC | 0.00 | 34,020.20 | 0.00 | 0.00 | 0.00 | 34,020.20 |
| JD WHEELER EMC | 0.00 | 0.00 | 0.00 | 0.00 | -10.92 | -10.92 |
| KGS STEEL | 560.00 | 0.00 | 0.00 | 0.00 | 0.00 | 560.00 |
| MISC VENDOR | 0.00 | -13,570.00 | 0.00 | 0.00 | 0.00 | -13,570.00 |
| MM MANUFACTURING | 5,797.50 | 5,174.35 | 0.00 | 0.00 | 0.00 | 10,971.85 |
| PAYCHEX, INC | 243.00 | 0.00 | 0.00 | -43.90 | 0.00 | 199.10 |
| POWER TOOL SUPPLY & REPAIR | 194.00 | 0.00 | 0.00 | 0.00 | 0.00 | 194.00 |
| PRECISION GRINDING | 1,152.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,152.00 |
| PRECISION PLATING INC | 1,700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,700.00 |
| SAFETY-KLEEN (corp) | 0.00 | 0.00 | 0.00 | 0.00 | -0.43 | -0.43 |
| SEALS CYLINDER SOURCE INC | 493.85 | 0.00 | 0.00 | 0.00 | 0.00 | 493.85 |
| SENTRY INSURANCE | 2,148.80 | 0.00 | 0.00 | 0.00 | 0.00 | 2,148.80 |
| SHERWIN WILLIAMS | 137.56 | 0.00 | 0.00 | 0.00 | 0.00 | 137.56 |
| SOUTHERN FLUID POWER | 0.00 | 0.00 | 0.00 | 4,856.30 | 0.00 | 4,856.30 |
| STAPLES | 0.00 | 0.00 | 0.00 | 7.29 | 0.00 | 7.29 |
| TRINITY MACHINE | 2,012.50 | 0.00 | 0.00 | 0.00 | 0.00 | 2,012.50 |
| ULINE SHIPPING SUPPLY SPECIALISTS | 418.00 | 0.00 | 0.00 | 0.00 | 0.00 | 418.00 |
| UPS | 154.58 | 0.00 | 0.00 | 0.00 | 0.00 | 154.58 |
| WORLEY MACHINE ENTERPRISES INC | 5,134.50 | 0.00 | 0.00 | 0.00 | 0.00 | 5,134.50 |
| **TOTAL** | **28,008.70** | **21,453.35** | **-318.00** | **4,819.69** | **1,779.23** | **55,742.97** |

Case 18-80892-CRJ11    Doc 240    Filed 01/22/20    Entered 01/22/20 11:36:39    Desc
Main Document      Page 18 of 22

# JIT Industries, Inc.
## Reconciliation Summary
### 10001 · BANK INDEPENDENT, Period Ending 11/30/2019

| | Nov 30, 19 |
|---|---|
| Beginning Balance | 248,757.45 |
|     Cleared Transactions | |
|         Checks and Payments - 116 items | -249,492.01 |
|         Deposits and Credits - 46 items | 212,126.13 |
|     Total Cleared Transactions | -37,365.88 |
| Cleared Balance | 211,391.57 |
|     Uncleared Transactions | |
|         Checks and Payments - 4 items | -836.15 |
|         Deposits and Credits - 2 items | 9,095.82 |
|     Total Uncleared Transactions | 8,259.67 |
| Register Balance as of 11/30/2019 | 219,651.24 |
|     New Transactions | |
|         Checks and Payments - 2 items | -5,688.03 |
|     Total New Transactions | -5,688.03 |
| Ending Balance | 213,963.21 |

Case 18-80892-CRJ11    Doc 240    Filed 01/22/20    Entered 01/22/20 11:36:39    Desc
Main Document    Page 19 of 22



**BANK INDEPENDENT** ®

BIBANK.COM | MEMBER FDIC | ⌂ EQUAL HOUSING LENDER | 877.865.5050

PO BOX 5000 | SHEFFIELD, AL 35660

www.bibank.com

JIT Industries Inc
Debtor in Possession
PO Box 2023
Madison AL 35758-5414

## ACCOUNT SUMMARY

| Account Number | Type of Account | Current Balance | Checks |
|---|---|---|---|
| 4641 | Small Business Checking | 211,391.57 | 72 |

## CHECKING ACCOUNT

**Refer your family and friends to Bank Independent and earn up to $500!**
Learn more and register at referlive.com/bibank.com.

| Small Business Checking | | No. Checks | 72 |
|---|---|---|---|
| Account Number | 4641 | Statement Dates  11/01/19 thru 12/01/19 | |
| Previous Balance | 248,757.45 | Days in the statement period | 31 |
| 40 Deposits/Credits | 218,171.13 | Average Ledger | 255,070.03 |
| 113 Checks/Debits | 255,529.01 | Average Collected | 255,070.03 |
| Service Charge | 8.00 | | |
| Interest Paid | .00 | | |
| Current Balance | 211,391.57 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees year to date | $.00 | $.00 |
| Return item fees year to date | $.00 | $.00 |

## DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|---|---|---|

Case 18-80892-CRJ11     Doc 240     Filed 01/22/20     Entered 01/22/20 11:36:39     Desc
Main Document      Page 20 of 22



**BANK IIIIII INDEPENDENT®**

BIBANK.COM | MEMBER FDIC | ⌂ EQUAL HOUSING LENDER | 877.865.5050

|————————| PO BOX 5000 · SHEFFIELD, AL 35660 |————————|

www.bibank.com

Small Business Checking          ▬4641  (Continued)

### D E P O S I T S  A N D  A D D I T I O N S

| Date | Description | Amount |
|------|-------------|-------:|
| 11/01 | PAYMENTJNL CONTINENTAL CARB<br>PPD | 5,783.81 |
| 11/01 | KS Service K & S Services<br>CCD   C3-33295 | 4,569.80 |
| 11/04 | EDI PYMNTS Falls of Neuse M<br>CTX   000000000024769<br>ST*820*000000058\<br>BPR*U*299*C*ACH*CTX*01*1210002<br>48*DA*4336896196*3611692607**D | 299.00 |
| 11/04 | DEPOSIT   MERCHANT BANKCD<br>CCD   496280481888 | 250.00 |
| 11/05 | PAYMENT   GenuineParts PMD<br>CCD   0000027076BOAPY | 504.80 |
| 11/05 | DEPOSIT   MERCHANT BANKCD<br>CCD   496280481888 | 449.00 |
| 11/06 | Invoices   Controlled Fluid<br>CCD   000051 | 1,930.60 |
| .1/06 | CORP PAY   ELECTRIFIL CORP<br>CCD   JIT | 799.74 |
| 11/07 | EDI PYMNTS American Welding<br>CTX   200000000000089<br>ST*820*000000036\<br>BPR*U*633.55*C*ACH*CTX*01*1210<br>00248*DA*4336896196*3611692607 | 633.55 |
| 11/07 | Deposit | 26,367.04 |
| 11/07 | Deposit | 9,923.67 |
| 11/08 | PAYMENTJNL CONTINENTAL CARB<br>PPD | 10,886.47 |
| 11/08 | KS SERVICE K & S Services<br>CCD   C3-33410 | 7,850.73 |
| 11/12 | PAYMENTJNL CONTINENTAL CARB<br>PPD | 4,801.30 |
| 11/12 | PAYMENT   GenuineParts PMD<br>CCD   0000027436BOAPY | 2,951.80 |
| 11/13 | Invoices   Controlled Fluid<br>CCD   000051 | 3,348.66 |
| 11/13 | DEPOSIT   MERCHANT BANKCD<br>CCD   496280481888 | 274.67 |
| 11/14 | INVOICES   CONTROLLED FLUID<br>CCD   000051 | 147.03 |
| 11/15 | KS Service K & S Services<br>CCD   C3-33539 | 19,003.14 |
| 11/15 | KS Service K & S Services<br>CCD   C3-33607 | 11,847.63 |
| 11/15 | PAYMENTJNL CONTINENTAL CARB<br>PPD | 560.38 |
| 11/15 | Deposit | 16,549.26 |
| 11/15 | Deposit | 850.00 |

# BANK INDEPENDENT®

BIBANK.COM | MEMBER FDIC | ⌂ EQUAL HOUSING LENDER | 877.865.5050

PO BOX 5000 | SHEFFIELD, AL 35660

www.bibank.com

Small Business Checking          ████4641  (Continued)

## D E P O S I T S   A N D   A D D I T I O N S

| Date | Description | Amount |
|------|-------------|--------|
| 11/18 | PAYMENT   GenuineParts PMD<br>CCD   0000027882BOAPY | 1,798.14 |
| 11/18 | DEPOSIT   MERCHANT BANKCD<br>CCD   496280481888 | 600.00 |
| 11/20 | Invoices  Controlled Fluid<br>CCD   000051 | 872.20 |
| 11/20 | ACH Return Top Logistics<br>Unable to locate | 6,045.00 |
| 11/20 | Deposit | 8,378.13 |
| 11/21 | EDI PYMNTS American Welding<br>CTX   200000000000210<br>ST*820*000000044\<br>BPR*U*7931.27*C*ACH*CTX*01*121<br>000248*DA*4336896196*361169260 | 7,931.27 |
| 11/22 | CORP PAY  K & S SERVICES<br>CCD   C3-33674 | 13,516.59 |
| 11/22 | PAYMENTJNL CONTINENTAL CARB<br>PPD | 4,181.68 |
| 11/25 | PAYMENT   GenuineParts PMD<br>CCD   0000028341BOAPY | 6,904.85 |
| 11/25 | DEPOSIT   MERCHANT BANKCD<br>CCD   496280481888 | 634.73 |
| 11/25 | SUPPL INV UBE MACHINERY IN<br>PPD | 64.00 |
| 11/26 | ALA 11/25  BUSCHE PERFORMAN<br>CCD   JIT CYLINDERS | 270.87 |
| 11/27 | Invoices  Controlled Fluid<br>CCD   000051 | 1,364.60 |
| 11/27 | PAYMENTS   RAINSVILLE<br>CCD   NA<br>DTM*TXT\ | 932.32 |
| 11/29 | CORP PAY  K & S SERVICES<br>CCD   C3-33822 | 27,594.80 |
| 11/29 | PAYMENTJNL CONTINENTAL CARB<br>PPD | 4,486.87 |
| 11/29 | PAYMENT   GenuineParts PMD<br>CCD   0000028574BOAPY | 2,013.00 |

## W I T H D R A W A L S   A N D   D E D U C T I O N S

| Date | Description | Amount |
|------|-------------|--------|
| 11/01 | PREM PMT   BCBS OF AL<br>CCD   20880999 | 11,620.54- |
| 11/01 | ACH Offset Bank to Bank<br>CCD   1631277267 | 6,114.13- |
| 11/04 | DBT CRD 1330 11/01/19 DBXSD9NA<br>FASTENAL CO | 21.80- |