## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC     CASE NO. : 18-80892-CRJ-11     MONTH ENDING: *12-31*

**Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15ᵗʰ of each month**

### BUSINESS DEBTOR'S AFFIRMATIONS

1. YES ✓ NO____ All post petition business taxes have been paid/deposited and the deposit slips are attached.

   YES ✓ NO____ All post petition individual taxes have been paid and the deposit slips are attached.

   If you answered "No" to the above, list the types of taxes that are now due and owing.

   | TYPE OF TAX | AMOUNT |
   |---|---|
   | _____ | $_____ |
   | _____ | $_____ |
   | _____ | $_____ |
   | _____ | $_____ |

2. YES ✓ NO____ Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

   If no, enter:    TYPE_____not in force.

                TYPE_____not in force.

3. YES ✓ NO____ New books and records were opened and are being maintained daily.

4. YES ✓ NO____ Copies of all banks statements and reconciliations are attached.

5. YES ✓ NO____ I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES ✓ NO____ All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE: *1-15-2020*

Phone No.: *256-751-2548*

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-01**

**United States Bankruptcy Court - Northern District of Alabama**

CASE NAME: JIT INDUSTRIES, INC    CASE NO.: 18-80892-CRJ-11    MONTH ENDING: 12-31

Attach Business Forms BA-02(A-D)
**BUSINESS DEBTOR'S**

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | —Accrual   (Circle One)   —Cash |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

1. REVENUE FROM TOTAL SALES      $162,176.96

A. CASH ON HAND (Beginning) 241,667.50

2. LESS COST OF THOSE SALES      64,107.63
(Cost of materials, Labor, etc.)

B. RECEIPTS:

Accounts Receivable from
Form BA-02(A)-Line II(C)   189,652.47

3. EQUALS GROSS PROFIT (1 minus 2)   98,069.33

Cash Sales   _____

4. LESS OPERATING EXPENSES   136,917.42

Loan Proceeds from _____

5. EQUALS NET PROFIT OPERATIONS (3 minus 4)   -38,848.09

Sale of Property
(Not in ordinary course of business)   _____

Other _____   _____

6. NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

_____

C. TOTAL RECEIPTS   189,652.47
(Total of B)

_____   _____

D. BUSINESS DISBURSEMENTS FROM FORM BA-02(B)   136,917.42

_____   _____

7. EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6)   $-38,848.09

E. SURPLUS OR DEFICIT   52,785
(C minus D)

F. CASH ON HAND (End)   294,402.50
(A plus E)

***Please itemize Cost of Sales and Expenses on a separate sheet of paper.***

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE: _____

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC          CASE NO.: 18-80892-CRJ-11          MONTH ENDING: 12-31

### Attach to Business Form BA-02
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.   NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II.   COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

    A.   Amount collected this month on accounts
        receivable charged and paid this month.          $12,755.72

    B.   Amount collected this month on accounts
        receivable charged in prior months
        and paid this month.                             $174,896.70

    C.   TOTAL collected this month on accounts
        receivable.                                   * $189,652.45

III.   PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
|        | $         |            |            |         | $     |
|        |           | see attached |          |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
| **TOTALS** | $     |            |            |         | $     |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF

DATE: 1-22-2020 _____        _____
                                            RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(A)

* Delta of (.03) not able to find difference
from bank account to operating book
amount deposited. JM

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC        CASE NO.: 18-80892-CRJ-11      MONTH ENDING: /2-/-3/

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | |
|---|---|
| ACCOUNTING FEES | $ 369.50 |
| ADVERTISING | 6,473.88 |
| AUTOMOBILES/VEHICLES (repairs & maintenance) | 1,249.71 |
| COMMISSIONS/CONTRACT LABOR | 308.00 |
| INSURANCE (TOTAL) | 2752.45 |

| | |
|---|---|
| AUTO | $ |
| LIABILITY | |
| LIFE | |
| MEDICAL | |
| CASUALTY | |
| FIRE & THEFT | |
| WORKMAN'S COMP. | |
| OTHER  General | 2752.45 |

| | |
|---|---|
| INTEREST PAID | |
| INVENTORY PURCHASED | |
| LEGAL FEES | $ 6237.25 |
| POSTAGE | 68.00 |
| RENT/LEASE PAYMENTS ON REAL ESTATE | — |
| REPAIRS & MAINTENANCE | 26,543.98 |
| SALARIES/WAGES PAID | 60,684.63 |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)] | |
| SUPPLIES (TOTAL) | 18,190.57 |

| | |
|---|---|
| OFFICE | $ 2,781.02 |
| OPERATING | 15,409.55 |

| | |
|---|---|
| TRAVEL & ENTERTAINMENT | |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)] | 5117.26 |
| UNSECURED LOAN PAYMENTS | 2,190.79 |
| UTILITIES (TOTAL) | |

| | |
|---|---|
| ELECTRICITY | $ 1650.09 |
| GAS | |
| TELEPHONE | 472.57 |
| WATER | |
| OTHER  internet | 68.13 |

| | |
|---|---|
| OTHER BUSINESS DISBURSEMENTS | |
| (Specify) | $ |
| TOTAL BUSINESS DISBURSEMENTS | $ 136,917.42 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE: /-25-2020

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(B)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES INC          CASE NO.: 18-80892-CRJ11          MONTH ENDING: 12-31

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month. (Check, if true.)

2. _____ No secured loan payments have been paid during this month. (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT DUE | AMOUNT PAID | BALANCE |
|---|---|---|---|---|---|
| Phillip Hill | | | judgment | | |
| Rod Hill | | | judgment | | |
| Danny Overbee | | | judgment | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE: 1-15-2020          RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC     CASE NO.: 18-80892-CRJ11     MONTH ENDING: 12-31

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| | | *see attached* | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE: 1-19-2020                    _Alan McComb_
                                   RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(D)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC       CASE NO.: 18-80892-CRJ-11      MONTH ENDING: 12-31

### BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Bank Incl | * 4641 | 241,667.50 | 12-31 | Pre |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

### GROSS PAYROLL
(Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1  (Name) Ginger McComb | $ | 9615.38 |
| Officer #2  (Name) Matt McComb | $ | 9615.38 |
| Other Officer  (Name) _____ | $ |  |
| Employees (Number)  13 - 14 | $ |  |
| Employees (Relatives)  1 | $ |  |
| Name  Marvin Gillespie | $ | 0 |
| Name | $ |  |

### INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $ |
| Inventory - Purchased this Month - CASH | $ |
| Inventory - Purchased this Month - CREDIT | $ |
| Inventory - End of Month (COST) | $ |

### PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

___ A. No payments on pre-petition debts have been made this month.
___ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _____                    _____
                                           RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JIT INDUSTRIES, INC          CASE NO: 18-80892-CRJ-11          MONTH ENDING: 12 3/

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

_____ A.  All operating expenses since the beginning of this case have
          been paid.  Therefore there are no post-petition accounts
          payable.

**\*\* OR \*\***

__X__ B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| ⚡ See attached | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE _1-15-2020_                                    _(signature)_
                                              RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-03(A)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: JD INDUSTRIES, INC.    CASE NO: 18-80892-CRJ-11    MONTH ENDING: 12-31

### File for Each Quarter
### BUSINESS DEBTOR'S BALANCE SHEET

**I.  ASSETS**

| | | |
|---|---|---|
| Current: | Cash | $ *see attached* |
| | Inventory | $ |
| | Accounts Receivable | $ |
| | Other | $ |
| | Total Current Assets    (a) | $ |
| | | |
| Fixed: | Property & Equipment | $ |
| | Accumulated Depreciation | $ < > |
| | Other | $ |
| | Total Fixed Assets    (b) | $ |
| | | |
| Total Assets | (a + b) = (c) | $ |

**II. LIABILITIES**

| | | |
|---|---|---|
| Current: | Post Chapter 11 Payables | $ |
| | Taxes Payable | $ |
| | Accrued Professional Fees | $ |
| | Accrued Expenses | $ |
| | Notes Payable | $ |
| | Current Portion Long Term Debt | $ |
| | Other | $ |
| | Total Current Liabilities (d) | $ |
| | | |
| Long Term Debt: | Pre-Chapter 11 Payables | $ |
| | Notes & Loans Payable | $ |
| | Less Current Portion | $ < > |
| | Other | $ |
| | Total Long Term Debt    (e) | $ |
| Total Liabilities | (d + e) = (f) | $ |

STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH

| | | |
|---|---|---|
| | Capital Stock    (g) | $ |
| | Retained Earnings (Deficit) (h) | $ |
| | Current Surplus (Deficit)    (i) | $ |
| Total Liabilities & Stockholder | | |
| Equity/Net Worth | (f) + (g) + (h) + (i) | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE 1-18-2020                    _____
                                  RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-04

United States Bankruptcy Court -Northern District of Alabama

CASE NAME: JT INDUSTRIES, INC.    CASE NO. : 18-80892-CRJ-11    MONTH ENDING: _____

**File for Each Quarter**
**by the 15th of the Month Following the End of the Quarter**

## BUSINESS DEBTOR'S QUARTERLY INCOME STATEMENT

TOTAL REVENUE (SALES)                                    (a)   $ _see attached_

Cost of Sales:
    Materials                          $ _____
    Labor                              $ _____
    Purchased Services                 $ _____
  Total Cost of Sales                    (b)   $ _____
  Gross Profit                  (a - b) = (c)   $ _____

OPERATING EXPENSES
    Management Salary                        $ _____
    Other Salary Expense                     $ _____
    Payroll Expenses                         $ _____
    Outside Services & Contractors           $ _____
    Supplies (office & operating)            $ _____
    Repairs & Maintenance                    $ _____
    Advertising                              $ _____
    Auto Expense                             $ _____
    Delivery                                 $ _____
    Accounting & Legal                       $ _____
    Rent                                     $ _____
    Telephone                                $ _____
    Travel & Entertainment                   $ _____
    Utilities                                $ _____
    Insurance                                $ _____
    Taxes real estate, property, etc.)       $ _____
    Interest                                 $ _____
    Depreciation                             $ _____
    Other Operating Expenses (describe)      $ _____
    _____               $ _____

Total Operating Expenses:                  (d)   $ _____

Net Profit/(Loss) from Operations (c - d)=(e)   $ _____

Non-Operating Income/Expenses $ _____
    _____ $ _____
    _____ $ _____
Total                                      (f)   $ _____

Net Profit/(Loss)                    (e - f)   $ _____

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE _____           _____
                                  RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-04

# JIT Industries, Inc.
## A/R Aging Summary
### As of December 31, 2019

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| ███████ | 0.00 | 354.25 | 0.00 | 0.00 | 0.00 | 354.25 |
| ███████ | 0.00 | 0.00 | 0.00 | 2,220.00 | 0.00 | 2,220.00 |
| ███████ | 0.00 | 0.00 | 0.00 | 0.00 | 3,906.11 | 3,906.11 |
| ███████ | 1,350.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,350.00 |
| ███████ | 0.00 | 3,956.61 | 0.00 | 0.00 | 0.00 | 3,956.61 |
| ███████ | 3,350.00 | 531.10 | 252.75 | 0.00 | 580.28 | 4,714.13 |
| ███████ | 0.00 | 0.00 | 0.00 | 0.00 | 6,073.28 | 6,073.28 |
| ███████ | 17,099.43 | 10,789.89 | 436.15 | 4,226.89 | 385.00 | 32,917.36 |
| ███████ | 2,572.21 | 0.00 | 0.00 | 0.00 | 0.00 | 2,572.21 |
| ███████ | 0.00 | 991.75 | 0.00 | 0.00 | 1,219.09 | 2,210.84 |
| ███████ | 21,161.11 | 6,562.50 | 675.76 | 14,322.23 | 885.00 | 43,606.60 |
| ███████ | 3,288.40 | 0.00 | 0.00 | 0.00 | 0.00 | 3,288.40 |
| ███████ | 853.36 | 0.00 | 0.00 | 0.00 | 0.00 | 853.36 |
| ███████ | 3,322.43 | 0.00 | 0.00 | 0.00 | 0.00 | 3,322.43 |
| ███████ | 389.06 | 0.00 | 0.00 | 0.00 | 0.00 | 389.06 |
| ███████ | 7,998.23 | 1,069.81 | 2,539.40 | 0.00 | 0.00 | 11,607.44 |
| ███████ | 2,406.25 | 0.00 | 0.00 | 0.00 | 0.00 | 2,406.25 |
| ███████ | 0.00 | 509.18 | 0.00 | 0.00 | 0.00 | 509.18 |
| ███████ | 8,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,000.00 |
| ███████ | 876.00 | 216.00 | 0.00 | 0.00 | 0.00 | 1,092.00 |
| ███████ | 0.00 | 55,500.00 | 0.00 | 0.00 | 0.00 | 55,500.00 |
| ███████ | 556.59 | 0.00 | 0.00 | 0.00 | 0.00 | 556.59 |
| ███████ | 0.00 | 0.00 | 0.00 | 902.48 | 1,538.75 | 2,441.23 |
| ███████ | 0.00 | 121.50 | 0.00 | 0.00 | 0.00 | 121.50 |
| ███████ | 14,777.46 | 0.00 | 0.00 | 0.00 | 0.00 | 14,777.46 |
| ███████ | 0.00 | 0.00 | 0.00 | 0.00 | -0.88 | -0.88 |
| ███████ | 7,989.74 | 0.00 | 0.00 | 0.00 | 905.05 | 8,894.79 |
| ███████ | 9,121.84 | 2,321.80 | 0.00 | 0.00 | 0.00 | 11,443.64 |
| ███████ | 0.00 | 0.00 | 0.00 | 0.00 | 966.62 | 966.62 |
| ███████ | 0.00 | 10,692.90 | 1,041.23 | 0.00 | 0.00 | 11,734.13 |
| ███████ | 2,123.20 | 4,766.00 | 0.00 | 0.00 | 0.00 | 6,889.20 |
| ███████ | 388.09 | 0.00 | 0.00 | 0.00 | 0.00 | 388.09 |
| ███████ | 105.00 | 0.00 | 0.00 | 0.00 | 0.00 | 105.00 |
| ███████ | 0.00 | 0.00 | 6,074.08 | 0.00 | 0.00 | 6,074.08 |
| ███████ | 481.20 | 0.00 | 0.00 | 0.00 | 0.00 | 481.20 |
| ███████ | 0.00 | 2,005.81 | 471.05 | 0.00 | 50.00 | 2,526.86 |
| ███████ | 0.00 | 375.00 | 0.00 | 0.00 | 0.00 | 375.00 |
| ███████ | 20,656.32 | 1,281.73 | 0.00 | 0.00 | 313.43 | 22,251.48 |
| ███████ | 3,813.60 | 0.00 | 0.00 | 0.00 | 0.00 | 3,813.60 |
| ███████ | 0.00 | 6,028.18 | 0.00 | 0.00 | 0.00 | 6,028.18 |
| ███████ | 6,952.35 | 0.00 | 0.00 | 0.00 | 0.00 | 6,952.35 |
| ███████ | 1,726.20 | 0.00 | 342.50 | 0.00 | 0.00 | 2,068.70 |
| ███████ | 306.39 | 0.00 | 0.00 | 0.00 | 0.00 | 306.39 |
| ███████ | 3,749.37 | 3,286.08 | 3,532.50 | 59.76 | 0.00 | 10,627.71 |
| ███████ | 372.60 | 0.00 | 0.00 | 0.00 | 0.00 | 372.60 |
| ███████ | 0.00 | 0.00 | 2,824.31 | 0.00 | 0.00 | 2,824.31 |
| ███████ | 3,355.11 | 1,619.80 | 0.00 | 0.00 | 0.00 | 4,974.91 |
| **TOTAL** | **149,141.54** | **112,979.89** | **18,189.73** | **21,731.36** | **16,801.73** | **318,844.25** |

Case 18-80892-CRJ11    Doc 241    Filed 01/22/20    Entered 01/22/20 11:38:18    Desc
Main Document      Page 11 of 24

# CASH REQUIREMENTS

## CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 12/10/19: $8,838.99

### TRANSACTION SUMMARY

**SUMMARY BY TRANSACTION TYPE -**

| | |
|---|---|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 8,838.99 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | 8,838.99 |
| TOTAL MANUAL CHECKS/UPDATES | 21,023.65 |
| CASH REQUIRED BEFORE REMAINING D / W / L | 29,862.64 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 1,760.97 |
| CASH REQUIRED FOR CHECK DATE 12/10/19 | 31,623.61 |

### TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER -** *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---|
| 12/09/19 | BANK INDEPENDENT | xxxxxxx4641 | Garnishment | Employee Deductions | 142.15 |
| | | | | **EFT FOR 12/09/19** | **142.15** |
| 12/10/19 | BANK INDEPENDENT | xxxxxxx4641 | Taxpay® | Employee Withholdings | |
| | | | | Social Security | 1,828.80 |
| | | | | Medicare | 427.70 |
| | | | | Fed Income Tax | 3,142.40 |
| | | | | AL Income Tax | 1,066.96 |
| | | | | **Total Withholdings** | **6,465.86** |
| | | | | Employer Liabilities | |
| | | | | Social Security | 1,737.57 |
| | | | | Medicare | 406.29 |
| | | | | Fed Unemploy | 7.04 |
| | | | | AL Unemploy | 79.38 |
| | | | | AL Emp Sec Asm | 0.70 |
| | | | | **Total Liabilities** | **2,230.98** |
| | | | | **EFT FOR 12/10/19** | **8,696.84** |
| | | | | **TOTAL EFT** | **8,838.99** |

**MANUAL CHECKS/UPDATES -** *These amounts are for previously calculated checks that were issued by you. You may have already deducted these funds from your account.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | TOTAL |
|---|---|---|---|---|---|
| 12/10/19 | Refer to your records for account Information | | Payroll | Check Amounts | 21,023.65 |
| | | | | **TOTAL MANUAL CHECKS/UPDATES** | **21,023.65** |

0041 1808-1414 JIT Industries Inc
Run Date 12/06/19 04:43 PM

Period Start - End Date 11/17/19 -11/30/19
Check Date 12/10/19

Cash Requirements
Page 1 of 2
CASHREQ

Case 18-80892-CRJ11   Doc 241   Filed 01/22/20   Entered 01/22/20 11:38:18   Desc
Main Document     Page 12 of 24

# CASH REQUIREMENTS

## CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 12/10/19: $8,838.99

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** - *Paychex does not remit these funds. You must ensure accurate and timely payment of applicable items.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | TOTAL |
|---|---|---|---|---|---|
| 12/10/19 | Refer to your records for account Information | | Payroll | Employee Deductions | |
| | | | | 401K AdvSel EE CUC | 126.36 |
| | | | | 401K AdvSel EE Pre | 1,000.00 |
| | | | | Garnishment Fee 2 | 3.00 |
| | | | | Health Ins Pretax | 246.99 |
| | | | | **Total Deductions** | **1,376.35** |
| | | | | Other Items | |
| | | | | 401k ER | 384.62 |
| | | | | **TOTAL OTHER ITEMS** | **384.62** |
| | | | | **TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** | **1,760.97** |

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF** - *This information serves as a record of payment.*

| DUE DATE | PRODUCT | DESCRIPTION | |
|---|---|---|---|
| 12/13/19 | Taxpay® | FED IT PMT Group | 7,542.76 |

| | |
|---|---|
| Period Start – End Date | 11/1/19 - 11/30/19 |
| Check Date | 12/10/19 |

# CASH REQUIREMENTS

## CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 12/19/19: $32,064.20

### TRANSACTION SUMMARY

**SUMMARY BY TRANSACTION TYPE -**

| | |
|---|---:|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 9,501.57 |
| TOTAL NEGOTIABLE CHECKS | 22,562.63 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | 32,064.20 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 347.60 |
| CASH REQUIRED FOR CHECK DATE 12/19/19 | 32,411.80 |

### TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER -** *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---:|---:|
| 12/19/19 | BANK INDEPENDENT | xxxxxxx4641 | Garnishment | Employee Deductions | | 142.15 |
| 12/19/19 | BANK INDEPENDENT | xxxxxxx4641 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 1,875.42 | |
| | | | | Medicare | 438.63 | |
| | | | | Fed Income Tax | 3,511.57 | |
| | | | | AL Income Tax | 1,159.52 | |
| | | | | **Total Withholdings** | **6,985.14** | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 1,818.61 | |
| | | | | Medicare | 425.30 | |
| | | | | Fed Unemploy | 5.30 | |
| | | | | AL Unemploy | 123.97 | |
| | | | | AL Emp Sec Asm | 1.10 | |
| | | | | **Total Liabilities** | **2,374.28** | |
| | | | | **EFT FOR 12/19/19** | | 9,359.42 |
| | | | | **TOTAL EFT** | | **9,501.57** |

**NEGOTIABLE CHECKS -** *Check amounts will be debited when payees cash checks. Funds must be available on check date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | TOTAL |
|---|---|---|---|---|---:|
| 12/19/19 | BANK INDEPENDENT | xxxxxxx4641 | Payroll | Check Amounts | 22,562.63 |
| | | | | **TOTAL NEGOTIABLE CHECKS** | **22,562.63** |

0041 1808-1414 JIT Industries Inc
Run Date 12/18/19 01:29 PM

Period Start - End Date 12/01/19 - 12/14/19
Check Date 12/19/19

Cash Requirements
Page 1 of 2
CASHREQ

# CASH REQUIREMENTS

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 12/19/19: $32,064.20**

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES** - Paychex does not remit these funds. You must ensure accurate and timely payment of applicable items.

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | |
|---|---|---|---|---|---|
| 12/19/19 | Refer to your records for account information | | Payroll | Employee Deductions | |
| | | | | 401K AdvSel EE CUC | 97.61 |
| | | | | Garnishment Fee 2 | 3.00 |
| | | | | Health Ins Pretax | 246.99 |
| | | | | **Total Deductions** | **347.60** |

**TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES**    **347.60**

**PAYCHEX WILL MAKE THESE TAX DEPOSIT(S) ON YOUR BEHALF** - This information serves as a record of payment.

| DUE DATE | PRODUCT | DESCRIPTION | |
|---|---|---|---|
| 12/26/19 | Taxpay® | FED IT PMT Group | 8,069.53 |

0041 1808-1414 JIT Industries Inc
Run Date 12/18/19 01:29 PM

Period Start - End Date    12/01/19 - 12/14/19
Check Date    12/19/19

Cash Requirements
Page 2 of 2
CASHREQ

# JIT Industries, Inc.
## Reconciliation Summary
### 10001 · BANK INDEPENDENT, Period Ending 12/31/2019

|  | Dec 31, 19 |
|---|---|
| **Beginning Balance** | 211,391.57 |
|    Cleared Transactions | |
|       Checks and Payments - 89 items | -159,376.46 |
|       Deposits and Credits - 27 items | 189,652.39 |
|     **Total Cleared Transactions** | 30,275.93 |
| **Cleared Balance** | **241,667.50** |
|    Uncleared Transactions | |
|       Checks and Payments - 10 items | -5,712.75 |
|     **Total Uncleared Transactions** | -5,712.75 |
| **Register Balance as of 12/31/2019** | **235,954.75** |
|    New Transactions | |
|       Checks and Payments - 20 items | -36,122.15 |
|       Deposits and Credits - 1 item | 79.79 |
|     **Total New Transactions** | -36,042.36 |
| **Ending Balance** | **199,912.39** |

Case 18-80892-CRJ11    Doc 241    Filed 01/22/20    Entered 01/22/20 11:38:18    Desc
Main Document      Page 16 of 24

JIT Industries Inc
Debtor in Possession
PO Box 2023
Madison AL 35758-5414

## A C C O U N T   S U M M A R Y

| Account Number | Type of Account | Current Balance | Checks |
|---|---|---|---|
| ▬4641 | Small Business Checking | 241,667.50 | 67 |

## C H E C K I N G   A C C O U N T

Refer your family and friends to Bank Independent and earn up to $500!
Learn more and register at referlive.com/bibank.com.

| | | | |
|---|---|---|---|
| Small Business Checking | | No. Checks | 67 |
| Account Number | ▬4641 | Statement Dates 12/02/19 thru 12/31/19 | |
| Previous Balance | 211,391.57 | Days in the statement period | 30 |
| 23 Deposits/Credits | 189,657.39 | Average Ledger | 250,064.98 |
| 89 Checks/Debits | 159,381.46 | Average Collected | 250,064.98 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 241,667.50 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees year to date | $.00 | $.00 |
| Return item fees year to date | $.00 | $.00 |

## D E P O S I T S   A N D   A D D I T I O N S

| Date | Description | Amount |
|---|---|---|

*[handwritten notes:]*

12,755.72
176,896.70
_____
my book  189,652.42

189,657.39
− 5.00 Rebate ?
_____
banks  189,652.39

⟨0.03⟩

Small Business Checking     ▬4641   (Continued)

## D E P O S I T S  A N D  A D D I T I O N S

| Date | Description | Amount |
|------|-------------|-------:|
| 12/05 | EDI PYMNTS American Welding<br>CTX   200000000000372<br>ST*820*000000036<br>BPR*U*3307.2*C*ACH*CTX*01*1210<br>00248*DA*4336896196*3611692607 | 3,307.20 |
| 12/05 | Deposit | 9,095.82 |
| 12/06 | PAYMENTJNL CONTINENTAL CARB<br>PPD | 6,562.50 |
| 12/06 | Deposit | 737.40 |
| 12/09 | PAYMENT    GenuineParts PMD<br>CCD   0000029178BOAPY | 836.50 |
| 12/09 | Deposit | 58,455.95 |
| 12/09 | Deposit | 18,018.34 |
| 12/10 | PAYMENTJNL CONTINENTAL CARB<br>CTX   137835 | 2,414.08 |
| 12/11 | POS CRE 0000 12/10/19 99999999<br>MASTERCARD<br>REBATE      MO C#0120 | 5.00 |
| 12/11 | DEPOSIT    MERCHANT BANKCD<br>CCD   496280481888 | 119.84 |
| 12/12 | PAYMENT    GenuineParts PMD<br>CCD   0000029400BOAPY | 8,883.00 |
| 12/12 | DEPOSIT    MERCHANT BANKCD<br>CCD   496280481888 | 700.00 |
| 12/13 | CORP PAY   K & S SERVICES<br>CCD   C3-34060 | 12,795.48 |
| 12/13 | PAYMENTJNL CONTINENTAL CARB<br>CTX   137835 | 8,700.00 |
| 12/17 | Deposit | 13,947.25 |
| 12/17 | Deposit | 21.00 |
| 12/18 | DEPOSIT    MERCHANT BANKCD<br>CCD   496280481888 | 350.00 |
| 12/20 | PAYMENTJNL CONTINENTAL CARB<br>CTX   137835 | 9,728.65 |
| 12/20 | CORP PAY   K & S SERVICES<br>CCD   C3-34184 | 604.10 |
| 12/23 | PAYMENT    GenuineParts PMD<br>CCD   0000030117BOAPY | 8,818.94 |
| 12/24 | PAYMENTJNL CONTINENTAL CARB<br>CTX   137835 | 6,823.68 |
| 12/27 | PAYMENTJNL CONTINENTAL CARB<br>CTX   137835 | 15,224.00 |
| 12/30 | PAYMENT    GenuineParts PMD<br>CCD   0000030498BOAPY | 3,508.66 |

Small Business Checking ▬4641 (Continued)

W I T H D R A W A L S   A N D   D E D U C T I O N S

| Date | Description | Amount |
|------|-------------|--------|
| 12/02 | DBT CRD 1221 11/29/19 DBDKHDS8<br>FASTENAL CO<br>HARTSELLE    AL C#0120 | 54.45- |
| 12/02 | POS DEB 1000 12/01/19 10724632<br>LOWE S  300<br>1087 HIGHWAY 31 NW<br>HARTSELLE    AL C#0120 | 34.81- |
| 12/03 | DEPOSIT   MERCHANT BANKCD<br>CCD   496280481888 | 94.52- |
| 12/05 | MNTHLY FEE Paymode-X<br>CCD   F105327960 | 212.59- |
| 12/09 | POS DEB 1057 12/07/19 67279200<br>O REILLY AU ·<br>301 HIGHWAY 31 NW<br>HARTSELLE    AL C#0120 | 7.62- |
| 12/09 | GARNISH   PAYCHEX CGS<br>CCD   COL0089233555 | 142.15- |
| 12/10 | TAXES     PAYCHEX TPS<br>CCD   84860000003738X | 8,696.84- |
| 12/10 | INVOICE   PAYCHEX EIB<br>CCD   X84742700009728 | 243.00- |
| 12/11 | DBT CRD 1219 12/10/19 DBHPVEYO<br>DENCO DISTR<br>6163633669    MI C#0120 | 2,520.00- |
| 12/11 | 401kcontri I EPLAN SVCS PAD<br>PPD | 1,126.36- |
| 12/12 | ACH Offset Bank to Bank<br>CCD   1631277267 | 9,487.20- |
| 12/18 | DBT CRD 0103 12/17/19 DBYH1QME<br>VBS*VONAGE<br>866-901-0242   GA C#0120 | 245.45- |
| 12/19 | Withdrawal | 19,623.78-DR |
| 12/19 | TAXES     PAYCHEX TPS<br>CCD   85037100001757X | 9,359.42- |
| 12/19 | UPS BILL   U. P. S.<br>CCD   19334000R36A03 | 154.58- |
| 12/19 | UPS BILL   U. P. S.<br>CCD   19341000DR36A03 | 153.28- |
| 12/19 | GARNISH   PAYCHEX CGS<br>CCD   COL0089398947 | 142.15- |
| 12/20 | ACH Offset Bank to Bank<br>CCD   1631277267 | 7,077.09- |
| 12/20 | ACH Offset Bank to Bank<br>CCD   1631277267 | 180.00- |
| 12/20 | 401kcontri I EPLAN SVCS PAD<br>PPD | 97.61- |
| 12/23 | DBT CRD 1604 12/20/19 DBMHWBB6<br>INDUSTRIAL | 71.02- |

*Handwritten annotations:*
285.42
16,704.36
3,415.78
+8.00

4225.09 Net 6
1152
1700

Small Business Checking ████4641 (Continued)

**W I T H D R A W A L S   A N D   D E D U C T I O N S**

| Date | Description | Amount |
|------|-------------|--------|
| | 2568313500    AL C#0120 | |
| 12/23 | DIRECT DBT   AL-DEPT OF REV | 131.59- |
| | CCD    1043073408 | |
| 12/23 | CHARTER CO CHARTER COMMUNIC | 114.98- |
| | CCD   0210155566  SPA | |
| 12/23 | DIRECT DBT   AL-DEPT OF REV | 61.08- |
| | CCD    1045612928 | |
| 12/23 | Alabama.go AL ONESPOT TAX | 27.64- |
| | CCD   20195536296 | |
| 12/26 | POS DEB 0714 12/26/19 07135264 | 10.87- |
| | KROGER  8 2 | |
| | KROGER  8 241 HWY | |
| | HARTSELLE  .  AL C#0120 | |
| 12/31 | ACH Monthly Fee | 25.00- |
| 12/31 | Account Analysis Charge | 25.75- |
| 12/31 | POS DEB 0837 12/31/19 08052019 | 20.36- |
| | LOWE S  300 | |
| | 1087 HIGHWAY 31 NW | |
| | HARTSELLE    AL C#0120 | |

*Handwritten: $ 220.31*

*Handwritten: - 5.00 master card*

*Handwritten: + 8.00 check fee*

**S U M M A R Y   B Y   C H E C K   N U M B E R**

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 12/16 | 2272 | 1,743.13 | 12/06 | 2448 | 1,462.60 |
| 12/02 | 2394* | 100.00 | 12/16 | 2449 | 575.00 |
| 12/16 | 2400* | 700.00 | 12/26 | 2451* | 2,835.00 |
| 12/04 | 2413* | 1,700.03 | 12/19 | 2452 | 1,125.57 |
| 12/04 | 2415* | 3,988.00 | 12/18 | 2453 | 6,800.00 |
| 12/23 | 2416 | 567.18 | 12/27 | 2454 | 932.64 |
| 12/18 | 2417 | 6,800.00 | 12/19 | 2456* | 1,376.27 |
| 12/16 | 2418 | 228.00 | 12/19 | 2457 | 1,129.07 |
| 12/09 | 2431* | 774.54 | 12/19 | 2458 | 1,063.39 |
| 12/09 | 2432 | 1,266.57 | 12/20 | 2459 | 1,266.57 |
| 12/06 | 2433 | 1,444.28 | 12/19 | 2460 | 1,121.10 |
| 12/09 | 2435* | 3,018.01 | 12/19 | 2461 | 1,375.22 |
| 12/09 | 2436 | 3,345.90 | 12/19 | 2462 | 1,572.89 |
| 12/09 | 2437 | 909.83 | 12/23 | 2463 | 512.05 |
| 12/09 | 2438 | 2,009.03 | 12/19 | 2464 | 1,766.85 |
| 12/19 | 2439 | 100.00 | 12/20 | 2465 | 1,770.21 |
| 12/06 | 2440 | 1,235.10 | 12/23 | 2466 | 3,716.41 |
| 12/06 | 2441 | 1,569.70 | 12/20 | 2467 | 791.66 |
| 12/10 | 2442 | 628.28 | 12/23 | 2468 | 1,025.09 |
| 12/09 | 2443 | 308.00 | 12/23 | 2469 | 2,073.10 |
| 12/10 | 2444 | 178.20 | 12/23 | 2470 | 3,379.02 |
| 12/06 | 2445 | 991.37 | 12/31 | 2471 | 100.00 |
| 12/06 | 2446 | 2,368.44 | 12/27 | 2473* | 678.30 |
| 12/09 | 2447 | 423.50 | 12/27 | 2474 | 2,705.40 |

* Denotes missing check numbers

Small Business Checking     ████4641  (Continued)

## S U M M A R Y   B Y   C H E C K   N U M B E R

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 12/26 | 2475 | 128.00 | 12/23 | 2483 | 194.00 |
| 12/27 | 2476 | 88.77 | 12/26 | 2486* | 2,012.50 |
| 12/31 | 2478* | 66.34 | 12/26 | 2487 | 418.00 |
| 12/20 | 2480* | 1,306.61 | 12/24 | 2488 | 5,134.50 |
| 12/27 | 2481 | 129.00 | 12/27 | 2492* | 640.20 |
| 12/27 | 2482 | 10,971.85 | 12/23 | 2493 | 600.00 |

* Denotes missing check numbers

## D A I L Y   B A L A N C E

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/02 | 211,202.31 | 12/11 | 270,090.48 | 12/20 | 246,687.86 |
| 12/03 | 211,107.79 | 12/12 | 270,186.28 | 12/23 | 243,033.64 |
| 12/04 | 205,419.76 | 12/13 | 291,681.76 | 12/24 | 244,722.82 |
| 12/05 | 217,610.19 | 12/16 | 288,435.63 | 12/26 | 239,318.45 |
| 12/06 | 215,838.60 | 12/17 | 302,403.88 | 12/27 | 238,396.29 |
| 12/09 | 280,944.24 | 12/18 | 288,908.43 | 12/30 | 241,904.95 |
| 12/10 | 273,612.00 | 12/19 | 248,844.86 | 12/31 | 241,667.50 |

## E N D   O F   S T A T E M E N T

# JIT Industries, Inc.
## A/P Aging Summary
### As of December 31, 2019

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| *[illegible]* | 1,017.45 | 0.00 | 0.00 | 0.00 | 0.00 | 1,017.45 |
| *[illegible]* | 0.00 | 0.00 | 463.35 | 0.00 | 0.00 | 463.35 |
| *[illegible]* | 0.00 | 0.00 | 0.00 | -318.00 | 0.00 | -318.00 |
| *[illegible]* | 2,539.60 | 118.38 | 0.00 | 0.00 | 0.00 | 2,657.98 |
| *[illegible]* | 0.00 | 1,097.63 | 0.00 | 0.00 | 0.00 | 1,097.63 |
| *[illegible]* | 686.00 | 0.00 | 0.00 | 0.00 | 0.00 | 686.00 |
| *[illegible]* | 0.00 | 0.00 | 0.00 | 0.00 | -45,225.00 | -45,225.00 |
| *[illegible]* | 0.00 | 0.00 | 0.00 | 0.00 | 47,015.58 | 47,015.58 |
| *[illegible]* | 172.47 | 0.00 | 0.00 | 0.00 | 0.00 | 172.47 |
| *[illegible]* | 0.00 | -75.00 | -2,802.00 | 0.00 | 0.00 | -2,877.00 |
| *[illegible]* | 282.89 | 102.83 | 0.00 | 0.00 | 0.00 | 385.72 |
| *[illegible]* | 8,662.96 | 0.00 | 0.00 | 0.00 | 0.00 | 8,662.96 |
| *[illegible]* | 0.00 | 0.00 | 0.00 | 0.00 | -10.92 | -10.92 |
| *[illegible]* | 175.00 | 0.00 | 0.00 | 0.00 | 0.00 | 175.00 |
| *[illegible]* | 90.00 | 1,554.00 | 0.00 | 0.00 | 0.00 | 1,644.00 |
| *[illegible]* | 0.00 | -183.12 | 0.00 | 0.00 | 0.00 | -183.12 |
| *[illegible]* | 751.65 | 0.00 | 0.00 | 0.00 | 0.00 | 751.65 |
| *[illegible]* | 0.00 | 0.00 | 0.00 | 0.00 | -43.90 | -43.90 |
| *[illegible]* | 1,550.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,550.00 |
| *[illegible]* | 0.00 | 0.00 | 0.00 | 0.00 | -0.43 | -0.43 |
| *[illegible]* | 2,148.80 | 2,148.80 | 0.00 | 0.00 | 0.00 | 4,297.60 |
| *[illegible]* | 8,530.39 | 0.00 | 0.00 | 0.00 | 4,856.30 | 13,386.69 |
| *[illegible]* | 0.00 | 6,237.25 | 0.00 | 0.00 | 0.00 | 6,237.25 |
| *[illegible]* | 577.80 | 198.09 | 0.00 | 0.00 | 0.00 | 775.89 |
| *[illegible]* | 0.00 | 160.94 | 0.00 | 0.00 | 0.00 | 160.94 |
| *[illegible]* | 0.00 | 118.06 | 0.00 | 0.00 | 0.00 | 118.06 |
| **TOTAL** | 27,185.01 | 11,477.86 | -2,338.65 | -318.00 | 6,591.63 | 42,597.85 |

Case 18-80892-CRJ11    Doc 241    Filed 01/22/20    Entered 01/22/20 11:38:18    Desc
Main Document      Page 22 of 24

### JIT Industries, Inc.
### Balance Sheet
#### As of December 31, 2019

|  | Dec 31, 19 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10001 · BANK INDEPENDENT | 238,806.17 |
| **Total Checking/Savings** | 238,806.17 |
| **Accounts Receivable** | |
| 12000 · Accounts Receivable | 319,364.40 |
| **Total Accounts Receivable** | 319,364.40 |
| **Other Current Assets** | |
| 13250 · Undeposited Funds | -21,507.00 |
| 13500 · Inventory Asset | 22,821.13 |
| 13900 · Due from Invision | 67,181.00 |
| **Total Other Current Assets** | 68,495.13 |
| **Total Current Assets** | 626,665.70 |
| **Fixed Assets** | |
| 14100 · Furniture and Fixtures | 22,430.33 |
| 14300 · Leasehold Improvements | 33,035.96 |
| 14400 · Machinery & Equipment | 309,758.19 |
| 14500 · Transportation Equipment | 45,000.00 |
| 14900 · Accumulated Depreciation | -376,831.46 |
| **Total Fixed Assets** | 33,393.02 |
| **TOTAL ASSETS** | 660,058.72 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 42,597.85 |
| **Total Accounts Payable** | 42,597.85 |
| **Credit Cards** | |
| 20150 · Corporate Credit Card | 2,812.32 |
| 20155 · AMERCIAN EXPRESS | 34,048.06 |
| **Total Credit Cards** | 36,860.38 |
| **Other Current Liabilities** | |
| 21000 · Payroll Tax LIABILITY | 31,514.69 |
| 22000 · Other Payroll Liabilities | -3,384.98 |
| 22900 · ACCRUED SETTLEMENT | 1,100,000.00 |
| 23000 · Sales Tax Payable | -2,543.48 |
| 26000 · Unearned Revenue | 345.60 |
| **Total Other Current Liabilities** | 1,125,931.83 |
| **Total Current Liabilities** | 1,205,390.06 |
| **Total Liabilities** | 1,205,390.06 |
| **Equity** | |
| 40000 · Capital Stock | 1,000.00 |
| 41000 · Additional Paid in Capital | 100,673.04 |
| 45000 · Retained Earnings | -786,185.01 |
| Net Income | 139,180.63 |
| **Total Equity** | -545,331.34 |
| **TOTAL LIABILITIES & EQUITY** | 660,058.72 |

Case 18-80892-CRJ11    Doc 241    Filed 01/22/20    Entered 01/22/20 11:38:18    Desc
Main Document    Page 23 of 24

# JIT Industries, Inc.
## Profit & Loss
### December 2019

|  | Dec 19 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| 55000 · Sales | 157,739.26 |
| 56000 · Shipping & Freight Fee Income | 4,816.16 |
| 57000 · Finance & Credit Card Income | 4.61 |
| 58000 · Terms Discount | -383.07 |
| **Total Income** | 162,176.96 |
| **Cost of Goods Sold** |  |
| 51100 · Freight and Shipping Costs | 10,892.11 |
| 60000 · Direct Costs | 12,366.60 |
| 61500 · Cost of Goods Sold | 40,848.92 |
| **Total COGS** | 64,107.63 |
| **Gross Profit** | 98,069.33 |
| **Expense** |  |
| 66000 · Payroll Tax Expenses | 4,605.26 |
| 68000 · MFG/Shop Operating Costs | 15,409.55 |
| 70000 · ALL SALARY & WAGES | 60,684.03 |
| 71825 · Fuel | 1,249.71 |
| 72525 · ACCOUNTANT / PAYROLL SERVICES |  |
| 72550 · FEE-BANK, LATE, CC Charges | 369.50 |
| 72580 · IT Services | 1,725.00 |
| 72600 · Contract/Casual Labor | 308.00 |
| 72675 · Insurance - General | 2,752.45 |
| 72725 · Legal & Professional Services | 6,237.25 |
| 72775 · Taxes & Licenses (NON PAYROLL) | 512.00 |
| 73000 · Business Development | 6,473.88 |
| 74000 · Facilities | 36,590.79 |
| **Total Expense** | 136,917.42 |
| **Net Ordinary Income** | -38,848.09 |
| **Net Income** | -38,848.09 |

Case 18-80892-CRJ11    Doc 241    Filed 01/22/20    Entered 01/22/20 11:38:18    Desc
Main Document    Page 24 of 24