IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In re:                                                  )
                                                        )
:        JIT INDUSTRIES, INC.                           )
         EIN: xx-xxx7267                                )         Case No.: 18-80892-CRJ-11
                                                        )
                  Debtor.                               )         CHAPTER 11
                                                        )
_____ )

## BALLOT FOR ACCEPTING OR REJECTING PLAN

Filed By _Phillip Hill, Rod Hill; Danny Overbee_.

THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND
THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN
AMOUNT AND MORE THAT ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS
OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE
PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY
NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND
EQUITABLE TREATMENT TO THE CLASS OR CLASSES REJECTING IT AND OTHERWISE SATISFIES
THE REQUIREMENTS OF § 1129(B) OF THE CODE. TO HAVE YOUR VOTE COUNT YOU MUST
COMPLETE AND RETURN THIS BALLOT.

### [If holder of scheduled or filed claim]

The undersigned, as a creditor of the above-named debtor in the unpaid principal amount
of $_1,168,865.96_ with filed proof of claim #___9___.

### [If equity security holder]

The undersigned, the holder of [*state number*] _____ shares of [ *describe*
*type*] _____ stock of the above named debtor, represented by
Certificate(s) No._____ [*or held in my/our brokerage Account No.* _____ at
[*name of broker-dealer*]_____.

[Check One Box]

✓ **☑ Accepts the Plan of Reorganization**

☐ **Rejects the Plan of Reorganization**

Dated: _February 25, 2020_

Print or type name: _Rod Hill, Phillip Hill; Danny Overbee_

Signed: _Kevin Gray_

[if appropriate] By: _Kevin Gray_

as: _Attorney for Creditors_

      **IN ORDER TO BE COUNTED, BALLOTS MUST BE SIGNED AND RETURNED SO THAT THEY ARE RECEIVED BY THE U.S. BANKRUPTCY COURT NO LATER THAN 4:30 P.M. CENTRAL STANDARD TIME ON THE DATE SET BY THE COURT (THE "VOTING DEADLINE"), TO:**

**Clerk's Office**
**U.S. Bankruptcy Court**
**400 Well Street, NE # 222**
**Decatur, AL 35601-1951**