# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: JIT INDUSTRIES, INC. | ) | |
| EIN: xx-xxx7267 | ) | Case No.: 18-80892-CRJ-11 |
| | ) | |
| Debtor. | ) | CHAPTER 11 |
| | ) | |

## REPORT ON BALLOTS FILED CONCERNING
## DEBTOR'S AMENDED PLAN OF REORGANIZATION

COMES NOW the Chapter 11 Debtor, JIT Industries (the "Debtor"), and, pursuant to 11 U.S.C. § 1126 and this Court's order, files this report on ballots filed concerning its pending Amended Plan of Reorganization (the "Plan"):

## VOTING RESULTS BY CLASS

| CLASS | VOTING RESULTS |
|---|---|
| **Class 1** | **Class Voted to Accept the Plan.** |

Creditors Hill, Hill, and Overbee voted to Accept the Plan [Doc. 259]. This class is impaired and eligible to vote.

| | |
|---|---|
| **Class 2** | **Class Voted to Accept the Plan.** |

Creditors Hill, Hill, and Overbee and Harrison & Gammons, P.C. voted to Accept the Plan [Docs. 259 & 263, respectively]. This class is impaired and eligible to vote.

| | |
|---|---|
| **Classes 3 – 4** | **The Holders of Claims in these Classes Are Ineligible to Vote on the Plan.** |

## CONCLUSION

Classes 1 and 2 voted to accept the Plan with 100% of the claims in the classes voting in favor of confirmation. Classes 3 and 4 were not eligible to vote on the Plan. No holders of claims in this bankruptcy case voted to reject the Plan. Additionally, no parties-in-interest filed any written objections to confirmation of the Plan.

1

The Plan is eligible for confirmation without the need to cramdown the interests of any dissenting creditors.

Respectfully submitted this the 23rd day of March, 2020.

                                   */s/ Tazewell T. Shepard IV*
                                    Tazewell T. Shepard III
                                    Tazewell T. Shepard IV
                                    *Attorneys to Chapter 11 Debtor*

                                    **SPARKMAN, SHEPARD & MORRIS, P.C.**
                                    P.O. Box 19045
                                    Huntsville, AL 35804
                                    Tel: (256) 512-9924
                                    ty@ssmattorneys.com

## CERTIFICATE OF SERVICE

This is to certify that I have this the 23rd day of March, 2020 served the foregoing document upon all addressees on the Clerk's Mailing Matrix in this case, Richard M. Blythe, Office of the Bankruptcy Administrator, P.O. Box 3045, Decatur, AL 35062 by electronic service through the Court's CM/ECF system and/or by placing a copy of the same in the U. S. Mail, postage prepaid.

                                    */s/ Tazewell T. Shepard IV*
                                    Tazewell T. Shepard IV