# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: JIT Industries, Inc. ) | | Case No.: 18-80892-CRJ-11 |
| EIN: xx-xxx7267 ) | | |
| ) | | |
| Debtor. ) | | CHAPTER 11 |

## EIGHTH MOTION FOR APPROVAL OF INTERIM PROFESSIONAL FEES AND EXPENSES FOR CHAPTER 11 DEBTOR'S ATTORNEYS

COMES NOW the duly appointed and acting Debtor-in-Possession in the above styled Chapter 11 case, and shows the Court as follows:

### General Background

1. On March 23, 2018, the Debtor commenced with this Court a voluntary case under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

2. The Debtor continues to be authorized to operate the business as Debtor-in-Possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

3. On April 11, 2018, this Court approved the employment of Sparkman, Shepard & Morris, P.C. as Debtor's counsel. That day, this Court also entered an Order approving the Debtor's Motion to allow its attorneys to send monthly notices of attorney's fees and expenses incurred (the "Monthly Fee Notices") to the Debtor's 20 largest unsecured creditors, all parties requesting notice, any committees appointed in this matter, the Bankruptcy Administrator (the "Notice Parties").

4. This Court's order of April 12, 2018 also orders the Debtor's counsel to file with the Court, beginning on July 2, 2018, and serve upon the Notice Parties not more than once every 90 days an interim application for allowance of compensation and reimbursement of expenses, pursuant to 11 U.S.C. §331, of the amounts sought in the Monthly Fee Notices filed during such period (the "Interim Fee Application"). The Interim Fee Application must include a summary of the Monthly Fee Notices that are the subject of the request and any other information requested by the Court or required by the Local Rules.

### Relief Requested

5. The said professional currently employed by the Debtor has previously served Monthly Fee Notices for the months of December 2019, January, and February 2020, with balances due on each as shown below:

December 2019      Compensation: $2,931.50 (80% paid) / Expenses: $146.60 (100% paid)
                   Total: $3,078.10
                   Date of Notice: January 10, 2020
                   Amount of fees unpaid and to be satisfied by Debtor after Court approval of this present application: $586.30

January 2020       Compensation: $3,655.00 (80% paid) / Expenses: $37.70 (100% paid)
                   Total: $3,692.70
                   Date of Notice: February 7, 2020
                   Amount of fees unpaid and to be satisfied by Debtor after Court approval of this present application: $731.00

February 2020      Compensation: $3,140.50 (80% paid) / Expenses: $114.60 (100% paid)
                   Total: $3,255.10
                   Date of Notice: March 3, 2020
                   Amount of fees unpaid and to be satisfied by Debtor after Court approval of this present application: $628.10

TOTAL COMPENSATION AND FEES INCURRED DURING THIS PERIOD:
        Compensation:      $ 9,727.00
        Expenses:          $   298.90
        Combined Total:    $10,025.90

6. No agreement exists between the attorney and any other person or entity whatsoever for the sharing of compensation or expenses in this case.

7. This application is brought under the provisions of Sections 327, 328, 330, 331 of the United States Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, the Debtor requests that the Court: enter an Order approving such compensation and expenses and authorizing the Debtor to pay same; and grant other and further relief as the Court deems just and proper.

Respectfully submitted this the 30th day of March, 2020.

*/s/ Tazewell T. Shepard*
Tazewell T. Shepard
*Attorney to Debtor-in-Possession*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P. O. Box 19045
Huntsville, AL  35804
Tel: (256) 512-9924
Fax: (256) 512-9837

## CERTIFICATE OF SERVICE

      This is to certify that I have this the 30th day of March, 2020 served the foregoing Monthly Fee Notice upon the Debtor's 20 largest unsecured creditors, all other persons requesting notice, Richard Blythe, Office of the Bankruptcy Administrator, P.O. Box 3045 Decatur, AL 35602 by depositing said copies in the United States Mail in properly addressed envelopes with adequate postage thereon.

                                              */s/ Tazewell T. Shepard*
                                              Tazewell T. Shepard