EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:

<<DEBTOR NAME>>
JIT Industries, Inc

Debtor.

BANKRUPTCY CASE NUMBER

18-80892-CRJ-11

Chapter 11

## QUARTERLY FEE STATEMENT
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

FOR CALENDAR QUARTER ENDING March 31, 2020

### DISBURSEMENTS*

1. MONTH | DISBURSEMENTS
   - Jan — $168,091.50
   - Feb — $123,422.60
   - March — $114,811.50

   TOTAL DISBURSEMENTS FOR QUARTER  $408,325.60

2. QUARTERLY FEE OWED PURSUANT TO 28 U.S.C. § 1930(a)(7)   $4875.00

3. QUARTERLY FEE PAID (Attach proof of payment)   $4875.00

4. AMOUNT OF UNPAID FEES (IF ANY)   $ -0-

### DECLARATION UNDER PENALTY OF PERJURY

I, Ginger McComb, acting as the duly authorized agent for the Debtor-

<<<Debtor Name
<<<Case Number
<<<Quarterly Fee Statement
<<<Page Two

In-Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: 4-14-2020

_A/T Industries_
For the Debtor-In-Possession (Trustee) (Plan Adm.)

(Print or type name and capacity of person signing this Declaration.)

_Ginger McComb_
_Ginger McComb_

**The check for payment of the quarterly fee MUST be attached to the original of this Quarterly Fee Statement filed with the Clerk of Court.**

*For periods subsequent to plan confirmation, this includes payments pursuant to a confirmed plan as well as all other disbursements.

----- FILE ORIGINAL WITH COURT.

----- DELIVER STAMPED COPY TO U.S. BANKRUPTCY ADMINISTRATOR.

